# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 17-7035                            September Term, 2016

1:14-cv-00857-TSC
1:13-cv-01215-TSC

Filed On: March 7, 2017 [1664722]

American Society for Testing and Materials, et al.,

         Appellees

    v.

Public.Resource.Org, Inc.,

         Appellant

------------------------------

Consolidated with 17-7039

# O R D E R

The notices of appeal were filed on February 17, 2017 and February 15, 2017, and docketed in this court on February 28, 2017. It is, on the court's own motion,

**ORDERED** that these cases be consolidated. It is

**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 6, 2017 |
| Docketing Statement Form | April 6, 2017 |
| Entry of Appearance Form | April 6, 2017 |
| Procedural Motions, if any | April 6, 2017 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 6, 2017 |
| Statement of Issues to be Raised | April 6, 2017 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 17-7035**                                                        September Term, 2016

| | |
|---|---|
| Transcript Status Report | April 6, 2017 |
| Underlying Decision from Which Appeal or Petition Arises | April 6, 2017 |
| Dispositive Motions, if any (Original and 4 copies) | April 21, 2017 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 6, 2017 |
| Entry of Appearance Form | April 6, 2017 |
| Procedural Motions, if any | April 6, 2017 |
| Dispositive Motions, if any (Original and 4 copies) | April 21, 2017 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Laura M. Chipley
Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-7035**                                                      **September Term, 2016**

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases