## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>      Plaintiffs-Appellees, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>      Defendant/ Appellant. | Case No. 17-7035 |

### **CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's March 7, 2017 Order, Appellees American Society for Testing and Materials, National Fire Protection Association, Inc. and American Society of Heating, Refrigerating, and Air Conditioning Engineers, by and through their attorneys, certify as follows:

**A.  Parties and Amici**

The Appellant in this matter is Public.Resource.Org, Inc., which was the Defendant/Counter-Plaintiff in the district court.

The Appellees in this matter are the American Society for Testing and Materials, National Fire Protection Association, Inc. and American Society of Heating, Refrigerating, and Air Conditioning Engineers, which were the Plaintiffs/Counter-Defendants in the district court.

The following individuals/entities submitted *amicus* briefs to the district court: American Insurance Association; American National Standards Institute, Inc.; American Society of Safety

Engineers; The Institute of Electrical and Electronics Engineers, Incorporated; International Association of Plumbing & Mechanical Officials; National Electrical Manufacturers Association; North American Energy Standards Board; Underwriters Laboratories Inc.; International Code Council, Inc.; Public Knowledge; Knowledge Ecology International; The American Library Association; Reporters Committee for Freedom of the Press; Sina Bahram; David Ardia; Stacey Dogan; Pamela Samuelson; Jessica Silbey; Rebecca Tushnet; Jennifer Urban; and Jonathan Zittrain.

### B. Rulings Under Review

The rulings under review are the District Court's Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment ("Order"), both dated February 2, 2017 (Dkt. 175 and 176). The District Court amended a portion of the Order on April 3, 2017 (Dkt. 182). Appellees expect Appellant to appeal the amendment to the Order, but Appellant has not yet indicated whether it intends to do so. Appellant indicated that it intends to seek review of the District Court's Order Denying Defendant's Motion to Strike the Expert Report of John Jarosz, dated September 21, 2016 (Dkt. 172).

### C. Related Cases

This case has not previously been before this Court. This case has been consolidated with Case No. 17-7039, *American Educational Research, et al. v. Public.Resource.Org, Inc.*, which is the only related case of which counsel are aware.

Dated: April 6, 2017          Respectfully submitted,

/s/ Allyson N. Ho

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214.466.4180
Email: allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5215
Email: kevin.fee@morganlewis.com
       jordana.rubel@morganlewis.com

*Counsel for American Society For Testing And Materials d/b/a/ ASTM International*

/s/ Donald B. Verrilli, Jr.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
1155 F St., N.W., 7th Floor
Washington, D.C. 20004
Tel: 202.220.1100
Email: Donald.Verrilli@mto.com

Kelly M. Klaus
Rose L. Ehler
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: Kelly.Klaus@mto.com
       Rose.Ehler@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ Paul Alessio Mezzina

Paul Alessio Mezzina

King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: pmezzina@kslaw.com

Joseph R. Wetzel
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: jwetzel@kslaw.com

J. Blake Cunningham
King & Spalding LLP
401 Congress Ave., Ste. 3200
Austin, TX 78701
Tel: 512.457.2000
Email: bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*