# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Materials, et al.

**v.** Public.Resource.Org, Inc.

**Case No:** 17-7035

### ENTRY OF APPEARANCE

#### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.

Names of Parties

Names of Parties

#### Counsel Information

Lead Counsel: Joseph R. Wetzel  (*Application for Admission Pending)

Direct Phone: (415) 318-1263  Fax: (415) 318-1300  Email: jwetzel@kslaw.com

2nd Counsel: Paul Alessio Mezzina

Direct Phone: (202) 626-8972  Fax: (202) 626-3737  Email: pmezzina@kslaw.com

3rd Counsel: Jason Blake Cunningham  (*Application for Admission Pending)

Direct Phone: (415) 318-1218  Fax: (513) 457-2100  Email: bcunningham@kslaw.com

Firm Name: King & Spalding LLP

Firm Address: 101 Second Street, Suite 2300, San Francisco, CA 94105

Firm Phone: (415) 318-1200  Fax: (415) 318-1300  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25, I certify that on April 6, 2017, I caused the foregoing document to be filed with the Clerk of the Court through the Court's CM/ECF system, which will serve notice of the filing on all filers registered in this case.

/s/ *Paul Alessio Mezzina*
Paul Alessio Mezzina