# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Page 1 of 2
Filed: 04/06/2017
Document #1669958
USCA Case #17-7039

**Case Caption:** American Society for Testing and Material

v.

Public.Resource.Org, Inc.

**Case No:** 17-7035

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Fire Protection Association, Inc.

### Counsel Information

Lead Counsel: Donald B. Verrilli, Jr.

Direct Phone: (202) 220-1101  Fax: (213) 683-4007  Email: Donald.Verrilli@mto.com

2nd Counsel: Kelly M. Klaus

Direct Phone: (415) 512-4017  Fax: (415) 644-6917  Email: Kelly.Klaus@mto.com

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Munger, Tolles & Olson LLP

Firm Address: 1155 F Street NW, Washington, DC 20004

Firm Phone: (202) 220-1100  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Appellate Procedure 25, I certify that on April 6, 2017, I caused the foregoing document to be filed with the Clerk of the Court through the Court's CM/ECF system, which will serve notice of the filing on all filers registered in this case.

                                            /s/ *Kelly M. Klaus*
                                              Kelly M. Klaus