*Appeal Nos. 17-7035*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellees,*

v.

Public.Resource.Org, Inc.,

*Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case Nos. 1:13-cv-01215-TSC-DAR and 1:14-cv-00857-TSC-DAR (consolidated)

## CORPORATE DISCLOSURE STATEMENT

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Respondent
Public.Resource.Org, Inc.,*

April 6, 2017

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Defendant-Appellant Public.Resource.Org, Inc. states that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of Public.Resource.Org, Inc. Public.Resource.Org, Inc. is a registered 501(c)(3) nonprofit.

Dated: April 6, 2017      FENWICK & WEST LLP

By: */s/ Andrew P. Bridges*
         Andrew P. Bridges

*Attorneys for Respondent
Public.Resource.Org, Inc.,*

1

# CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically filed the foregoing Corporate Disclosure Statement with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017            FENWICK & WEST LLP
                                555 California Street, 12th Floor
                                San Francisco, CA  94104
                                Telephone:  (415) 875-2300
                                Facsimile:   (415) 281-1350


                                By: */s/ Andrew P. Bridges*
                                        Andrew P. Bridges

                                *Attorneys for Respondent*
                                *Public.Resource.Org, Inc.,*