*Appeal Nos. 17-7035*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellees,*

v.

Public.Resource.Org, Inc.,

*Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case Nos. 1:13-cv-01215-TSC-DAR and 1:14-cv-00857-TSC-DAR (consolidated)

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

                                        Andrew P. Bridges
                                        FENWICK & WEST LLP
                                        555 California Street, 12th Floor
                                        San Francisco, CA  94104
                                        Telephone:    (415) 875-2300
                                        Facsimile:     (415) 281-1350

                                        *Attorneys for Respondent*
                                        *Public.Resource.Org, Inc.,*

April 6, 2017

Pursuant to the Clerk's Order of March 7, 2017, Defendant-Appellant Public.Resource.Org, Inc. certifies as follows:

### A. Parties and Amici

The parties who appeared below are Defendant-Appellant Public.Resource.Org, Inc. and Plaintiffs-Appellees American Society for Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc., American Society of Heating, Refrigerating, and Air Conditioning Engineers, American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc. All of the aforementioned parties now appear before this Court in this consolidated appeal.

The amici who appeared below are the American National Standards Institute, Inc., American Society of Safety Engineers, Institute of Electrical and Electronics Engineers, Inc., International Association of Plumbing & Mechanical Officials, National Electrical Manufacturers Association, North American Energy Standards Board, Underwriters Laboratories Inc., American Insurance Association, International Code Council, Inc., Public Knowledge, Knowledge Ecology International, American Library Association, Reporters Committee for Freedom of the Press, Sina Bahram, Prof. David Ardia, Prof. Stacey L. Dogan, Prof. Pamela

Samuelson, Prof. Jessica M. Silbey, Prof. Rebecca L. Tushnet, Prof. Jennifer Urban, and Prof. Jonathan Zittrain.

**B.    Rulings Under Review**

Defendant-Appellant Public.Resource.Org seeks review of the following rulings by the Honorable Tanya S. Chutkan, United States District Judge for the District of Columbia:

1. **American Society for Testing and Materials et al. v. Public.Resource.Org, Inc., 1:13-cv-01215-TSC-DAR**

   - Dkt. No. 172, Order Denying Motion to Strike Expert Report, entered September 21, 2016.
   - Dkt. No. 175, Memorandum and Opinion, and Dkt. No. 176, Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Cross-motion for Summary Judgment, entered February 2, 2017.
   - Dkt. No. 182, Amended Order, entered April 3, 2017.

2. **American Educational Research Association et al. v. Public.Resource.Org, Inc., 1:14-cv-00857-TSC-DAR**

   - Dkt. No. 115, Order Denying Defendant's Motion to Strike Expert Declaration, entered September 21, 2016.
   - Dkt. No. 117, Memorandum and Opinion, and Dkt. No. 118, Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and Denying

2

Defendant's Cross-motion for Summary Judgment, entered February 2, 2017.

C.  **Related Cases**

This case was consolidated with Case No. 17-7039, *American Educational Research Association, et al. v. Public.Resource.Org, Inc.*  Otherwise there are no other related cases of which counsel are aware.

Dated: April 6, 2017            FENWICK & WEST LLP

By:  */s/ Andrew P. Bridges*
     Andrew P. Bridges

*Attorneys for Respondent*
*Public.Resource.Org, Inc.,*

# CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically filed the foregoing CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By:  */s/ Andrew P. Bridges*
          Andrew P. Bridges

*Attorneys for Respondent*
*Public.Resource.Org, Inc.,*