# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Am. Soc'y for Testing and Materials, et al.

**v.** Public.Resource.Org, Inc.

**Case No:** 17-07035, 17-07039

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

American Medical Association
American Dental Association
American Hospital Association

### Counsel Information

Lead Counsel: Jack R. Bierig

Direct Phone: (312) 853-7614   Fax: (312) 853-7036   Email: jbierig@sidley.com

2nd Counsel:
Direct Phone: (   ) -   Fax: (   ) -   Email:

3rd Counsel:
Direct Phone: (   ) -   Fax: (   ) -   Email:

Firm Name:
Firm Address:
Firm Phone: (   ) -   Fax: (   ) -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Service was accomplished by the CM/ECF system on all counsel of record.

Jack R. Bierig

*/s/ Jack R. Bierig*