UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/Appellant. | Case No. 17-7035<br><br>(Consolidated with Case No. 17-7039) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Plaintiff-Appellee National Fire Protection Association, Inc. ("NFPA") hereby submits the following disclosure as a nongovernmental corporate party:

NFPA is a not-for-profit corporation. It has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: April 18, 2017

Respectfully submitted,

/s/ Donald B. Verrilli, Jr.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
1155 F St., N.W., 7th Floor
Washington, D.C. 20004
Tel: 202.220.1100
Email: Donald.Verrilli@mto.com

Kelly M. Klaus
Rose L. Ehler
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: Kelly.Klaus@mto.com
         Rose.Ehler@mto.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of April, 2017, copies of the foregoing were electronically filed and served through the CM / ECF system of the United States Court of Appeals for the District of Columbia Circuit, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Docket Activity.

    Respectfully submitted,

    /s/ Donald B. Verrilli, Jr.

    Donald B. Verrilli, Jr.