# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,<br><br>   *Plaintiffs-Appellees*,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>   *Defendant-Appellant*. | Case No. 17-7035<br><br>(Consolidated with Case No. 17-7039) |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiff-Appellee American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") submits the following disclosure as a nongovernmental corporate party:

  ASHRAE is a not-for-profit corporation. It has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

 /s/ *Paul Alessio Mezzina*
Paul Alessio Mezzina
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
pmezzina@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

DATED: April 25, 2017

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25, I certify that on April 25, 2017, I served a copy of the foregoing document electronically on all registered counsel through the Court's CM/ECF system.

*/s/ Paul Alessio Mezzina*
Paul Alessio Mezzina
