*Appeal No. 17-7035*

*(Consolidated with Appeal No. 17-7039)*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

                                                          *Appellees,*

v.

Public.Resource.Org, Inc.,

                                                          *Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case No. 1:13-cv-01215-TSC-DAR

## CERTIFICATE OF COMPLIANCE

                                                 Andrew P. Bridges
                                                 FENWICK & WEST LLP
                                                 555 California Street, 12th Floor
                                                 San Francisco, CA  94104
                                                 Telephone:   (415) 875-2300
                                                 Facsimile:    (415) 281-1350

                                                 *Attorneys for Appellant*
                                                 *Public.Resource.Org, Inc.,*

June 8, 2017

1.	Public.Resource.Org, Inc.'s Unopposed Motion to Set Briefing Schedule, Document No. 1678545, filed on June 6, 2017, complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2) and 32(a)(7)(B).  It contains 416 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Federal Circuit Rule 32(b), according to the word processing program used to prepare it.

2.	Public.Resource.Org, Inc.'s Unopposed Motion to Set Briefing Schedule, Document No. 1678545, filed on June 6, 2017, complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), the type style requires of Federal Rule of Appellate Procedure 32(a)(6), and the format requirements of Federal Rule of Appellate Procedure 27(d)(1).  The brief uses proportionally spaced 14-point Times New Roman typeface.

Dated:  June 8, 2017               FENWICK & WEST LLP

                                   By: */s/ Andrew P. Bridges*
                                         Andrew P. Bridges

                                   *Attorneys for Appellant*
                                   *Public.Resource.Org, Inc.,*

1

## CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on June 8, 2017, I electronically filed the foregoing Certificate of Compliance with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: June 8, 2017

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

By: */s/ Andrew P. Bridges*
        Andrew P. Bridges

*Attorneys for Appellant*
*Public.Resource.Org, Inc.,*