ORAL ARGUMENT NOT YET SCHEDULED

Appeal No. 17-7035
(Consolidated with 17-7039)

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

American Society for Testing and Materials, et al.,

American Educational Research, et al.,

*Appellees,*

v.

Public. Resource.Org, Inc.,

*Appellant.*

---

On Appeal from the United States District Court
for the District of Columbia Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

---

**NOTICE OF PARTIES' CONSENT TO MEMBERS OF CONGRESS'S
PARTICIPATION AS AMICI CURIAE**

---

Christopher T. Bavitz
Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
(617) 384-9125
clinic@cyber.harvard.edu

Counsel for *Amici Curiae*

Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States
Court of Appeals for the District of
Columbia Circuit

## REPRESENTATION OF CONSENT TO FILE BRIEF AS AMICI CURIAE

Pursuant to Circuit Rule 29(b), *amici* hereby provide notice that counsel for all parties have consented to the filing of briefs of *amici curiae* Members of Congress in support of Defendant-Appellant. The signatory Members of Congress are Zoe Lofgren and Darrell Issa.

Dated: September 25, 2017        /s/ Catherine R. Gellis

                                             Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States Court of Appeals for the District of Columbia Circuit

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.


Dated: September 25, 2017          /s/ Catherine R. Gellis

                                                       Catherine R. Gellis, Esq.
                                                      P.O. Box 2477
                                                      Sausalito, CA 94966
                                                      (202) 642-2849
                                                      cathy@cgcounsel.com

                                                      Local Counsel in the United States Court of Appeals for the District of Columbia Circuit