# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 17-7035** | **September Term, 2017** |
| | 1:13-cv-01215-TSC |
| | 1:14-cv-00857-TSC |
| | **Filed On:**  October 27, 2017 |

American Society for Testing and Materials, et al.,

      Appellees

    v.

Public.Resource.Org, Inc.,

      Appellant

-----------------------------

Consolidated with 17-7039

      **BEFORE:**    Henderson, Kavanaugh, and Millett, Circuit Judges

# O R D E R

      Upon consideration of the consent motion for leave to exceed word limits and extend time for filing, it is

      **ORDERED** that the motion to exceed word limits and extend time for filing be granted.  The following revised briefing schedule and format will now apply in these consolidated cases:

| | |
|---|---|
| Appellees' Brief(s)<br>(not to exceed a combined<br>total of 18,000 words) | November 8, 2017 |
| Amici Curiae Briefs in Support of Appellees<br>(not to exceed 6,500 words) | December 6, 2017 |
| Appellant's Reply Brief<br>(not to exceed 9,000 words) | January 24, 2018 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 17-7035** | **September Term, 2017** |
| Deferred Appendix | January 31, 2018 |
| Final Briefs | February 14, 2018 |

**Per Curiam**

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                  BY:    /s/
                             Robert J. Cavello
                             Deputy Clerk