# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 17-7035 (Lead Case); 17-7039

---

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.;
AND AMERICAN SOCIETY OF HEATING REFRIGERATING,
AND AIR CONDITIONING ENGINEERS, INC.

*Plaintiff-Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.

*Defendant-Appellant.*

---

## AMERICAN INSURANCE ASSOCIATION'S NOTICE OF
## INTENTION AND CONSENT TO PROCEED AS *AMICUS CURIAE*

Pursuant to Circuit Rule 29(b), the American Insurance Association ("AIA") provides this notice that it intends to participate as amicus curiae in this appeal. All parties have consented to the AIA's amicus curiae participation.

### Rule 26.1 Disclosure

The AIA is a trade association and has no parent corporation. No publicly-held company has an ownership interest in the AIA.

Dated:    November 13, 2017                    Respectfully submitted,


/s/ V. Robert Denham, Jr.
V. Robert Denham, Jr.
BDenham@RobinsKaplan.com
James S. Harrington
JHarrington@RobinsKaplan.com
Jonathan D. Mutch
JMutch@RobinsKaplan.com
Robins Kaplan LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
Tel.  (617- 267-2300

Counsel for Amicus Curiae
American Insurance Association


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 13th day of November, 2017 via ECF upon all counsel of record.

/s/ V. Robert Denham, Jr.

35700534.1