1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



**Clifton S. Elgarten**
(202) 624-2500
celgarten@crowell.com

January 30, 2018

Mark Langer, Clerk
United States Court of Appeals for the
District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C.  20001

Re:   Notice of Unavailability of Counsel
*American Society for Testing and Materials et al. v. Public.Resource.Org. Inc.*, Case No. 17-7035 and *American Educational Research Association et al. v. Public.Resource.Org., Inc.,* No. 17-7039

Dear Mr. Langer:

I am counsel of record and will be arguing counsel for Appellees American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc. in the above-captioned case.  I write to inform the Court that I will be unavailable for oral argument March 19-30, 2018.

                    Respectfully submitted,

                    */s/ Clifton S. Elgarten*
                    Clifton S. Elgarten

cc:  All Counsel via CM/ECF