**NOT YET SCHEDULED FOR ORAL ARGUMENT**
Appeal No. 17-7035
(Consolidated with Appeal No. 17-7039)

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; and American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.,

*Appellees*,

v.

Public.Resource.Org, Inc.,

*Appellant*.

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

**NOTICE OF PAPER FILING OF SEALED MATERIALS**

| | | |
|---|---|---|
| Andrew P. Bridges | Corynne McSherry | David Halperin |
| abridges@fenwick.com | corynne@eff.org | davidhalperindc@gmail.com |
| Matthew B. Becker | Mitchell L. Stoltz | 1530 P Street NW |
| mbecker@fenwick.com | mitch@eff.org | Washington, DC 20005 |
| Fenwick & West LLP | Electronic Frontier Fndn. | Phone: (202) 905-3434 |
| 555 California Street | 815 Eddy Street | |
| San Francisco, CA 94104 | San Francisco, CA 94109 | |
| Phone: (415) 875-2300 | Phone: (415) 436-9333 | |

Attorneys for Appellant Public.Resource.Org, Inc.
Additional Counsel Listed on Inside Cover

Michael J. Songer
John I. Stewart Jr.
Clifton S. Elgarten
Mark Thomson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Phone: (202) 624-2500
celgarten@crowell.com

Attorneys for Plaintiffs-Appellees
American Educational Research
Association, Inc.; American Psychological
Association, Inc.; and National Council
On Measurement In Education, Inc.

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: (214) 466-4180
allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-5353
kevin.fee@morganlewis.com
jordana.rubel@morganlewis.com

Attorneys for American Society for
Testing and Materials d/b/a/ ASTM
International

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
1155 F. Street, N.W., 7th Floor
Washington, D.C. 20004
donald.verrilli@mto.com

Kelly M. Klaus
Rose Leda Ehler
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
kelly.klaus@mto.com
rose.ehler@mto.com

Attorneys for National Fire Protection
Association, Inc.

Joseph R. Wetzel
Anne Voigts
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1211
jwetzel@kslaw.com
avoigts@kslaw.com

J. Blake Cunningham
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Phone: (512) 457-2000
bcunningham@kslaw.com

Attorneys for American Society of
Heating, Refrigerating, and Air
Conditioning Engineers, Inc.

Attorneys for Appellant Public.Resource.Org, Inc. certifies the required paper copies of the **Appendix Supplement – Under Seal Volume** have been filed with the Court via hand delivery on January 31, 2018.  The Public Volumes of the Appendix are also being sent to the Court today via first-class mail.  In accordance with the Court's rules, only the Public Volumes have been filed with the Clerk of Court using the CM/ECF System.

Additionally, on this same date I caused an electronic version of the aforementioned documents to be sent via email and a paper copy of the documents to be sent via first-class mail to:

>Donald B. Verrilli, Jr.
>Munger, Tolles & Olson LLP
>1155 F. Street, N.W., 7th  Floor
>Washington, D.C. 20004
>donald.verrilli@mto.com
>
>Kelly M. Klaus
>Rose Leda Ehler
>Munger, Tolles & Olson LLP
>560 Mission Street, 27th Floor
>San Francisco, CA 94105
>Phone: (415) 512-4000
>kelly.klaus@mto.com
>rose.ehler@mto.com
>
>Attorneys for National Fire Protection Association, Inc.

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: (214) 466-4180
allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-5353
kevin.fee@morganlewis.com
jordana.rubel@morganlewis.com

Attorneys for American Society for Testing and
Materials d/b/a/ ASTM International

Joseph R. Wetzel
Anne Voigts
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1211
jwetzel@kslaw.com
avoigts@kslaw.com

J. Blake Cunningham
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Phone: (512) 457-2000
bcunningham@kslaw.com

Attorneys for American Society of Heating,
Refrigerating, and Air Conditioning Engineers, Inc.

2

Michael J. Songer
John I. Stewart Jr.
Clifton S. Elgarten
Mark Thomson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Phone: (202) 624-2500
celgarten@crowell.com

Attorneys for Plaintiffs-Appellees
American Educational Research Association, Inc.;
American Psychological Association, Inc.; and
National Council On Measurement In Education, Inc.

Dated:  January 31, 2018

By: */s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (admitted)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

*Attorneys for Appellant*
*Public.Resource.Org, Inc.*

3

# CERTIFICATE OF SERVICE

I, hereby certify that on January 31, 2018, I electronically filed the foregoing **Notice of Paper Filing of Sealed Materials** with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 31, 2018

By: */s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (admitted)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Appellant*
*Public.Resource.Org, Inc.*