**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**Appeal No. 17-7035**
**(Consolidated with Appeal No. 17-7039)**

---

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

American Society for Testing and Materials; National Fire Protection
Association, Inc.; and American Society of Heating, Refrigerating,
and Air Conditioning Engineers, Inc.,

*Appellees*,

v.

Public.Resource.Org, Inc.,

*Appellant*.

---

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

---

**PUBLIC APPENDIX – MATERIAL UNDER SEAL
IN SEPARATE SUPPLEMENT
VOLUME 2 (JA771-JA1270)**

---

Andrew P. Bridges
abridges@fenwick.com
Matthew B. Becker
mbecker@fenwick.com
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
Phone: (415) 875-2300

Corynne McSherry
corynne@eff.org
Mitchell L. Stoltz
mitch@eff.org
Electronic Frontier Fndn.
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333

David Halperin
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Phone: (202) 905-3434

Attorneys for Appellant Public.Resource.Org, Inc.
Additional Counsel Listed on Inside Cover

Michael J. Songer
John I. Stewart Jr.
Clifton S. Elgarten
Mark Thomson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Phone: (202) 624-2500
celgarten@crowell.com

Attorneys for Plaintiffs-Appellees
American Educational Research
Association, Inc.; American Psychological
Association, Inc.; and National Council
On Measurement In Education, Inc.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
1155 F. Street, N.W., 7th Floor
Washington, D.C. 20004
donald.verrilli@mto.com

Kelly M. Klaus
Rose Leda Ehler
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
kelly.klaus@mto.com
rose.ehler@mto.com

Attorneys for National Fire Protection
Association, Inc.

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: (214) 466-4180
allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-5353
kevin.fee@morganlewis.com
jordana.rubel@morganlewis.com

Attorneys for American Society for
Testing and Materials d/b/a/ ASTM
International

Anne Voigts
Joseph R. Wetzel
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1211
avoigts@kslaw.com
jwetzel@kslaw.com

J. Blake Cunningham
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Phone: (512) 457-2000
bcunningham@kslaw.com

Attorneys for American Society of
Heating, Refrigerating, and Air
Conditioning Engineers, Inc.

# TABLE OF CONTENTS

**Page**

## AMERICAN SOCIETY FOR TESTING AND MATERIALS ET AL. V. PUBLIC.RESOURCE.ORG, INC.

### VOLUME 1:

U.S. District Court for the District of Columbia Docket Sheet, AMERICAN SOCIETY FOR TESTING AND MATERIALS et al. v. PUBLIC.RESOURCE.ORG, INC.
    ASTM-DKT-000 DOCKET ................................................................. JA1

Complaint, AMERICAN SOCIETY FOR TESTING AND MATERIALS et al. v. PUBLIC.RESOURCE.ORG
    ASTM-DKT-001 .................................................................... JA47

Exh A; ASTM COPYRIGHT REGISTRATIONS
    ASTM-DKT-001-1 .................................................................. JA57

Exh B; NATIONAL FIRE PROTECTION ASSOCIATION, INC. COPYRIGHT REGISTRATIONS
    ASTM-DKT-001-2 .................................................................. JA59

Exh C; AMERICAN SOCIETY OF HEATING, REFRIGERATION, REFRIGERATING AND AIR-CONDITIONING ENGINEERS, INC. COPYRIGHT REGISTRATIONS
    ASTM-DKT-001-3 .................................................................. JA61

Exh G; Incorporation by Reference: ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods
    ASTM-DKT-001-7 .................................................................. JA65

PLAINTIFF NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S OPPOSITION TO MOTION TO COMPEL DISCOVERY
    ASTM-DKT-046 .................................................................. JA121

**TABLE OF CONTENTS**
**(Continued)**

Page

DECLARATION OF CHRISTIAN DUBAY IN SUPPORT OF PLAINTIFF
NATIONAL FIRE PROTECTION ASSOCIATION
    ASTM-DKT-046-1 ................................................................... JA116

PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION
FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION
    ASTM-DKT-118-01 ................................................................. JA138

DECLARATION OF DENNIS J. BERRY IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
    ASTM-DKT-118-03 ................................................................. JA144

Exh A; Certificate of Registration - National Electrical Code, 2011 Edition
    ASTM-DKT-118-03, Ex. A...................................................... JA148

Exh B; Certificate of Registration - National Electrical Code, 2014 Edition
    ASTM-DKT-118-03, Ex. B...................................................... JA150

Exh J; Email from Vacay Promo Team to Dennis Berry re: Ebay Violation?, dated
01/22/15
    ASTM-DKT-118-03, Ex. J....................................................... JA152

Exh K; Email from Scott Schwartz to Dennis Berry re: Use of Electronic NEC,
dated 10/13/15
    ASTM-DKT-118-03, Ex. K...................................................... JA156

Declaration of Steven Cramer
    ASTM-DKT-118-04 ................................................................. JA158

Declaration of James Golinveaux
    ASTM-DKT-118-05 ................................................................. JA163

Declaration of Randy Jennings
    ASTM-DKT-118-06 ................................................................. JA167

Declaration of Thomas B. O'Brien, Jr.
    ASTM-DKT-118-07 ................................................................. JA172

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 1; Certificate of Registration: ASTM D86-07 Standards Test Methods for Distillation of Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-07, Ex. 01 ................................................................ JA183

Exh 2; Certificate of Registration: ASTM D975-07 Standard Specification for Diesel Fuel Oils
ASTM-DKT-118-07, Ex. 02 ................................................................ JA186

Exh 3; Alphanumeric List: ASTM Standards
ASTM-DKT-118-07, Ex. 03 ................................................................ JA189

Exh 4; Certificate of Registration: 1999 Annual Book of ASTM Standards
ASTM-DKT-118-07, Ex. 04 ................................................................ JA193

Exh 5; Form and Style for ASTM Standards
ASTM-DKT-118-07, Ex. 05 ................................................................ JA196

Exh 6; Designation ASTM D 86-07; Standard Test Methods for Distillation of Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-07, Ex. 06 ................................................................ JA277

Exh 7; Designation ASTM D 975-07 Standard Specification for Diesel Fuel Oils
ASTM-DKT-118-07, Ex. 07 ................................................................ JA309

Exh 8; Designation ASTM D 396-98 Standard Specification for Fuel Oils
ASTM-DKT-118-07, Ex. 08 ................................................................ JA327

Exh 9; Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer
ASTM-DKT-118-07, Ex. 09 ................................................................ JA333

Exh 17; ASTM D8607 Viewer
ASTM-DKT-118-07, Ex. 17 ................................................................ JA339

Exh 18; Standard Consumer Safety Specification for Infant Walkers
ASTM-DKT-118-07, Ex. 18 ................................................................ JA344

iii

# TABLE OF CONTENTS
## (Continued)

**Page**

Declaration of James T. Pauley in Support of Plaintiff's Motion for Summary
Judgment
  ASTM-DKT-118-08 ................................................................. JA364

Declaration of Stephanie Reiniche
  ASTM-DKT-118-10 ................................................................. JA379

Exh 3; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90 1-2004,
Energy Standard for Buildings Except Low-Rise Residential Buildings
  ASTM-DKT-118-10, EXH 3 ................................................... JA387

Exh 4; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90 1-2007,
Energy Standard for Buildings Except Low-Rise Residential Buildings
  ASTM-DKT-118-10, EXH 4 ................................................... JA390

Exh 5; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90.1-2010,
Energy Standard for Buildings Except Low-Rise Residential Buildings
  ASTM-DKT-118-10, EXH 5 ................................................... JA393

Declaration of James Thomas
  ASTM-DKT-118-11 ............................................................... JA396

Declaration of Jordana S. Rubel
  ASTM-DKT-118-12 ............................................................... JA403

Exh 1; Expert Report of John C. Jarosz; dated 06/05/15
  ASTM-DKT-118-12, Ex. 01 (Material Under Seal) ............... JA409

Exh 2; Rule 30(b)(6) Deposition of Public.Resource.Org, dated 02/26/15
  ASTM-DKT-118-12, Ex. 02 ................................................... JA524

Exh 3; Deposition of Carl Malamud, dated 02/27/15
  ASTM-DKT-118-12, Ex. 03 (Material Under Seal) ............... JA602

Exh 4; Rule 30(b)(6) Deposition of Rebecca Malamud, Public.Resource.Org, dated
11/13/14 (excerpts)
  ASTM-DKT-118-12, Ex. 04 ................................................... JA706

iv

# TABLE OF CONTENTS
## (Continued)

Page

Exh 6; Rule 30(b)(6) Deposition of National Fire Protection Association, Inc., dated 04/01/15 (excerpts)
ASTM-DKT-118-12, Ex. 06 ................................................................. JA715

Exh 7; Rule 30(b)(6) Deposition of ASTM Designee Stephanie Reiniche, dated 03/30/15 (excerpts)
ASTM-DKT-118-12, Ex. 07 ................................................................. JA742

Exh 10; Correspondence from U.S. Dept. of the Interior to Carl Malamud, dated 09/08/15
ASTM-DKT-118-12, Ex. 10 ................................................................. JA757

Exh 12; dharlanuctcom 73 uploads
ASTM-DKT-118-12, Ex. 12 ................................................................. JA766

## VOLUME II:

Exh 16; Incorporation by Reference - ASTM Designation D 86-07 Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-12, Ex. 16 ................................................................. JA771

Exh 19; Email from Carl Malamud to Rebecca Malamud re: SVG and MathML (India and NFPA / Q4); dated 01/04/14
ASTM-DKT-118-12, Ex. 19 ................................................................. JA801

Exh 23; NFPA NEC (20110 National Electrical Code (January 1, 2011)
ASTM-DKT-118-12, Ex. 23 ................................................................. JA805

Exh 25; ASHRAE Standard - Energy Standard for Buildings Except Low-Rise Residential Buildings
ASTM-DKT-118-13, Ex. 25 ................................................................. JA810

Exh 26; Incorporation by Reference - NFPA 70, NEC 2011
ASTM-DKT-118-13, Ex. 26 ................................................................. JA814

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 27; Public Safety Standards United States (Federal Government)
    ASTM-DKT-118-13, Ex. 27 ................................................................ JA818

Exh 28; Public Safety Codes Incorporated by Law
    ASTM-DKT-118-13, Ex. 28 ................................................................ JA895

Exh 29; ASTM Designation D 86-07 Standard Test Method for Distillation of
Petroleum Products at Atmospheric Pressure
    ASTM-DKT-118-13, Ex. 29 ................................................................ JA906

Exh 30; Project Update #8: A Prayer for Our Democracy
    ASTM-DKT-118-13, Ex. 30 ................................................................ JA930

Exh 31; Project Update #6: Meet the Code People
    ASTM-DKT-118-13, Ex. 31 ................................................................ JA934

Exh 32: Twelve Tables of Codes
    ASTM-DKT-118-13, Ex. 32 ................................................................ JA942

Exh 33: Email from Carl Malamud to Josh Greenberg re: Federal Register/Code of
Federal Regulations, dated 08/24/11
    ASTM-DKT-118-13, Ex. 33 ................................................................ JA956

Exh 34: Email from Carl Malamud re: suit; dated 08/09/13
    ASTM-DKT-118-13, Ex. 34 ................................................................ JA972

Exh 38; downloads identifier chart
    ASTM-DKT-118-14, Ex. 38 ................................................................ JA974

Exh 39: Search Results - NFPA AND collection: additional collections
    ASTM-DKT-118-14, Ex. 39 ................................................................ JA988

Exh 44; ASTM D975 Standard Specification for Diesel Fuel Oils (2007
    ASTM-DKT-118-16, Ex. 44 ................................................................ JA996

Exh 4; Rule 30(b)(6) Deposition of Donald P. Bliss, dated 03/03/15 (excerpts)
    ASTM-DKT-120-06 (Material Under Seal).......................................... JA999

# TABLE OF CONTENTS
## (Continued)

Page

Exh 11; Rule 30(b)(6) Deposition of National Fire Protection Association, dated 03/31/15 (excerpts)
    ASTM-DKT-120-07 (Material Under Seal).........................................JA1019

Exh 22: Comments of ASTM International, dated 04/15/12
    ASTM-DKT-120-09 (Material Under Seal).........................................JA1032

Exh 74; Form for Comments on NFPA Report on Proposals
    ASTM-DKT-120-11 (Material Under Seal).........................................JA1040

Exh 75; Form for Proposals on NFPA Technical Committee Documents
    ASTM-DKT-120-12 (Material Under Seal).........................................JA1043

Exh 76; Form for Proposals on NFPA Technical Committee Documents
    ASTM-DKT-120-13 (Material Under Seal).........................................JA1045

Exh 80; ASTM 2011 Membership Renewal Invoice
    ASTM-DKT-120-14 (Material Under Seal).........................................JA1049

Exh 83; 2010 ASTM International Committee Membership Application
    ASTM-DKT-120-16 (Material Under Seal).........................................JA1052

Exh 140; Correspondence from Jeff, to Jim; re: 2012 Accomplishments and 2013 Objectives
    ASTM-DKT-120-30 (Material Under Seal).........................................JA1054

Exh 141; Email from John Pace to Jeff Groves re Standards Summaries, dated 07/09/12
    ASTM-DKT-120-31 (Material Under Seal).........................................JA1058

Exh 142; Email from John Pace to Jeff Groves re Standards Summaries, dated 07/10/12
    ASTM-DKT-120-32 (Material Under Seal).........................................JA1061

Exh 146; Email from James Thomas to Mary McKiel re: ANSI IPRPC: Malamud update 01/15
    ASTM-DKT-120-33 (Material Under Seal).........................................JA1065

# TABLE OF CONTENTS
## (Continued)

Page

Memorandum of Points & Authorities in Support of Public.Resource.Org's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Permanent Injunction
    ASTM-DKT-121-1 ....................................................................JA1068

Declaration of Carl Malamud in Support of Public.Resource.Org's Motion for Summary Judgment
    ASTM-DKT-121-5 ....................................................................JA1070

Exh 2; Public Safety Standards, United States (Federal Government)
    ASTM-DKT-122-1, EXH 002.....................................................JA1081

Exh 5; Rule 30(b)(6) Deposition of Steven Comstock, dated 03/05/15 (excerpts)
    ASTM-DKT-122-1, EXH 005.....................................................JA1136

Exh 6; Rule 30(b)(6) Deposition of National Fire Protection Association, dated 04/01/15 (excerpts)
    ASTM-DKT-122-1, EXH 006.....................................................JA1149

Exh 8; Rule 30(b)(6) Deposition of American Standards Society for Testing and Materials, dated 03/04/15 (excerpts)
    ASTM-DKT-122-1, EXH 008.....................................................JA1165

Exh 9; Deposition of John C. Jarosz, dated 08/27/15 (excerpts)
    ASTM-DKT-122-1, EXH 009.....................................................JA1184

Exh 12; Rule 30(b)(6) Deposition of American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., designee Stephanie Reiniche, dated 03/30/15 (excerpts)
    ASTM-DKT-122-2 , EXH 012.....................................................JA1210

Exh 13; Rule 30(b)(6) Deposition of American Society for Testing and Materials, designee Daniel Smith, dated 07/24/15 (excerpts)
    ASTM-DKT-122-2 , EXH 013.....................................................JA1242

# TABLE OF CONTENTS
## (Continued)

**Page**

## VOLUME III:

Exh 14; Certificate of Registration, 1983 Book of ASTM Standards Section 3
Volume 03.01 Metals - Mechanical Testing; Elevated and Low Temperature Tests
ASTM-DKT-122-2, EXH 014............................................................JA1271

Exh 15; Certificate of Registration, NFPA 1 Uniform Fire Code 2003 Edition
ASTM-DKT-122-2, EXH 015............................................................JA1440

Exh 16; Certificate of Registration; 1993 ASHRAE Handbook -- Fundamentals,
Inch-Pound Edition
ASTM-DKT-122-2, EXH 016............................................................JA1481

Exh 23; Presentation - ASTM Standards, Regulations and Trade
ASTM-DKT-122-3, EXH 023............................................................JA1490

Exh 24; Email from Sarah Petre to Jeff Grove, re: ASTM Follow Up on S1492,
dated 10/04/12
ASTM-DKT-122-3, EXH 024............................................................JA1513

Exh 26; Incorporation by Reference Public Workshop
ASTM-DKT-122-3, EXH 026............................................................JA1518

Exh 28; CM Submittal Form
ASTM-DKT-122-3, EXH 028............................................................JA1534

Exh 44; Application for Project Committee Organizational Representative
Membership
ASTM-DKT-122-4, EXH 044............................................................JA1536

Exh 48; Application for Membership on ASHRAE Standard or Guideline Project
Committee
ASTM-DKT-122-4, EXH 048............................................................JA1540

Exh 49; Memorandum of Understanding Between The United States Dept. of
Energy and The American Society of Heating, Refrigerating and Air-Conditioning
Engineers, Inc.
ASTM-DKT-122-4, EXH 049............................................................JA1543

## TABLE OF CONTENTS
### (Continued)

**Page**

Exh 50: Marketing Task Group, TG Meeting Report, 06/26/04
ASTM-DKT-122-4, EXH 050............................................................JA1547

Exh 51; Email from Steve Ferguson to Doug Read et al., re: IECC and 90.1, dated 12/17/09
ASTM-DKT-122-4, EXH 051............................................................JA1563

Exh 52; ASHRAE Government Affairs: Technical Expertise to Policymakers
ASTM-DKT-122-4, EXH 052............................................................JA1566

Exh 73: Form for Comments on NFPA Report on Proposals 2000 November Association Technical Meeting
ASTM-DKT-122-5, EXH 073............................................................JA1599

Exh 77: Intellectual Property Policy of ASTM, Introduction
ASTM-DKT-122-5, EXH 077............................................................JA1602

Exh 78: Intellectual Property Policy of ASTM International ("Policy")
ASTM-DKT-122-5, EXH 078............................................................JA1611

Exh 79: Intellectual Property Policy of ASTM International ("Policy")
ASTM-DKT-122-5, EXH 079............................................................JA1616

Exh 95: How To: Standards Writing 101, New Standards
ASTM-DKT-122-6, EXH 095............................................................JA1623

Exh 96: Expert Report of James R. Fruchterman
ASTM-DKT-122-6, EXH 096............................................................JA1628

Exh 97; ASTM Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 097............................................................JA1689

Exh 98; NFPA Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 098............................................................JA1720

Exh 99; ASHRAE Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 099............................................................JA1723

## TABLE OF CONTENTS
### (Continued)

Page

Exh 104; Capitol Hill Event to Feature Policy and Business Leader Insights on Voluntary Standards and Conformance
ASTM-DKT-122-7, EXH 104.............................................................JA1725

Exh 106: ASTM International, Public Policy & Corporate Outreach
ASTM-DKT-122-7, EXH 106.............................................................JA1728

Exh 123; NFPA 70 National Electrical Code, 2011 Edition, Errata No. 70-11-1
ASTM-DKT-122-8, EXH 123.............................................................JA1754

Exh 124; NFPA 70 National Electrical Code, 2011 Edition, Errata No. 70-11-2
ASTM-DKT-122-8, EXH 124.............................................................JA1757

Exh 125; An Introduction to the NFPA Standards Development Process
ASTM-DKT-122-8, EXH 125.............................................................JA1759


**VOLUME IV:**

Exh 126: ASHRAE Standards Committee; Procedures for ASHRAE Standards Actions PASA
ASTM-DKT-122-8, EXH 126.............................................................JA1780

Exh 127; Form for Proposals for 2011 National Electrical Code
ASTM-DKT-122-8, EXH 127.............................................................JA1820

Exh 128; Form for Proposals for 2008 National Electrical Code
ASTM-DKT-122-8, EXH 128.............................................................JA1822

Exh 129; Form for Proposals for 2011 National Electrical Code
ASTM-DKT-122-8, EXH 129 (Material Under Seal) ........................JA1824

Exh 130; Email from John Pace to Kathe Hooper re: Question related to copyright, dated 03/24/09
ASTM-DKT-122-8, EXH 130.............................................................JA1833

# TABLE OF CONTENTS
## (Continued)

Page

Exh 131; Email from Kathe Hooper to Victor Palacios re: Request (nao), dated 07/09/09
ASTM-DKT-122-8, EXH 131.........................................................JA1838

Exh 132; ASTM International, Register My Account
ASTM-DKT-122-8, EXH 132.........................................................JA1843

Exh 133; ASTM International, Checkout - Your Address
ASTM-DKT-122-8, EXH 133.........................................................JA1845

Exh 134; ASTM International, Reading Room
ASTM-DKT-122-8, EXH 134.........................................................JA1847

Exh 135; "The purpose of this site…."
ASTM-DKT-122-8, EXH 135.........................................................JA1849

Exh 136; ASTM International, ASTM License Agreement
ASTM-DKT-122-8, EXH 136.........................................................JA1852

Exh 137: "Please indicate your acceptance…"
ASTM-DKT-122-8, EXH 137.........................................................JA1854

Exh 138; NFPA.Org/Login National Fire Protection Association web page
ASTM-DKT-122-8, EXH 138.........................................................JA1857

Exh 139; ASHRAE Shaping Tomorrow's Built Environment Today
ASTM-DKT-122-8, EXH 139.........................................................JA1859

Exh 143: ASTM License Agreement (Reading Room)
ASTM-DKT-122-9, EXH 143.........................................................JA1861

Exh 154; NFPA Standards Development Site; Public Comment Stage
ASTM-DKT-122-9, EXH 154.........................................................JA1864

Exh 155; National Archives, Incorporation by Reference
ASTM-DKT-122-9, EXH 155.........................................................JA1877

## TABLE OF CONTENTS
### (Continued)

Page

Exh 1; Deposition of John C. Jarosz, dated 08/27/15 (excerpts)
    ASTM-DKT-124-3 ...................................................................JA1882

Exh 3; Be confident your electrical work complies with California law (Gmail)
    ASTM-DKT-124-5 ...................................................................JA1930

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply
Memorandum of Law in Support of their Motion for Summary Judgment and for a
Permanent Injunction
    ASTM-DKT-155 .....................................................................JA1933

Declaration of Steve Comstock
    ASTM-DKT-155-5 ...................................................................JA1935

Declaration of Christian Dubay in Support of Plaintiffs' Motion for Summary
Judgment
    ASTM-DKT-155-6...................................................................JA1940

Supplemental Declaration of Thomas B. O'Brien, Jr.
    ASTM-DKT-155-7 ...................................................................JA1945

Exh 1; Deposition of James Fruchterman, dated 07/31/15 (excerpts)
    ASTM-DKT-155-8, Ex. 01 .................................................JA1950

Exh 4; Rule 30(b)(6) Deposition of American Standards Society for Testing and
Materials, by designee Jeffrey Grove, dated 03/04/15 (excerpts)
    ASTM-DKT-155-8, Ex. 04 .................................................JA1981

Exh 7; Rule 30(b)(6) Deposition of Steven Comstock, dated 03/05/15 (excerpts)
    ASTM-DKT-155-8, Ex. 07 .................................................JA1990

Supplemental Declaration of Carl Malamud in Further Support of Defendant's
Motion for Summary Judgment
    ASTM-DKT-164-8...................................................................JA2005

Exh 1; Executive Office of the President, Office of Management and Budget,
OMB Circular A-119
    ASTM-DKT-169-1  ..........................................................JA2007

## TABLE OF CONTENTS
### (Continued)

Page

Order re: Motion to Strike Expert Report of John C. Jarosz
    ASTM-DKT-172 ...................................................................JA2051

Transcript of Motions Hearing before the Honorable Tanya S. Chutkan, dated
09/12/16
    ASTM-DKT-173 ...................................................................JA2054

Memorandum Opinion, Dated 02/02/17
    ASTM-DKT-175 ...................................................................JA2059

Order
    ASTM-DKT-176 ...................................................................JA2114

Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org, Inc., dated
02/15/17
    ASTM-DKT-177 ...................................................................JA2115

Amended Order
    ASTM-DKT-182 ...................................................................JA2118

Amended Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org,
Inc.
    ASTM-DKT-183 ...................................................................JA2120

## AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. ET AL. V. PUBLIC.RESOURCE.ORG, INC.

### (VOLUME IV – CONTINUED)

U.S. District Court for the District of Columbia Docket Sheet, AMERICAN
EDUCATIONAL RESEARCH ASSOCIATION, INC. et al. v.
PUBLIC.RESOURCE.ORG, INC.
    AERA-DKT-000 DOCKET ..................................................JA2123

## TABLE OF CONTENTS
### (Continued)

Page

Complaint, AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. et al. v. PUBLIC.RESOURCE.ORG, INC.
    AERA-DKT-001................................................................................JA2158

Plaintiff's Reply and Affirmative Defenses
    AERA-DKT-014................................................................................JA2186

MPA in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-01 .........................................................................JA2211

Plaintiff's Statement of Material Facts in Support of Motion for Summary Judgment
    AERA-DKT-060-02 .........................................................................JA2215

Exh T; Public.Resource.Org, Inc.'s Amended Responses to First Set of Interrogatories (Nos. 1-8)
    AERA-DKT-060-23 .........................................................................JA2217

Exh V-1; Standards for Educational and Psychological Testing
    AERA-DKT-060-25 .........................................................................JA2233


**VOLUME V:**

Exh V-2; 9. Testing Individuals of Diverse Linguistic Backgrounds
    AERA-DKT-060-26 .........................................................................JA2333

Exh Z; Deposition of James R. Fruchterman, 09/08/15, (excerpts)
    AERA-DKT-060-30 .........................................................................JA2436

Exh II; archive-ssh-80x24 screen capture image
    AERA-DKT-060-44 .........................................................................JA2458

Exh JJ; Email dated 12/16/13 from John S. Neikirk to Carl Malamud
    AERA-DKT-060-45 .........................................................................JA2460

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh KK; 12/19/13 Correspondence to John Neikirk from Carl Malamud
  AERA-DKT-060-46 ................................................................JA2462

Exh MM: Memorandum dated 06/12/14
  AERA-DKT-060-48 ................................................................JA2465

Declaration of Marianne Ernesto in Support of Plaintiff's Motion for Summary
Judgment
  AERA-DKT-060-49 ................................................................JA2467

Exh VV; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/24/14
  AERA-DKT-060-58 ................................................................JA2477

Exh WW; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 09/10/14
  AERA-DKT-060-59 ................................................................JA2480

Exh XX; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 09/08/14
  AERA-DKT-060-60 ................................................................JA2483

Exh YY; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
  AERA-DKT-060-61 ................................................................JA2486

Exh ZZ; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
  AERA-DKT-060-62 ................................................................JA2488

Exh AAA; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/22/14
  AERA-DKT-060-63 ................................................................JA2491

Exh BBB: Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
  AERA-DKT-060-64 ................................................................JA2496

## TABLE OF CONTENTS
### (Continued)

Page

Exh CCC: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/16/14
    AERA-DKT-060-65 ............................................................................ JA2499

Exh DDD: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/28/14
    AERA-DKT-060-66 ............................................................................ JA2503

Exh EEE: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-060-67 ............................................................................ JA2506

Exh FFF: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/21/14
    AERA-DKT-060-68 ............................................................................ JA2509

Exh GGG: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/23/14
    AERA-DKT-060-69 ............................................................................ JA2512

Exh HHH: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
    AERA-DKT-060-70 ............................................................................ JA2515

Declaration of Lauress L. Wise in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-73 ............................................................................ JA2518

Declaration of Wayne Camara in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-76 ............................................................................ JA2544

Exh MMM; Email from John S. Neikirk to Wayne Camara re: Existing Standards, dated 02/14/14
    AERA-DKT-060-77 ............................................................................ JA2576

## TABLE OF CONTENTS
### (Continued)

Page

Declaration of Felice J. Levine in Support of Plaintiff's Motion for Summary
Judgment
    AERA-DKT-060-78 ........................................................................JA2579

Exh QQQ: Standards for Educational & Psychological Testing
    AERA-DKT-060-82 ........................................................................JA2588

Exh RRR; Copyright registration for "Standards for Educational and Psychological
Testing"
    AERA-DKT-060-83 ........................................................................JA2590

Exh SSS; Certificate of Registration for "Standards for Educational and
Psychological Testing"
    AERA-DKT-060-84 ........................................................................JA2593

Exh TTT-1; "Standards for Educational and Psychological Testing"
    AERA-DKT-060-85 ........................................................................JA2596

Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for Summary
Judgment
    AERA-DKT-060-88 ........................................................................JA2696

Public Resource's Motion to Strike Declaration of Kurt F. Geisenger in Support of
Plaintiff's Motion for Summary Judgment
    AERA-DKT-067 .............................................................................JA2744

Memorandum of Points and Authorities in Support of Public Resource's Motion to
Strike Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for
Summary Judgment
    AERA-DKT-067-01(Material Under Seal)........................................JA2746

Declaration of Matthew Becker in Support of Public Resource's Motion to Strike
Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for Summary
Judgment
    AERA-DKT-067-02 (Material Under Seal).......................................JA2769

Exh 1; Deposition of Kurt P. Geisinger, dated 09/10/15 (excerpts)
    AERA-DKT-067-03 (Material Under Seal).......................................JA2774

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 2; Deposition of Felice J. Levine, dated 05/04/15 (excerpts)
AERA-DKT-067-04 (Material Under Seal)........................................JA2799

Exh 3; Expert's Declaration and Report of Kurt F. Geisinger, dated 06/10/15
AERA-DKT-067-05 ...............................................................JA2804

Exh 4; Geisinger Expert Report - List of Materials Considered
AERA-DKT-067-06 ...............................................................JA2828

Exh 5; "Standards for Educational and Psychological Testing" Sales Report, 1999
Edition
AERA-DKT-067-07 ...............................................................JA2832

Exh 6; AERA Standards for Educational and Psychological Testing Statement of
Revenue and Expenses; (FY2000 - 12/31/14)
AERA-DKT-067-08 (Material Under Seal)........................................JA2834

Exh 7; Standards for Educational and Psychological Testing (Fund Balance
Report)
AERA-DKT-067-09 (Material Under Seal)........................................JA2836

Exh 8; American Psychological Association - APA Membership Statistics
AERA-DKT-067-10 ...............................................................JA2838

Exh 9; Standards for Educational & Psychological Testing (2014 Edition)
AERA-DKT-067-11 ...............................................................JA2848

"Exh 10; Briefing Room - Remarks by the President in State of the Union Address"
AERA-DKT-067-12 ...............................................................JA2852

Exh 11; Everything You Need to Know: Waivers, Flexibility, and Reforming No
Child Left Behind
AERA-DKT-067-13 ...............................................................JA2870

Exh 12; National resolution against high-stakes tests released
AERA-DKT-067-14 ...............................................................JA2876

xix

# TABLE OF CONTENTS
## (Continued)

**Page**

## VOLUME VI:

Exh 13; FairTest - Resistance to High Stakes Testing Spreads
AERA-DKT-067-15 ............................................................................ JA2882

Exh 14; California Intellectual Property Laws, 2015 Edition; Publisher: Matthew Bender
AERA-DKT-067-16 ............................................................................ JA2886

Exh 15; Amazon - Code of Federal Regulations, Title 38, Pensions, Bonuses, and Veterans' Relief, Pt. 0-17, Revised as of July 1, 2015
AERA-DKT-067-17 ............................................................................ JA2889

Exh 16; Barnes & Noble Classics - web search results
AERA-DKT-067-18 ............................................................................ JA2893

Exh 2; Rule 30(b)(6) Deposition of Dianne L. Schneider, dated 04/23/15 (excerpts)
AERA-DKT-068-06 (Material Under Seal) ........................................ JA2897

Exh 3; Rule 30(b)(6) Deposition of AERA, APA, NCME, representative Marianne Ernesto, dated 04/29/15 (excerpts)
AERA-DKT-068-07 (Material Under Seal) ........................................ JA2903

Exh 5; Deposition of Felice J. Levine, dated 05/04/15 (excerpts)
AERA-DKT-068-09 (Material Under Seal) ........................................ JA2927

Exh 6; Deposition of Lauress L. Wise; dated 05/11/15 (excerpts)
AERA-DKT-068-10 (Material Under Seal) ........................................ JA2956

Exh 8; Deposition of Kurt F. Geisinger, dated 09/10/15 (excerpts)
AERA-DKT-068-11 (Material Under Seal) ........................................ JA2962

Exh 11; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
AERA-DKT-068-12 (Material Under Seal) ........................................ JA2990

## TABLE OF CONTENTS
### (Continued)

Page

Exh 13; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/10/14
    AERA-DKT-068-14 (Material Under Seal)........................................JA2993

Exh 14; Copyright Assignment, from Leonard S. Feldt, to AERA, APA, NCME, dated 12/12/14
    AERA-DKT-068-15 (Material Under Seal)........................................JA2996

Exh 15; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-068-16 (Material Under Seal)........................................JA3001

Exh 17; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/21/14
    AERA-DKT-068-17 (Material Under Seal)........................................JA3004

Exh 18; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/22/14
    AERA-DKT-068-18 (Material Under Seal)........................................JA3007

Exh 19; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/21/14
    AERA-DKT-068-19 (Material Under Seal)........................................JA3012

Exh 20; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/16/14
    AERA-DKT-068-20 (Material Under Seal)........................................JA3015

Exh 21; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/28/14
    AERA-DKT-068-21 (Material Under Seal)........................................JA3019

Exh 22; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-068-22 (Material Under Seal)........................................JA3022

# TABLE OF CONTENTS
## (Continued)

Page

Exh 23; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/21/14
AERA-DKT-068-23 (Material Under Seal)........................................JA3025

Exh 24; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/23/14
AERA-DKT-068-24 (Material Under Seal)........................................JA3028

Exh 25; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
AERA-DKT-068-25 (Material Under Seal)........................................JA3031

Exh 26; Copyright Assignment, from Charlie Spielberger to AERA, APA, NCME dated 12/30/14
AERA-DKT-068-26 (Material Under Seal)........................................JA3034

Exh 28; Copyright Certificate of Registration - Standards for Educational and Psychological Testing, dated 02/25/14
AERA-DKT-068-28 (Material Under Seal)........................................JA3038

Exh 29; Standards for Educational and Psychological Testing
AERA-DKT-068-29 (Material Under Seal)........................................JA3041

Exh 30; APA - Professional Standards to Ensure the Fair and Appropriate Use of Testing in High-Stakes Educational Decisions
AERA-DKT-068-30 (Material Under Seal)........................................JA3050

Exh 32; Highlights of APA's Involvement in Educational Testing Provisions of the "No Child Left Behind Act"
AERA-DKT-068-31 (Material Under Seal)........................................JA3054

Exh 33; Correspondence to Elliott Eisner and Ronald A. Berk from Frank Farley, APA, dated 01/05/93
AERA-DKT-068-32 (Material Under Seal)........................................JA3058

"Exh 38; American Educational Research Association Standards of Educational and Psychological Testing Statement of Revenue and Expenses (FY2000 -

# TABLE OF CONTENTS
## (Continued)

**Page**

12/31/2013)"
    AERA-DKT-068-34 (Material Under Seal) ........................................ JA3063

"Exh 41; American Educational Research Association Standards of Educational and Psychological Testing Statement of Revenue and Expenses (FY2000 - 12/31/2014)"
    AERA-DKT-068-35 (Material Under Seal) ........................................ JA3065

Declaration of Carl Malamud in Support of Public.Resource.Org's Motion for Summary Judgment, dated 01/21/16
    AERA-DKT-069-05 ............................................................. JA3067

Exh 10; Copyright Registration - Standards for Educational and Psychological Testing, dated 12/08/99
    AERA-DKT-070-10 ............................................................. JA3078

Exh 39; Standards for Educational and Psychological Testing Sales Report, 1999 Edition
    AERA-DKT-070-38 ............................................................. JA3081

Exh 40; Standards for Educational and Psychological Testing Sales Report
    AERA-DKT-070-39 ............................................................. JA3083

Exh 44; Monitor on Psychology - advertisement for Standards for Educational and Psychological Testing
    AERA-DKT-070-43 ............................................................. JA3085

Exh 45; Table of Contents - Standards for Educational and Psychological Testing
    AERA-DKT-070-44 ............................................................. JA3087

Exh 46; New! Revised! Expanded! Standards for Educational and Psychological
    AERA-DKT-070-45 ............................................................. JA3098

Exh 47; AERA web listing - Standards for Educational & Psychologic (2014 Edition)
    AERA-DKT-070-46 ............................................................. JA3102

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 48; AERA web listing - Standards for Educational & Psychologic (2014
Edition)
    AERA-DKT-070-47 ........................................................................... JA3110

Exh 51; Expert Report of James R. Fruchterman, dated 06/13/15
    AERA-DKT-070-50 ........................................................................... JA3114

Exh 52; SIOP article - OCR Issues Draft Guide on Disparate Impact in Educational
Testing, Wayne Camara, The College Board
    AERA-DKT-070-51 ........................................................................... JA3241

Exh 65; National Archives - Incorporation by Reference
    AERA-DKT-070-64 ........................................................................... JA3246

Plaintiff's Reply in Further Support of its Motion for Summary Judgement and in
Opposition  to Defendant's Motion for Summary Judgment, dated 02/18/16
    AERA-DKT-089 ................................................................................. JA3251

Exh 83; Report of the Advisory Commission on Accessible Instructional Materials
in Postsecondary Education for Students with Disabilities, 12/06/11
    AERA-DKT-099-13 ........................................................................... JA3253

Order, re: Defendant's Motion to Strike the Geisinger Declaration
    AERA-DKT-115 ................................................................................. JA3256

Transcript of Motions Hearing before the Honorable Tanya S. Chutkan, dated
09/12/16
    AERA-DKT-116 ................................................................................. JA3259

Memorandum Opinion, Dated 02/02/17
    AERA-DKT-117 ................................................................................. JA3401

Order, Dated 02/02/17
    AERA-DKT-118 ................................................................................. JA3456

Plaintiff's Motion for Clarification of the Court's Order dated February 2, 2017,
dated 02/10/17
    AERA-DKT-119 ................................................................................. JA3457

## TABLE OF CONTENTS
### (Continued)

**Page**

Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org, Inc., dated 02/17/17
      AERA-DKT-120.......................................................................JA3461

## CERTIFICATE OF SERVICE

I, hereby certify that on January 31, 2018, I electronically filed the foregoing **Appendix** with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By: */s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (admitted)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

*Attorneys for Appellant*
*Public.Resource.Org, Inc.*

# EXHIBIT 16



CERTIFICATE

# By Authority Of
## THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 552(a) and Part 1 of the Code of Regulations § 51 the attached document has been duly INCORPORATED BY REFERENCE and shall be considered legally binding upon all citizens and residents of the United States of America. *HEED THIS NOTICE*: Criminal penalties may apply for noncompliance.

**Document Name:** ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure

**CFR Section(s):** 40 CFR 1065.710

**Standards Body:** American Society for Testing and Materials

EXHIBIT 63
Ashley Soewon, CSR No. 12019

Date 2/27/15
Witness:
MALAMUD

*Official Incorporator:*
THE EXECUTIVE DIRECTOR
OFFICE OF THE FEDERAL REGISTER
WASHINGTON, D.C.

APPROVED

JA772



**Designation: D 86 – 07**

An American National Standard

## Standard Test Method for
## Distillation of Petroleum Products at Atmospheric Pressure[1]

This standard is issued under the fixed designation D 86; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

*This standard has been approved for use by agencies of the Department of Defense.*

### 1. Scope*

1.1 This test method covers the atmospheric distillation of petroleum products using a laboratory batch distillation unit to determine quantitatively the boiling range characteristics of such products as light and middle distillates, automotive spark-ignition engine gasolines, aviation gasolines, aviation turbine fuels, 1-D and 2-D regular and low sulfur diesel fuels, special petroleum spirits, naphthas, white spirits, kerosines, and Grades 1 and 2 burner fuels.

1.2 The test method is designed for the analysis of distillate fuels; it is not applicable to products containing appreciable quantities of residual material.

1.3 This test method covers both manual and automated instruments.

1.4 Unless otherwise noted, the values stated in SI units are to be regarded as the standard. The values given in parentheses are provided for information only.

1.5 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

### 2. Referenced Documents

2.1 All standards are subject to revision, and parties to agreement on this test method are to apply the most recent edition of the standards indicated below, unless otherwise specified, such as in contractual agreements or regulatory rules where earlier versions of the method(s) identified may be required.

2.2 *ASTM Standards:* [2]

D 97 Test Method for Pour Point of Petroleum Products
D 323 Test Method for Vapor Pressure of Petroleum Products (Reid Method)
D 2892 Test Method for Distillation of Crude Petroleum (15-Theoretical Plate Column)
D 4057 Practice for Manual Sampling of Petroleum and Petroleum Products
D 4177 Practice for Automatic Sampling of Petroleum and Petroleum Products
D 4953 Test Method for Vapor Pressure of Gasoline and Gasoline-Oxygenate Blends (Dry Method)
D 5190 Test Method for Vapor Pressure of Petroleum Products (Automatic Method)
D 5191 Test Method for Vapor Pressure of Petroleum Products (Mini Method)
D 5842 Practice for Sampling and Handling of Fuels for Volatility Measurement
D 5949 Test Method for Pour Point of Petroleum Products (Automatic Pressure Pulsing Method)
D 5950 Test Method for Pour Point of Petroleum Products (Automatic Tilt Method)
D 5985 Test Method for Pour Point of Petroleum Products (Rotational Method)
E 1 Specification for ASTM Liquid-in-Glass Thermometers
E 77 Test Method for Inspection and Verification of Thermometers
E 1272 Specification for Laboratory Glass Graduated Cylinders
E 1405 Specification for Laboratory Glass Distillation Flasks
2.3 *Energy Institute Standards:* [3]
IP 69 Determination of Vapour Pressure—Reid Method
IP 123 Petroleum Products—Determination of Distillation Characteristics
IP 394 Determination of Air Saturated Vapour Pressure
IP Standard Methods for Analysis and Testing of Petroleum and Related Products 1996—Appendix A

---

[1] This test method is under the jurisdiction of ASTM Committee D02 on Petroleum Products and Lubricants and is the direct responsibility of Subcommittee D02.08.0A on Distillation.

In the IP, the equivalent test method is published under the designation IP 123. It is under the jurisdiction of the Standardization Committee.

Current edition approved Jan. 15, 2017. Published February 2007. Originally approved in 1921. Last previous edition approved in 2005 as D 86-05.

[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

[3] Available from Energy Institute, 61 New Cavendish St., London, W1G 7AR, U.K., http://www.energyinst.org.uk.

---

*A Summary of Changes section appears at the end of this standard.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

1

### D 86 – 07

**TABLE 1  Preparation of Apparatus**

|  | | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Flask, mL | | 125 | 125 | 125 | 125 |
| ASTM distillation thermometer | | 7C (7F) | 7C (7F) | 7C (7F) | 8C (8F) |
| IP distillation thermometer range | | low | low | low | high |
| Flask support board | | B | B | C | C |
| diameter of hole, mm | | 38 | 38 | 50 | 50 |
| Temperature at start of test | | | | | |
| Flask | °C | 13–18 | 13–18 | 13–18 | not above |
| | °F | 55–65 | 55–65 | 55–65 | ambient |
| Flask support and shield | | not above ambient | not above ambient | not above ambient | |
| Receiving cylinder and 100 mL charge | | | | | |
| | °C | 13–18 | 13–18 | 13–18[A] | 13–ambient[A] |
| | °F | 55–65 | 55–65 | 55–65[A] | 55–ambient[A] |

[A] See 10.3.1.1 for exceptions.

### 3. Terminology

3.1 *Definitions:*

3.1.1 *charge volume, n*—the volume of the specimen, 100 mL, charged to the distillation flask at the temperature specified in Table 1.

3.1.2 *decomposition, n*—*of a hydrocarbon,* the pyrolysis or cracking of a molecule yielding smaller molecules with lower boiling points than the original molecule.

3.1.2.1 *Discussion*—Characteristic indications of thermal decomposition are evolution of fumes and erratic temperature readings that usually decrease after any attempt is made to adjust the heat.

3.1.3 *decomposition point, n*—the corrected thermometer reading that coincides with the first indications of thermal decomposition of the liquid in the flask.

3.1.3.1 *Discussion*—The decomposition point, as determined under the conditions of this test method, does not necessarily correspond to the decomposition temperature in other applications.

3.1.4 *dry point, n*—the corrected thermometer reading that is observed at the instant the last drop of liquid (exclusive of any drops or film of liquid on the side of the flask or on the temperature sensor), evaporates from the lowest point in the distillation flask.

3.1.4.1 *Discussion*—The end point (final boiling point), rather than the dry point, is intended for general use. The dry point can be reported in connection with special purpose naphthas, such as those used in the paint industry. Also, it is substituted for the end point (final boiling point) whenever the sample is of such a nature that the precision of the end point (final boiling point) cannot consistently meet the requirements given in the precision section.

3.1.5 *dynamic holdup, n*—the amount of material present in the neck of the flask, in the sidearm of the flask, and in the condenser tube during the distillation.

3.1.6 *emergent stem effect, n*—the offset in temperature reading caused by the use of total immersion mercury-in-glass thermometers in the partial immersion mode.

3.1.6.1 *Discussion*—In the partial immersion mode, a portion of the mercury thread, that is, the emergent portion, is at a lower temperature than the immersed portion, resulting in a shrinkage of the mercury thread and a lower temperature reading.

3.1.7 *end point (EP) or final boiling point (FBP), n*—the maximum corrected thermometer reading obtained during the test.

3.1.7.1 *Discussion*—This usually occurs after the evaporation of all liquid from the bottom of the flask. The term maximum temperature is a frequently used synonym.

3.1.8 *front end loss, n*—loss due to evaporation during transfer from receiving cylinder to distillation flask, vapor loss during the distillation, and uncondensed vapor in the flask at the end of the distillation.

3.1.9 *initial boiling point (IBP), n*—the corrected thermometer reading that is observed at the instant the first drop of condensate falls from the lower end of the condenser tube.

3.1.10 *percent evaporated, n*—the sum of the percent recovered and the percent loss.

3.1.11 *percent loss (or observed loss), n*—one hundred minus the percent total recovery.

3.1.11.1 *corrected loss, n*—percent loss corrected for barometric pressure.

3.1.12 *percent recovered, n*—the volume of condensate observed in the receiving cylinder, expressed as a percentage of the charge volume, associated with a simultaneous temperature reading.

3.1.13 *percent recovery, n*—the maximum percent recovered, as observed in accordance with 10.18.

3.1.13.1 *corrected percent recovery, n*—the percent recovery, adjusted for the difference between the observed loss and the corrected loss, as described in Eq 8.

3.1.13.2 *percent total recovery, n*—the combined percent recovery and residue in the flask, as determined in accordance with 11.1.

3.1.14 *percent residue, n*—the volume of residue in the flask, measured in accordance with 10.19, and expressed as a percentage of the charge volume.

3.1.15 *rate of change (or slope), n*—the change in temperature reading per percent evaporated or recovered, as described in 13.2.

3.1.16 *temperature lag, n*—the offset between the temperature reading obtained by a temperature sensing device and the true temperature at that time.

3.1.17 *temperature measurement device, n*—a thermometer, as described in 6.3.1, or a temperature sensor, as described in 6.3.2.

2

D 86 – 07

3.1.18 *temperature reading, n*—the temperature obtained by a temperature measuring device or system that is equal to the thermometer reading described in 3.1.19.

3.1.18.1 *corrected temperature reading, n*—the temperature reading, as described in 3.1.18, corrected for barometric pressure.

3.1.19 *thermometer reading (or thermometer result), n*—the temperature of the saturated vapor measured in the neck of the flask below the vapor tube, as determined by the prescribed thermometer under the conditions of the test.

3.1.19.1 *corrected thermometer reading, n*—the thermometer reading, as described in 3.1.19, corrected for barometric pressure.

## 4. Summary of Test Method

4.1 Based on its composition, vapor pressure, expected IBP or expected EP, or combination thereof, the sample is placed in one of four groups. Apparatus arrangement, condenser temperature, and other operational variables are defined by the group in which the sample falls.

4.2 A 100-mL specimen of the sample is distilled under prescribed conditions for the group in which the sample falls. The distillation is performed in a laboratory batch distillation unit at ambient pressure under conditions that are designed to provide approximately one theoretical plate fractionation. Systematic observations of temperature readings and volumes of condensate are made, depending on the needs of the user of the data. The volume of the residue and the losses are also recorded.

4.3 At the conclusion of the distillation, the observed vapor temperatures can be corrected for barometric pressure and the data are examined for conformance to procedural requirements, such as distillation rates. The test is repeated if any specified condition has not been met.

4.4 Test results are commonly expressed as percent evaporated or percent recovered versus corresponding temperature, either in a table or graphically, as a plot of the distillation curve.

## 5. Significance and Use

5.1 The basic test method of determining the boiling range of a petroleum product by performing a simple batch distillation has been in use as long as the petroleum industry has existed. It is one of the oldest test methods under the jurisdiction of ASTM Committee D02, dating from the time when it was still referred to as the Engler distillation. Since the test method has been in use for such an extended period, a tremendous number of historical data bases exist for estimating end-use sensitivity on products and processes.

5.2 The distillation (volatility) characteristics of hydrocarbons have an important effect on their safety and performance, especially in the case of fuels and solvents. The boiling range gives information on the composition, the properties, and the behavior of the fuel during storage and use. Volatility is the major determinant of the tendency of a hydrocarbon mixture to produce potentially explosive vapors.

5.3 The distillation characteristics are critically important for both automotive and aviation gasolines, affecting starting, warm-up, and tendency to vapor lock at high operating



**FIG. 1 Apparatus Assembly Using Gas Burner**

temperature or at high altitude, or both. The presence of high boiling point components in these and other fuels can significantly affect the degree of formation of solid combustion deposits.

5.4 Volatility, as it affects rate of evaporation, is an important factor in the application of many solvents, particularly those used in paints.

5.5 Distillation limits are often included in petroleum product specifications, in commercial contract agreements, process refinery/control applications, and for compliance to regulatory rules.

## 6. Apparatus

6.1 *Basic Components of the Apparatus*:

6.1.1 The basic components of the distillation unit are the distillation flask, the condenser and associated cooling bath, a metal shield or enclosure for the distillation flask, the heat source, the flask support, the temperature measuring device, and the receiving cylinder to collect the distillate.

6.1.2 Figs. 1 and 2 are examples of manual distillation units.

6.1.3 In addition to the basic components described in 6.1.1, automated units also are equipped with a system to measure and automatically record the temperature and the associated recovered volume in the receiving cylinder.

6.2 A detailed description of the apparatus is given in Annex A2.

6.3 *Temperature Measuring Device*:

6.3.1 Mercury-in-glass thermometers, if used, shall be filled with an inert gas, graduated on the stem and enamel backed. They shall conform to Specification E 1 or IP Standard Methods for Analysis and Testing of Petroleum and Related Products 1996—Appendix A, or both, for thermometers ASTM

3

D 86 – 07



1—Condenser bath
2—Bath cover
3—Bath temperature sensor
4—Bath overflow
5—Bath drain
6—Condenser tube
7—Shield
8—Viewing window
9a—Voltage regulator
9b—Voltmeter or ammeter
9c—Power switch
9d—Power light indicator
10—Vent

11—Distillation flask
12—Temperature sensor
13—Flask support board
14—Flask support platform
15—Ground connection
16—Electric heater
17—Knob for adjusting level
    of support platform
18—Power source cord
19—Receiver cylinder
20—Receiver cooling bath
21—Receiver cover

FIG. 2 Apparatus Assembly Using Electric Heater

4

JA776

D 86 – 07



FIG. 3 PTFE Centering Device for Ground Glass Joint



FIG. 4 Example of Centering Device Designs for Straight-Bore Neck Flasks



FIG. 5 Position of Thermometer in Distillation Flask

7C/IP 5C and ASTM 7F for the low range thermometers, and ASTM 8C/IP 6C and ASTM 8F for the high range thermometers.

6.3.1.1 Thermometers that have been exposed for an extended period above an observed temperature of 370°C shall not be reused without a verification of the ice point or checked as prescribed in Specification E 1 and Test Method E 77.

Note 1—At an observed thermometer reading of 370°C, the temperature of the bulb is approaching a critical range in the glass and the thermometer may lose its calibration.

6.3.2 Temperature measurement systems other than those described in 6.3.1 are satisfactory for this test method, provided that they exhibit the same temperature lag, emergent stem effect, and accuracy as the equivalent mercury-in-glass thermometer.

6.3.2.1 The electronic circuitry or the algorithms, or both, used shall include the capability to simulate the temperature lag of a mercury-in-glass thermometer.

6.3.2.2 Alternatively, the sensor can also be placed in a casing with the tip of the sensor covered so that the assembly, because of its adjusted thermal mass and conductivity, has a temperature lag time similar to that of a mercury-in-glass thermometer.

Note 2—In a region where the temperature is changing rapidly during the distillation, the temperature lag of a thermometer can be as much as 3 seconds.

6.3.3 In case of dispute, the referee test method shall be carried out with the specified mercury-in-glass thermometer.

6.4 *Temperature Sensor Centering Device*:

6.4.1 The temperature sensor shall be mounted through a snug-fitting device designed for mechanically centering the sensor in the neck of the flask without vapor leakage. Examples of acceptable centering devices are shown in Figs. 3 and 4. (Warning—The use of a plain stopper with a hole drilled through the center is not acceptable for the purpose described in 6.4.1.)

Note 3—Other centering devices are also acceptable, as long as they position and hold the temperature sensing device in the proper position in the neck of the distillation column, as shown in Fig. 5 and described in 10.5.

Note 4—When running the test by the manual method, products with

a low IBP may have one or more readings obscured by the centering device. See also 10.14.3.1.

6.5 Automated equipment manufactured in 1999 and later shall be equipped with a device to automatically shut down power to the unit and to spray an inert gas or vapor in the chamber where the distillation flask is mounted in the event of fire.

Note 5—Some causes of fires are breakage of the distillation flask, electrical shorts, and foaming and spilling of liquid sample through the top opening of the flask.

6.6 *Barometer*—A pressure measuring device capable of measuring local station pressure with an accuracy of 0.1 kPa (1 mm Hg) or better, at the same elevation relative to sea level as the apparatus in the laboratory. (Warning—Do not take readings from ordinary aneroid barometers, such as those used

5

D 86 – 07

**TABLE 2  Group Characteristics**

| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| Sample characteristics | | | | |
| Distillate type | | | | |
| Vapor pressure at | | | | |
| 37.8°C, kPa | ≥65.5 | <65.5 | <65.5 | <65.5 |
| 100°F, psi | ≥9.5 | <9.5 | <9.5 | <9.5 |
| (Test Methods D 323, D 4953, D 5190, D 5191, D 5482, IP 69 or IP 394) | | | | |
| Distillation, IBP °C | | | ≤100 | >100 |
| °F | | | ≤212 | >212 |
| EP °C | ≤250 | ≤250 | >250 | >250 |
| °F | ≤482 | ≤482 | >482 | >482 |

at weather stations and airports, since these are precorrected to give sea level readings.)

## 7. Sampling, Storage, and Sample Conditioning

7.1 Determine the Group characteristics that correspond to the sample to be tested (see Table 2). Where the procedure is dependent upon the group, the section headings will be so marked.

7.2 *Sampling*:

7.2.1 Sampling shall be done in accordance with Practice D 4057 or D 4177 and as described in Table 3.

7.2.1.1 *Group 1*—Condition the sample container to below 10°C, preferably by filling the bottle with the cold liquid sample and discarding the first sample. If this is not possible because, for instance, the product to be sampled is at ambient temperature, the sample shall be drawn into a bottle prechilled to below 10°C, in such a manner that agitation is kept at a minimum. Close the bottle immediately with a tight-fitting closure. (**Warning**—Do not completely fill and tightly seal a cold bottle of sample because of the likelihood of breakage on warming.)

7.2.1.2 *Groups 2, 3, and 4*—Collect the sample at ambient temperature. After sampling, close the sample bottle immediately with a tight-fitting closure.

7.2.1.3 If the sample received by the testing laboratory has been sampled by others and it is not known whether sampling has been performed as described in 7.2, the sample shall be assumed to have been so sampled.

7.3 *Sample Storage*:

7.3.1 If testing is not to start immediately after collection, store the samples as indicated in 7.3.2, 7.3.3, and Table 3. All samples shall be stored away from direct sunlight or sources of direct heat.

7.3.2 *Group 1*—Store the sample at a temperature below 10°C.

NOTE 6—If there are no, or inadequate, facilities for storage below 10°C, the sample may also be stored at a temperature below 20°C, provided the operator ensures that the sample container is tightly closed and leak-free.

7.3.3 *Group 2*—Store the sample at a temperature below 10°C.

NOTE 7—If there are no, or inadequate, facilities for storage below

10°C, the sample may also be stored at a temperature below 20°C, provided the operator ensures that the sample container is tightly closed and leak-free.

7.3.4 *Groups 3 and 4*—Store the sample at ambient or lower temperature.

7.4 *Sample Conditioning Prior to Analysis*:

7.4.1 Samples shall be conditioned to the temperature shown in Table 3 before opening the sample container.

7.4.1.1 *Groups 1 and 2*—Samples shall be conditioned to a temperature of less than 10°C (50°F) before opening the sample container.

7.4.1.2 *Groups 3 and 4*—If the sample is not fluid at ambient temperature, it is to be heated to a temperature of 9 to 21°C above its pour point (Test Method D 97, D 5949, or D 5985) prior to analysis. If the sample has partially or completely solidified during storage, it shall be vigorously shaken after melting prior to opening the sample container to ensure homogeneity.

7.4.1.3 If the sample is not fluid at room temperature, the temperature ranges shown in Table 3 for the flask and for the sample do not apply.

7.5 *Wet Samples*:

7.5.1 Samples of materials that visibly contain water are not suitable for testing. If the sample is not dry, obtain another sample that is free from suspended water.

7.5.2 *Groups 1 and 2*—If such a sample cannot be obtained, the suspended water can be removed by maintaining the sample at 0 to 10°C, adding approximately 10 g of anhydrous sodium sulfate per 100 mL of sample, shaking the mixture for approximately 2 min, and then allowing the mixture to settle for approximately 15 min. Once the sample shows no visible signs of water, use a decanted portion of the sample, maintained between 1 and 10°C, for the analysis. Note in the report that the sample has been dried by the addition of a desiccant.

NOTE 8—Suspended water in hazy samples in Groups 1 and 2 can be removed by the addition of anhydrous sodium sulfate and separating the liquid sample from the drying agent by decanting without statistically affecting the results of the test.[4]

7.5.3 *Groups 3 and 4*—In cases in which a water-free sample is not practical, the suspended water can be removed by shaking the sample with anhydrous sodium sulfate or other suitable drying agent and separating it from the drying agent by decanting. Note in the report that the sample has been dried by the addition of a desiccant.

## 8. Preparation of Apparatus

8.1 Refer to Table 1 and prepare the apparatus by choosing the appropriate distillation flask, temperature measuring device, and flask support board, as directed for the indicated group. Bring the temperature of the receiving cylinder, the flask, and the condenser bath to the indicated temperature.

8.2 Make any necessary provisions so that the temperature of the condenser bath and the receiving cylinder will be maintained at the required temperatures. The receiving cylinder shall be in a bath such that either the liquid level is at least

---

[4] Supporting data have been filed at ASTM International Headquarters and may be obtained by requesting Research Report RR: D02-1455.

D 86 – 07

TABLE 3 Sampling, Storage, and Sample Conditioning

|  |  | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Temperature of sample bottle | °C | <10 |  |  |  |
|  | °F | <50 |  |  |  |
| Temperature of stored sample | °C | <10[A] | <10 | ambient | ambient |
|  | °F | <50[A] | <50 | ambient | ambient |
| Temperature of sample after conditioning prior to analysis | °C | <10 | <10 | Ambient or 9 to 21°C above pour point[B] | Ambient or |
|  | °F | <50 | <50 | Ambient or 48 to 70°F above pour point[B] | Ambient or |
| If sample is wet | | resample | resample | dry in accordance with 7.5.2 | |
| If resample is still wet[C] | | dry in accordance with 7.5.2 | | | |

[A] Under certain circumstances, samples can also be stored at temperatures below 20°C (68°F). See also 7.3.2 and 7.3.3.
[B] If sample is (semi)-solid at ambient temperature, see also 10.3.1.1.
[C] If sample is known to be wet, resampling may be omitted. Dry sample in accordance with 7.5.2 and 7.5.3.

as high as the 100-mL mark or the entire receiving cylinder is surrounded by an air circulation chamber.

8.2.1 *Groups 1, 2, and 3*—Suitable media for low temperature baths include, but are not limited to, chopped ice and water, refrigerated brine, and refrigerated ethylene glycol.

8.2.2 *Group 4*—Suitable media for ambient and higher bath temperatures include, but are not limited to, cold water, hot water, and heated ethylene glycol.

8.3 Remove any residual liquid in the condenser tube by swabbing with a piece of soft, lint-free cloth attached to a cord or wire.

## 9. Calibration and Standardization

9.1 *Temperature Measurement System*—Temperature measurement systems using other than the specified mercury-in-glass thermometers shall exhibit the same temperature lag, emergent stem effect, and accuracy as the equivalent mercury-in-glass thermometer. Confirmation of the calibration of these temperature measuring systems shall be made at intervals of not more than six months, and after the system has been replaced or repaired.

9.1.1 The accuracy and the calibration of the electronic circuitry or computer algorithms, or both, shall be verified by the use of a standard precision resistance bench. When performing this verification, no algorithms shall be used to correct the temperature for lag and the emergent stem effect (see manufacturer's instructions).

9.1.2 Verification of the calibration of temperature measuring devices shall be conducted by distilling toluene in accordance with Group 1 of this test method and comparing the 50 % recovered temperature with that shown in Table 4.[5]

9.1.2.1 If the temperature reading is not within the values shown in Table 4 for the respective apparatus being used (see Note 10 and Table 4), the temperature measurement system shall be considered defective and shall not be used for the test.

NOTE 9—Toluene is used as a verification fluid for calibration; it will yield almost no information on how well an electronic measurement system simulates the temperature lag of a liquid-in-glass thermometer.

9.1.2.2 Reagent grade toluene and hexadecane (cetane), conforming to the specifications of the Committee on Analyti-

cal Reagents of the American Chemical Society,[6] shall be used. However, other grades may also be used, provided it is first ascertained that the reagent is of sufficient purity to permit its use without lessening the accuracy of the determination.

NOTE 10—At 101.3 kPa, toluene is shown in reference manuals as boiling at 110.6°C when measured using a partial immersion thermometer. Because this test method uses thermometers calibrated for total immersion, the results typically will be lower and, depending on the thermometer and the situation, may be different for each thermometer. At 101.3 kPa, hexadecane is shown in reference manuals as boiling at 287.0°C when measured using a partial immersion thermometer. Because this test method uses thermometers calibrated for total immersion, the results typically will be lower, and, depending on the thermometer and the situation, may be different for each thermometer.

9.1.3 A procedure to determine the magnitude of the temperature lag is described in Annex A3.

9.1.4 A procedure to emulate the emergent stem effect is described in Appendix X4.

9.1.5 To verify the calibration of the temperature measurement system at elevated temperatures, use hexadecane. The temperature measurement system shall indicate, at 50% recovered, a temperature comparable to that shown in Table 4 for the respective apparatus under Group 4 distillation conditions.

NOTE 11—Because of the high melting point of hexadecane, Group 4 verification distillations will have to be carried out with condenser temperatures >20°C.

9.2 *Automated Method:*

9.2.1 *Level Follower*—For an automated distillation apparatus, the level follower/recording mechanism of the apparatus shall have a resolution of 0.1 mL or better with a maximum error of 0.3 mL between the 5 and 100 mL points. The calibration of the assembly shall be verified in accordance with manufacturer's instructions at intervals of not more than three months and after the system has been replaced or repaired.

NOTE 12—The typical calibration procedure involves verifying the output with the receiver containing 5 and 100 mL of material respectively.

9.2.2 *Barometric Pressure*—At intervals of not more than six months, and after the system has been replaced or repaired,

---

[5] Supporting data have been filed at ASTM International Headquarters and may be obtained by requesting Research Report RR: D02–1580.

[6] *Reagent Chemicals, American Chemical Society Specifications,* American Chemical Society, Washington, DC. For suggestion on the testing of reagents not listed by the American Chemical Society, see *Analar Standards for Laboratory Chemicals,* BDH Ltd., Poole, Dorset, U.K., and the *United States Pharmacopeia and National Formulary,* U.S. Pharmacopeial Convention, Inc. (USPC), Rockville, MD.

7

🎐 D 86 – 07

TABLE 4 True and Min and Max D 86 50 % Recovered Boiling Points (°C)[A]

| | | Manual | | Automated | |
| --- | --- | --- | --- | --- | --- |
| | | Distillation conditions min D 86 50 % boiling point | Distillation conditions max D 86 50 % boiling point | Distillation conditions min D 86 50 % boiling point | Distillation conditions max D 86 50 % boiling point |
| Toluene | ASTM/IP true boiling point | Group 1, 2, and 3 | Group 1, 2, and 3 | Group 1, 2, and 3 | Group 1, 2, and 3 |
| | 110.6 | 105.9 | 111.6 | 108.5 | 109.7 |
| Hexadecane | ASTM/IP true boiling point | Group 4 | Group 4 | Group 4 | Group 4 |
| | 287.0 | 272.2 | 283.1 | 277.0 | 280.0 |

[A] The manual and automated temperatures shown in this table are the values for the 95 % tolerance interval for the 99 % population coverage. The proposed tolerance is approximately 3 × sigma. Information on the values in this table can be found in RR:D02–1580.

the barometric reading of the instrument shall be verified against a barometer, as described in 6.6.

## 10. Procedure

10.1 Record the prevailing barometric pressure.

10.2 *Groups 1 and 2*—Fit a low range thermometer provided with a snug-fitting cork or stopper of silicone rubber, or equivalent polymeric material, tightly into the neck of the sample container and bring the temperature of the sample to the temperature indicated in Table 3.

10.3 *Groups 1, 2, 3, and 4*—Check that the temperature of the sample is as shown in Table 3. Pour the specimen precisely to the 100-mL mark of the receiving cylinder, and transfer the contents of the receiving cylinder as completely as practical into the distillation flask, ensuring that none of the liquid flows into the vapor tube.

NOTE 13—It is important that the difference between the temperature of the specimen and the temperature of the bath around the receiving cylinder is as small as practically possible. A difference of 5°C can make a difference of 0.7 mL.

10.3.1 *Groups 3 and 4*—If the sample is not fluid at ambient temperature, it is to be heated to a temperature between 9 and 21°C above its pour point (Test Methods D 97, D 5949, D 5950, or D 5985) prior to analysis. If the sample has partially or completely solidified in the intervening period, it shall be vigorously shaken after melting, and prior to sampling, to ensure homogeneity.

10.3.1.1 If the sample is not fluid at ambient temperatures, disregard the temperature range shown in Table 1 for the receiving cylinder and sample. Prior to analysis, heat the receiving cylinder to approximately the same temperature as the sample. Pour the heated specimen precisely to the 100-mL mark of the receiving cylinder, and transfer the contents of the receiving cylinder as completely as practical into the distillation flask, ensuring that none of the liquid flows into the vapor tube.

NOTE 14—Any material that evaporates during the transfer will contribute to the loss; any material that remains in the receiving cylinder will contribute to the observed recovery volume at the time of the IBP.

10.4 If the sample can be expected to demonstrate irregular boiling behavior, that is, bumping, add a few boiling chips to the specimen. The addition of a few boiling chips is acceptable for any distillation.

10.5 Fit the temperature sensor through a snug-fitting device, as described in 6.4, to mechanically center the sensor in the neck of the flask. In the case of a thermometer, the bulb is centered in the neck and the lower end of the capillary is level with the highest point on the bottom of the inner wall of the vapor tube (see Fig. 5). In the case of a thermocouple or resistance thermometer, follow the manufacturer's instructions as to placement (see Fig. 6).

NOTE 15—If vacuum grease is used on the mating surface of the centering device, use the minimum amount of grease that is practical.

10.6 Fit the flask vapor tube, provided with a snug-fitting cork or rubber stopper of silicone, or equivalent polymeric material, tightly into the condenser tube. Adjust the flask in a vertical position so that the vapor tube extends into the condenser tube for a distance from 25 to 50 mm. Raise and adjust the flask support board to fit snugly against the bottom of the flask.

10.7 Place the receiving cylinder that was used to measure the specimen, without drying the inside of the cylinder, into its temperature-controlled bath under the lower end of the condenser tube. The end of the condenser tube shall be centered in the receiving cylinder and shall extend therein for a distance of at least 25 mm, but not below the 100-mL mark.

10.8 *Initial Boiling Point*:

10.8.1 *Manual Method*—To reduce evaporation loss of the distillate, cover the receiving cylinder with a piece of blotting paper, or similar material, that has been cut to fit the condenser tube snugly. If a receiver deflector is being used, start the distillation with the tip of the deflector just touching the wall of the receiving cylinder. If a receiver deflector is not used, keep the drip tip of the condenser away from the wall of the receiving cylinder. Note the start time. Observe and record the IBP to the nearest 0.5°C (1.0°F). If a receiver deflector is not being used, immediately move the receiving cylinder so that the tip of the condenser touches its inner wall.

10.8.2 *Automated Method*—To reduce evaporation loss of the distillate, use the device provided by the instrument manufacturer for this purpose. Apply heat to the distillation flask and contents with the tip of the receiver deflector just touching the wall of the receiving cylinder. Note the start time. Record the IBP to the nearest 0.1°C (0.2°F).

8

D 86 – 07

**A: Align inside
lower
portion of flask**

FIG. 6 Example of Recommended Placement of Pt-100 Probe
Relative to Distillation Flask Sidearm for Automated D 86
Distillation Instrument

10.9 Regulate the heating so that the time interval between the first application of heat and the IBP is as specified in Table 5.

10.10 Regulate the heating so that the time from IBP to 5 or 10 % recovered is as indicated in Table 5.

10.11 Continue to regulate the heating so that the uniform average rate of condensation from 5 or 10 % recovered to 5 mL residue in the flask is 4 to 5 mL per min. (**Warning**—Due to the configuration of the boiling flask and the conditions of the test, the vapor and liquid around the temperature sensor are not in thermodynamic equilibrium. The distillation rate will consequently have an effect on the measured vapor temperature. The distillation rate shall, therefore, be kept as constant as possible throughout the test.)

NOTE 16—When testing gasoline samples, it is not uncommon to see the condensate suddenly form non-miscible liquid phases and bead up on the temperature measuring device and in the neck of the boiling flask at a vapor temperature of around 160°C. This may be accompanied by a sharp (about 3°C) dip in the vapor temperature and a drop in the recovery rate. The phenomenon, which may be due to the presence of trace water in the sample, may last for 10 to 30 s before the temperature recovers and the condensate starts flowing smoothly again. This point is sometimes colloquially referred to as the Hesitation Point.

10.12 Repeat any distillation that did not meet the requirements described in 10.9, 10.10, and 10.11.

10.13 If a decomposition point, as described in 3.1.3, is observed, discontinue the heating and proceed as directed in 10.17.

10.14 In the interval between the IBP and the end of the distillation, observe and record data necessary for the calculation and reporting of the results of the test as required by the specification involved, or as previously established for the sample under test. These observed data can include temperature readings at prescribed percentages recovered or percentages recovered at prescribed temperature readings, or both.

10.14.1 *Manual Method*—Record all volumes in the graduated cylinder to the nearest 0.5 mL, and all temperature readings to the nearest 0.5°C (1.0°F).

10.14.2 *Automated Method*—Record all volumes in the receiving cylinder to the nearest 0.1 mL, and all temperature readings to the nearest 0.1°C (0.2°F).

10.14.3 *Group 1, 2, 3, and 4*—In cases in which no specific data requirements have been indicated, record the IBP and the EP (FBP) or the dry point, or both, and temperature readings at 5, 15, 85, and 95 % recovered, and at each 10 % multiple of volume recovered from 10 to 90, inclusive.

10.14.3.1 *Group 4*—When a high range thermometer is used in testing aviation turbine fuels and similar products, pertinent thermometer readings can be obscured by the centering device. If these readings are required, perform a second distillation in accordance with Group 3. In such cases, reading from a low range thermometer can be reported in place of the obscured high range thermometer readings, and the test report shall so indicate. If, by agreement, the obscured readings are waived, the test report shall so indicate.

10.14.4 When it is required to report the temperature reading at a prescribed percent evaporated or recovered for a sample that has a rapidly changing slope of the distillation curve in the region of the prescribed percent evaporated or recovered reading, record temperature readings at every 1 % recovered. The slope is considered rapidly changing if the

9

D 86 – 07

**TABLE 5  Conditions During Test Procedure**

| | | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Temperature of cooling bath[A] | °C | 0–1 | 0–5 | 0–5 | 0–60 |
| | °F | 32–34 | 32–40 | 32–40 | 32–140 |
| Temperature of bath around | °C | 13–18 | 13–18 | 13–18 | ±3 |
| receiving cylinder | °F | 55–65 | 55–65 | 55–65 | ±5 of charge temperature |
| Time from first application of heat to initial boiling point, min | | 5–10 | 5–10 | 5–10 | 5–15 |
| Time from initial boiling point to 5 % recovered, s to 10 % recovered, min | | 60–100 | 60–100 | | |
| Uniform average rate of condensation from 5 % recovered to 5 mL in flask, mL/min | | 4–5 | 4–5 | 4–5 | 4–5 |
| Time recorded from 5 mL residue to end point, min | | 5 max | 5 max | 5 max | 5 max |

[A] the proper condenser bath temperature will depend upon the wax content of the sample and of its distillation fractions. The test is generally performed using single condenser temperature. Wax formation in the condenser can be deduced from (a) the presence of wax particles in the distillate coming off the drip tip, (b) a higher distillation loss than what would be expected based on the initial boiling point of the specimen, (c) an erratic recovery rate and (d) the presence of wax particles during the removal of residual liquid by swabbing with a lint-free cloth (see 6.3). The minimum temperature that permits satisfactory operation shall be used. In general, a bath temperature in the 0 to 4°C range is suitable for kerosine, Grade No. 1 fuel oil and Grade No. 1-D diesel fuel oil. In some cases involving Grade No. 2 fuel oil, Grade No. 2-D diesel fuel oil, gas oils and similar distillates, it may be necessary to hold the condenser bath temperature in the 38 to 60°C range.

change in slope (C) of the data points described in 10.14.2 in that particular area is greater than 0.6 (change of slope (F) is greater than 1.0) as calculated by Eq 1 (Eq 2).

Change of Slope $(C) =$

$$(C_2 - C_1)/(V_2 - V_1) - (C_3 - C_2)/(V_3 - V_2) \quad (1)$$

Change of Slope $(F) =$

$$(F_2 - F_1)/(V_2 - V_1) - (F_3 - F_2)/(V_3 - V_2) \quad (2)$$

where:

$C_1$ = temperature at the volume % recorded one reading prior to the volume % in question, °C,

$C_2$ = temperature at the volume % recorded in question, °C,

$C_3$ = temperature at the volume % recorded following the volume % in question, °C,

$F_1$ = temperature at the volume % recorded one reading prior to the volume % in question, °F,

$F_2$ = temperature at the volume % recorded in question, °F,

$F_3$ = temperature at the volume % recorded following the volume % in question, °F,

$V_1$ = volume % recorded one reading prior to the volume % in question,

$V_2$ = volume % recorded at the volume % in question, and

$V_3$ = volume % recorded following the volume % in question.

10.15  When the residual liquid in the flask is approximately 5 mL, make a final adjustment of the heat. The time from the 5 mL of liquid residue in the flask to the EP (FBP) shall be within the limits prescribed in Table 5. If this condition is not satisfied, repeat the test with appropriate modification of the final heat adjustment.

NOTE 17—Since it is difficult to determine when there is 5 mL of boiling liquid left in the flask, this time is determined by observing the amount of liquid recovered in the receiving cylinder. The dynamic holdup has been determined to be approximately 1.5 mL at this point. If there are no front end losses, the amount of 5 mL in the flask can be assumed to

correspond with an amount of 93.5 mL in the receiving cylinder. This amount has to be adjusted for the estimated amount of front and loss.

10.15.1  If the actual front end loss differs more than 2 mL from the estimated value, the test shall be rerun.

10.16  Observe and record the EP (FBP) or the dry point, or both, as required, and discontinue the heating.

10.17  Allow the distillate to drain into the receiving cylinder, after heating has been discontinued.

10.17.1  *Manual Method*—While the condenser tube continues to drain into the graduated cylinder, observe and note the volume of condensate to the nearest 0.5 mL at 2 min intervals until two successive observations agree. Measure the volume in the receiving cylinder accurately, and record it to the nearest 0.5 mL.

10.17.2  *Automated Method*—The apparatus shall continually monitor the recovered volume until this volume changes by no more than 0.1 mL in 2 min. Record the volume in the receiving cylinder accurately to the nearest 0.1 mL.

10.18  Record the volume in the receiving cylinder as percent recovery. If the distillation was previously discontinued under the conditions of a decomposition point, deduct the percent recovered from 100, report this difference as the sum of percent residue and percent loss, and omit the procedure given in 10.19.

10.19  After the flask has cooled and no more vapor is observed, disconnect the flask from the condenser, pour its contents into a 5-mL graduated cylinder, and with the flask suspended over the cylinder, allow the flask to drain until no appreciable increase in the volume of liquid in the cylinder is observed. Measure the volume in the graduated cylinder to the nearest 0.1 mL, and record as percent residue.

10.19.1  If the 5-mL graduated cylinder does not have graduations below 1 mL and the volume of liquid is less than 1 mL, prefill the cylinder with 1 mL of a heavy oil to allow a better estimate of the volume of the material recovered.

10.19.1.1  If a residue greater than expected is obtained, and the distillation was not purposely terminated before the EP,

10

D 86 – 07

check whether adequate heat was applied towards the end of the distillation and whether conditions during the test conformed to those specified in Table 5. If not, repeat test.

Note 18—The distillation residues of this test method for gasoline, kerosine, and distillate diesel are *typically* 0.9–1.3, 0.9–1.3, and 1.0–1.4 volume %, respectively.

Note 19—The test method is not designed for the analysis of distillate fuels containing appreciable quantities of residual material (see 1.2).

10.19.2 *Groups 1, 2, 3, and 4*—Record the volume in the 5-mL graduated cylinder, to the nearest 0.1 mL, as percent residue.

10.20 If the intent of the distillation is to determine the percent evaporated or percent recovered at a predetermined corrected temperature reading, modify the procedure to conform to the instructions described in Annex A4.

10.21 Examine the condenser tube and the side arm of the flask for waxy or solid deposits. If found, repeat the test after making adjustments described in Footnote A of Table 5.

## 11. Calculations

11.1 The percent total recovery is the sum of the percent recovery (see 10.18) and the percent residue (see 10.19). Deduct the percent total recovery from 100 to obtain the percent loss.

11.2 Do not correct the barometric pressure for meniscus depression, and do not adjust the pressure to what it would be at sea level.

Note 20—The observed barometric reading does not have to be corrected to a standard temperature and to standard gravity. Even without performing these corrections, the corrected temperature readings for the same sample between laboratories at two different locations in the world will, in general, differ less than 0.1°C at 100°C. Almost all data obtained earlier have been reported at barometric pressures that have not been corrected to standard temperature and to standard gravity.

11.3 Correct temperature readings to 101.3 kPa (760 mm Hg) pressure. Obtain the correction to be applied to each temperature reading by means of the Sydney Young equation as given in Eq 3, Eq 4, or Eq 5, as appropriate, or by the use of Table 6. For Celsius temperatures:

$$C_c = 0.0009 (101.3 - P_k)(273 + t_c) \tag{3}$$

$$C_c = 0.00012 (760 - P)(273 + t_c) \tag{4}$$

For Fahrenheit temperatures:

$$C_f = 0.00012 (760 - P)(460 + t_f) \tag{5}$$

where:
$t_c$ = the observed temperature reading in °C,
$t_f$ = the observed temperature reading in °F,
$C_c$ and $C_f$ = corrections to be added algebraically to the observed temperature readings,
$P_k$ = barometric pressure, prevailing at the time and location of the test, kPa, and
$P$ = barometric pressure, prevailing at the time and location of the test, mm Hg.

After applying the corrections and rounding each result to the nearest 0.5°C (1.0°F) or 0.1°C (0.2°F), as appropriate to the

**TABLE 6 Approximate Thermometer Reading Correction**

| Temperature Range | | Correction[A] per 1.3 kPa (10 mm Hg) Difference in Pressure | |
|---|---|---|---|
| °C | °F | °C | °F |
| 10–30 | 50–86 | 0.35 | 0.63 |
| 30–50 | 86–122 | 0.38 | 0.68 |
| 50–70 | 122–158 | 0.40 | 0.72 |
| 70–90 | 158–194 | 0.42 | 0.76 |
| 90–110 | 194–230 | 0.45 | 0.81 |
| 110–130 | 230–266 | 0.47 | 0.85 |
| 130–150 | 266–302 | 0.50 | 0.89 |
| 150–170 | 302–338 | 0.52 | 0.94 |
| 170–190 | 338–374 | 0.54 | 0.98 |
| 190–210 | 374–410 | 0.57 | 1.02 |
| 210–230 | 410–446 | 0.59 | 1.07 |
| 230–250 | 446–482 | 0.62 | 1.11 |
| 250–270 | 482–518 | 0.64 | 1.15 |
| 270–290 | 518–554 | 0.66 | 1.20 |
| 290–310 | 554–590 | 0.69 | 1.24 |
| 310–330 | 590–626 | 0.71 | 1.28 |
| 330–350 | 626–662 | 0.74 | 1.33 |
| 350–370 | 662–698 | 0.76 | 1.37 |
| 370–390 | 698–734 | 0.78 | 1.41 |
| 390–410 | 734–770 | 0.81 | 1.46 |

[A] Values to be added when barometric pressure is below 101.3 kPa (760 mm Hg) and to be subtracted when barometric pressure is above 101.3 kPa.

apparatus being used, use the corrected temperature readings in all further calculations and reporting.

Note 21—Temperature readings are not corrected to 101.3 kPa (760 mm Hg) when product definitions, specifications, or agreements between the parties involved indicate, specifically, that such correction is not required or that correction shall be made to some other base pressure.

11.4 Correct the actual loss to 101.3 kPa (760 mm Hg) pressure when temperature readings are corrected to 101.3 kPa pressure. The corrected loss, $L_c$, is calculated from Eq 6 or Eq 7, as appropriate, or can be read from the tables presented as Fig. X3.1 or Fig. X3.2.

$$L_c = 0.5 + (L - 0.5)/\{1 + (101.3 - P_k)/8.00\} \tag{6}$$

$$L_c = 0.5 + (L - 0.5)/\{1 + (760 - P)/60.0\} \tag{7}$$

where:
$L$ = observed loss,
$L_c$ = corrected loss,
$P_k$ = pressure, kPa, and
$P$ = pressure, mm Hg.

Note 22—Eq 6 and 7 above have been derived from the data in Table 7 and Eqs 5 and 6 in Test Method D 86–95 and earlier versions. It is probable that Eq 6 and 7 shown were the original empirical equations from which the table and equations in the Test Method D 86–95 and earlier versions were derived.

11.4.1 Calculate the corresponding corrected percent recovery in accordance with the following equation:

$$R_c = R + (L - L_c) \tag{8}$$

where:
$L$ = percent loss or observed loss,
$L_c$ = corrected loss,
$R$ = percent recovery, and
$R_c$ = corrected percent recovery.

11

⚙ D 86 – 07

TABLE 7 Data Points for Determining Slope, $S_C$ or $S_F$

| Slope at % | IBP | 5 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 95 | EP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $T_L$ at % | 0 | 0 | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 95 |
| $T_U$ at % | 5 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 90 | 95 | $V_{EP}$ |
| $V_U$ - $V_L$ | 5 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 5 | $V_{EP}$−95 |

11.5 To obtain the percent evaporated at a prescribed temperature reading, add the percent loss to each of the observed percent recovered at the prescribed temperature readings, and report these results as the respective percent evaporated, that is:

$$P_e = P_r + L \qquad (9)$$

where:

$L$ = observed loss,
$P_e$ = percent evaporated, and
$P_r$ = percent recovered.

11.6 To obtain temperature readings at prescribed percent evaporated, and if no recorded temperature data is available within 0.1 volume % of the prescribed percent evaporated, use either of the two following procedures, and indicate on the report whether the arithmetical procedure or the graphical procedure has been used.

11.6.1 *Arithmetical Procedure*—Deduct the observed loss from each prescribed percent evaporated to obtain the corresponding percent recovered. Calculate each required temperature reading as follows:

$$T = T_L + (T_H - T_L)(R - R_L)/(R_H - R_L) \qquad (10)$$

where:

$R$ = percent recovered corresponding to the prescribed percent evaporated,
$R_H$ = percent recovered adjacent to, and higher than $R$,
$R_L$ = percent recovered adjacent to, and lower than $R$,
$T$ = temperature reading at the prescribed percent evaporated,
$T_H$ = temperature reading recorded at $R_H$, and
$T_L$ = temperature reading recorded at $R_L$.

Values obtained by the arithmetical procedure are affected by the extent to which the distillation graphs are nonlinear. Intervals between successive data points can, at any stage of the test, be no wider than the intervals indicated in 10.18. In no case shall a calculation be made that involves extrapolation.

11.6.2 *Graphical Procedure*—Using graph paper with uniform subdivisions, plot each temperature reading corrected for barometric pressure, if required (see 11.3), against its corresponding percent recovered. Plot the IBP at 0 % recovered. Draw a smooth curve connecting the points. For each prescribed percent evaporated, deduct the distillation loss to obtain the corresponding percent recovered and take from the graph the temperature reading that this percent recovered indicates. Values obtained by graphical interpolation procedures are affected by the care with which the plot is made.

NOTE 23—See Appendix X1 for numerical examples illustrating the arithmetical procedure.

11.6.3 In most automated instruments, temperature-volume data are collected at 0.1 volume % intervals or less and stored in memory. To report a temperature reading at a prescribed percent evaporated, neither of the procedures described in 11.6.1 and 11.6.2 have to be used. Obtain the desired temperature directly from the database as the temperature closest to and within 0.1 volume % of the prescribed percent evaporated.

12. Report

12.1 Report the following information (see Appendix X5 for examples of reports):

12.2 Report the barometric pressure to the nearest 0.1 kPa (1 mm Hg).

12.3 Report all volumetric readings in percentages.

12.3.1 *Manual Method*—Report volumetric readings to the nearest 0.5, and all temperature readings to the nearest 0.5°C (1.0°F).

12.3.2 *Automated Method*—Report volumetric readings to the nearest 0.1, and all temperature readings to the nearest 0.1°C (0.2°F) or less.

12.4 After barometric corrections of the temperature readings have been made, the following data require no further calculation prior to reporting: IBP, dry point, EP (FBP), decomposition point, and all pairs of corresponding values involving percent recovered and temperature readings.

12.4.1 The report shall state if the temperature readings have not been corrected for barometric pressure.

12.5 When the temperature readings have not been corrected to 101.3 kPa (760 mm Hg) pressure, report the percent residue and percent loss as *observed* in accordance with 10.19 and 11.1, respectively.

12.6 Do not use the corrected loss in the calculation of percent evaporated.

12.7 It is advisable to base the report on relationships between temperature readings and percent evaporated when the sample is a gasoline, or any other product classified under Group 1, or in which the percent loss is greater than 2.0. Otherwise, the report can be based on relationships between temperature readings and percent evaporated or percent recovered. Every report must indicate clearly which basis has been used.

12.7.1 In the manual method, if results are given in percent evaporated versus temperature readings, report if the arithmetical or the graphical procedure was used (see 11.6).

12.8 Report if a drying agent, as described in 7.5.2 or 7.5.3, was used.

12.9 Fig. X1.1 is an example of a tabular report. It shows the percent recovered versus the corresponding temperature reading and versus the corrected temperature reading. It also shows the percent loss, the corrected loss, and the percent evaporated versus the corrected temperature reading.

12

## D 86 – 07

TABLE 9  Repeatability and Reproducibility for Groups 2, 3 and 4 (Manual Method)

| | Repeatability[A] | | Reproducibility[A] | |
|---|---|---|---|---|
| | °C | °F | °C | °F |
| IBP | $1.0+0.35S_O$ | $1.9+0.35S_F$ | $2.8+0.93S_O$ | $5.0+0.93S_F$ |
| 5—95 % | $1.0+0.41S_O$ | $1.8+0.41S_F$ | $1.8+1.33S_O$ | $3.3+1.33S_F$ |
| FBP | $0.7+0.36S_O$ | $1.3+0.36S_F$ | $3.1+0.42S_O$ | $5.7+0.42S_F$ |
| % volume at temperature reading | $0.7+0.92/S_O$ | $0.7+1.66/S_F$ | $1.5+1.78/S_O$ | $1.53+3.20/S_F$ |

[A] Calculate $S_O$ or $S_F$ from 13.2.

13.3.2.1 *GROUP 1*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this method, exceed the values calculated from Table 9 in only one case in twenty.[7]

13.3.2.2 *GROUPS 2, 3, and 4*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from the data in Table 9 in only one case in twenty.[8]

13.4 *Automated Method*:

13.4.1 *Repeatability*:

13.4.1.1 *GROUP 1*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 8 in only one case in twenty.

13.4.1.2 *GROUPS 2, 3, and 4*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 10 in only one case in twenty.

13.4.2 *Reproducibility*:

13.4.2.1 *GROUP 1*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from Table 8 in only one case in twenty.[7]

13.4.2.2 *GROUPS 2, 3, and 4*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from Table 10 in only one case in twenty.

13.5 *Bias*:

13.5.1 *Bias*—Due to the use of total immersion thermometers, or temperature sensing systems designed to emulate them, the distillation temperatures in this test method are somewhat lower than the true temperatures. The amount of bias depends on the product being distilled and the thermometer used.

13.5.2 *Relative Bias*—There exists a bias between the empirical results of distillation properties obtained by this test method and the true boiling point distillation curve obtained by Test Method D 2892. The magnitude of this bias, and how it relates to test precision, has not been rigorously studied.

13.5.3 *Relative Bias*—An interlaboratory study[5] conducted in 2003 using manual and automated apparatus has concluded that there is no statistical evidence to suggest that there is a bias between manual and automated results.

14. **Keywords**

14.1 batch distillation; distillates; distillation; laboratory distillation; petroleum products

---

[7] Precision data obtained from RR study on both manual and automated D 86 units by North American and IP Laboratories.

[8] Table 9 has been derived from the nomographs in Figs. 6 and 7 in ASTM D 86-97.

D 86 − 07

TABLE 8 Repeatability and Reproducibility for Group 1

| Evaporated Point, % | Manual Repeatability[A] | | Manual Reproducibility[A] | | Automated Repeatability[A] | | Automated Reproducibility[A] | |
|---|---|---|---|---|---|---|---|---|
| | °C | °F | °C | °F | °C | °F | °C | °F |
| IBP | 3.3 | 6 | 5.6 | 10 | 3.9 | 7 | 7.2 | 13 |
| 5 | $1.9+0.86S_O$ | $3.4+0.86S_F$ | $3.1+1.74S_O$ | $5.6+1.74S_F$ | $2.1+0.67S_O$ | $3.8+0.67S_F$ | $4.4+2.0S_O$ | $7.9+2.0S_F$ |
| 10 | $1.2+0.86S_O$ | $2.2+0.86S_F$ | $2.0+1.74S_O$ | $3.6+1.74S_F$ | $1.7+0.67S_O$ | $3.0+0.67S_F$ | $3.3+2.0S_O$ | $6.0+2.0S_F$ |
| 20 | $1.2+0.86S_O$ | $2.2+0.86S_F$ | $2.0+1.74S_O$ | $3.6+1.74S_F$ | $1.1+0.67S_O$ | $2.0+0.67S_F$ | $3.3+2.0S_O$ | $6.0+2.0S_F$ |
| 30–70 | $1.2+0.86S_O$ | $2.2+0.86S_F$ | $2.0+1.74S_O$ | $3.6+1.74S_F$ | $1.1+0.67S_O$ | $2.0+0.67S_F$ | $2.6+2.0S_O$ | $4.7+2.0S_F$ |
| 80 | $1.2+0.86S_O$ | $2.2+0.98S_F$ | $2.0+1.74S_O$ | $3.6+1.74S_F$ | $1.1+0.67S_O$ | $2.0+0.67S_F$ | $1.7+2.0S_O$ | $3.0+2.0S_F$ |
| 90 | $1.2+0.86S_O$ | $2.2+0.88S_F$ | $0.8+1.74S_O$ | $1.4+1.74S_F$ | $1.1+0.67S_O$ | $2.0+0.67S_F$ | $0.7+2.0S_O$ | $1.2+2.0S_F$ |
| 95 | $1.2+0.86S_O$ | $2.2+0.88S_F$ | $1.1+1.74S_O$ | $1.9+1.74S_F$ | $2.5+0.67S_O$ | $4.5+0.67S_F$ | $2.6+2.0S_O$ | $4.7+2.0S_F$ |
| FBP | 3.9 | 7 | 7.2 | 13 | 4.4 | 8 | 8.9 | 16 |

[A] $S_O$ or $S_F$ is the average slope (or rate of change) calculated in accordance with 13.2.

## 13. Precision and Bias

13.1 *Precision*:

13.1.1 The precision of this test method has been determined by the statistical examination of interlaboratory test results obtained by 26 laboratories on 14 gasolines, by 4 laboratories on 8 samples of kerosine by the manual procedure, 3 laboratories on 6 samples of kerosine by the automated procedure, and 5 laboratories on 10 samples of diesel fuel by both the manual and automated procedures. Table A1.1 lists which tables and figures are to be used for the different fuel groups, distillation methods, and temperature scales.

13.1.2 The following terms are used in this section: (1) $r$ = repeatability and (2) $R$ = reproducibility. The value of any of these terms will depend upon whether the calculations were carried out in °C or °F.

13.2 *Slope or Rate of Change of Temperature*:

13.2.1 To determine the precision of a result, it is generally necessary to determine the slope or rate of change of the temperature at that particular point. This variable, denoted as $S_C$ or $S_F$, is equal to the change in temperature, either in °C or in °F, respectively, per percent recovered or evaporated.

13.2.2 For Group 1 in the manual method and for all groups in the automated method, the precision of the IBP and EP does not require any slope calculation.

13.2.3 With the exception stated in 13.2.2 and in 13.2.4, the slope at any point during the distillation is calculated from the following equations, using the values shown in Table 7:

$$S_C \text{ (or } S_F) = (T_U - T_L) / (V_U - V_L) \qquad (11)$$

where:

| | | |
|---|---|---|
| $S_C$ | = | is the slope, °C/volume %, |
| $S_F$ | = | is the slope, °F/volume %, |
| $T_U$ | = | is the upper temperature, °C (or °F), |
| $T_L$ | = | is the lower temperature, °C (or °F), |
| $V_U$ | = | is the volume % recovered or evaporated corresponding to $T_U$, |
| $V_L$ | = | is the volume % recovered or evaporated corresponding to $T_L$, and |
| $V_{EP}$ | = | is the volume % recovered or evaporated corresponding to the end point. |

13.2.4 In the event that the distillation end point occurs prior to the 95 % point, the slope at the end point is calculated as follows:

$$S_C \text{ (or } S_F) = (T_{EP} - T_{HR}) / (V_{EP} - V_{HR}) \qquad (12)$$

where:

$T_{EP}$ or $T_{HR}$ is the temperature, in °C or °F at the percent volume recovered indicated by the subscript.

$V_{EP}$ or $V_{HR}$ is the volume % recovered.

13.2.4.1 The subscripts in Eq 12 refer to:

$EP$ = end point
$HR$ = highest reading, either 80 % of 90 %, prior to the end point

13.2.5 For points between 10 to 85 % recovered which are not shown in Table 7, the slope is calculated as follows:

$$S_C \text{ (or } S_F) = 0.05 \, (T_{(V+10)} - T_{(V-10)}) \qquad (13)$$

13.2.6 For samples in Group 1, the precision data reported are based on slope values calculated from percent evaporated data.

13.2.7 For samples in Group 2, 3, and 4, the precision data reported (Table 8) are based on slope values calculated from percent recovered data.

13.2.8 When results are reported as volume % recovered, slope values for the calculation of precision are to be determined from percent recovered data; when results are reported as volume % evaporated slope values are to be determined from % evaporated data.

13.3 *Manual Method*:

13.3.1 *Repeatability*:

13.3.1.1 *GROUP 1*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 9 in only one case in twenty.

13.3.1.2 *GROUPS 2, 3, and 4*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from the values in Table 9 in only one case in twenty.

13.3.2 *Reproducibility*:

13

D 86 – 07

TABLE 10  Repeatability and Reproducibility for Groups 2, 3 and 4 (Automated)

| Collected, % | Repeatability[A] | | Reproducibility[A] | |
|---|---|---|---|---|
| | °C | °F | °C | °F |
| IBP | 3.5 | 6.3 | 8.5 | 15.3 |
| 2 % | 3.5 | 6.3 | $2.6 + 1.92S_C$ | $4.7 + 1.92S_F$ |
| 5 % | $1.1 + 1.08S_C$ | $2.0 + 1.08S_F$ | $2.0 + 2.53S_C$ | $3.6 + 2.53S_F$ |
| 10 % | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $3.0 + 2.64S_C$ | $5.4 + 2.64S_F$ |
| 20–70 % | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $2.9 + 3.97S_C$ | $5.2 + 3.97S_F$ |
| 80 % | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $3.0 + 2.64S_C$ | $5.4 + 2.64S_F$ |
| 90–95 % | $1.1 + 1.08S_C$ | $2.0 + 1.08S_F$ | $2.0 + 2.53S_C$ | $3.6 + 2.53S_F$ |
| FBP | 3.5 | 6.3 | 10.5 | 18.9 |

[A] $S_C$ or $S_F$ is the average slope (or rate of change) calculated in accordance with 13.5.

## ANNEXES

### (Mandatory Information)

## A1. REPEATABILITY AND REPRODUCIBILITY DEFINITION AIDS

A1.1  Table A1.1 is an aid for determining which repeatability and reproducibility table or section, is to be used.

TABLE A1.1  Summary of Aids for Definition of Repeatability and Reproducibility

| Group | Method | Temperature Scale | Table or Section to Use | |
|---|---|---|---|---|
| | | | Repeatability | Reproducibility |
| 1 | Manual | °C | Table 8 | Table 8 |
| | | °F | Table 8 | Table 8 |
| 1 | Automated | °C | Table 8 | Table 8 |
| | | °F | Table 8 | Table 8 |
| 2,3,4 | Manual | °C | Table 9 | Table 9 |
| | | °F | Table 9 | Table 9 |
| 2,3,4 | Automated | °C | Table 10 | Table 10 |
| | | °F | Table 10 | Table 10 |

## A2. DETAILED DESCRIPTION OF APPARATUS

A2.1  *Distillation Flasks*—Flasks shall be of heat resistant glass, constructed to the dimensions and tolerances shown in Fig. A2.1 and shall otherwise comply with the requirements of Specification E 1405. Flask A (100 mL) may also be constructed with a ground glass joint, in which case the diameter of the neck shall be the same as the 125-mL flask.

NOTE A2.1—For tests specifying dry point, specially selected flasks with bottoms and walls of uniform thickness are desirable.

A2.2  *Condenser and Condenser Bath*—Typical types of condenser and condenser baths are illustrated in Figs. 1 and 2.

A2.2.1  The condenser shall be made of seamless noncorrosive metal tubing, 560 ± 5 mm in length, with an outside diameter of 14 mm and a wall thickness of 0.8 to 0.9 mm.

NOTE A2.2—Brass or stainless steel has been found to be a suitable material for this purpose.

A2.2.2  The condenser shall be set so that 393 ± 3 mm of the tube is in contact with the cooling medium, with 50 ± 3 mm outside the cooling bath at the upper end, and with 114 ± 3 mm outside at the lower end. The portion of the tube projecting at the upper end shall be set at an angle of 75 ± 3° with the vertical. The portion of the tube inside the condenser bath shall be either straight or bent in any suitable continuous smooth curve. The average gradient shall be 15 ± 1° with respect to the horizontal, with no 10-cm section having a gradient outside of the 15 ± 3° range. The projecting lower portion of the condenser tube shall be curved downward for a length of 76 mm and the lower end shall be cut off at an acute angle. Provisions shall be made to enable the flow of the distillate to run down the side of the receiving cylinder. This can be accomplished by using a drip-deflector, which is attached to the outlet of the tube. Alternatively, the lower portion of the condenser tube can be curved slightly backward to ensure

15

D 86 – 07

contact with the wall of the receiving cylinder at a point 25 to 32 mm below the top of the receiving cylinder. Fig. A2.3 is a drawing of an acceptable configuration of the lower end of the condenser tube.

A2.2.3 The volume and the design of the bath will depend on the cooling medium employed. The cooling capacity of the bath shall be adequate to maintain the required temperature for the desired condenser performance. A single condenser bath may be used for several condenser tubes.

A2.3 *Metal Shield or Enclosure for Flask.* (Manual units only.)

A2.3.1 *Shield for Gas Burner (see Fig. 1)*—The purpose of this shield is to provide protection for the operator and yet allow easy access to the burner and to the distillation flask during operation. A typical shield would be 480-mm high, 280-mm long and 200-mm wide, made of sheet metal of 0.8-mm thickness (22 gauge). The shield shall be provided with at least one window to observe the dry point at the end of the distillation.

A2.3.2 *Shield for Electric Heater (see Fig. 2)*—A typical shield would be 440-mm high, 200-mm long, and 200-mm wide, made of sheet metal of approximately 0.8-mm thickness (22 gauge) and with a window in the front side. The shield shall be provided with at least one window to observe the dry point at the end of the distillation.

A2.4 *Heat Source:*

A2.4.1 *Gas Burner (see Fig. 1)*, capable of bringing over the first drop from a cold start within the time specified and of continuing the distillation at the specified rate. A sensitive manual control valve and gas pressure regulator to give complete control of heating shall be provided.

A2.4.2 *Electric Heater (see Fig. 2)*, of low heat retention.

NOTE A2.3—Heaters, adjustable from 0 to 1000 W, have been found to be suitable for this purpose.

A2.5 *Flask Support:*

A2.5.1 *Type 1*—Use a Type 1 flask support with a gas burner (see Fig. 1). This support consists of either a ring support of the ordinary laboratory type, 100 mm or larger in diameter, supported on a stand inside the shield, or a platform adjustable from the outside of the shield. On this ring or platform is mounted a hard board made of ceramic or other heat-resistant material, 3 to 6 mm in thickness, with a central opening 76 to 100 mm in diameter, and outside line dimensions slightly smaller than the inside boundaries of the shield.

A2.5.2 *Type 2*—Use a Type 2 flask support assembly with electric heating (see Fig. 2 as one example). The assembly consists of an adjustable system onto which the electric heater is mounted with provision for placement of a flask support board (see A2.6) above the electric heater. The whole assembly is adjustable from the outside of the shield.

A2.6 *Flask Support Board*—The flask support board shall be constructed of ceramic or other heat-resistant material, 3 to 6 mm in thickness. Flask support boards are classified as A, B, or C, based on the size of the centrally located opening, the dimension of which is shown in Table 1. The flask support board shall be of sufficient dimension to ensure that thermal heat to the flask only comes from the central opening and that extraneous heat to the flask other than through the central opening is minimized. (**Warning**—Asbestos-containing materials shall not be used in the construction of the flask support board.)

A2.7 The flask support board can be moved slightly in different directions on the horizontal plane to position the distillation flask so that direct heat is applied to the flask only through the opening in this board. Usually, the position of the flask is set by adjusting the length of the side-arm inserted into the condenser.

A2.8 Provision shall be made for moving the flask support assembly vertically so that the flask support board is in direct contact with the bottom of the distillation flask during the distillation. The assembly is moved down to allow for easy mounting and removal of the distillation flask from the unit.

A2.9 *Receiving Cylinders*—The receiving cylinder shall have a capacity to measure and collect 100 mL. The shape of the base shall be such that the receiver does not topple when placed empty on a surface inclined at an angle of 13° from the horizontal.

A2.9.1 *Manual Method*—The cylinder shall be graduated at intervals of 1 mL and have a graduation at the 100-mL mark. Construction details and tolerances for the graduated cylinder are shown in Fig. A2.4.

A2.9.2 *Automated Method*—The cylinder shall conform to the physical specifications described in Fig. A2.4, except that graduations below the 100-mL mark are permitted, as long as they do not interfere with the operation of the level follower. Receiving cylinders for use in automated units may also have a metal base.

A2.9.3 If required, the receiving cylinder shall be immersed during the distillation to above the 100-mL graduation line in a cooling liquid contained in a cooling bath, such as a tall-form beaker of clear glass or transparent plastic. Alternatively, the receiving cylinder may be placed in a thermostated bath air circulation chamber.

A2.10 *Residue Cylinder*—The graduated cylinder shall have a capacity of 5 or 10 mL, with graduations into 0.1 mL subdivisions, beginning at 0.1 mL. The top of the cylinder may be flared, the other properties shall conform to Specification E 1272.

16

**JA788**

D 86 – 07



Flask A, 100 mL          Flask B, 125 mL          Flask B, 125 mL

FIG. A2.1 Flask A, 100 mL, Flask B, 125 mL, and Flask B with Ground Glass Joint, 125 mL

17

JA789

18



FIG. A2.2 Detail of Upper Neck Section

∅ A

B

75° ±3°

100 ±3

137 ±3

215 ±3

K

∅ F

2.1 ± 0.7 mm

17.6 ± 1.3 mm

∅

30 + 3.0 mm length

16.9 ± 0.3 mm ID

D 86 – 07



D 86 – 07



**Lower End of Condenser Tube**
FIG. A2.3 Lower End of Condenser Tube



NOTE—1 to 100 mL in 1 mL graduations; tolerance ± 1.0 mL.
FIG. A2.4 100 mL Graduated Cylinder

19

**JA791**

D 86 – 07

## A3. DETERMINATION OF THE DIFFERENCE IN LAG TIME BETWEEN AN ELECTRONIC TEMPERATURE MEASUREMENT SYSTEM AND A MERCURY-IN-GLASS THERMOMETER

A3.1   The response time of an electronic temperature measuring device is inherently more rapid than that of a mercury-in-glass thermometer. The temperature measuring device assembly in general use, consisting of the sensor and its casing, or an electronic system and its associated software, or both, is so designed that the temperature measuring system will simulate the temperature lag of the mercury-in-glass thermometer.

A3.2   To determine the difference in lag time between such a temperature measuring system and a mercury-in-glass thermometer, analyze a sample such as gasoline, kerosine, jet fuel, or light diesel fuel with the electronic temperature measurement system in place and in accordance with the procedures described in this test method. In most cases this is the standard distillation step performed with an automated unit.

A3.2.1   Do not use a single pure compound, a very narrow boiling range product, or a synthetic blend of less than six compounds for this test.

A3.2.2   Best results are obtained with a sample that is typical of the sample load of the laboratory. Alternatively, use a full-range mixture with a 5 to 95 % boiling range of at least 100°C.

A3.3   Replace the electronic temperature measuring device with a low range or a high range mercury-in-glass thermometer, depending on the boiling range of the sample.

A3.4   Repeat the distillation with this thermometer, and manually record the temperature at the various percent recovered as described in 10.14.

A3.5   Calculate the values for the repeatability for the observed slope (ΔT/ΔV) for the different readings in the test.

A3.6   Compare the test data obtained using these two temperature measuring devices. The difference at any point shall be equal to, or less than, the repeatability of the method at that point. If this difference is larger, replace the electronic temperature measuring device or adjust the electronics involved, or both.

## A4. PROCEDURE TO DETERMINE THE PERCENT EVAPORATED OR PERCENT RECOVERED AT A PRESCRIBED TEMPERATURE READING

A4.1   Many specifications require specific percentages evaporated or recovered at prescribed temperature readings, either as maxima, minima, or ranges. The procedures to determine these values are frequently designated by the terms Exxx or Rxxx, where xxx is the desired temperature.

Note A4.1—Regulatory standards on the certification of reformulated gasoline under the complex model procedure require the determination of E 200 and E 300, defined as the percent evaporated fuel at 93.3°C (200°F) and 148.9°C (300°F), respectively. E 158, the percent evaporated at a distillation temperature of 70°C (158°F), is also used in describing fuel volatility characteristics. Other typical temperatures are R 200 for kerosines and R 250 and R 350 for gas oils, where R 200, R 250, and R 350 are the percent recovered fuel at 200°C, 250°C, and 350°C, respectively.

A4.2   Determine the barometric pressure, and calculate the correction to the desired temperature reading using Eq 3, Eq 4, or Eq 5 for $t = $ xxx°C (or $t_f = $ xxx°F).

A4.2.1   *Manual Method*—Determine this correction to 0.5°C (1°F).

A4.2.2   *Automated Method*—Determine this correction to 0.1°C (0.2°F).

A4.3   Determine the expected temperature reading to yield xxx°C (or xxx°F) after the barometric correction. To obtain the expected value, add the absolute value of the calculated correction to the desired temperature if the barometric pressure is above 101.3 kPa. If the barometric pressure is below 101.3 kPa, subtract the absolute value of the calculated correction from the desired temperature.

A4.4   Perform the distillation, as described in Section 10,

while taking into account A4.5 and A4.6.

A4.5   *Manual Distillation:*

A4.5.1   In the region between about 10°C below and 10°C above the desired expected temperature reading determined in A4.3 record the temperature reading in intervals of 1 volume %.

A4.5.2   If the intent of the distillation is to solely determine the value of Exxx or Rxxx, discontinue the distillation after at least another 2 mL of distillate have been collected. Otherwise, continue the distillation, as described in Section 10, and determine the observed loss, as described in 11.1.

A4.5.2.1   If the intent of the distillation is to determine the value of Exxx and the distillation was terminated after about 2 mL of distillate was collected beyond the desired temperature, allow the distillate to drain into the receiving graduate. Allow the contents of the flask to cool to below approximately 40°C and then drain its contents into the receiving graduate. Note the volume of product in the receiving graduate to the nearest 0.5 mL at 2 min intervals until two successive observations agree.

A4.5.2.2   The amount recovered in the receiving graduate is the percent recovery. Determine the amount of observed loss by subtracting the percent recovery from 100.0.

A4.6   *Automated Distillation:*

A4.6.1   In the region between about 10°C below and 10°C above the desired expected temperature reading determined in A4.3, collect temperature-volume data at 0.1 volume % intervals or less.

20

**D 86 – 07**

A4.6.2 Continue the distillation, as described in Section 10, and determine the percent loss, as described in 11.1.

A4.7 *Calculations:*

A4.7.1 *Manual Method*—If a volume % recovered reading is not available at the exact temperature calculated in A4.3, determine the percent recovered by interpolation between the two adjacent readings. Either the linear, as described in 11.6.1, or the graphical procedure, as described in 11.6.2, is permitted. The percent recovered is equal to Rxxx.

A4.7.2 *Automated Method*—Report the observed volume to 0.1 volume % corresponding to the temperature closest to the expected temperature reading. This is the percent recovered, or Rxxx.

A4.7.3 *Manual and Automated Methods*—To determine the value of Rxxx, add the observed loss to the percent recovered, Rxxx, as determined in A4.7.1 or A4.7.2 and as described in Eq 9.

A4.7.3.1 As prescribed in 12.6, do not use the corrected loss.

A4.8 *Precision:*

A4.8.1 The statistical determination of the precision of the volume % evaporated or recovered at a prescribed temperature has not been directly measured in an interlaboratory program. It can be shown that the precision of the volume % evaporated or recovered at a prescribed temperature is equivalent to the precision of the temperature measurement at that point divided by the rate of change of temperature versus volume % evaporated or recovered. The estimation of precision becomes less precise at high slope values.

A4.8.2 Calculate the slope or rate of change in temperature reading, $S_C$(or $S_F$), as described in 13.2 and Eq 11 and using temperature values bracketing the desired temperature.

A4.8.3 Calculate the repeatability, $r$, or the reproducibility, $R$, from the slope, $S_C$ (or $S_F$), and the data in Table 8, Table 9, or Table 10.

A4.8.4 Determine the repeatability or reproducibility, or both, of the volume % evaporated or recovered at a prescribed temperature from the following formulas:

$$^r\text{volume \%} = r/S_C\,(S_F) \tag{A4.1}$$

$$^R\text{volume \%} = R/S_C\,(S_F) \tag{A4.2}$$

where:
$^r$volume %  = repeatability of the volume % evaporated or recovered,
$^R$volume %  = reproducibility of the volume % evaporated or recovered,
$r$  = repeatability of the temperature at the prescribed temperature at the observed percent distilled,
$R$  = reproducibility of the temperature at the prescribed temperature at the observed percent distilled, and
$S_C(S_F)$  = rate of change in temperature reading in °C (°F) per the volume % evaporated or recovered.

A4.8.5 Examples on how to calculate the repeatability and the reproducibility are shown in Appendix X2.

## APPENDIXES

### (Nonmandatory Information)

### X1. EXAMPLES ILLUSTRATING CALCULATIONS FOR REPORTING OF DATA

X1.1 The observed distillation data used for the calculation of the examples below are shown in the first three columns of Fig. X1.1.

X1.1.1 Temperature readings corrected to 101.3 kPa (760 mm Hg) pressure (see 11.3) are as follows:

$$\text{correction (°C)} = 0.0009\,(101.3 - 98.6)\,(273 + t_c) \tag{X1.1}$$

$$\text{correction (°F)} = 0.00012\,(760 - 740)\,(460 + t_f) \tag{X1.2}$$

X1.1.2 Loss correction to 101.3 kPa (see 11.4) are as follows. The data for the examples are taken from Fig. X1.1.

$$\text{corrected loss} = (0.5 + (4.7 - 0.5)/ \tag{X1.3}$$
$$\{1 + (101.3 - 98.6)/8.0\} = 3.6$$

X1.1.3 Recovery correction to 101.3 kPa (see 11.4.1) are as follows:

$$\text{corrected recovery} = 94.2 + (4.7 - 3.6) = 95.3 \tag{X1.4}$$

X1.2 *Temperature Readings at Prescribed Percent Evaporated:*

X1.2.1 Temperature reading at 10 % evaporated (4.7 % observed loss = 5.3 % recovered) (see 11.6.1) are as follows:

$$T_{10E}(°C) = 33.7 + [(40.3 - 33.7) \tag{X1.5}$$
$$(5.3 - 5)/(10 - 5)] = 34.1°C$$

$$T_{10E}(°F) = 92.7 + [(104.5 - 92.7) \tag{X1.6}$$
$$(5.3 - 5)/(10 - 5)] = 93.1°F$$

X1.2.2 Temperature reading at 50 % evaporated (45.3 % recovered) (see 11.6.1) are as follows:

$$T_{50E}(°C) = 93.9 + [(108.9 - 93.9) \tag{X1.7}$$
$$(45.3 - 40)/(50 - 40)] = 101.9°C$$

$$T_{50E}(°F) = 201 + [(228 - 201) \tag{X1.8}$$
$$(45.3 - 40)/(50 - 40)] = 215.3°F$$

X1.2.3 Temperature reading at 90 % evaporated (85.3 % recovered) (see 11.6.1) are as follows:

$$T_{90E}(°C) = 181.6 + [(201.6 - 181.6) \tag{X1.9}$$
$$(85.3 - 85)/(90 - 85)] = 182.8°C$$

21

**JA793**

 D 86 – 07

$$T_{90R}(°F) = 358.9 + [(394.8 - 358.9) \quad (X1.10)$$
$$(85.3 - 85)/(90 - 85)] = 361.0°F$$

X1.2.4 Temperature reading at 90 % evaporated (85.3 % recovered) not corrected to 101.3 kPa pressure (see 11.6.1) are as follows:

$$T_{90R}(°C) = 180.5 + [(200.4 - 180.5) \quad (X1.11)$$
$$(85.3 - 85)/(90 - 85)] = 181.7°C$$

$$T_{90R}(°F) = 357 + [(392 - 357) \quad (X1.12)$$
$$(85.3 - 85)/(90 - 85)] = 359.1°F$$

Note X1.1—Results calculated from °C data may not correspond exactly to results calculated from °F data because of errors in rounding.

Sample ID:
Date analyzed:
Equipment No:    Barometric pressure: 98.6 kPa
Remarks:    Analyst:

| % recovered | Barometric pressure observed 98.6 kPa 740 mm Hg °C | °F | corrected 101.3 kPa 760 mm Hg °C | °F | procedure arithmetical/graphical % evaporated | T_evap °C | °F |
|---|---|---|---|---|---|---|---|
| IBP | 25.5 | 78 | 26.2 | 79.2 | 5 | 26.7 | 80.0 |
| 5 | 33.0 | 91 | 33.7 | 92.7 | 10 | 34.1 | 93.4 |
| 10 | 39.5 | 103 | 40.3 | 104.5 | 15 | 40.7 | 105.2 |
| 15 | 46.0 | 115 | 46.8 | 116.2 | 20 | 47.3 | 117.1 |
| 20 | 54.5 | 130 | 55.3 | 131.5 | 30 | 65.7 | 150.2 |
| 30 | 74.0 | 165 | 74.8 | 166.7 | 40 | 84.9 | 184.9 |
| 40 | 93.0 | 199 | 93.9 | 201.0 | 50 | 101.9 | 215.3 |
| 50 | 108.0 | 226 | 108.9 | 228.0 | 60 | 116.9 | 242.4 |
| 60 | 123.0 | 253 | 124.0 | 255.1 | 70 | 134.1 | 273.3 |
| 70 | 142.0 | 288 | 143.0 | 289.4 | 80 | 156.0 | 312.8 |
| 80 | 166.5 | 332 | 167.6 | 333.6 | 85 | 168.4 | 335.1 |
| 85 | 180.5 | 357 | 181.6 | 358.9 | 90 | 182.8 | 361.0 |
| 90 | 200.4 | 393 | 201.6 | 394.8 | 95 | 202.4 | 396.3 |
| EP | 215.0 | 419 | 216.2 | 421.1 | | | |

| | | | |
|---|---|---|---|
| recovered, % | 94.2 | | 95.3 |
| residue, % | 1.1 | | 1.1 |
| loss, % | 4.7 | | 3.6 |

FIG. X1.1 Example of Test Report

 D 86 – 07

## X2. EXAMPLES OF CALCULATION OF REPEATABILITY AND REPRODUCIBILITY OF VOLUME % (RECOVERED OR EVAPORATED) AT A PRESCRIBED TEMPERATURE READING

X2.1   Some specifications require the reporting of the volume % evaporated or recovered at a prescribed temperature. Table X2.1 shows the distillation data of a Group 1 sample as obtained by an automated unit.

X2.2   *Example Calculation:*

X2.2.1   For a Group 1 sample exhibiting distillation characteristics as per Table X2.1, as determined by an automated unit, the reproducibility of the volume evaporated,$^R$ volume %, at 93.3°C (200°F) is determined as follows:

X2.2.1.1   Determine first the slope at the desired temperature:

$$S_C \% = 0.1 (T_{(20)} - T_{(10)}) \qquad (X2.1)$$
$$= 0.1 (94 - 83)$$
$$= 1.1$$
$$S_F \% = 0.1 (T_{(20)} - T_{(10)})$$
$$= 0.1 (201 - 182)$$
$$= 1.9$$

X2.2.2   From Table 9, determine the value of $R$, the reproducibility at the observed percentage distilled. In this case, the observed percentage distilled is 18 % and

$$R = 3.3 + 2.0 (S_C) \qquad (X2.2)$$
$$= 3.3 + 2.0 \times 1.1$$
$$= 5.5$$
$$R = 6.0 + 2.0 (S_F)$$
$$= 6.0 + 2.0 \times 1.9$$

$$= 9.8$$

X2.2.3   From the calculated value of $R$, determine the value of volume, as described in A4.8.4.

$$R \text{ volume } \% = R/(S_C) \qquad (X2.3)$$
$$= 5.5/1.1$$
$$= 5.0$$
$$R \text{ volume } \% = R/(S_F)$$
$$= 9.8/1.9$$
$$= 5.1$$

**TABLE X2.1  Distillation Data from a Group 1 Sample Automated Distillation**

| Distillation Point Recovered, mL | Temperature° C | Temperature °F | Volume (mL) Recovered at 93.3°C (200°F) |
|---|---|---|---|
| | | | 18.0 |
| 10 | 84 | 183 | |
| 20 | 94 | 202 | |
| 30 | 103 | 217 | |
| 40 | 112 | 233 | |

| Distillation Point Evaporated, mL | Temperature° C | Temperature° F | Volume (mL) Evaporated at 93.3°C (200°F) |
|---|---|---|---|
| | | | 18.4 |
| 10 | 83 | 182 | |
| 20 | 94 | 201 | |
| 30 | 103 | 217 | |
| 40 | 111 | 232 | |

## X3. TABLES OF CORRECTED LOSS FROM MEASURED LOSS AND BAROMETRIC PRESSURE

X3.1   The table presented as Fig. X3.1 can be used to determine the corrected loss from the measured loss and the barometric pressure in kPa.

X3.2   The table presented as Fig. X3.2 can be used to determine the corrected loss from the measured loss and the barometric pressure in mm Hg.

23



Barometric Pressure, kPa

Observed Loss /-- Corrected Loss ------>

| from | 76.1 | 80.9 | 84.5 | 87.3 | 89.6 | 91.5 | 93.1 | 94.1 | 95.5 | 96.4 | 97.2 | 97.9 | 98.4 | 98.9 | 99.5 | 100.0 | 100.4 | 100.8 | 101.2 | 101.5 | 102.0 | 102.4 | 102.8 | 103.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| through | 80.8 | 84.4 | 87.2 | 89.5 | 91.4 | 93.0 | 94.0 | 95.4 | 96.3 | 97.1 | 97.8 | 98.3 | 98.8 | 99.4 | 99.8 | 100.3 | 100.7 | 101.1 | 101.4 | 101.9 | 102.3 | 102.7 | 103.1 | 103.5 |
| Units | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | 0.37 | 0.35 | 0.33 | 0.31 | 0.29 | 0.27 | 0.25 | 0.23 | 0.20 | 0.18 | 0.16 | 0.14 | 0.13 | 0.11 | 0.09 | 0.06 | 0.04 | 0.02 | −0.00 | −0.02 | −0.06 | −0.09 | −0.13 | −0.17 |
| 1 | 0.63 | 0.65 | 0.67 | 0.69 | 0.71 | 0.73 | 0.75 | 0.78 | 0.80 | 0.82 | 0.84 | 0.86 | 0.87 | 0.89 | 0.92 | 0.94 | 0.96 | 0.98 | 1.00 | 1.03 | 1.06 | 1.09 | 1.13 | 1.17 |
| 2 | 0.89 | 0.95 | 1.01 | 1.08 | 1.14 | 1.20 | 1.26 | 1.33 | 1.40 | 1.46 | 1.52 | 1.57 | 1.62 | 1.68 | 1.75 | 1.81 | 1.87 | 1.94 | 2.00 | 2.08 | 2.17 | 2.27 | 2.38 | 2.51 |
| 3 | 1.15 | 1.25 | 1.36 | 1.46 | 1.57 | 1.67 | 1.77 | 1.88 | 1.99 | 2.09 | 2.19 | 2.28 | 2.37 | 2.47 | 2.58 | 2.69 | 2.79 | 2.90 | 3.00 | 3.13 | 3.29 | 3.46 | 3.63 | 3.84 |
| 4 | 1.41 | 1.56 | 1.70 | 1.84 | 1.99 | 2.14 | 2.28 | 2.43 | 2.59 | 2.73 | 2.87 | 3.00 | 3.12 | 3.26 | 3.41 | 3.56 | 3.70 | 3.85 | 4.00 | 4.18 | 4.40 | 4.63 | 4.89 | 5.18 |
| 5 | 1.68 | 1.86 | 2.04 | 2.23 | 2.42 | 2.61 | 2.79 | 2.98 | 3.19 | 3.37 | 3.55 | 3.71 | 3.87 | 4.05 | 4.25 | 4.44 | 4.62 | 4.81 | 5.00 | 5.23 | 5.51 | 5.81 | 6.14 | 6.52 |
| 6 | 1.94 | 2.16 | 2.39 | 2.61 | 2.84 | 3.08 | 3.30 | 3.53 | 3.78 | 4.01 | 4.23 | 4.42 | 4.62 | 4.84 | 5.08 | 5.31 | 5.53 | 5.77 | 6.00 | 6.28 | 6.63 | 6.99 | 7.40 | 7.86 |
| 7 | 2.20 | 2.46 | 2.73 | 3.00 | 3.27 | 3.55 | 3.80 | 4.08 | 4.38 | 4.65 | 4.90 | 5.14 | 5.37 | 5.63 | 5.91 | 6.18 | 6.44 | 6.73 | 7.00 | 7.33 | 7.74 | 8.17 | 8.65 | 9.20 |
| 8 | 2.46 | 2.76 | 3.07 | 3.38 | 3.70 | 4.02 | 4.31 | 4.63 | 4.98 | 5.28 | 5.58 | 5.85 | 6.12 | 6.41 | 6.74 | 7.06 | 7.36 | 7.69 | 8.00 | 8.38 | 8.86 | 9.35 | 9.90 | 10.53 |
| 9 | 2.72 | 3.07 | 3.41 | 3.76 | 4.12 | 4.49 | 4.82 | 5.18 | 5.57 | 5.92 | 6.26 | 6.56 | 6.87 | 7.20 | 7.57 | 7.93 | 8.27 | 8.65 | 9.00 | 9.43 | 9.97 | 10.53 | 11.16 | 11.87 |
| 10 | 2.98 | 3.37 | 3.76 | 4.15 | 4.55 | 4.96 | 5.33 | 5.73 | 6.17 | 6.56 | 6.94 | 7.28 | 7.62 | 7.99 | 8.41 | 8.81 | 9.19 | 9.60 | 10.00 | 10.48 | 11.08 | 11.71 | 12.41 | 13.21 |
| 11 | 3.24 | 3.67 | 4.10 | 4.53 | 4.97 | 5.43 | 5.84 | 6.28 | 6.77 | 7.20 | 7.61 | 7.99 | 8.37 | 8.78 | 9.24 | 9.68 | 10.10 | 10.56 | 11.00 | 11.53 | 12.20 | 12.89 | 13.67 | 14.55 |
| 12 | 3.50 | 3.97 | 4.44 | 4.92 | 5.40 | 5.90 | 6.35 | 6.83 | 7.36 | 7.84 | 8.29 | 8.71 | 9.12 | 9.57 | 10.07 | 10.56 | 11.02 | 11.52 | 12.00 | 12.59 | 13.31 | 14.07 | 14.92 | 15.89 |
| 13 | 3.76 | 4.27 | 4.78 | 5.30 | 5.83 | 6.36 | 6.86 | 7.39 | 7.96 | 8.47 | 8.97 | 9.42 | 9.86 | 10.36 | 10.90 | 11.43 | 11.93 | 12.48 | 13.00 | 13.64 | 14.43 | 15.25 | 16.17 | 17.22 |
| 14 | 4.03 | 4.58 | 5.13 | 5.69 | 6.25 | 6.83 | 7.36 | 7.94 | 8.56 | 9.11 | 9.64 | 10.13 | 10.61 | 11.15 | 11.74 | 12.31 | 12.85 | 13.44 | 14.00 | 14.69 | 15.54 | 16.43 | 17.43 | 18.56 |
| 15 | 4.29 | 4.88 | 5.47 | 6.07 | 6.68 | 7.30 | 7.87 | 8.49 | 9.15 | 9.75 | 10.32 | 10.85 | 11.36 | 11.93 | 12.57 | 13.18 | 13.76 | 14.40 | 15.00 | 15.74 | 16.66 | 17.61 | 18.68 | 19.90 |
| 16 | 4.55 | 5.18 | 5.81 | 6.45 | 7.10 | 7.77 | 8.38 | 9.04 | 9.75 | 10.39 | 11.00 | 11.56 | 12.11 | 12.72 | 13.40 | 14.06 | 14.68 | 15.36 | 16.00 | 16.79 | 17.77 | 18.79 | 19.94 | 21.24 |
| 17 | 4.81 | 5.48 | 6.16 | 6.84 | 7.53 | 8.24 | 8.89 | 9.59 | 10.35 | 11.03 | 11.68 | 12.27 | 12.86 | 13.51 | 14.23 | 14.93 | 15.59 | 16.31 | 17.00 | 17.84 | 18.88 | 19.97 | 21.19 | 22.58 |
| 18 | 5.07 | 5.78 | 6.50 | 7.22 | 7.96 | 8.71 | 9.40 | 10.14 | 10.94 | 11.66 | 12.35 | 12.99 | 13.61 | 14.30 | 15.07 | 15.80 | 16.50 | 17.27 | 18.00 | 18.89 | 20.00 | 21.15 | 22.44 | 23.91 |
| 19 | 5.33 | 6.08 | 6.84 | 7.61 | 8.38 | 9.18 | 9.91 | 10.69 | 11.54 | 12.30 | 13.03 | 13.70 | 14.36 | 15.09 | 15.90 | 16.68 | 17.42 | 18.23 | 19.00 | 19.94 | 21.11 | 22.33 | 23.70 | 25.25 |
| 20 | 5.59 | 6.39 | 7.18 | 7.99 | 8.81 | 9.65 | 10.41 | 11.24 | 12.14 | 12.94 | 13.71 | 14.41 | 15.11 | 15.88 | 16.73 | 17.55 | 18.33 | 19.19 | 20.00 | 20.99 | 22.23 | 23.51 | 24.95 | 26.59 |
| Tenths | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.1 | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.06 | 0.06 | 0.06 | 0.07 | 0.07 | 0.07 | 0.08 | 0.08 | 0.09 | 0.09 | 0.10 | 0.10 | 0.11 | 0.11 | 0.12 | 0.13 | 0.13 |
| 0.2 | 0.05 | 0.06 | 0.07 | 0.08 | 0.09 | 0.09 | 0.10 | 0.11 | 0.12 | 0.13 | 0.14 | 0.14 | 0.15 | 0.16 | 0.17 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.27 |
| 0.3 | 0.08 | 0.09 | 0.10 | 0.12 | 0.13 | 0.14 | 0.16 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.38 | 0.40 |
| 0.4 | 0.10 | 0.12 | 0.14 | 0.15 | 0.17 | 0.19 | 0.20 | 0.22 | 0.24 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.37 | 0.38 | 0.40 | 0.42 | 0.45 | 0.47 | 0.50 | 0.54 |
| 0.5 | 0.13 | 0.15 | 0.17 | 0.19 | 0.21 | 0.23 | 0.25 | 0.28 | 0.30 | 0.32 | 0.34 | 0.36 | 0.37 | 0.39 | 0.42 | 0.44 | 0.46 | 0.48 | 0.50 | 0.53 | 0.55 | 0.59 | 0.63 | 0.67 |
| 0.6 | 0.16 | 0.18 | 0.21 | 0.23 | 0.26 | 0.28 | 0.31 | 0.33 | 0.36 | 0.38 | 0.41 | 0.43 | 0.45 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.60 | 0.63 | 0.67 | 0.71 | 0.75 | 0.80 |
| 0.7 | 0.18 | 0.21 | 0.24 | 0.27 | 0.30 | 0.33 | 0.36 | 0.39 | 0.42 | 0.45 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.61 | 0.64 | 0.67 | 0.70 | 0.74 | 0.78 | 0.83 | 0.88 | 0.94 |
| 0.8 | 0.21 | 0.24 | 0.27 | 0.31 | 0.34 | 0.38 | 0.41 | 0.44 | 0.48 | 0.51 | 0.54 | 0.57 | 0.60 | 0.63 | 0.67 | 0.70 | 0.73 | 0.77 | 0.80 | 0.84 | 0.89 | 0.94 | 1.00 | 1.07 |
| 0.9 | 0.24 | 0.27 | 0.31 | 0.35 | 0.38 | 0.42 | 0.46 | 0.50 | 0.54 | 0.57 | 0.61 | 0.64 | 0.67 | 0.71 | 0.75 | 0.79 | 0.82 | 0.86 | 0.90 | 0.95 | 1.00 | 1.06 | 1.13 | 1.20 |

FIG. X3.1 Corrected Loss from Observed Loss and Barometric Pressure kPa

Barometric Pressure, mm Hg.

Observed Loss /-- Corrected Loss ------>

| from | 571 | 607 | 634 | 655 | 672 | 686 | 698 | 706 | 716 | 723 | 729 | 734 | 738 | 742 | 746 | 750 | 753 | 756 | 759 | 762 | 765 | 768 | 771 | 774 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| through | 606 | 633 | 654 | 671 | 685 | 697 | 705 | 715 | 722 | 728 | 733 | 737 | 741 | 745 | 749 | 752 | 755 | 758 | 761 | 764 | 767 | 770 | 773 | 776 |
| Units | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | 0.37 | 0.35 | 0.33 | 0.31 | 0.29 | 0.27 | 0.25 | 0.23 | 0.20 | 0.18 | 0.16 | 0.14 | 0.13 | 0.11 | 0.09 | 0.07 | 0.05 | 0.02 | −0.00 | −0.03 | −0.06 | −0.09 | −0.13 | −0.17 |
| 1 | 0.63 | 0.65 | 0.67 | 0.69 | 0.71 | 0.73 | 0.75 | 0.77 | 0.80 | 0.82 | 0.84 | 0.86 | 0.87 | 0.89 | 0.91 | 0.93 | 0.95 | 0.98 | 1.00 | 1.03 | 1.06 | 1.09 | 1.13 | 1.17 |
| 2 | 0.89 | 0.95 | 1.01 | 1.07 | 1.14 | 1.20 | 1.26 | 1.32 | 1.39 | 1.45 | 1.51 | 1.57 | 1.62 | 1.68 | 1.74 | 1.80 | 1.86 | 1.93 | 2.00 | 2.08 | 2.17 | 2.27 | 2.38 | 2.50 |
| 3 | 1.15 | 1.25 | 1.36 | 1.46 | 1.56 | 1.67 | 1.77 | 1.87 | 1.99 | 2.09 | 2.19 | 2.28 | 2.36 | 2.46 | 2.57 | 2.67 | 2.77 | 2.88 | 3.00 | 3.13 | 3.28 | 3.44 | 3.63 | 3.83 |
| 4 | 1.41 | 1.55 | 1.70 | 1.84 | 1.99 | 2.14 | 2.27 | 2.42 | 2.56 | 2.72 | 2.86 | 2.99 | 3.11 | 3.25 | 3.40 | 3.54 | 3.68 | 3.85 | 4.00 | 4.19 | 4.39 | 4.62 | 4.88 | 5.17 |
| 5 | 1.67 | 1.86 | 2.04 | 2.22 | 2.41 | 2.61 | 2.78 | 2.97 | 3.18 | 3.36 | 3.54 | 3.70 | 3.86 | 4.03 | 4.23 | 4.41 | 4.59 | 4.79 | 5.00 | 5.24 | 5.50 | 5.80 | 6.13 | 6.50 |
| 6 | 1.93 | 2.16 | 2.38 | 2.61 | 2.84 | 3.07 | 3.29 | 3.52 | 3.77 | 3.99 | 4.21 | 4.41 | 4.60 | 4.82 | 5.05 | 5.28 | 5.50 | 5.74 | 6.00 | 6.29 | 6.61 | 6.97 | 7.38 | 7.84 |
| 7 | 2.19 | 2.46 | 2.72 | 2.99 | 3.26 | 3.54 | 3.79 | 4.07 | 4.36 | 4.63 | 4.88 | 5.12 | 5.35 | 5.60 | 5.88 | 6.15 | 6.41 | 6.69 | 7.00 | 7.34 | 7.72 | 8.15 | 8.63 | 9.17 |
| 8 | 2.46 | 2.76 | 3.07 | 3.37 | 3.69 | 4.01 | 4.30 | 4.62 | 4.96 | 5.27 | 5.56 | 5.83 | 6.09 | 6.38 | 6.71 | 7.02 | 7.32 | 7.64 | 8.00 | 8.40 | 8.84 | 9.33 | 9.88 | 10.50 |
| 9 | 2.72 | 3.06 | 3.41 | 3.76 | 4.11 | 4.48 | 4.81 | 5.17 | 5.55 | 5.90 | 6.23 | 6.54 | 6.84 | 7.17 | 7.54 | 7.89 | 8.23 | 8.60 | 9.00 | 9.45 | 9.95 | 10.50 | 11.13 | 11.84 |
| 10 | 2.98 | 3.36 | 3.75 | 4.14 | 4.54 | 4.94 | 5.31 | 5.71 | 6.15 | 6.54 | 6.91 | 7.25 | 7.58 | 7.95 | 8.37 | 8.76 | 9.14 | 9.55 | 10.00 | 10.50 | 11.06 | 11.66 | 12.38 | 13.17 |
| 11 | 3.24 | 3.66 | 4.09 | 4.52 | 4.96 | 5.41 | 5.82 | 6.26 | 6.74 | 7.17 | 7.58 | 7.96 | 8.33 | 8.74 | 9.19 | 9.63 | 10.05 | 10.50 | 11.00 | 11.56 | 12.17 | 12.88 | 13.63 | 14.51 |
| 12 | 3.50 | 3.96 | 4.43 | 4.91 | 5.39 | 5.88 | 6.33 | 6.81 | 7.34 | 7.81 | 8.26 | 8.67 | 9.07 | 9.52 | 10.02 | 10.50 | 10.98 | 11.46 | 12.00 | 12.61 | 13.28 | 14.03 | 14.88 | 15.84 |
| 13 | 3.76 | 4.27 | 4.78 | 5.29 | 5.81 | 6.35 | 6.83 | 7.36 | 7.93 | 8.44 | 8.93 | 9.38 | 9.82 | 10.31 | 10.85 | 11.37 | 11.87 | 12.41 | 13.00 | 13.66 | 14.39 | 15.21 | 16.13 | 17.17 |
| 14 | 4.02 | 4.57 | 5.12 | 5.67 | 6.24 | 6.82 | 7.34 | 7.91 | 8.53 | 9.08 | 9.61 | 10.09 | 10.57 | 11.09 | 11.68 | 12.24 | 12.78 | 13.36 | 14.00 | 14.71 | 15.51 | 16.39 | 17.38 | 18.51 |
| 15 | 4.28 | 4.87 | 5.46 | 6.06 | 6.66 | 7.28 | 7.85 | 8.46 | 9.12 | 9.71 | 10.28 | 10.80 | 11.31 | 11.88 | 12.51 | 13.11 | 13.68 | 14.31 | 15.00 | 15.77 | 16.62 | 17.57 | 18.63 | 19.84 |
| 16 | 4.54 | 5.17 | 5.80 | 6.44 | 7.09 | 7.75 | 8.35 | 9.01 | 9.72 | 10.35 | 10.95 | 11.51 | 12.06 | 12.65 | 13.33 | 13.98 | 14.59 | 15.27 | 16.00 | 16.82 | 17.73 | 18.74 | 19.88 | 21.18 |
| 17 | 4.80 | 5.47 | 6.14 | 6.82 | 7.51 | 8.22 | 8.86 | 9.56 | 10.31 | 10.98 | 11.63 | 12.22 | 12.80 | 13.45 | 14.16 | 14.85 | 15.50 | 16.22 | 17.00 | 17.87 | 18.84 | 19.92 | 21.13 | 22.51 |
| 18 | 5.06 | 5.77 | 6.49 | 7.21 | 7.94 | 8.69 | 9.37 | 10.11 | 10.91 | 11.62 | 12.30 | 12.93 | 13.56 | 14.23 | 14.99 | 15.72 | 16.41 | 17.17 | 18.00 | 18.93 | 19.95 | 21.10 | 22.38 | 23.84 |
| 19 | 5.32 | 6.07 | 6.83 | 7.59 | 8.36 | 9.15 | 9.86 | 10.66 | 11.50 | 12.25 | 12.98 | 13.64 | 14.29 | 15.02 | 15.82 | 16.59 | 17.32 | 18.12 | 19.01 | 19.98 | 21.06 | 22.27 | 23.64 | 25.18 |
| 20 | 5.58 | 6.37 | 7.17 | 7.97 | 8.79 | 9.62 | 10.38 | 11.20 | 12.09 | 12.89 | 13.65 | 14.35 | 15.04 | 15.80 | 16.64 | 17.46 | 18.23 | 19.08 | 20.01 | 21.03 | 22.17 | 23.45 | 24.89 | 26.51 |
| Tenths | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.1 | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.05 | 0.06 | 0.06 | 0.07 | 0.07 | 0.07 | 0.08 | 0.08 | 0.09 | 0.09 | 0.10 | 0.10 | 0.11 | 0.11 | 0.12 | 0.13 | 0.13 |
| 0.2 | 0.05 | 0.06 | 0.07 | 0.08 | 0.08 | 0.09 | 0.10 | 0.11 | 0.12 | 0.13 | 0.13 | 0.14 | 0.15 | 0.16 | 0.17 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.27 |
| 0.3 | 0.08 | 0.09 | 0.10 | 0.11 | 0.13 | 0.14 | 0.15 | 0.16 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.38 | 0.40 |
| 0.4 | 0.10 | 0.12 | 0.14 | 0.15 | 0.17 | 0.19 | 0.20 | 0.22 | 0.24 | 0.25 | 0.27 | 0.28 | 0.30 | 0.31 | 0.33 | 0.35 | 0.36 | 0.38 | 0.40 | 0.42 | 0.44 | 0.47 | 0.50 | 0.53 |
| 0.5 | 0.13 | 0.15 | 0.17 | 0.19 | 0.21 | 0.23 | 0.25 | 0.27 | 0.30 | 0.32 | 0.34 | 0.36 | 0.37 | 0.39 | 0.41 | 0.43 | 0.45 | 0.48 | 0.50 | 0.53 | 0.56 | 0.59 | 0.63 | 0.67 |
| 0.6 | 0.16 | 0.18 | 0.21 | 0.23 | 0.25 | 0.28 | 0.30 | 0.33 | 0.36 | 0.38 | 0.40 | 0.43 | 0.46 | 0.47 | 0.50 | 0.52 | 0.55 | 0.57 | 0.60 | 0.63 | 0.67 | 0.71 | 0.75 | 0.80 |
| 0.7 | 0.18 | 0.21 | 0.24 | 0.27 | 0.30 | 0.33 | 0.35 | 0.38 | 0.42 | 0.44 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.61 | 0.64 | 0.67 | 0.70 | 0.74 | 0.78 | 0.82 | 0.88 | 0.93 |
| 0.8 | 0.21 | 0.24 | 0.27 | 0.31 | 0.34 | 0.37 | 0.41 | 0.44 | 0.48 | 0.51 | 0.54 | 0.57 | 0.60 | 0.63 | 0.66 | 0.70 | 0.73 | 0.76 | 0.80 | 0.84 | 0.89 | 0.94 | 1.00 | 1.07 |
| 0.9 | 0.23 | 0.27 | 0.31 | 0.34 | 0.38 | 0.42 | 0.46 | 0.49 | 0.54 | 0.57 | 0.61 | 0.64 | 0.67 | 0.71 | 0.75 | 0.78 | 0.82 | 0.86 | 0.90 | 0.95 | 1.00 | 1.06 | 1.13 | 1.20 |

FIG. X3.2 Corrected Loss from Observed Loss and Barometric Pressure mm Hg

 **D 86 – 07**

## SUMMARY OF CHANGES

Subcommittee D02.08 has identified the location of selected changes to this standard since the last issue (D 86–05) that may impact the use of this standard. (Approved Jan. 15, 2007.)

*(1)* Deleted "natural gasolines" from 1.1.

*(3)* Added Fig. 6.

*(2)* Deleted "Group 0" from the entire standard.

Subcommittee D02.08 has identified the location of selected changes to this standard since the last issue, (D 86–04b), that may impact the use of this standard. (Approved July 1, 2005.)

*(1)* Replaced Table 4 with new values.

*(4)* Added Appendix X5, and cross-reference in Section 12.1.

*(2)* Revised 9.1.2-9.1.2.2, 9.1.5, and Notes 9-11.

*(3)* Added 13.5.3 and footnote reference to the research report.

*ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility.*

*This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing you should make your views known to the ASTM Committee on Standards, at the address shown below.*

*This standard is copyrighted by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States. Individual reprints (single or multiple copies) of this standard may be obtained by contacting ASTM at the above address or at 610-832-9585 (phone), 610-832-9555 (fax), or service@astm.org (e-mail); or through the ASTM website (www.astm.org).*



## "Percent Evaporated" Report Form

Laboratory:

| | |
|---|---|
| Date: | |
| Time | |
| Operator: | |

| | |
|---|---|
| Ambient temperature (°C) | |
| Atmospheric pressure (kPa) | |
| Condenser temperature (°C) | |
| Temperature of the bath around receiving cylinder (°C) | |

| | Percent Recovered | Corrected Temperature Reading (°C) | Time or mL / min | Percent Evaporated | Temperature Readings at prescribed percent evaporated (°C) |
|---|---|---|---|---|---|
| | IBP | | | IBP | |
| | 5 | | | 5 | |
| | 10 | | | 10 | |
| | 15 | | | 15 | |
| | 20 | | | 20 | |
| | 25 | | | 25 | |
| | 30 | | | 30 | |
| | 35 | | | 35 | |
| | 40 | | | 40 | |
| | 45 | | | 45 | |
| | 50 | | | 50 | |
| | 55 | | | 55 | |
| | 60 | | | 60 | |
| | 65 | | | 65 | |
| | 70 | | | 70 | |
| | 75 | | | 75 | |
| | 80 | | | 80 | |
| | 85 | | | 85 | |
| | 90 | | | 90 | |
| 5 ml residue | | | | | |
| | 95 | | | 95 | |
| FBP | | | | FBP | |

| | | | |
|---|---|---|---|
| Percent Recovery | | | |
| Percent Residue | | | |
| Percent Total Recovery | | | |
| Percent Loss | | Corrected Loss | |
| Corrected Percent Recovery | | Corrected Total Recovery | |

Comments:

Ambient temperature at the start of the test

Ambient barometric pressure at the start of the test

Volume of condensate observed in the receiving cylinder at any point in the distillation, expressed as a percentage of the charge volume, in connection with simultaneous temperature reading

Temperature measuring device readings which are corrected to 101,3 kPa barometric pressure

Sum of the percent recovered and the percent loss

Temperature measuring device readings at specified percentages evaporated calculated with arithmetical or graphical procedures

Group 0: 2 to 5 minutes
Group 1, 2 & 3: 5 to 10 minutes
Group 4: 5 to 15 minutes

Group 1 & 2: 60 to 100 seconds

Group0: time from first application of heat to 10% recovered = 3 to 4 minutes
Group 0, 1, 2, 3 & 4: 4 to 5 ml / min uniform avrage rate from 5% recovered to 5 ml in flask

Volume of condensate observed in the receiving cylinder when the 5ml conditions are reached

Volume of condensate observed in the receiving cylinder when the final boiling point is observed

Maximum percent recovered

Volume of residue in the flask expressed as a percentage of the charge volume

Combined Percent Recovery and Percent Residue in the flask

Time from 5 ml in flask to FBP =< 5 minutes

100 minus the Total Recovery

Percent Recovery corrected for barometric pressure

Percent Loss corrected for barometric pressure

Combined Percent Recovery and Percent Residue in the flask corrected for barometric pressure

FIG. X5.2 Percent Evaporated Report Form



## "Percent Recovered" Report Form

| | |
|---|---|
| Date: | |
| Time | |
| Operator: | |

| | |
|---|---|
| Ambient temperature (°C) | |
| Atmospheric pressure (kPa) | |
| Condenser temperature (°C) | |
| Temperature of the bath around receiving cylinder (°C) | |

| | Percent Recovered | Corrected Temperature Reading (°C) | Time or mL / min |
|---|---|---|---|
| | IBP | | |
| | 5 | | |
| | 10 | | |
| | 15 | | |
| | 20 | | |
| | 25 | | |
| | 30 | | |
| | 35 | | |
| | 40 | | |
| | 45 | | |
| | 50 | | |
| | 55 | | |
| | 60 | | |
| | 65 | | |
| | 70 | | |
| | 75 | | |
| | 80 | | |
| | 85 | | |
| | 90 | | |
| 5 ml residue | | | |
| | 95 | | |
| FBP | | | |

| | | |
|---|---|---|
| Percent Recovery | | |
| Percent Residue | | |
| Percent Total Recovery | | |
| Percent Loss | | Corrected Loss |
| Corrected Percent Recovery | | Corrected Total Recovery |

Ambient temperature at the start of the test

Ambient barometric pressure at the start of the test

Volume of condensate observed in the receiving cylinder at any point in the distillation, expressed as a percentage of the charge volume, in connection with simultaneous temperature reading

Temperature measuring device readings which are corrected to 101,3 kPa barometric pressure

Group 1, 2 & 3: 5 to 10 minutes
Group 4: 5 to 15 minutes

Group 1 & 2: 60 to 100 seconds

4 to 5 ml / min uniform avrage rate from 5% recovered to 5 ml in flask

Volume of condensate observed in the receiving cylinder when the 5ml conditions are reached

Volume of condensate observed in the receiving cylinder when the final boiling point is observed

Maximum percent recovered

Volume of residue in the flask expressed as a percentage of the charge volume

Combined Percent Recovery and Percent Residue in the flask

Time from 5 ml in flask to FBP =< 5 minutes

100 minus the Total Recovery

Percent Recovery corrected for barometric pressure

Percent Loss corrected for barometric pressure

Combined Percent Recovery and Percent Residue in the flask corrected for barometric pressure

Comments:

FIG. X5.1 Percent Recovered Report Form

 D 86 – 07

### X4. PROCEDURE TO EMULATE THE EMERGENT STEM ERROR OF A MERCURY-IN-GLASS THERMOMETER

X4.1   When an electronic or other sensor without an emergent stem error is used, the output of this sensor or the associated data system should emulate the output of a mercury-in-glass thermometer. Based on information supplied by four manufacturers of automated Test Method D 86 equipment, the averaged equations shown in X4.2 and X4.3 have been reported to be in use.

X4.1.1   The equations shown in X4.2 have limited applicability and are shown for information purposes only. In addition to the correction for the emergent stem, the electronic sensor and associated data system will also have to emulate the lag in response time observed for mercury-in-glass thermometers.

X4.2   When a low range thermometer would have been used, no stem correction is to be applied below 20°C. Above this temperature, the correction is calculated using the following formula:

$$ASTM\ 7C\ T_{elr} = T_t - 0.000162 \times (T_t - 20°C)^2 \qquad (X4.1)$$

X4.3   When a high range thermometer would have been used, no stem correction is to be applied below 35°C. Above this temperature the correction is calculated using the following formula:

$$ASTM\ 8C\ T_{ehr} = T_t - 0.000131 \times (T_t - 35°C)^2 \qquad (X4.2)$$

where:

$T_{elr}$ = emulated temperature in °C for low range thermometers,

$T_{ehr}$ = emulated temperature in °C for high range thermometers, and

$T_t$ = true temperature in °C.

### X5. EXPLANATORY REPORT FORMS

X5.1   Fig. X5.1 and Fig. X5.2 show report forms.

25

**JA800**

# EXHIBIT 19



From:    Carl Malamud
Sent:    Sat 1/04/2014 12:01 PM (GMT -8)
To:      Rebecca Malamud
Cc:
Bcc:
Subject: Re: SVG and MathML (India and NFPA / Q4)

ok. this works for me. You're not spending a lot on contractors. I just needed to know that. (If you were spending $3k a month on contractors, that obviously would have been an easy place for me to save money. At $1k/month, it's noise.)

Keep uploading to the dropbox. But, do let me know what's coming so that I don't dive in and process things and then see more showing up the next day.

The app is sort of interesting, but doesn't help me in my core work, which is showing that we make the standards better. I'm happy to look at it, I'll tweet it, but it isn't something I'd use.

All the docs you see are, in theory, double-keyed. Of course, they may cheat and do OCR first and then do their QA. In any case, I won't be paying for double-key work for the foreseeable future.

What I *am* getting, at least from India, is full and accurate text inside of the PDF files. So, setting that text into HTML is a possible path.

But, for now, let's take January and February and get as much svg/math done as possible.

Let's also make sure we've done any NFPA docs that are in HTML but not in SVG. Also, we can do any ASTM or ASHRAE docs as well as those are helpful to me in my suit. And, India is useful.

Definitely keep plowing away on that stuff ... that's the kind of output that makes it much easier for me to try and raise money to keep you going for the rest of the year. (The book work is also very valuable to me, but I can't raise money for that.)

The summer thing may or may not happen ... I wouldn't count on it though. Right now, just raising my salary, my overhead, and your $60k is a challenge. I think I'll be able to do it, but I'm definitely running on fumes.

On Jan 4, 2014, at 11:48 AM, Rebecca Malamud <webchick@invisible.net> wrote:

>> I'll take the ones you just sent in and get them ready. Send me the next batch when they're ready.
>> I really wish this stuff were on a reasonable schedule. Nothing for 3 months and then a whole bunch of transactions as a flurry. Doesn't work for me.
>
> I could just upload the files to your server directly ... would that be easier for you?
>
>> You didn't answer my previous question, which was how much of the $5k a month that I'm sending you is being turned around as salary for your contractor? I'm digging really deep to find money for you post-February and I need to understand where my money is going if I'm going to keep digging for you. I'm happy with the work, but I don't understand the finances.
>
> I suppose I could break everything down, however I use my contractor(s) on other things as well. If I had to gauge a rough ballpark estimate, I would say that about $850 - $1200 is paid out monthly to outside contractors trained through my program to do the work. I don't think that is unreasonable, and I do much of the work as well plus manage the project. I have to figure out how to manage my time effectively so I can work on other things related to my business. You mentioned not having the "Codes of the World" summer program this year, and if that is a strain for you then lets not do the SVG/MathML track.
>

PRO_00042289

> I also mentioned that my MathML coder is working on an app. I was writing it up if you want to see it. It isn't ready for prime time but it promises to speed up production on that front. Of course, I notice that more and more of the equations are in the code now. I presume it is being keyed in unless that process has switched over to OCR. I found a couple of mistakes that appear to be OCR-related like the one below:
>
> <Screen Shot 2013-12-30 at 9.28.54 AM.png>
>
>> I just went through processing the previous batch. If I knew there were more, I would have waited an hour.  Basically just doubled my work.
>
> I thought you were expecting more India ... sorry!
>
> Becky
>
>
>
> On Jan 4, 2014, at 11:19 AM, Carl Malamud <carl@media.org> wrote:
>
>> I just went through processing the previous batch. If I knew there were more, I would have waited an hour.  Basically just doubled my work.
>>
>> I'll take the ones you just sent in and get them ready. Send me the next batch when they're ready.
>>
>> I really wish this stuff were on a reasonable schedule. Nothing for 3 months and then a whole bunch of transactions as a flurry. Doesn't work for me.
>>
>> You didn't answer my previous question, which was how much of the $5k a month that I'm sending you is being turned around as salary for your contractor? I'm digging really deep to find money for you post-February and I need to understand where my money is going if I'm going to keep digging for you.  I'm happy with the work, but I don't understand the finances.
>>
>> On Jan 4, 2014, at 11:15 AM, Rebecca Malamud <webchick@invisible.net> wrote:
>>
>>> Hi –
>>>
>>> I just placed six new docs in teh Dropbox folder - I just finished proofing them. I thought we would have 11, but some of them were more complex than anticipated (is.3025.04.1983_008_01.svg ... it's the CIE1931 color gamut!).
>>>
>>> I can finish the five in the queue if you like to reach the promised quota of 11 ... do you want me to do that?
>>>
>>> Becky
>>>
>>>
>>> On Jan 3, 2014, at 2:18 PM, Rebecca Malamud <webchick@invisible.net> wrote:
>>>
>>>> Yes - I should have the next delivery at 5PM today ...
>>>>
>>>>
>>>> On Jan 3, 2014, at 2:01 PM, Carl Malamud <carl@media.org> wrote:
>>>>
>>>>> Hi –
>>>>>
>>>>> Just checking that this is still happening? If so, I'll work on it this weekend.

PRO_00042290

>>>>>
>>>>> Carl
>>>>>
>>>>> On Dec 31, 2013, at 3:02 PM, Rebecca Malamud <webchick@invisible.net> wrote:
>>>>>
>>>>>> All are completed (both diagrams and MathML), with the exception of nfpa.nec.2011 - we have about 12 more diagrams to complete on that and we should have that completed by Friday. If you look at the diagrams, you will see that many are very complex. All have been proofed against the original JPG.
>>>>>>
>>>>>
>>>>>
>>>>
>>>
>>>
>>
>>
>

PRO_00042291

# EXHIBIT 23

Try Our New BETA Version   GO

EXHIBIT 52
Ashley Soevyn CSR No. 12019
2/26/15
Date
Witness: MCLAMUD

GOVDOCS

**Web  Video  Texts  Audio  Software  About  Account  TVNews  OpenLibrary**

Home    American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Biodiversity Heritage Library | Children's Library | Additional Collections

Search:              Additional Collections    🔍 Advanced Search        Anonymous User (login or join us)        Upload

eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > NFPA NEC (2011): National Electrical Code

**View the book**



Read Online
PDF        (47.6 K)
PDF        (132.2 M)
PDF        (18.2 K)
EPUB       (1.2 M)
Kindle
Daisy
Full Text   (3.9 M)
DjVu        (36.6 M)

All Files: HTTPS Torrent (3/1)

Help reading texts



**Resources**

Bookmark

## NFPA NEC (2011): National Electrical Code (January 1, 2011)



NFPA NEC (2011): National Electrical Code

fullscreen

**Author:** National Fire Protection Association
**Subject:** public.resource.org
**Year:** 2011
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

**LEGALLY BINDING DOCUMENT**
**United States of America**

*All citizens and residents are hereby advised that this is a legally binding document duly incorporated by reference and that failure to comply with such requirements as hereby detailed within may subject you to criminal or civil penalties under the law. Ignorance of the law shall not excuse noncompliance and it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the states and cities contained therein.*

**Name of Legally Binding Document:** NFPA NEC (2011): National Electrical Code
**Name of Standards Organization:** National Fire Protection Association

**Errata**
Errata 70-11-2 (issued 1/24/2012) (PDF, 18 KB)
Errata 70-11-1 (issued 4/8/2011) (PDF, 48 KB)
Creative Commons license: CC0 1.0 Universal

**Reviews**                                                    Write a review
Average Rating: ⭐⭐⭐⭐⭐                                          Downloaded 30,350 times

Reviewer: seokmin. choi - ★★★★★ - August 12, 2013
Subject: NEC 2011
NEC 2011

**Selected metadata**

| | |
|---|---|
| Identifier: | gov.law.nfpa.nec.2011 |
| Credits: | Uploaded by Public.Resource.Org |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.nfpa.nec.2011 |
| Identifier-ark: | ark:/13960/t0bv8p02s |
| Ppi: | 300 |
| Ocr: | ABBYY FineReader 8.0 |

Terms of Use (31 Dec 2014)

Case 1:13-cv-01215-TSC   Document 118-12   Filed 11/19/15   Page 256 of 259
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 66 of 460
Ashley Soniyn, CSR No. 12019

Date_____
Witness:_____

GOVDOCS

Try Our New BETA Version     GO

Web  Video  Texts  Audio  Software  About  Account  📖TVNews  📚OpenLibrary

Home     American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Biodiversity Heritage Library | Children's Library | Additional Collections

Search:          Additional Collections     🔍 Advanced Search          Anonymous User (login or join us)          Upload

eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > 2014 National Electrical Code

| View the book | 2014 National Electrical Code (2014) |
|---|---|



Read Online   (~924 pg)
PDF          (17.2 K)
PDF          (20.9 K)
PDF          (55.9 K)
PDF          (128.0 M)
PDF          (31.8 K)
PDF          (69.9 K)
PDF          (40.3 K)
EPUB         (1.4 M)
Kindle       (~924 pg)
Daisy        (~924 pg)
HTML         (66.5 K)
Full Text    (4.2 M)
DjVu         (38.7 M)

All Files: HTTPS Torrent (6/3)

Help reading texts



**Resources**

Bookmark



2014 National Electrical Code

fullscreen

**Author:** National Fire Protection Association
**Subject:** required in all 50 states; public safety code; legally binding document
**Year:** 2014
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

Description

**LEGALLY BINDING DOCUMENT**

**United States of America**

*All citizens and residents are hereby advised that this is a legally binding document duly incorporated by reference and that failure to comply with such requirements as hereby detailed within may subject you to criminal or civil penalties under the law. Ignorance of the law shall not excuse noncompliance and it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the states and cities contained therein.*

**Name of Legally Binding Document:** NFPA NEC (2014) National Electrical Code
**Name of Standards Organization:** National Fire Protection Association
**Standards Organization Source:** NFPA National Electrical Code (Free Access Available Form Original Publisher)
**Log Of Value-Added Operations:** Internet Archive Task ID 292795164 (1,106 Lines of Processing, 7:04:31 Compute Time)
**Name of Incorporating Jurisdiction:** Commonwealth of Massachusetts (527 CMR 12.00)
**Name of Incorporating Jurisdiction:** City of Montgomery, Alabama (Ordinance 64-2013)

Errata
Errata 70-14-1 (issued 9/16/2013) (PDF, 56 KB)
Errata 70-14-2 (issued 12/3/2013) (PDF, 32 KB)
Errata 70-14-3 (issued 4/21/2014) (PDF, 21 KB)
Errata 70-14-4 (issued 7/29/2014) (PDF, 17 KB)
**Creative Commons license:** CC0 1.0 Universal

Case 1:13-cv-01215-TSC   Document 118-12   Filed 11/19/15   Page 257 of 259
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 67 of 460

## Reviews

Average Rating: ★★★★★

**Write a review**
Downloaded 29,405 times

Reviewer: libra83700261 - ★★★★★ - June 9, 2014
Subject: good
best electrical engineer reference book!

Reviewer: brewster - ★★★★★ - March 19, 2014
Subject: Go Carl Malamud for making the public domain publicly accessible
thank you.

### Selected metadata

| | |
|---|---|
| Identifier: | nfpa.nec.2014 |
| Mediatype: | texts |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Scanner: | Internet Archive HTML5 Uploader 1.5.2 |
| Identifier-access: | http://archive.org/details/nfpa.nec.2014 |
| Identifier-ark: | ark:/13960/t2g760354 |
| Imagecount: | 924 |
| Ppi: | 300 |
| Ocr: | ABBYY FineReader 9.0 |

Terms of Use (31 Dec 2014)

USCA Case #17-7039     Document #1715850        Filed: 01/31/2018     Page 68 of 460

# EXHIBIT 25

ANSI/ASHRAE/IESNA Standard 90.1-2004
(Includes ANSI/ASHRAE/IESNA Addenda listed in Appendix F)



# ASHRAE STANDARD

# Energy Standard for Buildings Except Low-Rise Residential Buildings

## I-P Edition

See Appendix F for approval dates by the ASHRAE Standards Committee, the ASHRAE Board of Directors, the IESNA Board of Directors, and the American National Standards Institute.

This standard is under continuous maintenance by a Standing Standard Project Committee (SSPC) for which the Standards Committee has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. The change submittal form, instructions, and deadlines may be obtained in electronic form from the ASHRAE Web site, http://www.ashrae.org, or in paper form from the Manager of Standards. The latest edition of an ASHRAE Standard may be purchased from ASHRAE Customer Service, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: orders@ashrae.org. Fax: 404-321-5478. Telephone: 404-636-8400 (worldwide), or toll free 1-800-527-4723 (for orders in US and Canada).

© Copyright 2004 ASHRAE, Inc.

ISSN 1041-2336

Jointly sponsored by



IES
The LIGHTING AUTHORITY
Illuminating Engineering Society of North America
www.iesna.org

Approved American National Standard
ANSI
www.ansi.org

**American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.**
1791 Tullie Circle NE, Atlanta, GA 30329
www.ashrae.org

ANSI/ASHRAE/IESNA Standard 90.1-2004 ENERGY STANDARD FOR BUILDINGS EXCEPT LOW-RISE RESIDE...

PRO_00082474

**ANSI/ASHRAE Standard 90.1-2007**
**(Supersedes ANSI/ASHRAE/IESNA Standard 90.1-2004)**
**Includes ANSI/ASHRAE/IESNA Addenda listed in Appendix F**



# ASHRAE STANDARD

# Energy Standard for Buildings Except Low-Rise Residential Buildings

## SI Edition

See Appendix F for approval dates by the ASHRAE Standards Committee, the ASHRAE Board of Directors, the IESNA Board of Directors, and the American National Standards Institute.

This standard is under continuous maintenance by a Standing Standard Project Committee (SSPC) for which the Standards Committee has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. The change submittal form, instructions, and deadlines may be obtained in electronic form from the ASHRAE Web site, http://www.ashrae.org, or in paper form from the Manager of Standards. The latest edition of an ASHRAE Standard may be purchased from ASHRAE Customer Service, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: orders@ashrae.org. Fax: 404-321-5478. Telephone: 404-636-8400 (worldwide), or toll free 1-800-527-4723 (for orders in US and Canada).

©Copyright 2007 American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

ISSN 1041-2336

Jointly sponsored by



The LIGHTING AUTHORITY
Illuminating Engineering Society of North America
www.iesna.org



Approved American National Standard
www.ansi.org

## American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
### 1791 Tullie Circle NE, Atlanta, GA 30329
#### www.ashrae.org

PRO_00082837



**STANDARD**

**ANSI/ASHRAE/IES Standard 90.1-2010**

(Supersedes ANSI/ASHRAE/IESNA Standard 90.1-2007)
Includes ANSI/ASHRAE/IES Addenda listed in Appendix F

# Energy Standard for Buildings Except Low-Rise Residential Buildings

## I-P Edition

See Appendix F for approval dates by the ASHRAE Standards Committee, the ASHRAE Board of Directors, the IES Board of Directors, and the American National Standards Institute.

This standard is under continuous maintenance by a Standing Standard Project Committee (SSPC) for which the Standards Committee has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. The change submittal form, instructions, and deadlines may be obtained in electronic form from the ASHRAE Web site (www.ashrae.org) or in paper form from the Manager of Standards. The latest edition of an ASHRAE Standard may be purchased from the ASHRAE Web site (www.ashrae.org) or from ASHRAE Customer Service, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: orders@ashrae.org. Fax: 404-321-5478. Telephone: 404-636-8400 (worldwide), or toll free 1-800-527-4723 (for orders in US and Canada). For reprint permission, go to www.ashrae.org/permissions.

© 2012 ASHRAE        ISSN 1041-2336





**JA813**

PRO_00083112

# EXHIBIT 26



# NOTICE OF INCORPORATION
## *United States Legal Document*

🖙   All citizens and residents are hereby advised that this is a legally binding document duly incorporated by reference and that failure to comply with such requirements as hereby detailed within may subject you to criminal or civil penalties under the law.  Ignorance of the law shall not excuse noncompliance and it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the states and cities contained therein.  🖘

\* \*
\*

NFPA NEC (2011), the National Electrical Code, as incorporated and mandated by the States and Municipalities of Alabama, Georgia, Iowa, Massachusetts, Minnesota, New Jersey, New Mexico, North Dakota, Ohio, Oklahoma, Rhode Island, Dallas (Texas), Houston (Texas), Vermont, Wyoming, et. alia.

**JA815**

PRO_00101955

PRO_00101956



# NFPA 70®

**2011**



## National Electrical Code®
### International Electrical Code® Series

PRO_00101957

# EXHIBIT 27

Ashley S...

Public Safety Standards of the United States

Date_____ 2/2C/15

Witness

**Table of Codes** ↑

MALAMUD

# Public Safety Standards
# United States (Federal Government)

In order to promote public education and public safety, equal justice for all, a better informed citizenry, the rule of law, world trade and world peace, this legal document is hereby made available on a noncommercial basis, as it is the right of all humans to know and speak the laws that govern them. (See also State and Local codes.)

| STANDARD | YEAR | ORGANIZATION | TITLE | CFR AUTHORITY |
|---|---|---|---|---|
| 3M 0222 | 1995 | 3M Corporation | Organochlorine Pesticides and PCBs in Wastewater Using Empore Disk | 40 CFR 136.3(a) Table ID |
| AA CONSTRUCT | 1971 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA | 1967 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA DATA | 1982 | Aluminum Association | Aluminum Standards and Data, Seventh Edition | 49 CFR 178.65(b)(2) |
| AAMA 101-IS2 | 1997 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors | 10 CFR 434.402.2.2.4 |
| AAMA 605 | 1998 | American Architectural Manufacturers Association | Voluntary Specification, Performance Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions and Panels | 40 CFR 59.401 |
| AAMA 1002.10 | 1993 | American Architectural Manufacturers Association | Aluminum Insulating Products for Windows and Sliding Glass Doors | 24 CFR 200.938 |
| AAMA 1102.7 | 1989 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum Storm Doors | 10 CFR 440 Appendix A |
| AAMA 1503.1 | 1988 | American Architectural Manufacturers Association | Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections | 24 CFR 3280.508(e) |
| AAMA 1702.2 | 1995 | American Architectural | Swinging Exterior | 24 CFR 3280.405(e)(2) |

PRO_00166182

Public Safety Standards of the United States

| | | Manufacturers Association | Passage Doors Voluntary Standard for Utilization in Manufactured-Housing | |
|---|---|---|---|---|
| AAMA 1704 | 1985 | American Architectural Manufacturers Association | Voluntary Standard Egress Window Systems for Utilization in Manufactured-Housing | 24 CFR 3280.404(b) |
| AAMD | 1973 | American Association on Mental Deficiency | Classification in Mental Retardation | 42 CFR 483.102(b)(3)(i) |
| AAMVA CDLIS.2.0 | 1998 | American Association of Motor Vehicle Administrators | Commercial Driver License Information System (CDLIS) State Procedures | 49 CFR 384.231(d) |
| AASHTO | 1973 | American Association of State Highway and Transportation Officials | Standard Specifications for Highway Bridges | 24 CFR 200, Subpart S |
| AASHTO | 2001 | American Association of State Highway and Transportation Officials | A Policy on Geometric Design of Highways and Streets | 23 CFR 625.4 |
| AASHTO | 2005 | American Association of State Highway and Transportation Officials | A Guide for Accommodating Utilities Within Highway Right-of-Way | 23 CFR 645.211 |
| AATCC 118 | 1997 | American Association of Textile Chemists and Colorists | Oil Repellency: Hydrocarbon Resistance Test | 10 CFR 430 Subpart B, App. J1, 2.6.4.5.1 |
| AATCC 124 | 1996 | American Association of Textile Chemists and Colorists | Appearance of Durable Press Fabrics After Repeated Home Laundering | 16 CFR 1615.32(a)(1) |
| ABYC A-01 | 1993 | American Boat and Yacht Council | Marine Liquified Petroleum Gas Systems | 46 CFR 184.240(a) |
| ABYC A-07 | 1973 | American Boat and Yacht Council | Boat Heating Systems | 46 CFR 184.200 |
| ABYC A-16 | 1997 | American Boat and Yacht Council | Electric Navigation Lights | 46 CFR 25.10-3(a)(2) |
| ABYC A-22 | 1993 | American Boat and Yacht Council | Marine Compressed Natural Gas Systems | 46 CFR 184.240(b) |
| ABYC E-01 | 1973 | American Boat and Yacht Council | Bonding of Direct Current Systems | 46 CFR 28.345(b) |
| ABYC E-09 | 1990 | American Boat and Yacht Council | Direct Current (DC) Electrical Systems on Boats | 46 CFR 183.340(b)(4) |
| ABYC H-02 | 1989 | American Boat and Yacht Council | Ventilation of Boats Using Gasoline | 46 CFR 28.340(c) |
| ABYC H-22 | 1986 | American Boat and | DC Electric Bilge | 46 CFR 182.500(b) |

PRO_00166183

Public Safety Standards of the United States

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Yacht Council | Pumps Operating Under 50 Volts |  |
| ABYC H-24 | 1993 | American Boat and Yacht Council | Gasoline Fuel Systems | 46 CFR 182.455(c) |
| ABYC H-25 | 1994 | American Boat and Yacht Council | Portable Gasoline Fuel Systems for Flammable Liquids | 46 CFR 182.130 |
| ABYC H-32 | 1987 | American Boat and Yacht Council | Ventilation of Boats Using Diesel Fuel | 46 CFR 182.470(c) |
| ABYC H-33 | 1989 | American Boat and Yacht Council | Diesel Fuel Systems | 46 CFR 182.130 |
| ABYC P-01 | 1993 | American Boat and Yacht Council | Safe Installation of Exhaust Systems for Propulsion and Auxiliary Engines | 46 CFR 182.130 |
| ABYC P-04 | 1989 | American Boat and Yacht Council | Marine Inboard Engines | 46 CFR 182.420(b) |
| ACGIH | 1987 | American Conference of Governmental Industrial Hygienists | Guidelines for the Selection of Chemical Protective Clothing, Third Edition | 46 CFR 153.933(a) |
| ACGIH | 1998 | American Conference of Governmental Industrial Hygienists | Industrial Ventilation Manual | 40 CFR 63.2984(e) |
| ACI 318 | 1995 | American Concrete Institute | Building Code Requirements for Reinforced Concrete | 30 CFR 250.901(d)(1) |
| ACI | 1980 | American Concrete Institute | Manual of Concrete Practice, Part 1 | 24 CFR 200, Subpart S |
| ACRI 210-240 | 2003 | Air Conditioning and Refrigeration Institute | Unitary Air-Conditioning and Air-Source Heat Pump Equipment | 10 CFR 431.96 |
| ACRI 310/380 | 2004 | Air-Conditioning, Heating and Refrigeration Institute | Packaged Terminal Air-Conditioners and Heat Pumps | 10 CFR 431.96, Table 1 |
| ACRI 320 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Water Source Heat Pumps | 10 CFR 434.403 |
| ACRI 325 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground Water-Source Heat Pumps | 10 CFR 434.403 |
| ACRI 330 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground-Source Closed-Loop Heat Pumps | 10 CFR 434.403 |
| ACRI 340-360 | 2004 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning and Heat Pump Equipment | 10 CFR 434.403 |

PRO_00166184

Public Safety Standards of the United States

| ACRI 365 | 1994 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning Condensing Units | 10 CFR 434.403 |
|---|---|---|---|---|
| ACRI 1200 | 2006 | Air Conditioning and Refrigeration Institute | Performance Rating of Commercial Refrigerated Display Merchandisers and Storage Cabinets | 10 CFR 431.66(a)(3) |
| AERA | 1999 | American Educational Research Association | Standard for Educational and Psychological Testing | 34 CFR 668.148(a)(2)(iv) |
| AFPA | 2001 | American Forest and Paper Association | National Design Specification for Wood Construction With Supplemental Design Values for Wood Construction | 24 CFR 3280.304(b)(1) |
| AGA 3.1 | 1990 | American Gas Association | Orifice Metering of Natural Gas and Other Related Hydrocarbon Fluids: Part 1 | 40 CFR 75, Appendix D |
| AGA | 2001 | American Gas Association | Purging Principles and Practices | 49 CFR 193.2615 |
| AHA A135.4 | 1995 | American Hardboard Association | Basic Hardboard | 24 CFR 3280.304(b)(1) |
| AHA A135.5 | 1995 | American Hardboard Association | Prefinished Hardboard Paneling | 24 CFR 3280.304(b)(1) |
| AHA A135.6 | 1998 | American Hardboard Association | Hardboard Siding | 24 CFR 3280.304(b)(1) |
| AHAM DW-1 | 1992 | Association of Home Appliance Manufacturers | Household Electric Dishwashers | 10 CFR 430 Subpart B |
| AHAM HLD-1 | 1974 | Association of Home Appliance Manufacturers | Performance Evaluation Procedure for Household Tumble Type Clothes Dryers | 10 CFR 430 Subpart B |
| AHAM HRF-1 | 1979 | Association of Home Appliance Manufacturers | Household Refrigerators, Combination Refrigerator-Freezers, and Household Freezers | 10 CFR 430 Subpart B |
| AHPA | 1992 | American Herbal Products Association | Herbs of Commerce | 21 CFR 101.4(h) |
| AI MSI-1 | 1970 | Asphalt Institute | Thickness Design--Full Depth Asphalt Pavement Structures for Highways and Streets | 24 CFR 200, Subpart S |

Public Safety Standards of the United States

| AIHA | 1994 | American Industrial Hygiene Association | Laboratory Ventilation Workbook | 42 CFR 52b.12(c)(10) |
|------|------|------|------|------|
| AIIM MS41 | 1996 | Association for Information and Image Management | Dimensions of Unitized Microfilm Carriers and Apertures (Aperture, Camera, Copy and Image Cards) | 36 CFR 1238.10(a)(1) |
| AIIM IT2.18 | 1996 | Association for Information and Image Management | Photography—Density Measurements—Part 3: Spectral Conditions | 36 CFR 1238.14(d)(2) |
| AIIM/PIMA IT9.2 | 1998 | Association for Information and Image Management | Photographic Processed Films, Plates, and Papers—Filing Enclosures and Storage Containers | 36 CFR 1238.10(a)(1) |
| AIIMM/PIMA IT9.11 | 1998 | Association for Information and Image Management | Imaging Materials—Processed Safety Photographic Film—Storage | 36 CFR 1234.14(b)(1) |
| AIIM IT9.23 | 1996 | Association for Information and Image Management | Imaging Materials—Polyester Based Magnetic Tape—Storage | 36 CFR 1234.14(b)(2) |
| AIIM/PIMA IT9.25 | 1998 | Association for Information and Image Management | Imaging Materials—Optical Disc Media—Storage | 36 CFR 1234.14(b)(3) |
| AIIM MS1 | 1996 | Association for Information and Image Management | Recommended Practice for Alphanumeric Computer-Output Microforms—Operational Practices for Inspection and Quality Control | 36 CFR 1238.14(c) |
| AIIM MS5 | 1992 | Association for Information and Image Management | Microfiche | 36 CFR 1238.10(b) |
| AIIM MS14 | 1996 | Association for Information and Image Management | Specifications for 16mm and 35mm Roll Microfilm | 36 CFR 1238.10(a)(1) |
| AIIM MS19 | 1993 | Association for Information and Image Management | Standard Recommended Practice—Identification of Microforms | 36 CFR 1238.12(c) |
| AIIM MS23 | 1998 | Association for Information and Image Management | Standard Recommended Practice—Production, Inspection, and Quality Assurance of First-Generation, Silver Microforms of Documents | 36 CFR 1238.14(d)(2) |

PRO_00166186

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| AIMM MS32 | 1996 | Association for Information and Image Management | Microrecording of Engineering Source Documents on 35 mm Microfilm | 36 CFR 1238.10(a)(1) |
| AIMM MS43 | 1998 | Association for Information and Image Management | Standard Recommended Practice—Operational Procedures—Inspection and Quality Control of Microfilms and Documents | 36 CFR 1238.14(d)(1)(i) |
| AIMM MS45 | 1990 | Association for Information and Image Management | Recommended Practice for Inspection of Stored Silver-Gelatin Microforms for Evidence of Deterioration | 36 CFR 1238.22(d)(1) |
| AIMM TR34 | 1996 | Association for Information and Image Management | Sampling Procedures for Inspection by Attributes of Images in Electronic Image Management and Micrographic Systems | 36 CFR 1237.28(d)(2) |
| ALCIDE 980342EA | 1995 | Alcide Corporation | Determination of Sodium Chlorite: 50 ppm to 1500 ppm concentration | 21 CFR 173.325(g) |
| AMCA 210 | 1999 | Air Movement and Control Association | Laboratory Methods of Testing Fans for Ratings | 10 CFR 430 Subpart B, App. M |
| J-STD-102 | 2011 | Alliance for Telecommunications Industry Solutions | Joint ATIS/TIA CMAS Federal Alert Gateway to CMSP Gateway Interface Text Specification | Warning, Alert and Response Network (WARN) Act of 2006 |
| TELCO FAQ | 1891 | American Telephone and Telegraph | Practical Information for Telephonists | |
| ANSI A10.3 | 1970 | American National Standards Institute | Safety Requirements for Powder Actuated Fastening Systems | 29 CFR 1926 |
| ANSI A10.4 (pdf) ANSI A10.4 (html) | 1963 | American National Standards Institute | Safety Requirements for Workmens Hoists | 29 CFR 1926 |
| ANSI A10.5 (pdf) ANSI A10.5 (html) | 1969 | American National Standards Institute | Safety Requirements for Material Joists | 29 CFR 1926 |
| ANSI A14.1 (pdf) ANSI A14.1 (html) ANSI A14.1 (svg) | 1990 | American National Standards Institute | Ladders—Wood—Safety Requirements | 29 CFR 1917 |

JA824

PRO_00166187

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| ANSI A14.2 (pdf)<br>ANSI A14.2<br>(html)<br>ANSI A14.2 (svg) | 1990 | American National<br>Standards Institute | Ladders—Portable<br>Metal—Safety | 29 CFR 1917 |
| ANSI A92.2 (pdf)<br>ANSI A92.2<br>(html) | 1969 | American National<br>Standards Institute | Vehicle Mounted<br>Elevating and Rotating<br>Work Platforms | 29 CFR 453 |
| ANSI B7.1 (pdf)<br>ANSI B7.1 (html) | 1970 | American National<br>Standards Institute | Safety Code for the<br>Use, Care, and<br>Protection of Abrasive<br>Wheels | 29 CFR 1926 |
| ANSI B20.1 (pdf)<br>ANSI B20.1<br>(html)<br>ANSI B20.1 (svg) | 1957 | American National<br>Standards Institute | Safety Code for<br>Conveyors, Cableways,<br>and Related Equipment | 29 CFR 1926 |
| ANSI B30.6 (pdf)<br>ANSI B30.6<br>(html)<br>ANSI B30.6 (svg) | 1969 | American National<br>Standards Institute | Safety Code for<br>Derricks | 29 CFR 1926 |
| ANSI B36.19 | 1979 | American National<br>Standards Institute | Welded and Seamless<br>Wrought Steel Pipe | 24 CFR 3280.705(b)(1) |
| ANSI B56.1 (pdf)<br>ANSI B56.1<br>(html)<br>ANSI B56.1 (svg) | 1969 | American National<br>Standards Institute | Safety Standard for<br>Powered Industrial<br>Trucks | 29 CFR 1926 |
| ANSI N14.1 | 2001 | American National<br>Standards Institute | Packaging of Uranium<br>Hexafluoride for<br>Transport | 49 CFR 173.420(a)(1) |
| ANSI O1.1 (pdf)<br>ANSI O1.1 (html) | 1961 | American National<br>Standards Institute | Safety Code for<br>Woodworking<br>Machinery | 29 CFR 1926 |
| ANSI S1.4 | 1983 | American National<br>Standards Institute | Specifications for<br>Sound Level Meters | 7 CFR 1755.522(s)(3)(v) |
| ANSI S1.11 | 2004 | American National<br>Standards Institute | Specification for<br>Octave, Half-Octave,<br>and Third Octave Band<br>Filter Sets | 49 CFR 227 |
| ANSI S1.25 | 1991 | American National<br>Standards Institute | Specification for<br>Personal Noise<br>Dosimeters | 49 CFR 227.103(c)(2)(iii) |
| ANSI S1.40 | 1984 | American National<br>Standards Institute | Specification for<br>Acoustical Calibrators | 49 CFR 229, Appendix I |
| ANSI S1.43 | 1997 | American National<br>Standards Institute | Specifications for<br>Integrating-Averaging<br>Sound Level Meters | 49 CFR 227.103(c)(2)(ii) |
| ANSI S3.22 (pdf)<br>ANSI S3.22<br>(html) | 2003 | American National<br>Standards Institute | Specification of<br>Hearing Aid<br>Characteristics | 21 CFR 801 |
| ANSI Z35.1 (pdf) | 1968 | American National | Specifications for | 29 CFR 1926 |

                                                                    PRO_00166188

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| ANSI Z35.1 (html)<br>ANSI Z35.1 (svg) | | Standards Institute | Accident Prevention Signs | |
| ANSI Z35.2 (pdf)<br>ANSI Z35.2 (html)<br>ANSI Z35.2 (svg) | 1968 | American National Standards Institute | Specifications for Accident Prevention Tags | 29 CFR 1926 |
| ANSI Z49.1 (pdf)<br>ANSI Z49.1 (html) | 1967 | American National Standards Institute | Safety in Welding and Cutting | 29 CFR 1926 |
| ANSI Z87.1 (pdf)<br>ANSI Z87.1 (html)<br>ANSI Z87.1 (svg) | 2003 | American National Standards Institute | Practice for Occupational and Educational Eye and Face Protection | 29 CFR 1910 |
| ANSI Z88.2 (pdf)<br>ANSI Z88.2 (html)<br>ANSI Z88.2 (svg) | 1992 | American National Standards Institute | American National Standard for Respiratory Protection | 30 CFR 250 |
| ANSI Z89.1 (pdf)<br>ANSI Z89.1 (html) | 1969 | American National Standards Institute | Safety Requirements for Industrial Head Protection | 29 CFR 1926 |
| ANSI Z89.2 (pdf)<br>ANSI Z89.2 (html) | 1971 | American National Standards Institute | Industrial Protective Helmets for Electrical Workers | 29 CFR 1926 |
| ANSI Z90.4 (pdf)<br>ANSI Z90.4 (html) | 1984 | American National Standards Institute | Protective Headgear for Bicyclists | 16 CFR 1203 |
| ANSI Z245.1 (pdf)<br>ANSI Z245.1 (html)<br>ANSI Z245.1 (svg) | 1992 | American National Standards Institute | Mobile Refuse Collection and Compaction--Safety Requirements | 40 CFR 243 |
| ANSI Z245.2 (pdf)<br>ANSI Z245.2 (html) | 1997 | American National Standards Institute | Stationary Compactors--Safety Requirements | 40 CFR 243 |
| AOAC | 1990 | AOAC International | Official Methods of Analysis (Volume 1) | 9 CFR 318.19(b) |
| AOAC | 1980 | AOAC International | Official Methods of Analysis, 1980 | 21 CFR 131.150(c) |
| APA 87-1 | 2001 | American Pyrotechnics Association | Standard for Construction and Approval for Transportation of Fireworks and Novelties | 49 CFR 173.56(j)(1) |
| APHA Method 2120 (pdf)<br>APHA Method 2120 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2130 (pdf)<br>APHA Method 2130 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method | 1992 | American Public Health | Standard Methods for | 40 CFR 136.3(a) |

PRO_00166189

Public Safety Standards of the United States

| | | Association | the Examination of Water and Wastewater | |
|---|---|---|---|---|
| 2320 (pdf)<br>APHA Method<br>2320 (html) | | | | |
| APHA Method<br>2510 (pdf)<br>APHA Method<br>2510 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method<br>2550 (pdf)<br>APHA Method<br>2550 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method<br>2580 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method<br>3111 (pdf)<br>APHA Method<br>3111 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3112 (pdf)<br>APHA Method<br>3112 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3113 (pdf)<br>APHA Method<br>3113 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3114 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3120 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3500-AS | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3500-CA (pdf)<br>APHA Method<br>3500-CA (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method<br>3500-CD (pdf)<br>APHA Method<br>3500-CD (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method<br>3500-CR | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 63.404(a) |
| APHA Method<br>3500-CU | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method | 1992 | American Public Health | Standard Methods for | 40 CFR 136.3(a) |

PRO_00166190

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| 3500-MG (pdf) APHA Method 3500-MG (html) | | Association | the Examination of Water and Wastewater | |
| APHA Method 3500-PB (pdf) APHA Method 3500-PB (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-ZN (pdf) APHA Method 3500-ZN (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4110 (pdf) APHA Method 4110 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-ClO2 (pdf) APHA Method 4500-ClO2 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4)(iii) (l)(7)(ii) |
| APHA Method 4500-CL | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4) |
| APHA Method 4500-CN | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-F | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-H | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 4500-NC2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-NC3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-O3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-P | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-S2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-SI | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |

PRO_00166191

Public Safety Standards of the United States

| APHA Method 4500-SO42 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
|---|---|---|---|---|
| APHA Method 5540 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 6651 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 9215 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 9221 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9222 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9223 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| API 2INT-MET | 2007 | American Petroleum Institute | Interim Guidance on Hurricane Conditions in the Gulf of Mexico | 30 CFR 250.901(a)(6) |
| API 5L | 2004 | American Petroleum Institute | Specification for Line Pipe | 49 CFR 192.113 |
| API 5L1 | 2002 | American Petroleum Institute | Recommended Practice for Railroad Transportation of Line Pipe | 49 CFR 192.65(a) |
| API 6A | 2004 | American Petroleum Institute | Specification for Wellhead and Christmas Tree Equipment | 30 CFR 250.806(a)(3) |
| API 6D | 2008 | American Petroleum Institute | Specification for Pipeline Valves | 49 CFR 195.116(d) |
| API 12F | 1994 | American Petroleum Institute | Specification for Shop Welded Tanks for Storage of Production Liquids | 49 CFR 195.264(b)(1) |
| API RP 14C | 2001 | American Petroleum Institute | Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surface Safety Systems for Offshore Production Platforms | 30 CFR 250.1628(c) |
| API RP 14F | 2008 | American Petroleum Institute | Recommended Practice for Design and Installation of Electrical | 30 CFR 250.114(c) |

PRO_00166192

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | Systems for Offshore Production Platforms | |
| API 17J | 2008 | American Petroleum Institute | Specification for Unbonded Flexible Pipe | 30 CFR 250.1002(b)(4) |
| API 80 | 2000 | American Petroleum Institute | Guidelines for the Definition of Onshore Gas Gathering Lines | 49 CFR 192.8(a) |
| API 510 | 2006 | American Petroleum Institute | Pressure Vessel Inspection Code | 30 CFR 250.803(b)(1) |
| API 620 | 2002 | American Petroleum Institute | Design and Construction of Large Welded Low Pressure Storage Tanks | 49 CFR 195.264(e)(3) |
| API 650 | 2007 | American Petroleum Institute | Welded Steel Tanks for Oil Storage | 195.132(b)(3) |
| API 651 | 1997 | American Petroleum Institute | Cathodic Protection of Aboveground Petroleum Storage Tanks | 49 CFR 195.565 |
| API 652 | 1997 | American Petroleum Institute | Lining of Aboveground Petroleum Storage Tank Bottoms | 49 CFR 195.579(d) |
| API 653 | 2003 | American Petroleum Institute | Tank Inspection, Repair, Alteration, and Reconstruction | 49 CFR 195.432(b) |
| API 1104 | 1999 | American Petroleum Institute | Standard for Welding Pipelines and Related Facilities | 49 CFR 195.214(a) |
| API 1130 | 2002 | American Petroleum Institute | Computational Pipeline Monitoring | 49 CFR 195.444 |
| API 1162 | 2003 | American Petroleum Institute | Public Awareness Programs for Pipeline Operators | 49 CFR 192.616(a) |
| API 2000 | 1998 | American Petroleum Institute | Venting Atmospheric and Low-Pressure Storage Tanks | 49 CFR 195.264(e)(2) |
| API 2003 | 1998 | American Petroleum Institute | Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents | 49 CFR 195.405(a) |
| API 2350 | 2005 | American Petroleum Institute | Overfill Protection for Storage Tanks in Petroleum Facilities | 49 CFR 195.428(c) |
| API 2510 | 2001 | American Petroleum Institute | Design and Construction of LPG Installations | 49 CFR 195.205(b)(3) |
| API RP 14G | 2007 | American Petroleum | Recommended | 30 CFR 250.803(b)(9)(v) |

PRO_00166193

Public Safety Standards of the United States

| | | Institute | Practice for Fire Prevention and Control on Open Type Offshore Production Platforms | |
|---|---|---|---|---|
| APLIC | 1996 | Avian Power Line Interaction Committee | Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996 | 7 CFR 1724.52(a)(1)(i) |
| APSP 16 | 2011 | Association of Pool and Spa Professionals | Standard Suction Fittings for Use in Swimming Pools, Wading Pools, Spas, and Hot Tubs | 16 CFR 1450.3 |
| ARMA | 1984 | Asphalt Roofing Manufacturers Association | Residential Asphalt Roofing Manual | 24 CFR 200, Subpart S |
| ASHRAE 15 | 1994 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Safety Code for Mechanical Refrigeration | 49 CFR 173.306(e)(1)(i) |
| ASHRAE | 1993 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Fundamentals | 10 CFR 434.402.2.2.5(a) |
| ASME B16.9 | 2003 | American Society of Mechnical Engineers | Factory Made Wrought Steel Buttwelding Fittings | 49 CFR 195.118(a) |
| ASME B30.2 (pdf) ASME B30.2 (html) ASME B30.2 (svg) | 2005 | American Society of Mechanical Engineers | Safety Requirements for Overhead and Gantry Cranes | 29 CFR 1926 |
| ASME B30.5 (pdf) ASME B30.5 (html) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Mobile and Locomotive Cranes | 29 CFR 1926 |
| ASME B30.7 (pdf) ASME B30.7 (html) | 2001 | American Society of Mechanical Engineers | Safety Requirements for Base-Mounted Drum Hoists | 29 CFR 1926 |
| ASME B30.14 (pdf) ASME B30.14 (html) ASME B30.14 (svg) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Side Boom Tractors | 29 CFR 1926 |
| ASME B31.4 | 2002 | American Society of Mechnical Engineers | Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids | 49 CFR 195.110(a) |

**JA831**

PRO_00166194

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| ASME B31.8 | 2003 | American Society of Mechnical Engineers | Gas Transmission and Distribution Piping Systems | 49 CFR 192.619(a)(1)(i) |
| ASME B318S | 2004 | American Society of Mechanical Engineers | Managing System Integrity of Gas Pipelines | 49 CFR 192.903(c) |
| ASME B31G | 1991 | American Society of Mechanical Engineers | Manual for Determining the Remaining Strength of Corroded Pipelines | 49 CFR 192.485(c) |
| ASME UPV | 1943 | American Society of Mechanical Engineers | Code for Unfired Pressure Vessels | 49 CFR 173.32(c)(4) |
| ASQC Q9001 | 1994 | American Society for Quality Control | Quality Assurance in Design, Development, Production, Installation, and Servicing | 33 CFR 96.430(a)(2)(ii) |
| ASQC Q9002 | 1994 | American Society for Quality Control | Quality Systems – Model for Quality Assurance in Production, Installation, and Servicing | 24 CFR 200.935(d)(4)(ii)(A)(3) |
| ASQC Q9003 | 1994 | American Society for Quality Control | Quality Systems - Model for Quality Assurance in Final Inspection and Test | 24 CFR 200.935(d)(4)(ii)(A)(4) |
| ASQC Q9004-1 | 1994 | American Society for Quality Control | Quality Management and Quality Systems Elements-Guidelines | 24 CFR 200.935(d)(4)(ii)(A)(5) |
| ASSE 1001 | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pipe Applied Atmospheric Type Vacuum Breakers | 24 CFR 3280.604(b)(2) |
| ASSE 1006 (pdf) ASSE 1006 (html) | 1986 | American Society of Sanitary Engineering | Plumbing Requirements for Residential Use (Household) Dishwashers | 24 CFR 3280.604(b)(2) |
| ASSE 1007 (pdf) ASSE 1007 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Home Laundry Equipment | 24 CFR 3280.604(b)(2) |
| ASSE 1008 (pdf) ASSE 1008 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Household Food Waste Disposer Units | 24 CFR 3280.604(b)(2) |
| ASSE 1016 | 1988 | American Society of Sanitary Engineering | Performance Requirements for Individual Thermostatic | 24 CFR 3280.604(b)(2) |

PRO_00166195

Public Safety Standards of the United States

| | | | Pressure Balancing and Combination Control for Bathing Facilities | |
|---|---|---|---|---|
| ASSE 1023 (pdf) ASSE 1023 (html) | 1979 | American Society of Sanitary Engineering | Hot Water Dispensers, Household Storage Type, Electrical | 24 CFR 3280.604(b)(2) |
| ASSE 1025 | 1978 | American Society of Sanitary Engineering | Diverters for Plumbing Faucets with Hose Spray, Anti-Siphon Type, Residential Applications | 24 CFR 3280.604(b)(2) |
| ASSE 1037 (pdf) ASSE 1037 (html) | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures | 24 CFR 3280.604(b)(2) |
| ASCE 7 | 2002 | American Society of Civil Engineers | Minimum Design Loads for Buildings and Other Structures | 49 CFR 193.2013 |
| ASTM A36 | 1977 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | 24 CFR Part 200 |
| ASTM A36 | 1997 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | 46 CFR 160.035-3(b)(2) |
| ASTM A47 | 1968 | American Society for Testing and Materials | Standard Specification for Malleable Iron Castings | 29 CFR 1910.111(b)(7)(vi) |
| ASTM A82 | 1979 | American Society for Testing and Materials | Cold-Drawn Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A100 | 1969 | American Society for Testing and Materials | Standard Specification for Ferrosilicon | 40 CFR 60.261(s) |
| ASTM A106 | 2004 | American Society for Testing and Materials | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service | 49 CFR 192.113 |
| ASTM A134 | 1996 | American Society for Testing and Materials | Standard Specification for Pipe, Steel, Electric Fusion (Arc)-Welded (Sizes NPS 16 and Over) | 46 CFR 56.60-1(b) |
| ASTM A179 | 1990 | American Society for Testing and Materials | Standard Specification for Seamless Cold-Drawn Low-Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A184 | 1979 | American Society for | Standard Specification | 24 CFR 200, Subpart S |

PRO_00166196

Public Safety Standards of the United States

| | | Testing and Materials | for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement | |
|---|---|---|---|---|
| ASTM A185 | 1979 | American Society for Testing and Materials | Steel Wire Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A203 | 1997 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel | 46 CFR 54.05-20(b) |
| ASTM A214 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A242 | 1979 | American Society for Testing and Materials | Standard Specification for High-Strength Low-Alloy Structural Steel | 24 CFR 200, Subpart S |
| ASTM A285 | 1978 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength | 49 CFR 179.300-7(a) |
| ASTM A307 | 1978 | American Society for Testing and Materials | Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength | 46 CFR 56.25-20(b) |
| ASTM A325 | 1979 | American Society for Testing and Materials | High-Strength Bolts for Structural Steel Joists | 24 CFR 200, Subpart S |
| ASTM A333 | 1994 | American Society for Testing and Materials | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service | 46 CFR 56.50-105 |
| ASTM A369 | 1992 | American Society for Testing and Materials | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service | 46 CFR 56.60-1(b) |
| ASTM A370 | 1977 | American Society for Testing and Materials | Standard Test Method and Definitions for Mechanical Testing of Steel Products | 49 CFR 179.102-1(a)(1) |
| ASTM A381 | 1996 | American Society for Testing and Materials | Standard Specification for Metal-Arc-Welded Steel Pipe for Use with High-Pressure Transmission Systems | 49 CFR 192.113 |
| ASTM A391 | 1965 | American Society for Testing and Materials | Standard Specification for Alloy Steel Chain | 29 CFR 1910.184(e)(4) |
| ASTM A416 | 1974 | American Society for | Uncoated Seven-Wire | 24 CFR 200, Subpart S |

PRO_00166197

Public Safety Standards of the United States

|  |  | Testing and Materials | Stress-Relieved Strand for Prestressed Concrete |  |
|---|---|---|---|---|
| ASTM A441 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Manganese Vanadium Steel | 24 CFR 200, Subpart S |
| ASTM A449 | 1978 | American Society for Testing and Materials | Quenched and Tempered Steel Bolts and Studs | 24 CFR 200, Subpart S |
| ASTM A475 | 1978 | American Society for Testing and Materials | Standard Specification for Zinc-Coated Steel Wire Strand | 7 CFR 1755.370(b) |
| ASTM A483 | 1964 | American Society for Testing and Materials | Standard Specification for Silicomanganese | 40 CFR 60.261(o) |
| ASTM A490 | 1979 | American Society for Testing and Materials | Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints | 24 CFR 200, Subpart S |
| ASTM A496 | 1978 | American Society for Testing and Materials | Deformed Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A497 | 1979 | American Society for Testing and Materials | Welded Deformed Steel Wire, Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A500 | 1978 | American Society for Testing and Materials | Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes | 24 CFR 200, Subpart S |
| ASTM A501 | 1976 | American Society for Testing and Materials | Hot-Formed Welded and Seamless Carbon Steel Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A502 | 1976 | American Society for Testing and Materials | Steel Structural Rivets | 24 CFR 200, Subpart S |
| ASTM A514 | 1977 | American Society for Testing and Materials | High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding | 24 CFR 200, Subpart S |
| ASTM A516 | 1990 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service | 49 CFR 178.337-2(b)(2)(i) |
| ASTM A522 | 1995 | American Society for Testing and Materials | Forged or Rolled 8 and 9% Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature | 46 CFR 56.50-105 |

PRO_00166198

Public Safety Standards of the United States

| | | | Service | |
|---|---|---|---|---|
| ASTM A529 | 1972 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A529 | 1975 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A539 | 1990 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines | 24 CFR 3280.705(b)(4) |
| ASTM A570 | 1979 | American Society for Testing and Materials | Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality | 24 CFR 200, Subpart S |
| ASTM A572 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality | 24 CFR 200, Subpart S |
| ASTM A588 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick | 24 CFR 200, Subpart S |
| ASTM A611 | 1972 | American Society for Testing and Materials | Steel, Cold-rolled Sheet, Carbon, Structural | 24 CFR 200, Subpart S |
| ASTM A615 | 1979 | American Society for Testing and Materials | Deformed and Plain Billet-Steel Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A616 | 1979 | American Society for Testing and Materials | Rail-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A617 | 1979 | American Society for Testing and Materials | Axle-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A618 | 1974 | American Society for Testing and Materials | Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A633 | 1979 | American Society for Testing and Materials | Standard Specification for Normalized High-Strength Low Alloy Structural Steel | 49 CFR 178.338-2(a) |

PRO_00166199

Public Safety Standards of the United States

| ASTM A671 | 2004 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures | 49 CFR 192.113 |
|---|---|---|---|---|
| ASTM A672 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for High-Pressure Service at Moderate Temperatures | 49 CFR 192.113 |
| ASTM A691 | 1998 | American Society for Testing and Materials | Standard Specification for Carbon and Alloy Steel Pipe, Electric-Fusion-Welded for High-Pressure Service at High Temperature | 49 CFR 192.113 |
| ASTM B16 | 1985 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B16 | 1992 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B21 | 1983 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B21 | 1996 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B42 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Pipe, Standard Sizes | 46 CFR 56.60-1(b) |
| ASTM B68 | 1995 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube, Bright Annealed | 46 CFR 56.60-1(b) |
| ASTM B75 | 1997 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube | 46 CFR 56.60-1(b) |
| ASTM B85 | 1984 | American Society for Testing and Materials | Standard Specification for Aluminum-Alloy Die Castings | 46 CFR 56.60-2 |
| ASTM B88 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Water Tube | 46 CFR 56.60-1(b) |
| ASTM B96 | 1993 | American Society for Testing and Materials | Standard Specification for Copper-Silicon Alloy | 46 CFR 119.440 |

PRO_00166200

Public Safety Standards of the United States

| | | | Plate, Sheet, Strip, and Bolled Bar for General Purposes and Pressure Vessels | |
|---|---|---|---|---|
| ASTM B111 | 1995 | American Society for Testing and Materials | Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock | 46 CFR 56.60-1(b) |
| ASTM B117 | 1973 | American Society for Testing and Materials | Standard Practice for Operating Salt Spray (Fog) Apparatus | 49 CFR 571.209 S5.2(a) |
| ASTM B122 | 1995 | American Society for Testing and Materials | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip and Rolled Bar | 46 CFR 119.440 |
| ASTM B124 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B152 | 1997 | American Society for Testing and Materials | Standard Specification for Copper, Sheet, Strip, Plate, and Rolled Bar | 46 CFR 58.50-5(a)(4) |
| ASTM B193 | 1987 | American Society for Testing and Materials | Standard Test Method for Resistivity of Electrical Conductor Materials | 7 CFR 1755.390(i)(5)(v)(A) |
| ASTM B209 | 1996 | American Society for Testing and Materials | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate | 46 CFR 58.50-5, Table 58.50-5(a) |
| ASTM B224 | 1980 | American Society for Testing and Materials | Standard Classification of Coppers | 7 CFR 1755.890(i)(5)(vi) |
| ASTM B227 | 1970 | American Society for Testing and Materials | Hard-Drawn Copper-Clad Steel Wire | 24 CFR 200, Subpart S |
| ASTM B280 | 1997 | American Society for Testing and Materials | Seamless Copper Tube for Air Conditioning and Refrigeration Field Service | 46 CFR 56.60-1(b) |
| ASTM B283 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) | 46 CFR 56.60-2 |
| ASTM B315 | 1993 | American Society for Testing and Materials | Seamless Copper Alloy Pipe Tube | 46 CFR 56.60-1(b) |
| ASTM B557 | 1984 | American Society for Testing and Materials | Tension Testing Wrought and Cast | 49 CFR 178.46(i)(3)(i) |

PRO_00166201

Public Safety Standards of the United States

| | | | Aluminum and Magnesium-Alloy Products | |
|---|---|---|---|---|
| ASTM B580 | 1979 | American Society for Testing and Materials | Standard Specification for Anodized Oxide Coatings on Aluminum | 49 CFR 171.7 |
| ASTM B694 | 1986 | American Society for Testing and Materials | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding | 7 CFR 1755.390(i)(5)(v) |
| ASTM B858 | 1995 | American Society for Testing and Materials | Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Using Copper Alloys Using Ammonia Vapor Test | 46 CFR 56.60-2 |
| ASTM C4 | 1962 | American Society for Testing and Materials | Standard Specification for Clay Drain Tile and Perforated Clay Drain Tile | 24 CFR 200, Subpart S |
| ASTM C5 | 1979 | American Society for Testing and Materials | Standard Specification for Quicklime for Structural Purposes | 24 CFR 200, Subpart S |
| ASTM C32 | 1973 | American Society for Testing and Materials | Standard Specification for Sewer and Manhole Brick | 24 CFR 200, Subpart S |
| ASTM C34 | 1962 | American Society for Testing and Materials | Standard Specification for Structural Clay Load-Bearing Wall Tile | 24 CFR 200, Subpart S |
| ASTM C52 | 1954 | American Society for Testing and Materials | Specification for Gypsum Partition Tile or Block | 24 CFR 200, Subpart S |
| ASTM C56 | 1971 | American Society for Testing and Materials | Standard Specification for Structural Clay Nonloadbearing Tile | 24 CFR 200, Subpart S |
| ASTM C64 | 1972 | American Society for Testing and Materials | Specification for Fireclay Brick Refractories for Heavy Duty Stationary Boiler Service | 24 CFR 200, Subpart S |
| ASTM C90 | 1970 | American Society for Testing and Materials | Standard Specification for Hollow Load-Bearing Concrete Masonry Units | 49 CFR 223 Appendix A (b)(10)(ii) |
| ASTM C126 | 1971 | American Society for Testing and Materials | Standard Specification for Ceramic Glazed Structural Clay Facing Tile, Facing Brick, and Solid Masonry Units | 24 CFR 200, Subpart S |

**JA839**

PRO_00166202

Public Safety Standards of the United States

| ASTM C139 | 1973 | American Society for Testing and Materials | Standard Specification for Concrete Masonry Units for Construction of Catch Basins and Manholes | 24 CFR 200, Subpart S |
|---|---|---|---|---|
| ASTM C150 | 1917 | American Society for Testing and Materials | Standard Specification for Portland Cement | 49 CFR 571.108 |
| ASTM C150 | 1999 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.198 |
| ASTM C150 | 2007 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.901(d)(9) |
| ASTM C177 | 1997 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 10 CFR 431.102 |
| ASTM C177 (pdf) ASTM C177 (html) | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 16 CFR 460.5(a) |
| ASTM C236 | 1989 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box | 10 CFR 434.402.1.2.1(a) |
| ASTM C330 | 1999 | American Society for Testing and Materials | Standard Specification for Lightweight Aggregates for Structural Concrete | 30 CFR 250.901(a)(18) |
| ASTM C476 | 1971 | American Society for Testing and Materials | Standard Specification for Grout for Masonry | 24 CFR 200, Subpart S |
| ASTM C509 | 1984 | American Society for Testing and Materials | Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material | 24 CFR 200, Subpart S |
| ASTM C516 | 1980 | American Society for Testing and Materials | Standard Specification for Vermiculite Loose Fill Thermal Insulation | 24 CFR 200, Subpart S |
| ASTM C518 | 1991 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission | 46 CFR 160.174-17(f) |

**JA840**

PRO_00166203

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | Properties by Means of the Heat Flow Meter Apparatus | |
| ASTM C518 | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 16 CFR 460.5(a) |
| ASTM C549 | 1981 | American Society for Testing and Materials | Standard Specification for Perlite Loose Fill Insulation | 10 CFR 440 Appendix A |
| ASTM C564 | 1970 | American Society for Testing and Materials | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings | 24 CFR 3280.611(d)(5)(iv) |
| ASTM C720 | 1989 | American Society for Testing and Materials | Spray Applied Fibrous Insulation for Elevated Temperature | 10 CFR 440 Appendix A |
| ASTM C1045 | 2001 | American Society for Testing and Materials | Standard Practice for Calculating Thermal Transmission Properties from Steady-State Heat Flux Measurements | 16 CFR 460.5(a) |
| ASTM C1114 | 2000 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus | 16 CFR 460.5(a) |
| ASTM C1149 | 2002 | American Society for Testing and Materials | Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation | 16 CFR 460.5(a)(4) |
| ASTM C1224 | 2003 | American Society for Testing and Materials | Standard Specification for Reflective Insulation for Building Applications | 16 CFR 460.5(c) |
| ASTM C1371 | 2004 | American Society for Testing and Materials | Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers | 16 CFR 460.5(b) |
| ASTM C1374 | 2003 | American Society for Testing and Materials | Standard Test Method for Determination of | 16 CFR 460.5(a)(5) |

PRO_00166204

Public Safety Standards of the United States

| | | | Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation | |
|---|---|---|---|---|
| ASTM D56 | 1970 | American Society for Testing and Materials | Standard Test Method for Flash Point by Tag Closed Cup Tester | 29 CFR 1910.106(a)(14)(i) |
| ASTM D86 | 2001 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D86 | 2004 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |
| ASTM D86 (pdf) ASTM D86 (html) | 2007 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |
| ASTM D88 | 1956 | American Society for Testing and Materials | Standard Test Method for Saybolt Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D93 | 2002 | American Society for Testing and Materials | Standard Test Method for Flash Point by Pensky-Martens Closed Cup Tester | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D129 | 1964 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 (pdf) ASTM D129 (html) | 2000 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.335(b)(10)(i) |
| ASTM D257 | 1991 | American Society for Testing and Materials | Standard Test Method for DC Resistance of Conductance of Insulating Materials | 7 CFR 1755.860(e)(5) |
| ASTM D287 | 1992 | American Society for Testing and Materials | Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method) | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D323 | 1958 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) | 29 CFR 1910.106(a)(30) |

PRO_00166205

Public Safety Standards of the United States

| ASTM D388 | 1998 | American Society for Testing and Materials | Standard Classification of Coals by Rank | 40 CFR 60.251(b) |
|---|---|---|---|---|
| ASTM D396 | 1998 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 60.41b |
| ASTM D396 (pdf) ASTM D396 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 63.7575 |
| ASTM D412 | 1968 | American Society for Testing and Materials | Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension | 21 CFR 801.410(d)(2) |
| ASTM D413 | 1982 | American Society for Testing and Materials | Standard Test Method for Rubber Property— Adhesion to Flexible Substrate | 46 CFR 160.055-3 Table 160-055-3(j) |
| ASTM D445 | 1965 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 29 CFR 1910.106(a)(37) |
| ASTM D445 | 1972 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 21 CFR 177.1430(c)(2) |
| ASTM D512 | 1989 | American Society for Testing and Materials | Standard Test Methods for Chloride Ion In Water | 40 CFR 136.3(a) |
| ASTM D611 | 1982 | American Society for Testing and Materials | Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents | 21 CFR 177.1520(b) |
| ASTM D660 | 1944 | American Society for Testing and Materials | Evaluating Degree of Resistant to Checking of Exterior Paints | 24 CFR 200, Subpart S |
| ASTM D665 | 1998 | American Society for Testing and Materials | Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water | 46 CFR 61.20-17(a) |
| ASTM D750 | 1968 | American Society for Testing and Materials | Recommended Practice for Rubber Deterioration in Carbon-Arc or Weathering Apparatus | 24 CFR 200, Subpart S |
| ASTM D756 | 1956 | American Society for Testing and Materials | Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service Conditions | 49 CFR 571.209 S5.2(b) |

PRO_00166206

Public Safety Standards of the United States

| ASTM D781 | 1968 | American Society for Testing and Materials | Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard | 24 CFR 3280.304(b)(1) |
|---|---|---|---|---|
| ASTM D785 | 1965 | American Society for Testing and Materials | Standard Method of Test for Rockwell Hardness of Plastics and Electrical Insulating Materials | 16 CFR 1201.4 |
| ASTM D814 | 1995 | American Society for Testing and Materials | Standard Test Method for Rubber Property— Vapor Transmission of Volatile Liquids | 40 CFR 1051.245(e)(1) |
| ASTM D975 | 1998 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 46 CFR 160.176-13(r) |
| ASTM D975 (pdf) ASTM D975 (html) | 2007 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 |
| ASTM D976 | 1991 | American Society for Testing and Materials | Standard Test Method for Calculated Cetane Index of Distillate Fuels | 40 CFR 92.113 |
| ASTM D1056 | 1973 | American Society for Testing and Materials | Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber | 49 CFR 571.213 |
| ASTM D1060 | 1965 | American Society for Testing and Materials | Standard Method of Core Sampling of Raw Wool Packages for Determination of Percentage of Clean Wool Fiber Present | 7 CFR 31.204 |
| ASTM D1067 | 2002 | American Society for Testing and Materials | Standard Test Method for Acidity or Alkalinity of Water | 40 CFR 141.21 |
| ASTM D1068 | 2003 | American Society for Testing and Materials | Standard Test Methods for Iron in Water | 40 CFR 136.3(a) |
| ASTM D1072 | 1990 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in Fuel Gases | 40 CFR 60.335(b)(10)(ii) |
| ASTM D1081 | 1960 | American Society for Testing and Materials | Test for Evaluating Rubber Property— Sealing Pressure | 24 CFR 200, Subpart S |
| ASTM D1126 (pdf) ASTM D1126 (html) ASTM D1126 (svg) | 2002 | American Society for Testing and Materials | Standard Test Method for Hardness in Water | 40 CFR 136 |

PRO_00166207

Public Safety Standards of the United States

| ASTM D1193 | 1977 | American Society for Testing and Materials | Standard Specification for Reagent Water | 40 CFR 60, Appendix A-3 |
|---|---|---|---|---|
| ASTM D1200 | 1970 | American Society for Testing and Materials | Viscosity of Paints, Varnishes and Lacquers by Ford Viscosity Cup | 49 CFR 171.8 |
| ASTM D1217 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1246 | 1995 | American Society for Testing and Materials | Bromide - Titrimetric | 40 CFR 136.3(a) Table IB |
| ASTM D1253 | 1986 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 21 CFR 165.110(b)(4)(iii) (I)(5)(i) |
| ASTM D1253 (pdf) ASTM D1253 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 40 CFR 136.3(a) Table IB |
| ASTM D1266 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) | 40 CFR 60.106(j)(2) |
| ASTM D1298 | 1999 | American Society for Testing and Materials | Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products | 40 CFR 75, Appendix D, Section 2.2.6 |
| ASTM D1303 | 1955 | American Society for Testing and Materials | Standard Method of Test for Total Chlorine in Vinyl Chloride Polymers and Copolymers | 21 CFR 177.1610(a) |
| ASTM D1319 (pdf) ASTM D1319 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Fluorescent Indicator Adsorption | 40 CFR 80.2(z) |
| ASTM D1331 | 1989 | American Society for Testing and Materials | Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface Active Agents | 40 CFR 63, Appendix A |
| ASTM D1335 | 1967 | American Society for Testing and Materials | Standard Test Method for Tuft Bind of Pile Floor Coverings | 24 CFR 200.945(a)(1)(ii) |

PRO_00166208

Public Safety Standards of the United States

| ASTM D1412 | 1993 | American Society for Testing and Materials | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius | 30 CFR 870.19 |
|---|---|---|---|---|
| ASTM D1415 | 1968 | American Society for Testing and Materials | Tentative Method of Test for International Hardness of Vulcanized Natural and Synthetic Rubbers | 49 CFR 571.116 S7.4.1(b) |
| ASTM D1415 | 1988 | American Society for Testing and Materials | Standard Practice for Rubber and Rubber Latices—Nomenclature | 21 CFR 177.2600(c)(4)(i) |
| ASTM D1475 | 1960 | American Society for Testing and Materials | Standard Test Method for Density of Paint, Varnish, Lacquer, and Related Products | 40 CFR 60, Appendix A-7 |
| ASTM D1480 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1481 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer | 40 CFR 136.3(a) Table IC |
| ASTM D1505 | 1968 | American Society for Testing and Materials | Standard Test Method for Density of Plastics by the Density-Gradient Technique | 21 CFR 177.2480 |
| ASTM D1518 | 1985 | American Society for Testing and Materials | Standard Test Method for Thermal Transmittance of Textile Materials | 46 CFR 160.174-17(f) |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402 |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402.4(a)(1)(i)(E)(2) |
| ASTM D1535 | 1989 | American Society for Testing and Materials | Specifying Color by the Munsell System | 7 CFR 1755.860(c)(3) |
| ASTM D1552 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) | 40 CFR 60, Appendix A-7 |
| ASTM D1564 | 1971 | American Society for | Standard Method of | 40 CFR 136.3(a) |

PRO_00166209

Public Safety Standards of the United States

| | | Testing and Materials | Testing Flexible Cellular Materials—Slab Urethane Foam | |
|---|---|---|---|---|
| ASTM D1687 | 1992 | American Society for Testing and Materials | Standard Test Methods for Chromium in Water | 40 CFR 444.12(b)(1) |
| ASTM D1688 | 1995 | American Society for Testing and Materials | Standard Test Method for Copper in Water | 40 CFR 141.23(k)(1) |
| ASTM D1692 | 1968 | American Society for Testing and Materials | Test for Flammability of Plastic Sheeting and Cellular Plastics | 29 CFR 1910.103(c)(1)(v)(D) |
| ASTM D1785 | 1986 | American Society for Testing and Materials | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 | 46 CFR 56.01-2 |
| ASTM D1835 | 1997 | American Society for Testing and Materials | Standard Specification for Liquefied Petroleum (LP) Gases | 49 CFR 180.209(e) |
| ASTM D1890 | 1996 | American Society for Testing and Materials | Standard Test Method for Beta Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1943 | 1996 | American Society for Testing and Materials | Standard Test Method for Alpha Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1945 | 1996 | American Society for Testing and Materials | Standard Test Method for Analysis of Natural Gas By Gas Chromatography | 40 CFR 60.45(f)(5)(i) |
| ASTM D1946 | 1990 | American Society for Testing and Materials | Standard Method for Analysis of Reformed Gas by Gas Chromatography | 40 CFR 60.614(e)(4) |
| ASTM D1962 | 1967 | American Society for Testing and Materials | Standard Test Method for Saponification Value of Drying Oils, Fatty Acids, and Polymerized Fatty Acids | 21 CFR 178.2010(b) |
| ASTM D2013 | 1986 | American Society for Testing and Materials | Standard Method of Preparing Coal Samples for Analysis | 40 CFR 60, Appendix A-7 |
| ASTM D2015 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter | 40 CFR 60.45(f)(5)(ii) |
| ASTM D2036 | 1998 | American Society for Testing and Materials | Standard Test Method for Cyanides in Water | 40 CFR 136.3(a) Table IB |
| ASTM D2099 | 2000 | American Society for Testing and Materials | Standard Test Method for Dynamic Water | 40 CFR 63.5350(b) |

JA847                                    PRO_00166210

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | Resistance of Shoe Upper Maeser Water Penetration Tester | |
| ASTM D2156 | 1965 | American Society for Testing and Materials | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 10 CFR 430 Subpart B |
| ASTM D2161 | 1966 | American Society for Testing and Materials | Standard Method of Conversion of Kinematic Viscosity to Saybolt Universal Viscosity or to Saybolt Furol Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D2163 | 1991 | American Society for Testing and Materials | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography | 40 CFR 86.1313-94(f)(3) |
| ASTM D2216 | 1998 | American Society for Testing and Materials | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass | 40 CFR 258.41(a)(4)(iii)(A) |
| ASTM D2234 | 1998 | American Society for Testing and Materials | Standard Practice for Collection of a Gross Sample of Coal | 40 CFR 60, Appendix A-7 |
| ASTM D2236 | 1970 | American Society for Testing and Materials | Standard Method of Test for Dynamic Mechanical Properties of Plastics by Means of a Torsional Pendulum | 21 CFR 177.1810(c)(2)(i) |
| ASTM D2247 | 1968 | American Society for Testing and Materials | Standard Practice for Testing Water Resistance of Coatings in 100 Percent Relative Humidity | 24 CFR 200, Subpart S |
| ASTM D2267 | 1968 | American Society for Testing and Materials | Standard Test Method for Aromatics in Light Naphthas and Aviation Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D2460 | 1997 | American Society for Testing and Materials | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water | 40 CFR 136.3(a) Table IE |
| ASTM D2502 | 1992 | American Society for Testing and Materials | Standard Test Method for Estimation of Molecular Weight | 40 CFR 75, Appendix G |

PRO_00166211

Public Safety Standards of the United States

| | | | (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements | |
| ASTM D2503 | 1992 | American Society for Testing and Materials | Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure | 40 CFR 98.254 |
| ASTM D2505 | 1988 | American Society for Testing and Materials | Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography | 40 CFR 98.7 |
| ASTM D2515 | 1966 | American Society for Testing and Materials | Standard Specification for Kinematic Glass Viscosity | 49 CFR 571.116 S6.3.2(a) |
| ASTM D2565 | 1970 | American Society for Testing and Materials | Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With or Without Water for Exposure of Plastics | 16 CFR 1201.4(b)(3)(ii) |
| ASTM D2597 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography | 40 CFR 60.335(b)(9)(i) |
| ASTM D2622 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry | 40 CFR 80.46(a)(1) |
| ASTM D2724 | 1987 | American Society for Testing and Materials | Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics | 49 CFR 238 Appendix B(a)(1)(ii) |
| ASTM D2777 | 1998 | American Society for Testing and Materials | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water | 46 CFR 162.050-15(f)(1) |
| ASTM D2857 | 1970 | American Society for | Standard Method of | 21 CFR 177.2210(b)(3) |

PRO_00166212

Public Safety Standards of the United States

| | | Testing and Materials | Test for Dilute Solution Viscosity of Polymers | |
|---|---|---|---|---|
| ASTM D2679 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope | 40 CFR 60.116b(e)(3)(ii) |
| ASTM D2908 | 1974 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2908 | 1991 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2986 | 1995 | American Society for Testing and Materials | Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test | 40 CFR 86.1310-2007(b)(7)(i)(A) |
| ASTM D3120 | 1996 | American Society for Testing and Materials | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry | 40 CFR 80.46(a)(3)(iii) |
| ASTM D3168 | 1973 | American Society for Testing and Materials | Standard Recommended Practices for Qualitative Identification of Polymers in Emulsion Paints | 21 CFR 200.946 |
| ASTM D3173 | 1987 | American Society for Testing and Materials | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |
| ASTM D3176 | 1989 | American Society for Testing and Materials | Standard Practice for Ultimate Analysis of Coal and Coke | 40 CFR 76.15(a)(1) |
| ASTM D3177 | 1989 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |

PRO_00166213

Public Safety Standards of the United States

| ASTM D3178 | 1989 | American Society for Testing and Materials | Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke | 40 CFR 60.45(f)(5)(i) |
|---|---|---|---|---|
| ASTM D3236 | 1988 | American Society for Testing and Materials | Standard Test Method for Apparent Viscosity of Hot Melt Adhesives and Coating Materials | 21 CFR 177.1520(b) |
| ASTM D3246 | 1996 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry | 40 CFR 60.335(b)(10)(ii) |
| ASTM D3286 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter | 40 CFR 60.17 |
| ASTM D3371 | 1995 | American Society for Testing and Materials | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3454 | 1997 | American Society for Testing and Materials | Standard Test Method for Radium-226 in Water | 40 CFR 136.3(a) Table IE |
| ASTM D3559 (pdf) ASTM D3559 (html) | 2003 | American Society for Testing and Materials | Standard Test Methods for Lead in Water | 40 CFR 136 |
| ASTM D3588 | 1998 | American Society for Testing and Materials | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels | 40 CFR 75, Appendix F |
| ASTM D3695 | 1995 | American Society for Testing and Materials | Standard Test Method for Volatile Alcohols in Water by Direct Aqueous-Injection Gas Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3697 | 1992 | American Society for Testing and Materials | Standard Test Method for Antimony in Water | 21 CFR 165.110(b)(4)(iii) (E)(1)(iv) |
| ASTM D4057 | 1995 | American Society for Testing and Materials | Standard Practice for Manual Sampling of Petroleum and Petroleum Products | 40 CFR 80.8(a) |
| ASTM D4084 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead | 40 CFR 60.334(h)(1) |

PRO_00166214

Public Safety Standards of the United States

| | | | Acetate Reaction Rate Method) | |
|---|---|---|---|---|
| ASTM D4177 | 1995 | American Society for Testing and Materials | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products | 40 CFR 80.330(b)(2) |
| ASTM D4239 | 1997 | American Society for Testing and Materials | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods | 40 CFR 60, Appendix A-7 |
| ASTM D4268 | 1993 | American Society for Testing and Materials | Standard Test Method for Testing Fiber Ropes | 33 CFR 164.74(a)(3)(i) |
| ASTM D4294 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry | 40 CFR 75, Appendix A, Section 2.1.1.1(c) |
| ASTM D4329 | 1999 | American Society for Testing and Materials | Standard Practice for Fluorescent UV Exposure of Plastics | 49 CFR 571.106 |
| ASTM D4420 | 1994 | American Society for Testing and Materials | Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D4442 | 1992 | American Society for Testing and Materials | Standard Test Method for Direct Moisture Content Measurement of Wood and Wood-Based Materials | 40 CFR 60, Appendix A-8 |
| ASTM D4444 | 1992 | American Society for Testing and Materials | Standard Test Method for Use and Calibration of Hand-Held Moisture Meters | 40 CFR 60, Appendix A-8 |
| ASTM D4763 | 1988 | American Society for Testing and Materials | Standard Practice for Identification of Chemicals in Water by Fluorescence Spectroscopy | 40 CFR 136.3(a) Table IF |
| ASTM D4809 | 1995 | American Society for Testing and Materials | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) | 40 CFR 61.245(e)(3) |

JA852

PRO_00166215

Public Safety Standards of the United States

| ASTM D4891 (pdf) ASTM D4891 (html) | 1989 | American Society for Testing and Materials | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion | 40 CFR 75, Appendix F, Section 5.5.2 |
|---|---|---|---|---|
| ASTM D4986 | 1998 | American Society for Testing and Materials | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials | 46 CFR 32.57-10(d)(7–a) |
| ASTM D5257 | 1997 | American Society for Testing and Materials | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography | 40 CFR 136.3(a) |
| ASTM D5373 | 1993 | American Society for Testing and Materials | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke | 40 CFR 75, Appendix G |
| ASTM D5392 | 1993 | American Society for Testing and Materials | Standard Test Method for Isolation and Enumeration of Escherichia Coli in Water by the Two-Step Membrane Filter Procedure | 40 CFR 136.3(a) Table IH |
| ASTM D5489 | 1996 | American Society for Testing and Materials | Standard Guide for Care Symbols for Care Instructions on Textile Products | 16 CFR 423.8(g) |
| ASTM D5673 | 1996 | American Society for Testing and Materials | Standard Test Method for Elements in Water by Inductively Coupled Plasma | 40 CFR 444.12(b)(1) |
| ASTM D5865 | 1998 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke | 40 CFR 60.45(f)(5)(ii) |
| ASTM D6216 | 1998 | American Society for Testing and Materials | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications | 40 CFR 60, Appendix B |
| ASTM D6228 | 1998 | American Society for Testing and Materials | Standard Test Method for Determination of Sulfur Compounds in | 40 CFR 60.334(h)(1) |

PRO_00166216

Public Safety Standards of the United States

| | | | Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection | |
| --- | --- | --- | --- | --- |
| ASTM D6420 | 1999 | American Society for Testing and Materials | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry | 40 CFR 63.5850(e)(4) |
| ASTM D6503 | 1999 | American Society for Testing and Materials | Standard Test Method for Enterococci in Water Using Enterolert | 40 CFR 136.3(a) Table IH |
| ASTM D6522 | 2000 | American Society for Testing and Materials | Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engines, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers | 40 CFR 60.335(a)(2) |
| ASTM E11 | 1970 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.4 |
| ASTM E11 | 1995 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.125 |
| ASTM E23 | 1982 | American Society for Testing and Materials | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E23 | 1993 | American Society for Testing and Materials | Standard Test Method for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E29 | 1967 | American Society for Testing and Materials | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | 40 CFR 86.609-98 |
| ASTM E29 | 1990 | American Society for Testing and Materials | Standard Practice for Using Significant Digits | 40 CFR 86.000-28(a)(4)(iii) |

JA854
PRO_00166217

Public Safety Standards of the United States

| | | | in Test Data to Determine Conformance with Specifications | |
|---|---|---|---|---|
| ASTM E29 (pdf) ASTM E29 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 Table 1 |
| ASTM E72 | 1980 | American Society for Testing and Materials | Standard Test Methods of Conducting Strength Tests of Panels for Building Construction | 30 CFR 75.333(e)(1)(i) |
| ASTM E84 (pdf) ASTM E84 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Surface Burning Characteristics of Building Materials | 24 CFR 3280.203(a) |
| ASTM E96 | 1995 | American Society for Testing and Materials | Standard Test Methods for Water Vapor Transmission of Materials | 24 CFR 3280.504(a) |
| ASTM E119 (pdf) ASTM E119 (html) | 2000 | American Society for Testing and Materials | Standard Test Methods for Fire Tests of Building Construction and Materials | 49 CFR 238 Appendix B(a)(1)(v) |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.14 |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.4581 |
| ASTM E154 | 1968 | American Society for Testing and Materials | Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces | 24 CFR 200, Subpart S |
| ASTM E163 | 1963 | American Society for Testing and Materials | Methods for Fire Tests of Window Assemblies | 24 CFR 200, Subpart S |
| ASTM E168 | 1967 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 60.485(d)(1) |
| ASTM E168 | 1988 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 264.1063(d)(1) |
| ASTM E169 | 1987 | American Society for Testing and Materials | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis | 40 CFR 264.1063(d)(1) |

**JA855**

PRO_00166218

Public Safety Standards of the United States

| ASTM E185 | 1982 | American Society for Testing and Materials | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 10 CFR 50 App. H, I |
|-----------|------|---------------------------------------------|-------------------------------------------------------------------------------------------------------------|----------------------|
| ASTM E258 | 1967 | American Society for Testing and Materials | Standard Test Method for Total Nitrogen Inorganic Material by Modified Kjeldahl Method | 40 CFR 761.71(b)(2)(vi) |
| ASTM E260 | 1996 | American Society for Testing and Materials | Standard Practice for Packed Column Gas Chromatography | 40 CFR 60.485(d)(1) |
| ASTM E283 | 1991 | American Society for Testing and Materials | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors | 10 CFR 434.402.2 |
| ASTM E298 | 1968 | American Society for Testing and Materials | Standard Methods for Assay of Organic Peroxides | 49 CFR 571.116 S6.11.3(a) |
| ASTM E408 | 1971 | American Society for Testing and Materials | Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | 16 CFR 460.5(b) |
| ASTM E424 | 1971 | American Society for Testing and Materials | Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials | 24 CFR 200, Subpart S |
| ASTM E606 | 1980 | American Society for Testing and Materials | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing | 24 CFR 200.946 |
| ASTM E681 | 1985 | American Society for Testing and Materials | Standard Test Method for Concentration Limits of Flammability of Chemicals | 49 CFR 173.115(a)(2) |
| ASTM E695 | 1979 | American Society for Testing and Materials | Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading | 24 CFR 200.946(a)(1)(vii) |
| ASTM E711 | 1987 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the | 40 CFR 63, Subpart DDDDD, Table 6 |

PRO_00166219

Public Safety Standards of the United States

| | | | Bomb Calorimeter | |
|---|---|---|---|---|
| ASTM E773 | 1997 | American Society for Testing and Materials | Standard Test Method for Seal Durability of Sealed Insulating Glass Units | 4 CFR 3280.403(d)(2) |
| ASTM E774 | 1997 | American Society for Testing and Materials | Standard Specifications for Sealed Insulating Glass Units | 24 CFR 3280.403(d)(2) |
| ASTM E775 | 1987 | American Society for Testing and Materials | Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel | 40 CFR 49.123(e) |
| ASTM E776 | 1987 | American Society for Testing and Materials | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E885 | 1988 | American Society for Testing and Materials | Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E1333 | 1996 | American Society for Testing and Materials | Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a Large Chamber | 24 CFR 3280.406(b) |
| ASTM E1337 | 1990 | American Society for Testing and Materials | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire | 49 CFR 571.105 S6.9.2(a) |
| ASTM E1590 (pdf) ASTM E1590 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Fire Testing of Mattresses | 49 CFR 238 Appendix B(a)(1)(xi) |
| ASTM E1625 | 1994 | American Society for Testing and Materials | Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi-Continuous Activated Sludge | 40 CFR 799.5085 |
| ASTM E1719 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Liquids by Ebulliometry | 40 CFR 799.5085 |
| ASTM F462 | 1979 | American Society for Testing and Materials | Slip-Resistant Bathing Facilities | 24 CFR 200, Subpart S |

PRO_00166220

Public Safety Standards of the United States

| ASTM F476 | 1984 | American Society for Testing and Materials | Standard Test Method for Security of Swinging Door Assemblies | 24 CFR 200.949(a)(1)(ix) |
|---|---|---|---|---|
| ASTM F478 | 1992 | American Society for Testing and Materials | Standard Specification for In-Service Care of Insulating Line Hose and Covers | 29 CFR 1910.137(b)(2)(ix) |
| ASTM F631 | 1980 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 156.40 |
| ASTM F631 | 1993 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 154 Appendix C |
| ASTM F682 | 1982 | American Society for Testing and Materials | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings | 46 CFR 56.01-2 |
| ASTM F715 | 1981 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 154.106 |
| ASTM F715 | 1995 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 155, Appendix B, 2.4 |
| ASTM F722 | 1982 | American Society for Testing and Materials | Standard Specification for Welded Joints for Shipboard Piping Systems | 33 CFR 155.140 |
| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 33 CFR 154, Appendix C |
| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 33 CFR 154, Appendix C, 6.3.1 |
| ASTM F1003 | 1986 | American Society for Testing and Materials | Standard Specification for Searchlights on Motor Lifeboats | 46 CFR 199.175(a)(28)(i) |
| ASTM F1006 | 1986 | American Society for Testing and Materials | Standard Specification for Entrainment Separators for Use in Marine Piping Applications | 46 CFR 56.60-1(b) |

PRO_00166221

Public Safety Standards of the United States

| ASTM F1007 | 1986 | American Society for Testing and Materials | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application | 46 CFR 56.60-1(b) |
|---|---|---|---|---|
| ASTM F1014 | 1992 | American Society for Testing and Materials | Standard Specification for Flashlights on Vessels | 46 CFR 35.30-20(c)(3) |
| ASTM F1020 | 1986 | American Society for Testing and Materials | Standard Specification for Line-Blind Valves for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1120 | 1987 | American Society for Testing and Materials | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications | 46 CFR 56.60-1(b) |
| ASTM F1121 | 1987 | American Society for Testing and Materials | Standard Specification for International Shore Connections for Marine Fire Applications | 33 CFR 126.15(a)(5) |
| ASTM F1122 | 1987 | American Society for Testing and Materials | Standard Specification for Quick Disconnect Couplings | 33 CFR 154.500(d)(3) |
| ASTM F1123 | 1987 | American Society for Testing and Materials | Standard Specification for Non-Metallic Expansion Joints | 46 CFR 56.60-1(b) |
| ASTM F1139 | 1988 | American Society for Testing and Materials | Standard Specification for Steam Traps and Drains | 46 CFR 56.60-1(b) |
| ASTM F1155 | 1998 | American Society for Testing and Materials | Standard Practice for Selection and Application of Piping System Materials | 33 CFR 154 |
| ASTM F1172 | 1988 | American Society for Testing and Materials | Fuel Oil Meters of the Volumetric Positive Displacement Type | 46 CFR 56.60-1(b) |
| ASTM F1173 | 1995 | American Society for Testing and Materials | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1196 | 1994 | American Society for Testing and Materials | Standard Specification for Sliding Watertight Door Assemblies | 46 CFR 170.270(c)(1) |
| ASTM F1197 | 1989 | American Society for Testing and Materials | Standard Specificatiion for Sliding Watertight Door Control Systems | 46 CFR 174.100(e)(2) |
| ASTM F1199 | 1988 | American Society for Testing and Materials | Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and | 46 CFR 56.60-1(b) |

PRO_00166222

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | 150 Degrees F Maximum) | |
| ASTM F1200 | 1988 | American Society for Testing and Materials | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) | 46 CFR 56.60-1(b) |
| ASTM F1201 | 1988 | American Society for Testing and Materials | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F | 46 CFR 56.60-1(b) |
| ASTM F1271 | 1990 | American Society for Testing and Materials | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications | 46 CFR 39.20-9(c)(1) |
| ASTM F1273 | 1991 | American Society for Testing and Materials | Standard Specification for Tank Vent Flame Arresters | 46 CFR 32.20-10 |
| ASTM F1292 | 2004 | American Society for Testing and Materials | Standard Specification for Impact Attenuation of Surface Systems Under and Around Playground Equipment | 36 CFR 1191, App B, 105.2.3 |
| ASTM F1321 | 1992 | American Society for Testing and Materials | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel | 46 CFR 28.535(d) |
| ASTM F1323 | 1998 | American Society for Testing and Materials | Standard Specification for Shipboard Incinerators | 46 CFR 63.25-9 |
| ASTM F1471 | 1993 | American Society for Testing and Materials | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System | 40 CFR 86.1310-2007(b) (1)(iv)(B) |
| ASTM F1546 | 1996 | American Society for Testing and Materials | Standard Specification for Firehose Nozzles | 46 CFR 162.027-3(a) |
| ASTM F1548 | 1994 | American Society for Testing and Materials | Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications | 46 CFR 56.30-35(a) |
| ASTM F1951 | 1999 | American Society for | Standard Specification | 36 CFR 1191, App B, |

PRO_00166223

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | for Determination of Accessibility of Surface Systems Under and Around Playground Equipment | 1008.2.6.1 |
| ASTM F2412 (pdf) ASTM F2412 (html) ASTM F2412 (svg) | 2005 | American Society for Testing and Materials | Standard Test Methods for Foot Protection | 29 CFR 1910 |
| ASTM F2413 (pdf) ASTM F2413 (html) | 2005 | American Society for Testing and Materials | Performance Requirements for Protective Footware | 29 CFR 1910 |
| ASTM G21 | 1990 | American Society for Testing and Materials | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi | 7 CFR 1755.910(d)(5)(iv) |
| ASTM G23 | 1969 | American Society for Testing and Materials | Standard Practice for Operating Light Exposure Apparatus (Carbon Arc Type) With and Without Water for Exposure of Nonmetallic Materials | 49 CFR 571.209 S5.1(e) |
| ASTM G26 | 1970 | American Society for Testing and Materials | Standard Recommended Practice for Light- and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials | 16 CFR 1201.4(b)(3)(ii) |
| ASTM G151 | 1997 | American Society for Testing and Materials | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources | 49 CFR 571.106 S12.7(b) |
| ASTM G154 | 2000 | American Society for Testing and Materials | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials | 49 CFR 571.106 S12.7(b) |
| ATAA 300 | 1996 | Air Transport Association of America | Packaging of Airline Supplies, Revision 19 | 49 CFR 171.7 |
| AWPA A1 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Creosote and Oil-Type Preservatives | 7 CFR 1728.201(i)(1)(i) |

Public Safety Standards of the United States

| AWPA A2 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Waterborne Preservatives and Fire-Retardant Formulations | 7 CFR 1728.201(i)(1)(iii)(A) |
|---|---|---|---|---|
| AWPA A3 | 1991 | American Wood Preservers Association | Standard Methods for Determining Penetration of Preservatives and Fire Retardants | 7 CFR 1728.201(k)(3) |
| AWPA A5 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Oil-Borne Preservatives | 7 CFR 1728.202(g)(1)(v)(B) |
| AWPA A6 | 1989 | American Wood Preservers Association | Method for the Determination of Oil-Type Preservatives and Water In Wood | 7 CFR 1728.202(g)(1)(v)(A) |
| AWPA A7 | 1975 | American Wood Preservers Association | Standard Wet Ashing Procedure for Preparing Wood for Chemical Analysis | 7 CFR 1728.202(g)(1)(v)(D) |
| AWPA A9 | 1990 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by X-ray Spectroscopy | 7 CFR 1728.202(g)(1)(v)(C) |
| AWPA A11 | 1983 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by Atomic Absorption Spectroscopy | 7 CFR 1728.201(i)(1)(iii)(B) |
| AWPA M3 | 1981 | American Wood Preservers Association | Standard Quality Control Procedures for Wood Preserving Plants | 7 CFR 1728.202(f)(1) |
| AWPA P1 | 1991 | American Wood Preservers Association | Standard for Coal Tar Creosote for Land and Fresh Water and Marine (Coastal) Water Use | 7 CFR 1728.201(i)(1)(i) |
| AWPA P5 | 1991 | American Wood Preservers Association | Standard for Waterborne Preservative | 7 CFR 1728.201(i)(1)(iii)(A) |
| AWPA P8 | 1991 | American Wood Preservers Association | Standard for Oil-Borne Preservatives | 7 CFR 1728.201(i)(1)(iv) |
| AWPA P9 | 1991 | American Wood Preservers Association | Standard for Solvents and Formulations for Organic Preservative Systems | 7 CFR 1728.201(i)(1)(iv) |
| AWS B3.0 | 1977 | American Welding | Standard Qualification | 49 CFR 178.356-2(e) |

PRO_00166225

Public Safety Standards of the United States

| | | Society | Procedure | |
|---|---|---|---|---|
| AWS D1.1 | 2000 | American Welding Society | Structural Welding Code–Steel | 30 CFR 250.901(a)(20) |
| BHMA A156.10 | 1999 | Builders Hardware Manufacturers Association | Power Operated Pedestrian Doors | 36 CFR 1191, App B, 105.2.1 |
| BHMA A156.19 | 2002 | Builders Hardware Manufacturers Association | Power Assist and Low Energy Power Operated Doors | 36 CFR 1191, App B, 408.3.2.1 |
| BOCA | 1993 | Building Officials and Code Administrators International | Mechanical Code | 24 CFR 200.925c(a)(1)(i) |
| BOCA | 1993 | Building Officials and Code Administrators International | Plumbing Code | 24 CFR 200.925c(a)(1)(i) |
| BSI EN-13000 (pdf) BSI EN-13000 (html) | 2004 | British Standards Institute | Cranes–Safety–Mobile Cranes | 29 CFR 1926 |
| BSI EN-14439 (pdf) BSI EN-14439 (html) | 2006 | British Standards Institute | Cranes–Safety–Tower Cranes | 29 CFR 1926 |
| CEC Test Method | 2004 | California Energy Commission | Calculating the Energy Efficiency of Single-Voltage External Ac-Dc and Ac-Ac Power Supplies | 10 CFR 430 Subpart B |
| CABO | 1992 | Council of American Building Officials | One and Two Family Dwelling Code | 24 CFR 200.926b(c) |
| CABO | 1993 | Council of American Building Officials | One and Two Family Dwelling Code with Errata Package and 1993 Amendments | 24 CFR 200.926(d)(1)(ii) ((B)(2)(ii) |
| CFTA | 1977 | Cosmetic, Toiletry, and Fragrance Association | Cosmetic Ingredient Dictionary | 21 CFR 701.3(c)(2)(i) |
| CGA C-5 | 1991 | Compressed Gas Association | Cylinder Service Life-Seamless Steel High Pressure Cylinders | 49 CFR 173.302a(b)(3)(i)(A) |
| CGA C-8 | 1985 | Compressed Gas Association | Standard for Requalification of DOT-3HT Cylinders | 49 CFR 180.205(f)(1) |
| CGA C-11 | 2001 | Compressed Gas Association | Recommended Practice for Inspection of Compressed Gas Cylinders at Time of Manufacture | 49 CFR 178.35(g) |
| CGA C-12 | 1994 | Compressed Gas Association | Qualification Procedure for Acetylene Cylinder | 49 CFR 173.303(a) |

PRO_00166226

Public Safety Standards of the United States

|  |  |  | Design |  |
|---|---|---|---|---|
| CGA C-13 | 2000 | Compressed Gas Association | Guidelines for Periodic Visual Inspection and Requalification of Acetylene Cylinders | 49 CFR 173.303(e) |
| CGA G-1 | 2009 | Compressed Gas Association | Acetylene | 29 CFR 1910.102(a) |
| CGA G-2.2 | 1985 | Compressed Gas Association | Guideline Method for Determining Minimum of 0.2% Water in Anhydrous Ammonia | 49 CFR 173.315(l)(5) |
| CGA G-4.1 | 1985 | Compressed Gas Association | Cleaning Equipment for Oxygen Service | 49 CFR 178.338-15 |
| CGA P-1 | 1965 | Compressed Gas Association | Safe Handling of Compressed Gases | 29 CFR 1910.101(b) |
| CGA P-20 | 2003 | Compressed Gas Association | Standard for the Classification of Toxic Gas Mixtures | 49 CFR 173.115 |
| CGA S-1.1 | 2005 | Compressed Gas Association | Pressure Relief Device Standards | 49 CFR 173.301(c) |
| CGA S-1.2 | 1980 | Compressed Gas Association | Safety Release Device Standard—Cargo and Portable Tanks for Compressed Gases | 49 CFR 178.277(e)(4)(iv) |
| CGA S-7 (pdf) CGA S-7 (html) | 2005 | Compressed Gas Association | Method for Selecting Pressure Relief Devices for Compressed Gas Mixtures in Cylinders | 49 CFR 173.301(c) |
| CGA TB-2 | 1980 | Compressed Gas Association | Guidelines for Inspection and Repair of MC-330 and MC-331 Cargo Tanks | 49 CFR 180.407(g)(3) |
| CGA TB-25 | 2008 | Compressed Gas Association | Design Considerations for Tube Trailers | 49 CFR 173.301 |
| CGSB 43.147 | 2005 | Canadian General Standards Board | Construction, Modification, Qualification, Maintenance, and Selection and Use of Means of Containment for the Handling, Offering for Transport, or Transportation of Dangerous Goods by Rail | 49 CFR 171.12 |
| CGSB 43.147 | 2005 | Office des Normes Generales du Canada | Construction, Modification, Qualification, Entretien, Selection Et Utilisation | 49 CFR 171.12 |

**JA864**

PRO_00166227

Public Safety Standards of the United States

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Des Contenants Pour La Manutention, La Demande De Transport Ou La Transport Des Marchandises Dangereuses Par Chemin De Fer |  |
| CI 57 | 2009 | Chlorine Institute | Emergency Shut-Off Systems for Bulk Transfer of Chlorine | 49 CFR 177.840(u) |
| CI 101-7 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Seat | 49 CFR 178.276(c)(7)(i) |
| CI 104-9 | 2002 | Chlorine Institute | Standard Chlorine Angle Valve Assembly | 49 CFR 178.337-9(b)(8) |
| CI 106-6 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Baskets | 49 CFR 178.276(c)(7)(ii) |
| CI 166 | 2002 | Chlorine Institute | Angle Valve Guidelines for Chlorine Bulk Transportation | 49 CFR 178.337-9(b)(8) |
| CI H50155 | 1996 | Chlorine Institute | Pressure Relief Device for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI H51970 | 1996 | Chlorine Institute | Safety Valve for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit A for 100-lb. and 150-lb. Chlorine Cylinders | 49 CFR 173.3(e)(1) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit B for Chlorine Ton Containers | 49 CFR 173.3(e)(1) |
| CIE 15 | 2004 | International Commission on Illumination | Technical Report: Colorimetry, 3rd edition | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CIE 15A (xls) | 2004 | International Commission on Illumination | Supplementary Spectra | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CIE 15B (xls) | 2004 | International Commission on Illumination | Supplementary Tables | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CRA A-20 | 1986 | Corn Refiners Association | Analysis for Starch in Corn | 7 CFR 801.7(a)(2) |
| CSA C390 | 1993 | Canadian Standards Association | Energy Efficiency Test Methods for Three-Phase Induction Motors | 10 CFR 431.19(b)(4) |
| CTIOA R8-103-62 | 1969 | Ceramic Tile Institute of America | Standard Specifications for the | 24 CFR 200, Subpart S |

PRO_00166228

Public Safety Standards of the United States

| | | | Installation of Tile Lined Shower Receptors | |
|---|---|---|---|---|
| CSVA | 2004 | Commercial Vehicle Safety Alliance | North American Standard Out-of-Service Criteria and Level VI Inspection Procedures and Out-of-Service Criteria for Commercial Highway Vehicles | 49 CFR 385.415(b)(1) |
| EI IP-501 | 2005 | Energy Institute | Determination of aluminum, silicon, vanadium, nickel, iron, sodium, calcium, zinc and phosphorus in residual fuel oil | 40 CFR 1065.705 Table 1 |
| FGMA | 1990 | Flat Glass Marketing Association | Glazing Manual | 24 CFR 200, Subpart S |
| GLI METHOD 2 | 2009 | Great Lakes Instruments | Turbidity | 40 CFR 141.74(a)(1) |
| GPA 2261 | 2000 | Gas Producers Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F, Section 5.5.2 |
| GPA 2261 | 2000 | Gas Processors Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F |
| GPA 2377 | 1986 | Gas Processors Association | Test for Hydrogen Sulfide and Carbon Dioxide in Natural Gas Using Length of Stain Tubes | 40 CFR 60.334(h)(1) |
| GRI 02-0057 | 2002 | Gas Research Institute | Internal Corrosion Direct Assessment of Gas Transmission Pipelines Methodology | 49 CFR 192.927(c)(2) |
| HACH 8000 | 2007 | Hach Chemical Company | Oxygen Demand, Chemical Using Reactor Digestion Method | 40 CFR 136.3(a) |
| HACH 8008 | 2007 | Hach Chemical Company | 1, 10–Phenanthroline Method Using FerroVer Iron Reagent for Water | 40 CFR 136.3(a) |
| HACH 8009 | 2007 | Hach Chemical Company | Zincon Method for Zinc, Hatch Handbook of Water Analysis | 40 CFR 444.12(b)(1) |
| HACH 8034 | 2007 | Hach Chemical Company | Periodate Oxidation Method for Manganese | 40 CFR 136.3(a) |
| HACH 8507 | 2007 | Hach Chemical | Nitrogen Nitrite–Low | 40 CFR 136.3(a) |

PRO_00166229

Public Safety Standards of the United States

| | | Company | Range, Diazotization Method for Water and Wastewater | |
|---|---|---|---|---|
| HI BTS-2000 | 2007 | Hydronics Institute | Method to Determine Efficiency of Commercial Space Heating Boilers | 10 CFR 431.86 |
| HPMA HP-SG-96 | 1996 | Hardwood Plywood Manufacturers Association | Structural Design Guide for Hardwood Plywood Wall Panels | 24 CFR 3280.304(b)(1) |
| IAPMO PS-2 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Cast Brass and Tubing P-Traps | 24 CFR 3280.604(b)(2) |
| IAPMO PS-5 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Special Cast Iron Fittings | 24 CFR 3280.604(b)(2) |
| IAPMO PS-9 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Diversion Tees and Twin Waste Elbow | 24 CFR 3280.604(b)(2) |
| IAPMO PS-14 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Flexible Metallic Water Connectors | 24 CFR 3280.604(b)(2) |
| IAPMO PS-23 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Dishwasher Drain Airgaps | 24 CFR 3280.604(b)(2) |
| IAPMO PS-31 | 1977 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Backflow Prevention Devices | 24 CFR 3280.604(b)(2) |
| ICAO 9284 | 2011 | International Civil Aviation Organization | Technical Instructions for the Safe Transport of Dangerous Goods by Air | 49 CFR 171.7 |
| ICAO Annex 2 | 1990 | International Civil Aviation Organization | Convention on International Civil Aviation, Rules of the Air | 14 CFR 135.3(a)(2) |
| ICAO Annex 16 | 2008 | International Civil Aviation Organization | Environmental Protection, Volume II – Aircraft Engine Emissions | 40 CFR 87.89 |
| ICBO | 1991 | International Conference of Building Officials | Uniform Building Code (1991) | 24 CFR 200.925c(a)(1)(iii) |
| ICBO | 1991 | International | Uniform Mechanical | 24 CFR 200.925c(c)(3) |

PRO_00166230

Public Safety Standards of the United States

| | | Conference of Building Officials | Code (1991) | |
|---|---|---|---|---|
| ICEA S-87-640 | 2006 | Insulated Cable Engineers Association | Standard for Optical Fiber Outside Plant Communications Cable | 7 CFR 901(c) |
| ICEA S-110-717 | 2003 | Insulated Cable Engineers Association | Standard for Optical Drop Cable | 7 CFR 901(c) |
| ICS | 1973 | International Chamber of Shipping | Clean Seas Guide for Oil Tankers | 33 CFR 157.23(b) |
| IEEE 45 | 2002 | Institute of Electrical and Electronics Engineers | Recommended Practice for Electrical Installations on Shipboard | 46 CFR 110.10-1 |
| IEEE 112 | 2004 | Institute of Electrical and Electronics Engineers | Test Procedure for Polyphase Induction Motors and Generators | 10 CFR 431.15 |
| IEEE 114 | 2010 | Institute of Electrical and Electronics Engineers | IEEE Standard Test Procedure for Single-Phase Induction Motors | 10 CFR 431 |
| IEEE 1202 (pdf) IEEE 1202 (html) | 1991 | Institute of Electrical and Electronics Engineers | Standard for Flame Testing of Cables | 46 CFR 111 |
| IEEE C2 | 1997 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code | 7 CFR 1755.503(d)(1) |
| IEEE C2 | 2007 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code (2007) | 7 CFR 1755.901(b) |
| IEEE C37.14 | 2002 | Institute of Electrical and Electronics Engineers | Standard for Low-Voltage AC Power Circuit Breakers Used in Enclosures | 46 CFR 110.10-1 |
| IEEE P730.1 | 1989 | Institute of Electrical and Electronics Engineers | Standard for Software Quality Assurance Plans | 7 CFR 1755.522(n)(2) |
| IESNA LM-45 | 2000 | Illuminating Engineering Society of North America | Method for Electrical and Photometric Measurements of General Service Incandescent Filament Lamps | 10 CFR 430 Subpart B |
| IME 22 | 2011 | Institute of Makers of Explosives | Recommendations for the Safe Transportation of Detonators in a Vehicle with Certain Other Explosive Materials | 30 CFR 57.6133(b) |
| IME | 1940 | Institute of Makers of | Safety in the Handling | 29 CFR 1910.261(a)(4) |

PRO_00166231

Public Safety Standards of the United States

| | | Explosives | and Use of Explosives | (iii) |
|---|---|---|---|---|
| IMO IMDG.1 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 1) | 49 CFR 172.519(f) |
| IMO IMDG.2 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 2) | 49 CFR 172.519(f) |
| IMO ISPS | 2003 | International Maritime Organization | International Ship and Port Facility Security Code | 33 CFR 101.410(a) |
| AG ENG | 1965 | Interstate Printers and Publishers, Inc. | Agriculture Engineering | 29 CFR 570.71(b) |
| ISO 535 | 1991 | International Organization for Standardization | Paper and Board— Determination of Water Absorptiveness--Cobb Method | 49 CFR 178.516(b)(1) |
| ISO 1496-1 | 1990 | International Organization for Standardization | Series 1 Freight Containers— Specification and Testing—Part 1, General Cargo Containers | 49 CFR 173.411(b)(6)(iii) |
| ISO 1496-3 | 1995 | International Organization for Standardization | Series 1 Freight Containers— Specification and Testing—Part 3, Tank containers for Liquids, Gases and Pressurized Dry Bulk | 49 CFR 178.74(c)(5)(ii) |
| ISO 3807-2 | 2000 | International Organization for Standardization | Cylinders for acetylene—Basic requirements—Part 2: Cylinders with fusible plugs | 49 CFR 173.303(f)(1) |
| ISO 6406 (pdf) ISO 6406 (html) | 2005 | International Organization for Standardization | Seamless Steel Gas Cylinders--Inspection and Testing | 49 CFR 180 |
| ISO 7225 | 2005 | International Organization for Standardization | Gas Cylinders— Precautionary Labels | 49 CFR 178.71(r)(2) |
| ISO 7866 | 1999 | International Organization for Standardization | Gas Cylinders— Refillable Seamless Aluminum Alloy Gas Cylinders--Design, Construction and Testing | 49 CFR 178.71(h) |
| ISO 8115 | 1986 | International Organization for Standardization | Cotton bales— Dimensions and density | 49 CFR 171.7 |
| ISO 9809-1 | 1999 | International | Gas Cylinders— | 49 CFR 178.71(g)(1) |

PRO_00166232

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | Organization for Standardization | Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 1: Quenched and Tempered Steel Cylinders with Tensile Strength less than 1 100 MPa | |
| ISO 9809-2 | 2000 | International Organization for Standardization | Gas Cylinders–Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 2: Quenched and Tempered Steel Cylinders with Tensile Strength Greater than or Equal to 1 100 MPa | 49 CFR 178.71(g)(2) |
| ISO 9809-3 | 2000 | International Organization for Standardization | Gas Cylinders–Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 3: Normalized Steel Cylinders | 49 CFR 178.71(g)(3) |
| ISO 9978 | 1992 | International Organization for Standardization | Sealed Radioactive Sources–Leak Test Methods | 49 CFR 173.469(a)(4)(ii) |
| ISO 10297 | 1999 | International Organization for Standardization | Gas cylinders–Refillable gas cylinder valves–Specification and type testing | 49 CFR 173.301b(c)(1) |
| ISO 10461 (pdf) ISO 10461 (html) | 2005 | International Organization for Standardization | Seamless Aluminum Alloy Gas Cylinders–Inspection and Testing | 49 CFR 180 |
| ISO 10462 (pdf) ISO 10462 (html) | 2005 | International Organization for Standardization | Transportable Cylinders for Dissolved Acetylene | 49 CFR 180 |
| ISO 11114-1 | 1997 | International Organization for Standardization | Transportable gas cylinders–Compatibility of cylinder and valve materials with gas contents–Part 1: Metallic materials | 49 CFR 173.301b(a)(2) |
| ISO 11114-2 | 2000 | International Organization for Standardization | Transportable gas cylinders–Compatibility of cylinder and valve materials with gas contents–Part 2: Non-metallic materials | 49 CFR 173.301b(a)(2) |

PRO_00166233

Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 62 of 170
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 129 of 460

| ISO 11117 | 1998 | International Organization for Standardization | Gas cylinders--Valve protection caps and valve guards for industrial and medical gas cylinders--Design, construction and tests | 49 CFR 173.301b(c)(2)(ii) |
| ISO 11118 | 1999 | International Organization for Standardization | Gas cylinders--Non-refillable metallic gas cylinders--Specification and test methods | 49 CFR 178.71(i) |
| ISO 11119-1 | 2002 | International Organization for Standardization | Gas cylinders--Gas cylinders of composite construction--Specification and test methods--Part 1: Hoop-wrapped composite gas cylinders | 49 CFR 171.7 |
| ISO 11119-2 | 2002 | International Organization for Standardization | Gas cylinders--Gas cylinders of composite construction--Specification and test methods--Part 2: Fully wrapped fibre reinforced composite gas cylinders with load-sharing metal liners | 49 CFR 171.7 |
| ISO 11119-3 | 2002 | International Organization for Standardization | Gas cylinders of composite construction--Specification and test methods--Part 3: Fully wrapped fibre reinforced composite gas cylinders with non-load-sharing metallic or non-metallic liners | 49 CFR 171.7 |
| ISO 11120 | 1999 | International Organization for Standardization | Gas cylinders--Refillable seamless steel tubes of water capacity between 150 L and 3000 L--Design, construction and testing | 49 CFR 178.71(j) |
| ISO 11621 | 1997 | International Organization for Standardization | Gas cylinders--Procedures for change of gas service | 49 CFR 173.301b(a)(2) |
| ISO 11623 (pdf) ISO 11623 (html) | 2002 | International Organization for Standardization | Periodic Inspection and Testing of Composite Gas Cylinders | 49 CFR 180 |
| ISO 11660-1 (pdf) ISO 11660-1 | 2008 | International Organization for | Cranes: Access, Guards and Restraints: | 29 CFR 1926 |

JA871

PRO_00166234

Public Safety Standards of the United States

| | | Standardization | General | |
|---|---|---|---|---|
| (html) | | Standardization | General | |
| ISO 11660-2 (pdf)<br>ISO 11660-2<br>(html) | 1994 | International<br>Organization for<br>Standardization | Cranes: Access,<br>Guards and Restraints:<br>Mobile Cranes | 29 CFR 1926 |
| ISO 11660-3 (pdf)<br>ISO 11660-3<br>(html) | 2008 | International<br>Organization for<br>Standardization | Cranes: Access,<br>Guards and Restraints:<br>Tower Cranes | 29 CFR 1926 |
| ISO 14230-4 | 2000 | International<br>Organization for<br>Standardization | Road Vehicles—<br>Diagnostic Systems | 40 CFR 1048.110(g)(2) |
| ISO 18902 (pdf)<br>ISO 18902 (html) | 2001 | International<br>Organization for<br>Standardization | Photographic<br>Processed Films,<br>Plates, and Papers | 36 CFR 1237 |
| ISO 18906 (pdf)<br>ISO 18906 (html) | 2000 | International<br>Organization for<br>Standardization | Photographic Films—<br>Specifications for<br>Safety Film | 36 CFR 1237 |
| ITU-R M-493-11 | 2004 | International<br>Telecommunication<br>Union | Digital Selective-calling<br>System for Use in the<br>Maritime Mobile<br>Service, with Annexes<br>1 and 2 | 47 CFR 80.1101(c)(2)(ii) |
| ITU-R M-541-8 | 1997 | International<br>Telecommunication<br>Union | Operational<br>Procedures for the Use<br>of Digital Selective-<br>Calling Equipment in<br>the Maritime Mobile<br>Service | 47 CFR 80.1101(c)(4)(iii) |
| ITU-R M-541-9 | 2004 | International<br>Telecommunication<br>Union | Operational<br>Procedures for the Use<br>of Digital Selective-<br>Calling Equipment in<br>the Maritime Mobile<br>Service | 47 CFR 80.1101(c)(2)(iii) |
| ITU-R M-628-3 | 1994 | International<br>Telecommunication<br>Union | Technical<br>Characteristics for<br>Search and Rescue<br>Radar Transponders | 47 CFR 80.1101(c)(6)(ii) |
| ITU-R M-632-3 | 1997 | International<br>Telecommunication<br>Union | Transmission<br>Characteristics of a<br>Satellite Emergency<br>Position Indicating<br>Radio Beacon | 47 CFR 80.1101(c)(11)<br>(iii) |
| ITU-R M-633-3 | 2004 | International<br>Telecommunication<br>Union | Transmission<br>characteristics of a<br>satellite emergency<br>position-indicating<br>radiobeacon system<br>operating through a low<br>polar-orbiting satellite<br>system | 47 CFR 80.1101(c)(5)(iii) |
| ITU-R M-1371-1 | 2001 | International | Technical | 47 CFR 80.1101(c)(12)(i) |

PRO_00166235

Public Safety Standards of the United States

| | | Telecommunication Union | Characteristics for a Universal Shipborne Automatic Identification System Using Time Division Multiple Access | |
|---|---|---|---|---|
| ITU-T E.161 | 2001 | International Telecommunication Union | Arrangement of Digits, Letters and Symbols on Telephones and Other Devices that Can Be Used for Gaining Access to a Telephone Network | 47 CFR 80.1101(b)(2) |
| ITU-T E.164.1 | 2008 | International Telecommunication Union | Numbering Plan of the International Telephone Service | 47 CFR 80.1101(b)(3) |
| LACHAT 10-204 | 2008 | Lachat Instruments | Digestion and Distillation of Total Cyanide in Drinking and Wastewaters | 40 CFR 136.3(a) Table IB |
| STEAM | 1917 | Commonwealth of Massachusetts | District Police Steam Boiler Rules | |
| MSS SP-44 | 1996 | Manufacturers Standardization Society | Steel Pipe Line Flanges | 46 CFR 56.01-2 |
| MSS SP-75 | 2004 | Manufacturers Standardization Society | Specification for High-Test Wrought Butt Welding Fittings | 49 CFR 118(a) |
| NACE RP-0502 | 2002 | National Association of Corrosion Engineers | Pipeline External Corrosion Direct Assessment Methodology | 49 CFR 192.925(b)(3) |
| NACM | 2003 | National Association of Chain Manufacturers | Welded Steel Chain Specifications | 49 CFR 393.104(e)(2) |
| NAS | 1972 | National Academy of Sciences | Food Chemicals Codex (1972) | 21 CFR 701.3(c)(2)(iv) |
| NAS | 1996 | National Academy of Sciences | Food Chemicals Codex (1996) | 21 CFR 184 |
| NAS | 2011 | National Academy of Sciences | Prudent Practices in the Laboratory: Handling and Disposal of Chemicals | 42 CFR 52b.12(c)(6) |
| NCASI 98-01 | 1998 | National Council of the Paper Industry for Air and Stream Improvements | Chilled Impinger Method For Use At Wood Products Mills to Measure Formaldehyde, Methanol, and Phenol | 40 CFR 63, Subpart DDDD |
| NCASII 94-03 | 2002 | National Council of the Paper Industry for Air | Methanol in Process Liquids by Gas | 40 CFR 63.457(c)(3)(ii) |

PRO_00166236

Public Safety Standards of the United States

| | | | and Stream Improvements | Chromatography/Flame Ionization Detection | |
|---|---|---|---|---|---|
| NCASI A105 | 2001 | National Council of the Paper Industry for Air and Stream Improvements | Impinger Source Sampling Method for Selected Aldehydes, Ketones, and Polar Compounds | 40 CFR 63, Subpart DDDD |
| NCASI 99-02 | 2002 | National Council of the Paper Industry for Air and Stream Improvements | Impinger/Canister Source Sampling Method For Selected HAPs and Other Compounds at Wood Products Facilities | 40 CFR 63, Subpart DDDD |
| NCCA | 2011 | National Cotton Council of America | Specifications for Cotton Bale Packaging Material | 7 CFR 1427.5(b)(10) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–102 and 8-103 | 17 CFR 270.17f-4(c)(1) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–501 through 8–511 | 17 CFR 270.17f-4(c)(1) |
| NCUTLO | 1969 | National Committee on Uniform Traffic Laws and Ordinances | Uniform Vehicle Code and Model Ordinance | 41 CFR 50-204.75 |
| NFPA 10 (pdf) NFPA 10 (html) NFPA 10 (svg) | 2002 | National Fire Protection Association | Standard for Portable Fire Extinguishers | 29 CFR 1915 |
| NFPA 11 (pdf) NFPA 11 (html) | 2005 | National Fire Protection Association | Standard for Foam | 29 CFR 1915 |
| NFPA 12 (pdf) NFPA 12 (html) | 2005 | National Fire Protection Association | Standard for Carbon Dioxide Extinguishing Systems | 29 CFR 1915 |
| NFPA 13 | 2002 | National Fire Protection Association | Standard for the Installation of Sprinkler Systems | 36 CFR 1234.12(i) |
| NFPA 25 (pdf) NFPA 25 (html) | 2002 | National Fire Protection Association | Standard for Water-Based Fire Protection Systems | 29 CFR 1915 |
| NFPA 30 (pdf) NFPA 30 (html) | 2003 | National Fire Protection Association | Flammable and Combustible Liquids Code | 49 CFR 192 |
| NFPA 54 (pdf) NFPA 54 (html) NFPA 54 (svg) | 2002 | National Fire Protection Association | National Fuel and Gas Code | 24 CFR 3280 |
| NFPA 58 (pdf) NFPA 58 (html) | 2001 | National Fire Protection Association | Standard for Liquefied Petroleum Gases | 49 CFR 173 |
| NFPA 58 | 2004 | National Fire Protection | Standard for the | 49 CFR 192.11(b) |

PRO_00166237

Public Safety Standards of the United States

| | | Association | Storage and Handling of Liquefied Petroleum Gases | |
|---|---|---|---|---|
| NFPA 59 | 2004 | National Fire Protection Association | Standard for the Storage and Handling of Liquefied Petroleum Gases at Utility Gas Plants | 49 CFR 192.11(b) |
| NFPA 72 (pdf) NFPA 72 (html) NFPA 72 (svg) | 2002 | National Fire Protection Association | National Fire Alarm Code | 29 CFR 1915 |
| NFPA 99 | 2005 | National Fire Protection Association | Standard for Health Care Facilities | 38 CFR 51.200(b)(4) |
| NFPA 101 (pdf) NFPA 101 (html) | 2000 | National Fire Protection Association | Life Safety Code | 59 CFR 130 |
| NFPA 704 | 2007 | National Fire Protection Association | Standard System for the Identification of the Hazards of Materials for Emergency Response | 6 CFR 27.204(a)(2) |
| NFPA DUST | 1957 | National Fire Protection Association | Report of Important Dust Explosions | |
| NFPA HOST | 1953 | National Fire Protection Association | Handling Hose and Ladders | |
| NFPA 70 | 2005 | National Fire Protection Association | National Electrical Code | 49 CFR 192.189(c) |
| NACHA | 2005 | National Automated Clearing House Association | A Complete Guide to the Rules Governing the ACH Network | 45 CFR 162.920 |
| ISS-MCB | 2011 | International Space Station Multilateral Coordination Board | International Docking Standard | 1 Code of Intergalactic Regulations 32 |
| NCRP 33 | 1968 | National Council on Radiation Protection and Measurement | Medical X-ray and Gamma-Ray Protection for Energies Up to 10 MeV— Equipment Design and Use | 42 CFR 37.43 |
| NCRP 48 | 1976 | National Council on Radiation Protection and Measurement | Medical Radiation Protection for Medical and Allied Health Personnel | 42 CFR 37.43 |
| NCRP 49 | 1976 | National Council on Radiation Protection and Measurement | Structural Shielding Design and Evaluation for Medical Use of X-Rays and Gamma-Rays up to 10 MeV | 42 CFR 37.43 |
| NEMA MG-1 | 2009 | National Electrical Manufacturers Association | Motors and Generators | 10 CFR 431 |

**JA875**
PRO_00166238

Public Safety Standards of the United States

| NSF 61 (pdf)<br>NSF 61 (html) | 2001 | National Sanitation Foundation | Drinking Water System Components—Health Effects | 24 CFR 3280 |
|---|---|---|---|---|
| OECD 404 | 2002 | Organization for Economic Cooperation and Development | Guideline for Testing of Chemicals, Acute Dermal Irritation/Corrosion | 49 CFR 173.137 |
| OECD C93 | 1974 | Organization for Economic Cooperation and Development | Green List of Wastes | 40 CFR 262.89(e) |
| OR REG | 1975 | State of Oregon | Oregon Grade Standards Hazelnuts in Shell | 7 CFR 982.45(a) |
| ORION | 1970 | ORION Research Incorporated | Residual Chlorine Electrode Model 97-70 | 40 CFR 136.3(a) Table IB |
| PCI MNL-121 | 1977 | Precast/Prestressed Concrete Institute | Manual for Structural Design of Architectural Precast Concrete | 24 CFR 200, Subpart S |
| PCI MNL-117-77 | 1977 | Precast/Prestressed Concrete Institute | Manual for Quality Control for Plants and Production of Architectural Precast Concrete Products | 24 CFR 200, Subpart S |
| PCSA 1 | 1968 | Power Crane and Shovel Association | Mobile Crane and Excavator Standards | 29 CFR 1926.602(b)(3) |
| PCSA 2 | 1968 | Power Crane and Shovel Association | Mobile Hydraulic Crane Standards | 29 CFR 1926.602(b)(3) |
| PCSA 3 | 1969 | Power Crane and Shovel Association | Mobile Hydraulic Excavator Standards | 29 CFR 1926.602(b)(3) |
| PPI TR-3 | 2004 | Plastics Pipe Institute | Policies and Procedures for Developing Hydrostatic Design Bases (HDB), Pressure Design Bases (PDB), and Minimum Required Thermoplastic Piping Materials | 49 CFR 192.121 |
| RTCM C071 | 1995 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of Less Than 300 Tons Gross Tonnage | 33 CFR 164.72(a)(1)(i)(B) |
| RTCM C191 | 1993 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and Upwards | 33 CFR 164.72(a)(1)(iii)(B) |

**JA876**

PRO_00166239

Public Safety Standards of the United States

| SAE Paper 770141 | 1977 | Society of Automotive Engineers | Optimization of a Flame Ionization Detector for Determination of Hydrocarbon in Diluted Automotive Exhausts | 40 CFR 1065.360(c) |
|---|---|---|---|---|
| SAE J4C | 1965 | Society of Automotive Engineers | Motor Vehicle Seat Belt Assembly | 29 CFR 1928.51(b)(2)(ii) |
| SAE J30 | 1998 | Society of Automotive Engineers | Fuel and Oil Hoses | 40 CFR 1051.501(c)(2) |
| SAE J166 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J166 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J167 | 1970 | Society for Automotive Engineering | Protective Frame with Overhead Protection | 29 CFR 1926.1003(g) |
| SAE J167 | 1974 | Society of Automotive Engineers | Protective Frame with Overhead Protection | 30 CFR 77.403-1(d)(1)(v) |
| SAE J168 | 1970 | Society for Automotive Engineering | Protective Enclosures—Test Procedures and Performance Requirements | 29 CFR 1926.1002(a)(5)(i) |
| SAE J185 | 1988 | Society of Automotive Engineers | Recommended Practice for Access Systems for Off-Road Machines | 29 CFR 1910.266(f)(5)(i) |
| SAE J186A | 1977 | Society of Automotive Engineers | Supplemental High Mounted Stop and Rear Turn Signal Lamps | 49 CFR 571.108 |
| SAE J211-1 (pdf) SAE J211-1 (html) | 1995 | Society of Automotive Engineers | Instrumentation for Impact Test | 49 CFR 571 |
| SAE J211 | 1971 | Society of Automotive Engineers | Instrumentation for Impact Tests | 49 CFR 571.222 S6.6.2 |
| SAE J222 | 1970 | Society of Automotive Engineers | Parking Lamps (Position Lamps) | 49 CFR 571.108 S5.1.1.6 |
| SAE J231 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 30 CFR 77.403(a) |
| SAE J231 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective | 30 CFR 77.403(a) |

JA877

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | Structures (FOPS) | |
| SAE J231 | 1981 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 29 CFR 1910.266(f)(3)(iii) |
| SAE J236 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Rubber Tire Self-Propelled Graders | 29 CFR 1926.602(a)(4) |
| SAE J237 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Front End Loaders and Dozers | 29 CFR 1926.602(a)(4) |
| SAE J244 | 1983 | Society for Automotive Engineering | Recommend Practice for Measurement of Intake Air or Exhaust Gas Flow of Diesel Engines | 40 CFR 92.108(a)(3) |
| SAE J319 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.602(a)(4) |
| SAE J320 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.1001(h) |
| SAE J320A | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 30 CFR 77.403-1(d)(1)(i) |
| SAE J321 | 1970 | Society of Automotive Engineers | Fenders for Pneumatic-Tired Earthmoving Haulage Equipment | 29 CFR 1926.602(a)(5) |
| SAE J333 | 1970 | Society for Automotive Engineering | Operation Protection for Wheel-Type Agricultural and Industry Tractors | 29 CFR 1926.602(a)(2) |
| SAE J334 | 1968 | Society of Automotive Engineers | Protective Frame Test Procedures and Performance Requirements | 30 CFR 77.403-1(d)(1)(vi) |
| SAE J334 | 1970 | Society for Automotive Engineering | Protective Frame Test Procedures and Performance | 30 CFR 77.403-1(d)(1)(vi) |

**JA878**

PRO_00166241

Public Safety Standards of the United States

| | | | Requirements | |
|---|---|---|---|---|
| SAE J386 | 1969 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 29 CFR 1926.602(a)(2) |
| SAE J386 | 1985 | Society for Automotive Engineering | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1993 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1997 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 57.14131(c) |
| SAE J387 (pdf) SAE J387 (html) | 1987 | Society of Automotive Engineers | Terminology: Motor Vehicle Lighting | 49 CFR 571 |
| SAE J394 | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Front End Loaders and Rubber-Tired Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J394 | 1972 | Society of Automotive Engineers | Minimum Performance Criteria for Rollover Protective Structures for Wheeled Front-End Loaders and Wheeled Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J395 | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Crawler Tractors and Crawler-Type Loaders | 30 CFR 77.403-1(d)(1) (iii) |
| SAE J396 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Motor Graders | 30 CFR 77.403-1(d)(1)(iv) |
| SAE J397 | 1969 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1926.1001(f)(1) (ii) |
| SAE J397 | 1988 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1910.266(f)(3)(iv) |
| SAE J429 | 1971 | Society for Automotive Engineering | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2) (iii)(B) |
| SAE J429 | 1983 | Society of Automotive | Mechanical and | 46 CFR 58.30-15(c) |

PRO_00166242

Public Safety Standards of the United States

| | | Engineers | Quality Requirements for Externally Threaded Fasteners | |
|---|---|---|---|---|
| SAE J429D | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J449a | 1963 | Society of Automotive Engineers | Surface Texture Control | 49 CFR 581.6(b)(1) |
| SAE J476a | 1961 | Society of Automotive Engineers | Dryseal Pipe Threads | 49 CFR 393.67(c)(3) |
| SAE J527 | 1967 | Society of Automotive Engineers | Brazed Double Wall Low Carbon Steel Tubing | 49 CFR 571.116 S6.13.3(b) |
| SAE J533 | 1972 | Society of Automotive Engineers | Flares for Tubing | 24 CFR 3280.703 |
| SAE J557 | 1968 | Society of Automotive Engineers | High Tension Ignition Cable | 33 CFR 183.440(a) |
| SAE J565 | 1969 | Society of Automotive Engineers | Semi-Automatic Headlamp Beam Switching Devices | 49 CFR 571.108 S5.5.1 |
| SAE J566 | 1960 | Society of Automotive Engineers | Headlamp Mountings | 49 CFR 571.108 |
| SAE J571 | 1976 | Society of Automotive Engineers | Dimensional Specification for Sealed Beam Headlamp Units | 49 CFR 571.108 |
| SAE J573d (pdf) SAE J573d (html) | 1968 | Society of Automotive Engineers | Requirements for Lamp Bulbs and Sealed Units | 49 CFR 571 |
| SAE J575 | 1970 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S6.1 |
| SAE J575 | 1983 | Society for Automotive Engineering | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.131 S6.2.3 |
| SAE J575 | 1988 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S7.5.8.3(e) |
| SAE J576 | 1970 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | 49 CFR 571.108 S6.2 |
| SAE J576 (pdf) SAE J576 (html) | 1991 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts | 49 CFR 571 |
| SAE J576B | 1966 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, | 49 CFR 571.108 S6.2 |

PRO_00166243

Public Safety Standards of the United States

| | | | such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | |
|---|---|---|---|---|
| SAE J578 (pdf) SAE J578 (html) | 1995 | Society of Automotive Engineers | Color Specifications for Electric Signal Lighting Devices | 49 CFR 571.403 |
| SAE J584 | 1964 | Society of Automotive Engineers | Motorcycle and Motor Driven Cycle Headlamps | 49 CFR 571.108 S7.9.1(a) |
| SAE J584 (pdf) SAE J584 (html) | 1993 | Society of Automotive Engineers | Requirements for Motorcycle Headlamps | 49 CFR 571 |
| SAE J585 | 1970 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.8 |
| SAE J585 | 1977 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.6 |
| SAE J585 | 2000 | Society of Automotive Engineers | Tail Lamps (Rear Position Light) | 49 CFR 571.108 S6.1 |
| SAE J586 | 1970 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(b) |
| SAE J586 | 1984 | Society for Automotive Engineering | Stop Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586 | 2000 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586B | 1966 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(a) |
| SAE J587 (pdf) SAE J587 (html) | 1981 | Society of Automotive Engineers | License Plate Lamps (Rear Registration Lamps) | 49 CFR 571 |
| SAE J588 | 1970 | Society for Automotive Engineering | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.1 |
| SAE J588 | 1970 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles | 49 CFR 571.108 S5.8.4(b) |

**JA881**

PRO_00166244

Public Safety Standards of the United States

| | | | Less Than 2032 mm in Overall Width | |
|---|---|---|---|---|
| SAE J588 (pdf) SAE J588 (html) | 1984 | Society of Automotive Engineers | Requirements for Turn Signal Lamps | 49 CFR 571 |
| SAE J588 | 2000 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 393.25(c) |
| SAE J588D | 1966 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.4(a) |
| SAE J592 | 1972 | Society of Automotive Engineers | Clearance, Side Marker and Identification Lamps | 49 CFR 571.108 Table III |
| SAE J592 (pdf) SAE J592 (html) | 1992 | Society of Automotive Engineers | Clearance, Side Marker, and Identification Lamps | 49 CFR 571 |
| SAE J593C | 1968 | Society of Automotive Engineers | Back-up Lamps | 49 CFR 571.108 |
| SAE J594f (pdf) SAE J594f (html) | 1977 | Society of Automotive Engineers | Requirements for Reflex Reflectors | 49 CFR 571 |
| SAE J599 | 1997 | Society of Automotive Engineers | Lighting Inspection Code | 49 CFR 581.5(c)(1) |
| SAE J602 (pdf) SAE J602 (html) | 1980 | Society of Automotive Engineers | Mechanically Aimable Sealed Beam Headlamps | 49 CFR 571 |
| SAE J743A | 1964 | Society of Automotive Engineers | Tractor Mounted Side Boom | 29 CFR 1926.550(a)(18) |
| SAE J759 (pdf) SAE J759 (html) | 1995 | Society of Automotive Engineers | Lighting Identification Code | 49 CFR 571 |
| SAE J800C | 1973 | Society of Automotive Engineers | Recommended Practice, Motor Vehicle Seat Belt Installations | 49 CFR 571.209 |
| SAE J826 | 1962 | Society of Automotive Engineers | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.3(b) |
| SAE J826 | 1980 | Society for Automotive Engineering | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.214 S12.1.3(b)(1) |
| SAE J826 (pdf) SAE J826 (html) | 1995 | Society of Automotive Engineers | Defining and Measuring Vehicle Seating Accommodation | 49 CFR 571 |
| SAE J839 | 1991 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.206 |

PRO_00166245

Public Safety Standards of the United States

| SAE J839B | 1965 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.201 |
|-----------|------|-------------------------------|----------------------------------------|----------------|
| SAE J845 | 1997 | Society of Automotive Engineers | Optical Warning Devices for Authorized Emergency, Maintenance and Service Vehicles | 49 CFR 393.25(e) |
| SAE J887 | 1964 | Society of Automotive Engineers | School Bus Red Signal Lamps | 49 CFR 571.108 |
| SAE J902A | 1967 | Society of Automotive Engineers | Passenger Car Windshield Defrosting Systems | 49 CFR 571.103 |
| SAE J934 | 1965 | Society of Automotive Engineers | Recommended Practice for Vehicle Passenger Door Hinge Systems | 49 CFR 571.206 |
| SAE J942 | 1965 | Society of Automotive Engineers | Passenger Car Windshield Washer System | 49 CFR 571.104 |
| SAE J944 | 1980 | Society for Automotive Engineering | Steering Control System-Passenger Car-Laboratory Test Procedure | 49 CFR 571.203 S5.1(a) |
| SAE J945 | 1966 | Society of Automotive Engineers | Vehicular Hazard Warning Signal Flashers | 49 CFR 571.108 Table I |
| SAE J959 | 1966 | Society of Automotive Engineers | Lifting Crane Wire-Rope Strength Factors | 29 CFR 1926.550(a)(7)(vi) |
| SAE J964 | 1984 | Society for Automotive Engineering | Test Procedure for Determining Reflectivity of Rear View Mirrors | 49 CFR 571.111 |
| SAE J972 | 1966 | Society of Automotive Engineers | Moving Barrier Collision Test | 49 CFR 571.105 |
| SAE J995 | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J995 | 1971 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J1040 | 1994 | Society of Automotive Engineers | Performance Criteria for Rollover Protective Structures (ROPS) for Construction, Earthmoving, Forestry and Mining Machines | 30 CFR 56.14130(b)(1) |
| SAE J1063 | 1993 | Society of Automotive Engineers | Cantilevered Boom Crane Structures— Method of Test | 29 CFR 1926.1433(c) |
| SAE J1100 | 1984 | Society for Automotive | Motor Vehicle | 49 CFR 571.3(b) |

**JA883**

PRO_00166246

Public Safety Standards of the United States

| | | Engineering | Dimensions | |
|---|---|---|---|---|
| SAE J1100 (pdf) SAE J1100 (html) | 2001 | Society of Automotive Engineers | Motor Vehicle Dimensions | 49 CFR 571 |
| SAE J1127 | 1980 | Society for Automotive Engineering | Battery Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1128 | 1975 | Society of Automotive Engineers | Low Tension Primary Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1133 | 1984 | Society for Automotive Engineering | School Bus Stop Arm | 49 CFR 571.131 S6.2.3 |
| SAE J1151 | 1991 | Society of Automotive Engineers | Methane Measurement Using Gas Chromatography | 40 CFR 86.111-94(b)(3) (vii) |
| SAE J1194 | 1983 | Society for Automotive Engineering | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1994 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1999 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 57.14130(h) |
| SAE J1228 | 1991 | Society of Automotive Engineers | Small Craft-Marine Propulsion Engine and Systems-Power Measurements and Declarations | 40 CFR 91.115(a) |
| SAE J1292 | 1981 | Society of Automotive Engineers | Automobile, Truck, Truck-Tractor, Trailer, and Motor Coach Wiring | 49 CFR 393.28 |
| SAE J1318 | 1986 | Society of Automotive Engineers | Gaseous Discharge Warning Lamp for Authorized Emergency, Maintenance, and Service Vehicles | 49 CFR 393.25(e) |
| SAE J1383 (pdf) SAE J1383 (html) | 1985 | Society of Automotive Engineers | Performance Requirements for Motor Vehicle Headlamps | 49 CFR 571 |
| SAE J1395 (pdf) SAE J1395 (html) | 1985 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1398 (pdf) SAE J1398 (html) | 1985 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1475 | 1984 | Society for Automotive Engineering | Hydraulic Hose Fittings for Marine Applications | 46 CFR 27.211(e)(2)(v) (B) |
| SAE J1527 | 1993 | Society of Automotive Engineers | Marine Fuel Hoses | 33 CFR 183.540(a) |
| SAE J1703 | 1983 | Society for Automotive | Motor Vehicle Brake | 49 CFR 571.116 |

PRO_00166247

Public Safety Standards of the United States

| | | Engineering | Fluid | S6.5.4.1 |
|---|---|---|---|---|
| SAE J1703 (pdf)<br>SAE J1703 (html) | 1995 | Society of Automotive Engineers | Motor Vehicle Brake Fluids | 49 CFR 571 |
| SAE J1733 (pdf)<br>SAE J1733 (html) | 1994 | Society of Automotive Engineers | Sign Convention for Vehicle Crash Testing | 49 CFR 572 |
| SAE J1817 | 2001 | Society of Automotive Engineers | Long Stroke Air Brake Actuator Marking | 49 CFR 393.47(e) |
| SAE J1850 | 1995 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.099-17(h)(1)(i) |
| SAE J1850 | 2001 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.1806-05(h)(1)(i) |
| SAE J1877 | 1994 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Identification Number Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1892 | 1993 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Emission Configuration Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1930 | 1993 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 1039.135(c)(8) |
| SAE J1930 | 2002 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 86.1806-05(h)(1)(v) |
| SAE J1937 | 1989 | Society of Automotive Engineers | Recommended Practice for Engine Testing with Low Temperature Charge Air Cooler Systems in a Dynamometer Test Cell | 40 CFR 86.1330-90(b)(5) |
| SAE J1962 | 1995 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS | 40 CFR 86.094-17(h)(4) |
| SAE J1962 | 2002 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS 15031 | 40 CFR 86.1806-05(h)(1)(iv) |
| SAE J1978 | 2002 | Society of Automotive Engineers | OBD II Scan Tool Equivalent to ISO/DIS 15031-4 | 40 CFR 86.1806-05(h)(1)(vi) |
| SAE J1979 | 2002 | Society of Automotive Engineers | E/E Diagnostic Test Modes | 40 CFR 86.1806-05(h)(1)(ii) |
| SAE J2009 (pdf) | 1993 | Society of Automotive | Discharge Forward | 49 CFR 571 |

PRO_00166248

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| SAE J2009 (html) | | Engineers | Lighting Systems | |
| SAE J2012 | 2002 | Society of Automotive Engineers | Diagnostic Trouble Code Definitions | 40 CFR 86.1806-04(h)(1)(iii) |
| SAE J2040 | 2002 | Society of Automotive Engineers | Tail Lamps (Rear Position Lamps) for Use on Vehicles 2032 mm or More in Overall Width | 9 CFR 393.25(c) |
| SAE J2260 | 1996 | Society of Automotive Engineers | Non-metallic Fuel System Tubing with One or More Layers | 40 CFR 1048.105(a)(2) |
| SAE J2261 | 2002 | Society of Automotive Engineers | Stop Lamps and Front- and Rear-Turn Signal Lamps for Use on Motor Vehicles 2032 mm or More in Overall Width | 49 CFR 393.25(c) |
| SAE J2534 | 2002 | Society of Automotive Engineers | Recommended Practice for Pass-Thru Vehicle Programming | 40 CFR 86.096-38(g)(17)(iv) |
| SCTE 26 | 2010 | Society of Cable Telecommunications Engineers | Home Digital Network Interface Specification with Copy Protection | 47 CFR 76.640(b)(4)(iii) |
| SCTE 28 | 2007 | Society of Cable Telecommunications Engineers | Host-POD Interface Standard | 47 CFR 15.123(b)(4) |
| SCTE 40 | 2004 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2004) | 47 CFR 15.123(b)(2) |
| SCTE 40 | 2011 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2011) | 47 CFR 15.123(b)(2) |
| SCTE 41 | 2011 | Society of Cable Telecommunications Engineers | POD Copy Protection System | 47 CFR 76.640(b)(2)(ii) |
| SCTE 54 | 2009 | Society of Cable Telecommunications Engineers | Digital Video Service Multiplex and Transport System Standard for Cable Television | 47 CFR 15.123(b)(3) |
| SCTE 65 | 2008 | Society of Cable Telecommunications Engineers | Service Information Delivered Out-of-Band for Digital Cable Television | 47 CFR 76.640(b)(1)(ii) |
| SEAC | 1996 | Structural Engineers Association of California | Recommended Lateral Force Requirements and Commentary including Errata | 42 CFR 52b.12(c)(5) |
| SJI | 1994 | Steel Joist Institute | Standard Specification Load Tables and | 24 CFR 3280.304(b)(1) |

PRO_00166249

Public Safety Standards of the United States

| | | | Weight Tables for Steel Joists and Joist Girders | |
|---|---|---|---|---|
| SMACCNA HVAC (pdf) SMACCNA HVAC (html) SMACCNA HVAC (svg) | 1985 | Sheet Metal and Air Conditioning Contractors National Association | SMACNA: HVAC Air Duct Leakage Test Manual | 10 CFR 434.403.2.9.3 |
| SMACCNA DUCT (pdf) SMACCNA DUCT (html) SMACCNA DUCT (svg) | 1995 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: HVAC Duct Construction Standards – Metal and Flexible (RS-34) | 10 CFR 434.403.2.9.3 |
| SMACCNA GLASS (pdf) | 1992 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Fibrous Glass Duct Construction Standards (RS-36) | 10 CFR 434.403.2.9.3 |
| SMACCNA AIR (pdf) | 1978 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Energy Recovery Equipment and Systems, Air-to-Air | 10 CFR 440 Appendix A |
| NIST Handbook H-28 | 1942 | Department of Commerce | Handbook of Screw-Thread Standards for Federal Service | 49 CFR 178.45(f)(5)(ii) |
| DOD AFTO 11A-1-47 | 1988 | Department of Defense | Explosive Hazard Classification Procedures | 49 CFR 173.56(b)(2)(i) |
| FedSpec RR-C-901D | 2003 | Department of Transportation | Cylinders, Compressed Gas: High Pressure, Steel DOT 3AA, and Aluminum Applications | 49 CFR 173.302(b)(3) |
| RTCA 23-63 | 1963 | Radio Technical Commission for Aeronautics | Standard Adjustment Criteria for Airborne Localizer and Glide Slope Receivers | 14 CFR 91 App. A, 3(a) (1) |
| SNELL B-90 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(4) |
| SNELL B-95 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(7) |
| SRCC OG-300 | 2008 | Solar Rating and Certification Corporation | Operating Guidelines and Minimum Standards for Certifying Solar Water Heating Systems | 24 CFR 200.950(a)(1) |
| TPI | 1985 | Truss Plate Institute | Design Specifications for Metal Plate Connected Wood | 24 CFR 3280.304(b)(1) |

PRO_00166250

Public Safety Standards of the United States

| | | | Trusses | |
|---|---|---|---|---|
| TTMA RP-61 | 1998 | Truck Trailer Manufacturers Association | Performance of Manhole and/or Fill Opening Assemblies | 49 CFR 180.405(g)(2)(i) |
| TTMA RP-81 | 1997 | Truck Trailer Manufacturers Association | Performance of Spring Loaded Pressure Relief Valves | 49 CFR 178.345-10(b)(3)(i) |
| TTMA RP-107 | 1998 | Truck Trailer Manufacturers Association | Procedure for Testing In-Service Unmarked and/or Uncertified MC 306 and Non-ASME MC 312 Type Cargo Tank Manhole | 49 CFR 180.405(g)(2)(i) |
| UL 17 | 1988 | Underwriters Laboratories | Vent or Chimney Connector Dampers for Oil-Fired Appliances | 10 CFR 440 Appendix A |
| UL 38 | 1993 | Underwriters Laboratories | Standard for Manually Actuated Signaling Boxes for Use with Fire-Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 44 | 2002 | Underwriters Laboratories | Standard for Thermoset-Insulated Wire and Cable | 46 CFR 110.10-1 |
| UL 50 | 1995 | Underwriters Laboratories | Standard for Enclosures for Electrical Equipment | 46 CFR 111.81-1(d) |
| UL 62 | 1997 | Underwriters Laboratories | Standard for Flexible Cord and Fixture Wire | 46 CFR 110.10-1 |
| UL 127 | 1996 | Underwriters Laboratories | Factory-Built Fireplaces | 24 CFR 3280 |
| UL 142 (pdf) UL 142 (html) | 1968 | Underwriters Laboratories | Steel Above Ground Tanks for Flammable and Combustible Liquids | 49 CFR 1910 |
| UL 174 | 1989 | Underwriters Laboratories | Household Electric Storage Tank Water Heaters | 46 CFR 63.25-3(a) |
| UL 217 | 1993 | Underwriters Laboratories | Single and Multiple Station Smoke Detectors | 46 CFR 181.450(a)(1) |
| UL 486A | 1990 | Underwriters Laboratories | Wire Connections and Soldering Lugs for Use With Copper Conductors | 46 CFR 175.600 |
| UL 521 | 1993 | Underwriters Laboratories | Heat Detectors for Fire Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 727 | 1994 | Underwriters | Oil-Fired Central | 10 CFR 431.76(c)(1) |

JA888                                          PRO_00166251

Public Safety Standards of the United States

| | | Laboratories | Furnaces | |
|---|---|---|---|---|
| UL 746C | 1995 | Underwriters Laboratories | Polymeric Material— Use in Electrical Equipment Evaluations | 16 CFR 1211.10(e)(2) |
| UL 913 | 1988 | Underwriters Laboratories | Intrinsically Safe Apparatus and Associated Apparatus for Use in Class I, II, and III Division 1, Hazardous (Classified) Locations | 46 CFR 111.105-11(a) |
| UL 991 | 1995 | Underwriters Laboratories | Tests for Safety-Related Controls Employing Solid-State Devices | 16 CFR 1211.4(c) |
| UL 1042 | 1995 | Underwriters Laboratories | Electric Baseboard Heating Equipment | 24 CFR 3280.703 |
| UL 1072 | 1995 | Underwriters Laboratories | Standard for Medium-Voltage Power Cables | 46 CFR 111.60-1(e) |
| UL 1096 | 1986 | Underwriters Laboratories | Electrical Central Air Heating Equipment | 24 CFR 3280.703 |
| UL 1104 | 1983 | Underwriters Laboratories | Standard for Marine Navigation Lights | 46 CFR 120.420 |
| UL 1426 | 1986 | Underwriters Laboratories | Cables for Boats | 33 CFR 183.435(a)(4) |
| UL 1570 | 1995 | Underwriters Laboratories | Fluorescent Lighting Fixtures | 46 CFR 183.410(d) |
| UL 1571 | 1995 | Underwriters Laboratories | Incandescent Lighting Fixtures | 46 CFR 111.75-20(e) |
| UL 1572 | 1995 | Underwriters Laboratories | High Intensity Discharge Lighting Fixtures | 46 CFR 120.410(d) |
| UL 1574 | 1995 | Underwriters Laboratories | Track Lighting Systems | 46 CFR 111.75-20(e) |
| UL 1995 | 1995 | Underwriters Laboratories | Heating and Cooling Equipment, Second Edition, with 1999 revisions | 24 CFR 3280.4 |
| UN ECE | 1996 | United Nations Economic Commission of Europe | Uniform Provisions Concerning the Approval of Vehicles with Regard to the Installation of Lighting and Light-Signaling Devices | 49 CFR 571.108 |
| UN ESC | 2009 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods, Manual of Tests and Criteria | 49 CFR 173.128(c)(3) |

PRO_00166252

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| UN ESC | 2005 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods | 49 CFR 173.40(d)(2) |
| FAO 4 | 1995 | UN Food and Agriculture Organization | Requirements for the Establishment of Pest-free Areas | 7 CFR 319.56 |
| IAEA Circular 225 | 1999 | International Atomic Energy Agency | Physical Protection of Nuclear Material and Nuclear Facilities | 10 CFR 110.44(b)(1) |
| IAEA TS-R-1 | 2009 | International Atomic Energy Agency | Regulations for the Safe Transport of Radioactive Material | 49 CFR 171.23 |
| IMO Resolution A.264 | 1960 | International Maritime Organization | Amendment to Chapter VI of the International Convention for the Safety of Life at Sea | 46 CFR 172.015(a)(2) |
| IMO Resolution A.265 | 1973 | International Maritime Organization | Carriage of Grain | 46 CFR 170.135(a) |
| IMO Resolution A.342 | 1975 | International Maritime Organization | Recommendations on Performance Standards for Automatic Pilots | 33 CFR 164.13(d)(1) |
| IMO Resolution A.414 | 1979 | International Maritime Organization | Code for Construction and Equipment of Mobile Offshore Drilling Units | 33 CFR 143.207(c) |
| IMO Resolution A.520 | 1983 | International Maritime Organization | Code of Practice for the Evaluation, Testing and Acceptance of Prototype Novel Life-Saving Appliances and Arrangements | 46 CFR 108.105(c)(1) |
| IMO Resolution A.525 | 1983 | International Maritime Organization | Performance Standards for Narrow-band Direct Printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings | 47 CFR 80.1101(c)(1)(i) |
| IMO Resolution A.601 | 1987 | International Maritime Organization | Provision and Display of Manoeuvering Information on Board Ships | 33 CFR 157.450 |
| IMO Resolution A.649 | 1991 | International Maritime Organization | Code for the Construction and Equipment of Mobile Offshore Drilling Units (MODU Code) | 46 CFR 108.503 |
| IMO Resolution | 1989 | International Maritime | Graphical Symbols for | 46 CFR 109.563(a)(6) |

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| A.654 | | Organization | Fire Control Plans | |
| IMO Resolution A.657 | 1989 | International Maritime Organization | Instructions for Action in Survival Craft | 46 CFR 160.151-21(v)(3) |
| IMO Resolution A.658 | 1989 | International Maritime Organization | Use and Fitting of Retro-Reflective Materials on Life-Saving Appliances | 46 CFR 108.645(a)(4) |
| IMO Resolution A.662 | 1989 | International Maritime Organization | Performance Standards for Float-Free Release and Activation Arrangements for Emergency Radio Equipment | 47 CFR 80.1101(c)(11)(ii) |
| IMO Resolution A.664 | 1989 | International Maritime Organization | Performance Standards for Enhanced Group Call Equipment | 47 CFR 80.1101(c)(10) |
| IMO Resolution A.688 | 1991 | International Maritime Organization | Fire Test Procedures for Ignitability of Bedding Components | 46 CFR 116.405(j)(2) |
| IMO Resolution A.689 | 1996 | International Maritime Organization | Recommendation on Testing Life-Saving Appliances | 46 CFR 160.151-21(f) |
| IMO Resolution A.694 | 1991 | International Maritime Organization | General Requirements for Shipborne Radio Equipment Forming Part of the Global Maritime Distress and Safety System and for Electronic Navigational Aids | 47 CFR 80.1101(b)(1) |
| IMO Resolution A.700 | 1991 | International Maritime Organization | Performance Standards for Narrow-band Direct-printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings and Urgent Information to Ships | 47 CFR 80.1101(c)(4)(iv) |
| IMO Resolution A.739 | 1993 | International Maritime Organization | Guidelines for the Authorization of Organizations Acting on Behalf of the Administration | 33 CFR 96.440(a)(12) |
| IMO Resolution A.741 | 1993 | International Maritime Organization | International Management Code for the Safe Operation of Ships and for Pollution Prevention | 33 CFR 96.220(b) |

PRO_00166254

Public Safety Standards of the United States

| IMO Resolution A.744 | 1993 | International Maritime Organization | Guidelines on the Enhanced Program of Inspections During Surveys of Bulk Carriers and Oil Tankers | 33 CFR 157.430(a) |
|---|---|---|---|---|
| IMO Resolution A.751 | 1994 | International Maritime Organization | Interim Standards for Ship Manoeuverability | 33 CFR 157.445(a) |
| IMO Resolution A.753 | 1993 | International Maritime Organization | Guidelines for the Application of Plastic Pipe on Ships | 46 CFR 56.60-25(a) |
| IMO Resolution A.760 | 1993 | International Maritime Organization | Symbols Related to Life-Saving Appliances and Arrangements | 46 CFR 108.646(a) |
| IMO Resolution A.788 | 1995 | International Maritime Organization | Guidelines on Implementation of the International Safety Management (ISM) Code by Administrations | 33 CFR 96.320(c)(2) |
| IMO Resolution A.802 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Radar Transponders for Use in Search and Rescue Operations | 47 CFR 80.1101(c)(6)(i) |
| IMO Resolution A.803 | 1995 | International Maritime Organization | Performance Standards for Shipborne VHF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(2)(i) |
| IMO Resolution A.804 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(3)(i) |
| IMO Resolution A.806 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF/HF Radio Installations Capable of Voice Communication, Narrow-Band Direct Printing and Digital Selective Calling | 47 CFR 80.1101(c)(4)(i) |
| IMO Resolution A.807 | 1995 | International Maritime Organization | Performance Standards for INMARSAT Standard-C | 47 CFR 80.1101(c)(9) |

PRO_00166255

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| | | | Ship Earth Stations Capable of Transmitting and Receiving Direct-Printing Communications | |
| IMO Resolution A.808 | 1995 | International Maritime Organization | Performance Standards for Ship Earth Stations Capable of Two-Way Communications | 47 CFR 80.1101(c)(8) |
| IMO Resolution A.809 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Two-Way VHF Radiotelephone Apparatus | 47 CFR 80.1101(c)(7)(i) |
| IMO Resolution A.810 | 1995 | International Maritime Organization | Performance Standards for Float-free Satellite Emergency Position-Indicating Radio Beacons (EPIRBs) Operating on 406 MHz | 47 CFR 80.1101(c)(5)(i) |
| IMO Resolution A.812 | 1995 | International Maritime Organization | Performance Standards for Float-Free Satellite EPIRBs Operating Through the Geostationary INMARSAT Satellite System on 1.6 GHz | 47 CFR 80.1101(c)(11)(i) |
| USEC 651 | 1995 | United States Enrichment Corporation | Good Handling Practices for Uranium Hexafluoride | 49 CFR 173.417(a)(3)(i) |
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |
| USPHS 956 | 1962 | U.S. Public Health Service | Drinking Water Standards | 46 CFR 160.026-4(a) |
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |
| USPHS 9 | 2003 | U.S. Public Health Service | The Ships Medicine Chest and Medical Aid at Sea | 33 CFR 143.405(a)(15) |
| WCLIB R17 | 2004 | West Coast Lumber Inspection Bureau | Grading Rules for West Coast Lumber | 7 CFR 1728.201(f)(1)(i) |
| WHO | 1973 | World Health Organization | Laboratory Techniques in Rabies | 9 CFR 113.209(d)(3) |
| WIPO ST.25 | 2001 | World Intellectual Property Organization | Handbook on Industrial Property Information | 37 CFR 1.821(a)(1) |

**JA893**

PRO_00166256

Public Safety Standards of the United States

| | | | and Documentation | |
|---|---|---|---|---|
| WQA S-100 | 1985 | Water Quality Association | Water Softeners | 24 CFR 200, Subpart S |
| WQA S-200 | 1988 | Water Quality Association | Water Filters | 24 CFR 200, Subpart S |
| WQA S-300 | 1984 | Water Quality Association | Point-of-Use, Low Pressure Reverse Osmosis Drinking Water Systems | 24 CFR 200, Subpart S |
| WQA S-400 | 1986 | Water Quality Association | Point-of-Use Distillation Drinking Water Systems | 24 CFR 200, Subpart S |
| WSTDA T-1 | 2005 | Web Sling and Tiedown Association | Recommended Standard Specification for Synthetic Web Tiedowns | 49 CFR 393.104(e)(3) |

Last Updated: December 31, 2012

↑
Published by Public.Resource.Org

PRO_00166257

# EXHIBIT 28

Public Safety Codes of the United States

# Public Safety Codes Incorporated By Law

*ATTENTION: Always Check With Your Authority For*
*Additions, Deletions, and Errata!*

This page is dedicated to Peter Veeck in recognition of his pioneering work in
public safety.
You may also browse bulk data.
Please send updates and corrections to Public.Resource.Org.

| Building | Fire | Mechanical | Plumbing | Fuel/Gas | Electrical | Accessibility | Energy |
|---|---|---|---|---|---|---|---|
| **ALABAMA** | | Authority: Building Commission | | | | | |
| IBC2009 \| IBC2009 Storm: ICC500-2008 | IFC2009 \| IBC2009 | IMC2009 \| IBC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | ASHRAE 90.1-2007 |
| **ALASKA** | | Authority: Fire Authority: Energy | | | | | |
| IBC2009 \| IBC2009 | IFC2009 \| IBC2009 | IMC2009 \| IBC2009 | UPC2003 | IFGC2006 | NEC2005 IEE C2-2002 | | |
| **ARIZONA** | | Authority: SOS Authority: Fire | | | | | |
| | IFC2006 | | | | | | IECC2006 |
| **Phoenix** | | Authority: Building | | | | | |
| IBC2012 IRC2012 IEBC2012 IPMC2012 | IFC2012 | IMC2012 | UPC2012 | IFGC2012 | NEC2011 \| NEC2011 | A117.1-2009 | IECC2012 |
| **ARKANSAS** | | Authority: Fire Authority: Building | | | | | |
| IBC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | | | |
| **CALIFORNIA** | | Authority: BSC | | | | | |
| 2013 Building | 2013 FIRE | 2013 MECH | 2013 PLUM | | 2013 ELEC | | ENERGY GREEN |
| **COLORADO** | | Authority: Architect | | | | | |
| IBC2012 | IFC2006 | IMC2012 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| | A117.1-2003 | IECC2012 |

JA896
PRO_00166258

Public Safety Codes of the United States

| | | | | | NEC2011 | | |
|---|---|---|---|---|---|---|---|
| **Denver** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 | IFC2009 IBC2009 | IMC2009 \| IBC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **CONNECTICUT** | | Authority: Construction | | | | | |
| IBC2003 IRC2009 | | IMC2003 | IPC2003 | | NEC2005 | A117.1-2003 | IECC2009 \| IECC2009 |
| **DELAWARE** | | | | | | | |
| | | | IPC2009 \| IPC2009 | | NEC2011 \| NEC2011 | A117.1-1992 | IECC2009 \| IECC2009 |
| **Sussex County** | | Authority: Building | | | | | |
| IBC2012 IRC2012 | | | | | | | |
| **DISTRICT OF COLUMBIA** | | Authority: Building | | | | | |
| IBC2006 IRC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | NEC2005 | | IECC2006 |
| **FLORIDA** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 ICC HURRICANE | | IMC2009 \| IMC2009 | | IFGC2009 | | | |
| **GEORGIA** | | Authority: Building | | | | | |
| IBC2012 IRC2012 EBC2012 IPMC2012 | IFC2012 | IMC2012 | IPC2012 | IFGC2012 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **HAWAII** | | Authority: Building | | | | | |
| IBC2006 | NFPA1-2006 | | UPC2006 | | NEC2008 | | IECC2006 |
| **IDAHO** | | Authority: Rules, Fire, Building | | | | | |
| IBC2012 IEBC2012 IRC2009 \| IRC2009 | IFC2012 | IMC2012 | UPC2009 | IFGC2012 | NEC2008 | A117.1-2009 | |
| **ILLINOIS** | | Authority: Codes | | | | | |
| IBC2009 \| IBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | Illinois | IFGC2009 | | Verbiage Images | |

JA897

PRO_00166259

Public Safety Codes of the United States

| **Chicago** | Authority: Building | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code (Official) Code (Bulk) | | | | | | | | |
| **INDIANA** | Authority: Housing | | | | | | | |
| IBC2006 | IFC2006 | IMC2006 | UPC1997 | IFGC2006 | NEC2008 | A117.1-2003 | | ASHRAE 90.1-2007 |
| **IOWA** | Authority: Building | | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | | IMC2009 \| IMC2009 | UPC2012 | | NEC2011 \| NEC2011 | | | IECC2009 \| IECC2009 |
| **KANSAS** | | | | | | | | |
| **Wichita** | Authority: Building | | | | | | | |
| IBC2006 IRC2006 IEBC2006 | IFC2006 | IMC2006 | UPC2000 | | NEC2005 | | | |
| **KENTUCKY** | Authority: Building Authority: Plumbing | | | | | | | |
| IBC2012 IRC2012 | IFC2012 NFPA101-2012 | IMC2012 | | | NEC2008 | A117.1-2009 | | IECC2009 \| IECC2009 |
| **LOUISIANA** | Authority: Safety | | | | | | | |
| IBC2012 | | IMC2009 \| IMC2009 | | IFGC2009 | NEC2008 | Accessibility | | ASHRAE 90.1-2007 |
| **MAINE** | Authority: Building Authority: Fire | | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | NFPA1-2006 | | UPC2006 | | NEC2011 \| NEC2011 | | | IECC2009 \| IECC2009 ASHRAE 90.1-2007 |
| **MARYLAND** | Authority: Housing | | | | | | | |
| IBC2012 IRC2012 | IFC2012 NFPA101-2012 | IMC2006 | PHCC-NSPC-2006 | IFGC2006 | NEC2011 \| NEC2011 | | | IECC2012 |
| **MASSACHUSETTS** | Authority: Building | | | | | | | |
| IBC2009 \| IBC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | | NEC2014 | | | IECC2009 \| IECC2009 ASHRAE 90.1-2007 |
| **MICHIGAN** | Authority: Labor | | | | | | | |

PRO_00166260

Public Safety Codes of the United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **MINNESOTA** | Authority: DLI | | | | | | |
| IBC2006 IRC2006 | | IMC2006 | | IFGC2006 | NEC2011 \| NEC2011 | | ASHRAE 90.1-2004 |
| **MISSISSIPPI** | | | | | | | |
| **Jackson** | Authority: Building | | | | | | |
| IBC2003 | IPC2003 | | IPC2003 | IFGC2003 | NEC2005 | | |
| **MISSOURI** | | | | | | | |
| **St. Louis** | Authority: Building | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | UPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **MONTANA** | Authority: Building | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | | IMC2009 \| IMC2009 | UPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **NEBRASKA** | Authority: Fire Authority: Energy | | | | | | |
| | NFPA101-2003 | | | | | | ASHRAE 90.1-2007 |
| **Lincoln** | Authority: Building | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | IFGC2009 | NEC2011 \| NEC2011 | | |
| **NEVADA** | Authority: Fire | | | | | | |
| IBC2006 | IFC2006 | UMC2006 | UPC2006 | | | | |
| **Las Vegas** | Authority: Building Authority: Amusement | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | | UMC2009 | UPC2009 | Fuel/Gas | NEC2008 | | IECC2009 \| IECC2009 |
| **NEW HAMPSHIRE** | Authority: Building | | | | | | |
| IBC2009 \| | | | | | | | |

Public Safety Codes of the United States

| IBC2009 IRC2009 | IRC2009 | IMC2009 | IMC2009 | IPC2009 | IPC2009 | | NEC2011 | NEC2011 | | IECC2009 | IECC2009 |
|---|---|---|---|---|---|---|

## NEW JERSEY     Authority: Building

| IBC2009 | IBC2009 IRC2009 | IRC2009 | IMC2009 | IMC2009 | NSPC2009 | IFGC2009 | NEC2011 | NEC2011 | A117.1-2003 | IECC2009 | IECC2009 |
|---|---|---|---|---|---|

## NEW MEXICO     Authority: Building
Authority: Fire

| IBC2009 | IBC2009 IRC2009 | IRC2009 IEBC2009 | IFC2003 | UMC2009 | UPC2009 USPSHTC2009 | | NEC2011 | NEC2011 | | IECC2009 | IECC2009 USEC2009 |
|---|---|---|---|---|---|

## NEW YORK     Authority: Building

| IBC2006 IRC2006 IEBC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | | IECC2006 |
|---|---|---|---|---|---|---|

### New York City     Authority: Building (Get the Updates!)

| Building Zoning | Fire | Mechanical | Plumbing | Fuel/Gas | Electrical | |
|---|---|---|---|---|---|---|

## NORTH CAROLINA     Authority: Building

| IBC2009 | IBC2009 IRC2009 | IRC2009 | IFC2009 | IFC2009 | IMC2009 | IMC2009 | IPC2009 | IPC2009 | IFGC2009 | NEC2011 | NEC2011 | IECC2009 | IECC2009 |
|---|---|---|---|---|---|---|

## NORTH DAKOTA     Authority: Building
Authority: Electric
Authority: Plumbing

| IBC2012 IRC2012 | | IMC2012 | UPC2009 | IFGC2012 | NEC2011 | NEC2011 | |
|---|---|---|---|---|---|---|

## OHIO     Authority: Building

| IBC2009 | IBC2009 | IFC2009 | IFC2009 | IMC2009 | IMC2009 | IPC2009 | IPC2009 | IFGC2009 | NEC2011 | NEC2011 | A117.1-2009 | A117.1-2009 | ASHRAE 90.1-2007 IECC2009 | IECC2009 |
|---|---|---|---|---|---|---|---|

## OKLAHOMA     Authority: Building

| IBC2009 | IBC2009 IRC2009 | IRC2009 IEBC2009 | IFC2009 | IFC2009 | IMC2009 | IMC2009 | IPC2009 | IPC2009 | IFGC2009 | NEC2011 | NEC2011 | |
|---|---|---|---|---|---|---|

PRO_00166262

Public Safety Codes of the United States

| OREGON | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| Structural Residential | Fire | Mechanical | | | | | Energy |

| PENNSYLVANIA | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |

| RHODE ISLAND | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012 IRC2012 | NFPA1-2003 | IMC2012 | IPC2012 | IFGC2012 | NEC2011 \| NEC2011 | | IECC2012 |

| SOUTH CAROLINA | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2006 IRC2006 | IFC2006 | | IPC2006 | IFGC2006 | NEC2008 | | |

| SOUTH DAKOTA | Authority: Plumbing Authority: Electrical | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | UPC2003 | | NEC2008 | | |

| Sioux City | Authority: Building Authority: Reed | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012 IRC2012 IEBC2012 | | IMC2012 | UPC2009 | IFGC2012 | NEC2011 \| NEC2011 | | |

| TENNESSEE | Authority: SOS | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2006 IRC2009 \| IRC2009 | IFC2006 NFPA 101-2006 | IMC2006 | | | | | IECC2006 ASHRAE 90.1-2007 |

| TEXAS | Authority: Reed | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2003 | | | | | NEC2008 | | |

| Dallas | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012 IRC2012 | IFC2006 | IMC2012 | IPC2012 | IFGC2012 | NEC2011 \| NEC2011 | | IECC2012 \| IECC2009 |

| Houston | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2006 IRC2006 | IFC2006 | UMC2006 | UPC2006 | | NEC2011 \| NEC2011 | | ASHRAE 90.1-2007 IECC2009 \| IECC2009 |

| UTAH | Authority: Building | | | | | | |
|---|---|---|---|---|---|---|---|

PRO_00166263

Public Safety Codes of the United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 \| IRC2009 \| IRC2009 \| IEBC2009 \| UCADB 1997 | IFC2012 \| NFPA101-2012 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |

### VERMONT  Authority: Fire

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012 | IFC2012 \| NFPA101-2012 | | IPC2012 | | NEC2011 \| NEC2011 | | |

### VIRGINIA  Authority: Building

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRC2009 \| IRC2009 \| IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |

### WASHINGTON  Authority: Building

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012 \| IRC2012 \| IEBC2012 | IFC2012 | IMC2012 | UPC2012 | | NEC2005 | A117.1-2003 | |

### WEST VIRGINIA  Authority: Fire

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 \| IRC2009 \| IRC2009 \| IEBC2009 | NFPA101-2012 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | A117.1-2003 | IECC2003 |

### WISCONSIN  Authority: Public Safety

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 \| IEBC2009 | | IMC2009 \| IMC2009 | | IFGC2009 | | A117.1-2003 | IECC2009 \| IECC2009 |

### WYOMING  Authority: Fire

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2006 \| IEBC2006 | IFC2006 | IMC2006 | | IFGC2006 | NEC2011 \| NEC2011 | | |

### BOILER CODES  Authority: National Board Synopsis

API 510 (2006): Pressure Vessel Inspection Code: In-Service Inspection, Rating, Repair, and Alteration

ASME B31.1 (2007): Code for Pressure Piping, Power Piping

ASME B31.1 (2007): 2008 Addendum to the 2007 Edition

ASME B31.1 (2007): 2009 Addendum to the 2007 Edition

ASME B31.5 (2001): Code for Pressure Piping, Refrigeration Piping and Heat Transfer Components

ASME B31.5 (2001): 2004 Addendum to the 2001 Edition

ASME B31.9 (2008): Building Services Piping

ASME BPVC I (2010): Boiler and Pressure Vessel Code, Part I, Rules for the Construction of Power Boilers

Public Safety Codes of the United States

ASME BPVC I (2010): 2011 Addendum to the 2010 Edition

ASME BPVC IV (2007): Boiler and Pressure Vessel Code, Part IV, Rules for Construction of Heating Boilers

ASME BPVC IV (2007): 2008 Addendum to the 2007 Edition

ASME BPVC V (2010): Boiler and Pressure Vessel Code, Part V, Nondestructive Examination

ASME BPVC VI (2007): Boiler and Pressure Vessel Code, Part VI, Recommended Rules for the Care and Operation of Heating Boilers

ASME BPVC VI (2007): 2008 Addendum to the 2007 Edition

ASME BPVC VI (2010): Boiler and Pressure Vessel Code, Part VI, Recommended Rules for the Care and Operation of Heating Boilers

ASME BPVC VII (2010): Boiler and Pressure Vessel Code, Part VII, Recommended Guidelines for the Care of Power Boilers

ASME BPVC IX (2010): Boiler and Pressure Vessel Code, Part IX, Welding and Brazing Qualifications

ASME BPVC IX (2010): 2011 Addendum to the 2010 Edition

ASME CSD-1 (2009): Controls and Safety Devices for Automatically Fired Boilers

ASME PHVO-1 (2007): Safety Standard for Pressure Vessels for Human Occupancy

NB NBIC 1 (2007): National Board Inspection Code, Part 1, Installation

NB NBIC 1 (2007): 2008 Addendum to Part 1

NB NBIC 1 (2007): 2009 Addendum to Part 1

NB NBIC 2 (2007): National Board Inspection Code, Part 2, Inspection

NB NBIC 2 (2007): 2008 Addendum to Part 2

NB NBIC 2 (2007): 2009 Addendum to Part 2

NB NBIC 3 (2007): National Board Inspection Code, Part 3, Repair and ALteration

NB NBIC 3 (2007): 2008 Addendum to Part 3

NB NBIC 3 (2007): 2009 Addendum to Part 3

## ELEVATOR CODES

ANSI A10.4 (2007): Safety Requirements for Personnel Hoists on Construction and Demolition Sites

ANSI A10.5 (2006): Safety Requirements for Material Hoists - American National Standard for Construction and Demolition Operations

ASCE 21.1 (2005): Automated People Mover Standards, Part 1

ASCE 21.2 (2008): Automated People Mover Standards, Part 2

ASCE 21.3 (2008): Automated People Mover Standards, Part 3

ASCE 21.4 (2008): Automated People Mover Standards, Part 4

ASME A17.1 (1971): Safety Code for Elevators and Escalators

ASME A17.1 (2004): Safety Code for Elevators and Escalators

ASME A17.1 (2004): Addenda to the 2004 Edition

ASME A17.1 (2004): Addenda to the 2004 Edition

ASME A17.1 (2007): Safety Code for Elevators and Escalators

ASME A17.1 (2007): Addenda to the 2007 Edition

ASME A17.1 (2007): Addenda to the 2007 Edition

Public Safety Codes of the United States

ASME A17.2 (2007): Guide for Inspection of Elevators, Escalators, and Moving Walks

ASME A17.2 (2010): Guide for Inspection of Elevators, Escalators, and Moving Walks

ASME A17.3 (2002): Safety Code for Existing Elevators and Escalators (Includes Requirements for Electric and Hydraulic Elevators and Escalators)

ASME A17.3 (2008): Safety Code for Existing Elevators and Escalators (Includes Requirements for Electric and Hydraulic Elevators and Escalators)

ASME A17.4 (1999): Guide for Emergency Personnel

ASME A17.5 (2004): Elevator and Escalator Electrical Equipment

ASME A17.6 (2010): Standard for Elevator Suspension, Compensation, and Governor Systems

ASME A17.7 (2007): Performance-Based Safety Code for Elevators and Escalators

ASME A18.1 (2005): Safety Standard for Platform Lifts and Stairway Chairlifts

ASME A18.1 (2008): Safety Standard for Platform Lifts and Stairway Chairlifts

ASME A90.1 (2003): Safety Standard for Belt Manlifts

ASME QEI-1 (2007): Standard for the Qualification of Elevator Inspectors

## AMUSEMENT CODES

ASTM F698 (1994): Standard Specification for Physical Information to be Provided for Amusement Rides and Devices

ASTM F747 (1997): Standard Terminology Relating to Amusement Rides and Devices

ASTM F747 (2006): Standard Terminology Relating to Amusement Rides and Devices

ASTM F770 (1993): Standard Practice for Ownership and Operation of Amusement Rides and Devices

ASTM F770 (2006): Standard Practice for Ownership and Operation of Amusement Rides and Devices

ASTM F846 (1992): Standard Guide for Testing Performance of Amusement Rides and Devices

ASTM F853 (2004): Standard Practice for Maintenance Procedures for Amusement Rides and Devices

ASTM F853 (2005): Standard Practice for Maintenance Procedures for Amusement Rides and Devices

ASTM F893 (2005): Standard Guide for Inspection of Amusement Rides and Devices

ASTM F1159 (2003): Standard Practice for Design and Manufacture of Patron Directed, Artificial Climbing Walls, Dry Slide, and Purposeful Water Immersion Amusement

ASTM F1193 (2004): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

ASTM F1305 (1994): Standard Guide for Classification of Amusement Ride and Device Related Injuries and Illnesses

ASTM F1950 (1999): Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices

ASTM F1957 (1999): Standard Test Method for Composite Foam Hardness Durometer Hardness

ASTM F2007 (2000): Standard Practice for Design, Manufacture, and Operation of Concession Go Karts and Facilities

ASTM F2007 (2006): Standard Practice for Design, Manufacture, and Operation of Concession

PRO_00166266

Public Safety Codes of the United States

Go Karts and Facilities

ASTM F2137 (2001): Standard Practice for Measuring the Dynamic Characteristics of Amusement Rides and Devices

ASTM F2291 (2004): Standard Practice for Design of Amusement Rides and Devices

ASTM F2291 (2006): Standard Practice for Design of Amusement Rides and Devices

ASTM F2374 (2000): Standard Practice for Design, Manufacture, Operation, and Maintenance of Inflatable Amusement Devices

ASTM F2376 (2006): Standard Practice for Classification, Design, Manufacture, Construction, and Operation of Water Slide Systems

Last Updated: March 12, 2014

↑

JA905

PRO_00166267

# EXHIBIT 29

PREAMBLE (NOT PART OF THE STANDARD)

In order to promote public education and public safety, equal justice for all, a better informed citizenry, the rule of law, world trade and world peace, this legal document is hereby made available on a noncommercial basis, as it is the right of all humans to know and speak the laws that govern them.

END OF PREAMBLE (NOT PART OF THE STANDARD)

An American National Standard

 Designation: D 86 – 07

# Standard Test Method for
# Distillation of Petroleum Products at Atmospheric Pressure[1]

This standard is issued under the fixed designation D 86; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval A superscript epsilon ($\epsilon$) indicates an editorial change since the last revision or reapproval.

*This standard has been approved for use by agencies of the Department of Defense.*

## 1. Scope*

1.1 This test method covers the atmospheric distillation of petroleum products using a laboratory batch distillation unit to determine quantitatively the boiling range characteristics of such products as light and middle distillates, automotive spark-ignition engine fuels, aviation gasolines, aviation turbine fuels, 1-D and 2-D regular and low sulfur diesel fuels, special petroleum spirits, naphthas, white spirits, kerosines, and Grades 1 and 2 burner fuels.

1.2 The test method is designed for the analysis of distillate fuels; it is not applicable to products containing appreciable quantities of residual material.

1.3 This test method covers both manual and automated instruments.

1.4 Unless otherwise noted, the values stated in SI units are to be regarded as the standard. The values given in parentheses are provided for information only.

1.5 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

## 2. Referenced Documents

2.1 All standards are subject to revision, and parties to agreement on this test method are to apply the most recent edition of the standards indicated below, unless otherwise specified, such as in contractual agreements or regulatory rules where earlier versions of the method(s) identified may be required.

2.2 *ASTM Standards:* [2]

D 97 Test Method for Pour Point of Petroleum Products

D 323 Test Method for Vapor Pressure of Petroleum Products (Reid Method)

D 2892 Test Method for Distillation of Crude Petroleum (15-Theoretical Plate Column)

D 4057 Practice for Manual Sampling of Petroleum and Petroleum Products

D 4177 Practice for Automatic Sampling of Petroleum and Petroleum Products

D 4953 Test Method for Vapor Pressure of Gasoline and Gasoline-Oxygenate Blends (Dry Method)

D 5190 Test Method for Vapor Pressure of Petroleum Products (Automatic Method)

D 5191 Test Method for Vapor Pressure of Petroleum Products (Mini Method)

D 5842 Practice for Sampling and Handling of Fuels for Volatility Measurement

D 5949 Test Method for Pour Point of Petroleum Products (Automatic Pressure Pulsing Method)

D 5950 Test Method for Pour Point of Petroleum Products (Automatic Tilt Method)

D 5985 Test Method for Pour Point of Petroleum Products (Rotational Method)

E 1 Specification for ASTM Liquid-in-Glass Thermometers

E 77 Test Method for Inspection and Verification of Thermometers

E 1272 Specification for Laboratory Glass Graduated Cylinders

E 1405 Specification for Laboratory Glass Distillation Flasks

EXHIBIT 64
Ashley Soevyn, CSR No. 12019
Date 2/27/15
Witness: MALAMUD

2.3 *Energy Institute Standards:*[3]

IP 69 Determination of Vapour Pressure—Reid Method

IP 123 Petroleum Products—Determination of Distillation Characteristics

IP 394 Determination of Air Saturated Vapour Pressure

IP Standard Methods for Analysis and Testing of Petroleum and Related Products 1996—Appendix A

[1] This test method is under the jurisdiction of ASTM Committee D02 on Petroleum Products and Lubricants and is the direct responsibility of Subcommittee D02.08.0A on Distillation.

In the IP, the equivalent test method is published under the designation IP 123. It is under the jurisdiction of the Standardization Committee.

Current edition approved Jan. 15, 2007. Published February 2007. Originally approved in 1921. Last previous edition approved in 2005 as D 86–05.

[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For Annual Book of ASTM Standards volume information, refer to the standard's Document Summary page on the ASTM website.

[3] Available from Energy Institute, 61 New Cavendish St., London, W1G 7AR, U.K., http://www.energyinst.org.uk.

**\*A Summary of Changes section appears at the end of this standard.**

**TABLE 1 Preparation of Apparatus**

|  | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| Flask, mL | 125 | 125 | 125 | 125 |
| ASTM distillation thermometer | 7C (7F) | 7C (7F) | 7C (7F) | 8C (8F) |
| IP distillation thermometer range | low | low | low | high |
| Flask support board | B | B | C | C |
| diameter of hole, mm | 38 | 38 | 50 | 50 |
| Temperature at start of test |  |  |  |  |
| Flask                                    C | 13–18 | 13–18 | 13–18 | not above ambient |
|                                               °F | 55–65 | 55–65 | 55–65 |  |
| Flask support and shield | not above ambient | not above ambient | not above ambient |  |
| Receiving cylinder and 100 mL charge |  |  |  |  |
|                                               °C | 13–18 | 13–18 | 13–18[A] | 13–ambient[A] |
|                                               °F | 55–65 | 55–65 | 55–65[A] | 55–ambient[A] |

[A] See 10.3.1.1 for exceptions.

## 3. Terminology

3.1 *Definitions:*

3.1.1 *charge volume, n*—the volume of the specimen, 100 mL, charged to the distillation flask at the temperature specified in Table 1.

3.1.2 *decomposition, n*—*of a hydrocarbon*, the pyrolysis or cracking of a molecule yielding smaller molecules with lower boiling points than the original molecule.

3.1.2.1 *Discussion*—Characteristic indications of thermal decomposition are evolution of fumes and erratic temperature readings that usually decrease after any attempt is made to adjust the heat.

3.1.3 *decomposition point, n*—the corrected thermometer reading that coincides with the first indications of thermal decomposition of the liquid in the flask.

3.1.3.1 *Discussion*—The decomposition point, as determined under the conditions of this test method, does not necessarily correspond to the decomposition temperature in other applications.

3.1.4 *dry point, n*—the corrected thermometer reading that is observed at the instant the last drop of liquid (exclusive of any drops or film of liquid on the side of the flask or on the temperature sensor), evaporates from the lowest point in the distillation flask.

3.1.4.1 *Discussion*—The end point (final boiling point), rather than the dry point, is intended for general use. The dry point can be reported in connection with special purpose naphthas, such as those used in the paint industry. Also, it is substituted for the end point (final boiling point) whenever the sample is of such a nature that the precision of the end point (final boiling point) cannot consistently meet the requirements given in the precision section.

3.1.5 *dynamic holdup, n*—the amount of material present in the neck of the flask, in the sidearm of the flask, and in the condenser tube during the distillation.

3.1.6 *emergent stem effect, n*—the offset in temperature reading caused by the use of total immersion mercury-in-glass thermometers in the partial immersion mode.

3.1.6.1 *Discussion*—In the partial immersion mode, a portion of the mercury thread, that is, the emergent portion, is at a lower temperature than the immersed portion, resulting in a shrinkage of the mercury thread and a lower temperature reading.

3.1.7 *end point (EP) or final boiling point (FBP)*, *n*—the maximum corrected thermometer reading obtained during the test.

3.1.7.1 *Discussion*—This usually occurs after the evaporation of all liquid from the bottom of the flask. The term maximum temperature is a frequently used synonym.

3.1.8 *front end loss*, *n*—loss due to evaporation during transfer from receiving cylinder to distillation flask, vapor loss during the distillation, and uncondensed vapor in the flask at the end of the distillation.

3.1.9 *initial boiling point (IBP)*, *n*—the corrected thermometer reading that is observed at the instant the first drop of condensate falls from the lower end of the condenser tube.

3.1.10 *percent evaporated*, *n*—the sum of the percent recovered and the percent loss.

3.1.11 *percent loss (or observed loss)*, *n*—one hundred minus the percent total recovery.

3.1.11.1 *corrected loss*, *n*—percent loss corrected for barometric pressure.

3.1.12 *percent recovered*, *n*—the volume of condensate observed in the receiving cylinder, expressed as a percentage of the charge volume, associated with a simultaneous temperature reading.

3.1.13 *percent recovery*, *n*—the maximum percent recovered, as observed in accordance with 10.18.

3.1.13.1 *corrected percent recovery*, *n*—the percent recovery, adjusted for the difference between the observed loss and the corrected loss, as described in Eq 8.

3.1.13.2 *percent total recovery*, *n*—the combined percent recovery and residue in the flask, as determined in accordance with 11.1.

3.1.14 *percent residue*, *n*—the volume of residue in the flask, measured in accordance with 10.19, and expressed as a percentage of the charge volume.

3.1.15 *rate of change (or slope)*, *n*—the change in temperature reading per percent evaporated or recovered, as described in 13.2.

3.1.16 *temperature lag*, *n*—the offset between the temperature reading obtained by a temperature sensing device and the true temperature at that time.

3.1.17 *temperature measurement device*, *n*—a thermometer, as described in 6.3.1, or a temperature sensor, as described in 6.3.2.

3.1.18 *temperature reading*, *n*—the temperature obtained by a temperature measuring device or system that is equal to the thermometer reading described in 3.1.19.

3.1.18.1 *corrected temperature reading*, *n*—the temperature reading, as described in 3.1.18, corrected for barometric pressure.

3.1.19 *thermometer reading (or thermometer result)*, *n*—the temperature of the saturated vapor measured in the neck of the flask below the vapor tube, as determined by the prescribed thermometer under the conditions of the test.

3.1.19.1 *corrected thermometer reading*, *n*—the thermometer reading, as described in 3.1.19, corrected for barometric pressure.

## 4. Summary of Test Method

4.1 Based on its composition, vapor pressure, expected B3P or expected EP, or combination thereof, the sample is placed in one of four groups. Apparatus arrangement, condenser temperature, and other operational variables are defined by the group in which the sample falls.

4.2 A 100-mL specimen of the sample is distilled under prescribed conditions for the group in which the sample falls. The distillation is performed in a laboratory batch distillation unit at ambient pressure under conditions that are designed to provide approximately one theoretical plate fractionation. Systematic observations of temperature readings and volumes of condensate are made, depending on the needs of the user of the data. The volume of the residue and the losses are also recorded.

4.3 At the conclusion of the distillation, the observed vapor temperatures can be corrected for barometric pressure and the data are examined for conformance to procedural requirements, such as distillation rates. The test is repeated if any specified condition has not been met.

4.4 Test results are commonly expressed as percent evaporated or percent recovered versus corresponding temperature, either in a table or graphically, as a plot of the distillation curve.

## 5. Significance and Use

5.1 The basic test method of determining the boiling range of a petroleum product by performing a simple batch distillation has been in use as long as the petroleum industry has existed. It is one of the oldest test methods under the jurisdiction of ASTM Committee D02, dating from the time when it was still referred to as the Engler distillation. Since the test method has been in use for such an extended period, a tremendous number of historical data bases exist for estimating end-use sensitivity on products and processes.

5.2 The distillation (volatility) characteristics of hydrocarbons have an important effect on their safety and performance, especially in the case of fuels and solvents. The boiling range gives information on the composition, the properties, and the behavior of the fuel during storage and use. Volatility is the major determinant of the tendency of a hydrocarbon mixture to produce potentially explosive vapors.

5.3 The distillation characteristics are critically important for both automotive and aviation gasolines, affecting starting, warm-up, and tendency to vapor lock at high operating

Standard Test Methods for Distillation of Petroleum Products at Atmospheric Pressure... 101 of 28

Case 1:13-cv-01215-TSC Document 118-13 Filed 11/19/15 Page 101 of 170
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 168 of 460



**FIG. 1 Apparatus Assembly Using Gas Burner**

temperature or at high altitude, or both. The presence of high boiling point components in these and other fuels can significantly affect the degree of formation of solid combustion deposits.

5.4 Volatility, as it affects rate of evaporation, is an important factor in the application of many solvents, particularly those used in paints.

5.5 Distillation limits are often included in petroleum product specifications, in commercial contract agreements, process refinery/control applications, and for compliance to regulatory rules.

## 6. Apparatus

6.1 *Basic Components of the Apparatus:*

6.1.1 The basic components of the distillation unit are the distillation flask, the condenser and associated cooling bath, a metal shield or enclosure for the distillation flask, the heat source, the flask support, the temperature measuring device, and the receiving cylinder to collect the distillate.

6.1.2 Figs. 1 and 2 are examples of manual distillation units.

6.1.3 In addition to the basic components described in 6.1.1, automated units also are equipped with a system to measure and automatically record the temperature and the associated recovered volume in the receiving cylinder.

6.2 A detailed description of the apparatus is given in Annex A2.

6.3 *Temperature Measuring Device:*

6.3.1 Mercury-in-glass thermometers, if used, shall be filled with an inert gas, graduated on the stem and enamel backed. They shall conform to Specification E1 or IP Standard Methods for Analysis and Testing of Petroleum and Related Products 1996—Appendix A, or both, for thermometers ASTM

3

Case 1:13-cv-01215-TSC Document 118-13 Filed 11/19/15 Page 102 of 170
Standard Test Method... Distillation of Petroleum Products... Page 5 of 28
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 169 of 460



1—Condenser bath
2—Bath cover
3—Bath temperature sensor
4—Bath overflow
5—Bath drain
6—Condenser tube
7—Shield
8—Viewing window
9a—Voltage regulator
9b—Voltmeter or ammeter
9c—Power switch
9d—Power light indicator
10—Vent

11—Distillation flask
12—Temperature sensor
13—Flask support board
14—Flask support platform
15—Ground connection
16—Electric heater
17—Knob for adjusting level
of support platform
18—Power source cord
19—Receiver cylinder
20—Receiver cooling bath
21—Receiver cover

FIG. 2 Apparatus Assembly Using Electric Heater



FIG. 3 PTFE Centering Device for Ground Glass Joint

7C/IP 5C and ASTM 7F for the low range thermometers, and ASTM 8C/IP 6C and ASTM 8F for the high range thermometers.

6.3.1.1 Thermometers that have been exposed for an extended period above an observed temperature of 370°C shall not be reused without a verification of the ice point or checked as prescribed in Specification E 1 and Test Method E 77.

NOTE 1—At an observed thermometer reading of 370°C, the temperature of the bulb is approaching a critical range in the glass and the thermometer may lose its calibration.

6.3.2 Temperature measurement systems other than those described in 6.3.1 are satisfactory for this test method, provided that they exhibit the same temperature lag, emergent stem effect, and accuracy as the equivalent mercury-in-glass thermometer.

6.3.2.1 The electronic circuitry or the algorithms, or both, used shall include the capability to simulate the temperature lag of a mercury-in-glass thermometer.

6.3.2.2 Alternatively, the sensor can also be placed in a casing with the tip of the sensor covered so that the assembly, because of its adjusted thermal mass and conductivity, has a temperature lag time similar to that of a mercury-in-glass thermometer.

NOTE 2—In a region where the temperature is changing rapidly during the distillation, the temperature lag of a thermometer can be as much as 3 seconds.

6.3.3 In case of dispute, the referee test method shall be carried out with the specified mercury-in-glass thermometer.

6.4 *Temperature Sensor Centering Device:*

6.4.1 The temperature sensor shall be mounted through a snug-fitting device designed for mechanically centering the sensor in the neck of the flask without vapor leakage. Examples of acceptable centering devices are shown in Figs. 3 and 4. **(Warning**—The use of a plain stopper with a hole drilled through the center is not acceptable for the purpose described in 6.4.1.)

NOTE 3—Other centering devices are also acceptable, as long as they position and hold the temperature sensing device in the proper position in the neck of the distillation column, as shown in Fig. 5 and described in 10.5.

NOTE 4—When running the test by the manual method, products with



FIG. 4 Example of Centering Device Designs for Straight-Bore Neck Flasks



FIG. 5 Position of Thermometer in Distillation Flask

a low IBP may have one or more readings obscured by the centering device. See also 10.14.3.1.

6.5 Automated equipment manufactured in 1999 and later shall be equipped with a device to automatically shut down power to the unit and to spray an inert gas or vapor in the chamber where the distillation flask is mounted in the event of fire.

NOTE 5—Some causes of fires are breakage of the distillation flask, electrical shorts, and foaming and spilling of liquid sample through the top opening of the flask.

6.6 *Barometer*—A pressure measuring device capable of measuring local station pressure with an accuracy of 0.1 kPa (1 mm Hg) or better, at the same elevation relative to sea level as the apparatus in the laboratory. **(Warning**—Do not take readings from ordinary aneroid barometers, such as those used

TABLE 2 Group Characteristics

|  | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| Sample characteristics Distillate type Vapor pressure at |  |  |  |  |
| 37.8°C, kPa | ≥65.5 | <65.5 | <65.5 | <65.5 |
| 100°F, psi | ≥9.5 | <9.5 | <9.5 | <9.5 |

https://law.resource.org/pub/us/cfr/ibr/003/astm.d86.2007.html

2/25/2015

| | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|
| (Test Methods D 323, D 4953, D 5190, D 5191, D 5482, IP 69 or IP 394) | | | | |
| Distillation, IBP °C | | | ≤100 | >100 |
| °F | | | ≤212 | >212 |
| EP °C | ≤250 | ≤250 | >250 | >250 |
| °F | ≤482 | ≤482 | >482 | >482 |

at weather stations and airports, since these are precorrected to give sea level readings.)

## 7. Sampling, Storage, and Sample Conditioning

7.1 Determine the Group characteristics that correspond to the sample to be tested (see Table 2). Where the procedure is dependent upon the group, the section headings will be so marked.

7.2 *Sampling:*

7.2.1 Sampling shall be done in accordance with Practice D 4057 or D 4177 and as described in Table 3.

7.2.1.1 *Group 1*—Condition the sample container to below 10°C, preferably by filling the bottle with the cold liquid sample and discarding the first sample. If this is not possible because, for instance, the product to be sampled is at ambient temperature, the sample shall be drawn into a bottle prechilled to below 10°C, in such a manner that agitation is kept at a minimum. Close the bottle immediately with a tight-fitting closure. (**Warning**—Do not completely fill and tightly seal a cold bottle of sample because of the likelihood of breakage on warming.)

7.2.1.2 *Groups 2, 3, and 4*—Collect the sample at ambient temperature. After sampling, close the sample bottle immediately with a tight-fitting closure.

7.2.1.3 If the sample received by the testing laboratory has been sampled by others and it is not known whether sampling has been performed as described in 7.2, the sample shall be assumed to have been so sampled.

7.3 *Sample Storage:*

7.3.1 If testing is not to start immediately after collection, store the samples as indicated in 7.3.2, 7.3.3, and Table 3. All samples shall be stored away from direct sunlight or sources of direct heat.

7.3.2 *Group 1*—Store the sample at a temperature below 10°C.

NOTE 6—If there are no, or inadequate, facilities for storage below 10°C, the sample may also be stored at a temperature below 20°C, provided the operator ensures that the sample container is tightly closed and leak-free.

7.3.3 *Group 2*—Store the sample at a temperature below 10°C.

NOTE 7—If there are no, or inadequate, facilities for storage below 10°C, the sample may also be stored at a temperature below 20°C, provided the operator ensures that the sample container is tightly closed and leak-free.

7.3.4 *Groups 3 and 4*—Store the sample at ambient or lower temperature.

7.4 *Sample Conditioning Prior to Analysis:*

7.4.1 Samples shall be conditioned to the temperature shown in Table 3 before opening the sample container.

7.4.1.1 *Groups 1 and 2*—Samples shall be conditioned to a temperature of less than 10°C (50°F) before opening the sample container.

7.4.1.2 *Groups 3 and 4*—If the sample is not fluid at ambient temperature, it is to be heated to a temperature of 9 to 21°C above its pour point (Test Method D 97, D 5949, or D 5985) prior to analysis. If the sample has partially or completely solidified during storage, it shall be vigorously shaken after melting prior to opening the sample container to ensure homogeneity.

7.4.1.3 If the sample is not fluid at room temperature, the temperature ranges shown in Table 3 for the flask and for the sample do not apply.

7.5 *Wet Samples:*

7.5.1 Samples of materials that visibly contain water are not suitable for testing. If the sample is not dry, obtain another sample that is free from suspended water.

7.5.2 *Groups 1 and 2*—If such a sample cannot be obtained, the suspended water can be removed by maintaining the sample at 0 to 10°C, adding approximately 10 g of anhydrous sodium sulfate per 100 mL of sample, shaking the mixture for approximately 2 min, and then allowing the mixture to settle for approximately 15 min. Once the sample shows no visible signs of water, use a decanted portion of the sample, maintained between 1 and 10°C, for the analysis. Note in the report that the sample has been dried by the addition of a desiccant.

NOTE 8—Suspended water in hazy samples in Groups 1 and 2 can be removed by the addition of anhydrous sodium sulfate and separating the liquid sample from the drying agent by decanting without statistically affecting the results of the test.[4]

7.5.3 *Groups 3 and 4*—In cases in which a water-free sample is not practical, the suspended water can be removed by shaking the sample with anhydrous sodium sulfate or other suitable drying agent and separating it from the drying agent by decanting. Note in the report that the sample has been dried by the addition of a desiccant.

## 8. Preparation of Apparatus

8.1 Refer to Table 1 and prepare the apparatus by choosing the appropriate distillation flask, temperature measuring device, and flask support board, as directed for the indicated group. Bring the temperature of the receiving cylinder, the flask, and the condenser bath to the indicated temperature.

https://law.resource.org/pub/us/cfr/ibr/003/astm.d86.2007.html 2/25/2015

8.2 Make any necessary provisions so that the temperature of the condenser bath and the receiving cylinder will be maintained at the required temperatures. The receiving cylinder shall be in a bath such that either the liquid level is at least

[4] Supporting data have been filed at ASTM International Headquarters and may be obtained by requesting Research Report RR: D02-1455.

### TABLE 3 Sampling, Storage, and Sample Conditioning

| | | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Temperature of sample bottle | °C | <10 | | | |
| | °F | <50 | | | |
| Temperature of stored sample | °C | <10[A] | <10 | ambient | ambient |
| | °F | <50[A] | <50 | ambient | ambient |
| Temperature of sample after conditioning prior to analysis | °C | <10 | <10 | Ambient or 9 to 21°C above pour point[B] | Ambient or |
| | °F | <50 | <50 | Ambient or 48 to 70°F above pour point[B] | Ambient or |
| If sample is wet | | resample | resample | dry in accordance with 7.5.3 | |
| If resample is still wet[C] | | dry in accordance with 7.5.2 | | | |

[A] Under certain circumstances, samples can also be stored at temperatures below 20°C (68°F). See also 7.3.2 and 7.3.3.

[B] If sample is (semi)-solid at ambient temperature, see also 10.3.1.1.

[C] If sample is known to be wet, resampling may be omitted. Dry sample in accordance with 7.5.2 and 7.5.3.

as high as the 100-mL mark or the entire receiving cylinder is surrounded by an air circulation chamber.

8.2.1 *Groups 1, 2, and 3*—Suitable media for low temperature baths include, but are not limited to, chopped ice and water, refrigerated brine, and refrigerated ethylene glycol.

8.2.2 *Group 4*—Suitable media for ambient and higher bath temperatures include, but are not limited to, cold water, hot water, and heated ethylene glycol.

8.3 Remove any residual liquid in the condenser tube by swabbing with a piece of soft, lint-free cloth attached to a cord or wire.

## 9. Calibration and Standardization

9.1 *Temperature Measurement System*—Temperature measurement systems using other than the specified mercury-in-glass thermometers shall exhibit the same temperature lag, emergent stem effect, and accuracy as the equivalent mercury-in-glass thermometer. Confirmation of the calibration of these temperature measuring systems shall be made at intervals of not more than six months, and after the system has been replaced or repaired.

9.1.1 The accuracy and the calibration of the electronic circuitry or computer algorithms, or both, shall be verified by the use of a standard precision resistance bench. When performing this verification, no algorithms shall be used to correct the temperature for lag and the emergent stem effect (see manufacturer's instructions).

9.1.2 Verification of the calibration of temperature measuring devices shall be conducted by distilling toluene in accordance with Group 1 of this test method and comparing the 50 % recovered temperature with that shown in Table 4.[5]

9.1.2.1 If the temperature reading is not within the values shown in Table 4 for the respective apparatus being used (see Note 10 and Table 4), the temperature measurement system shall be considered defective and shall not be used for the test.

NOTE 9—Toluene is used as a verification fluid for calibration; it will yield almost no information on how well an electronic measurement system simulates the temperature lag of a liquid-in-glass thermometer.

9.1.2.2 Reagent grade toluene and hexadecane (cetane), conforming to the specifications of the Committee on Analytical Reagents of the American Chemical Society,[6] shall be used. However, other grades may also be used, provided it is first ascertained that the reagent is of sufficient purity to permit its use without lessening the accuracy of the determination.

NOTE 10—At 101.3 kPa, toluene is shown in reference manuals as boiling at 110.6°C when measured using a partial immersion thermometer. Because this test method uses thermometers calibrated for total immersion, the results typically will be lower and, depending on the thermometer and the situation, may be different for each thermometer. At 101.3 kPa, hexadecane is shown in reference manuals as boiling at 287.0°C when measured using a partial immersion thermometer. Because this test method uses thermometers calibrated for total immersion, the results typically will be lower, and, depending on the thermometer and the situation, may be different for each thermometer.

9.1.3 A procedure to determine the magnitude of the temperature lag is described in Annex A3.

9.1.4 A procedure to emulate the emergent stem effect is described in Appendix X4.

9.1.5 To verify the calibration of the temperature measurement system at elevated temperatures, use hexadecane. The temperature measurement system shall indicate, at 50% recovered, a temperature comparable to that shown in Table 4 for the respective apparatus under Group 4 distillation conditions.

NOTE 11—Because of the high melting point of hexadecane, Group 4 verification distillations will have to be carried out with condenser temperatures >20°C.

https://law.resource.org/pub/us/cfr/ibr/003/astm.d86.2007.html          2/25/2015

9.2 *Automated Method:*

9.2.1 *Level Follower*—For an automated distillation apparatus, the level follower/recording mechanism of the apparatus shall have a resolution of 0.1 mL or better with a maximum error of 0.3 mL between the 5 and 100 mL points. The calibration of the assembly shall be verified in accordance with manufacturer's instructions at intervals of not more than three months and after the system has been replaced or repaired.

NOTE 12—The typical calibration procedure involves verifying the output with the receiver containing 5 and 100 mL of material respectively.

9.2.2 *Barometric Pressure—At* intervals of not more than six months, and after the system has been replaced or repaired,

[5] Supporting data have been filed at ASTM International Headquarters and may be obtained by requesting Research Report RR: D02 –1580.

[6] *Reagent Chemicals, American Chemical Society Specifications*, American Chemical Society, Washington, DC. For suggestions on the testing of reagents not listed by the American Chemical Society, see *Analar Standards for Laboratory Chemicals*, BDH Ltd., Poole, Dorset, U.K., and the *United States Pharmacopeia and National Formulary*, U.S. Pharmacopeial Convention, Inc. (USPC), Rockville, MD.

#### TABLE 4 True and Min and Max D 86 50 % Recovered Boiling Points (°C)[4]

| | | Manual | | Automated | |
|---|---|---|---|---|---|
| | | Distillation conditions min D 86 50 % boiling point | Distillation conditions max D 86 50 % boiling point | Distillation conditions min D 86 50 % boiling point | Distillation conditions max D 86 50 % boiling point |
| Toluene | ASTM/IP true boiling point | Group 1, 2, and 3 | Group 1, 2, and 3 | Group 1, 2, and 3 | Group 1,2, and 3 |
| | 110.6 | 105.9 | 111.8 | 108.5 | 109.7 |
| Hexadecane | ASTM/IP true boiling point | Group 4 | Group 4 | Group 4 | Group 4 |
| | 287.0 | 272.2 | 283.1 | 277.0 | 280.0 |

[4] The manual and automated temperatures show in this table are the values for the 95 % tolerance interval for the 99 % population coverage. The proposed tolerance is approximately 3 × sigma. Information on the values in this table can be found in RR:D02–1580.

the barometric reading of the instrument shall be verified against a barometer, as described in 6.6.

## 10. Procedure

10.1 Record the prevailing barometric pressure.

10.2 *Groups 1 and 2*—Fit a low range thermometer provided with a snug-fitting cork or stopper of silicone rubber, or equivalent polymeric material, rightly into the neck of the sample container and bring the temperature of the sample to the temperature indicated in Table 3.

10.3 *Groups 1, 2, 3, and 4*—Check that the temperature of the sample is as shown in Table 3. Pour the specimen precisely to the 100-mL mark of the receiving cylinder, and transfer the contents of the receiving cylinder as completely as practical into the distillation flask, ensuring that none of the liquid flows into the vapor tube.

NOTE 13—It is important that the difference between the temperature of the specimen and the temperature of the bath around the receiving cylinder is as small as practically possible. A difference of 5°C can make a difference of 0.7 mL.

10.3.1 *Groups 3 and 4* –If the sample is not fluid at ambient temperature, it is to be heated to a temperature between 9 and 21°C above its pour point (Test Methods D97, D 5949, D 5950, or D 5985) prior to analysis. If the sample has partially or completely solidified in the intervening period, it shall be vigorously shaken after melting, and prior to sampling, to ensure homogeneity.

10.3.1.1 If the sample is not fluid at ambient temperatures, disregard the temperature range shown in Table 1 for the receiving cylinder and sample. Prior to analysis, heat the receiving cylinder to approximately the same temperature as the sample. Pour the heated specimen precisely to the 100-mL mark of the receiving cylinder, and transfer the contents of the receiving cylinder as completely as practical into the distillation flask, ensuring that none of the liquid flows into the vapor tube.

NOTE 14—Any material that evaporates during the transfer will contribute to the loss; any material that remains in the receiving cylinder will contribute to the observed recovery volume at the time of the IBP.

10.4 If the sample can be expected to demonstrate irregular boiling behavior, that is, bumping, add a few boiling chips to the specimen. The addition of a few boiling chips is acceptable for any distillation.

10.5 Fit the temperature sensor through a snug-fitting device, as described in 6.4, to mechanically center the sensor in the neck of the flask. In the case of a thermometer, the bulb is centered in the neck and the lower end of the capillary is level with the highest point on the bottom of the inner wall of the vapor tube (see Fig. 5). In the case of a thermocouple or resistance thermometer, follow the manufacturer's instructions as to placement (see Fig. 6).

NOTE 15—If vacuum grease is used on the mating surface of the centering device, use the minimum amount of grease that is practical.

10.6 Fit the flask vapor tube, provided with a snug-fitting cork or rubber stopper of silicone, or equivalent polymeric material, tightly into the condenser tube. Adjust the flask in a vertical position so that the vapor tube extends into the condenser tube for a distance from 25 to 50 mm. Raise and adjust the flask support board to fit it snugly against the bottom of the flask.

10.7 Place the receiving cylinder that was used to measure the specimen, without drying the inside of the cylinder, into its temperature-controlled bath under the lower end of the condenser tube. The end of the condenser tube shall be centered in the receiving cylinder and shall extend therein for a distance of at least 25 mm, but not below the 100-mL mark.

*10.8 Initial Boiling Point:*

10.8.1 *Manual Method*—To reduce evaporation loss of the distillate, cover the receiving cylinder with a piece of blotting paper, or similar material, that has been cut to fit the condenser tube snugly. If a receiver deflector is being used, start the distillation with the tip of the deflector just touching the wall of the receiving cylinder. If a receiver deflector is not used, keep the drip tip of the condenser away from the wall of the receiving cylinder. Note the start time. Observe and record the IBP to the nearest 0.5°C (1.0°F). If a receiver deflector is not being used, immediately move the receiving cylinder so that the tip of the condenser touches its inner wall.

10.8.2 *Automated Method*—To reduce evaporation loss of the distillate, use the device provided by the instrument manufacturer for this purpose. Apply heat to the distillation flask and contents with the tip of the receiver deflector just touching the wall of the receiving cylinder. Note the start time. Record the IBP to the nearest 0.1°C (0.2°F).



**FIG. 6 Example of Recommended Placement of Pt-100 Probe Relative to Distillation Flask Sidearm for Automated D 86 Distillation Instrument**

10.9 Regulate the heating so that the time interval between the first application of heat and the IBP is as specified in Table 5.

10.10 Regulate the heating so that the time from IBP to 5 or 10 % recovered is as indicated in Table 5.

10.11 Continue to regulate the heating so that the uniform average rate of condensation from 5 or 10 % recovered to 5 mL residue in the flask is 4 to 5 mL per min. (**Warning**—Due to the configuration of the boiling flask and the conditions of the test, the vapor and liquid around the temperature sensor are not in thermodynamic equilibrium. The distillation rate will consequently have an effect on the measured vapor temperature. The distillation rate shall, therefore, be kept as constant as possible throughout the test.)

NOTE 16—When testing gasoline samples, it is not uncommon to see the condensate suddenly form non-miscible liquid phases and bead up on the temperature measuring device and in the neck of the boiling flask at a vapor temperature of around 160°C. This may be accompanied by a sharp (about 3°C) dip in the vapor temperature and a drop in the recovery rate. The phenomenon, which may be due to the presence of trace water in the sample, may last for 10 to 30 s before the temperature recovers and the condensate starts flowing smoothly again. This point is sometimes colloquially referred to as the Hesitation Point.

10.12 Repeat any distillation that did not meet the requirements described in 10.9, 10.10, and 10.11.

10.13 If a decomposition point, as described in 3.1.3, is observed, discontinue the heating and proceed as directed in 10.17.

10.14 In the interval between the IBP and the end of the distillation, observe and record data necessary for the calculation and reporting of the results of the test as required by the specification involved, or as previously established for the sample under test. These observed data can include temperature readings at prescribed percentages recovered or percentages recovered at prescribed temperature readings, or both.

10.14.1 *Manual Method*—Record all volumes in the graduated cylinder to the nearest 0.5 mL, and all temperature readings to the nearest 0.5°C (1.0°F).

10.14.2 *Automated Method*—Record all volumes in the receiving cylinder to the nearest 0.1 mL, and all temperature readings to the nearest 0.1°C (0.2°F).

10.14.3 *Group 1, 2, 3, and 4*—In cases in which no specific data requirements have been indicated, record the IBP and the EP (FBP) or the dry point, or both, and temperature readings at 5, 15, 85, and 95 % recovered, and at each 10 % multiple of volume recovered from 10 to 90, inclusive.

10.14.3.1 *Group 4*—When a high range thermometer is used in testing aviation turbine fuels and similar products, pertinent thermometer readings can be obscured by the centering device. If these readings are required, perform a second distillation in accordance with Group 3. In such cases, reading from a low range thermometer can be reported in place of the obscured high range thermometer readings, and the test report shall so indicate. If, by agreement, the obscured readings are waived, the test report shall so indicate.

Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure 11 of 28
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 108 of 170
USCA Case #17-7039      Document #1715850        Filed: 01/31/2018      Page 175 of 460

10.14.4 When it is required to report the temperature reading at a prescribed percent evaporated or recovered for a sample that has a rapidly changing slope of the distillation curve in the region of the prescribed percent evaporated or recovered reading, record temperature readings at every 1 % recovered. The slope is considered rapidly changing if the

**TABLE 5 Conditions During Test Procedure**

| | | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Temperature of cooling bath[A] | °C | 0–1 | 0–5 | 0–5 | 0–60 |
| | °F | 32–34 | 32–40 | 32–40 | 32–140 |
| Temperature of bath around receiving cylinder | °C | 13–18 | 13–18 | 13–18 | ±3 |
| | °F | 55–65 | 55–65 | 55–65 | ±5 |
| | | | | | of charge temperature |
| Time from first application of heat to initial boiling point, min | | 5–10 | 5–10 | 5–10 | 5–15 |
| Time from initial boiling point to 5 % recovered, s to 10 % recovered, min | | 60–100 | 60–100 | | |
| Uniform average rate of condensation from 5 % recovered to 5 mL in flask, mL/min | | 4–5 | 4–5 | 4–5 | 4–5 |
| Time recorded from 5 mL residue to end point, min | | 5 max | 5 max | 5 max | 5 max |

[A] the proper condenser bath temperature will depend upon the wax content of the sample and of its distillation fractions. The test is generally performed using one single condenser temperature. Wax formation in the condenser can be deduced from (a) the presence of wax particles in the distillate coming oft the drip tip, (b) a higher distillation loss than what would be expected based on the initial boiling point of the specimen, (c) an erratic recovery rate and (d) the presence of wax particles during the removal of residual liquid by swabbing with a lint–free cloth (see: 8.3). The minimum temperature that permits satisfactory operation shall be used. In general, a bath temperature in the 0 to 4°C range is suitable for kerosine, Grade No. 1 fuel oil and Grade No. 1–D diesel fuel oil. In some cases involving Grade No. 2 fuel oil, Grade No. 2–D diesel fuel oil, gas oils and similar distillates, it may be necessary to hold the condenser bath temperature in the 38 to 60°C range.

change in slope (C) of the data points described in 10.14.2 in that particular area is greater than 0.6 (change of slope (F) is greater than 1.0) as calculated by Eq 1 (Eq 2).

$$\text{Change of Slope } (C) = (C_2 - C_1)/(V_2 - V_1) - (C_3 - C_2)/(V_3 - V_2) \qquad (1)$$

$$\text{Change of Slope } (F) = (F_2 - F_1)/(V_2 - V_1) - (F_3 - F_2)/(V_3 - V_2) \qquad (2)$$

where:

$C_1$ = temperature at the volume % recorded one reading prior to the volume % in question, °C,

$C_2$ = temperature at the volume % recorded in question, °C,

$C_3$ = temperature at the volume % recorded following the volume % in question, °C,

$F_1$ = temperature at the volume % recorded one reading prior to the volume % in question, °F,

$F_2$ = temperature at the volume % recorded in question, °F,

$F_3$ = temperature at the volume % recorded following the volume % in question, °F,

$V_1$ = volume % recorded one reading prior to the volume % in question,

$V_2$ = volume % recorded at the volume % in question, and

$V_3$ = volume % recorded following the volume % in question.

10.15 When the residual liquid in the flask is approximately 5 mL, make a final adjustment of the heat. The time from the 5 mL of liquid residue in the flask to the EP (FBP) shall be within the limits prescribed in Table 5. If this condition is not satisfied, repeat the test with appropriate modification of the final heat adjustment.

NOTE 17—Since it is difficult to determine when there is 5 mL of boiling liquid left in the flask, this time is determined by observing the amount of liquid recovered in the receiving cylinder. The dynamic holdup has been determined to be approximately 1.5 mL at this point. If there are no front end losses, the amount of 5 mL in the flask can be assumed to correspond with an amount of 93.5 mL in the receiving cylinder. This amount has to be adjusted for the estimated amount of front end loss.

10.15.1 If the actual front end loss differs more than 2 mL from the estimated value, the test shall be rerun.

10.16 Observe and record the EP (FBP) or the dry point, or both, as required, and discontinue the heating.

10.17 Allow the distillate to drain into the receiving cylinder, after heating has been discontinued.

10.17.1 *Manual Method*—While the condenser tube continues to drain into the graduated cylinder, observe and note the volume of condensate to the nearest 0.5 mL at 2 min intervals until two successive observations agree. Measure the volume in the receiving cylinder accurately, and record it to the nearest 0.5 mL.

10.17.2 *Automated Method*—The apparatus shall continually monitor the recovered volume until this volume changes by no more than 0.1 mL in 2 min. Record the volume in the receiving cylinder accurately to the nearest 0.1 mL.

10.18 Record the volume in the receiving cylinder as percent recovery. If the distillation was previously discontinued under the conditions of a decomposition point, deduct the percent recovered from 100, report this difference as the sum of percent residue and percent loss, and omit the procedure given in 10.19.

10.19 After the flask has cooled and no more vapor is observed, disconnect the flask from the condenser, pour its contents into a 5-mL graduated cylinder, and with the flask suspended over the cylinder, allow the flask to drain until no appreciable increase in the volume of liquid in the cylinder is observed. Measure the volume in the graduated cylinder to the nearest 0.1 mL, and record as percent residue.

10.19.1 If the 5-mL graduated cylinder does not have graduations below 1 mL and the volume of liquid is less than 1 mL, prefill the cylinder with 1 mL of a heavy oil to allow a better estimate of the volume of the material recovered.

10.19.1.1 If a residue greater than expected is obtained, and the distillation was not purposely terminated before the EP,

check whether adequate heat was applied towards the end of the distillation and whether conditions during the test conformed to those specified in Table 5. If not, repeat test.

NOTE 18—The distillation residues of this test method for gasoline, kerosine, and distillate diesel are *typically* 0.9-1.3, 0.9-1.3, and 1.0-1.4 volume %, respectively.

NOTE 19—The test method is not designed for the analysis of distillate fuels containing appreciable quantities of residual material (see 1.2).

10.19.2 *Groups 1, 2, 3, and 4*—Record the volume in the 5-mL graduated cylinder, to the nearest 0.1 mL, as percent residue.

10.20 If the intent of the distillation is to determine the percent evaporated or percent recovered at a predetermined corrected temperature reading, modify the procedure to conform to the instructions described in Annex A4.

10.21 Examine the condenser tube and the side arm of the flask for waxy or solid deposits. If found, repeat the test after making adjustments described in Footnote A of Table 5.

## 11. Calculations

11.1 The percent total recovery is the sum of the percent recovery (see 10.18) and the percent residue (see 10.19). Deduct the percent total recovery from 100 to obtain the percent loss.

11.2 Do not correct the barometric pressure for meniscus depression, and do not adjust the pressure to what it would be at sea level.

NOTE 20—The observed barometric reading does not have to be corrected to a standard temperature and to standard gravity. Even without performing these corrections, the corrected temperature readings for the same sample between laboratories at two different locations in the world will, in general, differ less than 0.1°C at 100°C. Almost all data obtained earlier have been reported at barometric pressures that have not been corrected to standard temperature and to standard gravity.

11.3 Correct temperature readings to 101.3 kPa (760 mm Hg) pressure. Obtain the correction to be applied to each temperature reading by means of the Sydney Young equation as given in Eq 3, Eq 4, or Eq 5, as appropriate, or by the use of Table 6. For Celsius temperatures:

$$C_c = 0.0009 \, (101.3 - P_k) \, (273 + t_c) \quad (3)$$
$$C_c = 0.00012 \, (760 - P) \, (273 + t_c) \quad (4)$$

For Fahrenheit temperatures:

$$C_f = 0.00012 \, (760 - P) \, (460 + t_f) \quad (5)$$

where:

$t_c$ = the observed temperature reading in °C,

$t_f$ = the observed temperature reading in °F,

$C_c$ and $C_f$ = corrections to be added algebraically to the observed temperature readings,

$P_k$ = barometric pressure, prevailing at the time and location of the test, kPa, and

$P$ = barometric pressure, prevailing at the time and location of the test, mm Hg.

After applying the corrections and rounding each result to the nearest 0.5°C (1.0°F) or 0.1°C (0.2°F), as appropriate to the

**TABLE 6 Approximate Thermometer Reading Correction**

| Temperature Range | | Correction[A] per 1.3 kPa (10 mm Hg) Difference in Pressure | |
|---|---|---|---|
| °C | °F | °C | °F |
| 10–30 | 50–86 | 0.35 | 0.63 |
| 30–50 | 86–122 | 0.38 | 0.68 |
| 50–70 | 122–158 | 0.40 | 0.72 |
| 70–90 | 158–194 | 0.42 | 0.76 |
| 90–110 | 194–230 | 0.45 | 0.81 |
| 110–130 | 230–266 | 0.47 | 0.85 |
| 130–150 | 266–302 | 0.50 | 0.89 |
| 150–170 | 302–338 | 0.52 | 0.94 |
| 170–190 | 338–374 | 0.54 | 0.98 |

[A]Values to be added when barometric pressure is below 101.3 kPa (760 mm Hg) and to be subtracted when barometric pressure is above 101.3 kPa.

| Temperature Range | | Correction[A] per 1.3 kPa (10 mm Hg) Difference in Pressure | |
|---|---|---|---|
| °C | °F | °C | °F |
| 190–210 | 374–410 | 0.57 | 1.02 |
| 210–230 | 410–446 | 0.59 | 1.07 |
| 230–250 | 446–482 | 0.62 | 1.11 |
| 250–270 | 482–518 | 0.64 | 1.15 |
| 270–290 | 518–554 | 0.66 | 1.20 |
| 290–310 | 554–590 | 0.69 | 1.24 |
| 310–330 | 590–626 | 0.71 | 1.28 |
| 330–350 | 626–662 | 0.74 | 1.33 |
| 350–370 | 662–698 | 0.76 | 1.37 |
| 370–390 | 698–734 | 0.78 | 1.41 |
| 390–410 | 734–770 | 0.81 | 1.46 |

[A]Values to be added when barometric pressure is below 101.3 kPa (760 mm Hg) and to be subtracted when barometric pressure is above 101.3 kPa.

apparatus being used, use the corrected temperature readings in all further calculations and reporting.

NOTE 21—Temperature readings are not corrected to 101.3 kPa (760 mm Hg) when product definitions, specifications, or agreements between the parties involved indicate, specifically, that such correction is not required or that correction shall be made to some other base pressure.

11.4 Correct the actual loss to 101.3 kPa (760 mm Hg) pressure when temperature readings are corrected to 101.3 kPa pressure. The corrected loss, $L_c$, is calculated from Eq 6 or Eq 7, as appropriate, or can be read from the tables presented as Fig. X3.1 or Fig. X3.2.

$$L_c = 0.5 + (L - 0.5)/\{1 + (101.3 - P_k)/8.00\} \quad (6)$$

$$L_c = 0.5 + (L - 0.5)/\{1 + (760 - P)/60.0\} \quad (7)$$

where:

$L$ = observed loss,

$L_c$ = corrected loss,

$P_k$ = pressure, kPa, and

$P$ = pressure, mm Hg.

NOTE 22—Eq 6 and 7 above have been derived from the data in Table 7 and Eqs 5 and 6 in Test Method D 86 – 95 and earlier versions. It is probable that Eq 6 and 7 shown were the original empirical equations from which the table and equations in the Test Method D 86 – 95 and earlier versions were derived.

11.4.1 Calculate the corresponding corrected percent recovery in accordance with the following equation:

$$R_c = R + (L - L_c) \quad (8)$$

where:

$L$ = percent loss or observed loss,

$L_c$ = corrected loss,

$R$ = percent recovery, and

$R_c$ = corrected percent recovery.

**TABLE 7 Data Points for Determining Slope, $S_C$ or $S_F$**

| Slope at % | IBP | 5 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 95 | EP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $T_L$ at % | 0 | 0 | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 95 |
| $T_U$ at % | 5 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 90 | 95 | $V_{EP}$ |
| $V_U - V_L$ | 5 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 5 | $V_{EP} - 95$ |

11.5 To obtain the percent evaporated at a prescribed temperature reading, add the percent loss to each of the observed percent recovered at the prescribed temperature readings, and report these results as the respective percent evaporated, that is:

$$P_e = P_r + L \quad (9)$$

where:

$L$ = observed loss,

**11**

JA919

$P_e$ = percent evaporated, and

$P_r$ = percent recovered.

11.6 To obtain temperature readings at prescribed percent evaporated, and if no recorded temperature data is available within 0.1 volume % of the prescribed percent evaporated, use either of the two following procedures, and indicate on the report whether the arithmetical procedure or the graphical procedure has been used.

11.6.1 *Arithmetical Procedure*—Deduct the observed loss from each prescribed percent evaporated to obtain the corresponding percent recovered. Calculate each required temperature reading as follows:

$$T = T_L + (T_H - T_L)(R - R_L)/(R_H - R_L) \quad (10)$$

where:

$R$ = percent recovered corresponding to the prescribed percent evaporated,

$R_H$ = percent recovered adjacent to, and higher than $R$,

$R_L$ = percent recovered adjacent to, and lower than $R$,

$T$ = temperature reading at the prescribed percent evaporated,

$T_H$ = temperature reading recorded at $R_H$, and

$T_L$ = temperature reading recorded at $R_L$.

Values obtained by the arithmetical procedure are affected by the extent to which the distillation graphs are nonlinear. Intervals between successive data points can, at any stage of the test, be no wider than the intervals indicated in 10.18. In no case shall a calculation be made that involves extrapolation.

11.6.2 *Graphical Procedure*—Using graph paper with uniform subdivisions, plot each temperature reading corrected for barometric pressure, if required (see 11.3), against its corresponding percent recovered. Plot the IBP at 0 % recovered. Draw a smooth curve connecting the points. For each prescribed percent evaporated, deduct the distillation loss to obtain the corresponding percent recovered and take from the graph the temperature reading that this percent recovered indicates. Values obtained by graphical interpolation procedures are affected by the care with which the plot is made.

NOTE 23—See Appendix XI for numerical examples illustrating the arithmetical procedure.

11.6.3 In most automated instruments, temperature-volume data are collected at 0.1 volume % intervals or less and stored in memory. To report a temperature reading at a prescribed percent evaporated, neither of the procedures described in 11.6.1 and 11.6.2 have to be used. Obtain the desired temperature directly from the database as the temperature closest to and within 0.1 volume % of the prescribed percent evaporated.

## 12. Report

12.1 Report the following information (see Appendix X5 for examples of reports):

12.2 Report the barometric pressure to the nearest 0.1 kPa (1 mm Hg).

12.3 Report all volumetric readings in percentages.

12.3.1 *Manual Method*—Report volumetric readings to the nearest 0.5, and all temperature readings to the nearest 0.5°C (1.0°F).

12.3.2 *Automated Method*—Report volumetric readings to the nearest 0.1, and all temperature readings to the nearest 0.1 °C (0.2°F) or less.

12.4 After barometric corrections of the temperature readings have been made, the following data require no further calculation prior to reporting: IBP, dry point, EP (FBP), decomposition point, and all pairs of corresponding values involving percent recovered and temperature readings.

12.4.1 The report shall state if the temperature readings have not been corrected for barometric pressure.

12.5 When the temperature readings have not been corrected to 101.3 kPa (760 mm Hg) pressure, report the percent residue and percent loss as *observed* in accordance with 10.19 and 11.1, respectively.

12.6 Do not use the corrected loss in the calculation of percent evaporated.

12.7 It is advisable to base the report on relationships between temperature readings and percent evaporated when the sample is a gasoline, or any other product classified under Group 1, or in which the percent loss is greater than 2.0. Otherwise, the report can be based on relationships between temperature readings and percent evaporated or percent recovered. Every report must indicate clearly which basis has been used.

12.7.1 In the manual method, if results are given in percent evaporated versus temperature readings, report if the arithmetical or the graphical procedure was used (see 11.6).

12.8 Report if a drying agent, as described in 7.5.2 or 7.5.3, was used.

12.9 Fig. X1.1 is an example of a tabular report. It shows the percent recovered versus the corresponding temperature reading and versus the corrected temperature reading. It also shows the percent loss, the corrected loss, and the percent evaporated versus the corrected temperature reading.

12

TABLE 8 Repeatability and Reproducibility for Group 1

Case 1:13-cv-01215-TSC Document 118-13 Filed 11/19/15 Page 112 of 170
Standard Test Method for Distillation of Petroleum Products... Page 15 of 28
USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 179 of 460

| Evaporated Point, % | Manual Repeatability[A] | | Manual Reproducibility[A] | | Automated Repeatability[A] | | Automated Reproducibility[A] | |
|---|---|---|---|---|---|---|---|---|
| | °C | °F | °C | °F | °C | °F | °C | °F |
| IBP | 3.3 | 6 | 5.6 | 10 | 3.9 | 7 | 7.2 | 13 |
| 5 | $1.9+0.86S_C$ | $3.4+1.74S_F$ | $3.1+1.74S_C$ | $5.6+1.74S_F$ | $2.1+0.67S_C$ | $3.8+0.67S_F$ | $4.4+2.0S_C$ | $7.9+2.0S_F$ |
| 10 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $2.0+1.74S_C$ | $3.6+1.74S_F$ | $1.7+0.67S_C$ | $3.0+0.67S_F$ | $3.3+2.0S_C$ | $6.0+2.0S_F$ |
| 20 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $2.0+1.74S_C$ | $3.6+1.74S_F$ | $1.1+0.67S_C$ | $2.0+0.67S_F$ | $3.3+2.0S_C$ | $6.0+2.0S_F$ |
| 30–70 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $2.0+1.74S_C$ | $3.6+1.74S_F$ | $1.1+0.67S_C$ | $2.0+0.67S_F$ | $2.6+2.0S_C$ | $4.7+2.0S_F$ |
| 80 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $2.0+1.74S_C$ | $3.6+1.74S_F$ | $1.1+0.67S_C$ | $2.0+0.67S_F$ | $1.7+2.0S_C$ | $3.0+2.0S_F$ |
| 90 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $0.8+1.74S_C$ | $1.4+1.74S_F$ | $1.1+0.67S_C$ | $2.0+0.67S_F$ | $0.7+2.0S_C$ | $1.2+2.0S_F$ |
| 95 | $1.2+0.86S_C$ | $2.2+0.86S_F$ | $1.1+1.74S_C$ | $1.9+1.74S_F$ | $2.5+0.67S_C$ | $4.5+0.67S_F$ | $2.6+2.0S_C$ | $4.7+2.0S_F$ |
| FBP | 3.9 | 7 | 7.2 | 13 | 4.4 | 8 | 8.9 | 16 |

[A] $S_G$ or $S_F$ is the average slope (or rate of change) calculated in accordance with 13.2.

## 13. Precision and Bias

13.1 *Precision:*

13.1.1 The precision of this test method has been determined by the statistical examination of interlaboratory test results obtained by 26 laboratories on 14 gasolines, by 4 laboratories on 8 samples of kerosine by the manual procedure, 3 laboratories on 6 samples of kerosine by the automated procedure, and 5 laboratories on 10 samples of diesel fuel by both the manual and automated procedures. Table A1.1 lists which tables and figures are to be used for the different fuel groups, distillation methods, and temperature scales.

13.1.2 The following terms are used in this section: (1) *r* = repeatability and (2) *R* = reproducibility. The value of any of these terms will depend upon whether the calculations were carried out in °C or °F.

13.2 *Slope or Rate of Change of Temperature:*

13.2.1 To determine the precision of a result, it is generally necessary to determine the slope or rate of change of the temperature at that particular point. This variable, denoted as $S_C$ or $S_F$, is equal to the change in temperature, either in °C or in °F, respectively, per percent recovered or evaporated.

13.2.2 For Group 1 in the manual method and for all groups in the automated method, the precision of the IBP and EP does not require any slope calculation.

13.2.3 With the exception stated in 13.2.2 and in 13.2.4, the slope at any point during the distillation is calculated from the following equations, using the values shown in Table 7:

$$S_C \text{ (or } S_F) = (T_U - T_L)/(V_U - V_L) \qquad (11)$$

where:

$S_C$ = is the slope, °C/volume %,

$S_F$ = is the slope, °F/volume %,

$T_U$ = is the upper temperature, °C (or °F),

$T_L$ = is the lower temperature, °C (or °F),

$V_U$ = is the volume % recovered or evaporated corresponding to $T_U$,

$V_L$ = is the volume % recovered or evaporated corresponding to $T_L$ and

$V_{EP}$ = is the volume % recovered or evaporated corresponding to the end point.

13.2.4 In the event that the distillation end point occurs prior to the 95 % point, the slope at the end point is calculated as follows:

$$S_C \text{ (or } S_F) = (T_{EP} - T_{HR})/(V_{EP} - V_{HR}) \qquad (12)$$

where:

$T_{EP}$ or $T_{HR}$ is the temperature, in °C or °F at the percent volume recovered indicated by the subscript,

$V_{EP}$ or $V_{HR}$ is the volume % recovered.

13.2.4.1 The subscripts in Eq 12 refer to:

$EP$ = end point

$HR$ = highest reading, either 80% of 90%, prior to the end point.

13.2.5 For points between 10 to 85 % recovered which are not shown in Table 7, the slope is calculated as follows:

$$S_C \text{ (or } S_F) = 0.05 \, (T_{(V+10)} - T_{(V-10)}) \qquad (13)$$

https://law.resource.org/pub/us/cfr/ibr/003/astm.d86.2007.html                    2/25/2015

13.2.6 For samples in Group 1, the precision data reported are based on slope values calculated from percent evaporated data.

13.2.7 For samples in Group 2, 3, and 4, the precision data reported (Table 8) are based on slope values calculated from percent recovered data.

13.2.8 When results are reported as volume % recovered, slope values for the calculation of precision are to be determined from percent recovered data; when results are reported as volume % evaporated slope values are to be determined from % evaporated data.

13.3 *Manual Method:*

13.3.1 *Repeatability:*

13.3.1.1 *GROUP 1*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 9 in only one case in twenty.

13.3.1.2 *GROUPS 2, 3, and 4*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from the values in Table 9 in only one case in twenty.

13.3.2 *Reproducibility:*

TABLE 9 Repeatability and Reproducibility for Groups 2, 3 and 4 (Manual Method)

| | Repeatability[A] | | Reproducibility[A] | |
|---|---|---|---|---|
| | °C | °F | °C | °F |
| IBP | $1.0+0.35S_C$ | $1.9+0.35S_F$ | $2.8+0.93S_C$ | $5.0+0.93S_F$ |
| 5–95% | $1.0+0.41S_C$ | $1.8+0.41S_F$ | $1.8+1.33S_C$ | $3.3+1.33S_F$ |
| FBP | $0.7+0.36S_C$ | $1.3+0.36S_F$ | $3.1+0.42S_C$ | $5.7+C.42S_F$ |
| % volume at temperature reading | $0.7+0.92/S_C$ | $0.7+1.66/S_F$ | $1.5+1.78/S_C$ | $1.53+3.20/S_F$ |

[A] Calculate $S_C$ or $S_F$ from 13.2.

13.3.2.1 *GROUP 1*—The difference between two single and independent results obtained by different operators working in different laboratories on identical Test material would, in the normal and correct operation of this method, exceed the values calculated from Table 9 in only one case in twenty.[7]

13.3.2.2 *GROUPS 2, 3, and 4*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from the data in Table 9 in only one case in twenty.[8]

13.4 *Automated Method:*

13.4.1 *Repeatability:*

13.4.1.1 *GROUP 1*—The difference between successive results obtained by the same operator with die same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 8 in only one case in twenty.

13.4.1.2 *GROUPS 2, 3, and 4*—The difference between successive results obtained by the same operator with the same apparatus under constant operating conditions on identical test material would, in the long run, in the normal and correct operation of this test method, exceed the values calculated from Table 10 in only one case in twenty.

13.4.2 *Reproducibility:*

13.4.2.1 *GROUP 1*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from Table 8 in only one case in twenty.[7]

13.4.2.2 *GROUPS 2, 3, and 4*—The difference between two single and independent results obtained by different operators working in different laboratories on identical test material would, in the normal and correct operation of this test method, exceed the values calculated from Table 10 in only one case in twenty.

13.5 *Bias:*

13.5.1 *Bias*—Due to the use of total immersion thermometers, or temperature sensing systems designed to emulate them, the distillation temperatures in this test method are somewhat lower than the true temperatures. The amount of bias depends on the product being distilled and the thermometer used.

13.5.2 *Relative Bias*—There exists a bias between the empirical results of distillation properties obtained by this test method and the true boiling point distillation curve obtained by Test Method D 2892. The magnitude of this bias, and how it relates to test precision, has not been rigorously studied.

13.5.3 *Relative Bias*—An interlaboratory study[6] conducted in 2003 using manual and automated apparatus has concluded that there is no statistical evidence to suggest that there is a bias between manual and automated results.

## 14. Keywords

14.1 batch distillation; distillates; distillation; laboratory distillation; petroleum products

[7] Precision data obtained from RR study on bath manual and automated D 86 units by North American and IP Laboratories.

[8] Table 9 has been derived from the nomographs in Figs. 6 and 7 in ASTM D 86–97.

**14**

TABLE 10 Repeatability and Reproducibility for Groups 2, 3 and 4 (Automated)

| Collected, % | Repeatability[A] | | Reproducibility[A] | |
|---|---|---|---|---|
| | °C | °F | °C | °F |
| IBP | 3.5 | 6.3 | 8.5 | 15.3 |
| 2% | 3.5 | 6.3 | $2.6 + 1.92S_C$ | $4.7 + 1.92S_F$ |
| 5% | $1.1 + 1.08S_C$ | $2.0 + 1.08S_F$ | $2.0 + 2.53S_C$ | $3.6 + 2.53S_F$ |
| 10% | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $3.0 + 2.64S_C$ | $5.4 + 2.64S_F$ |
| 20–70 % | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $2.9 + 3.97S_C$ | $5.2 + 3.97S_F$ |
| 80% | $1.2 + 1.42S_C$ | $2.2 + 1.42S_F$ | $3.0 + 2.64S_C$ | $5.4 + Z64S_F$ |
| 90–95% | $1.1 + 1.08S_C$ | $2.0 + 1.08S_F$ | $2.0 + 2.53S_C$ | $3.6 + 2.53S_F$ |
| FBP | 3.5 | 6.3 | 10.5 | 18.9 |

[A] $S_C$ or $S_F$ is the average slope (or rate of change) calculated in accordance with 13.5.

## ANNEXES
(Mandatory Information)

### A1. REPEATABILITY AND REPRODUCIBILITY DEFINITION AIDS

A1.1 Table A1.1 is an aid for determining which repeatability and reproducibility table or section, is to be used.

TABLE A1.1 Summary of Aids for Definition of Repeatability and Reproducibility

| Group | Method | Temperature Scale | Table or Section to Use | |
|---|---|---|---|---|
| | | | Reproducibility | Repeatability |
| 1 | Manual | °C | Table 8 | Table 8 |
| | | °F | Table 8 | Table 8 |
| 1 | Automated | °C | Table 8 | Table 8 |
| | | °F | Table 8 | Table 8 |
| 2,3,4 | Manual | °C | Table 9 | Table 9 |
| | | °F | Table 9 | Table 9 |
| 2,3,4 | Automated | °C | Table 10 | Table 10 |
| | | °F | Table 10 | Table 10 |

### A2. DETAILED DESCRIPTION OF APPARATUS

A2.1 *Distillation Flasks*—Flasks shall be of heat resistant glass, constructed to the dimensions and tolerances shown in Fig. A2.1 and shall otherwise comply with the requirements of Specification E 1405. Flask A (100 mL) may also be constructed with a ground glass joint, in which case the diameter of the neck shall be the same as the 125-mL flask.

NOTE A2.1—For tests specifying dry point, specially selected flasks with bottoms and walls of uniform thickness are desirable.

A2.2 *Condenser and Condenser Bath*—Typical types of condenser and condenser baths are illustrated in Figs. 1 and 2.

A2.2.1 The condenser shall be made of seamless noncorrosive metal tubing, $560 \pm 5$ mm in length, with an outside diameter of 14 mm and a wall thickness of 0.8 to 0.9 mm.

NOTE A2.2—Brass or stainless steel has been found to be a suitable material for this purpose.

A2.2.2 The condenser shall be set so that $393 \pm 3$ mm of the tube is in contact with the cooling medium, with $50 \pm 3$ mm outside the cooling bath at the upper end, and with $114 \pm 3$ mm outside at the lower end. The portion of the tube projecting at the upper end shall be set at an angle of $75 \pm 3°$ with the vertical. The portion of the tube inside the condenser bath shall be either straight or bent in any suitable continuous smooth curve. The average gradient shall be $15 \pm 1°$ with respect to the horizontal, with no 10-cm section having a gradient outside of the $15 \pm 3°$ range. The projecting lower portion of the condenser tube shall be curved downward for a length of 76 mm and the lower end shall be cut off at an acute angle. Provisions shall be made to enable the flow of the distillate to run down the side of the receiving cylinder. This can be accomplished by using a drip-deflector, which is attached to the outlet of the tube. Alternatively, the lower portion of the condenser tube can be curved slightly backward to ensure

**15**

contact with the wall of the receiving cylinder at a point 25 to 32 mm below the top of the receiving cylinder. Fig. A2.3 is a drawing of an acceptable configuration of the lower end of the condenser tube.

A2.2.3 The volume and the design of the bath will depend on the cooling medium employed. The cooling capacity of the bath shall be adequate to maintain the required temperature for the desired condenser performance. A single condenser bath may be used for several condenser tubes.

https://law.resource.org/pub/us/cfr/ibr/003/astm.d86.2007.html
2/25/2015

A2.3 *Metal Shield or Enclosure for Flask.* (Manual units only).

A2.3.1 *Shield for Gas Burner (see Fig. 1)*—The purpose of this shield is to provide protection for the operator and yet allow easy access to the burner and to the distillation flask during operation. A typical shield would be 480-mm high, 280-mm long and 200-mm wide, made of sheet metal of 0.8-mm thickness (22 gauge). The shield shall be provided with at least one window to observe the dry point at the end of the distillation.

A2.3.2 *Shield for Electric Heater (see Fig. 2)*—A typical shield would be 440-mm high, 200-mm long, and 200-mm wide, made of sheet metal of approximately 0.8-mm thickness (22 gauge) and with a window in the front side. The shield shall be provided with at least one window to observe the dry point at the end of the distillation.

A2.4 *Heat Source:*

A2.4.1 *Gas Burner (see Fig. 1)*, capable of bringing over the first drop from a cold start within the time specified and of continuing the distillation at the specified rate. A sensitive manual control valve and gas pressure regulator to give complete control of heating shall be provided.

A2.4.2 *Electric Heater (see Fig. 2)*, of low heat retention.

NOTE A2.3—Heaters, adjustable from 0 to 1000 W, have been found to be suitable for this purpose.

A2.5 *Flask Support:*

A2.5.1 *Type 1*—Use a Type 1 flask support with a gas burner (see Fig. 1). This support consists of either a ring support of the ordinary laboratory type, 100 mm or larger in diameter, supported on a stand inside the shield, or a platform adjustable from the outside of the shield. On this ring or platform is mounted a hard board made of ceramic or other heat-resistant material, 3 to 6 mm in thickness, with a central opening 76 to 100 mm in diameter, and outside line dimensions slightly smaller than the inside boundaries of the shield.

A2.5.2 *Type 2*—Use a Type 2 flask support assembly with electric heating (see Fig. 2 as one example). The assembly consists of an adjustable system onto which the electric heater is mounted with provision for placement of a flask support board (see A2.6) above the electric heater. The whole assembly is adjustable from the outside of the shield.

A2.6 *Flask Support Board*—The flask support board shall be constructed of ceramic or other heat-resistant material, 3 to 6 mm in thickness. Flask support boards are classified as A, B, or C, based on the size of the centrally located opening, the dimension of which is shown in Table 1. The flask support board shall be of sufficient dimension to ensure that thermal heat to the flask only comes from the central opening and that extraneous heat to the flask other than through the central opening is minimized. (**Warning**—Asbestos-containing materials shall not be used in the construction of the flask support board.)

A2.7 The flask support board can be moved slightly in different directions on the horizontal plane to position the distillation flask so that direct heat is applied to the flask only through the opening in this board. Usually, the position of the flask is set by adjusting the length of the side-arm inserted into the condenser.

A2.8 Provision shall be made for moving the flask support assembly vertically so that the flask support board is in direct contact with the bottom of the distillation flask during the distillation. The assembly is moved down to allow for easy mounting and removal of the distillation flask from the unit.

A2.9 *Receiving Cylinders*—The graduated cylinder shall have a capacity to measure and collect 100 mL. The shape of the base shall be such that the receiver does not topple when placed empty on a surface inclined at an angle of 13° from the horizontal.

A2.9.1 *Manual Method*—The cylinder shall be graduated at intervals of 1 mL and have a graduation at the 100-mL mark. Construction details and tolerances for the graduated cylinder are shown in Fig. A2.4.

A2.9.2 *Automated Method*—The cylinder shall conform to the physical specifications described in Fig. A2.4, except that graduations below the 100-mL mark are permitted, as long as they do not interfere with the operation of the level follower. Receiving cylinders for use in automated units may also have a metal base.

A2.9.3 If required, the receiving cylinder shall be immersed during the distillation to above the 100-mL graduation line in a cooling liquid contained in a cooling bath, such as a tall-form beaker of clear glass or transparent plastic. Alternatively, the receiving cylinder may be placed in a thermostated bath air circulation chamber.

A2.10 *Residue Cylinder*—The graduated cylinder shall have a capacity of 5 or 10 mL, with graduations into 0.1 mL subdivisions, beginning at 0.1 mL. The top of the cylinder may be flared, the other properties shall conform to Specification E 1272.

16

**JA924**



**Flask A, 100 mL**  **Flask B, 125 mL**  **Flask B, 125 mL**

FIG. A2.1 Flask A, 100 mL, Flask B, 125 mL, and Flask B with Ground Glass Joint, 125 mL



FIG. A2.2 Detail of Upper Neck Section

X2.2.3 From the calculated value of $R$, determine the value of volume, as described in A4.8.4.

$$R \text{ volume } \% = R/(S_C) \qquad (X2.3)$$
$$= 5.5/1.1$$
$$= 5.0$$
$$R \text{ volume } \% = R/(S_F)$$
$$= 9.8/1.9$$
$$= 5.1$$

TABLE X2.1 Distillation Data from a Group 1 Sample Automated Distillation

| Distillation Point Recovered, mL | Temperature °C | Temperature°F | Volume (mL) Recovered at 93.3°C (200°F) |
|---|---|---|---|
| | | | 18.0 |
| 10 | 84 | 183 | |
| 20 | 94 | 202 | |
| 30 | 103 | 217 | |
| 40 | 112 | 233 | |
| Distillation Point Evaporated, mL | Temperature°C | Temperature°F | Volume (mL) Evaporated at 93.3°C (200°F) |
| | | | 18.4 |
| 10 | 83 | 182 | |
| 20 | 94 | 201 | |
| 30 | 103 | 217 | |
| 40 | 111 | 232 | |

## X3. TABLES OF CORRECTED LOSS FROM MEASURED LOSS AND BAROMETRIC PRESSURE

X3.1 The table presented as Fig. X3.1 can be used to determine the corrected loss from the measured loss and the barometric pressure in kPa.

X3.2 The table presented as Fig. X3.2 can be used to determine the corrected loss from the measured loss and the barometric pressure in mm Hg.

| Barometric Pressure, kPa | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| from | 76.1 | 80.9 | 84.5 | 87.9 | 89.6 | 91.5 | 93.1 | 94.1 | 95.5 | 96.4 | 97.2 | 97.9 | 98.4 | 98.9 | 99.5 | 100.0 | 100.4 | 100.8 | 101.2 | 101.5 | 102.0 | 102.4 | 102.8 | 103.2 |
| through | 80.8 | 84.4 | 87.2 | 89.5 | 91.4 | 93.0 | 94.0 | 95.4 | 96.3 | 97.1 | 97.8 | 98.3 | 98.8 | 99.4 | 99.9 | 100.3 | 100.7 | 101.1 | 101.4 | 101.9 | 102.3 | 102.7 | 103.1 | 103.5 |
| Observed Loss | /--Corrected Loss----> | | | | | | | | | | | | | | | | | | | | | | | |
| Units | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | 0.37 | 0.35 | 0.33 | 0.31 | 0.29 | 0.27 | 0.25 | 0.23 | 0.20 | 0.18 | 0.16 | 0.14 | 0.13 | 0.11 | 0.09 | 0.06 | 0.04 | 0.02 | −0.00 | −0.02 | −0.06 | −0.09 | −0.13 | −0.17 |
| 1 | 0.63 | 0.65 | 0.67 | 0.69 | 0.71 | 0.73 | 0.75 | 0.78 | 0.80 | 0.82 | 0.86 | 0.86 | 0.87 | 0.89 | 0.92 | 0.94 | 0.96 | 0.98 | 1.00 | 1.03 | 1.06 | 1.09 | 1.13 | 1.17 |
| 2 | 0.89 | 0.95 | 1.01 | 1.08 | 1.14 | 1.20 | 1.26 | 1.33 | 1.40 | 1.46 | 1.52 | 1.67 | 1.62 | 1.68 | 1.75 | 1.81 | 1.87 | 1.94 | 2.00 | 2.08 | 2.17 | 2.27 | 2.38 | 2.51 |
| 3 | 1.16 | 1.25 | 1.36 | 1.46 | 1.57 | 1.67 | 1.77 | 1.88 | 1.99 | 2.09 | 2.19 | 2.28 | 2.37 | 2.47 | 2.58 | 2.89 | 2.79 | 2.90 | 3.00 | 3.13 | 3.29 | 3.48 | 3.63 | 3.84 |
| 4 | 1.41 | 1.66 | 1.70 | 1.84 | 1.99 | 2.14 | 2.28 | 2.43 | 2.59 | 2.73 | 2.87 | 3.00 | 3.12 | 3.26 | 3.41 | 3.56 | 3.70 | 3.85 | 4.00 | 4.18 | 4.40 | 4.63 | 4.89 | 5.18 |
| 5 | 1.68 | 1.86 | 2.04 | 2.23 | 2.42 | 2.61 | 2.79 | 2.98 | 3.19 | 3.37 | 3.55 | 3.71 | 3.87 | 4.05 | 4.25 | 4.44 | 4.62 | 4.81 | 5.00 | 5.23 | 5.51 | 5.81 | 6.14 | 6.52 |
| 6 | 1.94 | 2.16 | 2.39 | 2.61 | 2.84 | 3.08 | 3.30 | 3.53 | 3.78 | 4.01 | 4.23 | 4.42 | 4.62 | 4.84 | 5.08 | 5.31 | 5.53 | 5.77 | 6.00 | 6.28 | 6.63 | 6.99 | 7.40 | 7.86 |
| 7 | 2.20 | 2.46 | 2.73 | 3.00 | 3.27 | 3.55 | 3.80 | 4.08 | 4.38 | 4.65 | 4.90 | 5.14 | 5.37 | 5.63 | 5.91 | 6.18 | 6.44 | 6.73 | 7.00 | 7.33 | 7.74 | 8.17 | 8.65 | 9.20 |
| 8 | 2.49 | 2.76 | 3.07 | 3.38 | 3.70 | 4.02 | 4.31 | 4.63 | 4.98 | 5.28 | 5.58 | 5.85 | 6.12 | 6.41 | 6.74 | 7.06 | 7.36 | 7.69 | 8.00 | 8.38 | 8.86 | 9.35 | 9.90 | 10.53 |
| 9 | 2.72 | 3.07 | 3.41 | 3.76 | 4.12 | 4.49 | 4.82 | 5.18 | 5.57 | 5.92 | 6.26 | 6.56 | 6.87 | 7.20 | 7.57 | 7.93 | 8.27 | 8.65 | 9.00 | 9.43 | 9.97 | 10.53 | 11.16 | 11.87 |
| 10 | 2.98 | 3.37 | 3.76 | 4.15 | 4.55 | 4.96 | 5.33 | 5.73 | 6.17 | 6.56 | 6.94 | 7.28 | 7.52 | 7.99 | 8.41 | 8.81 | 9.19 | 9.60 | 10.00 | 10.48 | 11.08 | 11.71 | 12.41 | 13.21 |
| 11 | 3.24 | 3.67 | 4.10 | 4.53 | 4.97 | 5.43 | 5.84 | 6.28 | 6.77 | 7.20 | 7.61 | 7.99 | 8.37 | 8.78 | 9.24 | 9.68 | 10.10 | 10.56 | 11.00 | 11.53 | 12.20 | 12.89 | 13.67 | 14.55 |
| 12 | 3.50 | 3.97 | 4.44 | 4.92 | 5.40 | 5.90 | 6.35 | 6.83 | 7.36 | 7.84 | 8.29 | 8.71 | 9.12 | 9.57 | 10.07 | 10.56 | 11.02 | 11.52 | 12.00 | 12.59 | 13.31 | 14.07 | 14.92 | 15.89 |
| 13 | 3.76 | 4.27 | 4.78 | 5.30 | 5.83 | 6.36 | 6.86 | 7.39 | 7.96 | 8.47 | 8.97 | 9.42 | 9.86 | 10.36 | 10.90 | 11.43 | 11.93 | 12.48 | 13.00 | 13.64 | 14.43 | 15.25 | 16.17 | 17.22 |
| 14 | 4.03 | 4.58 | 5.13 | 5.69 | 6.25 | 6.83 | 7.38 | 7.94 | 8.56 | 9.11 | 9.64 | 10.13 | 10.61 | 11.15 | 11.74 | 12.31 | 12.85 | 13.44 | 14.00 | 14.69 | 15.54 | 16.43 | 17.43 | 18.56 |
| 15 | 4.29 | 4.88 | 5.47 | 6.07 | 6.68 | 7.30 | 7.87 | 8.49 | 9.15 | 9.75 | 10.32 | 10.85 | 11.36 | 11.93 | 12.57 | 13.18 | 13.76 | 14.40 | 15.00 | 15.74 | 16.66 | 17.61 | 18.68 | 19.90 |
| 16 | 4.55 | 5.18 | 5.81 | 6.45 | 7.10 | 7.77 | 8.38 | 9.04 | 9.75 | 10.39 | 11.00 | 11.58 | 12.11 | 12.72 | 13.40 | 14.06 | 14.68 | 15.36 | 16.00 | 16.79 | 17.77 | 18.79 | 19.94 | 21.24 |
| 17 | 4.81 | 5.48 | 6.16 | 6.84 | 7.53 | 8.24 | 8.89 | 9.53 | 10.35 | 11.03 | 11.68 | 12.27 | 12.66 | 13.51 | 14.23 | 14.93 | 15.59 | 16.31 | 17.00 | 17.84 | 18.88 | 19.97 | 21.19 | 22.58 |
| 18 | 5.07 | 5.78 | 6.50 | 7.22 | 7.96 | 8.71 | 9.40 | 10.14 | 10.94 | 11.65 | 12.35 | 12.99 | 13.61 | 14.30 | 15.07 | 15.80 | 16.50 | 17.27 | 18.00 | 18.89 | 20.00 | 21.15 | 22.44 | 23.91 |
| 19 | 5.33 | 6.08 | 6.84 | 7.61 | 8.38 | 9.18 | 9.91 | 10.69 | 11.54 | 12.30 | 13.03 | 13.70 | 14.36 | 15.09 | 15.90 | 16.68 | 17.42 | 18.23 | 19.00 | 19.94 | 21.11 | 22.39 | 23.70 | 25.25 |
| 20 | 5.59 | 6.39 | 7.18 | 7.99 | 8.81 | 9.65 | 10.41 | 11.24 | 12.14 | 12.94 | 13.71 | 14.41 | 15.11 | 15.88 | 16.73 | 17.55 | 18.33 | 19.19 | 20.00 | 20.99 | 22.23 | 23.51 | 24.95 | 26.59 |
| Tenths | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.1 | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.06 | 0.06 | 0.06 | 0.07 | 0.07 | 0.07 | 0.08 | 0.08 | 0.09 | 0.09 | 0.10 | 0.10 | 0.11 | 0.11 | 0.12 | 0.13 | 0.13 |

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.05 | 0.06 | 0.07 | 0.08 | 0.09 | 0.10 | 0.11 | 0.12 | 0.13 | 0.14 | 0.14 | 0.15 | 0.16 | 0.17 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.27 |
| 0.3 | 0.08 | 0.09 | 0.10 | 0.12 | 0.13 | 0.14 | 0.15 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.38 | 0.40 |
| 0.4 | 0.10 | 0.12 | 0.14 | 0.15 | 0.17 | 0.19 | 0.20 | 0.22 | 0.24 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.37 | 0.38 | 0.40 | 0.42 | 0.45 | 0.47 | 0.50 | 0.52 |
| 0.5 | 0.13 | 0.15 | 0.17 | 0.19 | 0.21 | 0.23 | 0.25 | 0.28 | 0.30 | 0.32 | 0.34 | 0.36 | 0.37 | 0.39 | 0.42 | 0.44 | 0.46 | 0.48 | 0.50 | 0.53 | 0.56 | 0.59 | 0.63 | 0.67 |
| 0.6 | 0.16 | 0.18 | 0.21 | 0.23 | 0.26 | 0.28 | 0.31 | 0.33 | 0.36 | 0.38 | 0.41 | 0.43 | 0.45 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.60 | 0.63 | 0.67 | 0.71 | 0.75 | 0.80 |
| 0.7 | 0.18 | 0.21 | 0.24 | 0.27 | 0.30 | 0.33 | 0.35 | 0.39 | 0.42 | 0.45 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.61 | 0.64 | 0.67 | 0.70 | 0.74 | 0.78 | 0.83 | 0.88 | 0.94 |
| 0.8 | 0.21 | 0.24 | 0.27 | 0.31 | 0.34 | 0.38 | 0.41 | 0.44 | 0.48 | 0.51 | 0.54 | 0.57 | 0.60 | 0.63 | 0.67 | 0.70 | 0.73 | 0.77 | 0.80 | 0.84 | 0.89 | 0.94 | 1.00 | 1.07 |
| 0.9 | 0.24 | 0.27 | 0.31 | 0.35 | 0.38 | 0.42 | 0.45 | 0.50 | 0.54 | 0.57 | 0.61 | 0.64 | 0.67 | 0.71 | 0.75 | 0.79 | 0.82 | 0.86 | 0.90 | 0.95 | 1.00 | 1.06 | 1.13 | 1.20 |

FIG. X3.1 Corrected Loss from Observed Loss and Barometric Pressure kPa

Barometric Pressure, mmHg.

| from | 571 | 607 | 634 | 655 | 672 | 686 | 698 | 706 | 716 | 723 | 729 | 734 | 738 | 742 | 746 | 750 | 753 | 756 | 759 | 762 | 765 | 768 | 771 | 774 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| through | 806 | 633 | 654 | 671 | 685 | 697 | 706 | 715 | 722 | 728 | 733 | 737 | 741 | 745 | 749 | 752 | 755 | 758 | 761 | 764 | 767 | 770 | 773 | 776 |

Observed Loss /--Corrected Loss----->

Units

| 0 | 0.37 | 0.35 | 0.33 | 0.31 | 0.29 | 0.27 | 0.25 | 0.23 | 0.20 | 0.18 | 0.16 | 0.14 | 0.13 | 0.11 | 0.09 | 0.07 | 0.05 | 0.02 | -0.00 | -0.03 | -0.06 | -0.09 | -0.13 | -0.17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.63 | 0.65 | 0.67 | 0.69 | 0.71 | 0.73 | 0.75 | 0.77 | 0.80 | 0.82 | 0.84 | 0.86 | 0.87 | 0.89 | 0.91 | 0.93 | 0.95 | 0.98 | 1.00 | 1.03 | 1.06 | 1.09 | 1.13 | 1.17 |
| 2 | 0.89 | 0.95 | 1.01 | 1.07 | 1.14 | 1.20 | 1.26 | 1.32 | 1.39 | 1.45 | 1.51 | 1.57 | 1.62 | 1.68 | 1.74 | 1.80 | 1.86 | 1.93 | 2.00 | 2.08 | 2.17 | 2.27 | 2.38 | 2.50 |
| 3 | 1.15 | 1.25 | 1.36 | 1.48 | 1.56 | 1.67 | 1.77 | 1.87 | 1.99 | 2.09 | 2.19 | 2.28 | 2.36 | 2.46 | 2.57 | 2.67 | 2.77 | 2.88 | 3.00 | 3.13 | 3.28 | 3.44 | 3.63 | 3.83 |
| 4 | 1.41 | 1.55 | 1.70 | 1.84 | 1.99 | 2.14 | 2.27 | 2.42 | 2.58 | 2.72 | 2.86 | 2.99 | 3.11 | 3.25 | 3.40 | 3.54 | 3.68 | 3.83 | 4.00 | 4.19 | 4.39 | 4.62 | 4.88 | 5.17 |
| 5 | 1.67 | 1.86 | 2.04 | 2.22 | 2.41 | 2.61 | 2.78 | 2.97 | 3.18 | 3.36 | 3.54 | 3.70 | 3.86 | 4.03 | 4.23 | 4.41 | 4.59 | 4.79 | 5.00 | 5.24 | 5.50 | 5.80 | 6.13 | 6.50 |
| 6 | 1.93 | 2.16 | 2.38 | 2.61 | 2.84 | 3.07 | 3.29 | 3.52 | 3.77 | 3.99 | 4.21 | 4.41 | 4.60 | 4.82 | 5.05 | 5.28 | 5.50 | 5.74 | 6.00 | 6.29 | 6.61 | 6.97 | 7.38 | 7.84 |
| 7 | 2.19 | 2.46 | 2.72 | 2.99 | 3.26 | 3.54 | 3.79 | 4.07 | 4.36 | 4.63 | 4.86 | 5.12 | 5.35 | 5.60 | 5.88 | 6.15 | 6.41 | 6.69 | 7.00 | 7.34 | 7.72 | 8.15 | 8.63 | 9.17 |
| 8 | 2.46 | 2.76 | 3.07 | 3.37 | 3.69 | 4.01 | 4.30 | 4.62 | 4.98 | 5.27 | 5.56 | 5.83 | 6.09 | 6.38 | 6.71 | 7.02 | 7.32 | 7.64 | 8.00 | 8.40 | 8.84 | 9.33 | 9.88 | 10.50 |
| 9 | 2.72 | 3.06 | 3.41 | 3.76 | 4.11 | 4.48 | 4.81 | 5.17 | 5.55 | 5.90 | 6.23 | 6.54 | 6.84 | 7.17 | 7.54 | 7.89 | 8.23 | 8.60 | 9.00 | 9.46 | 9.95 | 10.50 | 11.13 | 11.84 |
| 10 | 2.98 | 3.38 | 3.75 | 4.14 | 4.54 | 4.94 | 5.31 | 5.71 | 6.15 | 6.54 | 6.91 | 7.25 | 7.58 | 7.95 | 8.37 | 8.76 | 9.14 | 9.55 | 10.00 | 10.50 | 11.06 | 11.58 | 12.38 | 13.17 |
| 11 | 3.24 | 3.68 | 4.09 | 4.52 | 4.96 | 5.41 | 5.82 | 6.26 | 6.74 | 7.17 | 7.58 | 7.96 | 8.33 | 8.74 | 9.19 | 9.63 | 10.05 | 10.50 | 11.00 | 11.56 | 12.17 | 12.86 | 13.63 | 14.51 |
| 12 | 3.50 | 3.96 | 4.43 | 4.91 | 5.39 | 5.88 | 6.33 | 6.81 | 7.34 | 7.81 | 8.26 | 8.87 | 9.07 | 9.52 | 10.02 | 10.50 | 10.96 | 11.46 | 12.00 | 12.61 | 13.28 | 14.03 | 14.88 | 15.84 |
| 13 | 3.75 | 4.27 | 4.78 | 5.29 | 5.81 | 6.35 | 6.83 | 7.36 | 7.93 | 8.44 | 8.93 | 9.38 | 9.82 | 10.31 | 10.85 | 11.37 | 11.87 | 12.41 | 13.00 | 13.66 | 14.39 | 15.21 | 16.13 | 17.17 |
| 14 | 4.02 | 4.57 | 5.12 | 5.67 | 6.24 | 6.82 | 7.34 | 7.91 | 8.53 | 9.08 | 9.61 | 10.09 | 10.57 | 11.09 | 11.68 | 12.24 | 12.78 | 13.36 | 14.00 | 14.71 | 15.51 | 16.39 | 17.38 | 18.51 |
| 15 | 4.28 | 4.87 | 5.46 | 6.06 | 6.66 | 7.28 | 7.85 | 8.46 | 9.12 | 9.71 | 10.28 | 10.80 | 11.31 | 11.88 | 12.51 | 13.11 | 13.68 | 14.31 | 15.00 | 15.77 | 16.62 | 17.57 | 18.63 | 19.84 |
| 16 | 4.54 | 5.17 | 5.80 | 6.44 | 7.09 | 7.75 | 8.35 | 9.01 | 9.72 | 10.35 | 10.95 | 11.51 | 12.06 | 12.65 | 13.33 | 13.98 | 14.59 | 15.27 | 16.00 | 16.82 | 17.73 | 18.74 | 19.88 | 21.18 |
| 17 | 4.80 | 5.47 | 6.14 | 6.82 | 7.51 | 8.22 | 8.86 | 9.56 | 10.31 | 10.98 | 11.63 | 12.22 | 12.80 | 13.45 | 14.16 | 14.85 | 15.50 | 16.22 | 17.00 | 17.87 | 18.84 | 19.92 | 21.13 | 22.51 |
| 18 | 5.06 | 5.77 | 6.49 | 7.21 | 7.94 | 8.69 | 9.37 | 10.11 | 10.91 | 11.62 | 12.30 | 12.93 | 13.66 | 14.23 | 14.99 | 15.72 | 16.41 | 17.17 | 18.00 | 18.93 | 19.95 | 21.10 | 22.38 | 23.84 |
| 19 | 5.32 | 6.07 | 6.83 | 7.59 | 8.36 | 9.15 | 9.88 | 10.66 | 11.50 | 12.25 | 12.98 | 13.84 | 14.29 | 15.02 | 15.82 | 16.59 | 17.32 | 18.12 | 19.01 | 19.98 | 21.06 | 22.27 | 23.64 | 25.18 |
| 20 | 5.88 | 6.37 | 7.17 | 7.97 | 8.79 | 9.62 | 10.38 | 11.20 | 12.09 | 12.89 | 13.55 | 14.35 | 15.04 | 15.80 | 16.64 | 17.46 | 18.23 | 19.08 | 20.01 | 21.03 | 22.17 | 23.45 | 24.89 | 26.51 |

Tenths

| 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1 | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.05 | 0.06 | 0.06 | 0.07 | 0.07 | 0.07 | 0.08 | 0.08 | 0.09 | 0.09 | 0.10 | 0.10 | 0.11 | 0.11 | 0.12 | 0.13 | 0.13 |
| 0.2 | 0.05 | 0.06 | 0.07 | 0.08 | 0.08 | 0.09 | 0.10 | 0.11 | 0.12 | 0.13 | 0.13 | 0.14 | 0.15 | 0.16 | 0.17 | 0.17 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.27 |
| 0.3 | 0.08 | 0.09 | 0.10 | 0.11 | 0.13 | 0.14 | 0.15 | 0.16 | 0.18 | 0.19 | 0.20 | 0.21 | 0.22 | 0.24 | 0.25 | 0.26 | 0.27 | 0.29 | 0.30 | 0.32 | 0.33 | 0.35 | 0.38 | 0.40 |
| 0.4 | 0.10 | 0.12 | 0.14 | 0.15 | 0.17 | 0.19 | 0.20 | 0.22 | 0.24 | 0.25 | 0.27 | 0.28 | 0.30 | 0.31 | 0.33 | 0.35 | 0.36 | 0.38 | 0.40 | 0.42 | 0.44 | 0.47 | 0.50 | 0.53 |
| 0.5 | 0.13 | 0.15 | 0.17 | 0.19 | 0.21 | 0.23 | 0.25 | 0.27 | 0.30 | 0.32 | 0.34 | 0.36 | 0.37 | 0.39 | 0.41 | 0.43 | 0.45 | 0.48 | 0.50 | 0.53 | 0.56 | 0.59 | 0.63 | 0.67 |
| 0.6 | 0.16 | 0.18 | 0.21 | 0.23 | 0.25 | 0.28 | 0.30 | 0.33 | 0.36 | 0.38 | 0.40 | 0.43 | 0.45 | 0.47 | 0.50 | 0.52 | 0.55 | 0.57 | 0.60 | 0.63 | 0.67 | 0.71 | 0.75 | 0.80 |
| 0.7 | 0.18 | 0.21 | 0.24 | 0.27 | 0.30 | 0.33 | 0.35 | 0.38 | 0.42 | 0.44 | 0.47 | 0.50 | 0.52 | 0.55 | 0.58 | 0.61 | 0.64 | 0.67 | 0.70 | 0.74 | 0.78 | 0.82 | 0.88 | 0.93 |
| 0.8 | 0.21 | 0.24 | 0.27 | 0.31 | 0.34 | 0.37 | 0.41 | 0.44 | 0.48 | 0.51 | 0.54 | 0.57 | 0.60 | 0.63 | 0.66 | 0.70 | 0.73 | 0.76 | 0.80 | 0.84 | 0.88 | 0.94 | 1.00 | 1.07 |
| 0.9 | 0.23 | 0.27 | 0.31 | 0.34 | 0.38 | 0.42 | 0.46 | 0.49 | 0.54 | 0.57 | 0.61 | 0.64 | 0.67 | 0.71 | 0.75 | 0.78 | 0.82 | 0.86 | 0.90 | 0.95 | 1.00 | 1.06 | 1.13 | 1.20 |

FIG. X3.2 Corrected Loss from Observed Loss and Barometric Pressure mm Hg

## X4. PROCEDURE TO EMULATE THE EMERGENT STEM ERROR OF A MERCURY-IN-GLASS THERMOMETER

X4.1 When an electronic or other sensor without an emergent stem error is used, the output of this sensor or the associated data system should emulate the output of a mercury-in-glass thermometer. Based on information supplied by four manufacturers of automated Test Method D 86 equipment, the averaged equations shown in X4.2 and X4.3 have been reported to be in use.

X4.1.1 The equations shown in X4.2 are shown for limited applicability and are shown for information purposes only. In addition to the correction for the emergent stem, the electronic sensor and associated data system will also have to emulate the lag in response time observed for mercury-in-glass thermometers.

X4.2 When a low range thermometer would have been used, no stem correction is to be applied below 20°C. Above this temperature, the correction is calculated using the following formula:

Standard ... ... distillation of petroleum products at ... pressure ... ... of 28
Case 1:13-cv-01215-TSC  Document 118-13  Filed 11/19/15  Page 119 of 170
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 186 of 460

$$ASTM\ 7C\ T_{ebr} = T_t - 1\ 0.000162 \times (T_t - 20°C)^2 \qquad (X4.1)$$

X4.3 When a high range thermometer would have been used, no stem correction is to be applied below 35°C. Above this temperature the correction is calculated using the following formula:

$$ASTM\ 8C\ T_{ebr} = T_t - 0.000131 \times (T_t - 35°C)^2 \qquad (X4.2)$$

where:

$T_{ebr}$ = emulated temperature in °C for low range thermometers,

$T_{ebr}$ = emulated temperature in °C for high range thermometers, and

$T_t$ = true temperature in °C.

## X5. EXPLANATORY REPORT FORMS

X5.1 Fig. X5.1 and Fig. X5.2 show report forms.



FIG. X5.1 Percent Recovered Report Form

Case 1:13-cv-01215-TSC Document 118-13 Filed 11/19/15 Page 120 of 170
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 187 of 460
Standard Test Method for Distillation of Petroleum Products ... 27 of 28



FIG. X5.2 Percent Evaporated Report Form

## SUMMARY OF CHANGES

Subcommittee D02.08 has identified the location of selected changes to this standard since the last issue (D 86–05) that may impact the use of this standard. (Approved Jan. 15, 2007.)

(1) Deleted "natural gasolines" from 1.1.

(2) Deleted "Group 0" from the entire standard.

(3) Added Fig. 6.

Subcommittee D02.08 has identified the location of selected changes to this standard since the last issue, (D 86-04b), that may impact the use of this standard. (Approved July 1, 2005.)

(1) Replaced Table 4 with new values.

(2) Revised 9.1.2-9.1.2.2, 9.1.5, and Notes 9-11.

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 188 of 460

# EXHIBIT 30

EXHIBIT  58
Ashley · · · CE · · 2019
Date 9/27/15
Witness:
MALAMUD

From: Kickstarter
Sent: Fri 10/25/2013 12:16 PM (GMT -7)
To: carl@media.org
Cc:
Bcc:
Subject: Project Update #8: Public Safety Codes of the World: Stand Up For Safety! by Carl Malamud, Public.Resource.Org

# Project Update #8: A Prayer for Our Democracy

Posted by Carl Malamud, Public.Resource.Org ♥ Like

ASCII to ASCII, disk to disk, data thou art and data thou shalt return.

Today, I published 130 more ASTM standards that have been rekeyed into HTML. We have posted a total of 328 ASTM files as scans from PDF and 256 are now available as open HTML. They are available for open access without restriction from our servers. These are a few of these laws with which we have chosen to govern ourselves:

- ASTM D86 (2007): Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure, as required by the EPA in 40 CFR 1065.710.
- ASTM D129 (1964): Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) as required by the EPA in 40 CFR 60.106(i)(2).
- ASTM D257 (1991): Standard Test Method for DC Resistance of Conductance of Insulating Materials as required by the Rural Utilities Service, Department of Agriculture at 7 CFR 1755.860(e)(5).
- ASTM D323 (1958): Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) as required by OSHA in 29 CFR 1910.106(a)(30).
- ASTM D412 (1968): Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension as required by the Food and Drug Administration in 21 CFR 801.410(d).
- ASTM D413 (1982): Standard Test Method for Rubber Property--Adhesion to Flexible Substrate as required by the Coast Guard in 46 CFR 160.055-3.
- ASTM D445 (1972): Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids as required by the FDA in 21 CFR 177.1430(c)(2).
- ASTM D756 (1956): Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service

PRO_00168379



CFR 571.209 S5.2(b).

- ASTM D781 (1971): Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard as required by the Department of Housing and Urban Development in 24 CFR 3280.304(b)(1).
- ASTM D1056 (1973): Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber as required by the National Highway Safety Administration in 49 CFR 571.213.
- ASTM D2156 (1965): Method of Tests for Smoke Density in Flue Gases from Distillate Fuels as required by the Department of Energy in 10 CFR 430 Subpart B.
- ASTM D4268 (1993): Standard Test Method for Testing Fiber Ropes as required by the Coast Guard in 33 CFR 164.74(a)(3)(i).

The rule of law is the secular underpinning of our society. John Adams, in "A Dissertation on the Canon and the Feudal Law" said that for democracy to succeed, we must all know and speak the laws. He said:

*"Let the public disputations become researches into the grounds and nature and ends of government, and the means of preserving the good and demolishing the evil. Let the dialogues, and all the exercises, become the instruments of impressing on the tender mind, and of spreading and distributing far and wide, the ideas of right and the sensations of freedom.*

*In a word, let every sluice of knowledge be opened and set a-flowing."*

For our democracy to succeed, we must all be scanners. ASCII to ASCII, disk to disk. Data thou art and data thou shalt return.

When I started to publish federal law, I sent the ASTM and 9 other



I continue publishing the laws of our land. Let every sluice of knowledge be
set a-flowing. Thanks for your support.

Like Comment on Kickstarter

Want to get these notifications straight to your iPhone?
**Get the Kickstarter app for iPhone.**

PRO_00168381

# EXHIBIT 31

EXHIBI

Ashley Soevyn ........ 12019

Date  2/27/15
Witness:
MALAMOD

From:     Kickstarter
Sent:     Fri 10/18/2013 10:55 AM (GMT -7)
To:       carl@media.org
Cc:
Bcc:
Subject: Project Update #6: Public Safety Codes of the World: Stand Up For Safetyl by Carl Malamud,
         Public.Resource.Org

# Project Update #6: Meet the Code People

Posted by Carl Malamud, Public.Resource.Org ♥ Like

I post legally-mandated public safety codes, like the National Electrical
Code, on our web site for anybody to read. The National Electrical Code is
required by law by the Federal government and by all 50 states. But, not
everybody thinks that's a good idea. In fact, 3 of the big Standards
Development Organizations (SDOs) filed suit against me in U.S. federal
court, alleging "massive copyright infringement." Ouch!

The maker of the National Electrical Code is a wonderful organization called
the National Fire Protection Association. There's lots of code makers out
there, but the NFPA is among the best. They do great work. Their president
is Jim Shannon, whom I've had the pleasure of meeting. He's a dedicated
public servant. The former Attorney General of Massachusetts, he has
personally led the drives to require cigarettes to be fire-safe and to put in
home sprinkler systems. His work has saved many, many lives.

I'm going to let Jim tell you in his own words why he thinks there should be
only one web site that has the National Electrical Code. This video is from
the NFPA free access site and I'm embedding it from YouTube. When he's
done, I want to make 4 points about what this all means.

http://www.youtube.com/watch?v=tBFGjvYOBlM

### Point 1: The Code People Want These Documents To Become the Law

The first thing to realize is that the NFPA really, really wants their documents
to be the law. This isn't some casual appropriation by Big Government, the
entire point of their enterprise is that their documents become law. And,
when that happens, they used to issue a proud press release. Here's a few
examples:

* Michigan Adopts NFPA 1 Fire Codel

PRO_00168360



- West Virginia Adopts Updated Editions of NFPA 70 NFPA 1 and NFPA 101!
- States Move to Improve Fire and Life Safety With Statewide Code Adoptions!



**Point 2: These Are Big Money Operations**

My friend Jim says the NFPA needs the money. All of these code operations are nonprofits, so their tax returns are public. In fact, it's my organization that posts all 7,190,942 nonprofit tax returns on the Internet, so I have ready access to this information (just like you do!). Let's look at the money.

- The NFPA 2011 tax return shows revenue of $80,721,664 and CEO compensation of $1,044,035. They made $10 million in membership dues, $3 million from government grants, and $9 million from training.
- The American Society for Testing and Materials 2011 tax return shows revenue of $61,199,159 and CEO compensation of $914,548. Their tax returns show millions of dollars in revenue in inspection

PRO_00168361

- The American National Standards Institute <u>2012 tax return</u> shows revenue of $36,516,523, including $1,036,926 to Joe Bhatia, their CEO, who lists himself as working 35 hours a week so he has room in his schedule for work-life balance.



**Point 3: The U.S.A. Gold Seal of Approval!**

The code people complain that if everybody can read the law willy-nilly, this is a big burden they will bear. It seems to me that when the government of the United States of America delegates to you law-making power and designates you as the OFFICIAL CREATOR of something like the National Electrical Code, that's a marketing dream come true.

So what if everybody can read, speak, and know the law? What a huge privilege to say "We Are The Official Creators Of An Important Public Safety Law!" Think of all the ancillary products!

- The International Code Council <u>brought in</u> $3.5 in certification

PRO_00168362

of a building ocde? (Think that's impressive? Underwriters Laboratories brought in $834,579,721 in certification revenue!)

- Look at all the amazing value added products that NFPA up-sells on the National Electrical Code. You can buy redlines, handbooks, enhanced eBooks, certificates of educational achievement, special tabbed editions, and much more.

Let's be clear. The only thing that Public.Resource.Org wants to publish is the law. We don't care about standards that aren't the law. We don't care about value-added products. What we care about is that if an organization has law-making power, be they the Environmental Protection Agency or the National Fire Protection Association, we should all have the right to read, know, and speak the law!

(Let's also be clear on one more point. Standards are made by volunteers. They don't get paid, they do this because they believe in their profession. All that money is overhead. We need overhead, but let's not forget who makes the codes.)



PRO_00168363

**Point 4: Is Read-Only Good Enough?**

When I got into the business of making the law available in 2007, there was
no public access to public safety codes. You couldn't reading your building
code without passing the cash register. You couldn't build a web site that
compared OSHA-required safety standards. You couldn't read hazardous
material safety specifications after the BP Oil Spill.

As a direct result of our efforts, the code people are grudgingly providing
limited public access. NFPA, as always, is the best of the lot, but all the
standards bodies have started to provide limited public access in order to
make the case for their monopoly.

- In reaction to our efforts in 2012, the American National Standards
  Institute has created a "reading room" with many standards required
  by the federal government. They're really proud of this effort, but the
  dirty secret is that this site well not let you print, copy, or save the
  standard, you'll have to preregister and accept terms of use, and
  ANSI will be sending out reports to standards bodies about exactly
  what you read and when. (See page 5 of these IEC minutes if you
  don't believe me.) They even have Java software that purports to
  prevent you from making a screengrab.
- In addition to the ANSI effort, quite a few standards bodies have their
  one independent efforts. For example, the American Petroleum
  Institute, the NFPA, and the ASTM have all installed their own
  systems.

There's nothing wrong with ANSI or ASTM or NFPA putting together a web
site. That's great. They should be applauded. But, just imagine if another
law-making agency, such as OSHA, were to put a law on their web site and
say nobody can make a copy of it without prior permission and you can't
print the law the without paying money. Wouldn't you be totally outraged?

PRO_00168364



Making public safety codes isn't about money. The code people have lots of money. They're going to have to adjust their business models, but the Internet has forced all of us to do that.

Making public safety codes available is about the rule of law, it's about the freedom of speech. If the code people get their way and they're the only ones able to post the law on their read-only, no-print, no-save, no-copy web sites, we've made a mockery of constitutional principles of due process, equal protection, and the freedom of speech.

*If the code people get their way, our First Amendment would no longer be about the **Freedom of Speech**. If the code people get their way, our First Amendment becomes the **Freedom to Look But Don't Touch**.*

We can do better than that in our democracy. Please stand by me. Code is law!

PRO_00168365



These images were all prepared by me for my Ignite talk on "Welcome to Code City." Click to watch it.

Like View update

Want to get these notifications straight to your iPhone?
Get the Kickstarter app for iPhone.

PRO_00168366

# EXHIBIT 32

12 Tables of Codes                                                                    Page 1 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 134 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018    Page 201 of 460

# Twelve Tables of Codes

| DIRECTORY OF TABLES | |
|---|---|
| Table 01 | Table of Codes |
| Table 02 | Table of Authorities |
| Table 03 | Table of Revenue and Remuneration |
| Table 04 | Table of Pricing Variances |
| Table 05 | Table of Procurement |
| Table 06 | Table of Production |
| Table 07 | Table of Reverse Lookup |
| Table 08 | Table of Works Consulted |
| Table 09 | Table of Tweets |
| Table 10 | Table of Transformative Use |
| Table 11 | Table of Official Proceedings |
| Table 12 | Table of Requests for Comment |

## § 1. The Right To Know

The right to know the law, so as not to be ignorant, as ignorance of the law is no excuse.

The right to speak the law, so as to inform the citizenry.

The right to know and speak the law is the underpinning of government in ancient and modern times. The right to know and speak the law is the foundation of the doctrine of the Rule of Law, which provides:

- First, that the laws shall be public, that the arbitrary whims of individual men and women have no place in a society ruled by law. We declare ourselves to be nations of laws, not empires of men.
- Second, that the laws shall apply equally to all. There shall not be one minimum wage for people of color and another for white people. There shall not be one court for men and another for women. The vote shall not be reserved for the rich, disenfranchising the poor with poll taxes or other artificial barriers meant to come between a people and their government.
- Third, that there shall be due process under the law. Judgment shall only be applied after a fair and open proceeding; you shall know the

**JA943**

12 Tables of Codes                                                                Page 2 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 135 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018   Page 202 of 460

charges levied against you and shall be provided counsel, so that you may be heard.

When we fail to live up to the Rule of Law, we have failed as a society. Despots may make excuses about extraordinary times or states of emergency, but those reasons are given sheepishly and accepted grudgingly, as we all know that a government that fails to live by the Rule of Law is one that will eventually face the springtime of revolt.

## § 2. The Rule of Law

In the early days of the Roman Republic, the commoners rose against their aristocratic masters and demanded that the laws by which they would be judged should be made known. When the aristocrats resisted, preferring to impose the law arbitrarily, the people quit the city of Rome, leaving the city defenseless and without workers to keep it running.

The great secession led in 450 BCE to the promulgation of the Twelve Tables of Law, which were inscribed on bronze tablets and placed in the agoras for all to read. All citizens were expected to read and know the law, indeed when the Gauls burnt the city in 390 BCE and the tablets were destroyed, all the schoolchildren were able to recite them from memory and they were easily reconstructed.

That the laws shall be written down and promulgated for all to know was a universal value. In Greece, the laws of Solon were inscribed on wooden cylinders and placed in the markets. Aristotle stated in *Politics* that "the rule of law…is preferable to that of any individual…[H]e who bids the law rule may be deemed to bid God and Reason alone rule, but he who bids man rule adds an element of the beast; for desire is a wild beast, and passion perverts the minds of rulers, even when they are the best of men. The law is reason unaffected by desire."

In India, Ashoka the Great ruled from 269 BCE to 231 BCE and inscribed the Code of the Dhamma on 50-foot pillars of stone throughout the land, declaring in Edict Number 4 "that there should be uniformity in law and uniformity in sentencing." Ashoka appointed Dhamma Officers who went out into the provinces, reading the edicts aloud to the people and helping them to understand his laws.

That the law should be known to all was fundamental, but equally important was that the law should not be for sale. When the Barons of

**JA944**

12 Tables of Codes                                                  Page 3 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 136 of 170
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 203 of 460

England confronted King John in 1215 on the meadow of Runnymede, one of their chief complaints was that access to the courts had become matter of access to money and that judgments were for sale to those who chose to pay for them. This led to the most long-lasting provision of Magna Carta, one still in force in the United Kingdom and many other common law jurisdictions:

> Article 40: "To no one will we sell—to no one will we deny or delay—access to right or justice."

Likewise, in Japan, the 7th-century Prince Shokotu recognized that access to the law and justice should not be a matter of access to money. In the 17-Article Constitution, which is also still in effect, he instructed all Ministers and officials of state to observe the principles he set out:

> Article 5: "Of complaints brought by the people there are a thousand in one day. If in one day there are so many, how many will there be in a series of years? If the man who is to decide suits at law makes gain his ordinary motive, and hears causes with a view to receiving bribes, then will the suits of the rich man be like a stone flung into water while the complaints of the poor will resemble water cast upon a stone. Under these circumstances the poor man will not know where to take their complaints."

That all people should know their duties was expressed in China in the first printed book, *The Diamond Sutra,* which was dedicated to "universal free distribution." In the Chinese Buddhist tradition, one gains merit by copying or printing. The writing of the laws began in China in 536 BCE, when Xing Shu inscribed the code of punishments on a bronze tripod for all to see. Then, 20 years later a neighboring state inscribed the laws on an iron tripod, then private citizens copied them onto bamboo. For the next millennium, the Chinese government balanced the Confucian precepts of rule-by-man with the codified principles of rule-by-law.

As new governments were formed to throw off colonial and dynastic yokes, equality under the law and government by Rule of Law became guiding principles. The U.S. Constitution enshrined equality and due process into the fabric of the newly United States. John Adams explained in his *Dissertation on the Canon and Feudal Law* that the key to making this experiment in democracy work would be the participation of an informed citizenry:

**JA945**

12 Tables of Codes                                                    Page 4 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 137 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018   Page 204 of 460

"Let us tenderly and kindly cherish, therefore, the means of knowledge. Let us dare to read, think, speak, and write. Let every order and degree among the people rouse their attention and animate their resolution. Let them all become attentive to the grounds and principles of government, ecclesiastical and civil. Let us study the law of nature; search into the spirit of the British constitution; read the histories of ancient ages; contemplate the great examples of Greece and Rome; set before us the conduct of our own British ancestors, who have defended for us the inherent rights of mankind against foreign and domestic tyrants and usurpers, against arbitrary kings and cruel priests, in short, against the gates of earth and hell."

An informed citizenry requires the freedom to read and write the law. When the issue came before the U.S. Supreme Court, it ruled unanimously in *Wheaton v. Peters* (1834) that the law belonged to the people, not to the government and certainly not to private citizens, stating "no reporter has or can have any copyright in the written opinions delivered by this Court."

The principle that the law belongs to the people was repeatedly affirmed. In *Banks v. Manchester* (1888), the Supreme Court rejected copyright claims over state court opinions. In *Veeck v. Southern Bldg. Code Congress* (2002), the 5th Circuit of the Court of Appeals rejected copyright claims over model building codes that were incorporated into law in Texas, stating "[P]ublic ownership of the law means precisely that 'the law' is in the 'public domain' for whatever use the citizens choose to make of it."

In the 20th Century, governments all over the world have repeatedly reaffirmed the importance of the Rule of Law and of fundamental human rights, which include the right to know what our governments require of us. This right has been particularly important in the formation of the European Union. Article 15 of the Treaty on the Functioning of the European Union emphasized the "right of access to documents of the Union's institutions," the Charter of Fundamental Rights of the European Union guarantees a "right of access to documents," and the Treaty of Amsterdam firmly reaffirmed the principle:

Article 1: "The Union is founded on the principles of liberty, democracy, respect for human rights and fundamental freedoms, and the rule of law, principles which are common to the Member States."

**JA946**

12 Tables of Codes                                                    Page 5 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 138 of 170
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018   Page 205 of 460

The courts in Europe have repeatedly reaffirmed these principles. In the United Kingdom, for example, in *Blackpool v. Locker* (1948), the King's Bench refused to enforce regulations that were not available for the public to read. In *Fothergill v. Monarch Airlines* (1981), the House of Lords stated that "the need for legal certainty demands that the rules by which the citizen is bound should be ascertainable by him." In *Sunday Times v. United Kingdom* (1979), the European Court of Human Rights stated that "[T]he law must be adequately accessible: the citizen must be able to have an indication that is adequate in the circumstances of the legal rules applicable to a given case."

The Rule of Law is not a concept limited to western or northern countries, to developed countries, or any other lines drawn that divide our world into sectors. The Rule of Law unites our world around a basic truth, that all human beings have basic rights. The Universal Declaration of Human Rights (1948) states:

> Article 19: "Everyone has the right to freedom of opinion and expression; this right includes … to seek, receive and impart information and ideas through any media and regardless of frontiers."

The rights of speech and expression are fundamental to any declaration of human rights. The right of access to justice is equally fundamental. There can be no human rights in any meaningful sense if we limit who is allowed to read the law and who is allowed to speak it. Human rights begin with all citizens knowing their duties and their rights under the law.

## § 3. Code is Law

Law has always been technical. Regulation of public safety and the promotion of standards for fair trade have always stood hand-in-hand with the regulation of the procedures of justice. When the Barons at Runnymede forced King John to agree to Magna Carta, the articles guaranteeing access to justice came right after the article proclaiming a system of uniform weights and measures:

> Article 35: "Let there be throughout our kingdom a single measure for wine and a single measure for ale and a single measure for corn, namely 'the London quarter,' and a single width of cloth (whether dyed, russet or halberjet) namely two ells within the selvedges and let it be the same with weights and measures."

**JA947**

England was not unique. In most of the ancient edicts of government, we see the regulation of technology for public safety and the promotion of trade sitting alongside the procedures of justice, the functioning of the divisions of government, and other constitutional issues. In Ashoka's Second Edict he made provisions for the availability of important medical roots and fruits; in other edicts he established systems of irrigation and safe roads. In early Irish law we see provisions of family law sit alongside standards for beekeeping and the proper functioning of watermills.

As our modern era began, the provision of the public safety became an increasingly important function of government. Railways helped open up the United States, but at a tremendous cost in lives from manual hand brakes and link-and-pin couplers for the cars. With the passage of the Railroad Safety Appliance in 1893, the number of accidents fell dramatically as air brakes and automatic couplers became required on all trains.

In American cities, children were dying because milk was being adulterated with fillers such as chalk and kept in grossly unsanitary conditions. With the passage of the Food Act of 1899, the Board of Agriculture was finally able to issue the 1901 Sale of Milk Regulations, establishing standards of purity and hygiene, followed soon after by the Federal Foods and Drugs Act of 1906 which established the Food and Drug Administration.

Perhaps the most significant of the public safety regulations at the turn of the century were the fire codes. The impetus was the horrific New York Triangle Shirtwaist Factory Fire of 1911, where the exit doors were locked shut and 146 garment workers died from fire and smoke, many of them leaping to their deaths from the 10th floor of the factory, a scene so horrific that an observer called it "the day it rained children."

The fire led to the creation of a Committee on Public Safety led by Frances Perkins, and with the backing of Tammany Hall's Al Smith, to the promulgation of mandatory fire codes. Since then, groups such as the National Fire Protection Association have created the high quality building, fire, electrical, and other public safety codes required throughout the world. When those codes are ignored, we see tragedies such as the Bangladesh Tazreen Fashions fire of 2012, a fire that bore a striking and horrifying resemblance to the Triangle Shirtwaist fire 101 years earlier.

**JA948**

12 Tables of Codes                                                    Page 7 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 140 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 207 of 460

In our modern world, public safety regulations are a key function of government. Natural gas and oil, for example, power our modern cities, but those substances can cause grave harm. In the United States, we learned this repeatedly when the Texas City refinery explosion of 2005 killed 15 and injured 170, when the Deepwater Horizon oil spill of 2010 threw 4.9 billion gallons of oil into the Gulf, and when a 30-inch gas pipeline in San Bruno, California, exploded and sent a blast of fire 1,000 feet high.

Technical regulations encompass a huge swathe of our modern life, a natural outcome of our technical society. Building and other codes, food safety, hazardous materials, the environment, occupational safety in factories and farms, and the safety of products are all subject to these regulations. While some may argue there is too much regulation and others argue there is too little, before we can have that discussion the citizenry must be informed.

## § 4. Indefensible Thunderbolts

*Ignorantia juris non excusat* is the well-established doctrine that ignorance of the law is no excuse. That citizens must be notified of the laws that affect them was the genesis of the Federal Register, an official gazette of the United States, established after the Supreme Court ruled in the *Hot Oil Case* (1935) that regulations that the government failed to publish were not valid. Notification of the citizenry of their rights and responsibilities is a requirement of lawmaking.

In most of the world, including the United States, there has arisen a system for technical laws known as incorporation by reference. The standards governing topics such as building codes or hazardous material transport are developed by ostensibly private bodies. The government then publishes a notice in an Official Gazette incorporating these standards into the law, but the text of the standards must often be purchased from a private body.

The private bodies that develop these standards have been delegated law-making authority from their governments. In most cases, these private bodies are created by their governments. The British Standards Institution, for example, was created by a Royal Charter in 1929 and represents the United Kingdom in numerous international forums, including the International Organization for Standardization (which it helped create) and the European Union's European Committee for

**JA949**

12 Tables of Codes

Page 8 of 13

Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 141 of 170
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 208 of 460

Standardization (CEN). As the duly delegated agent for this form of European Union regulation, the British Standards Institution is required to adopt and publish EU standards without change, making the law available to citizens. The official United Kingdom repository of statutes lists hundreds of statutory instruments that mention British Standards Institution documents.

While technical standards have the force of law, the governmental bodies that promulgate these standards and a series of nonprofit organizations that have sprung up besides them all to often maintain that the laws are their private property and can only be accessed after paying a fee. More insidiously, these organizations maintain that they continue to own the documents even after you have paid the fee, exercising controls such as restricting the ability to print the document, or copy it, or even to quote excerpts without their case-by-case prior written approval.

These restrictions on use are implemented through a number of techniques. Many standards are only available in a shrink-wrap license, an agreement that claims that by opening the packaging the reader agrees that they don't own the document but only "license" it and agree not to redistribute or quote without permission. For online distribution, many standards come with Digital Rights Management (DRM) software that ties the document to a specific computer and restricts the ability to copy text from the standard or print it.

These restrictions on use are proclaimed loudly and prominently, with watermarks being put on every page of some documents purchased, strident terms of use, and publicity campaigns reminiscent of the "FBI Warnings" stamped on the beginning of many movies. But, there is a world of difference between a privately created movie and a legal document carrying out the edicts of government. To proclaim ownership of edicts of government is a false proclamation, what is known in the law as the *Doctrine of Brutum Fulmen,* the use of an indefensible thunderbolt to make others give up their rights under the law.

The law belongs to the people, and cannot become the private property of some governmental or non-governmental organization, no matter how seemingly well-deserved are the rents one could extract from winning a monopoly concession on a parcel of the law. While standards bodies need money to carry out their valuable work, and while it is clear that these standards bodies create high-quality documents that are essential to our public safety, one cannot cordon off the public domain simply because of an institutional desire for funds.

**JA950**

12 Tables of Codes                                                                    Page 9 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 142 of 170
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 209 of 460

An examination of the financial status of standards organizations reveals a wide variation in composition and revenue streams. In India, for example, less than 4% of revenue at the Bureau of Indian Standards (BIS) comes from the sales of documents. BIS, like the British Standards Institution, Underwriters Laboratories, Standards New Zealand, and many other organizations throughout the world, have a thriving business in certification and testing.

Some standards bodies, such as the National Fire Protection Association and the International Organization for Standardization, depend more heavily on the sale of standards documents. However, even in these cases there are many other revenue streams and there are opportunities to adjust the business models to more properly reflect the importance of their work throughout society. And, in many cases, there is room for a fresh look at expenses, such as million-dollar CEO salaries, some of the highest salaries in the non-profit world.

Not all standards bodies have become addicted to these copious revenues that accompany these indefensible thunderbolts. In some countries, such as Thailand, Indonesia, and Ecuador, standards are freely available to citizens as a matter of public policy. Many standards bodies thrive on an open standards model, including key areas such as all the standards that govern the operation of the Internet created by the Internet Engineering Task Force and the World Wide Web Consortium, and the food safety standards promulgated in the Codex Alimentarius by the World Health Organization and the Food and Agriculture Organization of the United Nations.

One of the most insidious aspects of the current system is the wide variance of the price of standards. A basket of 11 public safety standards published by the International Organization for Standardization and also required by the European Union was assembled and priced by Public.Resource.Org in the retail outlets of 42 national standards bodies. Even within the European Union the prices varied wildly, from $175 in the Former Yugoslav Republic of Macedonia to in Lithuania to $2628 for the same standards in the United Kingdom. Because access to the standards (and the national forwards to the standards) is vital for economic activity across national borders, the opportunistic pricing by money-hungry standards bodies becomes a tall barrier to trade.

While extracting a tax on each reader of a standards document is an impediment to the Rule of Law, the restriction on reuse of the documents is even more serious. The law is the raw material of democracy, and

**JA951**

Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 143 of 170
USCA Case #17-7039      Document #1715850         Filed: 01/31/2018    Page 210 of 460

being able to work with these documents to create better ways to inform the citizenry is crucial to the proper workings of justice, governance, and politics.

In many cases, the standards promulgated by standards bodies are only available electronically on a web site that only works on a certain of browser, or as a PDF file with a plugin that only runs on certain operating systems. In many cases, the documents are so restricted in use that they won't work with software used by the visually impaired, or the searching capabilities are so restricted that lawyers, paralegals, policy analysts, legislative aides, and government officials are unable to find the passages they need.

One of the most important reasons the law has no restrictions on use is so that innovation may flourish in the marketplace, creating better solutions for citizens, lawyers, government workers, and public safety professionals. Restrictions on reuse have frozen the format of standards documents inside dozens of old web sites and outmoded formats maintained by standards organizations, many of whom run Internet sites that are littered with technical errors and broken software.

Perhaps the most troubling indefensible thunderbolts are when the law is kept secret and may not be consulted. In Estonia, one of the most advanced and democratic societies and generally an exemplar of open government practices, Eesti Standardikeskuse (EVS) received an order with payment via PayPal from Public.Resource.Org for €3,208.68 for the purchase of 166 technical standards required under Estonian law. The next day, the order was cancelled, the money returned, and a notice dispatched indicating that the service was being refused. When we inquired as to why, the answer was a curt 1-line response:

> "We would keep the circumstances to ourselves and we recommend to order the standards from another country."

Even in the case of European Union regulations, which must be adopted by all European Union nations without change, there is a national foreword. Other standards are developed specifically for Estonia and are only available from EVS. Public.Resource.Org wrote to the Honorable Thomas Hendrik Ilves, the President of Estonia and a leader in open government and asked him for help. When he didn't answer, we wrote to the President's aide, and then to the President's son, neither of whom answered. In a society governed by the Rule of Law, should one have to know the President's son to be able to purchase the law? In a modern

**JA952**

12 Tables of Codes                                                    Page 11 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 144 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 211 of 460

democracy, should the government be able to pick and choose who shall know the rules?

### § 5. This Law is Your Law

The U.S. Copyright Office, in the *Compendium of Copyright Office Practices,* states:

> "Edicts of government, such as judicial opinions, administrative rulings, legislative enactments, public ordinances, and similar official legal documents are not copyrightable for reasons of public policy."

In order to promote public education and public safety, equal justice for all, a better informed citizenry, the rule of law, world trade and world peace, Public.Resource.Org has undertaken to make technical edicts of government available on a noncommercial basis, as it is the right of all humans to know and speak the laws that govern them.

The focus in this release is on mandatory public safety standards. In many nations, public safety standards are expressly mandatory. In other countries, elaborate dances are undertaken to protect an illusion that the standards are somehow voluntary, but in each of the documents published there is a compelling public interest and the documents have been promulgated under the direction of government and play a key role in society.

A number of the documents released come directly from the standard bodies, because they make the documents available in draft or in final form. In other cases, such as China, the documents were submitted to the World Trade Organization, which maintains a portal with thousands of standards. These standards are made available to the public as part of the WTO's mandate to promote world trade by requiring full disclosure of the rules and standards governing trade with a country.

Many of the documented released were purchased directly from standards organizations after careful research. Most of the standards were ordered in paper format. For PDF files, such as those that were obtained from the World Trade Organization, the documents were fixed by properly embedding fonts and fixing technical errors.

**JA953**

12 Tables of Codes                                                    Page 12 of 13
Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 145 of 170
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018   Page 212 of 460

One of the most important reasons for making standards available is to allow for transformative uses, proving better access and utility for citizens. Of the standards being published, several hundred have so far been rekeyed and reset by Public.Resource.Org into valid HTML files. Many of the graphics have been redrawn into the open Scalable Vector Graphics (SVG) format so that the graphics can be resized and manipulated. Likewise, mathematical formulas are being reset into the Math Markup Language (MML), providing better access for the visually impaired and better functionality for those wishing to cut and paste formulas.

A number of other transformative uses become possible when the documents have been rekeyed into valid HTML. Proper metadata is added to the document headers, making them accessible and discoverable by search engines. Access protocols such as FTP and rsync allow bulk access and resynchronization to large collections of standards documents. Digital signatures allow users to verify that the documents have not been modified by comparing them to a known good version of the document.

All over the world, for centuries, nations have embraced the concept of the Rule of Law—the principle that prescribed law, rather than the whims and desires of any individual, should govern society. The Rule of Law is enshrined in ancient texts and in modern legislation, treaties, and judicial decisions. It is a central protection against tyranny and against a society where justice is arbitrary and some gain unfair advantage over others.

Only if the law is truly free and available can we expect people and enterprises to obey the law, to know their rights under the law, and to evaluate and participate in the work of improving the law. Only if the law is accessible to all, can we truly say that a society is governed by the Rule of Law.

By making technical standards governing building safety, transportation safety, energy safety, food and water safety, and other important areas readily available to all without restriction, we make society better. First responders and government officials can do more to protect citizens. Small enterprises can more easily and affordable comply with the law and build new businesses. Students, educators, scientists, engineers, policy advocates, journalists, and government workers can more easily read the standards and learn about technology, commerce, and government. They can work to improve the standards themselves, and they can improve upon the accessibility and usefulness of the standards by making searchable databases or better navigational tools.

**JA954**

Case 1:13-cv-01215-TSC   Document 118-13   Filed 11/19/15   Page 146 of 170
USCA Case #17-7039        Document #1715850        Filed: 01/31/2018        Page 213 of 460

Innovation and education will benefit by opening up this world, but at the root are basic issues of democracy and justice. We cannot tell citizens to obey laws that are only available for the rich to read. The current system acts as a poll tax on access to justice, a deliberate rationing and restriction of information critical to our public safety and economic progress.

The law must be easily available to all people, access to the legal system and the texts that make up the law should not be bought, or sold, or rationed. People must have the right—an unfettered right—to read the law.

People must also have the right to communicate the provisions of law to others—to speak the law. When Justice Stephen Breyer said, "if a law isn't public, it isn't a law," he was expressing the long-standing doctrine of the Rule of Law, one that has become ever more important in our information age.

Nobody can deny you the right to read and know the law. Nobody can tell you that justice is for sale. Read the law and make it better. Make your society better and make it safer.

You own your government. The Rule of Law is the rule of the people.

The law is yours to read, yours to know, and yours to speak. This law is your law.

---

Published by Public.Resource.Org
Last Modified January 7, 2013

# EXHIBIT 33

From:       Carl Malamud
Sent:       Wed 8/24/2011 10:52 AM (GMT -7)
To:         Josh Greenberg
Cc:
Bcc:
Subject:    Re: Federal Register/Code of Federal Regulations
Attachments: org.sloan.201108016_to.pdf

Here you go ... I'm not in top form today (been sick, dentist this morning, etc, etc) so hopefully I didn't screw this up and it is semi-coherent.

My biggest worry on these things is over-promising ... I try stay conservative on what I'm promising to deliver and what that will mean to the world. Maybe not the best sales strategy, and certainly one not practiced by some of my nonprofit colleagues. :)

I also want to be very careful that this is framed as an activity meant to help the code producers and building officials make their work better. We're not out to disenfranchise them, this is their job not ours. I don't want to piss them off and have them see this as a threat and I definitely don't want this in court.

Carl

EXHIBIT ___77___
Ashley Soevyn, CSR No. 12019
Date 2/27/15
Witness:
   MALAMUD

**JA957**

PRO_00213130



**PUBLIC.RESOURCE.ORG** ~ *A Nonprofit Corporation*

**Public Works for a Better Government**

**Recoding the Public Safety Codes of California**

Proposal to the Sloan Foundation

August 19, 2011

### 1. Background

This is a proposal to make Title 24 of the California Code of Regulations significantly more usable than it is today. Title 24 contains 5,562 pages of the public safety codes of California—building, electrical, mechanical, plumbing, energy, and fire—the laws that most closely touch our daily lives.

Across the United States, states and municipalities Incorporate by Reference model public safety codes created by groups such as the International Code Council and the National Fire Protection Association. While these model codes have copyright, once incorporated by reference and duly enacted as law by a jurisdiction, the material becomes public domain, a principle most recently articulated in the case of Veeck v. Southern Building Code Congress (293 F.3d 791).

In 2008, when we began our work in this area, none of the public safety codes of the U.S. were on the Internet. Even state web sites such as the California Building Standards Commission directed citizens to sites for purchase of paper copies or electronic products with tight usage restrictions built into the terms of use. The cost for a paper copy of California's 2010 Triennial Edition of Title 24 is $1,177.

In 2008, relying on the Veeck decision, Public.Resource.Org systematically purchased model codes, scanned them, found the relevant regulations or statutes that

PRO_00213131

incorporated specific model codes, and published the results on-line. This collection—
bulk.resource.org/codes.gov—contains 278 public safety codes for 45 states.

Every one of those codes contained strong copyright assertions by the model code
creators and in many cases by the state or municipality. Despite these strong copyright
assertions, and despite extensive national publicity, not a single letter of protest or
legal action was received by Public.Resource.Org.

After about two years, we began to notice most of the code creation bodies in
states and municipalities were now beginning to provide some form of public access to
these laws, usually in a "crippleware" system with no printing, bookmarking, or saving.

Making public safety codes broadly available is more than just an abstract notion of
transparency. These extremely detailed and technical rules are crucial to how we lead
our lives:

- Apprentices wishing to become electricians, plumbers, or carpenters must be
  intimately familiar with the codes in their field and in related fields. Firefighters,
  including volunteer firefighters, should be able to easily read the provisions of
  the fire codes.

- Homeowners should be able to quickly check to see if their home is up to code
  or if a recent repair is up to code. The web sites provided by the code
  developers and the 5,000 page documents published by the state are aimed at
  high-end professionals, and there is a strong barrier (which we hope to reduce)
  to building new kinds of web sites that are aimed at other kinds of users.

- Building supervisors for commercial properties, architectural firms, engineering
  firms, and property developers need to incorporation the code into their plans
  and procedures and internal computing systems. With today's complex

PRO_00213132

computer systems for CAD and engineering, this means having the codes in a format that is computable. That capability is available today in very high-end CAD systems, but developers wishing to incorporate such capability into web-based systems or open source software do not have the raw materials they need.

- Students of architecture and engineering are required to be familiar with the codes and (one would hope) professors of architecture and engineering would be some of the most astute critics of gaps in the codes or malformed specifications. Because of the high cost and inappropriate formatting of today's public safety codes, educational uses of the public safety codes do not exist and we are not seeing graduate students and professors tackling the codes to help improve them.

- Building officials, legislators, realtors, and developers all need to know how the code varies across jurisdictions. Today, there is no place to look in California to see how these codes vary. Variance across jurisdictions is just one of a class of applications not possible when distribution of the laws we must obey is sandwiched into a single government-endorsed web site and a $1200 document.

Today, our public safety codes are locked, available only in specific formats and in specific places. Training materials are not widely available, the one-size-fits-all web sites are aimed at a specific class of existing users, new uses can not be implemented or even imagined because the raw materials of our public safety codes are hidden behind walls. By making these codes more widely available and in better formats, we hope to promote no less than increased awareness of the law, increased observance of the law, and better public safety in our daily lives.

PRO_00213133

The Sloan Foundation, Page 4

**2. California's Title 24**

In 2010, we began working more extensively with the 2010 Triennial edition of California's Title 24 to see if we could set a concrete example of how much better an open code based on open standards can be. The Triennial edition took effect January 1, 2011 and stays in effect for 3 years. To date, we have produced the following transformations:

- We began by "double-keying" the entire code base into XHTML, including all the tables. Double-keying is a process of converting scanned documents by typing them twice and then comparing the results to catch errors. Double-keying achieves accuracies of approximately 99.51%. The HTML markup we produced is quite extensive, including coding of lists, change markers from pervious version and to the model code, tables of contents, indices, and other finding aids.

- This code base was then checked into Google Code, a source code maintenance system along with corollary materials such as documentation. This allows multiple developers to work in a distributed fashion and makes it a truly open source project.

- This summer, working with the Rural Design Collective, a mentoring program for students under our fiscal sponsorship, students have been begun recoding all the mathematical formulas into MathML (which will make the public safety codes accessible for the first time) and transformed further into SVG (which makes the mathematical markup work across a range of browsers, including those that don't support MathML).

- Also working with the Rural Design Collective, we have begun recoding all the graphics into vector graphic files and SVG. This includes providing editable vector art for icons, and other graphic elements used in the public safety codes.

PRO_00213134

### 3. Proposed 2012 Work

This proposal, which covers 12 months of work in 2012, will bring Title 24 to a new level, making the public safety codes far more useful. Our aim is to make Title 24 so much more useful than the version provided by the state that California, model code creators, and jurisdictions across the United States all see very clearly the benefits of creating accessible laws on open standards with much better navigation and production values.

We'd like to make this code so good, it can't be ignored, so that politicians clearly see how much better it is, so citizens clammer to see this happen in their own jurisdictions. Our 2012 work is focused on 8 key tracks.

Track 1: Coding. The first track is on getting the underlying code truly converted. Our work with the Rural Design Collective student mentoring program will be expanded to finish all the coding into MathML, proper geographic coding (e.g., KML) for geographic maps, better icon sets, and much better overall graphics. We will also complete the process of making sure every section number has a unique marker and all tables of indices, cross-citations, and tables of contents point to the correct location.

- Deliverables for Q1: Indices and section numbering coding complete.
- Deliverables for Q2 and Q3: Delivery and incorporation into the main corpus of complete math, geographic, and graphic coding.
- Deliverable for Q4: Quality assurance and cross-browser audit of rendering.

Track 2: User Interface. The second track is on user interface elements and transformation into other formats. User interface elements such as better navigation in the HTML can be vastly improved. In addition, using a CSS-based transformation, we

PRO_00213135

are able to turn the HTML back into PDF, including keeping all pagination and change control markers. This PDF transformation is a technique we've already tested extensively with Title 24. In addition, we are investigating epub and other e-book formats, an area we've worked extensively on in the past.

- Deliverables for Q1: PDF transformation. Design work for UI complete.

- Deliverables for Q2: Better UI in alpha. Investigation of Epub and other formats complete.

- Deliverables for Q3: Better UI in beta.

Track 3: Table of Variances. The third track is to produce a state-wide table of variances. California's Title 24 is the governing law, but individual municipalities will provide local amendments. In addition, there is an ongoing process of notices and errata to the codes. This track will produce a systematic on-going survey of all municipal and county references to Title 24, allowing us to provide a variety of navigation and reference tables. For example, local building contractors will be able to access a table showing how the building code varies in different towns across a county.

- Deliverables for Q1: Tracking of errata and identification of municipal code sections complete.

- Deliverables for Q3: Table of variances published in alpha.

Track 4: Standards Incorporated by Reference. The fourth track addresses standards incorporated by reference into Title 24. The 5,562 pages of Title 24 are only the beginning of the laws that a citizen, contractors, building official, or firefighter must be aware of. Just as the State of California incorporates by reference a model code, the model codes incorporate by reference a large number of technical standards.

PRO_00213136

A few examples of such technical standards are already published on our Title 24 site and each part of Title 24 contains a listing of all standards incorporated by reference. Public.Resource.Org has already published a substantial number of these secondary standards, and will continue to expand that collection.

The Veeck decision is unclear if the holding is recursive. As such, we don't feel it would be wise to simply publish all secondary standards wholesale. Rather, our strategy is to assemble a group of well-qualified engineering professionals and ask them to read the public safety code and then read the standard that is incorporated by reference and render an opinion on how critical the secondary standard is to understanding the law.

Our hope is to have a well-considered body of technical opinion that identifies which are the most important secondary standards, the ones without which it is impossible to understand the law. A simple example is when certain types of fire sprinkler standards are mandated in a fire or electrical code, and the definition of those fire sprinkler standards is contained in a secondary document.

- Deliverables for Q1: Identify venue and participants for study. Identify which standards to make available to group.
- Deliverables for Q2 and Q3: Work with group to complete evaluation of standards.
- Deliverables for Q4: Present results in report, present the report to SDOs, state officials, county officials.

Track 5: Outreach to Users. Outreach is a two-way cycle: we help educate people who will use the codes, but also learn from them what would make the code more useful. We will convene two kinds of meetings in 2012. First, at least 4 workshops will

PRO_00213137

be delivered on "How to Use the Code," aimed at librarians, active homeowners, and other non-professionals. We will also convene at least 4 workshops with contractors, architects, and other professionals to walk them through what we have done with Title 24 and solicit their suggestions and feedback. Our commitment in Track is to "hit the street" and make sure that we've talked with (and listened to) code consumers throughout the state.

- Deliverables for Q2 and Q3: Conduct at least 8 workshops throughout the state.

Track 6: Outreach to Government and SDOs. A key audience for this effort are Standards Development Organizations (SDOs) such as the National Fire Protection Association and governmental bodies that adopt and implement code, such as county building inspectors and the state Building Standards Commission and Office of the Fire Marshall. There is also a national audience for this work with organization such as the Administrative Conference of the United States, which is studying the Incorporation by Reference issues as applied to the Code of Federal Regulations.

Our hope is to raise the bar on all organizations that incorporate by reference public safety codes, persuading them to invest in open interfaces and much better coding. As a member of the Administrative Conference, Carl Malamud has participated extensively in this national dialogue. At the state level and local level, and with the SDOs, we hope to demonstrate that making codes more accessible and more usable is not only good for their business, it is inevitable and they should join the effort instead of fighting it.

- Deliverables for Q2 and Q3: Secure invitations to address or meet with officials of at least 2 professional groups (SDOs or professional associations) and at least 5 governmental bodies (state officials, county or municipal public safety officials or administrators).

PRO_00213138

The Sloan Foundation, Page 9

Track 7: Outreach to Developers. We will make our effort a vibrant open source effort using techniques such as a contest for application developers, appearing at appropriate forums such as the Open Source Convention (OSCON), and at gathering of legal/technical groups such as the ABA Tech show or the annual Center for Computer-Assisted Legal Instruction (CALI).

By turning the codes into well-formed XHTML with standardized markup of tables and standardized formatting of graphics, maps, and formulas, developers will be able to break the code into components and easily repurpose them. For example, a legal information site that serves the California Code of Regulations and the opinions of the California courts will find numerous references in those documents to public safety code provisions. Because the code will be easily parsable, developers could easily build a popup function that allows a user to see the text of a specific provision in the building code referenced in a regulation or court opinion.

In addition to linking into the broader corpus, there are a number of stand-alone applications that a "computable" version of the public safety codes enable. The table of variances will identify modifications to the state safety codes at the local level. However, those variances are typically in reference to the existing code ("Section A.2 of the Building Code is amended with the following provisions"). Developers should be able to integrate the local provisions into the underlying base code to provide a single version with all the provisions.

A third possible set of new applications consist of sub-setting the codes for specific uses, something hard to do with a monolithic PDF file or a hard-coded web site. The codes cover a broad set of uses, but specific provisions are particularly important for classes of use, such as certain types of industrial applications (e.g., a juice factory), for residential construction, or for schools. Being able to pull out the specific provisions

**JA966**

applicable to, e.g., juice factories, and then coupling the public safety with other relevant provisions (such as the FDA's HACCP requirements for food handling) is an application that is not possible today but would be with better public safety codes.

- Deliverables for Q1: Talk to O'Reilly Media, Google, CALI, ABA and secure their participation. Talk to Clay Johnson and others familiar with apps contests and determine if that is feasible.
- Deliverables for Q2 and Q3: Appear in at least 2 developer-rich venues with an in-depth introduction to the codes (e.g., long talks, a workshop, a tutorial) and find several other venues for reaching developers (e.g., a Google tech talk, an O'Reilly video, a series of Ignite talks).

Track 8: Scaling Up and Marketing. The process we've gone through with Title 24 is one that could be repeated in other jurisdictions. More importantly, the process can be quantified based on our experience with operations such as double-keying. As more of the codes get converted, there is also an opportunity for reuse of key elements. For example, turning the national icon sets into vector art only needs to be done once. Likewise, many jurisdictions incorporate with no changes or few changes the same model codes.

In track 8, we will pick at least 10 specific jurisdictions, including the cities of Chicago and New York, and quantify how much it would cost to turn those codes into the same kind of work we are doing on Title 24. By quantifying the cost for converting those codes, and then posting our analysis, we believe we will be in a position to attract other funders to the effort, particularly those with specific geographic focuses. The Knight Foundation, for example, has a particular focus on 26 "Knight Communities." Likewise, the Lilly Endowment is receptive to proposals that help Indianapolis.

PRO_00213140

- Deliverables for Q1 and Q2: Quantify the cost of doing at least 10 jurisdictions. Establish a partnership with Code for America so that the "package" includes not only digitization but implementation of the codes into the relevant jurisdictions.

- Deliverables for Q3 and Q4: Pitch those 10 jurisdictions to appropriate funding bodies, including foundations and governments.

### 4. Metrics

Making Title 24 better has two purposes. First, making a better code should lead to more usage and better uses. Second, making one code better should lead to making all codes better.

- The first metric is the number of users. Our version of Title 24 should have more users than those that purchase the books and DVDs or use the state or SDO-provided web site. We'd like to be number one in the marketplace by the end of the year.

- The second metric is repurposing of our code. We'd like to see Title 24 moved into corporate computing environments, such as universities or architectural firms. While high-end CAD environments already allow high-end professionals to do things like automatically verify compliance of the code in a building plan, such functionality is not available in schools, open source software, or for small contractors or building professionals. Likewise, we'd like to see the legal information vendors integrating the codes into their broader offerings, such as linking code sections into court opinions and the broader California Code of Regulations.

- The third metric is value-added uses: we'd like to see people conducting workshops for apprentices, students, homeowners, or officials using our version of Title 24. Today, training is all conducted on the official materials, and those

PRO_00213141

materials are limited and expensive. That means there are no training classes,
e.g., for homeowners wishing to learn enough about building and fire codes to
be able to evaluate the work done by their contractors. By making alternative
versions of the codes available, we hope to see a flowering of workshops aimed
at previously under-served classes of users and specialized software such as
self-study tests for apprentices studying for licenses.

- The fourth metric is institutional change: we'd like to see the SDOs start copying
  what we did on Title 24 in their own on-line presences and see state and county
  officials start asking hard questions as to why their codes aren't more open. The
  true metric of change, one unlikely to happen in 2012, is for the state to require
  that any codes incorporated by reference be readily available to the public in an
  open format.

#### 4. Project Budget

We are requesting a grant of $200,000 for 2012 to conduct this project. The project
budget is allocated as follows:

| | |
|---|---|
| Track 1: Core coding, including mentoring program for 5 students over the summer and additional student work in the spring and fall. | 30,000 |
| Track 2: UI, styling, and transformations. This track continues for all 12 months of the year at $3,000/month. | 30,000 |
| Track 3: Table of Variances. We aim to work with a student group such as at Berkeley's School of Information and with either a graduate student or a contractor to do core research. | 35,000 |
| Track 4: Standards Incorporated by Reference. Approximately $10,000 of this track is for purchase of standards, the rest of the budget is based on estimate of a group of 20 participants with meeting expense, and either a graduate student or a contractor to help us run the group and draft the report. | 40,000 |

PRO_00213142

| | |
|---|---|
| Track 5: Outreach to Users. We will work with a contractor for development of core materials. The primary expenses are for at least 10 workshops to be held throughout the state. | $30,000 |
| Track 6: Outreach to Government and SDOs. | $10,000 |
| Track 7: Outreach to Developers. The main cost is an apps contest cost of $10,000 and $5,000 for travel, meeting expense, and tchotchkes such as custom USB drives with copies of the code base installed. | $15,000 |
| Track 8: Scaling up and Marketing. | $10,000 |
| Total | $200,000 |

#### 6. Governance and Program Management

Public.Resource.Org is a 501(c)(3) corporation incorporated in 2007 in California. We strongly support best current practices of corporate governance including strong financial controls, conflict of interest policies, and standards of conduct. Information about the company, including board members and major donors, can be found on our about page and on Guidestar.

- IRS Determination

- Audited Financials: 2007, 2008, 2009, 2010

- Articles of Incorporation and Bylaws

Public.Resource.Org has been instrumental in making legal materials in the United States more readily available and we have worked with all 3 branches of the federal government. In 2011, our major projects have included working with Speaker John Boehner and Chairman Darrell Issa to make available an archive of approximately 5,000 congressional hearings and working with a number of partners to digitize and officially certify as federal electronic reference copies 3.3 million pages of briefs submitted to the 9th Circuit of the U.S. Court of Appeals.

PRO_00213143

Carl Malamud is the principal investigator on this proposal and the President of Public.Resource.Org. The author of 8 books, Malamud was previously founder of the Internet Multicasting Service and the Chief Technology Officer at the Center for American Progress. He is credited with creating the first radio station on the Internet and was responsible for placing the SEC EDGAR database online.  He is the winner of the Berkman Award from Harvard "for his extraordinary contributions to the Internet's impact on society," the Pioneer Award from the EFF, and the Bill Farr Award from the First Amendment Coalition.

**7. Background Links**

- Noam Cohen, Who Owns the Law? Arguments May Ensue, New York Times, September 28, 2008

- Nathan Halverson, He's giving you access, one document at a time, Santa Rosa Press Democrat, September 3, 2008.

- Carl Malamud, Welcome to Code City!, Ignite Sebastopol, Hopmonk Tavern, October 20, 2010

- Matthew B. Stannard, Sebastopol man puts code manuals online, San Francisco Chronicle, September 27, 2008

PRO_00213144

USCA Case #17-7039      Document #1715850        Filed: 01/31/2018      Page 230 of 460

# EXHIBIT 34

EXHIBIT ___65___
Ashley Soevyn, CSR No. 12019

Date___2/27/15___
Witness:
          MALAMUD

From:      Carl Malamud
Sent:      Fri 8/09/2013 4:58 PM (GMT -7)
To:        REDACTED
Cc:
Bcc:
Subject: Re: sult

In case you're interested about the documents at issue, here's a good look:

https://www.google.com/search?q=nfpa+site%3Alaw.resource.org
https://www.google.com/search?q=astm+site%3Alaw.resource.org
https://www.google.com/search?q=ashrae+site%3Alaw.resource.org

I screwed up some of the pdf's and some of the SEO stuff, but for the most part it came out pretty nicely. I've got 11,000 standards, plus the state and city codes and court opinions, and we're coming up pretty well in searches.

PRO_00221842

# EXHIBIT 38

EXHIBIT 43
Ashley Soewyn, CSR No. 12019
Date 2/26/15
Witness:
MALAMUD



**JA975**

| downloads | identifier | title |
|---|---|---|
| 27 | gov.law.astm.d1246.1995 | ASTM D1246: Bromide - Titrimetric |
| 57 | gov.law.astm.b224.1980 | ASTM B224: Standard Classification of Coppers |
| 93 | gov.law.astm.a483.1964 | ASTM A483: Standard Specification for Silicomanganese |
| 133 | gov.law.astm.a502.1976 | ASTM A502: Steel Structural Rivets |
| 87 | gov.law.astm.a100.1969 | ASTM A100: Standard Specification for Ferrosilicon |
| 39 | gov.law.astm.d3559.2003 | ASTM D3559: Standard Test Methods for Lead in Water |
| 37 | gov.law.astm.f1014.1992 | ASTM F1014: Standard Specification for Flashlights on Vessels |
| 45 | gov.law.astm.c5.1979 | ASTM C5: Standard Specification for Quicklime for Structural Purposes |
| 33 | gov.law.astm.e29.2002 | ASTM E29: Standard Specification for Diesel Fuel Oils |
| 37 | gov.law.astm.c56.1971 | ASTM C56: Standard Specification for Structural Clay Nonloadbearing Tile |
| 29 | gov.law.astm.f1323.1998 | ASTM F1323: Standard Specification for Shipboard Incinerators |
| 49 | gov.law.astm.a496.1978 | ASTM A496: Deformed Steel Wire for Concrete Reinforcement |
| 46 | gov.law.astm.c150.2007 | ASTM C150: Standard Specification for Portland Cement |
| 74 | gov.law.astm.d1835.1997 | ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases |
| 38 | gov.law.astm.f1273.1991 | ASTM F1273: Standard Specification for Tank Vent Flame Arresters |
| 77 | gov.law.astm.d396.2002 | ASTM D396: Standard Specification for Fuel Oils |
| 78 | gov.law.astm.f1123.1987 | ASTM F1123: Standard Specification for Non-Metallic Expansion Joints |
| 32 | gov.law.astm.d3697.1992 | ASTM D3697: Standard Test Method for Antimony in Water |
| 62 | gov.law.astm.f2413.2005 | ASTM F2413: Performance Requirements for Protective Footware |
| 71 | gov.law.astm.d1081.1960 | ASTM D1081: Test for Evaluating Rubber Property--Sealing Pressure |
| 36 | gov.law.astm.f1003.1986 | ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats |
| 57 | gov.law.astm.f1139.1988 | ASTM F1139: Standard Specification for Steam Traps and Drains |
| 31 | gov.law.astm.b227.1970 | ASTM B227: Hard-Drawn Copper-Clad Steel Wire |
| 159 | gov.law.astm.d975.2007 | ASTM D975: Standard Specification for Diesel Fuel Oils |
| 47 | gov.law.astm.e260.1996 | ASTM E260: Standard Practice for Packed Column Gas Chromatography |
| 48 | gov.law.astm.f1122.1987 | ASTM F1122: Standard Specification for Quick Disconnect Couplings |
| 83 | gov.law.astm.c549.1981 | ASTM C549: Standard Specification for Perlite Loose Fill Insulation |
| 101 | gov.law.astm.c32.1973 | ASTM C32: Standard Specification for Sewer and Manhole Brick |
| 262 | gov.law.astm.c150.1917 | ASTM C150: Standard Specification for Portland Cement |
| 59 | gov.law.astm.f1196.1994 | ASTM F1196: Standard Specification for Sliding Watertight Door Assemblies |

JA976

| downloads | identifier | title |
|---|---|---|
| 70 | gov.law.astm.e163.1963 | ASTM E163: Methods for Fire Tests of Window Assemblies |
| 62 | gov.law.astm.d1126.2002 | ASTM D1126: Standard Test Method for Hardness in Water |
| 78 | gov.law.astm.c52.1954 | ASTM C52: Specification for Gypsum Partition Tile or Block |
| 173 | gov.law.astm.d1068.2003 | ASTM D1068: Standard Test Methods for Iron in Water |
| 83 | gov.law.astm.a82.1979 | ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement |
| 41 | gov.law.astm.c720.1989 | ASTM C720: Spray Applied Fibrous Insulation for Elevated Temperature |
| 101 | gov.law.astm.c150.1999 | ASTM C150: Standard Specification for Portland Cement |
| 113 | gov.law.astm.d1535.1968 | ASTM D1535: Specifying Color by the Munsell System |
| 50 | gov.law.astm.a449.1978 | ASTM A449: Quenched and Tempered Steel Bolts and Studs |
| 84 | gov.law.astm.a611.1972 | ASTM A611: Steel, Cold-rolled Sheet, Carbon, Structural |
| 120 | gov.law.astm.b85.1984 | ASTM B85: Standard Specification for Aluminum-Alloy Die Castings |
| 208 | gov.law.astm.a391.1965 | ASTM A391: Standard Specification for Alloy Steel Chain |
| 92 | gov.law.astm.e774.1997 | ASTM E774: Standard Specifications for Sealed Insulating Glass Units |
| 89 | gov.law.astm.d975.1998 | ASTM D975: Standard Specification for Diesel Fuel Oils |
| 96 | gov.law.astm.d4268.1993 | ASTM D4268: Standard Test Method for Testing Fiber Ropes |
| 120 | gov.law.astm.a36.1997 | ASTM A36: Standard Specification for Carbon Structural Steel |
| 311 | gov.law.astm.d1193.1977 | ASTM D1193: Standard Specification for Reagent Water |
| 179 | gov.law.astm.a185.1979 | ASTM A185: Steel Wire Fabric for Concrete Reinforcement |
| 32 | gov.law.astm.d2036.1998 | ASTM D2036: Standard Test Method for Cyanides in Water |
| 187 | gov.law.astm.a36.1977 | ASTM A36: Standard Specification for Carbon Structural Steel |
| 144 | gov.law.astm.d388.1998 | ASTM D388: Standard Classification of Coals by Rank |
| 179 | gov.law.astm.d2515.1966 | ASTM D2515: Standard Specification for Kinematic Glass Viscosity |
| 324 | gov.law.astm.c476.1971 | ASTM C476: Standard Specification for Grout for Masonry |
| 497 | gov.law.astm.d88.1956 | ASTM D88: Standard Test Method for Saybolt Viscosity |
| 226 | gov.law.astm.a47.1968 | ASTM A47: Standard Specification for Malleable Iron Castings |
| 248 | gov.law.astm.e298.1968 | ASTM E298: Standard Methods for Assay of Organic Peroxides |
| 64 | gov.law.astm.f2412.2005 | ASTM F2412: Standard Test Methods for Foot Protection |
| 41 | gov.law.astm.d1688.1995 | ASTM D1688: Standard Test Method for Copper in Water |
| 31 | gov.law.astm.f1006.1986 | ASTM F1006: Standard Specification for Entrainment Separators for Use in Marine Piping Applications |

JA977

| downloads | identifier | title |
|---|---|---|
| 47 | gov.law.astm.a285.1978 | ASTM A285: Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength |
| 20 | gov.law.astm.d3371.1995 | ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography |
| 43 | gov.law.astm.e773.1997 | ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Glass Units |
| 44 | gov.law.astm.f1197.1989 | ASTM F1197: Standard Specificatiion for Sliding Watertight Door Control Systems |
| 42 | gov.law.astm.c564.1970 | ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings |
| 41 | gov.law.astm.d1552.1995 | ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) |
| 44 | gov.law.astm.d4444.1992 | ASTM D4444: Standard Test Method for Use and Calibration of Hand-Held Moisture Meters |
| 39 | gov.law.astm.d1415.1988 | ASTM D1415: Standard Practice for Rubber and Rubber Latices--Nomenclature |
| 45 | gov.law.astm.e168.1967 | ASTM E168: Standard Practices for General Techniques of Infrared Quantitative Analysis |
| 71 | gov.law.astm.b21.1983 | ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes |
| 43 | gov.law.astm.e168.1988 | ASTM E168: Standard Practices for General Techniques of Infrared Quantitative Analysis |
| 75 | gov.law.astm.d86.2007 | ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure |
| 79 | gov.law.astm.d3173.1987 | ASTM D3173: Standard Test Method for Moisture in the Analysis Sample of Coal and Coke |
| 34 | gov.law.astm.d1266.1998 | ASTM D1266: Standard Test Method for Sulfur in Petroleum Products (Lamp Method) |
| 45 | gov.law.astm.f1548.1994 | ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications |
| 29 | gov.law.astm.e1590.2001 | ASTM E1590: Standard Test Method for Fire Testing of Mattresses |
| 61 | gov.law.astm.d6503.1999 | ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert |
| 87 | gov.law.astm.d512.1999 | ASTM D512: Standard Test Methods for Chloride Ion In Water |
| 74 | gov.law.astm.d3176.1989 | ASTM D3176: Standard Practice for Ultimate Analysis of Coal and Coke |
| 63 | gov.law.astm.d2234.1998 | ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal |
| 31 | gov.law.astm.d660.1944 | ASTM D660: Evaluating Degree of Resistant to Checking of Exterior Paints |
| 65 | gov.law.astm.a242.1979 | ASTM A242: Standard Specification for High-Strength Low-Alloy Structural Steel |
| 42 | gov.law.astm.d1200.1970 | ASTM D1200: Viscosity of Paints, Varnishes and Lacquers by Ford Viscosity Cup |
| 38 | gov.law.astm.f1172.1988 | ASTM F1172: Fuel Oil Meters of the Volumetric Positive Displacement Type |
| 54 | gov.law.astm.f715.1981 | ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage |
| 42 | gov.law.astm.d3168.1973 | ASTM D3168: Standard Recommended Practices for Qualitative Identification of Polymers in Emulsion Paints |
| 43 | gov.law.astm.f1121.1987 | ASTM F1121: Standard Specification for International Shore Connections for Marine Fire Applications |

**JA978**

| downloads | identifier | title |
|---|---|---|
| 36 | gov.law.astm.f631.1980 | ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments |
| 37 | gov.law.astm.d4763.1988 | ASTM D4763: Standard Practice for Identification of Chemicals in Water by Fluorescence Spectroscopy |
| 60 | gov.law.astm.f631.1993 | ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments |
| 57 | gov.law.astm.e84.2001 | ASTM E84: Standard Test Method for Surface Burning Characteristics of Building Materials |
| 17 | gov.law.astm.d1943.1996 | ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water |
| 34 | gov.law.astm.d1946.1990 | ASTM D1946: Standard Method for Analysis of Reformed Gas by Gas Chromatography |
| 61 | gov.law.astm.e169.1987 | ASTM E169: Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis |
| 28 | gov.law.astm.d129.1995 | ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) |
| 28 | gov.law.astm.d5257.1997 | ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography |
| 109 | gov.law.astm.d2857.1970 | ASTM D2857: Standard Method of Test for Dilute Solution Viscosity of Polymers |
| 64 | gov.law.astm.d1253.1986 | ASTM D1253: Standard Test Method for Residual Chlorine in Water |
| 53 | gov.law.astm.f478.1992 | ASTM F478: Standard Specification for In-Service Care of Insulating Line Hose and Covers |
| 71 | gov.law.astm.c1045.2001 | ASTM C1045: Standard Practice for Calculating Thermal Transmission Properties from Steady-State Heat Flux Measurements |
| 66 | gov.law.astm.d56.1970 | ASTM D56: Standard Test Method for Flash Point by Tag Closed Cup Tester |
| 62 | gov.law.astm.a514.1977 | ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding |
| 40 | gov.law.astm.f1020.1986 | ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications |
| 51 | gov.law.astm.a617.1979 | ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcement |
| 87 | gov.law.astm.a490.1979 | ASTM A490: Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints |
| 225 | gov.law.astm.f1155.1998 | ASTM F1155: Standard Practice for Selection and Application of Piping System Materials |
| 141 | gov.law.astm.e72.1980 | ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels for Building Construction |
| 85 | gov.law.astm.b557.1984 | ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products |
| 99 | gov.law.astm.e681.1985 | ASTM E681: Standard Test Method for Concentration Limits of Flammability of Chemicals |
| 157 | gov.law.astm.c330.1999 | ASTM C330: Standard Specification for Lightweight Aggregates for Structural Concrete |
| 57 | gov.law.astm.e776.1987 | ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel |
| 92 | gov.law.astm.d1415.1968 | ASTM D1415: Tentative Method of Test for International Hardness of Vulcanized Natural and Synthetic Rubbers |
| | | ASTM D785: Standard Method of Test for Rockwell Hardness of Plastics and Electrical Insulating |

JA979

| downloads | identifier | title |
|---|---|---|
| 130 | gov.law.astm.b193.1987 | ASTM B193: Standard Test Method for Resistivity of Electrical Conductor Materials |
| 33 | gov.law.astm.f808.1983 | ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled Environments |
| 87 | gov.law.astm.a307.1978 | ASTM A307: Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength |
| 189 | gov.law.astm.d257.1991 | ASTM D257: Standard Test Method for DC Resistance of Conductance of Insulating Materials |
| 101 | gov.law.astm.d3236.1988 | ASTM D3236: Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials |
| 64 | gov.law.astm.d976.1991 | ASTM D976: Standard Test Method for Calculated Cetane Index of Distillate Fuels |
| 68 | gov.law.astm.c516.1980 | ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulation |
| 48 | gov.law.astm.f1201.1988 | ASTM F1201: Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F |
| 40 | gov.law.astm.a203.1997 | ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel |
| 54 | gov.law.astm.f722.1982 | ASTM F722: Standard Specification for Welded Joints for Shipboard Piping Systems |
| 82 | gov.law.astm.a500.1978 | ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes |
| 59 | gov.law.astm.a633.1979 | ASTM A633: Standard Specification for Normalized High-Strength Low Alloy Structural Steel |
| 67 | gov.law.astm.a416.1974 | ASTM A416: Uncoated Seven-Wire Stress-Relieved Strand for Prestressed Concrete |
| 161 | gov.law.astm.g21.1990 | ASTM G21: Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi |
| 62 | gov.law.astm.c4.1962 | ASTM C4: Standard Specification for Clay Drain Tile and Perforated Clay Drain Tile |
| 25 | gov.law.astm.a184.1979 | ASTM A184: Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement |
| 64 | gov.law.astm.a501.1976 | ASTM A501: Hot-Formed Welded and Seamless Carbon Steel Structural Tubing |
| 47 | gov.law.astm.d4420.1994 | ASTM D4420: Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography |
| 152 | gov.law.astm.d1692.1968 | ASTM D1692: Test for Flammability of Plastic Sheeting and Cellular Plastics |
| 81 | gov.law.astm.d1072.1990 | ASTM D1072: Standard Test Method for Total Sulfur in Fuel Gases |
| 129 | gov.law.astm.d2156.1965 | ASTM D2156: Method of Tests for Smoke Density in Flue Gases from Distillate Fuels |
| 37 | gov.law.astm.e23.1993 | ASTM E23: Standard Test Method for Notched Bar Impact Testing of Metallic Materials |
| 118 | gov.law.astm.e408.1971 | ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques |
| 104 | gov.law.astm.d1945.1996 | ASTM D1945: Standard Test Method for Analysis of Natural Gas By Gas Chromatography |

JA980

| downloads | identifier | title |
|---|---|---|
| 70 | gov.law.astm.c1224.2003 | ASTM C1224: Standard Specification for Reflective Insulation for Building Applications |
| 100 | gov.law.astm.d2247.1968 | ASTM D2247: Standard Practice for Testing Water Resistance of Coatings in 100 Percent Relative Humidity |
| 56 | gov.law.astm.e1719.1997 | ASTM E1719: Standard Test Method for Vapor Pressure of Liquids by Ebulliometry |
| 74 | gov.law.astm.d1475.1960 | ASTM D1475: Standard Test Method for Density of Paint, Varnish, Lacquer, and Related Products |
| 79 | gov.law.astm.d750.1968 | ASTM D750: Recommended Practice for Rubber Deterioration in Carbon-Arc or Weathering Apparatus |
| 369 | gov.law.astm.e606.1980 | ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing |
| 231 | gov.law.astm.e258.1967 | ASTM E258: Standard Test Method for Total Nitrogen Inorganic Material by Modified Kjeldahl Method |
| 159 | gov.law.astm.d1335.1967 | ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings |
| 104 | gov.law.astm.d4177.1995 | ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products |
| 126 | gov.law.astm.d86.2001 | ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure |
| 84 | gov.law.astm.c139.1973 | ASTM C139: Standard Specification for Concrete Masonry Units for Construction of Catch Basins and Manholes |
| 83 | gov.law.astm.e11.1970 | ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes |
| 138 | gov.law.astm.b580.1979 | ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum |
| 130 | gov.law.astm.a497.1979 | ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement |
| 75 | gov.law.astm.a570.1979 | ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality |
| 49 | gov.law.astm.a441.1979 | ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel |
| 62 | gov.law.astm.d413.1982 | ASTM D413: Standard Test Method for Rubber Property--Adhesion to Flexible Substrate |
| 47 | gov.law.astm.d129.2000 | ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) |
| 197 | gov.law.astm.b209.1996 | ASTM B209: Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate |
| 188 | gov.law.astm.e145.1994 | ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventilation Ovens |
| 154 | gov.law.astm.d93.2002 | ASTM D93: Standard Test Method for Flash Point by Pensky-Martens Closed Cup Tester |
| 82 | gov.law.astm.e11.1995 | ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes |
| 168 | gov.law.astm.e96.1995 | ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials |
| 46 | gov.law.astm.a618.1974 | ASTM A618: Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing |
| 232 | gov.law.astm.c90.1970 | ASTM C90: Standard Specification for Hollow Load-Bearing Concrete Masonry Units |
| 102 | gov.law.astm.a615.1979 | ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| 131 | gov.law.astm.c34.1962 | ASTM C34: Standard Specification for Structural Clay Load-Bearing Wall Tile |

JA981

| downloads | identifier | title |
|---|---|---|
| 93 | gov.law.astm.e424.1971 | ASTM E424: Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials |
| 35 | gov.law.astm.d2460.1997 | ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water |
| 50 | gov.law.astm.a572.1979 | ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality |
| 155 | gov.law.astm.d2724.1987 | ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics |
| 37 | gov.law.astm.c1149.2002 | ASTM C1149: Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation |
| 987 | gov.law.astm.d412.1968 | ASTM D412: Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension |
| 53 | gov.law.astm.c509.1984 | ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material |
| 114 | gov.law.astm.d1564.1971 | ASTM D1564: Standard Method of Testing Flexible Cellular Materials--Slab Urethane Foam |
| 103 | gov.law.astm.d1056.1973 | ASTM D1056: Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber |
| 869 | gov.law.astm.a370.1977 | ASTM A370: Standard Test Method and Definitions for Mechanical Testing of Steel Products |
| 168 | gov.law.astm.d1067.2002 | ASTM D1067: Standard Test Method for Acidity or Alkalinity of Water |
| 303 | gov.law.astm.d5865.1998 | ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke |
| 411 | gov.law.astm.e23.1982 | ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials |
| 154 | gov.law.astm.f476.1984 | ASTM F476: Standard Test Method for Security of Swinging Door Assemblies |
| 36 | gov.law.astm.f1120.1987 | ASTM F1120: Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications |
| 134 | gov.law.astm.d2013.1986 | ASTM D2013: Standard Method of Preparing Coal Samples for Analysis |
| 43 | gov.law.astm.f1957.1999 | ASTM F1957 (1999): Standard Test Method for Composite Foam Hardness Durometer Hardness |
| 31 | gov.law.astm.f1193.2004 | ASTM F1193 (2004): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices |
| 28 | gov.law.astm.f853.2004 | ASTM F853 (2004): Standard Practice for Maintenance Procedures for Amusement Rides and Devices |
| 104 | gov.law.astm.f2291.2004 | ASTM F2291 (2004): Standard Practice for Design of Amusement Rides and Devices |
| 29 | gov.law.astm.f2374.2000 | ASTM F2374 (2000): Standard Practice for Design, Manufacture, Operation, and Maintenance of Inflatable Amusement Devices |
| 37 | gov.law.astm.f770.2006 | ASTM F770 (2006): Standard Practice for Ownership and Operation of Amusement Rides and Devices |
| 34 | gov.law.astm.f747.2006 | ASTM F747 (2006): Standard Terminology Relating to Amusement Rides and Devices |
| 31 | gov.law.astm.f846.1992 | ASTM F846 (1992): Standard Guide for Testing Performance of Amusement Rides and Devices |

JA982

| downloads | identifier | title |
|---|---|---|
| 22 | gov.law.astm.f853.2005 | ASTM F853 (2005): Standard Practice for Maintenance Procedures for Amusement Rides and Devices |
| 55 | gov.law.astm.f893.2005 | ASTM F893 (2005): Standard Guide for Inspection of Amusement Rides and Devices |
| 32 | gov.law.astm.f2137.2001 | ASTM F2137 (2001): Standard Practice for Measuring the Dynamic Characteristics of Amusement Rides and Devices |
| 37 | gov.law.astm.f2291.2006 | ASTM F2291 (2006): Standard Practice for Design of Amusement Rides and Devices |
| 140 | gov.law.astm.e2187.2004 | ASTM E2187 (2004): Standard Test Method for Measuring the Ignition Strength of Cigarettes |
| 30 | gov.law.astm.d1480.1993 | ASTM D1480: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer |
| 89 | gov.law.astm.d2267.1968 | ASTM D2267: Standard Test Method for Aromatics in Light Naphthas and Aviation Gasoline by Gas Chromatography |
| 39 | gov.law.astm.e695.1979 | ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading |
| 49 | gov.law.astm.c126.1971 | ASTM C126: Standard Specification for Ceramic Glazed Structural Clay Facing Tile, Facing Brick, and Solid Masonry Units |
| 45 | gov.law.astm.d2622.1998 | ASTM D2622: Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry |
| 55 | gov.law.astm.e154.1968 | ASTM E154: Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces |
| 52 | gov.law.astm.d2503.1992 | ASTM D2503: Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure |
| 31 | gov.law.astm.d2879.1997 | ASTM D2879: Standard Test Method for Vapor Pressure--Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope |
| 58 | gov.law.astm.d2163.1991 | ASTM D2163: Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography |
| 40 | gov.law.astm.f1471.1993 | ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System |
| 35 | gov.law.astm.d611.1982 | ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents |
| | | ASTM E29: Standard Practice for Using Significant Digits in Test Data to Determine Conformance with |

JA983

| downloads | identifier | title |
|---|---|---|
| 22 | gov.law.astm.d3120.1996 | ASTM D3120: Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry |
| 76 | gov.law.astm.d287.1992 | ASTM D287: Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method) |
| 76 | gov.law.astm.e775.1987 | ASTM E775: Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel |
| 66 | gov.law.astm.b16.1985 | ASTM B16: Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines |
| 24 | gov.law.astm.d2502.1992 | ASTM D2502: Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements |
| 79 | gov.law.astm.d756.1956 | ASTM D756: Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service Conditions |
| 62 | gov.law.astm.d3177.1989 | ASTM D3177: Standard Test Method for Total Sulfur in the Analysis Sample of Coal and Coke |
| 41 | gov.law.astm.f1199.1988 | ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) |
| 52 | gov.law.astm.f1271.1990 | ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications |
| 62 | gov.law.astm.e885.1988 | ASTM E885: Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy |
| 51 | gov.law.astm.a516.1990 | ASTM A516: Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service |
| 36 | gov.law.astm.c1114.2000 | ASTM C1114: Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus |
| 44 | gov.law.astm.d6420.1999 | ASTM D6420: Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry |
| 25 | gov.law.astm.d2908.1991 | ASTM D2908: Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography |
| 31 | gov.law.astm.d3695.1995 | ASTM D3695: Standard Test Method for Volatile Alcohols in Water by Direct Aqueous-Injection Gas Chromatography |
| 54 | gov.law.astm.d2908.1974 | ASTM D2908: Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography |

**JA984**

| downloads | identifier | title |
|---|---|---|
| 139 | gov.law.astm.e711.1987 | ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter |
| 35 | gov.law.astm.d1481.1993 | ASTM D1481: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer |
| 36 | gov.law.astm.a588.1979 | ASTM A588: High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick |
| 60 | gov.law.astm.e1337.1990 | ASTM E1337: Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire |
| 49 | gov.law.astm.f1200.1988 | ASTM F1200: Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) |
| 19 | gov.law.astm.d4891.1989 | ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion |
| 125 | gov.law.astm.d4442.1992 | ASTM D4442: Standard Test Method for Direct Moisture Content Measurement of Wood and Wood-Based Materials |
| 56 | gov.law.astm.f1173.1995 | ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications |
| 79 | gov.law.astm.d2505.1988 | ASTM D2505: Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography |
| 165 | gov.law.astm.c1371.2004 | ASTM C1371: Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers |
| 143 | gov.law.astm.d3588.1998 | ASTM D3588: Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels |
| 103 | gov.law.astm.d4084.1994 | ASTM D4084: Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method) |
| 208 | gov.law.astm.d5373.1993 | ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke |
| 25 | gov.law.astm.c1374.2003 | ASTM C1374: Standard Test Method for Determination of Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation |
| 98 | gov.law.astm.d1331.1989 | ASTM D1331: Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface Active Agents |

Case 1:13-cv-01215-TSC    Document 118-14    Filed 11/19/15    Page 25 of 98

JA985

| downloads | identifier | title |
|---|---|---|
| 181 | gov.law.astm.d1962.1967 | ASTM D1962: Standard Test Method for Saponification Value of Drying Oils, Fatty Acids, and Polymerized Fatty Acids |
| 72 | gov.law.astm.d2099.2000 | ASTM D2099: Standard Test Method for Dynamic Water Resistance of Shoe Upper Maeser Water Penetration Tester |
| 229 | gov.law.astm.g151.1997 | ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources |
| 622 | gov.law.astm.e29.1967 | ASTM E29: Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications |
| 280 | gov.law.astm.d2161.1966 | ASTM D2161: Standard Method of Conversion of Kinematic Viscosity to Saybolt Universal Viscosity or to Saybolt Furol Viscosity |
| 141 | gov.law.astm.e283.1991 | ASTM E283: Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors |
| 199 | gov.law.astm.d1785.1986 | ASTM D1785: Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 |
| 102 | gov.law.astm.d781.1968 | ASTM D781: Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard |
| 33 | gov.law.astm.d3178.1989 | ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke |
| 41 | gov.law.astm.f1007.1986 | ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application |
| 57 | gov.law.astm.d2236.1970 | ASTM D2236: Standard Method of Test for Dynamic Mechanical Properties of Plastics by Means of a Torsional Pendulum |
| 74 | gov.law.astm.d4809.1995 | ASTM D4809: Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) |
| 131 | gov.law.astm.d2015.1996 | ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter |
| 189 | gov.law.astm.d2216.1998 | ASTM D2216: Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass |
| 74 | gov.law.astm.e185.1982 | ASTM E185: Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels |

JA986

| downloads | identifier | title |
| --- | --- | --- |
| 20 | gov.law.astm.f1950.1999 | ASTM F1950 (1999): Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices |
| 25 | gov.law.astm.f2007.2000 | ASTM F2007 (2000): Standard Practice for Design, Manufacture, and Operation of Concession Go Karts and Facilities |
| 33 | gov.law.astm.f698.1994 | ASTM F698 (1994): Standard Specification for Physical Information to be Provided for Amusement Rides and Devices |
| 52 | gov.law.astm.f2376.2006 | ASTM F2376 (2006): Standard Practice for Classification, Design, Manufacture, Construction, and Operation of Water Slide Systems |
| 25 | gov.law.astm.f1305.1994 | ASTM F1305 (1994): Standard Guide for Classification of Amusement Ride and Device Related Injuries and Illnesses |
| 4 | gov.in.is.1448.12.1967 | IS 1448-12: Methods of test for petroleum and its products, Part 12: Colour by ASTM colour scale |
| 24 | gov.law.astm.d5392.1993 | ASTM D5392: Standard Test Method for Isolation and Enumeration of Escherichia Coli in Water by the Two-Step Membrane Filter Procedure |
| 64 | gov.law.astm.d1060.1965 | ASTM D1060: Standard Method of Core Sampling of Raw Wool Packages for Determination of Percentage of Clean Wool Fiber Present |
| 43 | gov.law.astm.c177.1997 | ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus |
| 29 | gov.law.astm.a529.1975 | ASTM A529: Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness |
| 81 | gov.law.astm.c177.2004 | ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus |
| 52 | gov.law.astm.a529.1972 | ASTM A529: Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness |
| 36 | gov.law.astm.d2597.1994 | ASTM D2597: Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography |
| 74 | gov.law.astm.c236.1989 | ASTM C236: Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box |
| 56 | gov.law.astm.d6228.1998 | ASTM D6228: Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection |
| | | ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High |

JA987

| downloads | identifier | title |
|---|---|---|
| 376 | gov.law.astm.g26.1970 | ASTM G26: Standard Recommended Practice for Light- and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials |
| 230 | gov.law.astm.g23.1969 | ASTM G23: Standard Practice for Operating Light Exposure Apparatus (Carbon Arc Type) With and Without Water for Exposure of Nonmetallic Materials |
| 137 | gov.law.astm.c518.2004 | ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus |
| 73 | gov.law.astm.f1321.1992 | ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel |
| 199 | gov.law.astm.d2565.1970 | ASTM D2565: Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With or Without Water for Exposure of Plastics |
| 54 | gov.law.astm.b694.1986 | ASTM B694: Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding |
| 74 | gov.law.astm.c518.1991 | ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus |
| 168 | gov.law.astm.d1298.1999 | ASTM D1298: Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products |
| 157 | gov.law.astm.e1333.1996 | ASTM E1333: Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a Large Chamber |
| 86 | gov.law.astm.f1159.2003 | ASTM F1159 (2003): Standard Practice for Design and Manufacture of Patron Directed, Artificial Climbing Walls, Dry Slide, Coin Operated and Purposeful Water Immersion Amusement |
| 121 | gov.law.astm.d6522.2000 | ASTM D6522: Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engines, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers |

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 246 of 460

# EXHIBIT 39

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 247 of 460

Case 1:13-cv-01215-TSC   Document 118-14   Filed 11/19/15   Page 29 of 98

Try Our New BETA Version    GO

Universal access
to all knowledge

**Web   Video   Texts   Audio   Software   About   Account   TVNews   OpenLibrary**

Home    Donate | Store | Blog | FAQ | Jobs | Volunteer Positions | Contact | Bios | Forums | Projects | Terms, Privacy, & Copyright

Search: nfpa AND collection:addition   All Media Types   🔍 Advanced Search    **Anonymous User** (login or join us)    Upload

## Search Results

**Results: 1 through 28 of 28 (0.004 secs)**
You searched for: nfpa AND collection:additional_collections

Advanced search



**NFPA 11: Standard for Foam** - National Fire Protection
Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 29 CFR 1915Name of Legally Binding
Document: NFPA 11: Standard for FoamName of Standards
Organization: National Fire Protection AssociationLEGALLY
BINDING DOCUMENTThis document has been duly
INCORPORATED BY REFERENCE into federal regulations
and shall be considered legally binding upon all citizens and
residents of the United States of America...
**Keywords:** federalregister.gov; public.resource.org
**Downloads:** 685



EXHIBIT 51
Ashley Scevyn, CSR No. 12019

Date: 2/26/15
Witness:
MACHINOD

**NFPA 101: Life Safety Code** - National Fire Protection
Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 59 CFR 130Name of Legally Binding
Document: NFPA 101: Life Safety CodeName of Standards
Organization: National Fire Protection AssociationLEGALLY
BINDING DOCUMENTThis document has been duly
INCORPORATED BY REFERENCE into federal regulations
and shall be considered legally binding upon all citizens and
residents of the United States of America...
**Keywords:** federalregister.gov; public.resource.org
**Downloads:** 2,389

**NFPA 70: National Electrical Code** - National Fire Protection
Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 49 CFR 192.189(c)Name of Legally
Binding Document: NFPA 70: National Electrical CodeName of
Standards Organization: National Fire Protection
AssociationLEGALLY BINDING DOCUMENTThis document
has been duly INCORPORATED BY REFERENCE into
Federal Regulations and shall be considered legally binding
upon all citizens and residents of the United States of
America...
**Keywords:** federalregister.gov; public.resource.org
**Downloads:** 2,050



**NFPA 72: National Fire Alarm Code** - National Fire
Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 29 CFR 1915Name of Legally Binding
Document: NFPA 72: National Fire Alarm CodeName of
Standards Organization: National Fire Protection
AssociationLEGALLY BINDING DOCUMENTThis document
has been duly INCORPORATED BY REFERENCE into federal
regulations and shall be considered legally binding upon all
citizens and residents of the United States of America...
**Keywords:** federalregister.gov; public.resource.org

### Sort results by:

> Relevance
Average rating
Download count
Date
Date added

### Group results by:

> Relevance
Mediatype
Collection

### Refine your search:

**Collection**
publicsafetycode
USGovernmentDocuments
additional_collections
fav-kaquinho
fav-joshwilly83

**Creator**
National Fire Protection
Association
Massachusetts. Dept. of
Public Safety. Board of Fire
Prevention Regulations

**File formats**
MP3 files
Any audio file
Movie files
Images

### Related collections

USGovernmentDocuments
additional_collections
publicsafetycode
americana
bostonpubliclibrary

### Related creators

National Fire Protection
Association
Massachusetts. Dept. of
Public Safety. Board of Fire
Prevention Regulations

### Related mediatypes

texts

Downloads: 2,589

**Options**

Turn off thumbnails
Show 'source' field



**NFPA 54: National Fuel and Gas Code** - National Fire
Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 24 CFR 3280Name of Legally Binding
Document: **NFPA** 54: National Fuel and Gas CodeName of
Standards Organization: National Fire Protection
AssociationLEGALLY BINDING DOCUMENTThis document
has been duly INCORPORATED BY REFERENCE into federal
regulations and shall be considered legally binding upon all
citizens and residents of the United States of America...
Keywords: federalregister.gov; public.resource.org
Downloads: 616



**NFPA 30: Flammable and Combustible Liquids Code** -
National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 49 CFR 192Name of Legally Binding
Document: **NFPA** 30: Flammable and Combustible Liquids
CodeName of Standards Organization: National Fire
Protection AssociationLEGALLY BINDING DOCUMENTThis
document has been duly INCORPORATED BY REFERENCE
into federal regulations and shall be considered legally binding
upon all citizens and residents of the United States of
America...
Keywords: federalregister.gov; public.resource.org
Downloads: 1,976



**NFPA 1 (2000): Fire Prevention Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
Keywords: public.resource.org
Downloads: 730



**NFPA 10: Standard for Portable Fire Extinguishers** -
National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 29 CFR 1915Name of Legally Binding
Document: **NFPA** 10: Standard for Portable Fire
ExtinguishersName of Standards Organization: National Fire
Protection AssociationLEGALLY BINDING DOCUMENTThis
document has been duly INCORPORATED BY REFERENCE
into federal regulations and shall be considered legally binding
upon all citizens and residents of the United States of
America...
Keywords: federalregister.gov; public.resource.org
Downloads: 855



**NFPA 58: Standard for Liquefied Petroleum Gases** -
National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 49 CFR 173Name of Legally Binding
Document: **NFPA** 58: Standard for Liquefied Petroleum
GasesName of Standards Organization: National Fire
Protection AssociationLEGALLY BINDING DOCUMENTThis
document has been duly INCORPORATED BY REFERENCE
into federal regulations and shall be considered legally binding

Internet Archive Search: nfpa                                    https://archive.org/search.php?query=nfpa AND collection:additional_co...

Case 1:13-cv-01215-TSC   Document 118-14   Filed 11/19/15   Page 31 of 98
USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 249 of 460

upon all citizens and residents of the United States of
America...
**Keywords:** federalregister.gov; public.resource.org
**Downloads:** 928

**NFPA 101 (2003): Life Safety Code** - National Fire Protection
Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
**Keywords:** public.resource.org
**Downloads:** 2,321



**NFPA NEC (2002): National Electrical Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
**Keywords:** public.resource.org
**Downloads:** 1,000



**NFPA 101 (2006): Life Safety Code** - National Fire Protection
Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
**Keywords:** public.resource.org
**Downloads:** 6,272



**NFPA NEC (2008): National Electrical Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
**Keywords:** public.resource.org
**Downloads:** 5,507



**NFPA 54 (2006): National Fuel Gas Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to

the laws that are enacted in the United States of America and
in the stat...
Keywords: public.resource.org
Downloads: 1,492

**NFPA 1 (2003): Fire Prevention Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
Keywords: public.resource.org
Downloads: 1,810



**NFPA 1 (2006): Fire Prevention Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
Keywords: public.resource.org
Downloads: 2,141



**NFPA NEC (1999): National Electrical Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the stat...
Keywords: public.resource.org
Downloads: 1,607



**NFPA 99: Standard for Health Care Facilities** - National Fire
Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the
Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 38 CFR 51.200(b)(4)Name of Legally
Binding Document: **NFPA** 99: Standard for Health Care
FacilitiesName of Standards Organization: National Fire
Protection AssociationLEGALLY BINDING DOCUMENTThis
document has been duly INCORPORATED BY REFERENCE
into federal regulations and shall be considered legally binding
upon all citizens and residents of the United States of
America...
Keywords: federalregister.gov; public.resource.org
Downloads: 5,681



**NFPA NEC (2011): National Electrical Code** - National Fire
Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and



Internet Archive Search: nfpa    https://archive.org/search.php?query=nfpa AND collection:additional_co...

Case 1:13-cv-01215-TSC   Document 118-14   Filed 11/19/15   Page 33 of 98
USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 251 of 460

it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the stat...
Keywords: public.resource.org
Downloads: 30,350 ★★★★★(1 review)



**NFPA 25: Standard for Water-Based Fire Protection Systems** - National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the Federal RegisterWashington, D.C.By Authority of the Code of Federal Regulations: 29 CFR 1915Name of Legally Binding Document: **NFPA** 25: Standard for Water-Based Fire Protection SystemsName of Standards Organization: National Fire Protection AssociationLEGALLY BINDING DOCUMENTThis document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of Am...
Keywords: federalregister.gov; public.resource.org
Downloads: 3,772



**NFPA 13: Standard for the Installation of Sprinkler Systems** - National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the Federal RegisterWashington, D.C.By Authority of the Code of Federal Regulations: 36 CFR 1234.12(i)Name of Legally Binding Document: **NFPA** 13: Standard for the Installation of Sprinkler SystemsName of Standards Organization: National Fire Protection AssociationLEGALLY BINDING DOCUMENTThis document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United Stat...
Keywords: federalregister.gov; public.resource.org
Downloads: 8,857



**NFPA 12: Standard for Carbon Dioxide Extinguishing Systems** - National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the Federal RegisterWashington, D.C.By Authority of the Code of Federal Regulations: 29 CFR 1915Name of Legally Binding Document: **NFPA** 12: Standard for Carbon Dioxide Extinguishing SystemsName of Standards Organization: National Fire Protection AssociationLEGALLY BINDING DOCUMENTThis document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of A...
Keywords: federalregister.gov; public.resource.org
Downloads: 575



**NFPA 1500 (2007): Standard on Fire Department Occupational Safety and Health Program** - National Fire Protection Association
LEGALLY BINDING DOCUMENTUnited States of AmericaAll citizens and residents are hereby advised that this is a legally binding document duly incorporated by reference and that failure to comply with such requirements as hereby detailed within may subject you to criminal or civil penalties under the law. Ignorance of the law shall not excuse noncompliance and it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the stat...
Keywords: public.resource.org
Downloads: 3,349



**NFPA 704: Standard System for the Identification of the Hazards of Materials for Emergency Response** - National Fire Protection Association
BY ORDER OF THE EXECUTIVE DIRECTOROffice of the

Internet Archive Search: nfpa    https://archive.org/search.php?query=nfpa AND collection:additional_co...

Case 1:13-cv-01215-TSC   Document 118-14   Filed 11/19/15   Page 34 of 98
USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 252 of 460

Federal RegisterWashington, D.C.By Authority of the Code of
Federal Regulations: 6 CFR 27.204(a)(2)Name of Legally
Binding Document: **NFPA** 704: Standard System for the
Identification of the Hazards of Materials for Emergency
ResponseName of Standards Organization: National Fire
Protection AssociationLEGALLY BINDING DOCUMENTThis
document has been duly INCORPORATED BY REFERENCE
into federal regulations and shall be considered legally binding
upon all ...
**Keywords:** federalregister.gov; public.resource.org
**Downloads:** 979

**Massachusetts electrical code (Volume 1972)** -
Massachusetts. Dept. of Public Safety. Board of Fire
Prevention Regulations



..."purpose of the code is the practical safeguarding of persons
and of buildings and their contents from hazards arising from
the use of electricity for light, heat, power, radio, signalling and
for other purposes."; the electrical code also appears in the
CODE OF MASSACHUSETTS REGULATIONS (527 CMR
12.00) and is kept up-to-date by the MASSACHUSETTS
REGISTER; the 1970 edition is virtually identical to the 1968
edition of the NATIONAL ELECTRICAL CODE (**NFPA** no...
**Keywords:** Ciphers; Electric codes; Fire extinction;
Massachusetts Electrical Code; Public Safety; Safety
appliances
**Downloads:** 394

**Massachusetts electrical code (Volume 1970)** -
Massachusetts. Dept. of Public Safety. Board of Fire
Prevention Regulations
..."purpose of the code is the practical safeguarding of persons
and of buildings and their contents from hazards arising from
the use of electricity for light, heat, power, radio, signalling and
for other purposes."; the electrical code also appears in the
CODE OF MASSACHUSETTS REGULATIONS (527 CMR
12.00) and is kept up-to-date by the MASSACHUSETTS
REGISTER; the 1970 edition is virtually identical to the 1968
edition of the NATIONAL ELECTRICAL CODE (**NFPA** no...
**Keywords:** Ciphers; Electric codes; Fire extinction;
Massachusetts Electrical Code; Public Safety; Safety
appliances
**Downloads:** 438

**Massachusetts electrical code (Volume 1965)** -
Massachusetts. Dept. of Public Safety. Board of Fire
Prevention Regulations



..."purpose of the code is the practical safeguarding of persons
and of buildings and their contents from hazards arising from
the use of electricity for light, heat, power, radio, signalling and
for other purposes."; the electrical code also appears in the
CODE OF MASSACHUSETTS REGULATIONS (527 CMR
12.00) and is kept up-to-date by the MASSACHUSETTS
REGISTER; the 1970 edition is virtually identical to the 1968
edition of the NATIONAL ELECTRICAL CODE (**NFPA** no...
**Keywords:** Ciphers; Electric codes; Fire extinction;
Massachusetts Electrical Code; Public Safety; Safety
appliances
**Downloads:** 6,222

**2014 National Electrical Code** - National Fire Protection
Association
LEGALLY BINDING DOCUMENT United States of AmericaAll
citizens and residents are hereby advised that this is a legally
binding document duly incorporated by reference and that
failure to comply with such requirements as hereby detailed
within may subject you to criminal or civil penalties under the
law. Ignorance of the law shall not excuse noncompliance and
it is the responsibility of the citizens to inform themselves as to
the laws that are enacted in the United States of America and
in the sta...

**Keywords:** <u>required in all 50 states</u>; <u>public safety code</u>; <u>legally</u>
<u>binding document</u>
**Downloads:** 29,405 ★★★★★(2 reviews)

<u>Terms of Use (31 Dec 2014)</u>

**JA995**

# EXHIBIT 44

EXHIBIT
Ashley Soevyn, CSR No 12019

Date 2/27/15
Witness MACAMUD

GOVDOCS

Try Our New BETA Version    GO

Web  Video  Texts  Audio  Software  About  Account  📺TVNews  📖OpenLibrary

Home        American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Children's Library |
            Biodiversity Heritage Library | Additional Collections

Search: [                    ]   [ Additional Collections ⌄ ]  🔍 Advanced Search    Anonymous User (login or join us)    Upload

eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > ASTM D975: Standard Specification for Diesel Fuel
Oils

---

**View the book**



Read Online
PDF           (1.9 M)
EPUB          (353.8 K)
Kindle
Daisy
Full Text     (63.7 K)
DjVu          (794.3 K)

All Files: HTTPS

Help reading texts

🔲

**Resources**

Bookmark

---

## ASTM D975: Standard Specification for Diesel Fuel Oils (2007)



ASTM D975: Standard Specification for Diesel Fuel Oils

fullscreen

Author: American Society for Testing and Materials
Subject: federalregister.gov;public.resource.org
Language: English
Collection: publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

*By Authority of the Code of Federal Regulations:* 40 CFR 1065.701

**Name of Legally Binding Document:** ASTM D975: Standard Specification for Diesel Fuel Oils
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered
legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.
Creative Commons license: CC0 1.0 Universal

**Reviews**                                                     Be the first to write a review
                                                                Downloaded 367 times

Selected metadata

Identifier:    gov.law.astm.d975.2007
Credits:       Uploaded by Public.Resource.Org

**Licenseurl:** http://creativecommons.org/publicdomain/zero/1.0/
**Mediatype:** texts
**Identifier-access:** http://archive.org/details/gov.law.astm.d975.2007
**Identifier-ark:** ark:/13960/t6c261p3n

Terms of Use (31 Dec 2014)

**JA998**
https://archive.org/details/gov.law.astm.d975.2007                                    2/27/2015

# MATERIAL UNDER SEAL DELETED

# JA999-JA1067

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN SOCIETY FOR TESTING AND
MATERIALS d/b/a ASTM INTERNATIONAL;

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.; and

AMERICAN SOCIETY OF HEATING,
REFRIGERATING, AND AIR CONDITIONING
ENGINEERS,

          Plaintiffs-Counterdefendants,

    v.

PUBLIC.RESOURCE.ORG, INC.,

          Defendant-Counterclaimant.

Case No. 1:13-cv-01215-TSC-DAR

**MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT OF
DEFENDANT-COUNTERCLAIMANT
PUBLIC.RESOURCE.ORG'S MOTION
FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT AND PERMANENT
INJUNCTION**

Action Filed:   August 6, 2014

**FILED UNDER SEAL**

retyped versions of the proposal forms, and it does not prohibit people from using any existing standard form in place of the form that NFPA designated for the particular standard. (*Id.*)

### d.    The majority of the work was performed by employees who weren't authorized to assign anything.

Most if not all of the contributions to the incorporated standards at issue were authored either by federal government employees or by employees of third party companies or organizations who were acting within the scope of their employment by those third parties. There is no evidence that those employees were authorized to assign any rights of their employers in those contributions.

By ASTM's calculation in 2012, for example, "[o]ver 1,400 individuals from federal agencies [were] actively engaged in 90 percent of [ASTM] standards writing technical committees." (SMF ¶ 166.) Their contributions are not copyrightable. 17 U.S.C. § 105. Other contributors were individuals who are employed by third parties in industry, research, or state and local government. Those people also participated in standards development in their capacity as employees, typically doing the work while on the clock with their employer, with expenses paid by their employer. (SMF ¶ 167.) As a result, their contributions were works made for hire owned by their the employers, 17 U.S.C. § 201(b); *Community for Creative Non-Violence, et al. v. Reid*, 490 U.S. 730, 750–52 (1989); s*ee also Warren v. Fox Family Worldwide, Inc.*, 328 F.3d 1136, 1142-43 (9th Cir. 2003) (creator of a work made for hire does not have a legal or beneficial interest in the copyright). Plaintiffs had no procedures in place to ensure government and industry contributors had authority to transfer their employers' rights to Plaintiffs. (SMF ¶ 168.) Nor do Plaintiffs request copyright assignments from the employers. (*Id.*)

These are not mere formal defects in a transfer, susceptible to cure. The undisputed facts show that no valid transfer occurred at all. Therefore Plaintiffs cannot meet their burden of

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING AND
MATERIALS d/b/a ASTM INTERNATIONAL;

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.; and

AMERICAN SOCIETY OF HEATING,
REFRIGERATING, AND AIR CONDITIONING
ENGINEERS,

                Plaintiffs-Counterdefendants,

        v.

PUBLIC.RESOURCE.ORG, INC.,

                Defendant-Counterclaimant.

Case No. 1:13-cv-01215-TSC-DAR

**DECLARATION OF CARL
MALAMUD IN SUPPORT OF
DEFENDANT-COUNTERCLAIMANT
PUBLIC.RESOURCE.ORG'S MOTION
FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT AND PERMANENT
INJUNCTION**

Action Filed: August 6, 2015

I, Carl Malamud, declare as follows:

1.      I am over the age of 18 years and am fully competent to testify to the matters

stated in this declaration.

2.      This declaration is based on my personal knowledge. If called to do so, I would

and could testify to the matters stated herein.

3.      I am the President and sole employee of Public.Resource.Org, Inc. ("Public

Resource"), which is a 501(c)(3) non-profit corporation headquartered in Sebastopol, California.

I have worked at Public Resource since I founded the organization in 2007. It is my only source

of employment.

4.      Public Resource's core mission is to make the law and other government

materials more widely available so that people, businesses, and organizations can easily read and

discuss our laws and the operations of government. Attached to Public Resource's Consolidated

Index of Exhibits as **Exhibit 1** is a true and correct copy of Public Resource's Articles of

Incorporation from our website at https://public.resource.org/public.resource.articles.html.

5.      That mission grows out of my longtime professional commitment to improving

public access to essential documents that shape our fundamental activities. In 1991, I convinced

the Secretary-General of the International Telecommunication Union that the Blue Book, the

specification for how telephone networks operate, should be freely available on the Internet.

Working with Dr. Michael Schwartz, I transformed and posted the Blue Book into formats

compatible with modern publication technologies and made it available on the Internet. The

service was extremely popular, and the ITU today makes all of its standards documents freely

available on the Internet. I wrote a book about this experience called "Exploring the Internet"

(Prentice Hall, 1993).That book can be viewed and read at

http://museum.media.org/eti/Exploring_the_Internet.pdf.

6.      I was privileged to be able to participate in the Internet Engineering Task Force,

the standards body that has developed most of the standards that specify the functioning of the

Internet, during the early 1990s, a period of very rapid development, both in the functionality of

the Internet and its scope.

7.      In 1993, when the Internet was beginning to grow explosively, I created the first

radio station on the Internet, operating as a nonprofit corporation called the Internet Multicasting

Service. In addition to transmitting audio and video programming, the service also provided the

first high-speed Internet link into the White House, using a temporary infrared connection from

our studios in the National Press Building. The radio service, which I dubbed "Internet Talk

Radio," became a member of the Public Radio Satellite System, received accreditation from the

U.S. House and Senate Senate Radio & Television Correspondents Galleries, sent out live audio

USCA Case #17-7039      Document #1715850        Filed: 01/31/2018      Page 262 of 460

from the floors of the House and Senate, streamed all National Press Club luncheons, and transmitted original programming. Many of those programs can still be listened to at http://museum.media.org/radio/.

8.      At the Internet Multicasting Service, I also put a number of important government databases online, including the Securities and Exchange Commission EDGAR database and the U.S. Patent database. When the SEC took the EDGAR service over from me, I loaned it computers and donated all of our source code so they could be up and running quickly. The SEC ran the system on our software for several years. On October 10, 1995, the Hon. Arthur Levitt, Chairman of the SEC, wrote to me thanking us for our efforts and calling the project an "extraordinary achievement."

9.      After I started Public Resource in 2007, one of our first efforts was to place online the historical opinions of the U.S. Courts of Appeals, material that was not previously available on the Internet. Public Resource also converted all of the opinions in the first 40 volumes of the Federal Reporter as well as the Federal Cases into Hypertext Markup Language (HTML) and placed those online. These materials are now used by numerous websites that provide access to legal materials.

10.      Public Resource maintains an archive of laws and other government authored materials on several domains under the public.resource.org website.

11.      Public Resource has helped increase access to many other court documents. We scanned approximately 3 million pages of briefs submitted to the U.S. Court of Appeals for the Ninth Circuit dating back to the creation of that court and have placed those materials online. The materials may be downloaded from https://law.resource.org/pub/us/case/ca9/.

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 263 of 460

12.     Public Resource has conducted a number of other projects that have resulted in more government information being placed online. Using volunteers in Washington D.C. with the cooperation of the Archivist of the United States, we put approximately 6,000 government videos on YouTube and the Internet Archive for people to use with no restriction, a service we call FedFlix. It has had over 60 million views.  The videos may be viewed at https://www.youtube.com/user/PublicResourceOrg and https://archive.org/details/FedFlix.

13.     Public Resource also placed over eight million Form 990 exempt non-profit organization returns obtained from the IRS on the Internet. As part of that posting, we conducted an intensive privacy audit which led to fundamental changes in how the IRS deals with privacy violations. Through a Freedom of Information Act request and litigation, we obtained release of high-quality versions of Form 990 filings, which the IRS had refused to make available. The court decision in that case (*Public.Resource.org v. United States Internal Revenue Service*, No. 3:13-cv-02789-WHO, ECF No. 62 (N.D. Cal. January 29, 2015)) led to a recent announcement by the IRS that all e-file returns will be made available in bulk in 2016. I am pleased to be working with the IRS as a member of the test group for this service.

14.     In 2007, I wrote a report addressed to Speaker of the House Nancy Pelosi suggesting that video from Congressional hearings should be more broadly available on the Internet. On January 5, 2011, Speaker John Boehner and Representative Darrell Issa wrote to me asking me to assist them in carrying out that task. In a little over a year, Public Resource was able to put over 14,000 hours of video from hearings on the Internet, to assist the House Committee on Oversight and Government Reform in posting a full archive of their committee video and, for the first time ever for congressional hearings, to provide closed-captioning of

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 264 of 460

those videos based on the official transcripts. The letter from Speaker Boehner may be found at

https://law.resource.org/rfcs/gov.house.20110105.pdf.

15.     Also in 2008, I examined the issue of availability of state-mandated safety codes,

such as building, electric, plumbing, and fire codes. At the time, none of those documents were

available freely on the Internet. I made a detailed survey of state regulations and statutes, looking

for direct and specific incorporation of particular model codes. Over the next few years, Public

Resource posted many of the incorporated state safety codes for U.S. states.

16.     Public Resource's process of posting these codes has been deliberate and careful

and has grown in sophistication over time. First, we purchased paper copies of codes that are

incorporated into law. Then, we scanned the documents, applied metadata and optical character

recognition (OCR) to the PDF files, and placed a cover sheet on each document explaining that

this was a posting of the law of a specific jurisdiction.

17.     Over time, we also began converting some of these standards into modern HTML

format, including setting the tables, converting formulas to Mathematics Markup Language

(MathML), and converting graphics to the Scalable Vector Graphics (SVG) format. Coding

formulas in MathML makes them significantly more accessible to people who are visually

impaired. Converting the graphics to SVG means they can be resized smoothly, and can be

incorporated into graphic editing programs and word processing programs. Converting the

documents into standard HTML means the documents can be more readily used on different

platforms, such as tablets and smartphones.

18.     In late 2008, I was asked by the Obama-Biden Transition Project to consult on the

subject of how the Official Journals of Government could be made more readily available. Many

of my recommendations were adopted, including removing the subscription fee from bulk access

USCA Case #17-7039      Document #1715850          Filed: 01/31/2018      Page 265 of 460

to the Federal Register. That led to a dramatic transformation of the Federal Register, which is now based on open source software that was developed by three volunteers in California and then adopted by the government. That system can be viewed at https://federalregister.gov/. A copy of my memorandum to the Obama Transition Project may be viewed at https://public.resource.org/change.gov/reboot.register.pdf.

19.      In 2011, I began to look seriously at the federal use of standards incorporated by reference into the Code of Federal Regulations. I was participating at the time as an appointed member of the Administrative Conference of the United States, and I carefully read materials such as the legislative history of the mechanism of incorporation by reference, the Code of Federal Regulations provisions for incorporation by reference, and cases such as the *Veeck* decision.

20.      In 2012, I began a new initiative to make standards incorporated by reference into federal law available on the Internet. I examined the Code of Federal Regulations carefully and selected 73 standards that spanned a variety of agencies. I purchased physical copies of each of these standards. I created 25 paper replicas of each of these standards, and placed a cover sheet on each one indicating which section of the CFR incorporated the document.

21.      To accompany the 73 standards, I also created a detailed cover memo, titled "Notice of Incorporation," which included letters addressed to seven senior government officials. The memo included a request for comments from each of the ten standards development organizations (SDOs) named in the document by May 1, 2012. I packaged the 73 standards, the Notice of Incorporation, two posters, and other materials in 29-pound boxes and sent the boxes to the seven government officials and the ten SDOs. The standards bodies included ASTM, NFPA, and ANSI. I sent the boxes by Federal Express on March 15, 2012. A copy of the Notice

of Incorporation memo may be found at

https://law.resource.org/pub/us/cfr/notice.sdo.20120315_to.pdf.

22.     After sending the standards, I received acknowledgements from several

government addressees, including personal notes from the Chairman of the Federal Trade

Commission, the Archivist of the United States, and the Chairman of the House Committee on

Oversight and Government Reform. I did not receive any response from the SDOs.

23.     On May 1, 2012, I posted the 73 documents on the Public Resource web site. I

also began a process of examining the Code of Federal Regulations, the National Institute of

Standards and Technology (NIST) database of Standards Incorporated by Reference (SIBR), and

the Office of the Federal Register's incorporation by reference listings to put together a list of

documents that are incorporated into the CFR. I then began the process of trying to procure these

documents, many of which are unavailable for purchase from the SDOs and which I had to

obtain on the used book market.

24.     Every standard that I have posted on my website has been incorporated into law

by a governmental authority. Public Resource does not impose any restrictions on the use of the

standards. Public Resource has never charged for access to the standards or other legal materials,

and has never asserted any intellectual property rights in them. We do not require people to log

in or register before accessing content from Public Resource.

25.     Public Resource has posted PDF versions of each incorporated standard at issue

available on its website. The PDF version accurately appeared as a scan of a physical version of

the incorporated standard. Most PDF versions also includes embedded text generated by OCR,

which enables software-based searching of the document. The embedded text does not change

the appearance of the document.

USCA Case #17-7039      Document #1715850        Filed: 01/31/2018      Page 267 of 460

26.    Public Resource has continued to develop techniques for making the documents that we post more usable, including double-keying and adding markup to HTML and SVG versions of the documents. Double-keying means having two separate typists copy the text of the incorporated standard; the results are then compared in order to eliminate any errors. We have also developed new markup techniques that increase the accessibility of the documents to people with visual impairments and print disabilities. We have also made significant advances in adding metadata to the documents, so each section, table, figure, and formula can be bookmarked and linked to, making internal navigation within the documents significantly friendlier for the user.

27.    We have applied these markup techniques to a number of standards incorporated by reference. Public Resource's goal is to have the entire CFR, including all documents incorporated by reference, available in this new format so that users can seamlessly and transparently navigate the entire CFR. I believe this will be useful for employees of affected business enterprises, researchers and journalists covering public policy issues, government workers at the federal, state, and local levels who must interact with the code as part of their daily activities, and for interested citizens.

28.    We have made several examples of our new approach available on the net and submitted them as examples of how the law can be made better in formal comments to Notices of Proposed Rulemaking that propose to incorporate standards by reference. For example, as part of a submission to the Consumer Product Safety Commission on a proposed incorporation of an ASTM standard on infant bathtubs, I submitted example standards such as ASTM F963, the toy safety specification which was mandated by Congress in 15 USC 2056b. That standard may be found at https://law.resource.org/pub/us/cfr/ibr/003/astm.f963.2011.html and our comment to

CPSC may be found at

https://law.resource.org/pub/us/cfr/regulations.gov.docket.14/cpsc.gov.20151028.html.

29.     Public Resource displays links to standards incorporated by reference into the Code of Federal Regulations in a table that identifies the standards by their alphanumeric code, its year, the developing organization, the title of the standard, and the C.F.R. section that incorporated the standard by reference. Attached to Public Resource's Consolidated Index of Exhibits as **Exhibit 2** is a true and correct copy of the table of standards on public.resource.org, which is maintained at https://law.resource.org/pub/us/cfr/manifest.us.html.

30.     Public Resource has one employee, myself, and three contractors who assist me in systems administration, conversion of graphics and formulas, and legal advice. Our core operating costs are under $500,000 per year, and we are funded entirely by donations, contributions and grants. Rather than adding staff, I have prioritized capital expenses, such as the purchase of the U.S. Court of Appeals backfile for $600,000 and the scanning of 3 million pages of Ninth Circuit briefs. Public Resource does not accept donations that are tied to the posting of specific standards or groups of standards. Public Resource's operating income is not based on the amount of traffic its websites receive. Public Resource does practice search engine optimization to improve the accuracy of how information on its websites is described. Though we are a small organization, we observe all current best practices of corporate governance and transparency. I am proud that we have been awarded the GuideStar Gold Seal for nonprofit transparency. A full repository of our financials and other disclosures is maintained at

https://public.resource.org/about/.

31.     Public Resource voluntarily applies notices to the HTML versions of standards on its website. Attached to Public Resource's Consolidated Index of Exhibits as **Exhibit 3** is a true

and correct copy of the most recent version of the notice, which is appended to ASTM F963

(2011) and is maintained at https://law.resource.org/pub/us/cfr/ibr/003/astm.f963.2011.html.

32.     There are errors in NFPA and ASHRAE documents for which they periodically

issue errata. Public Resource carefully tracks those errata and works to incorporate them into the

documents on our web site. ASTM does not provide errata, so it is difficult to determine where

their technical committees have identified errors.

33.     Errors can also be introduced in the process of transformation into HTML.

34.     I pay a great deal of attention to quality control, including verifying the validity of

the HTML, SVG, and MathML that I post. I respond immediately to any reports of errors from

the public. For example, during my deposition in this case, ASTM pointed out some errors in a

document on the Public Resource website. Immediately after the deposition, I did a careful scan

of the document and fixed the errors they had pointed out and some additional ones that I

discovered.

35.     On behalf of Public Resource, I purchased a physical copy of the 2011 National

Electrical Code. The copy spanned 886 pages. The copy that I purchased did not include the

requirement that high-voltage cables be shielded. Public Resource posted electronic versions of

the physical copy that I purchased on its website in PDF and HTML formats.

36.    My work at Public Resource, including the posting of standards incorporated by reference into federal and state law and my efforts to post briefs, opinions, regulations, statutes, and other materials that are edicts of government, are based on a long-held belief that the primary legal materials of our country must be available to all, especially those who lack the means to access the law in the status quo, because an informed citizenry is the key to the functioning of our democracy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21 day of December, 2015 at Sebastopol, California.

Carl Malamud

# EXHIBIT 2

# Public Safety Standards
# United States (Federal Government)

In order to promote public education and public safety, equal justice for all, a better informed citizenry, the rule of law, world trade and world peace, this legal document is hereby made available on a noncommercial basis, as it is the right of all humans to know and speak the laws that govern them. (See also State and Local codes.)

| STANDARD | YEAR | ORGANIZATION | TITLE | CFR AUTHORITY |
|---|---|---|---|---|
| 3M 0222 | 1995 | 3M Corporation | Organochlorine Pesticides and PCBs in Wastewater Using Empore Disk | 40 CFR 136.3(a) Table ID |
| AA CONSTRUCT | 1971 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA | 1967 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA DATA | 1982 | Aluminum Association | Aluminum Standards and Data, Seventh Edition | 49 CFR 178.65(b)(2) |
| AAMA 101-IS2 | 1997 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors | 10 CFR 434.402.2.2.4 |
| AAMA 605 | 1998 | American Architectural Manufacturers Association | Voluntary Specification, Performance Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions and Panels | 40 CFR 59.401 |
| AAMA 1002.10 | 1993 | American Architectural Manufacturers Association | Aluminum Insulating Products for Windows and Sliding Glass Doors | 24 CFR 200.938 |
| AAMA 1102.7 | 1989 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum Storm Doors | 10 CFR 440 Appendix A |
| AAMA 1503.1 | 1988 | American Architectural Manufacturers Association | Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections | 24 CFR 3280.508(e) |
| AAMA 1702.2 | 1995 | American Architectural Manufacturers Association | Swinging Exterior Passage Doors Voluntary Standard for Utilization in Manufactured-Housing | 24 CFR 3280.405(e)(2) |
| AAMA 1704 | 1985 | American Architectural Manufacturers Association | Voluntary Standard Egress Window Systems for Utilization in Manufactured-Housing | 24 CFR 3280.404(b) |
| AAMD | 1973 | American Association on Mental Deficiency | Classification in Mental Retardation | 42 CFR 483.102(b)(3)(i) |
| AAMVA CDLIS.2.0 | 1998 | American Association of Motor Vehicle Administrators | Commercial Driver License Information System (CDLIS) State Procedures | 49 CFR 384.231(d) |
| AASHTO | 1973 | American Association of State Highway and Transportation Officials | Standard Specifications for Highway Bridges | 24 CFR 200, Subpart S |
| AASHTO | 2001 | American Association | A Policy on Geometric Design of | 23 CFR 625.4 |

**JA1082**

| | | Transportation Officials | | |
|---|---|---|---|---|
| AASHTO | 2005 | American Association of State Highway and Transportation Officials | A Guide for Accommodating Utilities Within Highway Right-of-Way | 23 CFR 645.211 |
| AATCC 118 | 1997 | American Association of Textile Chemists and Colorists | Oil Repellency: Hydrocarbon Resistance Test | 10 CFR 430 Subpart B, App. J1, 2.6.4.5.1 |
| AATCC 124 | 1996 | American Association of Textile Chemists and Colorists | Appearance of Durable Press Fabrics After Repeated Home Laundering | 16 CFR 1615.32(a)(1) |
| ABYC A-01 | 1993 | American Boat and Yacht Council | Marine Liquified Petroleum Gas Systems | 46 CFR 184.240(a) |
| ABYC A-07 | 1973 | American Boat and Yacht Council | Boat Heating Systems | 46 CFR 184.200 |
| ABYC A-16 | 1997 | American Boat and Yacht Council | Electric Navigation Lights | 46 CFR 25.10-3(a)(2) |
| ABYC A-22 | 1993 | American Boat and Yacht Council | Marine Compressed Natural Gas Systems | 46 CFR 184.240(b) |
| ABYC E-01 | 1973 | American Boat and Yacht Council | Bonding of Direct Current Systems | 46 CFR 28.345(b) |
| ABYC E-09 | 1990 | American Boat and Yacht Council | Direct Current (DC) Electrical Systems on Boats | 46 CFR 183.340(b)(4) |
| ABYC H-02 | 1989 | American Boat and Yacht Council | Ventilation of Boats Using Gasoline | 46 CFR 28.340(c) |
| ABYC H-22 | 1986 | American Boat and Yacht Council | DC Electric Bilge Pumps Operating Under 50 Volts | 46 CFR 182.500(b) |
| ABYC H-24 | 1993 | American Boat and Yacht Council | Gasoline Fuel Systems | 46 CFR 182.455(c) |
| ABYC H-25 | 1994 | American Boat and Yacht Council | Portable Gasoline Fuel Systems for Flammable Liquids | 46 CFR 182.130 |
| ABYC H-32 | 1987 | American Boat and Yacht Council | Ventilation of Boats Using Diesel Fuel | 46 CFR 182.470(c) |
| ABYC H-33 | 1989 | American Boat and Yacht Council | Diesel Fuel Systems | 46 CFR 182.130 |
| ABYC P-01 | 1993 | American Boat and Yacht Council | Safe Installation of Exhaust Systems for Propulsion and Auxiliary Engines | 46 CFR 182.130 |
| ABYC P-04 | 1989 | American Boat and Yacht Council | Marine Inboard Engines | 46 CFR 182.420(b) |
| ACGIH | 1987 | American Conference of Governmental Industrial Hygienists | Guidelines for the Selection of Chemical Protective Clothing, Third Edition | 46 CFR 153.933(a) |
| ACGIH | 1998 | American Conference of Governmental Industrial Hygienists | Industrial Ventilation Manual | 40 CFR 63.2984(e) |
| ACI 318 | 1995 | American Concrete Institute | Building Code Requirements for Reinforced Concrete | 30 CFR 250.901(d)(1) |
| ACI | 1980 | American Concrete Institute | Manual of Concrete Practice, Part 1 | 24 CFR 200, Subpart S |

**JA1083**

| | | | | |
|---|---|---|---|---|
| ACRI 210/240 | 2003 | Air-Conditioning and Refrigeration Institute | Unitary Air-Conditioning and Air-Source Heat Pump Equipment | 10 CFR 431.96 |
| ACRI 310/380 | 2004 | Air-Conditioning, Heating and Refrigeration Institute | Packaged Terminal Air-Conditioners and Heat Pumps | 10 CFR 431.96, Table 1 |
| ACRI 320 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Water Source Heat Pumps | 10 CFR 434.403 |
| ACRI 325 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground Water-Source Heat Pumps | 10 CFR 434.403 |
| ACRI 330 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground-Source Closed-Loop Heat Pumps | 10 CFR 434.403 |
| ACRI 340-360 | 2004 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning and Heat Pump Equipment | 10 CFR 434.403 |
| ACRI 365 | 1994 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning Condensing Units | 10 CFR 434.403 |
| ACRI 1200 | 2006 | Air Conditioning and Refrigeration Institute | Performance Rating of Commercial Refrigerated Display Merchandisers and Storage Cabinets | 10 CFR 431.66(a)(3) |
| AERA | 1999 | American Educational Research Association | Standard for Educational and Psychological Testing | 34 CFR 668.148(a)(2)(iv) |
| AFPA | 2001 | American Forest and Paper Association | National Design Specification for Wood Construction With Supplemental Design Values for Wood Construction | 24 CFR 3280.304(b)(1) |
| AGA 3.1 | 1990 | American Gas Association | Orifice Metering of Natural Gas and Other Related Hydrocarbon Fluids: Part 1 | 40 CFR 75, Appendix D |
| AGA | 2001 | American Gas Association | Purging Principles and Practices | 49 CFR 193.2615 |
| AHA A135.4 | 1995 | American Hardboard Association | Basic Hardboard | 24 CFR 3280.304(b)(1) |
| AHA A135.5 | 1995 | American Hardboard Association | Prefinished Hardboard Paneling | 24 CFR 3280.304(b)(1) |
| AHA A135.6 | 1998 | American Hardboard Association | Hardboard Siding | 24 CFR 3280.304(b)(1) |
| AHAM DW-1 | 1992 | Association of Home Appliance Manufacturers | Household Electric Dishwashers | 10 CFR 430 Subpart B |
| AHAM HLD-1 | 1974 | Association of Home Appliance Manufacturers | Performance Evaluation Procedure for Household Tumble Type Clothes Dryers | 10 CFR 430 Subpart B |
| AHAM HRF-1 | 1979 | Association of Home Appliance Manufacturers | Household Refrigerators, Combination Refrigerator-Freezers, and Household Freezers | 10 CFR 430 Subpart B |
| AHPA | 1992 | American Herbal Products Association | Herbs of Commerce | 21 CFR 101.4(h) |
| AI MSI-1 | 1970 | Asphalt Institute | Thickness Design--Full Depth | 24 CFR 200, Subpart S |

**JA1084**

| | | | | |
|---|---|---|---|---|
| AIHA | 1994 | American Industrial Hygiene Association | Laboratory Ventilation Workbook | 42 CFR 52b.12(c)(10) |
| AIMM MS41 | 1996 | Association for Information and Image Management | Dimensions of Unitized Microfilm Carriers and Apertures (Aperture, Camera, Copy and Image Cards) | 36 CFR 1238.10(a)(1) |
| AIMM IT2.18 | 1996 | Association for Information and Image Management | Photography--Density Measurements--Part 3: Spectral Conditions | 36 CFR 1238.14(d)(2) |
| AIMM/PIMA IT9.2 | 1998 | Association for Information and Image Management | Photographic Processed Films, Plates, and Papers--Filing Enclosures and Storage Containers | 36 CFR 1238.10(a)(1) |
| AIMM/PIMA IT9.11 | 1998 | Association for Information and Image Management | Imaging Materials--Processed Safety Photographic Film--Storage | 36 CFR 1234.14(b)(1) |
| AIMM IT9.23 | 1996 | Association for Information and Image Management | Imaging Materials--Polyester Based Magnetic Tape--Storage | 36 CFR 1234.14(b)(2) |
| AIMM/PIMA IT9.25 | 1998 | Association for Information and Image Management | Imaging Materials--Optical Disc Media--Storage | 36 CFR 1234.14(b)(3) |
| AIMM MS1 | 1996 | Association for Information and Image Management | Recommended Practice for Alphanumeric Computer-Output Microforms--Operational Practices for Inspection and Quality Control | 36 CFR 1238.14(c) |
| AIMM MS5 | 1992 | Association for Information and Image Management | Microfiche | 36 CFR 1238.10(b) |
| AIMM MS14 | 1996 | Association for Information and Image Management | Specifications for 16mm and 35mm Roll Microfilm | 36 CFR 1238.10(a)(1) |
| AIMM MS19 | 1993 | Association for Information and Image Management | Standard Recommended Practice--Identification of Microforms | 36 CFR 1238.12(c) |
| AIMM MS23 | 1998 | Association for Information and Image Management | Standard Recommended Practice--Production, Inspection, and Quality Assurance of First-Generation, Silver Microforms of Documents | 36 CFR 1238.14(d)(2) |
| AIMM MS32 | 1996 | Association for Information and Image Management | Microrecording of Engineering Source Documents on 35 mm Microfilm | 36 CFR 1238.10(a)(1) |
| AIMM MS43 | 1998 | Association for Information and Image Management | Standard Recommended Practice--Operational Procedures--Inspection and Quality Control of Microfilms and Documents | 36 CFR 1238.14(d)(1)(i) |
| AIMM MS45 | 1990 | Association for Information and Image Management | Recommended Practice for Inspection of Stored Silver-Gelatin Microforms for Evidence of Deterioration | 36 CFR 1238.22(d)(1) |
| AIMM TR34 | 1996 | Association for Information and | Sampling Procedures for Inspection by Attributes of Images in Electronic | 36 CFR 1237.28(d)(2) |

https://law.resource.org/pub/us/cfr/manifest.us.html[12/18/2015 8:55:48 PM]

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 9 of 298
USCA Case #17-7039   Document #1715850   Filed 01/11/2018   Page 276 of 460

| | | | Micrographic Systems | |
|---|---|---|---|---|
| ALCIDE 980342EA | 1995 | Alcide Corporation | Determination of Sodium Chlorite: 50 ppm to 1500 ppm concentration | 21 CFR 173.325(g) |
| AMCA 210 | 1999 | Air Movement and Control Association | Laboratory Methods of Testing Fans for Ratings | 10 CFR 430 Subpart B, App. M |
| J-STD-102 | 2011 | Alliance for Telecommunications Industry Solutions | Joint ATIS/TIA CMAS Federal Alert Gateway to CMSP Gateway Interface Text Specification | Warning, Alert and Response Network (WARN) Act of 2006 |
| TELCO FAQ | 1891 | American Telephone and Telegraph | Practical Information for Telephonists | |
| ANSI A10.3 | 1970 | American National Standards Institute | Safety Requirements for Powder Actuated Fastening Systems | 29 CFR 1926 |
| ANSI A10.4 (pdf) ANSI A10.4 (html) | 1963 | American National Standards Institute | Safety Requirements for Workmens Hoists | 29 CFR 1926 |
| ANSI A10.5 (pdf) ANSI A10.5 (html) | 1969 | American National Standards Institute | Safety Requirements for Material Joists | 29 CFR 1926 |
| ANSI A14.1 (pdf) ANSI A14.1 (html) ANSI A14.1 (svg) | 1990 | American National Standards Institute | Ladders--Wood--Safety Requirements | 29 CFR 1917 |
| ANSI A14.2 (pdf) ANSI A14.2 (html) ANSI A14.2 (svg) | 1990 | American National Standards Institute | Ladders--Portable Metal--Safety | 29 CFR 1917 |
| ANSI A92.2 (pdf) ANSI A92.2 (html) | 1969 | American National Standards Institute | Vehicle Mounted Elevating and Rotating Work Platforms | 29 CFR 453 |
| ANSI B7.1 (pdf) ANSI B7.1 (html) | 1970 | American National Standards Institute | Safety Code for the Use, Care, and Protection of Abrasive Wheels | 29 CFR 1926 |
| ANSI B20.1 (pdf) ANSI B20.1 (html) ANSI B20.1 (svg) | 1957 | American National Standards Institute | Safety Code for Conveyors, Cableways, and Related Equipment | 29 CFR 1926 |
| ANSI B30.6 (pdf) ANSI B30.6 (html) ANSI B30.6 (svg) | 1969 | American National Standards Institute | Safety Code for Derricks | 29 CFR 1926 |
| ANSI B36.19 | 1979 | American National Standards Institute | Welded and Seamless Wrought Steel Pipe | 24 CFR 3280.705(b)(1) |
| ANSI B56.1 (pdf) ANSI B56.1 (html) ANSI B56.1 (svg) | 1969 | American National Standards Institute | Safety Standard for Powered Industrial Trucks | 29 CFR 1926 |
| ANSI N14.1 | 2001 | American National Standards Institute | Packaging of Uranium Hexafluoride for Transport | 49 CFR 173.420(a)(1) |
| ANSI O1.1 (pdf) ANSI O1.1 (html) | 1961 | American National Standards Institute | Safety Code for Woodworking Machinery | 29 CFR 1926 |
| ANSI S1.4 | 1983 | American National Standards Institute | Specifications for Sound Level Meters | 7 CFR 1755.522(s)(3)(v) |
| ANSI S1.11 | 2004 | American National Standards Institute | Specification for Octave, Half-Octave, and Third Octave Band Filter Sets | 49 CFR 227 |
| ANSI S1.25 | 1991 | American National Standards Institute | Specification for Personal Noise Dosimeters | 49 CFR 227.103(c)(2)(iii) |
| ANSI S1.40 | 1984 | American National | Specification for Acoustical | 49 CFR 229, Appendix I |

**JA1086**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC Document 122-1 Filed 12/22/15 Page 10 of 298
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 277 of 460

| ANSI S1.43 | 1997 | American National Standards Institute | Specifications for Integrating-Averaging Sound Level Meters | 49 CFR 227.103(c)(2)(ii) |
|---|---|---|---|---|
| ANSI S3.22 (pdf) ANSI S3.22 (html) | 2003 | American National Standards Institute | Specification of Hearing Aid Characteristics | 21 CFR 801 |
| ANSI Z35.1 (pdf) ANSI Z35.1 (html) ANSI Z35.1 (svg) | 1968 | American National Standards Institute | Specifications for Accident Prevention Signs | 29 CFR 1926 |
| ANSI Z35.2 (pdf) ANSI Z35.2 (html) ANSI Z35.2 (svg) | 1968 | American National Standards Institute | Specifications for Accident Prevention Tags | 29 CFR 1926 |
| ANSI Z49.1 (pdf) ANSI Z49.1 (html) | 1967 | American National Standards Institute | Safety in Welding and Cutting | 29 CFR 1926 |
| ANSI Z87.1 (pdf) ANSI Z87.1 (html) ANSI Z87.1 (svg) | 2003 | American National Standards Institute | Practice for Occupational and Educational Eye and Face Protection | 29 CFR 1910 |
| ANSI Z88.2 (pdf) ANSI Z88.2 (html) ANSI Z88.2 (svg) | 1992 | American National Standards Institute | American National Standard for Respiratory Protection | 30 CFR 250 |
| ANSI Z89.1 (pdf) ANSI Z89.1 (html) | 1969 | American National Standards Institute | Safety Requirements for Industrial Head Protection | 29 CFR 1926 |
| ANSI Z89.2 (pdf) ANSI Z89.2 (html) | 1971 | American National Standards Institute | Industrial Protective Helmets for Electrical Workers | 29 CFR 1926 |
| ANSI Z90.4 (pdf) ANSI Z90.4 (html) | 1984 | American National Standards Institute | Protective Headgear for Bicyclists | 16 CFR 1203 |
| ANSI Z245.1 (pdf) ANSI Z245.1 (html) ANSI Z245.1 (svg) | 1992 | American National Standards Institute | Mobile Refuse Collection and Compaction--Safety Requirements | 40 CFR 243 |
| ANSI Z245.2 (pdf) ANSI Z245.2 (html) | 1997 | American National Standards Institute | Stationary Compactors--Safety Requirements | 40 CFR 243 |
| AOAC | 1990 | AOAC International | Official Methods of Analysis (Volume 1) | 9 CFR 318.19(b) |
| AOAC | 1980 | AOAC International | Official Methods of Analysis, 1980 | 21 CFR 131.150(c) |
| APA 87-1 | 2001 | American Pyrotechnics Association | Standard for Construction and Approval for Transportation of Fireworks and Novelties | 49 CFR 173.56(j)(1) |
| APHA Method 2120 (pdf) APHA Method 2120 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2130 (pdf) APHA Method 2130 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2320 (pdf) APHA Method 2320 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |

**JA1087**

| APHA Method 2510 (pdf) APHA Method 2510 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
|---|---|---|---|---|
| APHA Method 2550 (pdf) APHA Method 2550 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2580 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 3111 (pdf) APHA Method 3111 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3112 (pdf) APHA Method 3112 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3113 (pdf) APHA Method 3113 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3114 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3120 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-AS | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-CA (pdf) APHA Method 3500-CA (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 3500-CD (pdf) APHA Method 3500-CD (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-CR | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 63.404(a) |
| APHA Method 3500-CU | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-MG (pdf) APHA Method 3500-MG (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 3500-PB (pdf) APHA Method | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |

**JA1088**

| APHA Method 3500-ZN (pdf) APHA Method 3500-ZN (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
|---|---|---|---|---|
| APHA Method 4110 (pdf) APHA Method 4110 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-ClO2 (pdf) APHA Method 4500-ClO2 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4)(iii) (l)(7)(ii) |
| APHA Method 4500-CL | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4) |
| APHA Method 4500-CN | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-F | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-H | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 4500-NO2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-NO3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-O3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-P | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-S2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-SI | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 4500-SO42 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 5540 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 6651 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |

**JA1089**

| APHA Method 9215 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.21(f) |
|---|---|---|---|---|
| APHA Method 9221 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9222 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9223 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| API 2INT-MET | 2007 | American Petroleum Institute | Interim Guidance on Hurricane Conditions in the Gulf of Mexico | 30 CFR 250.901(a)(6) |
| API 5L | 2004 | American Petroleum Institute | Specification for Line Pipe | 49 CFR 192.113 |
| API 5L1 | 2002 | American Petroleum Institute | Recommended Practice for Railroad Transportation of Line Pipe | 49 CFR 192.65(a) |
| API 6A | 2004 | American Petroleum Institute | Specification for Wellhead and Christmas Tree Equipment | 30 CFR 250.806(a)(3) |
| API 6D | 2008 | American Petroleum Institute | Specification for Pipeline Valves | 49 CFR 195.116(d) |
| API 12F | 1994 | American Petroleum Institute | Specification for Shop Welded Tanks for Storage of Production Liquids | 49 CFR 195.264(b)(1) |
| API RP 14C | 2001 | American Petroleum Institute | Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surface Safety Systems for Offshore Production Platforms | 30 CFR 250.1628(c) |
| API RP 14F | 2008 | American Petroleum Institute | Recommended Practice for Design and Installation of Electrical Systems for Offshore Production Platforms | 30 CFR 250.114(c) |
| API 17J | 2008 | American Petroleum Institute | Specification for Unbonded Flexible Pipe | 30 CFR 250.1002(b)(4) |
| API 80 | 2000 | American Petroleum Institute | Guidelines for the Definition of Onshore Gas Gathering Lines | 49 CFR 192.8(a) |
| API 510 | 2006 | American Petroleum Institute | Pressure Vessel Inspection Code | 30 CFR 250.803(b)(1) |
| API 620 | 2002 | American Petroleum Institute | Design and Construction of Large Welded Low Pressure Storage Tanks | 49 CFR 195.264(e)(3) |
| API 650 | 2007 | American Petroleum Institute | Welded Steel Tanks for Oil Storage | 195.132(b)(3) |
| API 651 | 1997 | American Petroleum Institute | Cathodic Protection of Aboveground Petroleum Storage Tanks | 49 CFR 195.565 |
| API 652 | 1997 | American Petroleum Institute | Lining of Aboveground Petroleum Storage Tank Bottoms | 49 CFR 195.579(d) |
| API 653 | 2003 | American Petroleum Institute | Tank Inspection, Repair, Alteration, and Reconstruction | 49 CFR 195.432(b) |

**JA1090**

| API 1104 | 1999 | American Petroleum Institute | Standard for Welding Pipelines and Related Facilities | 49 CFR 195.214(a) |
|---|---|---|---|---|
| API 1130 | 2002 | American Petroleum Institute | Computational Pipeline Monitoring | 49 CFR 195.444 |
| API 1162 | 2003 | American Petroleum Institute | Public Awareness Programs for Pipeline Operators | 49 CFR 192.616(a) |
| API 2000 | 1998 | American Petroleum Institute | Venting Atmospheric and Low-Pressure Storage Tanks | 49 CFR 195.264(e)(2) |
| API 2003 | 1998 | American Petroleum Institute | Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents | 49 CFR 195.405(a) |
| API 2350 | 2005 | American Petroleum Institute | Overfill Protection for Storage Tanks in Petroleum Facilities | 49 CFR 195.428(c) |
| API 2510 | 2001 | American Petroleum Institute | Design and Construction of LPG Installations | 49 CFR 195.205(b)(3) |
| API RP 14G | 2007 | American Petroleum Institute | Recommended Practice for Fire Prevention and Control on Open Type Offshore Production Platforms | 30 CFR 250.803(b)(9)(v) |
| APLIC | 1996 | Avian Power Line Interaction Committee | Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996 | 7 CFR 1724.52(a)(1)(i) |
| APSP 16 | 2011 | Association of Pool and Spa Professionals | Standard Suction Fittings for Use in Swimming Pools, Wading Pools, Spas, and Hot Tubs | 16 CFR 1450.3 |
| ARMA | 1984 | Asphalt Roofing Manufacturers Association | Residential Asphalt Roofing Manual | 24 CFR 200, Subpart S |
| ASHRAE 15 | 1994 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Safety Code for Mechanical Refrigeration | 49 CFR 173.306(e)(1)(i) |
| ASHRAE | 1993 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Fundamentals | 10 CFR 434.402.2.2.5(a) |
| ASME B16.9 | 2003 | American Society of Mechnical Engineers | Factory Made Wrought Steel Buttwelding Fittings | 49 CFR 195.118(a) |
| ASME B30.2 (pdf) ASME B30.2 (html) ASME B30.2 (svg) | 2005 | American Society of Mechanical Engineers | Safety Requirements for Overhead and Gantry Cranes | 29 CFR 1926 |
| ASME B30.5 (pdf) ASME B30.5 (html) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Mobile and Locomotive Cranes | 29 CFR 1926 |
| ASME B30.7 (pdf) ASME B30.7 (html) | 2001 | American Society of Mechanical Engineers | Safety Requirements for Base-Mounted Drum Hoists | 29 CFR 1926 |
| ASME B30.14 (pdf) ASME B30.14 (html) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Side Boom Tractors | 29 CFR 1926 |

**JA1091**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 15 of 298
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 282 of 460

| ASME B31.3 (svg) | | | | |
|---|---|---|---|---|
| ASME B31.4 | 2002 | American Society of Mechnical Engineers | Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids | 49 CFR 195.110(a) |
| ASME B31.8 | 2003 | American Society of Mechnical Engineers | Gas Transmission and Distribution Piping Systems | 49 CFR 192.619(a)(1)(i) |
| ASME B318S | 2004 | American Society of Mechanical Engineers | Managing System Integrity of Gas Pipelines | 49 CFR 192.903(c) |
| ASME B31G | 1991 | American Society of Mechanical Engineers | Manual for Determining the Remaining Strength of Corroded Pipelines | 49 CFR 192.485(c) |
| ASME UPV | 1943 | American Society of Mechanical Engineers | Code for Unfired Pressure Vessels | 49 CFR 173.32(c)(4) |
| ASQC Q9001 | 1994 | American Society for Quality Control | Quality Assurance in Design, Development, Production, Installation, and Servicing | 33 CFR 96.430(a)(2)(ii) |
| ASQC Q9002 | 1994 | American Society for Quality Control | Quality Systems -- Model for Quality Assurance in Production, Installation, and Servicing | 24 CFR 200.935(d)(4)(ii)(A)(3) |
| ASQC Q9003 | 1994 | American Society for Quality Control | Quality Systems - Model for Quality Assurance in Final Inspection and Test | 24 CFR 200.935(d)(4)(ii)(A)(4) |
| ASQC Q9004-1 | 1994 | American Society for Quality Control | Quality Management and Quality Systems Elements-Guidelines | 24 CFR 200.935(d)(4)(ii)(A)(5) |
| ASSE 1001 | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pipe Applied Atmospheric Type Vacuum Breakers | 24 CFR 3280.604(b)(2) |
| ASSE 1006 (pdf) ASSE 1006 (html) | 1986 | American Society of Sanitary Engineering | Plumbing Requirements for Residential Use (Household) Dishwashers | 24 CFR 3280.604(b)(2) |
| ASSE 1007 (pdf) ASSE 1007 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Home Laundry Equipment | 24 CFR 3280.604(b)(2) |
| ASSE 1008 (pdf) ASSE 1008 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Household Food Waste Disposer Units | 24 CFR 3280.604(b)(2) |
| ASSE 1016 | 1988 | American Society of Sanitary Engineering | Performance Requirements for Individual Thermostatic Pressure Balancing and Combination Control for Bathing Facilities | 24 CFR 3280.604(b)(2) |
| ASSE 1023 (pdf) ASSE 1023 (html) | 1979 | American Society of Sanitary Engineering | Hot Water Dispensers, Household Storage Type, Electrical | 24 CFR 3280.604(b)(2) |
| ASSE 1025 | 1978 | American Society of Sanitary Engineering | Diverters for Plumbing Faucets with Hose Spray, Anti-Siphon Type, Residential Applications | 24 CFR 3280.604(b)(2) |
| ASSE 1037 (pdf) ASSE 1037 (html) | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures | 24 CFR 3280.604(b)(2) |
| ASCE 7 | 2002 | American Society of Civil Engineers | Minimum Design Loads for Buildings and Other Structures | 49 CFR 193.2013 |

**JA1092**

NSCA Case #17-7039      Case #17-15858      Page 283 Part 460

| ASTM A36 | 1997 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | |
|---|---|---|---|---|
| ASTM A36 | 1997 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | 46 CFR 160.035-3(b)(2) |
| ASTM A47 | 1968 | American Society for Testing and Materials | Standard Specification for Malleable Iron Castings | 29 CFR 1910.111(b)(7)(vi) |
| ASTM A82 | 1979 | American Society for Testing and Materials | Cold-Drawn Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A100 | 1969 | American Society for Testing and Materials | Standard Specification for Ferrosilicon | 40 CFR 60.261(s) |
| ASTM A106 | 2004 | American Society for Testing and Materials | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service | 49 CFR 192.113 |
| ASTM A134 | 1996 | American Society for Testing and Materials | Standard Specification for Pipe, Steel, Electric Fusion (Arc)-Welded (Sizes NPS 16 and Over) | 46 CFR 56.60-1(b) |
| ASTM A179 | 1990 | American Society for Testing and Materials | Standard Specification for Seamless Cold-Drawn Low-Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A184 | 1979 | American Society for Testing and Materials | Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A185 | 1979 | American Society for Testing and Materials | Steel Wire Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A203 | 1997 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel | 46 CFR 54.05-20(b) |
| ASTM A214 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A242 | 1979 | American Society for Testing and Materials | Standard Specification for High-Strength Low-Alloy Structural Steel | 24 CFR 200, Subpart S |
| ASTM A285 | 1978 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength | 49 CFR 179.300-7(a) |
| ASTM A307 | 1978 | American Society for Testing and Materials | Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength | 46 CFR 56.25-20(b) |
| ASTM A325 | 1979 | American Society for Testing and Materials | High-Strength Bolts for Structural Steel Joints | 24 CFR 200, Subpart S |
| ASTM A333 | 1994 | American Society for Testing and Materials | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service | 46 CFR 56.50-105 |
| ASTM A369 | 1992 | American Society for Testing and Materials | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service | 46 CFR 56.60-1(b) |
| ASTM A370 | 1977 | American Society for Testing and Materials | Standard Test Method and Definitions for Mechanical Testing of Steel Products | 49 CFR 179.102-1(a)(1) |
| ASTM A381 | 1996 | American Society for | Standard Specification for Metal-Arc- | 49 CFR 192.113 |

**JA1093**

| | | | High-Pressure Transmission Systems | |
|---|---|---|---|---|
| ASTM A391 | 1965 | American Society for Testing and Materials | Standard Specification for Alloy Steel Chain | 29 CFR 1910.184(e)(4) |
| ASTM A416 | 1974 | American Society for Testing and Materials | Uncoated Seven-Wire Stress-Relieved Strand for Prestressed Concrete | 24 CFR 200, Subpart S |
| ASTM A441 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Manganese Vanadium Steel | 24 CFR 200, Subpart S |
| ASTM A449 | 1978 | American Society for Testing and Materials | Quenched and Tempered Steel Bolts and Studs | 24 CFR 200, Subpart S |
| ASTM A475 | 1978 | American Society for Testing and Materials | Standard Specification for Zinc-Coated Steel Wire Strand | 7 CFR 1755.370(b) |
| ASTM A483 | 1964 | American Society for Testing and Materials | Standard Specification for Silicomanganese | 40 CFR 60.261(o) |
| ASTM A490 | 1979 | American Society for Testing and Materials | Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints | 24 CFR 200, Subpart S |
| ASTM A496 | 1978 | American Society for Testing and Materials | Deformed Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A497 | 1979 | American Society for Testing and Materials | Welded Deformed Steel Wire, Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A500 | 1978 | American Society for Testing and Materials | Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes | 24 CFR 200, Subpart S |
| ASTM A501 | 1976 | American Society for Testing and Materials | Hot-Formed Welded and Seamless Carbon Steel Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A502 | 1976 | American Society for Testing and Materials | Steel Structural Rivets | 24 CFR 200, Subpart S |
| ASTM A514 | 1977 | American Society for Testing and Materials | High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding | 24 CFR 200, Subpart S |
| ASTM A516 | 1990 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service | 49 CFR 178.337-2(b)(2)(i) |
| ASTM A522 | 1995 | American Society for Testing and Materials | Forged or Rolled 8 and 9% Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service | 46 CFR 56.50-105 |
| ASTM A529 | 1972 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A529 | 1975 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A539 | 1990 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines | 24 CFR 3280.705(b)(4) |
| ASTM A570 | 1979 | American Society for | Hot-Rolled Carbon Steel Sheet and | 24 CFR 200, Subpart S |

**JA1094**

| ASTM A572 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality | 24 CFR 200, Subpart S |
|---|---|---|---|---|
| ASTM A588 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick | 24 CFR 200, Subpart S |
| ASTM A611 | 1972 | American Society for Testing and Materials | Steel, Cold-rolled Sheet, Carbon, Structural | 24 CFR 200, Subpart S |
| ASTM A615 | 1979 | American Society for Testing and Materials | Deformed and Plain Billet-Steel Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A616 | 1979 | American Society for Testing and Materials | Rail-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A617 | 1979 | American Society for Testing and Materials | Axle-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A618 | 1974 | American Society for Testing and Materials | Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A633 | 1979 | American Society for Testing and Materials | Standard Specification for Normalized High-Strength Low Alloy Structural Steel | 49 CFR 178.338-2(a) |
| ASTM A671 | 2004 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures | 49 CFR 192.113 |
| ASTM A672 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for High-Pressure Service at Moderate Temperatures | 49 CFR 192.113 |
| ASTM A691 | 1998 | American Society for Testing and Materials | Standard Specification for Carbon and Alloy Steel Pipe, Electric-Fusion-Welded for High-Pressure Service at High Temperature | 49 CFR 192.113 |
| ASTM B16 | 1985 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B16 | 1992 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B21 | 1983 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B21 | 1996 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B42 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Pipe, Standard Sizes | 46 CFR 56.60-1(b) |
| ASTM B68 | 1995 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube, Bright Annealed | 46 CFR 56.60-1(b) |
| ASTM B75 | 1997 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube | 46 CFR 56.60-1(b) |
| ASTM B85 | 1984 | American Society for Testing and Materials | Standard Specification for Aluminum-Alloy Die Castings | 46 CFR 56.60-2 |

**JA1095**

| ASTM B88 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Water Tube | 46 CFR 56.60-1(b) |
|---|---|---|---|---|
| ASTM B96 | 1993 | American Society for Testing and Materials | Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Bolled Bar for General Purposes and Pressure Vessels | 46 CFR 119.440 |
| ASTM B111 | 1995 | American Society for Testing and Materials | Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock | 46 CFR 56.60-1(b) |
| ASTM B117 | 1973 | American Society for Testing and Materials | Standard Practice for Operating Salt Spray (Fog) Apparatus | 49 CFR 571.209 S5.2(a) |
| ASTM B122 | 1995 | American Society for Testing and Materials | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip and Rolled Bar | 46 CFR 119.440 |
| ASTM B124 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B152 | 1997 | American Society for Testing and Materials | Standard Specification for Copper, Sheet, Strip, Plate, and Rolled Bar | 46 CFR 58.50-5(a)(4) |
| ASTM B193 | 1987 | American Society for Testing and Materials | Standard Test Method for Resistivity of Electrical Conductor Materials | 7 CFR 1755.390(i)(5)(v)(A) |
| ASTM B209 | 1996 | American Society for Testing and Materials | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate | 46 CFR 58.50-5, Table 58.50-5(a) |
| ASTM B224 | 1980 | American Society for Testing and Materials | Standard Classification of Coppers | 7 CFR 1755.890(i)(5)(vi) |
| ASTM B227 | 1970 | American Society for Testing and Materials | Hard-Drawn Copper-Clad Steel Wire | 24 CFR 200, Subpart S |
| ASTM B280 | 1997 | American Society for Testing and Materials | Seamless Copper Tube for Air Conditioning and Refrigeration Field Service | 46 CFR 56.60-1(b) |
| ASTM B283 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) | 46 CFR 56.60-2 |
| ASTM B315 | 1993 | American Society for Testing and Materials | Seamless Copper Alloy Pipe Tube | 46 CFR 56.60-1(b) |
| ASTM B557 | 1984 | American Society for Testing and Materials | Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products | 49 CFR 178.46(i)(3)(i) |
| ASTM B580 | 1979 | American Society for Testing and Materials | Standard Specification for Anodized Oxide Coatings on Aluminum | 49 CFR 171.7 |
| ASTM B694 | 1986 | American Society for Testing and Materials | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding | 7 CFR 1755.390(i)(5)(v) |
| ASTM B858 | 1995 | American Society for Testing and Materials | Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Alloys Using Ammonia Vapor Test | 46 CFR 56.60-2 |

**JA1096**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 20 of 298
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 287 of 460

| ASTM C4 | 1962 | American Society for Testing and Materials | Standard Specification for Clay Drain Tile and Perforated Clay Drain Tile | 24 CFR 200, Subpart S |
|---|---|---|---|---|
| ASTM C5 | 1979 | American Society for Testing and Materials | Standard Specification for Quicklime for Structural Purposes | 24 CFR 200, Subpart S |
| ASTM C32 | 1973 | American Society for Testing and Materials | Standard Specification for Sewer and Manhole Brick | 24 CFR 200, Subpart S |
| ASTM C34 | 1962 | American Society for Testing and Materials | Standard Specification for Structural Clay Load-Bearing Wall Tile | 24 CFR 200, Subpart S |
| ASTM C52 | 1954 | American Society for Testing and Materials | Specification for Gypsum Partition Tile or Block | 24 CFR 200, Subpart S |
| ASTM C56 | 1971 | American Society for Testing and Materials | Standard Specification for Structural Clay Nonloadbearing Tile | 24 CFR 200, Subpart S |
| ASTM C64 | 1972 | American Society for Testing and Materials | Specification for Fireclay Brick Refractories for Heavy Duty Stationary Boiler Service | 24 CFR 200, Subpart S |
| ASTM C90 | 1970 | American Society for Testing and Materials | Standard Specification for Hollow Load-Bearing Concrete Masonry Units | 49 CFR 223 Appendix A (b)(10)(ii) |
| ASTM C126 | 1971 | American Society for Testing and Materials | Standard Specification for Ceramic Glazed Structural Clay Facing Tile, Facing Brick, and Solid Masonry Units | 24 CFR 200, Subpart S |
| ASTM C139 | 1973 | American Society for Testing and Materials | Standard Specification for Concrete Masonry Units for Construction of Catch Basins and Manholes | 24 CFR 200, Subpart S |
| ASTM C150 | 1917 | American Society for Testing and Materials | Standard Specification for Portland Cement | 49 CFR 571.108 |
| ASTM C150 | 1999 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.198 |
| ASTM C150 | 2007 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.901(d)(9) |
| ASTM C177 | 1997 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 10 CFR 431.102 |
| ASTM C177 (pdf) ASTM C177 (html) | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 16 CFR 460.5(a) |
| ASTM C236 | 1989 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box | 10 CFR 434.402.1.2.1(a) |
| ASTM C330 | 1999 | American Society for Testing and Materials | Standard Specification for Lightweight Aggregates for Structural Concrete | 30 CFR 250.901(a)(18) |
| ASTM C476 | 1971 | American Society for Testing and Materials | Standard Specification for Grout for Masonry | 24 CFR 200, Subpart S |

**JA1097**

| ASTM C509 | 1984 | American Society for Testing and Materials | Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material | 24 CFR 200, Subpart S |
|---|---|---|---|---|
| ASTM C516 | 1980 | American Society for Testing and Materials | Standard Specification for Vermiculite Loose Fill Thermal Insulation | 24 CFR 200, Subpart S |
| ASTM C518 | 1991 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 46 CFR 160.174-17(f) |
| ASTM C518 | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 16 CFR 460.5(a) |
| ASTM C549 | 1981 | American Society for Testing and Materials | Standard Specification for Perlite Loose Fill Insulation | 10 CFR 440 Appendix A |
| ASTM C564 | 1970 | American Society for Testing and Materials | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings | 24 CFR 3280.611(d)(5)(iv) |
| ASTM C720 | 1989 | American Society for Testing and Materials | Spray Applied Fibrous Insulation for Elevated Temperature | 10 CFR 440 Appendix A |
| ASTM C1045 | 2001 | American Society for Testing and Materials | Standard Practice for Calculating Thermal Transmission Properties from Steady-State Heat Flux Measurements | 16 CFR 460.5(a) |
| ASTM C1114 | 2000 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus | 16 CFR 460.5(a) |
| ASTM C1149 | 2002 | American Society for Testing and Materials | Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation | 16 CFR 460.5(a)(4) |
| ASTM C1224 | 2003 | American Society for Testing and Materials | Standard Specification for Reflective Insulation for Building Applications | 16 CFR 460.5(c) |
| ASTM C1371 | 2004 | American Society for Testing and Materials | Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers | 16 CFR 460.5(b) |
| ASTM C1374 | 2003 | American Society for Testing and Materials | Standard Test Method for Determination of Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation | 16 CFR 460.5(a)(5) |
| ASTM D56 | 1970 | American Society for Testing and Materials | Standard Test Method for Flash Point by Tag Closed Cup Tester | 29 CFR 1910.106(a)(14)(i) |
| ASTM D86 | 2001 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D86 | 2004 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |

**JA1098**

USCA Case #17-7039      Document #1671585      Filed: 04/23/2018      Page 289 of 460

| ASTM D86 (pdf) ASTM D86 (html) | 2007 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |
|---|---|---|---|---|
| ASTM D88 | 1956 | American Society for Testing and Materials | Standard Test Method for Saybolt Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D93 | 2002 | American Society for Testing and Materials | Standard Test Method for Flash Point by Pensky-Martens Closed Cup Tester | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D129 | 1964 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 (pdf) ASTM D129 (html) | 2000 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.335(b)(10)(i) |
| ASTM D257 | 1991 | American Society for Testing and Materials | Standard Test Method for DC Resistance of Conductance of Insulating Materials | 7 CFR 1755.860(e)(5) |
| ASTM D287 | 1992 | American Society for Testing and Materials | Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method) | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D323 | 1958 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) | 29 CFR 1910.106(a)(30) |
| ASTM D388 | 1998 | American Society for Testing and Materials | Standard Classification of Coals by Rank | 40 CFR 60.251(b) |
| ASTM D396 | 1998 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 60.41b |
| ASTM D396 (pdf) ASTM D396 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 63.7575 |
| ASTM D412 | 1968 | American Society for Testing and Materials | Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension | 21 CFR 801.410(d)(2) |
| ASTM D413 | 1982 | American Society for Testing and Materials | Standard Test Method for Rubber Property--Adhesion to Flexible Substrate | 46 CFR 160.055-3 Table 160-055-3(j) |
| ASTM D445 | 1965 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 29 CFR 1910.106(a)(37) |
| ASTM D445 | 1972 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 21 CFR 177.1430(c)(2) |
| ASTM D512 | 1989 | American Society for Testing and Materials | Standard Test Methods for Chloride Ion In Water | 40 CFR 136.3(a) |
| ASTM D611 | 1982 | American Society for Testing and Materials | Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents | 21 CFR 177.1520(b) |

**JA1099**

USCA Case #17-7039    Document #1715858    Filed: 01/31/2018    Page 290 of 460

| ASTM D660 | 1944 | American Society for Testing and Materials | Evaluating Degree of Resistant to Checking of Exterior Paints | 24 CFR 200, Subpart S |
| ASTM D665 | 1998 | American Society for Testing and Materials | Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water | 46 CFR 61.20-17(a) |
| ASTM D750 | 1968 | American Society for Testing and Materials | Recommended Practice for Rubber Deterioration in Carbon-Arc or Weathering Apparatus | 24 CFR 200, Subpart S |
| ASTM D756 | 1956 | American Society for Testing and Materials | Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service Conditions | 49 CFR 571.209 S5.2(b) |
| ASTM D781 | 1968 | American Society for Testing and Materials | Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard | 24 CFR 3280.304(b)(1) |
| ASTM D785 | 1965 | American Society for Testing and Materials | Standard Method of Test for Rockwell Hardness of Plastics and Electrical Insulating Materials | 16 CFR 1201.4 |
| ASTM D814 | 1995 | American Society for Testing and Materials | Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids | 40 CFR 1051.245(e)(1) |
| ASTM D975 | 1998 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 46 CFR 160.176-13(r) |
| ASTM D975 (pdf) ASTM D975 (html) | 2007 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 |
| ASTM D976 | 1991 | American Society for Testing and Materials | Standard Test Method for Calculated Cetane Index of Distillate Fuels | 40 CFR 92.113 |
| ASTM D1056 | 1973 | American Society for Testing and Materials | Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber | 49 CFR 571.213 |
| ASTM D1060 | 1965 | American Society for Testing and Materials | Standard Method of Core Sampling of Raw Wool Packages for Determination of Percentage of Clean Wool Fiber Present | 7 CFR 31.204 |
| ASTM D1067 | 2002 | American Society for Testing and Materials | Standard Test Method for Acidity or Alkalinity of Water | 40 CFR 141.21 |
| ASTM D1068 | 2003 | American Society for Testing and Materials | Standard Test Methods for Iron in Water | 40 CFR 136.3(a) |
| ASTM D1072 | 1990 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in Fuel Gases | 40 CFR 60.335(b)(10)(ii) |
| ASTM D1081 | 1960 | American Society for Testing and Materials | Test for Evaluating Rubber Property--Sealing Pressure | 24 CFR 200, Subpart S |
| ASTM D1126 (pdf) ASTM D1126 (html) ASTM D1126 (svg) | 2002 | American Society for Testing and Materials | Standard Test Method for Hardness in Water | 40 CFR 136 |
| ASTM D1193 | 1977 | American Society for Testing and Materials | Standard Specification for Reagent Water | 40 CFR 60, Appendix A-3 |

**JA1100**

Public Safety Standards of the United States

| ASTM D1200 | 1970 | American Society for Testing and Materials | Viscosity of Paints, Varnishes and Lacquers by Ford Viscosity Cup | 49 CFR 171.8 |
|---|---|---|---|---|
| ASTM D1217 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1246 | 1995 | American Society for Testing and Materials | Bromide - Titrimetric | 40 CFR 136.3(a) Table IB |
| ASTM D1253 | 1986 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 21 CFR 165.110(b)(4)(iii) (I)(5)(i) |
| ASTM D1253 (pdf) ASTM D1253 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 40 CFR 136.3(a) Table IB |
| ASTM D1266 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) | 40 CFR 60.106(j)(2) |
| ASTM D1298 | 1999 | American Society for Testing and Materials | Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products | 40 CFR 75, Appendix D, Section 2.2.6 |
| ASTM D1303 | 1955 | American Society for Testing and Materials | Standard Method of Test for Total Chlorine in Vinyl Chloride Polymers and Copolymers | 21 CFR 177.1610(a) |
| ASTM D1319 (pdf) ASTM D1319 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Fluorescent Indicator Adsorption | 40 CFR 80.2(z) |
| ASTM D1331 | 1989 | American Society for Testing and Materials | Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface Active Agents | 40 CFR 63, Appendix A |
| ASTM D1335 | 1967 | American Society for Testing and Materials | Standard Test Method for Tuft Bind of Pile Floor Coverings | 24 CFR 200.945(a)(1)(ii) |
| ASTM D1412 | 1993 | American Society for Testing and Materials | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius | 30 CFR 870.19 |
| ASTM D1415 | 1968 | American Society for Testing and Materials | Tentative Method of Test for International Hardness of Vulcanized Natural and Synthetic Rubbers | 49 CFR 571.116 S7.4.1(b) |
| ASTM D1415 | 1988 | American Society for Testing and Materials | Standard Practice for Rubber and Rubber Latices--Nomenclature | 21 CFR 177.2600(c)(4) (i) |
| ASTM D1475 | 1960 | American Society for Testing and Materials | Standard Test Method for Density of Paint, Varnish, Lacquer, and Related Products | 40 CFR 60, Appendix A-7 |
| ASTM D1480 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1481 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by | 40 CFR 136.3(a) Table IC |

https://law.resource.org/pub/us/cfr/manifest.us.html[12/18/2015 8:55:48 PM]

Lipkin Bicappillary Pychrometer

| ASTM D1505 | 1968 | American Society for Testing and Materials | Standard Test Method for Density of Plastics by the Density-Gradient Technique | 21 CFR 177.2480 |
|---|---|---|---|---|
| ASTM D1518 | 1985 | American Society for Testing and Materials | Standard Test Method for Thermal Transmittance of Textile Materials | 46 CFR 160.174-17(f) |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402 |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402.4(a)(1)(i)(E)(2) |
| ASTM D1535 | 1989 | American Society for Testing and Materials | Specifying Color by the Munsell System | 7 CFR 1755.860(c)(3) |
| ASTM D1552 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) | 40 CFR 60, Appendix A-7 |
| ASTM D1564 | 1971 | American Society for Testing and Materials | Standard Method of Testing Flexible Cellular Materials--Slab Urethane Foam | 40 CFR 136.3(a) |
| ASTM D1687 | 1992 | American Society for Testing and Materials | Standard Test Methods for Chromium in Water | 40 CFR 444.12(b)(1) |
| ASTM D1688 | 1995 | American Society for Testing and Materials | Standard Test Method for Copper in Water | 40 CFR 141.23(k)(1) |
| ASTM D1692 | 1968 | American Society for Testing and Materials | Test for Flammability of Plastic Sheeting and Cellular Plastics | 29 CFR 1910.103(c)(1)(v)(D) |
| ASTM D1785 | 1986 | American Society for Testing and Materials | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 | 46 CFR 56.01-2 |
| ASTM D1835 | 1997 | American Society for Testing and Materials | Standard Specification for Liquefied Petroleum (LP) Gases | 49 CFR 180.209(e) |
| ASTM D1890 | 1996 | American Society for Testing and Materials | Standard Test Method for Beta Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1943 | 1996 | American Society for Testing and Materials | Standard Test Method for Alpha Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1945 | 1996 | American Society for Testing and Materials | Standard Test Method for Analysis of Natural Gas By Gas Chromatography | 40 CFR 60.45(f)(5)(i) |
| ASTM D1946 | 1990 | American Society for Testing and Materials | Standard Method for Analysis of Reformed Gas by Gas Chromatography | 40 CFR 60.614(e)(4) |
| ASTM D1962 | 1967 | American Society for Testing and Materials | Standard Test Method for Saponification Value of Drying Oils, Fatty Acids, and Polymerized Fatty Acids | 21 CFR 178.2010(b) |
| ASTM D2013 | 1986 | American Society for Testing and Materials | Standard Method of Preparing Coal Samples for Analysis | 40 CFR 60, Appendix A-7 |
| ASTM D2015 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter | 40 CFR 60.45(f)(5)(ii) |
| ASTM D2036 | 1998 | American Society for Testing and Materials | Standard Test Method for Cyanides in Water | 40 CFR 136.3(a) Table IB |

**JA1102**

| | | | | |
|---|---|---|---|---|
| ASTM D2099 | 2000 | American Society for Testing and Materials | Standard Test Method for Dynamic Water Resistance of Shoe Upper Maeser Water Penetration Tester | 16 CFR 1615.4(b) |
| ASTM D2156 | 1965 | American Society for Testing and Materials | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 10 CFR 430 Subpart B |
| ASTM D2161 | 1966 | American Society for Testing and Materials | Standard Method of Conversion of Kinematic Viscosity to Saybolt Universal Viscosity or to Saybolt Furol Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D2163 | 1991 | American Society for Testing and Materials | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography | 40 CFR 86.1313-94(f)(3) |
| ASTM D2216 | 1998 | American Society for Testing and Materials | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass | 40 CFR 258.41(a)(4)(iii) (A) |
| ASTM D2234 | 1998 | American Society for Testing and Materials | Standard Practice for Collection of a Gross Sample of Coal | 40 CFR 60, Appendix A-7 |
| ASTM D2236 | 1970 | American Society for Testing and Materials | Standard Method of Test for Dynamic Mechanical Properties of Plastics by Means of a Torsional Pendulum | 21 CFR 177.1810(c)(2) (i) |
| ASTM D2247 | 1968 | American Society for Testing and Materials | Standard Practice for Testing Water Resistance of Coatings in 100 Percent Relative Humidity | 24 CFR 200, Subpart S |
| ASTM D2267 | 1968 | American Society for Testing and Materials | Standard Test Method for Aromatics in Light Naphthas and Aviation Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D2460 | 1997 | American Society for Testing and Materials | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water | 40 CFR 136.3(a) Table IE |
| ASTM D2502 | 1992 | American Society for Testing and Materials | Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements | 40 CFR 75, Appendix G |
| ASTM D2503 | 1992 | American Society for Testing and Materials | Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure | 40 CFR 98.254 |
| ASTM D2505 | 1988 | American Society for Testing and Materials | Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography | 40 CFR 98.7 |
| ASTM D2515 | 1966 | American Society for Testing and Materials | Standard Specification for Kinematic Glass Viscosity | 49 CFR 571.116 S6.3.2(a) |
| ASTM D2565 | 1970 | American Society for Testing and Materials | Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With or Without Water for Exposure of Plastics | 16 CFR 1201.4(b)(3)(ii) |
| ASTM D2597 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen | 40 CFR 60.335(b)(9)(i) |

**JA1103**

| | | | and Carbon Dioxide by Gas Chromatography | |
|---|---|---|---|---|
| ASTM D2622 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry | 40 CFR 80.46(a)(1) |
| ASTM D2724 | 1987 | American Society for Testing and Materials | Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics | 49 CFR 238 Appendix B(a)(1)(ii) |
| ASTM D2777 | 1998 | American Society for Testing and Materials | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water | 46 CFR 162.050-15(f)(1) |
| ASTM D2857 | 1970 | American Society for Testing and Materials | Standard Method of Test for Dilute Solution Viscosity of Polymers | 21 CFR 177.2210(b)(3) |
| ASTM D2879 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure--Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope | 40 CFR 60.116b(e)(3)(ii) |
| ASTM D2908 | 1974 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2908 | 1991 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2986 | 1995 | American Society for Testing and Materials | Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test | 40 CFR 86.1310-2007(b)(7)(i)(A) |
| ASTM D3120 | 1996 | American Society for Testing and Materials | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry | 40 CFR 80.46(a)(3)(iii) |
| ASTM D3168 | 1973 | American Society for Testing and Materials | Standard Recommended Practices for Qualitative Identification of Polymers in Emulsion Paints | 21 CFR 200.946 |
| ASTM D3173 | 1987 | American Society for Testing and Materials | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |
| ASTM D3176 | 1989 | American Society for Testing and Materials | Standard Practice for Ultimate Analysis of Coal and Coke | 40 CFR 76.15(a)(1) |
| ASTM D3177 | 1989 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |
| ASTM D3178 | 1989 | American Society for Testing and Materials | Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke | 40 CFR 60.45(f)(5)(i) |
| ASTM D3236 | 1988 | American Society for Testing and Materials | Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials | 21 CFR 177.1520(b) |

**JA1104**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 28 of 298
USCA Case #17-7039   Document #1715858   Filed: 01/31/2018   Page 295 of 460

| ASTM D3246 | 1996 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry | 40 CFR 60.335(b)(10)(ii) |
|---|---|---|---|---|
| ASTM D3286 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter | 40 CFR 60.17 |
| ASTM D3371 | 1995 | American Society for Testing and Materials | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3454 | 1997 | American Society for Testing and Materials | Standard Test Method for Radium-226 in Water | 40 CFR 136.3(a) Table IE |
| ASTM D3559 (pdf) ASTM D3559 (html) | 2003 | American Society for Testing and Materials | Standard Test Methods for Lead in Water | 40 CFR 136 |
| ASTM D3588 | 1998 | American Society for Testing and Materials | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels | 40 CFR 75, Appendix F |
| ASTM D3695 | 1995 | American Society for Testing and Materials | Standard Test Method for Volatile Alcohols in Water by Direct Aqueous-Injection Gas Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3697 | 1992 | American Society for Testing and Materials | Standard Test Method for Antimony in Water | 21 CFR 165.110(b)(4)(iii) (E)(1)(iv) |
| ASTM D4057 | 1995 | American Society for Testing and Materials | Standard Practice for Manual Sampling of Petroleum and Petroleum Products | 40 CFR 80.8(a) |
| ASTM D4084 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method) | 40 CFR 60.334(h)(1) |
| ASTM D4177 | 1995 | American Society for Testing and Materials | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products | 40 CFR 80.330(b)(2) |
| ASTM D4239 | 1997 | American Society for Testing and Materials | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods | 40 CFR 60, Appendix A-7 |
| ASTM D4268 | 1993 | American Society for Testing and Materials | Standard Test Method for Testing Fiber Ropes | 33 CFR 164.74(a)(3)(i) |
| ASTM D4294 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry | 40 CFR 75, Appendix A, Section 2.1.1.1(c) |
| ASTM D4329 | 1999 | American Society for Testing and Materials | Standard Practice for Fluorescent UV Exposure of Plastics | 49 CFR 571.106 |
| ASTM D4420 | 1994 | American Society for Testing and Materials | Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D4442 | 1992 | American Society for | Standard Test Method for Direct | 40 CFR 60, Appendix A- |

**JA1105**

| ASTM D4444 | 1992 | American Society for Testing and Materials | Moisture Content Measurement of Wood and Wood-Based Materials / Standard Test Method for Use and Calibration of Hand-Held Moisture Meters | 40 CFR 60, Appendix A-8 |
|---|---|---|---|---|
| ASTM D4763 | 1988 | American Society for Testing and Materials | Standard Practice for Identification of Chemicals in Water by Fluorescence Spectroscopy | 40 CFR 136.3(a) Table IF |
| ASTM D4809 | 1995 | American Society for Testing and Materials | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) | 40 CFR 61.245(e)(3) |
| ASTM D4891 (pdf) ASTM D4891 (html) | 1989 | American Society for Testing and Materials | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion | 40 CFR 75, Appendix F, Section 5.5.2 |
| ASTM D4986 | 1998 | American Society for Testing and Materials | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials | 46 CFR 32.57-10(d)(7–a) |
| ASTM D5257 | 1997 | American Society for Testing and Materials | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography | 40 CFR 136.3(a) |
| ASTM D5373 | 1993 | American Society for Testing and Materials | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke | 40 CFR 75, Appendix G |
| ASTM D5392 | 1993 | American Society for Testing and Materials | Standard Test Method for Isolation and Enumeration of Escherichia Coli in Water by the Two-Step Membrane Filter Procedure | 40 CFR 136.3(a) Table IH |
| ASTM D5489 | 1996 | American Society for Testing and Materials | Standard Guide for Care Symbols for Care Instructions on Textile Products | 16 CFR 423.8(g) |
| ASTM D5673 | 1996 | American Society for Testing and Materials | Standard Test Method for Elements in Water by Inductively Coupled Plasma | 40 CFR 444.12(b)(1) |
| ASTM D5865 | 1998 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke | 40 CFR 60.45(f)(5)(ii) |
| ASTM D6216 | 1998 | American Society for Testing and Materials | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications | 40 CFR 60, Appendix B |
| ASTM D6228 | 1998 | American Society for Testing and Materials | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection | 40 CFR 60.334(h)(1) |
| ASTM D6420 | 1999 | American Society for Testing and Materials | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry | 40 CFR 63.5850(e)(4) |
| ASTM D6503 | 1999 | American Society for | Standard Test Method for | 40 CFR 136.3(a) Table |

**JA1106**

| | | | Enterolert | |
| --- | --- | --- | --- | --- |
| ASTM D6522 | 2000 | American Society for Testing and Materials | Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engines, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers | 40 CFR 60.335(a)(2) |
| ASTM E11 | 1970 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.4 |
| ASTM E11 | 1995 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.125 |
| ASTM E23 | 1982 | American Society for Testing and Materials | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E23 | 1993 | American Society for Testing and Materials | Standard Test Method for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E29 | 1967 | American Society for Testing and Materials | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | 40 CFR 86.609-98 |
| ASTM E29 | 1990 | American Society for Testing and Materials | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | 40 CFR 86.000-28(a)(4)(iii) |
| ASTM E29 (pdf) ASTM E29 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 Table 1 |
| ASTM E72 | 1980 | American Society for Testing and Materials | Standard Test Methods of Conducting Strength Tests of Panels for Building Construction | 30 CFR 75.333(e)(1)(i) |
| ASTM E84 (pdf) ASTM E84 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Surface Burning Characteristics of Building Materials | 24 CFR 3280.203(a) |
| ASTM E96 | 1995 | American Society for Testing and Materials | Standard Test Methods for Water Vapor Transmission of Materials | 24 CFR 3280.504(a) |
| ASTM E119 (pdf) ASTM E119 (html) | 2000 | American Society for Testing and Materials | Standard Test Methods for Fire Tests of Building Construction and Materials | 49 CFR 238 Appendix B(a)(1)(v) |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.14 |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.4581 |
| ASTM E154 | 1968 | American Society for Testing and Materials | Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces | 24 CFR 200, Subpart S |

**JA1107**

USCA Case #15-7037   Document #1671585   Filed 03/25/2016   Page 298 of 460

| | | | | |
|---|---|---|---|---|
| ASTM E151 | 1968 | American Society for Testing and Materials | Methods of Fire Tests of Window Assemblies | 24 CFR 200, Subpart S |
| ASTM E168 | 1967 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 60.485(d)(1) |
| ASTM E168 | 1988 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 264.1063(d)(1) |
| ASTM E169 | 1987 | American Society for Testing and Materials | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis | 40 CFR 264.1063(d)(1) |
| ASTM E185 | 1982 | American Society for Testing and Materials | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 10 CFR 50 App. H, I |
| ASTM E258 | 1967 | American Society for Testing and Materials | Standard Test Method for Total Nitrogen Inorganic Material by Modified Kjeldahl Method | 40 CFR 761.71(b)(2)(vi) |
| ASTM E260 | 1996 | American Society for Testing and Materials | Standard Practice for Packed Column Gas Chromatography | 40 CFR 60.485(d)(1) |
| ASTM E283 | 1991 | American Society for Testing and Materials | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors | 10 CFR 434.402.2 |
| ASTM E298 | 1968 | American Society for Testing and Materials | Standard Methods for Assay of Organic Peroxides | 49 CFR 571.116 S6.11.3(a) |
| ASTM E408 | 1971 | American Society for Testing and Materials | Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | 16 CFR 460.5(b) |
| ASTM E424 | 1971 | American Society for Testing and Materials | Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials | 24 CFR 200, Subpart S |
| ASTM E606 | 1980 | American Society for Testing and Materials | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing | 24 CFR 200.946 |
| ASTM E681 | 1985 | American Society for Testing and Materials | Standard Test Method for Concentration Limits of Flammability of Chemicals | 49 CFR 173.115(a)(2) |
| ASTM E695 | 1979 | American Society for Testing and Materials | Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading | 24 CFR 200.946(a)(1) (viii) |
| ASTM E711 | 1987 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E773 | 1997 | American Society for Testing and Materials | Standard Test Method for Seal Durability of Sealed Insulating Glass Units | 4 CFR 3280.403(d)(2) |
| ASTM E774 | 1997 | American Society for Testing and Materials | Standard Specifications for Sealed Insulating Glass Units | 24 CFR 3280.403(d)(2) |
| ASTM E775 | 1987 | American Society for Testing and Materials | Standard Test Methods for Total Sulfur in the Analysis Sample of | 40 CFR 49.123(e) |

**JA1108**

| ASTM E776 | 1987 | American Society for Testing and Materials | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel | 40 CFR 63, Subpart DDDDD, Table 6 |
|---|---|---|---|---|
| ASTM E885 | 1988 | American Society for Testing and Materials | Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E1333 | 1996 | American Society for Testing and Materials | Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a Large Chamber | 24 CFR 3280.406(b) |
| ASTM E1337 | 1990 | American Society for Testing and Materials | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire | 49 CFR 571.105 S6.9.2(a) |
| ASTM E1590 (pdf) ASTM E1590 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Fire Testing of Mattresses | 49 CFR 238 Appendix B(a)(1)(xi) |
| ASTM E1625 | 1994 | American Society for Testing and Materials | Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi-Continuous Activated Sludge | 40 CFR 799.5085 |
| ASTM E1719 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Liquids by Ebulliometry | 40 CFR 799.5085 |
| ASTM F462 | 1979 | American Society for Testing and Materials | Slip-Resistant Bathing Facilities | 24 CFR 200, Subpart S |
| ASTM F476 | 1984 | American Society for Testing and Materials | Standard Test Method for Security of Swinging Door Assemblies | 24 CFR 200.949(a)(1)(ix) |
| ASTM F478 | 1992 | American Society for Testing and Materials | Standard Specification for In-Service Care of Insulating Line Hose and Covers | 29 CFR 1910.137(b)(2)(ix) |
| ASTM F631 | 1980 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 156.40 |
| ASTM F631 | 1993 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 154 Appendix C |
| ASTM F682 | 1982 | American Society for Testing and Materials | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings | 46 CFR 56.01-2 |
| ASTM F715 | 1981 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 154.106 |
| ASTM F715 | 1995 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 155, Appendix B, 2.4 |
| ASTM F722 | 1982 | American Society for Testing and Materials | Standard Specification for Welded Joints for Shipboard Piping Systems | 33 CFR 155.140 |
| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled | 33 CFR 154, Appendix C |

**JA1109**

| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 33 CFR 154, Appendix C, 6.3.1 |
|---|---|---|---|---|
| ASTM F1003 | 1986 | American Society for Testing and Materials | Standard Specification for Searchlights on Motor Lifeboats | 46 CFR 199.175(a)(28)(i) |
| ASTM F1006 | 1986 | American Society for Testing and Materials | Standard Specification for Entrainment Separators for Use in Marine Piping Applications | 46 CFR 56.60-1(b) |
| ASTM F1007 | 1986 | American Society for Testing and Materials | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application | 46 CFR 56.60-1(b) |
| ASTM F1014 | 1992 | American Society for Testing and Materials | Standard Specification for Flashlights on Vessels | 46 CFR 35.30-20(c)(3) |
| ASTM F1020 | 1986 | American Society for Testing and Materials | Standard Specification for Line-Blind Valves for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1120 | 1987 | American Society for Testing and Materials | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications | 46 CFR 56.60-1(b) |
| ASTM F1121 | 1987 | American Society for Testing and Materials | Standard Specification for International Shore Connections for Marine Fire Applications | 33 CFR 126.15(a)(5) |
| ASTM F1122 | 1987 | American Society for Testing and Materials | Standard Specification for Quick Disconnect Couplings | 33 CFR 154.500(d)(3) |
| ASTM F1123 | 1987 | American Society for Testing and Materials | Standard Specification for Non-Metallic Expansion Joints | 46 CFR 56.60-1(b) |
| ASTM F1139 | 1988 | American Society for Testing and Materials | Standard Specification for Steam Traps and Drains | 46 CFR 56.60-1(b) |
| ASTM F1155 | 1998 | American Society for Testing and Materials | Standard Practice for Selection and Application of Piping System Materials | 33 CFR 154 |
| ASTM F1172 | 1988 | American Society for Testing and Materials | Fuel Oil Meters of the Volumetric Positive Displacement Type | 46 CFR 56.60-1(b) |
| ASTM F1173 | 1995 | American Society for Testing and Materials | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1196 | 1994 | American Society for Testing and Materials | Standard Specification for Sliding Watertight Door Assemblies | 46 CFR 170.270(c)(1) |
| ASTM F1197 | 1989 | American Society for Testing and Materials | Standard Specificatiion for Sliding Watertight Door Control Systems | 46 CFR 174.100(e)(2) |
| ASTM F1199 | 1988 | American Society for Testing and Materials | Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) | 46 CFR 56.60-1(b) |
| ASTM F1200 | 1988 | American Society for Testing and Materials | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) | 46 CFR 56.60-1(b) |
| ASTM F1201 | 1988 | American Society for Testing and Materials | Standard Specification for Fluid Conditioner Fittings in Piping | 46 CFR 56.60-1(b) |

Applications Above 250 Degrees F

| ASTM F1271 | 1990 | American Society for Testing and Materials | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications | 46 CFR 39.20-9(c)(1) |
|---|---|---|---|---|
| ASTM F1273 | 1991 | American Society for Testing and Materials | Standard Specification for Tank Vent Flame Arresters | 46 CFR 32.20-10 |
| ASTM F1292 | 2004 | American Society for Testing and Materials | Standard Specification for Impact Attenuation of Surface Systems Under and Around Playground Equipment | 36 CFR 1191, App B, 105.2.3 |
| ASTM F1321 | 1992 | American Society for Testing and Materials | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel | 46 CFR 28.535(d) |
| ASTM F1323 | 1998 | American Society for Testing and Materials | Standard Specification for Shipboard Incinerators | 46 CFR 63.25-9 |
| ASTM F1471 | 1993 | American Society for Testing and Materials | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System | 40 CFR 86.1310-2007(b)(1)(iv)(B) |
| ASTM F1546 | 1996 | American Society for Testing and Materials | Standard Specification for Firehose Nozzles | 46 CFR 162.027-3(a) |
| ASTM F1548 | 1994 | American Society for Testing and Materials | Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications | 46 CFR 56.30-35(a) |
| ASTM F1951 | 1999 | American Society for Testing and Materials | Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment | 36 CFR 1191, App B, 1008.2.6.1 |
| ASTM F2412 (pdf) ASTM F2412 (html) ASTM F2412 (svg) | 2005 | American Society for Testing and Materials | Standard Test Methods for Foot Protection | 29 CFR 1910 |
| ASTM F2413 (pdf) ASTM F2413 (html) | 2005 | American Society for Testing and Materials | Performance Requirements for Protective Footware | 29 CFR 1910 |
| ASTM G21 | 1990 | American Society for Testing and Materials | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi | 7 CFR 1755.910(d)(5)(iv) |
| ASTM G23 | 1969 | American Society for Testing and Materials | Standard Practice for Operating Light Exposure Apparatus (Carbon Arc Type) With and Without Water for Exposure of Nonmetallic Materials | 49 CFR 571.209 S5.1(e) |
| ASTM G26 | 1970 | American Society for Testing and Materials | Standard Recommended Practice for Light- and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials | 16 CFR 1201.4(b)(3)(ii) |

**JA1111**

| | | | | |
|---|---|---|---|---|
| ASTM G155 | 1998 | American Society for Testing and Materials | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources | 49 CFR 571.106 S12.7(b) |
| ASTM G154 | 2000 | American Society for Testing and Materials | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials | 49 CFR 571.106 S12.7(b) |
| ATAA 300 | 1996 | Air Transport Association of America | Packaging of Airline Supplies, Revision 19 | 49 CFR 171.7 |
| AWPA A1 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Creosote and Oil-Type Preservatives | 7 CFR 1728.201(i)(1)(i) |
| AWPA A2 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Waterborne Preservatives and Fire-Retardant Formulations | 7 CFR 1728.201(i)(1)(iii) (A) |
| AWPA A3 | 1991 | American Wood Preservers Association | Standard Methods for Determining Penetration of Preservatives and Fire Retardants | 7 CFR 1728.201(k)(3) |
| AWPA A5 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Oil-Borne Preservatives | 7 CFR 1728.202(g)(1)(v) (B) |
| AWPA A6 | 1989 | American Wood Preservers Association | Method for the Determination of Oil-Type Preservatives and Water in Wood | 7 CFR 1728.202(g)(1)(v) (A) |
| AWPA A7 | 1975 | American Wood Preservers Association | Standard Wet Ashing Procedure for Preparing Wood for Chemical Analysis | 7 CFR 1728.202(g)(1)(v) (D) |
| AWPA A9 | 1990 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by X-ray Spectroscopy | 7 CFR 1728.202(g)(1)(v) (C) |
| AWPA A11 | 1983 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by Atomic Absorption Spectroscopy | 7 CFR 1728.201(i)(1)(iii) (B) |
| AWPA M3 | 1981 | American Wood Preservers Association | Standard Quality Control Procedures for Wood Preserving Plants | 7 CFR 1728.202(f)(1) |
| AWPA P1 | 1991 | American Wood Preservers Association | Standard for Coal Tar Creosote for Land and Fresh Water and Marine (Coastal) Water Use | 7 CFR 1728.201(i)(1)(i) |
| AWPA P5 | 1991 | American Wood Preservers Association | Standard for Waterborne Preservative | 7 CFR 1728.201(i)(1)(iii) (A) |
| AWPA P8 | 1991 | American Wood Preservers Association | Standard for Oil-Borne Preservatives | 7 CFR 1728.201(i)(1)(iv) |
| AWPA P9 | 1991 | American Wood Preservers Association | Standard for Solvents and Formulations for Organic Preservative Systems | 7 CFR 1728.201(i)(1)(iv) |
| AWS B3.0 | 1977 | American Welding Society | Standard Qualification Procedure | 49 CFR 178.356-2(e) |
| AWS D1.1 | 2000 | American Welding Society | Structural Welding Code--Steel | 30 CFR 250.901(a)(20) |
| BHMA A156.10 | 1999 | Builders Hardware Manufacturers | Power Operated Pedestrian Doors | 36 CFR 1191, App B, 105.2.1 |

**JA1112**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 36 of 298
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 303 of 460

| BHMA A156.19 | 2002 | Builders Hardware Manufacturers Association | Power Assist and Low Energy Power Operated Doors | 36 CFR 1191, App B, 408.3.2.1 |
|---|---|---|---|---|
| BOCA | 1993 | Building Officials and Code Administrators International | Mechanical Code | 24 CFR 200.925c(a)(1)(i) |
| BOCA | 1993 | Building Officials and Code Administrators International | Plumbing Code | 24 CFR 200.925c(a)(1)(i) |
| BSI EN-13000 (pdf) BSI EN-13000 (html) | 2004 | British Standards Institute | Cranes--Safety--Mobile Cranes | 29 CFR 1926 |
| BSI EN-14439 (pdf) BSI EN-14439 (html) | 2006 | British Standards Institute | Cranes--Safety--Tower Cranes | 29 CFR 1926 |
| CEC Test Method | 2004 | California Energy Commission | Calculating the Energy Efficiency of Single-Voltage External Ac-Dc and Ac-Ac Power Supplies | 10 CFR 430 Subpart B |
| CABO | 1992 | Council of American Building Officials | One and Two Family Dwelling Code | 24 CFR 200.926b(c) |
| CABO | 1993 | Council of American Building Officials | One and Two Family Dwelling Code with Errata Package and 1993 Amendments | 24 CFR 200.926(d)(1)(ii)((B)(2)(ii) |
| CFTA | 1977 | Cosmetic, Toiletry, and Fragrance Association | Cosmetic Ingredient Dictionary | 21 CFR 701.3(c)(2)(i) |
| CGA C-5 | 1991 | Compressed Gas Association | Cylinder Service Life-Seamless Steel High Pressure Cylinders | 49 CFR 173.302a(b)(3)(i)(A) |
| CGA C-8 | 1985 | Compressed Gas Association | Standard for Requalification of DOT-3HT Cylinders | 49 CFR 180.205(f)(1) |
| CGA C-11 | 2001 | Compressed Gas Association | Recommended Practice for Inspection of Compressed Gas Cylinders at Time of Manufacture | 49 CFR 178.35(g) |
| CGA C-12 | 1994 | Compressed Gas Association | Qualification Procedure for Acetylene Cylinder Design | 49 CFR 173.303(a) |
| CGA C-13 | 2000 | Compressed Gas Association | Guidelines for Periodic Visual Inspection and Requalification of Acetylene Cylinders | 49 CFR 173.303(e) |
| CGA G-1 | 2009 | Compressed Gas Association | Acetylene | 29 CFR 1910.102(a) |
| CGA G-2.2 | 1985 | Compressed Gas Association | Guideline Method for Determining Minimum of 0.2% Water in Anhydrous Ammonia | 49 CFR 173.315(l)(5) |
| CGA G-4.1 | 1985 | Compressed Gas Association | Cleaning Equipment for Oxygen Service | 49 CFR 178.338-15 |
| CGA P-1 | 1965 | Compressed Gas Association | Safe Handling of Compressed Gases | 29 CFR 1910.101(b) |
| CGA P-20 | 2003 | Compressed Gas Association | Standard for the Classification of Toxic Gas Mixtures | 49 CFR 173.115 |

**JA1113**

| CGA S-1.1 | 2005 | Compressed Gas Association | Pressure Relief Device Standards | 49 CFR 173.301(c) |
|---|---|---|---|---|
| CGA S-1.2 | 1980 | Compressed Gas Association | Safety Release Device Standard--Cargo and Portable Tanks for Compressed Gases | 49 CFR 178.277(e)(4)(iv) |
| CGA S-7 (pdf) CGA S-7 (html) | 2005 | Compressed Gas Association | Method for Selecting Pressure Relief Devices for Compressed Gas Mixtures in Cylinders | 49 CFR 173.301(c) |
| CGA TB-2 | 1980 | Compressed Gas Association | Guidelines for Inspection and Repair of MC-330 and MC-331 Cargo Tanks | 49 CFR 180.407(g)(3) |
| CGA TB-25 | 2008 | Compressed Gas Association | Design Considerations for Tube Trailers | 49 CFR 173.301 |
| CGSB 43.147 | 2005 | Canadian General Standards Board | Construction, Modification, Qualification, Maintenance, and Selection and Use of Means of Containment for the Handling, Offering for Transport, or Transportation of Dangerous Goods by Rail | 49 CFR 171.12 |
| CGSB 43.147 | 2005 | Office des Normes Generales du Canada | Construction, Modification, Qualification, Entretien, Selection Et Utilisation Des Contenants Pour La Manutention, La Demande De Transport Ou La Transport Des Marchandises Dangereuses Par Chemin De Fer | 49 CFR 171.12 |
| CI 57 | 2009 | Chlorine Institute | Emergency Shut-Off Systems for Bulk Transfer of Chlorine | 49 CFR 177.840(u) |
| CI 101-7 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Seat | 49 CFR 178.276(c)(7)(i) |
| CI 104-9 | 2002 | Chlorine Institute | Standard Chlorine Angle Valve Assembly | 49 CFR 178.337-9(b)(8) |
| CI 106-6 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Baskets | 49 CFR 178.276(c)(7)(ii) |
| CI 166 | 2002 | Chlorine Institute | Angle Valve Guidelines for Chlorine Bulk Transportation | 49 CFR 178.337-9(b)(8) |
| CI H50155 | 1996 | Chlorine Institute | Pressure Relief Device for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI H51970 | 1996 | Chlorine Institute | Safety Valve for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit A for 100-lb. and 150-lb. Chlorine Cylinders | 49 CFR 173.3(e)(1) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit B for Chlorine Ton Containers | 49 CFR 173.3(e)(1) |
| CIE 15 | 2004 | International Commission on Illumination | Technical Report: Colorimetry, 3rd edition | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CIE 15A (xls) | 2004 | International Commission on Illumination | Supplementary Spectra | 10 CFR 430 Subpart B, App. R, 4.1.1 |

**JA1114**

Public Safety Standards of the United States

| | | | | |
|---|---|---|---|---|
| CIE 15B (xx) | 2004 | International Commission on Illumination | Supplementary Tables | 40 CFR 430, Subpart B, App. R, 4.1.1 |
| CRA A-20 | 1986 | Corn Refiners Association | Analysis for Starch in Corn | 7 CFR 801.7(a)(2) |
| CSA C390 | 1993 | Canadian Standards Association | Energy Efficiency Test Methods for Three-Phase Induction Motors | 10 CFR 431.19(b)(4) |
| CTIOA R8-103-62 | 1969 | Ceramic Tile Institute of America | Standard Specifications for the Installation of Tile Lined Shower Receptors | 24 CFR 200, Subpart S |
| CSVA | 2004 | Commercial Vehicle Safety Alliance | North American Standard Out-of-Service Criteria and Level VI Inspection Procedures and Out-of-Service Criteria for Commercial Highway Vehicles | 49 CFR 385.415(b)(1) |
| EI IP-501 | 2005 | Energy Institute | Determination of aluminum, silicon, vanadium, nickel, iron, sodium, calcium, zinc and phosphorus in residual fuel oil | 40 CFR 1065.705 Table 1 |
| FGMA | 1990 | Flat Glass Marketing Association | Glazing Manual | 24 CFR 200, Subpart S |
| GLI METHOD 2 | 2009 | Great Lakes Instruments | Turbidity | 40 CFR 141.74(a)(1) |
| GPA 2261 | 2000 | Gas Producers Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F, Section 5.5.2 |
| GPA 2261 | 2000 | Gas Processors Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F |
| GPA 2377 | 1986 | Gas Processors Association | Test for Hydrogen Sulfide and Carbon Dioxide in Natural Gas Using Length of Stain Tubes | 40 CFR 60.334(h)(1) |
| GRI 02-0057 | 2002 | Gas Research Institute | Internal Corrosion Direct Assessment of Gas Transmission Pipelines Methodology | 49 CFR 192.927(c)(2) |
| HACH 8000 | 2007 | Hach Chemical Company | Oxygen Demand, Chemical Using Reactor Digestion Method | 40 CFR 136.3(a) |
| HACH 8008 | 2007 | Hach Chemical Company | 1, 10--Phenanthroline Method Using FerroVer Iron Reagent for Water | 40 CFR 136.3(a) |
| HACH 8009 | 2007 | Hach Chemical Company | Zincon Method for Zinc, Hatch Handbook of Water Analysis | 40 CFR 444.12(b)(1) |
| HACH 8034 | 2007 | Hach Chemical Company | Periodate Oxidation Method for Manganese | 40 CFR 136.3(a) |
| HACH 8507 | 2007 | Hach Chemical Company | Nitrogen Nitrite--Low Range, Diazotization Method for Water and Wastewear | 40 CFR 136.3(a) |
| HI BTS-2000 | 2007 | Hydronics Institute | Method to Determine Efficiency of Commercial Space Heating Boilers | 10 CFR 431.86 |
| HPMA HP-SG-96 | 1996 | Hardwood Plywood Manufacturers Association | Structural Design Guide for Hardwood Plywood Wall Panels | 24 CFR 3280.304(b)(1) |

**JA1115**

NSCA Case #817-7039   Document #1715850   Filed 01/08/2016   Page 306 of 460

| IAPMO PS-2 | 1981 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Cast Brass and Tubing P-Traps | 24 CFR 3280.604(b)(2) |
|---|---|---|---|---|
| IAPMO PS-5 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Special Cast Iron Fittings | 24 CFR 3280.604(b)(2) |
| IAPMO PS-9 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Diversion Tees and Twin Waste Elbow | 24 CFR 3280.604(b)(2) |
| IAPMO PS-14 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Flexible Metallic Water Connectors | 24 CFR 3280.604(b)(2) |
| IAPMO PS-23 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Dishwasher Drain Airgaps | 24 CFR 3280.604(b)(2) |
| IAPMO PS-31 | 1977 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Backflow Prevention Devices | 24 CFR 3280.604(b)(2) |
| ICAO 9284 | 2011 | International Civil Aviation Organization | Technical Instructions for the Safe Transport of Dangerous Goods by Air | 49 CFR 171.7 |
| ICAO Annex 2 | 1990 | International Civil Aviation Organization | Convention on International Civil Aviation, Rules of the Air | 14 CFR 135.3(a)(2) |
| ICAO Annex 16 | 2008 | International Civil Aviation Organization | Environmental Protection, Volume II -- Aircraft Engine Emissions | 40 CFR 87.89 |
| ICBO | 1991 | International Conference of Building Officials | Uniform Building Code (1991) | 24 CFR 200.925c(a)(1)(iii) |
| ICBO | 1991 | International Conference of Building Officials | Uniform Mechanical Code (1991) | 24 CFR 200.925c(c)(3) |
| ICEA S-87-640 | 2006 | Insulated Cable Engineers Association | Standard for Optical Fiber Outside Plant Communications Cable | 7 CFR 901(c) |
| ICEA S-110-717 | 2003 | Insulated Cable Engineers Association | Standard for Optical Drop Cable | 7 CFR 901(c) |
| ICS | 1973 | International Chamber of Shipping | Clean Seas Guide for Oil Tankers | 33 CFR 157.23(b) |
| IEEE 45 | 2002 | Institute of Electrical and Electronics Engineers | Recommended Practice for Electrical Installations on Shipboard | 46 CFR 110.10-1 |
| IEEE 112 | 2004 | Institute of Electrical and Electronics Engineers | Test Procedure for Polyphase Induction Motors and Generators | 10 CFR 431.15 |
| IEEE 114 | 2010 | Institute of Electrical and Electronics Engineers | IEEE Standard Test Procedure for Single-Phase Induction Motors | 10 CFR 431 |

**JA1116**

| | | | | |
|---|---|---|---|---|
| IEEE 1202 (pdf) IEEE 1202 (html) | 1991 | Institute of Electrical and Electronics Engineers | Standard for Flame Testing of Cables | 30 CFR 7.111 |
| IEEE C2 | 1997 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code | 7 CFR 1755.503(d)(1) |
| IEEE C2 | 2007 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code (2007) | 7 CFR 1755.901(b) |
| IEEE C37.14 | 2002 | Institute of Electrical and Electronics Engineers | Standard for Low-Voltage AC Power Circuit Breakers Used in Enclosures | 46 CFR 110.10-1 |
| IEEE P730.1 | 1989 | Institute of Electrical and Electronics Engineers | Standard for Software Quality Assurance Plans | 7 CFR 1755.522(n)(2) |
| IESNA LM-45 | 2000 | Illuminating Engineering Society of North America | Method for Electrical and Photometric Measurements of General Service Incandescent Filament Lamps | 10 CFR 430 Subpart B |
| IME 22 | 2011 | Institute of Makers of Explosives | Recommendations for the Safe Transportation of Detonators in a Vehicle with Certain Other Explosive Materials | 30 CFR 57.6133(b) |
| IME | 1940 | Institute of Makers of Explosives | Safety in the Handling and Use of Explosives | 29 CFR 1910.261(a)(4)(iii) |
| IMO IMDG.1 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 1) | 49 CFR 172.519(f) |
| IMO IMDG.2 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 2) | 49 CFR 172.519(f) |
| IMO ISPS | 2003 | International Maritime Organization | International Ship and Port Facility Security Code | 33 CFR 101.410(a) |
| AG ENG | 1965 | Interstate Printers and Publishers, Inc. | Agriculture Engineering | 29 CFR 570.71(b) |
| ISO 535 | 1991 | International Organization for Standardization | Paper and Board--Determination of Water Absorptiveness--Cobb Method | 49 CFR 178.516(b)(1) |
| ISO 1496-1 | 1990 | International Organization for Standardization | Series 1 Freight Containers--Specification and Testing--Part 1, General Cargo Containers | 49 CFR 173.411(b)(6)(iii) |
| ISO 1496-3 | 1995 | International Organization for Standardization | Series 1 Freight Containers--Specification and Testing--Part 3, Tank containers for Liquids, Gases and Pressurized Dry Bulk | 49 CFR 178.74(c)(5)(ii) |
| ISO 3807-2 | 2000 | International Organization for Standardization | Cylinders for acetylene--Basic requirements--Part 2: Cylinders with fusible plugs | 49 CFR 173.303(f)(1) |
| ISO 6406 (pdf) ISO 6406 (html) | 2005 | International Organization for Standardization | Seamless Steel Gas Cylinders--Inspection and Testing | 49 CFR 180 |
| ISO 7225 | 2005 | International Organization for Standardization | Gas Cylinders--Precautionary Labels | 49 CFR 178.71(r)(2) |

**JA1117**

| ISO 7866 | 1999 | International Organization for Standardization | Gas Cylinders--Refillable Seamless Aluminum Alloy Gas Cylinders--Design, Construction and Testing | 49 CFR 178.71(h) |
|---|---|---|---|---|
| ISO 8115 | 1986 | International Organization for Standardization | Cotton bales—Dimensions and density | 49 CFR 171.7 |
| ISO 9809-1 | 1999 | International Organization for Standardization | Gas Cylinders--Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 1: Quenched and Tempered Steel Cylinders with Tensile Strength less than 1 100 MPa | 49 CFR 178.71(g)(1) |
| ISO 9809-2 | 2000 | International Organization for Standardization | Gas Cylinders--Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 2: Quenched and Tempered Steel Cylinders with Tensile Strength Greater than or Equal to 1 100 MPa | 49 CFR 178.71(g)(2) |
| ISO 9809-3 | 2000 | International Organization for Standardization | Gas Cylinders--Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 3: Normalized Steel Cylinders | 49 CFR 178.71(g)(3) |
| ISO 9978 | 1992 | International Organization for Standardization | Sealed Radioactive Sources--Leak Test Methods | 49 CFR 173.469(a)(4)(ii) |
| ISO 10297 | 1999 | International Organization for Standardization | Gas cylinders--Refillable gas cylinder valves--Specification and type testing | 49 CFR 173.301b(c)(1) |
| ISO 10461 (pdf) ISO 10461 (html) | 2005 | International Organization for Standardization | Seamless Aluminum Alloy Gas Cylinders--Inspection and Testing | 49 CFR 180 |
| ISO 10462 (pdf) ISO 10462 (html) | 2005 | International Organization for Standardization | Transportable Cylinders for Dissolved Acetylene | 49 CFR 180 |
| ISO 11114-1 | 1997 | International Organization for Standardization | Transportable gas cylinders--Compatibility of cylinder and valve materials with gas contents--Part 1: Metallic materials | 49 CFR 173.301b(a)(2) |
| ISO 11114-2 | 2000 | International Organization for Standardization | Transportable gas cylinders--Compatibility of cylinder and valve materials with gas contents--Part 2: Non- metallic materials | 49 CFR 173.301b(a)(2) |
| ISO 11117 | 1998 | International Organization for Standardization | Gas cylinders--Valve protection caps and valve guards for industrial and medical gas cylinders--Design, construction and tests | 49 CFR 173.301b(c)(2)(ii) |
| ISO 11118 | 1999 | International Organization for Standardization | Gas cylinders--Non-refillable metallic gas cylinders--Specification and test methods | 49 CFR 178.71(i) |
| ISO 11119-1 | 2002 | International Organization for Standardization | Gas cylinders--Gas cylinders of composite construction--Specification and test methods--Part 1: Hoop-wrapped composite gas cylinders | 49 CFR 171.7 |

**JA1118**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC Document 122-1 Filed 12/22/15 Page 42 of 298
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 309 of 460

| ISO 11119-2 | 2002 | International Organization for Standardization | Gas cylinders—Gas cylinders of composite construction—Specification and test methods—Part 2: Fully wrapped fibre reinforced composite gas cylinders with load-sharing metal liners | 49 CFR 171.7 |
|---|---|---|---|---|
| ISO 11119-3 | 2002 | International Organization for Standardization | Gas cylinders of composite construction--Specification and test methods--Part 3: Fully wrapped fibre reinforced composite gas cylinders with non-load-sharing metallic or non-metallic liners | 49 CFR 171.7 |
| ISO 11120 | 1999 | International Organization for Standardization | Gas cylinders--Refillable seamless steel tubes of water capacity between 150 L and 3000 L--Design, construction and testing | 49 CFR 178.71(j) |
| ISO 11621 | 1997 | International Organization for Standardization | Gas cylinders--Procedures for change of gas service | 49 CFR 173.301b(a)(2) |
| ISO 11623 (pdf) ISO 11623 (html) | 2002 | International Organization for Standardization | Periodic Inspection and Testing of Composite Gas Cylinders | 49 CFR 180 |
| ISO 11660-1 (pdf) ISO 11660-1 (html) | 2008 | International Organization for Standardization | Cranes: Access, Guards and Restraints: General | 29 CFR 1926 |
| ISO 11660-2 (pdf) ISO 11660-2 (html) | 1994 | International Organization for Standardization | Cranes: Access, Guards and Restraints: Mobile Cranes | 29 CFR 1926 |
| ISO 11660-3 (pdf) ISO 11660-3 (html) | 2008 | International Organization for Standardization | Cranes: Access, Guards and Restraints: Tower Cranes | 29 CFR 1926 |
| ISO 14230-4 | 2000 | International Organization for Standardization | Road Vehicles--Diagnostic Systems | 40 CFR 1048.110(g)(2) |
| ISO 18902 (pdf) ISO 18902 (html) | 2001 | International Organization for Standardization | Photographic Processed Films, Plates, and Papers | 36 CFR 1237 |
| ISO 18906 (pdf) ISO 18906 (html) | 2000 | International Organization for Standardization | Photographic Films--Specifications for Safety Film | 36 CFR 1237 |
| ITU-R M-493-11 | 2004 | International Telecommunication Union | Digital Selective-calling System for Use in the Maritime Mobile Service, with Annexes 1 and 2 | 47 CFR 80.1101(c)(2)(ii) |
| ITU-R M-541-8 | 1997 | International Telecommunication Union | Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service | 47 CFR 80.1101(c)(4)(iii) |
| ITU-R M-541-9 | 2004 | International Telecommunication Union | Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service | 47 CFR 80.1101(c)(2)(iii) |
| ITU-R M-628-3 | 1994 | International Telecommunication | Technical Characteristics for Search and Rescue Radar Transponders | 47 CFR 80.1101(c)(6)(ii) |

**JA1119**

| ITU-R M-632-3 | 1997 | International Telecommunication Union | Transmission Characteristics of a Satellite Emergency Position Indicating Radio Beacon | 47 CFR 80.1101(c)(11)(iii) |
|---|---|---|---|---|
| ITU-R M-633-3 | 2004 | International Telecommunication Union | Transmission characteristics of a satellite emergency position-indicating radiobeacon system operating through a low polar-orbiting satellite system | 47 CFR 80.1101(c)(5)(iii) |
| ITU-R M-1371-1 | 2001 | International Telecommunication Union | Technical Characteristics for a Universal Shipborne Automatic Identification System Using Time Division Multiple Access | 47 CFR 80.1101(c)(12)(i) |
| ITU-T E.161 | 2001 | International Telecommunication Union | Arrangement of Digits, Letters and Symbols on Telephones and Other Devices that Can Be Used for Gaining Access to a Telephone Network | 47 CFR 80.1101(b)(2) |
| ITU-T E.164.1 | 2008 | International Telecommunication Union | Numbering Plan of the International Telephone Service | 47 CFR 80.1101(b)(3) |
| LACHAT 10-204 | 2008 | Lachat Instruments | Digestion and Distillation of Total Cyanide in Drinking and Wastewaters | 40 CFR 136.3(a) Table IB |
| STEAM | 1917 | Commonwealth of Massachusetts | District Police Steam Boiler Rules | |
| MSS SP-44 | 1996 | Manufacturers Standardization Society | Steel Pipe Line Flanges | 46 CFR 56.01-2 |
| MSS SP-75 | 2004 | Manufacturers Standardization Society | Specification for High-Test Wrought Butt Welding Fittings | 49 CFR 118(a) |
| NACE RP-0502 | 2002 | National Association of Corrosion Engineers | Pipeline External Corrosion Direct Assessment Methodology | 49 CFR 192.925(b)(3) |
| NACM | 2003 | National Association of Chain Manufacturers | Welded Steel Chain Specifications | 49 CFR 393.104(e)(2) |
| NAS | 1972 | National Academy of Sciences | Food Chemicals Codex (1972) | 21 CFR 701.3(c)(2)(iv) |
| NAS | 1996 | National Academy of Sciences | Food Chemicals Codex (1996) | 21 CFR 184 |
| NAS | 2011 | National Academy of Sciences | Prudent Practices in the Laboratory: Handling and Disposal of Chemicals | 42 CFR 52b.12(c)(6) |
| NCASI 98-01 | 1998 | National Council of the Paper Industry for Air and Stream Improvements | Chilled Impinger Method For Use At Wood Products Mills to Measure Formaldehyde, Methanol, and Phenol | 40 CFR 63, Subpart DDDD |
| NCASII 94-03 | 2002 | National Council of the Paper Industry for Air and Stream Improvements | Methanol in Process Liquids by Gas Chromatography/Flame Ionization Detection | 40 CFR 63.457(c)(3)(ii) |
| NCASI A105 | 2001 | National Council of the Paper Industry for Air | Impinger Source Sampling Method for Selected Aldehydes, Ketones, | 40 CFR 63, Subpart DDDD |

**JA1120**

| NCASI 99-02 | 2002 | National Council of the Paper Industry for Air and Stream Improvements | Impinger/Canister Source Sampling Method For Selected HAPs and Other Compounds at Wood Products Facilities | 40 CFR 63, Subpart DDDD |
|---|---|---|---|---|
| NCCA | 2011 | National Cotton Council of America | Specifications for Cotton Bale Packaging Material | 7 CFR 1427.5(b)(10) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–102 and 8-103 | 17 CFR 270.17f-4(c)(1) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–501 through 8–511 | 17 CFR 270.17f-4(c)(1) |
| NCUTLO | 1969 | National Committee on Uniform Traffic Laws and Ordinances | Uniform Vehicle Code and Model Ordinance | 41 CFR 50-204.75 |
| NFPA 10 (pdf) NFPA 10 (html) NFPA 10 (svg) | 2002 | National Fire Protection Association | Standard for Portable Fire Extinguishers | 29 CFR 1915 |
| NFPA 11 (pdf) NFPA 11 (html) | 2005 | National Fire Protection Association | Standard for Foam | 29 CFR 1915 |
| NFPA 12 (pdf) NFPA 12 (html) | 2005 | National Fire Protection Association | Standard for Carbon Dioxide Extinguishing Systems | 29 CFR 1915 |
| NFPA 13 | 2002 | National Fire Protection Association | Standard for the Installation of Sprinkler Systems | 36 CFR 1234.12(i) |
| NFPA 25 (pdf) NFPA 25 (html) | 2002 | National Fire Protection Association | Standard for Water-Based Fire Protection Systems | 29 CFR 1915 |
| NFPA 30 (pdf) NFPA 30 (html) | 2003 | National Fire Protection Association | Flammable and Combustible Liquids Code | 49 CFR 192 |
| NFPA 54 (pdf) NFPA 54 (html) NFPA 54 (svg) | 2002 | National Fire Protection Association | National Fuel and Gas Code | 24 CFR 3280 |
| NFPA 58 (pdf) NFPA 58 (html) | 2001 | National Fire Protection Association | Standard for Liquefied Petroleum Gases | 49 CFR 173 |
| NFPA 58 | 2004 | National Fire Protection Association | Standard for the Storage and Handling of Liquefied Petroleum Gases | 49 CFR 192.11(b) |
| NFPA 59 | 2004 | National Fire Protection Association | Standard for the Storage and Handling of Liquefied Petroleum Gases at Utility Gas Plants | 49 CFR 192.11(b) |
| NFPA 72 (pdf) NFPA 72 (html) NFPA 72 (svg) | 2002 | National Fire Protection Association | National Fire Alarm Code | 29 CFR 1915 |
| NFPA 99 | 2005 | National Fire Protection Association | Standard for Health Care Facilities | 38 CFR 51.200(b)(4) |
| NFPA 101 (pdf) NFPA 101 (html) | 2000 | National Fire Protection Association | Life Safety Code | 59 CFR 130 |
| NFPA 704 | 2007 | National Fire Protection Association | Standard System for the Identification of the Hazards of Materials for Emergency Response | 6 CFR 27.204(a)(2) |

| NFPA DUST | 1957 | National Fire Protection Association | Report of Important Dust Explosions | |
| NFPA HOST | 1953 | National Fire Protection Association | Handling Hose and Ladders | |
| NFPA 70 | 2005 | National Fire Protection Association | National Electrical Code | 49 CFR 192.189(c) |
| NACHA | 2005 | National Automated Clearing House Association | A Complete Guide to the Rules Governing the ACH Network | 45 CFR 162.920 |
| ISS-MCB | 2011 | International Space Station Multilateral Coordination Board | International Docking Standard | 1 Code of Intergalactic Regulations 32 |
| NCRP 33 | 1968 | National Council on Radiation Protection and Measurement | Medical X-ray and Gamma-Ray Protection for Energies Up to 10 MeV--Equipment Design and Use | 42 CFR 37.43 |
| NCRP 48 | 1976 | National Council on Radiation Protection and Measurement | Medical Radiation Protection for Medical and Allied Health Personnel | 42 CFR 37.43 |
| NCRP 49 | 1976 | National Council on Radiation Protection and Measurement | Structural Shielding Design and Evaluation for Medical Use of X-Rays and Gamma-Rays up to 10 MeV | 42 CFR 37.43 |
| NEMA MG-1 | 2009 | National Electrical Manufacturers Association | Motors and Generators | 10 CFR 431 |
| NSF 61 (pdf) NSF 61 (html) | 2001 | National Sanitation Foundation | Drinking Water System Components--Health Effects | 24 CFR 3280 |
| OECD 404 | 2002 | Organization for Economic Cooperation and Development | Guideline for Testing of Chemicals, Acute Dermal Irritation/Corrosion | 49 CFR 173.137 |
| OECD C93 | 1974 | Organization for Economic Cooperation and Development | Green List of Wastes | 40 CFR 262.89(e) |
| OR REG | 1975 | State of Oregon | Oregon Grade Standards Hazelnuts in Shell | 7 CFR 982.45(a) |
| ORION | 1970 | ORION Research Incorporated | Residual Chlorine Electrode Model 97-70 | 40 CFR 136.3(a) Table IB |
| PCI MNL-121 | 1977 | Precast/Prestressed Concrete Institute | Manual for Structural Design of Architectural Precast Concrete | 24 CFR 200, Subpart S |
| PCI MNL-117-77 | 1977 | Precast/Prestressed Concrete Institute | Manual for Quality Control for Plants and Production of Architectural Precast Concrete Products | 24 CFR 200, Subpart S |
| PCSA 1 | 1968 | Power Crane and Shovel Association | Mobile Crane and Excavator Standards | 29 CFR 1926.602(b)(3) |
| PCSA 2 | 1968 | Power Crane and Shovel Association | Mobile Hydraulic Crane Standards | 29 CFR 1926.602(b)(3) |
| PCSA 3 | 1969 | Power Crane and Shovel Association | Mobile Hydraulic Excavator Standards | 29 CFR 1926.602(b)(3) |
| PPI TR-3 | 2004 | Plastics Pipe Institute | Policies and Procedures for Developing Hydrostatic Design Bases (HDB), Pressure Design | 49 CFR 192.121 |

**JA1122**

| | | | Required Thermoplastic Piping Materials | |
|---|---|---|---|---|
| RTCM C071 | 1995 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of Less Than 300 Tons Gross Tonnage | 33 CFR 164.72(a)(1)(i)(B) |
| RTCM C191 | 1993 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and Upwards | 33 CFR 164.72(a)(1)(iii)(B) |
| SAE Paper 770141 | 1977 | Society of Automotive Engineers | Optimization of a Flame Ionization Detector for Determination of Hydrocarbon in Diluted Automotive Exhausts | 40 CFR 1065.360(c) |
| SAE J4C | 1965 | Society of Automotive Engineers | Motor Vehicle Seat Belt Assembly | 29 CFR 1928.51(b)(2)(ii) |
| SAE J30 | 1998 | Society of Automotive Engineers | Fuel and Oil Hoses | 40 CFR 1051.501(c)(2) |
| SAE J166 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J166 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J167 | 1970 | Society for Automotive Engineering | Protective Frame with Overhead Protection | 29 CFR 1926.1003(g) |
| SAE J167 | 1974 | Society of Automotive Engineers | Protective Frame with Overhead Protection | 30 CFR 77.403-1(d)(1)(v) |
| SAE J168 | 1970 | Society for Automotive Engineering | Protective Enclosures--Test Procedures and Performance Requirements | 29 CFR 1926.1002(a)(5)(i) |
| SAE J185 | 1988 | Society of Automotive Engineers | Recommended Practice for Access Systems for Off-Road Machines | 29 CFR 1910.266(f)(5)(i) |
| SAE J186A | 1977 | Society of Automotive Engineers | Supplemental High Mounted Stop and Rear Turn Signal Lamps | 49 CFR 571.108 |
| SAE J211-1 (pdf) SAE J211-1 (html) | 1995 | Society of Automotive Engineers | Instrumentation for Impact Test | 49 CFR 571 |
| SAE J211 | 1971 | Society of Automotive Engineers | Instrumentation for Impact Tests | 49 CFR 571.222 S6.6.2 |
| SAE J222 | 1970 | Society of Automotive Engineers | Parking Lamps (Position Lamps) | 49 CFR 571.108 S5.1.1.6 |
| SAE J231 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 30 CFR 77.403(a) |
| SAE J231 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 30 CFR 77.403(a) |
| SAE J231 | 1981 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective Structures | 29 CFR 1910.266(f)(3)(iii) |

**JA1123**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 47 of 298
USCA Case #17-7039   Document #1715850   (FOPS)   Filed: 01/31/2018   Page 314 of 460

| SAE J236 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Rubber Tire Self-Propelled Graders | 29 CFR 1926.602(a)(4) |
|---|---|---|---|---|
| SAE J237 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Front End Loaders and Dozers | 29 CFR 1926.602(a)(4) |
| SAE J244 | 1983 | Society for Automotive Engineering | Recommend Practice for Measurement of Intake Air or Exhaust Gas Flow of Diesel Engines | 40 CFR 92.108(a)(3) |
| SAE J319 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.602(a)(4) |
| SAE J320 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.1001(h) |
| SAE J320A | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 30 CFR 77.403-1(d)(1)(i) |
| SAE J321 | 1970 | Society of Automotive Engineers | Fenders for Pneumatic-Tired Earthmoving Haulage Equipment | 29 CFR 1926.602(a)(5) |
| SAE J333 | 1970 | Society for Automotive Engineering | Operation Protection for Wheel-Type Agricultural and Industry Tractors | 29 CFR 1926.602(a)(2) |
| SAE J334 | 1968 | Society of Automotive Engineers | Protective Frame Test Procedures and Performance Requirements | 30 CFR 77.403-1(d)(1)(vi) |
| SAE J334 | 1970 | Society for Automotive Engineering | Protective Frame Test Procedures and Performance Requirements | 30 CFR 77.403-1(d)(1)(vi) |
| SAE J386 | 1969 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 29 CFR 1926.602(a)(2) |
| SAE J386 | 1985 | Society for Automotive Engineering | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1993 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1997 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 57.14131(c) |
| SAE J387 (pdf) SAE J387 (html) | 1987 | Society of Automotive Engineers | Terminology: Motor Vehicle Lighting | 49 CFR 571 |
| SAE J394 | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Front End Loaders and Rubber-Tired Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J394 | 1972 | Society of Automotive Engineers | Minimum Performance Criteria for Rollover Protective Structures for Wheeled Front-End Loaders and Wheeled Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J395 | 1969 | Society of Automotive | Minimum Performance Criteria for | 30 CFR 77.403-1(d)(1) |

**JA1124**

| | | | Roll-Over Protective Structures for Crawler Tractors and Crawler-Type Loaders | |
|---|---|---|---|---|
| SAE J396 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Motor Graders | 30 CFR 77.403-1(d)(1) (iv) |
| SAE J397 | 1969 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1926.1001(f)(1) (ii) |
| SAE J397 | 1988 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1910.266(f)(3) (iv) |
| SAE J429 | 1971 | Society for Automotive Engineering | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2) (iii)(B) |
| SAE J429 | 1983 | Society of Automotive Engineers | Mechanical and Quality Requirements for Externally Threaded Fasteners | 46 CFR 58.30-15(c) |
| SAE J429D | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2) (iii)(B) |
| SAE J449a | 1963 | Society of Automotive Engineers | Surface Texture Control | 49 CFR 581.6(b)(1) |
| SAE J476a | 1961 | Society of Automotive Engineers | Dryseal Pipe Threads | 49 CFR 393.67(c)(3) |
| SAE J527 | 1967 | Society of Automotive Engineers | Brazed Double Wall Low Carbon Steel Tubing | 49 CFR 571.116 S6.13.3(b) |
| SAE J533 | 1972 | Society of Automotive Engineers | Flares for Tubing | 24 CFR 3280.703 |
| SAE J557 | 1968 | Society of Automotive Engineers | High Tension Ignition Cable | 33 CFR 183.440(a) |
| SAE J565 | 1969 | Society of Automotive Engineers | Semi-Automatic Headlamp Beam Switching Devices | 49 CFR 571.108 S5.5.1 |
| SAE J566 | 1960 | Society of Automotive Engineers | Headlamp Mountings | 49 CFR 571.108 |
| SAE J571 | 1976 | Society of Automotive Engineers | Dimensional Specification for Sealed Beam Headlamp Units | 49 CFR 571.108 |
| SAE J573d (pdf) SAE J573d (html) | 1968 | Society of Automotive Engineers | Requirements for Lamp Bulbs and Sealed Units | 49 CFR 571 |
| SAE J575 | 1970 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S6.1 |
| SAE J575 | 1983 | Society for Automotive Engineering | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.131 S6.2.3 |
| SAE J575 | 1988 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S7.5.8.3(e) |
| SAE J576 | 1970 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | 49 CFR 571.108 S6.2 |
| SAE J576 (pdf) | 1991 | Society of Automotive | Plastic Materials for Use in Optical | 49 CFR 571 |

**JA1125**

| SAE J576B | 1966 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | 49 CFR 571.108 S6.2 |
|---|---|---|---|---|
| SAE J578 (pdf) SAE J578 (html) | 1995 | Society of Automotive Engineers | Color Specifications for Electric Signal Lighting Devices | 49 CFR 571.403 |
| SAE J584 | 1964 | Society of Automotive Engineers | Motorcycle and Motor Driven Cycle Headlamps | 49 CFR 571.108 S7.9.1(a) |
| SAE J584 (pdf) SAE J584 (html) | 1993 | Society of Automotive Engineers | Requirements for Motorcycle Headlamps | 49 CFR 571 |
| SAE J585 | 1970 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.8 |
| SAE J585 | 1977 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.6 |
| SAE J585 | 2000 | Society of Automotive Engineers | Tail Lamps (Rear Position Light) | 49 CFR 571.108 S6.1 |
| SAE J586 | 1970 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(b) |
| SAE J586 | 1984 | Society for Automotive Engineering | Stop Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586 | 2000 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586B | 1966 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(a) |
| SAE J587 (pdf) SAE J587 (html) | 1981 | Society of Automotive Engineers | License Plate Lamps (Rear Registration Lamps) | 49 CFR 571 |
| SAE J588 | 1970 | Society for Automotive Engineering | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.1 |
| SAE J588 | 1970 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.4(b) |
| SAE J588 (pdf) SAE J588 (html) | 1984 | Society of Automotive Engineers | Requirements for Turn Signal Lamps | 49 CFR 571 |
| SAE J588 | 2000 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 393.25(c) |
| SAE J588D | 1966 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.4(a) |
| SAE J592 | 1972 | Society of Automotive Engineers | Clearance, Side Marker and Identification Lamps | 49 CFR 571.108 Table III |
| SAE J592 (pdf) SAE J592 (html) | 1992 | Society of Automotive Engineers | Clearance, Side Marker, and Identification Lamps | 49 CFR 571 |

**JA1126**

| SAE J593C | 1968 | Society of Automotive Engineers | Back-up Lamps | 49 CFR 571.108 |
|-----------|------|--------------------------------|---------------|----------------|
| SAE J594f (pdf)<br>SAE J594f (html) | 1977 | Society of Automotive Engineers | Requirements for Reflex Reflectors | 49 CFR 571 |
| SAE J599 | 1997 | Society of Automotive Engineers | Lighting Inspection Code | 49 CFR 581.5(c)(1) |
| SAE J602 (pdf)<br>SAE J602 (html) | 1980 | Society of Automotive Engineers | Mechanically Aimable Sealed Beam Headlamps | 49 CFR 571 |
| SAE J743A | 1964 | Society of Automotive Engineers | Tractor Mounted Side Boom | 29 CFR 1926.550(a)(18) |
| SAE J759 (pdf)<br>SAE J759 (html) | 1995 | Society of Automotive Engineers | Lighting Identification Code | 49 CFR 571 |
| SAE J800C | 1973 | Society of Automotive Engineers | Recommended Practice, Motor Vehicle Seat Belt Installations | 49 CFR 571.209 |
| SAE J826 | 1962 | Society of Automotive Engineers | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.3(b) |
| SAE J826 | 1980 | Society for Automotive Engineering | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.214 S12.1.3(b)(1) |
| SAE J826 (pdf)<br>SAE J826 (html) | 1995 | Society of Automotive Engineers | Defining and Measuring Vehicle Seating Accommodation | 49 CFR 571 |
| SAE J839 | 1991 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.206 |
| SAE J839B | 1965 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.201 |
| SAE J845 | 1997 | Society of Automotive Engineers | Optical Warning Devices for Authorized Emergency, Maintenance and Service Vehicles | 49 CFR 393.25(e) |
| SAE J887 | 1964 | Society of Automotive Engineers | School Bus Red Signal Lamps | 49 CFR 571.108 |
| SAE J902A | 1967 | Society of Automotive Engineers | Passenger Car Windshield Defrosting Systems | 49 CFR 571.103 |
| SAE J934 | 1965 | Society of Automotive Engineers | Recommended Practice for Vehicle Passenger Door Hinge Systems | 49 CFR 571.206 |
| SAE J942 | 1965 | Society of Automotive Engineers | Passenger Car Windshield Washer System | 49 CFR 571.104 |
| SAE J944 | 1980 | Society for Automotive Engineering | Steering Control System-Passenger Car-Laboratory Test Procedure | 49 CFR 571.203 S5.1(a) |
| SAE J945 | 1966 | Society of Automotive Engineers | Vehicular Hazard Warning Signal Flashers | 49 CFR 571.108 Table I |
| SAE J959 | 1966 | Society of Automotive Engineers | Lifting Crane Wire-Rope Strength Factors | 29 CFR 1926.550(a)(7)(vi) |
| SAE J964 | 1984 | Society for Automotive Engineering | Test Procedure for Determining Reflectivity of Rear View Mirrors | 49 CFR 571.111 |
| SAE J972 | 1966 | Society of Automotive Engineers | Moving Barrier Collision Test | 49 CFR 571.105 |
| SAE J995 | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 77.403-1(d)(2)(iii)(B) |

**JA1127**

USCA Case #17-7039        Document #1715850        Filed 01/31/2018        Page 187 of 409

| | | | | |
|---|---|---|---|---|
| SAE J995 | 1979 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 56.14131 (d)(2)(iii)(B) |
| SAE J1040 | 1994 | Society of Automotive Engineers | Performance Criteria for Rollover Protective Structures (ROPS) for Construction, Earthmoving, Forestry and Mining Machines | 30 CFR 56.14130(b)(1) |
| SAE J1063 | 1993 | Society of Automotive Engineers | Cantilevered Boom Crane Structures--Method of Test | 29 CFR 1926.1433(c) |
| SAE J1100 | 1984 | Society for Automotive Engineering | Motor Vehicle Dimensions | 49 CFR 571.3(b) |
| SAE J1100 (pdf) SAE J1100 (html) | 2001 | Society of Automotive Engineers | Motor Vehicle Dimensions | 49 CFR 571 |
| SAE J1127 | 1980 | Society for Automotive Engineering | Battery Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1128 | 1975 | Society for Automotive Engineering | Low Tension Primary Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1133 | 1984 | Society for Automotive Engineering | School Bus Stop Arm | 49 CFR 571.131 S6.2.3 |
| SAE J1151 | 1991 | Society of Automotive Engineers | Methane Measurement Using Gas Chromatography | 40 CFR 86.111-94(b)(3)(vii) |
| SAE J1194 | 1983 | Society for Automotive Engineering | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1994 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1999 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 57.14130(h) |
| SAE J1228 | 1991 | Society of Automotive Engineers | Small Craft-Marine Propulsion Engine and Systems-Power Measurements and Declarations | 40 CFR 91.115(a) |
| SAE J1292 | 1981 | Society of Automotive Engineers | Automobile, Truck, Truck-Tractor, Trailer, and Motor Coach Wiring | 49 CFR 393.28 |
| SAE J1318 | 1986 | Society of Automotive Engineers | Gaseous Discharge Warning Lamp for Authorized Emergency, Maintenance, and Service Vehicles | 49 CFR 393.25(e) |
| SAE J1383 (pdf) SAE J1383 (html) | 1985 | Society of Automotive Engineers | Performance Requirements for Motor Vehicle Headlamps | 49 CFR 571 |
| SAE J1395 (pdf) SAE J1395 (html) | 1985 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1398 (pdf) SAE J1398 (html) | 1985 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1475 | 1984 | Society for Automotive Engineering | Hydraulic Hose Fittings for Marine Applications | 46 CFR 27.211(e)(2)(v)(B) |
| SAE J1527 | 1993 | Society of Automotive Engineers | Marine Fuel Hoses | 33 CFR 183.540(a) |
| SAE J1703 | 1983 | Society for Automotive Engineering | Motor Vehicle Brake Fluid | 49 CFR 571.116 S6.5.4.1 |
| SAE J1703 (pdf) SAE J1703 (html) | 1995 | Society of Automotive Engineers | Motor Vehicle Brake Fluids | 49 CFR 571 |
| SAE J1733 (pdf) | 1994 | Society of Automotive | Sign Convention for Vehicle Crash | 49 CFR 572 |

**JA1128**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 52 of 298
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 319 of 460

SAE J1733 (html)    Emission Testing

| | | | | |
|---|---|---|---|---|
| SAE J1817 | 2001 | Society of Automotive Engineers | Long Stroke Air Brake Actuator Marking | 49 CFR 393.47(e) |
| SAE J1850 | 1995 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.099-17(h)(1)(i) |
| SAE J1850 | 2001 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.1806-05(h)(1)(i) |
| SAE J1877 | 1994 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Identification Number Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1892 | 1993 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Emission Configuration Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1930 | 1993 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 1039.135(c)(8) |
| SAE J1930 | 2002 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 86.1806-05(h)(1)(v) |
| SAE J1937 | 1989 | Society of Automotive Engineers | Recommended Practice for Engine Testing with Low Temperature Charge Air Cooler Systems in a Dynamometer Test Cell | 40 CFR 86.1330-90(b)(5) |
| SAE J1962 | 1995 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS | 40 CFR 86.094-17(h)(4) |
| SAE J1962 | 2002 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS 15031 | 40 CFR 86.1806-05(h)(1)(iv) |
| SAE J1978 | 2002 | Society of Automotive Engineers | OBD II Scan Tool Equivalent to ISO/DIS 15031-4 | 40 CFR 86.1806-05(h)(1)(vi) |
| SAE J1979 | 2002 | Society of Automotive Engineers | E/E Diagnostic Test Modes | 40 CFR 86.1806-05(h)(1)(ii) |
| SAE J2009 (pdf) SAE J2009 (html) | 1993 | Society of Automotive Engineers | Discharge Forward Lighting Systems | 49 CFR 571 |
| SAE J2012 | 2002 | Society of Automotive Engineers | Diagnostic Trouble Code Definitions | 40 CFR 86.1806-04(h)(1)(iii) |
| SAE J2040 | 2002 | Society of Automotive Engineers | Tail Lamps (Rear Position Lamps) for Use on Vehicles 2032 mm or More in Overall Width | 9 CFR 393.25(c) |
| SAE J2260 | 1996 | Society of Automotive Engineers | Non-metallic Fuel System Tubing with One or More Layers | 40 CFR 1048.105(a)(2) |
| SAE J2261 | 2002 | Society of Automotive Engineers | Stop Lamps and Front- and Rear-Turn Signal Lamps for Use on Motor Vehicles 2032 mm or More in Overall Width | 49 CFR 393.25(c) |
| SAE J2534 | 2002 | Society of Automotive Engineers | Recommended Practice for Pass-Thru Vehicle Programming | 40 CFR 86.096-38(g)(17)(iv) |
| SCTE 26 | 2010 | Society of Cable Telecommunications Engineers | Home Digital Network Interface Specification with Copy Protection | 47 CFR 76.640(b)(4)(iii) |
| SCTE 28 | 2007 | Society of Cable | Host-POD Interface Standard | 47 CFR 15.123(b)(4) |

**JA1129**

| | | Telecommunications Engineers | | |
|---|---|---|---|---|
| SCTE 40 | 2004 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2004) | 47 CFR 15.123(b)(2) |
| SCTE 40 | 2011 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2011) | 47 CFR 15.123(b)(2) |
| SCTE 41 | 2011 | Society of Cable Telecommunications Engineers | POD Copy Protection System | 47 CFR 76.640(b)(2)(ii) |
| SCTE 54 | 2009 | Society of Cable Telecommunications Engineers | Digital Video Service Multiplex and Transport System Standard for Cable Television | 47 CFR 15.123(b)(3) |
| SCTE 65 | 2008 | Society of Cable Telecommunications Engineers | Service Information Delivered Out-of-Band for Digital Cable Television | 47 CFR 76.640(b)(1)(ii) |
| SEAC | 1996 | Structural Engineers Association of California | Recommended Lateral Force Requirements and Commentary including Errata | 42 CFR 52b.12(c)(5) |
| SJI | 1994 | Steel Joist Institute | Standard Specification Load Tables and Weight Tables for Steel Joists and Joist Girders | 24 CFR 3280.304(b)(1) |
| SMACCNA HVAC (pdf) SMACCNA HVAC (html) SMACCNA HVAC (svg) | 1985 | Sheet Metal and Air Conditioning Contractors National Association | SMACNA: HVAC Air Duct Leakage Test Manual | 10 CFR 434.403.2.9.3 |
| SMACCNA DUCT (pdf) SMACCNA DUCT (html) SMACCNA DUCT (svg) | 1995 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: HVAC Duct Construction Standards -- Metal and Flexible (RS-34) | 10 CFR 434.403.2.9.3 |
| SMACCNA GLASS (pdf) | 1992 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Fibrous Glass Duct Construction Standards (RS-36) | 10 CFR 434.403.2.9.3 |
| SMACCNA AIR (pdf) | 1978 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Energy Recovery Equipment and Systems, Air-to-Air | 10 CFR 440 Appendix A |
| NIST Handbook H-28 | 1942 | Department of Commerce | Handbook of Screw-Thread Standards for Federal Service | 49 CFR 178.45(f)(5)(ii) |
| DOD AFTO 11A-1-47 | 1988 | Department of Defense | Explosive Hazard Classification Procedures | 49 CFR 173.56(b)(2)(i) |
| FedSpec RR-C-901D | 2003 | Department of Transportation | Cylinders, Compressed Gas: High Pressure, Steel DOT 3AA, and Aluminum Applications | 49 CFR 173.302(b)(3) |
| RTCA 23-63 | 1963 | Radio Technical Commission for Aeronautics | Standard Adjustment Criteria for Airborne Localizer and Glide Slope Receivers | 14 CFR 91 App. A, 3(a)(1) |

**JA1130**

| SNELL B-90 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(4) |
|---|---|---|---|---|
| SNELL B-95 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(7) |
| SRCC OG-300 | 2008 | Solar Rating and Certification Corporation | Operating Guidelines and Minimum Standards for Certifying Solar Water Heating Systems | 24 CFR 200.950(a)(1) |
| TPI | 1985 | Truss Plate Institute | Design Specifications for Metal Plate Connected Wood Trusses | 24 CFR 3280.304(b)(1) |
| TTMA RP-61 | 1998 | Truck Trailer Manufacturers Association | Performance of Manhole and/or Fill Opening Assemblies | 49 CFR 180.405(g)(2)(i) |
| TTMA RP-81 | 1997 | Truck Trailer Manufacturers Association | Performance of Spring Loaded Pressure Relief Valves | 49 CFR 178.345-10(b)(3)(i) |
| TTMA RP-107 | 1998 | Truck Trailer Manufacturers Association | Procedure for Testing In-Service Unmarked and/or Uncertified MC 306 and Non-ASME MC 312 Type Cargo Tank Manhole | 49 CFR 180.405(g)(2)(i) |
| UL 17 | 1988 | Underwriters Laboratories | Vent or Chimney Connector Dampers for Oil-Fired Appliances | 10 CFR 440 Appendix A |
| UL 38 | 1993 | Underwriters Laboratories | Standard for Manually Actuated Signaling Boxes for Use with Fire-Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 44 | 2002 | Underwriters Laboratories | Standard for Thermoset-Insulated Wire and Cable | 46 CFR 110.10-1 |
| UL 50 | 1995 | Underwriters Laboratories | Standard for Enclosures for Electrical Equipment | 46 CFR 111.81-1(d) |
| UL 62 | 1997 | Underwriters Laboratories | Standard for Flexible Cord and Fixture Wire | 46 CFR 110.10-1 |
| UL 127 | 1996 | Underwriters Laboratories | Factory-Built Fireplaces | 24 CFR 3280 |
| UL 142 (pdf) UL 142 (html) | 1968 | Underwriters Laboratories | Steel Above Ground Tanks for Flammable and Combustible Liquids | 49 CFR 1910 |
| UL 174 | 1989 | Underwriters Laboratories | Household Electric Storage Tank Water Heaters | 46 CFR 63.25-3(a) |
| UL 217 | 1993 | Underwriters Laboratories | Single and Multiple Station Smoke Detectors | 46 CFR 181.450(a)(1) |
| UL 486A | 1990 | Underwriters Laboratories | Wire Connections and Soldering Lugs for Use With Copper Conductors | 46 CFR 175.600 |
| UL 521 | 1993 | Underwriters Laboratories | Heat Detectors for Fire Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 727 | 1994 | Underwriters Laboratories | Oil-Fired Central Furnaces | 10 CFR 431.76(c)(1) |
| UL 746C | 1995 | Underwriters Laboratories | Polymeric Material--Use in Electrical Equipment Evaluations | 16 CFR 1211.10(e)(2) |
| UL 913 | 1988 | Underwriters Laboratories | Intrinsically Safe Apparatus and Associated Apparatus for Use in | 46 CFR 111.105-11(a) |

https://law.resource.org/pub/us/cfr/manifest.us.html[12/18/2015 8:55:48 PM]

| | | | | |
|---|---|---|---|---|
| UL 991 | 1995 | Underwriters Laboratories | Tests for Safety-Related Controls Employing Solid-State Devices | 16 CFR 1211.4(c) |
| UL 1042 | 1995 | Underwriters Laboratories | Electric Baseboard Heating Equipment | 24 CFR 3280.703 |
| UL 1072 | 1995 | Underwriters Laboratories | Standard for Medium-Voltage Power Cables | 46 CFR 111.60-1(e) |
| UL 1096 | 1986 | Underwriters Laboratories | Electrical Central Air Heating Equipment | 24 CFR 3280.703 |
| UL 1104 | 1983 | Underwriters Laboratories | Standard for Marine Navigation Lights | 46 CFR 120.420 |
| UL 1426 | 1986 | Underwriters Laboratories | Cables for Boats | 33 CFR 183.435(a)(4) |
| UL 1570 | 1995 | Underwriters Laboratories | Fluorescent Lighting Fixtures | 46 CFR 183.410(d) |
| UL 1571 | 1995 | Underwriters Laboratories | Incandescent Lighting Fixtures | 46 CFR 111.75-20(e) |
| UL 1572 | 1995 | Underwriters Laboratories | High Intensity Discharge Lighting Fixtures | 46 CFR 120.410(d) |
| UL 1574 | 1995 | Underwriters Laboratories | Track Lighting Systems | 46 CFR 111.75-20(e) |
| UL 1995 | 1995 | Underwriters Laboratories | Heating and Cooling Equipment, Second Edition, with 1999 revisions | 24 CFR 3280.4 |
| UN ECE | 1996 | United Nations Economic Commission of Europe | Uniform Provisions Concerning the Approval of Vehicles with Regard to the Installation of Lighting and Light-Signaling Devices | 49 CFR 571.108 |
| UN ESC | 2009 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods, Manual of Tests and Criteria | 49 CFR 173.128(c)(3) |
| UN ESC | 2005 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods | 49 CFR 173.40(d)(2) |
| FAO 4 | 1995 | UN Food and Agriculture Organization | Requirements for the Establishment of Pest-free Areas | 7 CFR 319.56 |
| IAEA Circular 225 | 1999 | International Atomic Energy Agency | Physical Protection of Nuclear Material and Nuclear Facilities | 10 CFR 110.44(b)(1) |
| IAEA TS-R-1 | 2009 | International Atomic Energy Agency | Regulations for the Safe Transport of Radioactive Material | 49 CFR 171.23 |
| IMO Resolution A.264 | 1960 | International Maritime Organization | Amendment to Chapter VI of the International Convention for the Safety of Life at Sea | 46 CFR 172.015(a)(2) |
| IMO Resolution A.265 | 1973 | International Maritime Organization | Carriage of Grain | 46 CFR 170.135(a) |
| IMO Resolution A.342 | 1975 | International Maritime Organization | Recommendations on Performance Standards for Automatic Pilots | 33 CFR 164.13(d)(1) |
| IMO Resolution A.414 | 1979 | International Maritime Organization | Code for Construction and Equipment of Mobile Offshore | 33 CFR 143.207(c) |

**JA1132**

Public Safety Standards of the United States
Case 1:13-cv-01215-TSC   Document 122-1   Filed 12/22/15   Page 56 of 298
USCA Case #17-7039    Document #1715850   Filed: 01/31/2018   Page 323 of 460

| | | | | |
|---|---|---|---|---|
| IMO Resolution A.520 | 1983 | International Maritime Organization | Code of Practice for the Evaluation, Testing and Acceptance of Prototype Novel Life-Saving Appliances and Arrangements | 46 CFR 108.105(c)(1) |
| IMO Resolution A.525 | 1983 | International Maritime Organization | Performance Standards for Narrow-band Direct Printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings | 47 CFR 80.1101(c)(1)(i) |
| IMO Resolution A.601 | 1987 | International Maritime Organization | Provision and Display of Manoeuvering Information on Board Ships | 33 CFR 157.450 |
| IMO Resolution A.649 | 1991 | International Maritime Organization | Code for the Construction and Equipment of Mobile Offshore Drilling Units (MODU Code) | 46 CFR 108.503 |
| IMO Resolution A.654 | 1989 | International Maritime Organization | Graphical Symbols for Fire Control Plans | 46 CFR 109.563(a)(6) |
| IMO Resolution A.657 | 1989 | International Maritime Organization | Instructions for Action in Survival Craft | 46 CFR 160.151-21(v)(3) |
| IMO Resolution A.658 | 1989 | International Maritime Organization | Use and Fitting of Retro-Reflective Materials on Life-Saving Appliances | 46 CFR 108.645(a)(4) |
| IMO Resolution A.662 | 1989 | International Maritime Organization | Performance Standards for Float-Free Release and Activation Arrangements for Emergency Radio Equipment | 47 CFR 80.1101(c)(11)(ii) |
| IMO Resolution A.664 | 1989 | International Maritime Organization | Performance Standards for Enhanced Group Call Equipment | 47 CFR 80.1101(c)(10) |
| IMO Resolution A.688 | 1991 | International Maritime Organization | Fire Test Procedures for Ignitability of Bedding Components | 46 CFR 116.405(j)(2) |
| IMO Resolution A.689 | 1996 | International Maritime Organization | Recommendation on Testing Life-Saving Appliances | 46 CFR 160.151-21(f) |
| IMO Resolution A.694 | 1991 | International Maritime Organization | General Requirements for Shipborne Radio Equipment Forming Part of the Global Maritime Distress and Safety System and for Electronic Navigational Aids | 47 CFR 80.1101(b)(1) |
| IMO Resolution A.700 | 1991 | International Maritime Organization | Performance Standards for Narrow-band Direct-printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings and Urgent Information to Ships | 47 CFR 80.1101(c)(4)(iv) |
| IMO Resolution A.739 | 1993 | International Maritime Organization | Guidelines for the Authorization of Organizations Acting on Behalf of the Administration | 33 CFR 96.440(a)(12) |
| IMO Resolution A.741 | 1993 | International Maritime Organization | International Management Code for the Safe Operation of Ships and for Pollution Prevention | 33 CFR 96.220(b) |
| IMO Resolution A.744 | 1993 | International Maritime Organization | Guidelines on the Enhanced Program of Inspections During Surveys of Bulk Carriers and Oil | 33 CFR 157.430(a) |

**JA1133**

| IMO Resolution A.751 | 1994 | International Maritime Organization | Interim Standards for Ship Manoeuverability | 33 CFR 157.445(a) |
|---|---|---|---|---|
| IMO Resolution A.753 | 1993 | International Maritime Organization | Guidelines for the Application of Plastic Pipe on Ships | 46 CFR 56.60-25(a) |
| IMO Resolution A.760 | 1993 | International Maritime Organization | Symbols Related to Life-Saving Appliances and Arrangements | 46 CFR 108.646(a) |
| IMO Resolution A.788 | 1995 | International Maritime Organization | Guidelines on Implementation of the International Safety Management (ISM) Code by Administrations | 33 CFR 96.320(c)(2) |
| IMO Resolution A.802 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Radar Transponders for Use in Search and Rescue Operations | 47 CFR 80.1101(c)(6)(i) |
| IMO Resolution A.803 | 1995 | International Maritime Organization | Performance Standards for Shipborne VHF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(2)(i) |
| IMO Resolution A.804 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(3)(i) |
| IMO Resolution A.806 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF/HF Radio Installations Capable of Voice Communication, Narrow-Band Direct Printing and Digital Selective Calling | 47 CFR 80.1101(c)(4)(i) |
| IMO Resolution A.807 | 1995 | International Maritime Organization | Performance Standards for INMARSAT Standard-C Ship Earth Stations Capable of Transmitting and Receiving Direct-Printing Communications | 47 CFR 80.1101(c)(9) |
| IMO Resolution A.808 | 1995 | International Maritime Organization | Performance Standards for Ship Earth Stations Capable of Two-Way Communications | 47 CFR 80.1101(c)(8) |
| IMO Resolution A.809 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Two-Way VHF Radiotelephone Apparatus | 47 CFR 80.1101(c)(7)(i) |
| IMO Resolution A.810 | 1995 | International Maritime Organization | Performance Standards for Float-free Satellite Emergency Position-Indicating Radio Beacons (EPIRBs) Operating on 406 MHz | 47 CFR 80.1101(c)(5)(i) |
| IMO Resolution A.812 | 1995 | International Maritime Organization | Performance Standards for Float-Free Satellite EPIRBs Operating Through the Geostationary INMARSAT Satellite System on 1.6 GHz | 47 CFR 80.1101(c)(11)(i) |
| USEC 651 | 1995 | United States Enrichment Corporation | Good Handling Practices for Uranium Hexafluoride | 49 CFR 173.417(a)(3)(i) |
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |

**JA1134**

| USPHS 956 | 1962 | U.S. Public Health Service | Drinking Water Standards | 46 CFR 160.026-4(a) |
|-----------|------|----------------------------|--------------------------|---------------------|
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |
| USPHS 9 | 2003 | U.S. Public Health Service | The Ships Medicine Chest and Medical Aid at Sea | 33 CFR 143.405(a)(15) |
| WCLIB R17 | 2004 | West Coast Lumber Inspection Bureau | Grading Rules for West Coast Lumber | 7 CFR 1728.201(f)(1)(i) |
| WHO | 1973 | World Health Organization | Laboratory Techniques in Rabies | 9 CFR 113.209(d)(3) |
| WIPO ST.25 | 2001 | World Intellectual Property Organization | Handbook on Industrial Property Information and Documentation | 37 CFR 1.821(a)(1) |
| WQA S-100 | 1985 | Water Quality Association | Water Softeners | 24 CFR 200, Subpart S |
| WQA S-200 | 1988 | Water Quality Association | Water Filters | 24 CFR 200, Subpart S |
| WQA S-300 | 1984 | Water Quality Association | Point-of-Use, Low Pressure Reverse Osmosis Drinking Water Systems | 24 CFR 200, Subpart S |
| WQA S-400 | 1986 | Water Quality Association | Point-of-Use Distillation Drinking Water Systems | 24 CFR 200, Subpart S |
| WSTDA T-1 | 2005 | Web Sling and Tiedown Association | Recommended Standard Specification for Synthetic Web Tiedowns | 49 CFR 393.104(e)(3) |

Last Updated: December 31, 2012

↑
Published by Public.Resource.Org

**JA1135**

https://law.resource.org/pub/us/cfr/manifest.us.html[12/18/2015 8:55:48 PM]

# EXHIBIT 5

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3

4    AMERICAN SOCIETY FOR TESTING

5    AND MATERIALS d/b/a ASTM

6    INTERNATIONAL; NATIONAL FIRE

7    PROTECTION ASSOCIATION, INC.,;

8    and AMERICAN SOCIETY OF HEATING,

9    REFRIGERATING, AND AIR-CONDITIONING

10   ENGINEERS, INC.

11              Plaintiffs,    CIVIL ACTION FILE

12       vs.                   NO. 1:13-CV-01215-EGS

13   PUBLIC.RESOURCE.ORG, INC.,

14              Defendant.

15

16         30(b)(6) VIDEOTAPED DEPOSITION OF

17                 STEVEN COMSTOCK

18                  March 5, 2015

19                   10:20 a.m.

20               1075 Peachtree Street

21                    Suite 3625

22             Atlanta, Georgia  30309

23          Lee Ann Barnes, CCR-1852, RPR, CRR

24

25   PAGES 1 - 199

                                        Page 1

1    A.   Yeah, about 12 years ago I had one taken.

2    Q.   Is that the only deposition?

3    A.   That's the only one.

4    Q.   What kind of case did that involve?

5    A.   That was a personnel matter for our

6 organization.

7    Q.   Did you testify at trial?

8    A.   No, I did not.

9    Q.   Did you have a chance to meet with

10 Mr. Lewis or other counsel before this deposition to

11 prepare for the deposition?

12   A.   Yes, I did.

13   Q.   I'll ask you to look at Exhibit 1076 --

14        (Defendant's Exhibit 1076 was marked for

15   identification.)

16   Q.   (By Mr. Bridges)  -- which is Defendant's

17 Notice of 30(b)(6) deposition of ASHRAE.  Please take

18 a look at it, Mr. Comstock.

19        Do you understand that you are here today

20 testifying as a representative of ASHRAE on Topics 4,

21 5, 7, 8, 9, 10, 12, 13, 14, 18, 23, 24, 30, and 31?

22   A.   Yes, that's my understanding.

23   Q.   When did ASHRAE start providing a reading

24 room for public access to ASHRAE's standards?

25   A.   We made selected standards available for

1 read-only access, and I believe that was about 15

2 years ago.  I don't have the exact date.  It was in

3 that -- that range of time.

4    Q.   How did ASHRAE select what standards to

5 make available?

6    A.   These are our -- our most popular

7 standards, the ones for which there was the greatest

8 demand.

9    Q.   How many standards -- strike that.

10        How many current standards does ASHRAE

11 publish?

12   A.   I don't have the exact number.  My

13 recollection would be in the neighborhood of -- of

14 75.

15   Q.   How many of those standards are on ASHRAE's

16 reading room available to the public now?

17   A.   At the current time, I believe there are 10

18 of those standards available.

19   Q.   Does ASHRAE also make available through its

20 reading room earlier versions of those 10 standards?

21   A.   We provide -- we provide the current

22 versions of those standards.

23   Q.   But not the earlier versions?

24   A.   I believe that's the case.

25   Q.   Do you know why ASHRAE began providing

1 public access to some of its standards?

2    A.   We were actually hoping to increase our

3 sales of those standards.  It would be to the -- to

4 allow somebody to view those standards, but not be

5 able to download those standards or print those

6 standards.  So that would drive demand for those --

7 for those standards.

8    Q.   What was ASHRAE's experience in that

9 regard?

10   A.   It was -- our experience was that it was

11 relatively flat.  It didn't have -- seem to have much

12 of a positive impact, nor in -- in that case did it

13 seem to have a negative impact.

14   Q.   Does ASHRAE have information about how many

15 persons have accessed the standards in its reading

16 room?

17   A.   We did.  We changed the -- the -- the

18 software platform from which they were made available

19 for viewing.  We originally used -- we originally

20 used a RealRead vendor-supplied system and then we

21 went -- they went out of business, I believe, and

22 then we switched to iWrapper.

23        But I -- I know for certain when we were

24 with RealRead, we would track the views.  There was

25 no registration so we wouldn't know who those people

1 were, but we did track views.

2        I think we do so with iWrapper, as well,

3 now, but I know for certain it was done with

4 RealRead.

5    Q.   Do you recall any statistics regarding the

6 number of accesses of various standards?

7    A.   I -- the -- the -- the most prominent of

8 those standards was 90.1, and I think if my

9 recollection is correct, I believe maybe 40-, 45,000

10 views of the 2010 version of that -- that -- that

11 standard over the course of the time it was made

12 available.

13   Q.   And was it ASHRAE's experience that the

14 effect of the public access to the 90.1 standard was

15 somewhere between nothing and minimal?

16   A.   That's --

17        MR. LEWIS:  Object to the form.

18   Q.   (By Mr. Bridges)  You can answer.

19   A.   I didn't see much of an impact one way or

20 the other.

21   Q.   Does ASHRAE still sell earlier versions of

22 its current standards?

23   A.   Yes.

24   Q.   How much -- strike that.

25        Roughly how much revenue per year does

4 (Pages 10 - 13)

1 there's a relationship between sales or licenses of a
2 standard and incorporation of that standard into
3 law --
4       MR. LEWIS:  Objection.
5   Q.  (By Mr. Bridges)  -- or regulation?
6   A.  No.  We don't -- that's -- that's not a
7 metric that we use at all.  I mean, I imagine, you
8 know, perhaps you -- you look at where sales are
9 from, but we don't do that.  That's not part of our
10 business.
11       And I would think that the -- there's
12 people who do work in our industry do work across
13 states, across municipalities, but that's not a
14 metric that we -- we keep as part of our business
15 operation.
16   Q.  Apart from keeping a metric, do you have
17 any, let's say, anecdotal experience observing that
18 incorporation of a particular ASHRAE standard leads
19 to a jump in sales of that standard?
20       MR. LEWIS:  Objection.
21       THE WITNESS:  Really, no.  I have -- I
22 mean, there'll be times when somebody will say
23 to me, "Steve, how do I find an older version of
24 a standard in our bookstore," because we're --
25 we -- we have to put on education, training

Page 18

1 standard before the revision has been on the reading
2 room -- strike that.
3       Is "reading room" a term that you use at
4 ASHRAE?
5   A.  We do not.
6   Q.  What do you use -- what term do you use for
7 the facility by which the public can view ASHRAE
8 standards for free?
9   A.  I believe we call it free viewing.
10   Q.  Free viewing?
11   A.  Free viewing.
12   Q.  When ASHRAE revises a standard and the
13 standard before that revision has been available for
14 free viewing, does ASHRAE replace the older version
15 of the standard with the newer version of the
16 standard for free viewing as soon as ASHRAE issues
17 the standard?
18   A.  Yes, we do.
19   Q.  And does ASHRAE then take the older version
20 of the standard out of the free viewing facility when
21 that happens?
22   A.  Yes, we do.
23   Q.  Is there a reason why ASHRAE removes the
24 older standard from the free viewing?
25   A.  That's been our process going back to when

Page 20

1 related to that standard.
2       So I have anecdotal questions that are
3 asked or comments that are made to me along
4 those lines, but nothing that's -- that -- that
5 would, you know, trigger that back to specific
6 sales totals.
7   Q.  (By Mr. Bridges)  Is there anything that
8 can tie it to a general trend of sales, in your view?
9       MR. LEWIS:  Objection.
10       THE WITNESS:  I don't believe so.  I mean,
11 I -- we sell -- when a new standard -- a -- a
12 new version of a standard is -- is published,
13 there's interest in the market to buy that
14 standard, and if stan- -- if older versions of
15 standards are still relevant, we sell those
16 standards and continue to sell those.
17   Q.  (By Mr. Bridges)  In what circumstances
18 would an older version of an ASHRAE standard be
19 relevant in the marketplace?
20   A.  I assume that would be because it's -- it's
21 referenced in -- in legislation or regulation or --
22 or codes.  I think it would probably depend upon what
23 the owners of the -- the -- the -- the owner of a
24 building may have in their specifications.
25   Q.  When ASHRAE revises a standard and the

Page 19

1 we first started the free viewing, which is the -- 15
2 years ago or so.
3       And the -- the -- the reason for that is --
4 is we always wish to have the most current
5 application of the technology used.  So the -- the --
6 the notion is that as a standard is revised, it's
7 a -- it's a better application of the technology
8 that's current at the time.
9       So we -- it -- it -- it's always been
10 our -- our preference to -- to have -- to -- to move
11 the market towards the more current version of the
12 standard because of the application of technology.
13   Q.  Now, I think you mentioned a few minutes
14 ago -- and please correct me if I'm wrong because I
15 don't want to misquote you -- that there are some
16 times when people want older standards but they
17 aren't in stock and so there has to be a new print
18 order for those; is that correct?
19       MR. LEWIS:  Objection.
20       THE WITNESS:  Actually, our objective is to
21 never have them out of -- out of stock.  It's --
22 usually, I will be asked a question, "Steve, do
23 we have these in stock," and I will say, "Yes."
24       And we go through a process where we have
25 a -- a trigger -- this is what we do for all of

Page 21

1 Washington.

2    Q.  Who is ASHRAE's principal contact there?

3    A.  Riaz Ahmed.

4    Q.  R-I-A-Z A-H-M-E-D?

5    A.  Yes.  That's the first name and last name.

6    Q.  Who at ASHRAE supervises the relationship

7 with iENGINEERING?

8    A.  Well, at the -- approving the payment of

9 invoices and approving the initiation of work, it is

10 me, and -- and then there's a -- a gentleman in my

11 group who actually then works on a day-to-day basis

12 with vendor relationships.  David Soltis is his name.

13    Q.  How do you spell Soltis?

14    A.  S-O-L-T-I-S.

15    Q.  If a member of the public wanted to write

16 an article about the evolution of the 90.1 standard

17 over the last 20 years by showing a comparison

18 through, let's say, a redline, an electronic

19 comparison -- let me back up.

20      Do you understand what a redline is?

21    A.  I do.

22    Q.  If a member of the public wanted to write

23 an article about the evolution of the 90.1 standard

24 over the last 20 years by providing a redline of the

25 various changes from version to version, is there

1 a -- what would the -- I'm going to start the

2 question again.  Let me strike that.

3      If a member of the public wanted to write

4 an article about the evolution of the 90.1 standard

5 over the last 20 years by providing a redline of

6 various changes from version to version, what steps

7 would that person need to go through in order to

8 generate a comparison document?

9    MR. LEWIS:  Objection.

10    THE WITNESS:  We currently offer for the

11    current version of Standard 90.1 -- .1 a redline

12    version that's available for sale.  That's

13    something we only initiated a year ago, year and

14    a half.  So we would not be able to provide that

15    document, if that's a -- if that's -- if that's

16    the question.

17      If they wish to reuse our content, then we

18    have a process that we follow for reprint

19    permission or request for -- for -- for use.

20    Q.  (By Mr. Bridges) Leaving aside the

21 permissions process, how, from a technical

22 standpoint, would one be able to generate that

23 redline?  Would one have access to earlier versions

24 in an electronic format that would be suitable for

25 applying a comparison tool to?

1    MR. LEWIS:  Objection.

2    THE WITNESS:  Yes.

3    Q.  (By Mr. Bridges)  And what would the

4 earlier versions be?

5    A.  PDFs.

6    MR. LEWIS:  Objection.

7    Q.  (By Mr. Bridges)  PDF.

8      And if one wanted to trace the evolution

9 across four versions to produce one document with

10 annotations showing, for example, when each provision

11 entered into the standard and when various provisions

12 disappeared from the standard, would the person need

13 to get permissions to reuse each of the four

14 versions, according to ASHRAE's practices?

15    A.  If they were doing this for their personal

16 use, then no, because that would be allowed for in

17 their purchase of the standards.

18      The permission would require -- would be

19 required for the extent to which that person would

20 want to make information available more widely other

21 than for personal use, and then there would be

22 considerations that would be given for amount of

23 content, so on.

24    Q.  Well, what -- what if somebody wanted to

25 write an article criticizing the evolution and saying

1 that it had gotten off track and wanting to

2 illustrate the arguments by quoting substantial bits,

3 let's say two pages at a time for five different

4 instances.

5      According to ASHRAE's practices, what would

6 be required for the person -- for that person to be

7 able to do this?

8    MR. LEWIS:  Objection.

9    THE WITNESS:  Whether the article is

10    critical or not isn't part of our process of

11    granting permission for use of content.

12    Q.  (By Mr. Bridges) Leaving that part aside,

13 then, what would the person need to do, according to

14 ASHRAE's practices, to get permission to provide,

15 let's say, four two-page excerpts showing the

16 changes?

17    MR. LEWIS:  Objection.

18    THE WITNESS:  They would need to specify

19    what content from the standard they wished to

20    use, what -- how much content, what type of

21    content, and what the use would be, say an

22    article.

23      We do not ask what that article is going to

24    say, nor do we review that article before it is

25    used.  That's not part of our process.

1    So they would have to specify the amount of
2 content that they wish to use, what content, and
3 how and what that use would be.
4    Q.  (By Mr. Bridges)  Would ASHRAE give that
5 permission without charge?
6    A.  We always use a balance in -- in -- in how
7 we approach reprint requests.
8    If I do not feel there's going to be a
9 negative impact on the sales of -- of a standard,
10 typically I will grant reprint permission use,
11 because I think it also promotes awareness of a
12 standard.
13    I should say that we also have an on-line
14 system that we use, as well, RightsLink.  You can go
15 to our website and you can see that.  But that hasn't
16 worked very well.  That was my attempt at trying to
17 remove a little bit of the care and hand- -- well,
18 the time that has to go in with processing requests.
19    In -- that system, it was a cookie
20 cutter, a certain amount of money for a certain --
21 for a certain number of figures and so on.  But
22 that's really not a very practical system and it's
23 just about -- we -- I think we still have the link
24 there, but it's really -- doesn't have very good
25 functionality.

Page 46

1    Q.  And it sounds to me as though the reason
2 for that is that it wasn't flexible enough to
3 accommodate different use cases?
4    A.  That -- that's correct.  And -- and it's
5 hard to keep it up to date.  We publish many
6 articles, we publish many standards, and so to try to
7 keep that database of permission -- so when somebody
8 goes in and they identify the -- the source of the
9 content, it was as much work for us to keep the
10 database up to date as it was to handle the
11 permissions personally.
12    Q.  Do you have a dedicated permission staff?
13    A.  My administrative assistant is the focal
14 point for permissions.
15    Q.  What is your assistant's name?
16    A.  Julie Harr, H-A-R-R.
17    MR. BRIDGES:  If it's all right with you, I
18 ask that we take a break.  We've gone just a
19 little bit over an hour.  Normally I'd like to
20 go longer, but I'm working on sleep deprivation.
21 I'll try and keep the breaks short, but I may
22 need them every hour.
23    VIDEOGRAPHER:  This is the end of Video 1.
24 We're going off the record at 11:26 a.m.
25    (Thereupon, there was an interruption in

Page 47

1 the proceedings.)
2    VIDEOGRAPHER:  This is the beginning of
3 Video 2.  We are going on the record at
4 11:46 a.m.
5    Q.  (By Mr. Bridges)  Do you know roughly what
6 percentage of publications income comes from
7 government sources for ASHRAE?
8    A.  I do not.
9    Q.  Do you know what government support ASHRAE
10 gets in the development or revision of standard --
11 standards?
12    A.  I am not aware of any funding received by
13 ASHRAE for development or the revision of -- of
14 standards.
15    Q.  You're aware that government employees
16 participate in the standard development process?
17    A.  I do.  And -- well, I -- what I am aware of
18 is that there -- there may be individuals with the
19 government who purchase copies of -- of standards.
20 I'm not exactly sure of their role on project
21 committees, but -- but they are -- would be included
22 in the -- the customer base for standards.
23    Q.  And you're aware that -- does the U.S.
24 government enter into any contracts with ASHRAE for
25 the sale or availability of standards?

Page 48

1    A.  We have had -- in -- in recent -- this is
2 in recent years, we've had three contracts I've been
3 engaged with related to the distribution of
4 standards, specifically 90.1.
5    Q.  What were the contracts for?
6    A.  Three -- first contract was for making
7 90.1 -- and I believe that was the 2010 version of
8 the standard -- available to ASHRAE members for --
9 well, I -- available from the ASHRAE website for free
10 download.
11    And then there were two subsequent
12 contracts that were done in conjunction with the
13 International Code Council where actually they did
14 the -- the distribution, but inclu- -- which -- which
15 the distribution included one of their documents,
16 the -- what is called the IECC, International Energy
17 Conservation Code.
18    So -- so that -- that document was
19 provided -- distributed by ICC and included in that
20 package ASHRAE Standard 90.1 2010.
21    And then the third contract added 90.1 2007
22 distribution, and that was to a distribution list
23 provided to ICC from, in this case, Pacific Northwest
24 Laboratories, which was a -- a laboratory under
25 contract at the Department of Energy.

Page 49

13 (Pages 46 - 49)

1   Q.  I'd like to go back to the beginning of
2 your answer, because I -- I didn't quite understand
3 it.
4       The first contract was for making the 2010
5 version of the standard available in some fashion and
6 I think first you said available to ASHRAE members
7 and then I think you said available from the ASHRAE
8 website for free download.
9       Is -- did you mean available not
10 specifically to ASHRAE members, but available from
11 the ASHRAE website for download?
12      MR. LEWIS:  Objection.
13      THE WITNESS:  I meant to say was available
14    for free download from the ASHRAE website.
15   Q.  (By Mr. Bridges)  Who -- and under that
16 contract, who had access to the free downloads?
17   A.  Anyone who logged into our website and
18 clicked on the option to complete that download.
19   Q.  Oh, any person --
20   A.  Anybody could --
21   Q.  -- any person, country?
22   A.  That's correct.  Actually, in the world.
23   Q.  In the world.
24   A.  That's my -- as I say that, that's my
25 recollection, is it was not rest- -- I know it was

Page 50

1 not restricted to members -- I misspoke at first --
2 and I think it was open to -- to anyone.
3   Q.  And that's what I was trying to figure out.
4   A.  Yeah.
5   Q.  Okay.  So the first contract -- just to
6 summarize again, the first contract was for ASHRAE to
7 make 90.1 available for free to the public by
8 download; correct?
9   A.  That is correct.
10   Q.  Was that contract for a limited period of
11 time or was it for -- what were the terms of that
12 contract?
13   A.  There was a contract that had a -- dollar
14 amount associated with it, and so there was a fee
15 that every -- every time a download was made, a fee
16 for that unit was charged.  So once that total
17 contract amount was met, then the downloads stopped.
18   Q.  Do you recall what the per-download fee
19 was?
20   A.  I believe it was $15 a -- a document.
21   Q.  Do you know how ASHRAE knew when a download
22 occurred?
23   A.  Yes, because we had a -- system that
24 would click -- keep track of the downloads.
25   Q.  How --

Page 51

1   A.  So that was how we did the -- knew when it
2 ended.
3   Q.  How could you distinguish, let's say,
4 between a download and a simple view of the document
5 from ASHRAE's website?
6   A.  There was no viewing associated with this
7 particular functionality.  You just clicked on a box
8 that said "Download."
9   Q.  Got it.
10      With what government agency was the
11 contract?
12   A.  Our contract was with PNL, Pacific
13 Northwest Laboratory, which is a laboratory of the
14 U.S. Department of Energy.
15   Q.  Did ASHRAE ever come to have an
16 understanding as to why Pacific Northwest Laboratory
17 wished to have that facility available?
18   A.  This was part of the -- the time frame is
19 2011, and I believe this was part of the -- the
20 Recovery Acts, the National Recovery Acts that were
21 in place at that time.
22      And I was approached by somebody from PNL
23 as a -- to do that.  I do not know what their --
24 their motivations were except to make the standard
25 available.

Page 52

1   Q.  Do you know how many downloads occurred
2 under that contract?
3   A.  I do not, but if -- if it was the 15 per
4 download and the contract was $322,000, it would be
5 that division.
6      (Defendant's Exhibit 1077 was marked for
7      identification.)
8   Q.  (By Mr. Bridges)  My brain is sitting next
9 to me and my brain hands me important things from
10 time to time.
11      Mr. Comstock, I ask you to look at
12 Exhibit 1077.
13      Could you identify it, please?
14   A.  This appears to be the -- the proposal that
15 I just -- I just spoke of.  I think I did say 2010.
16 This document says 2000 -- 2007 version of that --
17 oh, no, I'm sorry.  Yeah, it says --
18      MR. LEWIS:  I'll just note for the record
19    that the document is two sided.
20   Q.  (By Mr. Bridges)  Yes, always.  I think all
21 of our documents will be.
22   A.  So it's the 2007 version, yes.
23   Q.  Okay.  Was this free download facility
24 something that ASHRAE proposed?
25   A.  No.  The -- we -- we were approached by

Page 53

14 (Pages 50 - 53)

1 PNL, to my -- to my knowledge.
2    Q.   The -- just the format, it's in response to
3 an RFP or request for proposals.
4       Do you know what the RFP No. 140008
5 specified?
6    A.   I -- I do not.
7    Q.   The proposal envisioned that ASHRAE would
8 promote the free download program through targeted
9 e-mails to members of ASHRAE; correct?  I'm looking
10 rough- -- just above the midpoint in that exhibit.
11    A.   Correct.
12    Q.   Do you know to what extent ASHRAE promoted
13 the free download program to the broader public,
14 apart from members of ASHRAE?
15    A.   I -- we put notices on our website to -- is
16 my recollection.  I believe we did news releases, but
17 I am -- that's an assumption on my part.
18    Q.   And then you said there were two other
19 contracts; is that correct?
20    A.   That's correct.  Both of those also
21 involved versions of Standard 90.1 and then also
22 included a document, the -- the IECC that I
23 referenced.
24    Q.   Were they on roughly the same terms as the
25 terms in Exhibit 1077?

Page 54

1       Now, the first agreement I believe was
2 $188,000, in that neighborhood.  The second agreement
3 was $230,000.  The -- the -- but the second
4 agreement, I think -- so the first one, it would be
5 dividing the 45,000 into that -- $45 into that total
6 amount.  The second agreement actually included two
7 versions of 90.1, if I recall, and two different
8 versions of the IECC, so it could have been that cost
9 was $90 total in-- -- $90 per unit into that $230,000
10 number.
11    Q.   And just to clarify one thing.
12       In the last couple of answers, you referred
13 to the first contract and the second contract.  If we
14 put them in the context of the other contract, that
15 would make these the second and third contracts?
16    A.   That's correct.
17    Q.   Okay.  In your answer just now, when you
18 were saying first and second, in the broader scope,
19 you were referring to the second and third contracts;
20 is that correct?
21    A.   That is correct.
22    Q.   As a result of these contracts, did ASHRAE
23 observe any effect on its other sales or licenses of
24 the 90.1 standard?
25    A.   These -- these three contracts all involve

Page 56

1    A.   No.  That -- that was a -- a different
2 arrangement.  For that process, the documents were
3 sent in hard copy form to recipients who were
4 provided to us from the -- from PNL.  And the
5 distribution was made by ICC, which is the publisher
6 of the IECC.  ICC is International Code Council.
7    Q.   Were the second and third contracts
8 contracts between PNL and ICC?
9    A.   No.  I believe they were contracts between
10 PNL and ASHRAE and then ICC was engaged to fulfill
11 the agreement.
12    Q.   Do you recall the expected audience,
13 recipients, of the hard-copy publications in the
14 second and third contracts?
15    A.   I believe the targeted audience for that
16 was code officials at state and municipalities.
17    Q.   Do you recall quantities and financial
18 terms for the second and third contracts?
19    A.   The -- the -- the -- the purchase price for
20 the 90.1 inclusion was the same as this, $15, if I
21 recall, and then there was a -- I believe ICC charge
22 for distribution of the IECC was also $15 and then
23 there was a $15 charge by ICC for printing, mailing,
24 inventory, distribution.  So that was a total per
25 unit, that I recall, of $45.

Page 55

1 distribution of not the current version of the ASHRAE
2 standard, but the previous version.
3       Did we see any noticeable change in the
4 distribution or the sales of the -- the current
5 version?  Nothing seemed to jump out.
6    Q.   Did ASHRAE observe any noticeable effect on
7 the distribution, even of the earlier versions, apart
8 from -- from these contracts?
9    A.   Intuitively, I would think there would have
10 been some impact, but I can't say -- we didn't
11 monitor that, so I have no evidence one way or the
12 other.
13    Q.   So you don't know one way or the other
14 whether these contracts cannibalized other types of
15 sales of the same versions?
16    A.   Yeah, I have no -- no evidence one way or
17 the other.
18    Q.   Has ASHRAE entered into any other
19 agreements for public access or distribu- -- public
20 access to or distribution of its -- strike that.
21       Has ASHRAE en-- -- entered into any other
22 agreements for broad public access to or distribution
23 of its standards, either for free or for reduced
24 price?
25       MR. LEWIS:  Objection.

Page 57

15 (Pages 54 - 57)

1    THE WITNESS: Was your question by --
2  repeat the question, please?
3    Q.  (By Mr. Bridges)  Sure.
4    Has ASHRAE entered into any other
5  agreements to provide broad public access to or
6  distribution of its standards either for free or for
7  a reduced price?
8    A.  At -- at times over the past -- not for
9  90.1, but for some other standards, a company may pay
10  a license fee to make a standard available if it
11  relates specifically to their products.  That would
12  be a license agreement.
13    And that's very rare.  I mean, it's --
14  it's -- perhaps one standard every three to five
15  years would -- would be the case.  But nothing with
16  government like was done here.
17    Q.  Okay.  What proportion of ASHRAE's yearly
18  revenues comes from the monetization of its
19  publications?  Do you understand that term?
20    A.  When you say "publications," do you include
21  periodicals?
22    Q.  Good point, so I'm going to withdraw my
23  question.
24    But I just want to make sure -- I think you
25  understand my -- my word "monetization" in this

Page 58

1  there would be books.  And I believe that -- that --
2  that covers it.
3    Q.  Roughly what percentage of ASHRAE's
4  expenses pertain to the organization and supervision
5  of the standards development process and the costs of
6  publication and the costs of administering the
7  permissions and distributions and the like?
8    MR. LEWIS:  Objection.
9    THE WITNESS:  I can speak to the side of
10  that process that deals with the -- the -- the
11  publications part.  I do not know what the --
12  the costs would be to support the development of
13  the product.  My role begins when we push that
14  standard out to the -- to -- to the marketplace.
15    What would be -- I -- I'd probably say
16  there are staff salaries that would be
17  attributable to standards activities from the
18  publication side of things, production, so on.
19  If you add portions of people's time together,
20  we're probably speaking of four people from the
21  publications side.
22    And then the -- the cost of the
23  infrastructure for the book- -- for the
24  bookstore, the on-line process, and warehousing,
25  and finally the -- the -- the work that may be

Page 60

1  context.  You nodded, but the court reporter can't
2  take nods down.
3    Do you understand, broadly speaking,
4  monetization of publications through revenue sources
5  like purchasing and licensing and the like?
6    A.  Yes.
7    Q.  And royalties?
8    A.  Yes.
9    Q.  What proportion of ASHRAE's yearly revenues
10  comes from the monetization of its standards as
11  publications?
12    A.  I'm making sure I'm doing the math right.
13    Q.  That's fair.  That's fair.
14    A.  Let's see.  It would be -- directly
15  attributable to standards would be approximately
16  10 percent.
17    Q.  How else does ASHRAE earn revenue, other
18  than through the monetization of its standards?
19    A.  Membership dues, conference registrations,
20  advertising, subscription sales, educational course
21  registrations, certification, exposition income.
22    And when you said "publications," if -- so
23  in addition to publications, we have books.  So
24  books, if -- if -- if -- if that's -- if you
25  distinguish between standards in your questions, then

Page 59

1  involved in -- in -- in managing that on-line
2  bookstore.
3    Q.  (By Mr. Bridges)  Are you able to estimate
4  a percentage of ASHRAE's expenses involved in what
5  you've just described?
6    A.  Boy, and I -- and I -- I left -- the
7  easiest numbers, the printing costs, I just left out.
8    Q.  Right.
9    A.  The cost to print --
10    Q.  Right.
11    A.  -- a unit would be included.
12    You know, if -- if we have a hundred -- I'm
13  just guessing now.  If you have a -- I said those --
14  those individuals, you know, we have a hundred
15  employees, so -- with various activities.
16    So I'd say 5 percent of labor and then you
17  figure the -- the cost of that infrastructure,
18  standards amounts to a large portion of it.  And
19  permissions, a lot of that is attributed to
20  standards.  That's maybe -- that part, $200,000.
21    Q.  200,000 to the --
22    A.  For the -- just the expenses of doing those
23  things.  The bookstore, I mean, you know, processing
24  orders, apart from the -- the -- the labor.
25    Q.  So you're saying 5 -- 5 percent of the

Page 61

16 (Pages 58 - 61)

1 staff count plus about 200,000 in expenses?
2    A.  That's correct, for the portion of the
3 standards work that is involved in what we do, which
4 is the distribution of those to the -- to the
5 marketplace.
6       I -- probably in terms of context, our
7 bookstore is actually -- we do that in partnership
8 with an outside group, so that is a -- we pay fees
9 associated with -- any time orders are taken through
10 our bookstore.  So there are -- are costs that we
11 have through the -- through the vendor for operation
12 of our bookstore.
13    Q.  And just to be clear, I think you either
14 said this or started to say it.  I think I didn't
15 hear it completely.
16       The expenses you just described were from
17 that point in the process where your part of the
18 organization takes over and pushes the standards out
19 to the public.  These numbers did not include the
20 costs and expenses and staffing that ASHRAE invests
21 in the creation and revision of the standards
22 themselves; correct?
23    MR. LEWIS:  Objection.
24    THE WITNESS:  That is correct.
25    Q.  (By Mr. Bridges)  Has -- do you understand

Page 62

1 what a subvention is of a publication?
2    A.  I do not.
3    Q.  Has ASHRAE ever received any grants to
4 support the publication of any particular standards?
5    A.  I have no knowledge of ASHRAE receiving
6 funds for that.
7    Q.  Is ASHRAE aware of any monetary losses that
8 it has suffered as a consequence of the defendant's
9 conduct in this case?
10    A.  I can't speak to any -- any tracking of --
11 of losses.  And anecdotally, people say if -- they've
12 asked me if a standard is available on the Internet,
13 is that -- is that allowed, is that permissible, so
14 we -- in those cases, we will seek to remove them.
15       But we don't -- we -- I don't have any
16 record of tracking such loss of -- of revenue.
17    Q.  Apart from tracking it, does ASHRAE have
18 any information regarding monetary losses it has
19 suffered as a consequence of defendant's conduct?
20    A.  I -- I do recall there was one message we
21 got from somebody who refer- -- I think it was
22 somebody with Carrier Corporation, if I recall, who
23 referred to -- who referred to that.  I don't know if
24 they had intended to purchase or not, but that was
25 one specific case I do recall.

Page 63

1    Q.  Is that David Hollman?
2    A.  It was somebody with Carrier, Carrier
3 Corporation.
4    Q.  Carrier UTC?
5    A.  Yes.  Yeah, yeah.
6    Q.  Does the name David Hollman ring a bell to
7 you?
8    A.  I -- I think so.
9    Q.  Do you know whether he's an ASHRAE member?
10    A.  I do not know.  Carrier's -- there are many
11 employees with -- with -- from -- of Carrier who are
12 members of ASHRAE.
13    Q.  Do you recall any other information ASHRAE
14 has regarding any potential monetary loss as a
15 consequence of defendant's conduct?
16    A.  I have no firsthand knowledge of -- of
17 that.
18    Q.  Do you have any other information that you
19 might have acquired secondhand?
20    A.  With regard to --
21    Q.  Monetary losses.
22    A.  -- this -- this -- in this case?
23    Q.  Caused by defendants, yes.
24    A.  No, I do not have any -- any other
25 knowledge of that.

Page 64

1    Q.  Are you aware of any persons being misled
2 as to a relationship between the defendants and
3 ASHRAE?
4    A.  I'm not aware of that.
5    Q.  Are you aware of anybody being confused in
6 any way as a consequence -- strike that.
7       Are you aware of anyone being deceived in
8 any way by defendant?
9    A.  I am not aware --
10    MR. LEWIS:  Objection.
11    THE WITNESS:  -- of that.
12    Q.  (By Mr. Bridges)  Are you aware of anyone
13 being confused in any way by any conduct of the
14 defendant?
15    MR. LEWIS:  Objection.
16    THE WITNESS:  If I recall, I think that
17 was -- the fellow from Carrier was asking me a
18 question of whether that was an authorized use,
19 perhaps.  I can't remember the exact wording,
20 but there was a -- a question that I was asked
21 of that -- of that person.
22    Q.  (By Mr. Bridges)  Are you aware of any
23 other instances of anyone being confused in any way
24 by any conduct of the defendant?
25    MR. LEWIS:  Objection.

Page 65

17 (Pages 62 - 65)

1 ASHRAE.

2   Q.   What newspaper were you working for?

3   A.   Bergen News.

4   Q.   Bergen County, New Jersey?

5   A.   Bergen County, New Jersey, yes.

6   Q.   And you mentioned you graduated from a
7 school that had a very strong engineering program.

8      Which one was that?

9   A.   Lehigh University in Bethlehem,
10 Pennsylvania.

11   Q.   So you had come to -- you came to ASHRAE
12 from a publishing and -- from a publishing background
13 with a technology slant in the publishing?

14   A.   With a familiarity, to some degree, of
15 engineering, but it was mainly with an editorial
16 background.

17   Q.   To what extent -- strike that.

18      Earlier today when we were talking about
19 revenues, I think you were distinguishing between
20 revenues that ASHRAE receives directly from the sale
21 or licensing of publications and other revenues that
22 may in some way involve the publications, such as
23 training programs where a copy of a standard would be
24 furnished.

25      Do you recall that?

Page 70

1      MR. LEWIS:  Objection.

2      THE WITNESS:  Yes, I do.

3   Q.   (By Mr. Bridges)  I'd like to explore for a
4 little bit what activities ASHRAE engages in that may
5 touch upon standards, apart from the sale or
6 licensing of standards.

7      So education is one; right?

8   A.   Correct.

9   Q.   What types of education offerings does
10 ASHRAE provide?

11   A.   We -- we offer a -- a varied program.  We
12 really take seriously trying to help with the
13 application of the standard, ensure the standards are
14 applied properly.

15      And so that consists of instructor-led
16 training that we will provide, either -- typically,
17 three-hour or six-hour courses for which there are
18 registration fees, and we also will have web-based
19 learning programs that are available, which would be
20 e-learning experiences that are available on demand.

21      And many of those courses deal with
22 applications of -- of standards, and specifically
23 there's -- there's quite a few courses that would
24 deal with topics related to 90.1.

25      And -- and we also offer a -- a -- a

Page 71

1 five -- a total of five days of training, which is
2 a -- an intensive HVAC design training program, and
3 much of that content deals with Standard 90.1
4 content, Standard 62.1 content.

5   Q.   What other revenue-generating activities
6 does ASHRAE engage in, apart from the publication
7 sales and licensing and the education offerings you
8 just mentioned?

9   A.   Do you mean with a direct or indirect tie
10 to standards, for example?

11   Q.   Yes.

12   A.   The -- the magazine will -- our -- our
13 principal magazine, which is a -- a trade
14 publication, B-to-B publication, ASHRAE journal
15 will -- will have -- will be quite often articles
16 about ASHRAE standards there.

17      So that -- that is always -- when we have
18 topics related to standards, those are often articles
19 that we will promote to our -- to our advertising
20 base.

21   Q.   What other activities does -- strike that.

22      What other revenue-generating activities
23 does ASHRAE engage in relating to --

24   A.   We have --

25   Q.   -- standards?

Page 72

1   A.   We have some electronic products, for
2 example, that are based on ASHRAE standards that --
3 that -- apps that are based on content and ASHRAE
4 standards specifically.  So we offer those types of
5 products for sale.

6   Q.   What are some of the apps?

7   A.   For -- related to 62.1, there would be a --
8 a ventilation rate effectiveness app that we have
9 available, a duct-fitting app and a duct-fitting
10 database.  However, that probably relates more to our
11 hand- -- that relates more to our handbook than to
12 standards.

13      Right now, we're developing an app for 90.1
14 compliance.

15   Q.   Anything else in terms of standards
16 relating to revenue-generating activities?

17   A.   Users manuals.

18   Q.   How are they organized?  In other words, is
19 there a user's manual for each standard?

20   A.   Not for all the standards, but the more
21 popular standards, the more complex standards, we
22 have users manuals to assist with their appropriate
23 and proper application.

24   Q.   I assume there's a user's manual for 90.1?

25   A.   There is.

Page 73

19 (Pages 70 - 73)

1    Q.   What other rev- -- revenue-generating
2  activities does ASHRAE engage in pertaining to
3  standards?
4    A.   We've covered royalties.  We've covered the
5  sales of the documents.  We've covered the articles
6  that would impact the advertising, the courses, the
7  ancillary support documents.
8        I could imagine at one -- at -- some
9  extension of that could be either sessions that are
10 presented at our conferences that would deal with
11 90.1, for which -- for which there would be
12 attendance interests that would be generated for
13 that.
14       I believe that -- I believe that would
15 cover the -- the -- the potential for -- for revenue.
16   Q.   Does the sale of -- strike that.
17       Does the sale and licensing of standards
18 subsidize other ASHRAE activities apart from
19 standards development --
20       MR. LEWIS:  Objection.
21   Q.   (By Mr. Bridges)  -- and publication?
22   A.   All of the revenue flows into a single --
23 single source.  There's some standards that are --
24 are very low-selling standards, so there are -- so it
25 would be fair to say that some -- if a standard

Page 74

1  generates more revenue, that helps support those
2  activities that don't have revenue streams that would
3  cover them.
4    Q.   There's no requirement that each activity
5  fully self-support itself?
6        MR. LEWIS:  Objection.
7        THE WITNESS:  Our -- our obligation's to
8  advance the technology.  We -- we -- there are
9  some items that are needed, but they have a
10 difficult time finding the financial support to
11 carry them forward.
12   Q.   (By Mr. Bridges)  And in your last
13 statement, you said, "Our obligation is to advance
14 the technology."
15       Is that a summary or a reference to
16 ASHRAE's mission?
17   A.   In our bylaws, ASHRAE's organized to
18 advance the arts and sciences of heating,
19 refrigeration, air-conditioning, ventilation, and
20 their allied arts and sciences.
21   Q.   How does ASHRAE's development and
22 publication of its standards advance the technology?
23   A.   Because it sets a -- a standard for
24 practice.  It incorporates through user experiences
25 those solutions to technical applications that are --

Page 75

1  that are -- are -- are deemed by peers to have been
2  successful.  They're developed by people who are
3  recognized by their peer -- peers as being
4  knowledgeable in their respective fields.
5        So it provides standards.  And especially
6  the -- the ASHRAE handbook really provide -- they
7  provide solutions.  They -- they -- they incorporate
8  new technology that's available in products and
9  equipment and assist designers as to what new design
10 options may be available because of new products in
11 the marketplace.
12   Q.   You use terminology that I hear frequently.
13 I often push back at it a little bit wherever I hear
14 it, so don't take this personally.
15       But I've never quite understood what
16 "solutions" means, because it's often a very vague
17 term.  Sometimes it's a liquid in a bottle; okay?
18 That's not what you meant here.
19       How else would you describe what you're
20 referring to as solutions here?
21       MR. LEWIS:  Objection.
22       THE WITNESS:  One of the things that I've
23 noticed in the industry as an editorial person
24 is that there's so many different technologies
25 that can be provided that are available to

Page 76

1  maintain air in a building, whether it be
2  conditioned air at a particular temperature or
3  air that's free of contaminants.  There's many,
4  many different methods of applying technology,
5  different types of technology, to provide a --
6  an air-conditioning -- HVAC system in a building
7  or a refrigeration system.
8        And so designers have more choices
9  available to them than ever before, so part of
10 the role that ASHRAE provides in offering
11 solutions is to help guide those engineers to --
12 to provide the appropriate -- the -- the
13 appropriate application of technology which best
14 solves the design problem that they face.
15   Q.   (By Mr. Bridges)  Thank you for that
16 explanation.
17       I spoke with ASHRAE counsel during a break
18 about your testimony earlier today about the reading
19 room.
20       Did you have any clarifications that you
21 wanted to make about the functionality of the reading
22 room?  I'm sorry, about the functionality of the free
23 viewing facility.
24   A.   Yes.  I -- in -- in -- in checking that
25 point, I understand now that there's search

Page 77

20 (Pages 74 - 77)

```
 1        C E R T I F I C A T E
 2
 3
     STATE OF GEORGIA:
 4
     COUNTY OF FULTON:
 5
 6
     I hereby certify that the foregoing transcript was
 7   taken down, as stated in the caption, and the
     questions and answers thereto were reduced to
 8   typewriting under my direction; that the foregoing
     pages represent a true, complete, and correct
 9   transcript of the evidence given upon said hearing,
     and I further certify that I am not of kin or counsel
10   to the parties in the case; am not in the regular
     employ of counsel for any of said parties; nor am I
11   in anywise interested in the result of said case.
12
13
14
15   Lee Ann Barnes
16   LEE ANN BARNES, CCR B-1852, RPR, CRR
17
18
19
20
21
22
23
24
25
                                           Page 198
```

```
 1        DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No. 2023730
     Case Caption:  AMERICAN SOCIETY FOR TESTING
 4   AND MATERIALS d/b/a ASTM INTERNATIONAL, et al. vs.
     PUBLIC.RESOURCE.ORG, INC.
 5
         DECLARATION UNDER PENALTY OF PERJURY
 6       I declare under penalty of perjury
     that I have read the entire transcript of
 7   my Deposition taken in the captioned matter
     or the same has been read to me, and
 8   the same is true and accurate, save and
     except for changes and/or corrections, if
 9   any, as indicated by me on the DEPOSITION
     ERRATA SHEET hereof, with the understanding
10   that I offer these changes as if still under
     oath.
11       Signed on the _____ day of
     _____, 20___.
12
     _____
13        STEVEN COMSTOCK
14
15
16
17
18
19
20
21
22
23
24
25
                                           Page 199
```

# EXHIBIT 6

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3

   AMERICAN SOCIETY FOR           )

4  TESTING AND MATERIALS,         )

5  d/b/a ASTM INTERNATIONAL;      ) Civil Action No.

6  NATIONAL FIRE PROTECTION       ) 1:13-cv-01215-TSC

7  ASSOCIATION, INC.; and         )

   AMERICAN SOCIETY OF            )

8  HEATING, REFRIGERATION AND     )

9  AIR CONDITIONING ENGINEERS,    )

              Plaintiffs and      )

10 Counter-Defendants,            )

11 vs.                            )

12 PUBLIC.RESOURCE.ORG,INC.,      )

13           Defendant and        )

14 Counter-Plaintiff.

15

16   VIDEOTAPED 30(b)(6) DEPOSITION OF NATIONAL

17   FIRE PROTECTION ASSOCIATION, INC., BY

18   CHRISTIAN DUBAY, before Jeanette N. Maracas,

19   Registered Professional Reporter and Notary

20   Public in and for the Commonwealth of

21   Massachusetts, at 42 Chauncy Street, Boston,

22   Massachusetts, on Wednesday, April 1, 2015,

23   commencing at 10:00 a.m.

24

25   PAGES 1 - 250

                                        Page 1

1  Q. In what forums do you speak as NFPA's primary  10:09:00
2    technical spokesman?  10:09:12
3  A. One example is media interviews.  10:09:15
4  Q. How else?  10:09:25
5  A. Another example is public forums around our  10:09:26
6    technical topics of expertise, our standards.  10:09:32
7  Q. What type of public forums do you mean?  10:09:36
8  A. One example is speaking at the conferences  10:09:40
9    and training seminars and such.  10:09:47
10  Q. What types of conferences do you speak at  10:09:49
11    for NFPA?  10:09:52
12  A. In my current role primarily, I guess that's  10:09:52
13    a standards role, technically it could  10:09:57
14    involve the topic at hand.  It could be a  10:09:59
15    trade event or an association of, say, an  10:10:01
16    association of manufacturers or constituents  10:10:08
17    or government, like fire marshals.  10:10:11
18  Q. On what topics do you typically speak at  10:10:18
19    those conferences?  10:10:23
20  A. As broad as our scope of NFPA.  10:10:25
21  Q. And how broad is that scope?  10:10:34
22  A. We -- our mission is based upon safety and  10:10:36
23    improving safety and reducing loss.  And that  10:10:42
24    covers approximately 300 codes and standards  10:10:44
25    on a multitude of topics.  10:10:49

Page 14

1  Q. How do codes and standards improve safety  10:11:01
2    and reduce loss?  10:11:03
3  A. Codes and standards are designed -- part of  10:11:05
4    them is to learn from losses, learn from  10:11:13
5    incidents as such to ensure what protection  10:11:17
6    needs to be in place to account for that.  10:11:20
7    That's one of the ways.  10:11:23
8  Q. How else do codes and standards improve  10:11:27
9    safety and reduce losses?  10:11:30
10    MR. REHN: I'll just object that  10:11:35
11    these questions are outside the scope of  10:11:36
12    topics for which this witness was designated,  10:11:38
13    but you can answer.  10:11:41
14    MR. BRIDGES: I disagree, but we  10:11:42
15    don't need to argue it.  10:11:44
16  A. Codes and standards, at least the NFPA  10:11:46
17    process, brings together a multitude of  10:11:48
18    interested parties which can determine,  10:11:51
19    through the consensus process, a best minimum  10:11:53
20    level of safety.  10:11:58
21  Q. Who determines what the best minimum level  10:12:14
22    of safety in that process?  10:12:50
23    MR. REHN: Objection as to form.  10:12:55
24  Q. You may answer.  10:12:58
25  A. At NFPA our process relies upon our technical  10:12:59

Page 15

1    committee volunteers.  10:13:04
2  Q. Is it the technical committee of volunteers  10:13:15
3    who determine what constitutes the best  10:13:22
4    minimum level of safety?  10:13:24
5    MR. REHN: Objection as to form.  10:13:26
6  A. It's a combination of -- our technical  10:13:29
7    committee members determine the final  10:13:32
8    technical requirements, however, that's  10:13:34
9    balanced with extensive public review and  10:13:37
10    comment.  10:13:39
11  Q. I'll come back to that in a minute.  How else  10:13:49
12    do you -- in what other forums do you speak  10:14:14
13    as primary technical spokesman for NFPA?  You  10:14:17
14    mentioned media interviews, certain public  10:14:24
15    forums.  You mentioned conferences and  10:14:27
16    training seminars.  Are there any other ways  10:14:29
17    in which you serve as the primary technical  10:14:32
18    spokesman for NFPA?  10:14:34
19  A. I often give presentations relating to  10:14:35
20    awareness of our process and awareness of how  10:14:39
21    to get involved and how to be part of this  10:14:42
22    public codes and standards process.  10:14:46
23  Q. To whom do you make those presentations?  10:14:51
24  A. Various affected parties.  Again, really  10:14:55
25    depends on the breadth of topics.  So it  10:14:59

Page 16

1    varies.  10:15:04
2  Q. What are some examples of groups to which you  10:15:04
3    make these presentations?  10:15:08
4  A. For example, if there's an emerging technical  10:15:09
5    topic of safety or concern to the  10:15:13
6    association, I may meet with fire marshals or  10:15:16
7    local safety officials in a given  10:15:19
8    jurisdiction or state to present what we know  10:15:22
9    at that time.  10:15:26
10  Q. To your knowledge, what use do they make of  10:15:30
11    the information that you present to them?  10:15:42
12    MR. REHN: Objection as to form.  10:15:45
13    Calls for speculation.  10:15:47
14  A. It would really depend on the group.  10:15:49
15  Q. Let's say fire marshals.  10:15:56
16    MR. REHN: Same objection.  10:15:58
17  A. They often utilize that information as  10:16:01
18    information to make safety decisions within  10:16:05
19    their various jurisdictions or with the  10:16:07
20    situations that they're facing.  10:16:11
21  Q. What kind of safety decisions are you  10:16:12
22    referring to?  10:16:14
23  A. It could be, for example, how to understand a  10:16:19
24    new technology or a new application of  10:16:27
25    safety, a new safety standard, a new adoption  10:16:34

Page 17

5 (Pages 14 - 17)

1    meetings are open to anyone who wishes to   10:30:44
2    attend.                                    10:30:46
3    Q. Anything else?                          10:30:46
4    A. No. I think that covers it.             10:30:49
5    Q. What do you mean by call the meeting, NFPA   10:30:55
6    calls the meeting?                         10:31:06
7    A. We provide advance public notice when we call   10:31:08
8    the meeting, including on our website, social   10:31:12
9    media announcements to the committee members   10:31:16
10   to make not only the committee but the public   10:31:20
11   aware of the next meeting date, location,   10:31:22
12   et cetera.                                 10:31:26
13   Q. How does NFPA book the meeting?         10:31:29
14   A. We have a meetings department whose     10:31:34
15   responsibility is to book all of our       10:31:38
16   meetings.                                  10:31:41
17   Q. Does that mean to arrange the logistics, like   10:31:42
18   the hotels and conferences rooms and things   10:31:47
19   like that?                                 10:31:50
20   A. The meetings department is responsible --   10:31:52
21        MR. REHN: Objection to form.          10:31:51
22   A. The meetings department is responsible for   10:31:56
23   taking care of finding a proper hotel, large   10:32:02
24   enough meeting rooms, things like that.    10:32:04
25   Whatever the size of the logistics, they   10:32:07

Page 26

1    handle all the logistics around that meeting   10:32:09
2    space and any required hotels.             10:32:12
3    Q. How does NFPA host the meeting?         10:32:14
4        MR. REHN: Object to the form.          10:32:20
5    Q. I should say how does NFPA host the meetings?   10:32:24
6        MR. REHN: Same objection.              10:32:28
7    A. I think the best approach is that because   10:32:29
8    it's an NFPA meeting, so it's -- we're     10:32:31
9    calling -- when I say we're calling the    10:32:36
10   meeting, so it's our committee meeting as an   10:32:37
11   example.                                   10:32:41
12        So NFPA staff is there, technical     10:32:41
13   staff is there facilitating and running the   10:32:46
14   meeting along with the actual volunteer    10:32:48
15   technical committee chair. So I think that   10:32:50
16   should clarify what I'm implying by        10:32:54
17   "hosting."                                 10:32:56
18   Q. How does the NFPA staff facilitate and run   10:32:57
19   the meetings along with the technical      10:33:15
20   committee chairs?                          10:33:17
21   A. Again, just to clarify, just focusing on   10:33:20
22   technical committee meetings?              10:33:23
23   Q. Yes.                                    10:33:24
24   A. Okay. We have a technical staff liaison   10:33:25
25   who's assigned to each of our standards and a   10:33:30

Page 27

1    portion of their job is to attend the      10:33:33
2    technical committee meetings.              10:33:36
3    Q. What do the liaisons do at those meetings   10:33:39
4    when they attend them?                     10:33:43
5        MR. REHN: Object to the form.          10:33:45
6    A. Their primary responsibility is to capture   10:33:46
7    all of the technical changes that the      10:33:51
8    committee is making to the document they're   10:33:54
9    working on or standard they're working on.   10:33:57
10   Q. What do you mean by technical changes in that   10:34:02
11   context?                                   10:34:24
12   A. Our technical committees are responsible for   10:34:27
13   developing changes to our codes and        10:34:31
14   standards. And one of the primary          10:34:34
15   responsibilities of the technical staff     10:34:37
16   liaison is to capture those changes.       10:34:39
17   Q. In what respect are those changes technical   10:34:46
18   changes?                                   10:34:50
19   A. Those changes are specific, technical being   10:34:53
20   scientific or wording changes to our codes   10:34:57
21   and standards which are technical documents.   10:35:01
22   Q. How do you distinguish between scientific   10:35:08
23   changes and wording changes to the technical   10:35:11
24   documents?                                 10:35:17
25        MR. REHN: Object to the form.          10:35:18

Page 28

1    Lacks foundation. Mischaracterizes the     10:35:19
2    testimony.                                 10:35:22
3    A. A technical change, in my view, would be   10:35:22
4    changing a specific requirement. A wording   10:35:28
5    change may be a change the committee could do   10:35:32
6    if they have determined that the requirement   10:35:34
7    is confusing or not clear what the specific   10:35:36
8    requirement is, so they may adjust the     10:35:40
9    wording to make it easier to interpret or   10:35:41
10   understand what that actual technical      10:35:45
11   requirement is.                            10:35:46
12   Q. Who determines what wording changes are   10:35:48
13   appropriate in the technical committees?   10:35:52
14        MR. REHN: Object to the form.          10:35:55
15   Ambiguous.                                 10:35:56
16   A. It's a combination of extensive public review   10:35:58
17   and comment, the committee's review of that   10:36:02
18   and their expertise with the help of our   10:36:05
19   technical staff to land on the final wording,   10:36:09
20   which is ultimately decided by the technical   10:36:13
21   committee.                                 10:36:15
22   Q. What criteria do the members of the technical   10:36:23
23   committee use in choosing the wording of a   10:36:32
24   code or standard?                          10:36:38
25        MR. REHN: Object to the form.          10:36:39

Page 29

8 (Pages 26 - 29)

1  Q. Is there anything about the development of   11:16:19
2     standards that the regulations do not cover?   11:16:21
3  A. Our regulations cover the specific accredited   11:16:27
4     rules and hence, its regulations.  We also   11:16:33
5     have our committee officers guide which   11:16:35
6     provides guidance to our technical committee   11:16:37
7     members as well as our chairs and our manual   11:16:41
8     style.   11:16:46
9  Q. What other documents govern or regulate the   11:16:46
10    development of standards within NFPA?   11:17:44
11 A. Off the top of my head I can't think of   11:17:56
12    anything else.   11:17:59
13 Q. Who participates in -- strike that.   11:18:09
14       Who are the members, generally   11:18:17
15    speaking, the category of NFPA's technical   11:18:20
16    committees?   11:18:26
17 A. Just for clarification, the representation or   11:18:29
18    are they members of NFPA?  We have   11:18:36
19    categories -- we have interest categories of   11:18:39
20    our committee members.   11:18:43
21 Q. Who -- what persons are entitled to be   11:18:43
22    members of NFPA's technical committees?   11:18:48
23       MR. REHN:  Objection as to form.   11:18:51
24 A. Anyone can apply to be a member of an NFPA   11:18:55
25    technical committee, and based upon their   11:18:59
                                                Page 50

1     expertise and their background, they're   11:19:01
2     evaluated through a process that ultimately   11:19:04
3     involves standards council appointing them   11:19:07
4     to, or not appointing, depending on their   11:19:10
5     credentials, to the various technical   11:19:12
6     committees.   11:19:14
7  Q. So the standards council determines who gains   11:19:17
8     admission to membership in the technical   11:19:21
9     committees?   11:19:23
10 A. That's correct.   11:19:24
11 Q. What criteria does the standards council   11:19:27
12    apply in determining who should gain   11:19:35
13    membership to the technical committees?   11:19:39
14       MR. REHN:  Objection as to form.   11:19:42
15 A. It's a multipart criteria.  First is   11:19:46
16    technical expertise within that subject   11:19:51
17    matter.  Second is balance; is the committee   11:19:54
18    an appropriate balance.  And third is the   11:20:01
19    ability to participate.   11:20:02
20 Q. What do you mean by balance?   11:20:06
21 A. By our regulations, NFPA technical committees   11:20:12
22    are required to have a balance of interest   11:20:16
23    categories to ensure that no one party or one   11:20:18
24    interest category can dominate the process.   11:20:21
25 Q. What are the interest categories?   11:20:24
                                                Page 51

1  A. There are, I believe, nine interest   11:20:27
2     categories, including -- one example is   11:20:31
3     research and testing is an example.  Another   11:20:37
4     example is enforcer, which includes   11:20:40
5     government officials, both, sometimes federal   11:20:44
6     but state and local jurisdictions, as well as   11:20:48
7     special expert, which is consultants as an   11:20:52
8     example.   11:20:56
9        Users, installer maintainers which   11:20:56
10    are those who install the systems, consumers,   11:21:02
11    and that's all I can think of.  I'm not sure   11:21:13
12    if I said it, but consumer is another one   11:21:30
13    that can represent a special -- have a   11:21:34
14    specific slot.  I'm sorry, one other slot   11:21:35
15    is labor, is another slot.   11:21:38
16 Q. Thank you.  Are all NFPA employees members of   11:21:51
17    the technical committees?   11:22:16
18       MR. REHN:  Objection as to form.   11:22:20
19 A. NFPA employees are not -- cannot be members   11:22:23
20    of our technical committees.  However, as I   11:22:27
21    stated previously, it's important -- there's   11:22:30
22    an important role that NFPA staff plays in   11:22:32
23    guiding, advising the committee, coordinating   11:22:35
24    the activities and providing their technical   11:22:37
25    expertise, especially technical staff liaison   11:22:40
                                                Page 52

1     into this committee process.  But they do not   11:22:43
2     have -- they're not members of the committee,   11:22:46
3     and they do not carry a vote in the decisions   11:22:48
4     of the committees.   11:22:51
5  Q. Who constitutes by category of employment   11:23:01
6     is -- strike that.   11:23:08
7        By category of employment, who   11:23:09
8     constitutes the members of the standards   11:23:11
9     council?   11:23:15
10       MR. REHN:  Objection as to form.   11:23:15
11    It's vague.   11:23:17
12 A. I'd like to provide just a quick comment to   11:23:19
13    help you clarify the question from my   11:23:26
14    understanding.  Oftentimes our council   11:23:27
15    members and our committee members are not   11:23:29
16    appointed based upon employment.  It's based   11:23:31
17    upon the interest category they represent.   11:23:33
18 Q. Thank you, yes.  By interest category --   11:23:37
19    strike that.   11:23:43
20       You mentioned interest categories   11:23:44
21    for technical committee membership, correct?   11:23:47
22 A. Yes.   11:23:49
23 Q. Do the same interest categories apply for   11:23:49
24    appointments or election to -- strike that.   11:23:53
25    How is the standards council -- strike that.   11:23:58
                                                Page 53

14 (Pages 50 - 53)

| | |
|---|---|
| 1 How are persons chosen to serve on   11:24:06 | 1 It's ambiguous.                  11:26:54 |
| 2 the standards council?            11:24:08 | 2 A. The final decision is accomplished through   11:26:56 |
| 3     MR. REHN:  Object to the form.   11:24:12 | 3 that ballot of the technical committee, but   11:26:58 |
| 4 A. Because the standards council is the   11:24:15 | 4 the wording itself is that combination of the   11:27:01 |
| 5 overarching body over our entire standards   11:24:18 | 5 technical staff and the committee working to   11:27:05 |
| 6 development process, they are appointed   11:24:21 | 6 capture the requirement and get it worded   11:27:07 |
| 7 through a process that involves the NFPA   11:24:24 | 7 properly in the right context, in the right   11:27:09 |
| 8 president making recommendations to the NFPA   11:24:27 | 8 order within a document so that when the   11:27:12 |
| 9 board of directors.  Ultimately the standards   11:24:29 | 9 final specific words are balloted, the   11:27:14 |
| 10 council members are appointed by our board of   11:24:33 | 10 committee has it in context of the whole   11:27:18 |
| 11 directors.                  11:24:35 | 11 standards and they can make that decision,   11:27:20 |
| 12 Q. Are any NFPA employees members of the   11:24:40 | 12 seeing it within the body of the standard.   11:27:22 |
| 13 standards council?              11:24:43 | 13 Q. When the text is balloted, is there any   11:27:24 |
| 14     MR. REHN:  Objection as to form.   11:24:45 | 14 indication to the members of the committee   11:27:27 |
| 15 A. Specifically, no.  However, similar to the   11:24:49 | 15 what variations have occurred as a   11:27:32 |
| 16 technical committees, there is staff assigned   11:24:51 | 16 consequence of staff input from the text that   11:27:38 |
| 17 to support the standards council, their   11:24:55 | 17 the committee itself was proposing?   11:27:43 |
| 18 activities and their decisions.      11:24:58 | 18     MR. REHN:  Objection as to form.   11:27:47 |
| 19 Q. I'd like to go back for a moment to the   11:25:11 | 19 Vague.  Lacks foundation.  Assumes facts not   11:27:48 |
| 20 process after the technical committee has   11:25:19 | 20 in evidence.                  11:27:51 |
| 21 decided on changes to a standard.     11:25:26 | 21 A. There are really two types of changes the   11:27:53 |
| 22     And you say that a staff       11:25:31 | 22 committee is balloted on.  One is the -- a   11:27:57 |
| 23 representative, NFPA staff representative   11:25:38 | 23 plain first revision or second revision,   11:28:01 |
| 24 will capture those changes from the technical   11:25:41 | 24 which may have been edited to comply with our   11:28:04 |
| 25 committee, correct?              11:25:44 | 25 manual style, get the wording right.  That is   11:28:07 |
| Page 54 | Page 56 |

| | |
|---|---|
| 1     MR. REHN:  Object to the form.   11:25:48 | 1 connected directly to the work of the   11:28:09 |
| 2 A. The NFPA technical staff that serves as, the   11:25:50 | 2 committee.  The second is a revision that's   11:28:11 |
| 3 term we use is a staff liaison to a technical   11:25:54 | 3 tied to a pure editorial change.     11:28:15 |
| 4 committee, they do more than just capture the   11:25:56 | 4 Q. Do either of these sets of revisions get   11:28:19 |
| 5 specific wordings.              11:26:00 | 5 identified to technical committee members so   11:28:24 |
| 6     What they do is they are each   11:26:01 | 6 that they can understand what input or   11:28:28 |
| 7 technical experts in their field and they not   11:26:03 | 7 changes, if any, the technical committee   11:28:31 |
| 8 only capture or record those changes, but   11:26:06 | 8 staff contributed?              11:28:35 |
| 9 they provide their expertise to the   11:26:09 | 9     MR. REHN:  Objection as to form.   11:28:41 |
| 10 committee, their field experience, what they   11:26:11 | 10 A. Yes, they all do.  All changes are indicated   11:28:44 |
| 11 have, the information that they're bringing   11:26:14 | 11 to the technical committees for balloting.   11:28:48 |
| 12 in through questions on the standards and   11:26:16 | 12 And if there is, in the sense of an editorial   11:28:50 |
| 13 such.                      11:26:18 | 13 revision, it's indicated that this was   11:28:54 |
| 14     And they provide that technical   11:26:19 | 14 identified by staff as a potential editorial   11:28:57 |
| 15 expertise to the committee so the committee   11:26:21 | 15 revision.  The committee can then, in their   11:29:01 |
| 16 can utilize that, a complete combination with   11:26:24 | 16 voting, decide whether that change moves   11:29:05 |
| 17 all the public input or comments, to land on   11:26:27 | 17 forward or not.                11:29:10 |
| 18 a final set of proposed language.  In   11:26:32 | 18 Q. Where in the records of the development of   11:29:10 |
| 19 summary, it's more than just recording.   11:26:37 | 19 each standard does one find the indications   11:29:12 |
| 20 They're not really recording secretaries, per   11:26:39 | 20 of those changes?              11:29:17 |
| 21 se.                        11:26:43 | 21     MR. REHN:  Objection to the form.   11:29:21 |
| 22 Q. But who ultimately determines the language of   11:26:43 | 22 A. They are part of the first draft report or,   11:29:25 |
| 23 the technical committee's proposed changes to   11:26:47 | 23 and/or, depending, the second draft report.   11:29:29 |
| 24 a code or standard?              11:26:51 | 24 Both those reports consolidate the whole   11:29:33 |
| 25     MR. REHN:  Objection as to form.   11:26:53 | 25 record.                    11:29:35 |
| Page 55 | Page 57 |

15 (Pages 54 - 57)

| | |
|---|---|
| 1 | go -- strike that. 11:40:50 |
| 2 | If you needed to identify the 11:40:53 |
| 3 | language that NFPA employees contributed to 11:40:55 |
| 4 | NFPA codes and standards, how would you 11:41:05 |
| 5 | determine that language? 11:41:07 |
| 6 | MR. REHN: Objection as to form. 11:41:10 |
| 7 | It's vague and compound. 11:41:11 |
| 8 | A. What we could determine is the language the 11:41:15 |
| 9 | technical committee at the end of the day 11:41:19 |
| 10 | approved. Into -- each individual word and 11:41:21 |
| 11 | such would be difficult, if not impossible, 11:41:25 |
| 12 | because of ultimately the technical staff 11:41:30 |
| 13 | provides that content to the committee which 11:41:33 |
| 14 | then approves those words. 11:41:35 |
| 15 | Q. You said the technical staff provides the 11:41:37 |
| 16 | content to the committee? The technical 11:41:44 |
| 17 | staff doesn't draft the standards, correct? 11:41:47 |
| 18 | MR. REHN: Objection as to form. 11:41:51 |
| 19 | Mischaracterizes. 11:41:53 |
| 20 | A. In many cases the technical staff in the room 11:41:59 |
| 21 | is drafting the text. 11:42:02 |
| 22 | Q. Is proposing new text? 11:42:04 |
| 23 | A. In some cases yes, to accomplish what the 11:42:10 |
| 24 | committee is trying to accomplish. The 11:42:13 |
| 25 | technical staff of NFPA are experts in their 11:42:15 |

Page 66

| | |
|---|---|
| 1 | field, and the committee may want to 11:42:20 |
| 2 | establish a requirement for X and the 11:42:23 |
| 3 | technical staff is there saying, well, we can 11:42:24 |
| 4 | word it this way and that way, does this meet 11:42:27 |
| 5 | your intent, how about we do this, I can 11:42:29 |
| 6 | research some information, get back to you at 11:42:30 |
| 7 | the next meeting. 11:42:32 |
| 8 | The technical staff provides a vital 11:42:33 |
| 9 | role in helping the technical committee 11:42:35 |
| 10 | accomplish their mission of developing those 11:42:38 |
| 11 | words that become ultimately the final words 11:42:40 |
| 12 | of the standard. 11:42:43 |
| 13 | Q. Who makes the decision about the words in a 11:42:44 |
| 14 | standard? 11:42:46 |
| 15 | MR. REHN: Objection as to form. 11:42:46 |
| 16 | Ambiguous. 11:42:48 |
| 17 | A. The final decision is -- and to summarize, 11:42:49 |
| 18 | it's a two-part decision. A committee 11:42:54 |
| 19 | ballots on it, the ballot's on the final 11:42:55 |
| 20 | word, the committee approves it. At the 11:42:58 |
| 21 | end of the day our standards council issues 11:43:00 |
| 22 | that document, but the committee ballot 11:43:03 |
| 23 | establishes the position of the type of 11:43:03 |
| 24 | committee at that time. 11:43:07 |
| 25 | Q. And how does the text evolve up to the point 11:43:07 |

Page 67

| | |
|---|---|
| 1 | that the text of the technical committee is 11:43:16 |
| 2 | balloted? 11:43:19 |
| 3 | MR. REHN: Objection as to form. 11:43:20 |
| 4 | Ambiguous. Compound. 11:43:22 |
| 5 | A. The text can evolve and by evolve, you mean 11:43:25 |
| 6 | created and included? Is that what you're 11:43:28 |
| 7 | saying? 11:43:31 |
| 8 | Q. I think so. 11:43:32 |
| 9 | A. So in a few ways. One is it can be submitted 11:43:33 |
| 10 | through a proposal form or public input form 11:43:37 |
| 11 | or a public comment form. The language can 11:43:45 |
| 12 | come from that. It can come from the 11:43:49 |
| 13 | expertise of the technical committee members 11:43:53 |
| 14 | who are sitting on the committee, or it can 11:43:55 |
| 15 | come from technical staff providing that to 11:43:58 |
| 16 | the committee as their work progresses along. 11:44:01 |
| 17 | Ultimately that evolution is the 11:44:06 |
| 18 | staff liaison synthesizes all that with the 11:44:08 |
| 19 | direction of the committee to land on the 11:44:13 |
| 20 | final technical language that is balloted. 11:44:15 |
| 21 | Q. With the direction of the committee, meaning 11:44:18 |
| 22 | with the approval of the committee members? 11:44:29 |
| 23 | MR. REHN: Objection as to form. 11:44:31 |
| 24 | Mischaracterizes the testimony. 11:44:34 |
| 25 | Q. What do you mean by with the direction of the 11:44:36 |

Page 68

| | |
|---|---|
| 1 | committee? 11:44:38 |
| 2 | A. So a committee could want to establish a 11:44:40 |
| 3 | requirement again for X for something and 11:44:45 |
| 4 | they may say, we want the requirement to read 11:44:48 |
| 5 | 12 and the staff liaison would have to put 11:44:51 |
| 6 | text around that to get it to read in context 11:44:55 |
| 7 | of the document. Or they may say we want to 11:44:57 |
| 8 | have a draft chapter on something, technical 11:45:00 |
| 9 | staff can you do research, pull together 11:45:03 |
| 10 | drafting of documents to present to the 11:45:12 |
| 11 | committee to consider. 11:45:14 |
| 12 | In the end the committee will agree 11:45:16 |
| 13 | through a meeting vote what text is going to 11:45:19 |
| 14 | move forward towards ballot. Then the 11:45:21 |
| 15 | staff's job is to turn that into a ballot and 11:45:24 |
| 16 | make sure it fits to our manual style and 11:45:28 |
| 17 | ballot with the technical committee on the 11:45:28 |
| 18 | final language. 11:45:31 |
| 19 | Q. What criteria do technical committees use 11:45:31 |
| 20 | to determine what text moves forward to a 11:45:34 |
| 21 | ballot? 11:45:37 |
| 22 | MR. REHN: Objection as to form. 11:45:38 |
| 23 | A. It's their expertise. It's their 11:45:42 |
| 24 | professional opinion in a balanced way 11:45:46 |
| 25 | through a meeting vote of what they believe 11:45:48 |

Page 69

18 (Pages 66 - 69)

| | | |
|---|---|---|
| 1 | will move forward. There's motions we | 11:45:50 |
| 2 | follow, Robert's Rules of Order, and when | 11:45:53 |
| 3 | there's a motion and it carries by a meeting | 11:45:55 |
| 4 | vote, which is 50 percent plus one, that | 11:45:57 |
| 5 | proposed change is then approved to move | 11:46:00 |
| 6 | forward to ballot, to letter ballot, excuse | 11:46:02 |
| 7 | me. | 11:46:08 |
| 8 | Q. Your answer focused on the process. I'm | 11:46:08 |
| 9 | asking what criteria the technical committee | 11:46:10 |
| 10 | members use to decide what text to move | 11:46:15 |
| 11 | forward to a ballot. | 11:46:18 |
| 12 | MR. REHN: Objection as to form. | 11:46:20 |
| 13 | A. I would think the criteria would depend on | 11:46:24 |
| 14 | each individual member of the technical | 11:46:26 |
| 15 | committee and their expertise and what bar | 11:46:28 |
| 16 | they believe needs to be crossed or what | 11:46:31 |
| 17 | things they need to have answered | 11:46:32 |
| 18 | professionally to make a decision to modify | 11:46:34 |
| 19 | the standard. | 11:46:36 |
| 20 | Q. What criteria in your role as the person in | 11:46:36 |
| 21 | charge of standards development at NFPA -- | 11:46:42 |
| 22 | strike that. | 11:46:46 |
| 23 | In your role as the person in charge | 11:46:46 |
| 24 | of standards development at NFPA, what do you | 11:46:49 |
| 25 | understand the most typical criteria to be by | 11:46:52 |

Page 70

| | | |
|---|---|---|
| 1 | which technical committees determine what | 11:46:59 |
| 2 | text to move forward to a ballot? | 11:47:02 |
| 3 | MR. REHN: Objection as to form. | 11:47:04 |
| 4 | It's vague. | 11:47:06 |
| 5 | A. I don't think there's a single answer to | 11:47:09 |
| 6 | that, and that's why we rely on a consensus | 11:47:11 |
| 7 | ballot that requires two-thirds of the | 11:47:14 |
| 8 | technical committee to move anything forward. | 11:47:16 |
| 9 | That's part of the open consensus process in | 11:47:20 |
| 10 | that you need two-thirds of a balanced | 11:47:22 |
| 11 | committee to agree on a technical change to | 11:47:26 |
| 12 | move it forward. | 11:47:28 |
| 13 | Each party is going to have a | 11:47:29 |
| 14 | different motivation for how they want to | 11:47:31 |
| 15 | vote or how they want things to go forward or | 11:47:32 |
| 16 | not. | 11:47:35 |
| 17 | Q. Tell me and enumerate for me some of the | 11:47:35 |
| 18 | criteria that you understand them to apply in | 11:47:38 |
| 19 | determining what text to move forward to a | 11:47:42 |
| 20 | ballot. | 11:47:44 |
| 21 | MR. REHN: Same objection. | 11:47:44 |
| 22 | A. Some criteria could include what's the loss | 11:47:49 |
| 23 | data associated with this issue that we're | 11:47:54 |
| 24 | facing, fire loss data, injuries, deaths and | 11:47:57 |
| 25 | such. Some can include economic gain. It's | 11:48:00 |

Page 71

| | | |
|---|---|---|
| 1 | cheaper, easier to accomplish things, | 11:48:04 |
| 2 | accomplishes a higher level of safety. Those | 11:48:07 |
| 3 | are a few examples. | 11:48:10 |
| 4 | Q. Please give me more examples of criteria that | 11:48:12 |
| 5 | technical committee members would use in | 11:48:16 |
| 6 | deciding what text to move forward to ballot. | 11:48:18 |
| 7 | MR. REHN: Same objection. | 11:48:20 |
| 8 | A. Other the examples could include research, | 11:48:23 |
| 9 | data. Such things -- another example could | 11:48:30 |
| 10 | be loss reports. For example, there's been a | 11:48:37 |
| 11 | large fire somewhere, a large chemical hazard | 11:48:40 |
| 12 | or something. There's often an investigative | 11:48:43 |
| 13 | report that NTSB or CSB or local fire marshal | 11:48:45 |
| 14 | has done. And the committee would look at | 11:48:50 |
| 15 | that and say we may have a safety issue that | 11:48:52 |
| 16 | needs to be addressed. | 11:48:54 |
| 17 | Q. So you've mentioned information that they | 11:48:56 |
| 18 | may -- that may motivate them, but I think | 11:48:59 |
| 19 | your answers are focusing less on what | 11:49:06 |
| 20 | criteria they apply to determining what text | 11:49:09 |
| 21 | would move forward. | 11:49:11 |
| 22 | I'd like for you to tell me the | 11:49:12 |
| 23 | different criteria that technical committee | 11:49:14 |
| 24 | members apply, to your knowledge, in deciding | 11:49:17 |
| 25 | what text to move forward to a ballot. | 11:49:20 |

Page 72

| | | |
|---|---|---|
| 1 | MR. REHN: Same objection. | 11:49:23 |
| 2 | A. Again, I think it would be difficult, without | 11:49:25 |
| 3 | speculating, I'm not sure what each person | 11:49:29 |
| 4 | would use for criteria, and that's why my | 11:49:31 |
| 5 | answer previously focused on having a | 11:49:34 |
| 6 | balanced committee of different experts, | 11:49:36 |
| 7 | topical experts in that area, will each bring | 11:49:39 |
| 8 | a different set of personal criteria, | 11:49:39 |
| 9 | personal decisionmaking that will decide | 11:49:43 |
| 10 | what's going to move forward. | 11:49:45 |
| 11 | Q. I'd like for you to tell me what some of | 11:49:47 |
| 12 | those personal criteria are that you were | 11:49:49 |
| 13 | aware of, based on your interactions with | 11:49:52 |
| 14 | technical committee members at NFPA. | 11:49:55 |
| 15 | MR. REHN: Objection as to form. | 11:50:00 |
| 16 | A. I think many of those things I stated, like | 11:50:01 |
| 17 | data, research reports, information combined | 11:50:03 |
| 18 | is one of the main reasons, information is | 11:50:09 |
| 19 | one of the main things, data, facts are | 11:50:11 |
| 20 | important criteria for our committee members. | 11:50:14 |
| 21 | I think the other thing that's very | 11:50:17 |
| 22 | important to our committee members and to our | 11:50:18 |
| 23 | process is their extensive experience in the | 11:50:20 |
| 24 | field and seeing results of different | 11:50:24 |
| 25 | approaches. | 11:50:27 |

Page 73

19 (Pages 70 - 73)

```
 1   Q.  Let me rephrase it differently because I'm    11:50:27
 2       not sure you're responding to my question     11:50:29
 3       about criteria.  What are the different        11:50:31
 4       reasons, not what background information are   11:50:34
 5       they acting on, but what are the different     11:50:38
 6       goals that, to your knowledge, technical       11:50:40
 7       committee members have in deciding whether to  11:50:45
 8       progress certain text to a ballot?             11:50:49
 9           MR. REHN:  Objection as to form.           11:50:54
10   A.  I think the biggest overarching goal is the    11:50:55
11       accomplishment of the NFPA mission.  They      11:51:03
12       want to ultimately reduce life loss, injury,   11:51:04
13       property loss, economic loss due to fire and   11:51:09
14       other related hazards.                         11:51:11
15   Q.  How do decisions regarding progressing         11:51:13
16       certain text to a ballot touch upon that       11:51:17
17       mission?                                       11:51:24
18           MR. REHN:  Objection as to form.           11:51:26
19   A.  Fundamentally does it progress towards         11:51:30
20       accomplishing that mission?  Does the          11:51:33
21       institution of a new technology or a new       11:51:37
22       requirement or modifying an existing           11:51:39
23       requirement lead to better life safety,        11:51:42
24       better fire protection, better electrical      11:51:46
25       safety, better protection of our nation's      11:51:48
                                              Page 74
```

```
 1   we call them enforcers, to attend our         11:53:46
 2   committee meetings.                           11:53:48
 3   Q.  Do any -- does NFPA pay any persons for their  11:53:50
 4       time in participation in the technical       11:53:57
 5       committee work?                             11:54:02
 6   A.  NFPA does not pay for time, but what we do    11:54:06
 7       for public sector officials who we classify  11:54:09
 8       as enforcers, we have an enforcer fund which 11:54:12
 9       we pay 80 percent of their associated travel 11:54:15
10       to a committee meeting, including hotel,     11:54:15
11       airfare, et cetera.                          11:54:20
12   Q.  What is the motivation of persons, as you     11:54:20
13       understand it, to participate in technical   11:54:23
14       committees?                                  11:54:28
15           MR. REHN:  Object to the form.           11:54:29
16   A.  I think there's lots of motivations.  I think 11:54:32
17       overwhelmingly the number one motivation, in 11:54:35
18       my opinion and my years of service, is the   11:54:37
19       overarching mission of NFPA.  Our mission of 11:54:40
20       safety is very attractive to many people.    11:54:44
21           Many of our volunteers not only          11:54:47
22       volunteer to participate in the NFPA process 11:54:49
23       but also volunteer their time to do so, and  11:54:51
24       that's a strong indication to me that that's 11:54:54
25       the primary motivation.                      11:54:56
                                              Page 76
```

```
 1   first responders?  Does it accomplish the      11:51:51
 2   mission?  So that's the best way.             11:51:53
 3   Q.  Does it -- would you say that a general     11:51:59
 4       question that technical committees address in 11:52:05
 5       deciding whether to progress certain text to 11:52:18
 6       a ballot is whether the proposed change will 11:52:22
 7       improve outcomes?                            11:52:29
 8           MR. REHN:  Object to the form of the     11:52:34
 9       question.                                    11:52:37
10   A.  I would speculate that each decision would be 11:52:41
11       in guidance or in alignment with improving   11:52:47
12       safety.  And those would be the outcomes,    11:52:53
13       improving safety, reducing loss, preventing  11:52:53
14       incidents from happening again that resulted 11:52:57
15       in life loss injuries, property loss,        11:52:59
16       et cetera.                                   11:53:04
17   Q.  Who pays for members of the technical        11:53:11
18       committees to participate in their work?     11:53:15
19   A.  Again, a lot of my answers are it depends.   11:53:23
20       In this case, you have everything from       11:53:26
21       companies to people's own time, people taking 11:53:30
22       vacation time and in some cases, NFPA        11:53:34
23       reimburses participation through our enforcer 11:53:37
24       fund to get public safety officials like fire 11:53:41
25       marshals, electrical inspectors, and other,  11:53:44
                                              Page 75
```

```
 1   Q.  Are you aware of any person whose primary    11:55:02
 2       motivation is to receive some financial      11:55:05
 3       reward for participation in the technical    11:55:10
 4       committee process?                           11:55:13
 5   A.  I'm not aware of an individual, per se, but I 11:55:21
 6       would speculate that these people are experts 11:55:26
 7       in their fields, and there's their professional 11:55:28
 8       recognition and acknowledgment for being on  11:55:32
 9       an NFPA technical committee.                 11:55:36
10           MR. BRIDGES:  Why don't we take a        11:55:46
11       break.  We've been going for a while.  What  11:55:47
12       time is it?                                  11:55:51
13           VIDEOGRAPHER:  11:55.                    11:55:51
14           MR. BRIDGES:  We'll keep going.          11:55:52
15           VIDEOGRAPHER:  There's another           11:55:54
16       15 minutes on the tape.                      11:55:55
17           MR. BRIDGES:  We'll keep going           11:55:56
18       another 15 minutes.                          11:55:58
19   Q.  How can the public gain access without       11:56:15
20       payment to NFPA's codes and standards?       11:56:33
21   A.  NFPA provides free read-only access to all of 11:56:37
22       our codes and standards to ensure that       11:56:42
23       anyone, public or private sector or citizen  11:56:46
24       consumer, has the ability to read and        11:56:49
25       understand the requirements of any of our    11:56:52
                                              Page 77
```

20 (Pages 74 - 77)

1    electrical style manual, which applies to our   02:50:24
2    electrical documents.                           02:50:27
3  Q. Do the terms "annex" and "appendix" coexist    02:50:37
4    in NFPA's forms today?                          02:50:45
5        MR. REHN: Object to the form.               02:50:48
6    Lacks foundation.                               02:50:54
7  A. We updated our manual style in, I believe it   02:50:56
8    was year 2000, and we changed the term          02:51:02
9    "appendix" to "annex" at that time to           02:51:05
10   consistent with other standards developers      02:51:09
11   terminology.                                    02:51:12
12       And so it's my opinion that most, if        02:51:14
13   not all, of our documents, many of our          02:51:17
14   documents have gone through the process of a    02:51:21
15   full revision where that is changed from        02:51:23
16   appendix to annex.                              02:51:26
17 Q. You said NFPA made the change to be            02:51:29
18   consistent with other standards development     02:51:33
19   organizations' terminology; is that correct?    02:51:35
20 A. That's correct.                                02:51:39
21 Q. Is there a general style manual for standards  02:51:41
22   developers terminology?                         02:51:46
23 A. Not that I'm aware of.                         02:51:53
24 Q. Do the different standards developers tend to  02:51:55
25   converge around using words in similar          02:51:58

Page 138

1    fashion?                                        02:52:01
2        MR. REHN: Object to the form.               02:52:03
3  A. In my opinion I would say standard developers  02:52:08
4    converge around terminology and format that     02:52:13
5    works for their constituents that utilize       02:52:15
6    their standards.                                02:52:18
7  Q. Does that lead to some convergence among the   02:52:20
8    practices of various standards development      02:52:23
9    organizations?                                  02:52:26
10       MR. REHN: Object to the form. May           02:52:33
11   call for speculation.                           02:52:34
12 A. I would -- from my personal opinion, I view    02:52:37
13   it as a usability and we want to make it as     02:52:41
14   easy and as possible for users to understand    02:52:45
15   the structure of the standard and the           02:52:49
16   requirements and the layout of the documents,   02:52:51
17   so often those changes may end up in a common   02:52:53
18   format to make it easier to understand.         02:52:57
19 Q. A common format with some other standards      02:52:59
20   developers organizations?                       02:53:01
21       MR. REHN: Object to the form.               02:53:05
22   Vague.                                          02:53:06
23 A. In my view, yes. For example, a given set      02:53:06
24   chapter where all the definitions are           02:53:13
25   contained is a good example.                    02:53:14

Page 139

1  Q. Another example is changing the word appendix  02:53:17
2    to annex, correct?                              02:53:20
3  A. To the best of my recollection, that's an      02:53:22
4    example that I could think of why we shifted    02:53:25
5    there, but the best example I can give you is   02:53:28
6    a single chapter where all the definitions      02:53:30
7    are included.                                   02:53:33
8  Q. Then you mentioned that there were updates to  02:53:36
9    disclaimers and copyright releases; is that     02:53:40
10   correct?                                        02:53:47
11 A. That is correct. Over my 20 years, I'm aware   02:53:48
12   that updates were added to the forms or just    02:53:51
13   to the forms on a -- not on a specific basis,   02:53:57
14   but as needed.                                  02:54:00
15 Q. What updates were needed to the disclaimers    02:54:02
16   and copyright releases?                         02:54:06
17       MR. REHN: Object to the form. May           02:54:08
18   call for a legal opinion. Ambiguous with        02:54:10
19   respect to the terms used in the question.      02:54:14
20 A. From my perspective, my team's perspective,    02:54:17
21   we never got into the details of those. It      02:54:22
22   was often our legal team would ask us to        02:54:24
23   update our forms, and we would accomplish       02:54:27
24   that through our process.                       02:54:29
25 Q. What were some of the changes to the forms     02:54:31

Page 140

1    that you recall as part of those updates?       02:54:35
2        MR. REHN: Objection. Documents              02:54:38
3    speak for themselves.                           02:54:40
4  A. I think some of the major changes are          02:54:43
5    consistent format. If you notice                02:54:46
6    historically, there was lots of different       02:54:49
7    formattings and layouts. Having consistent      02:54:49
8    format, consistent titles, consistent look      02:54:51
9    and feel is probably the biggest ones that I    02:54:55
10   was -- that I'm aware of and was involved in.   02:54:59
11 Q. My question was specifically to the updates    02:55:02
12   of disclaimers and copyright releases. What     02:55:05
13   updates do you recall to the text of the        02:55:09
14   disclaimers and copyright releases?             02:55:12
15       MR. REHN: Object to the form.               02:55:15
16 A. That was not, again, not part of my            02:55:18
17   responsibility. Oftentimes we were given a      02:55:21
18   set of text to insert as that part of the       02:55:23
19   form and we didn't do a line by line            02:55:26
20   comparison. That was -- our job was to          02:55:29
21   implement the appropriate disclaimers, which    02:55:31
22   was legal's responsibility to provide us        02:55:33
23   and ensure that it got in there.                02:55:35
24 Q. What are some of the changes that you recall?  02:55:37
25       MR. REHN: Objection. Asked and              02:55:40

Page 141

36 (Pages 138 - 141)

| | | |
|---|---|---|
| 1 | Electrical Code; is that correct? | 03:04:18 |
| 2 | MR. REHN:  Objection as to form. | 03:04:21 |
| 3 | A.  It appears based on Line Item 1A that the | 03:04:26 |
| 4 | document the person was submitting it on was | 03:04:29 |
| 5 | to the National Electrical Code. | 03:04:32 |
| 6 | Q.  There was normally -- didn't you say there | 03:04:34 |
| 7 | was normally a different type of form for | 03:04:36 |
| 8 | submissions for the National Electrical Code? | 03:04:39 |
| 9 | A.  If we look at some of the forms you've | 03:04:45 |
| 10 | submitted to me, some of them had the title. | 03:04:47 |
| 11 | The title was different, said form for the X | 03:04:49 |
| 12 | edition of the National Electrical Code, and | 03:04:51 |
| 13 | so we didn't prohibit you from using any | 03:04:53 |
| 14 | standard form. | 03:04:57 |
| 15 | (Exhibit 1248 marked for | 03:05:30 |
| 16 | identification.) | 03:06:03 |
| 17 | (Pause) | 03:06:05 |
| 18 | Q.  Do you recognize Exhibit 1248 as a form for | 03:06:05 |
| 19 | proposal that NFPA has maintained in the | 03:06:44 |
| 20 | ordinary course of business as part of its | 03:06:47 |
| 21 | standards development process? | 03:06:50 |
| 22 | A.  Yes, Exhibit 1248 does look typical. | 03:06:53 |
| 23 | (Exhibit 1249 marked for | 03:07:33 |
| 24 | identification.) | 03:07:41 |
| 25 | Q.  Do you recognize Exhibit 1249 as a form for | 03:07:41 |

Page 146

| | | |
|---|---|---|
| 1 | proposal that NFPA has maintained in the | 03:07:53 |
| 2 | ordinary course of business in its standards | 03:07:58 |
| 3 | development process? | 03:08:04 |
| 4 | A.  Yes, Exhibit 1249 does look typical. | 03:08:13 |
| 5 | Q.  And some persons might suggest proposals with | 03:08:21 |
| 6 | attachments where they can't fit the text of | 03:08:27 |
| 7 | the proposal in the form.  And this exhibit | 03:08:33 |
| 8 | this exhibit reflects an attachment on the | 03:08:36 |
| 9 | reverse page of Exhibit 1249; is that | 03:08:42 |
| 10 | correct? | 03:08:45 |
| 11 | A.  Based upon my review of the statement of | 03:08:47 |
| 12 | Item 4 and the proposed text on the back, it | 03:09:02 |
| 13 | appears to be consistent that the two pages | 03:09:06 |
| 14 | were copied correctly. | 03:09:08 |
| 15 | (Exhibit 1250 marked for | 03:09:26 |
| 16 | identification.) | 03:09:41 |
| 17 | Q.  I've handed you Exhibit 1250.  Do you | 03:09:46 |
| 18 | recognize this as a form for proposals that | 03:10:01 |
| 19 | NFPA has maintained in the ordinary course of | 03:10:09 |
| 20 | business in its standards development | 03:10:13 |
| 21 | process? | 03:10:17 |
| 22 | A.  (Witness examines document)  Based upon my | 03:10:18 |
| 23 | review, it appears that this is typical. | 03:10:33 |
| 24 | Q.  So that's a yes? | 03:10:36 |
| 25 | A.  That's a yes.  It appears to be typical, | 03:10:37 |

Page 147

| | | |
|---|---|---|
| 1 | Exhibit 1250. | 03:10:40 |
| 2 | Q.  Do you know Mr. Belke, James C. Belke? | 03:10:41 |
| 3 | A.  No, sir. | 03:10:46 |
| 4 | Q.  Do you know whether he's a member of any | 03:10:46 |
| 5 | technical committee? | 03:10:50 |
| 6 | A.  Not off the top of my head. | 03:10:55 |
| 7 | Q.  Do you know what the annotations in | 03:10:56 |
| 8 | handwriting various places in the form | 03:11:05 |
| 9 | indicate?  There's a checkmark in several | 03:11:14 |
| 10 | different places.  There's some asterisks, | 03:11:21 |
| 11 | there's a pound sign A, pound sign B, pound | 03:11:32 |
| 12 | sign C. | 03:11:36 |
| 13 | MR. REHN:  Is that the question? | 03:11:46 |
| 14 | MR. BRIDGES:  Yes. | 03:11:48 |
| 15 | MR. REHN:  Objection that it's | 03:11:49 |
| 16 | compound. | 03:11:50 |
| 17 | A.  So let me first answer the first part and we | 03:11:57 |
| 18 | can follow up if we need to.  Each change | 03:12:00 |
| 19 | that came in was processed, again, by | 03:12:03 |
| 20 | full-time staff to verify signatures and | 03:12:06 |
| 21 | copyright concerns.  And if you notice on | 03:12:09 |
| 22 | the first page under Proposals, not original | 03:12:11 |
| 23 | material, there's supporting material which | 03:12:15 |
| 24 | has an attached CSB report. | 03:12:16 |
| 25 | And it appears that someone wrote | 03:12:26 |

Page 148

| | | |
|---|---|---|
| 1 | down that it was not being submitted as | 03:12:29 |
| 2 | change but as supporting material to support | 03:12:31 |
| 3 | a change. | 03:12:35 |
| 4 | Q.  Go ahead. | 03:12:41 |
| 5 | A.  The checkmarks, each of these changes had to | 03:12:42 |
| 6 | be keyed manually by the staff who verified | 03:12:45 |
| 7 | all the text, editorial and production staff, | 03:12:47 |
| 8 | and oftentimes they would check the forms as | 03:12:51 |
| 9 | they worked through them to ensure they had | 03:12:53 |
| 10 | captured everything.  That -- in this case it | 03:12:55 |
| 11 | would be speculation on my part that that's | 03:12:57 |
| 12 | what those checkmarks are there for. | 03:12:59 |
| 13 | (Exhibit 1251 marked for | 03:13:22 |
| 14 | identification.) | 03:13:30 |
| 15 | Q.  Does Exhibit -- strike that. | 03:13:30 |
| 16 | Do you recognize 1251 as a document | 03:13:46 |
| 17 | that NFPA maintains in the ordinary course of | 03:13:49 |
| 18 | business in the standards development | 03:13:52 |
| 19 | process? | 03:13:53 |
| 20 | A.  Exhibit 1251 does look typical for a proposal | 03:13:54 |
| 21 | form. | 03:13:58 |
| 22 | Q.  So the answer is yes? | 03:13:59 |
| 23 | MR. REHN:  Object to the form. | 03:14:01 |
| 24 | A.  Yes, Exhibit 1251 does look typical. | 03:14:05 |
| 25 | | 03:14:30 |

Page 149

38 (Pages 146 - 149)

```
 1        MR. REHN:  Object to the form.        06:01:45
 2   Argumentative.  Question has been asked and   06:01:46
 3   answered.                          06:01:49
 4 A.  And my response remains the same that I can't 06:01:50
 5   speculate specifically to that level of     06:01:52
 6   detail of their day-to-day tasks.          06:01:54
 7 Q.  You can speculate as to specific detail about 06:01:57
 8   other tasks, but not about these tasks?      06:02:00
 9        MR. REHN:  Objection.              06:02:02
10   Argumentative.  Mischaracterizes the        06:02:03
11   testimony.                         06:02:05
12 Q.  Why are you not answering the question I've   06:02:05
13   asked, which is, what's your best estimate of  06:02:07
14   the time, of the percentage of time those    06:02:10
15   persons spent on checking for signatures and  06:02:12
16   copyright information in the submissions?     06:02:17
17        MR. REHN:  Objection.              06:02:20
18   Argumentative.  Asked and answered.         06:02:21
19 A.  I can speculate on their total workload,     06:02:24
20   their tasks they took --                06:02:27
21 Q.  That wasn't my question.  My question is,    06:02:29
22   what percentage applied to checking for      06:02:30
23   signatures and copyright information?  That's  06:02:33
24   my question.  Is it clear?             06:02:37
25        MR. REHN:  Objection.              06:02:39
                                      Page 218
```

```
 1   Argumentative.                       06:02:39
 2 Q.  Is the question clear?                06:02:41
 3 A.  No.                            06:02:43
 4 Q.  What's unclear about it?  Do you understand   06:02:44
 5   what checking for signatures means in looking  06:02:47
 6   at the assignment for copyright forms?  Do    06:02:51
 7   you understand?                     06:02:58
 8        MR. REHN:  Objection.              06:02:58
 9   Argumentative.                       06:02:59
10 A.  I understand that we have a policy that each  06:03:00
11   and every proposal and comment is checked for  06:03:02
12   copyright and any associated submitted       06:03:04
13   material is also checked.  I have a team, a   06:03:07
14   full-time staff that that is one of their    06:03:09
15   primary tasks to do each and every day.      06:03:11
16 Q.  Great.  I'm glad to know about the policy.   06:03:14
17   Now my question is, what percentage of their  06:03:18
18   time do you estimate, your best estimate,     06:03:23
19   that they spend carrying out that policy?    06:03:27
20        MR. REHN:  Objection.  Asked and      06:03:30
21   answered.                          06:03:31
22 A.  I would restate that, due to all the        06:03:34
23   variables and the amount of variations that   06:03:37
24   happen each year, I cannot speculate on that  06:03:39
25   specific singular task.                06:03:42
                                      Page 219
```

```
 1 Q.  You can't give any estimate at all?         06:03:44
 2 A.  No.                            06:03:46
 3 Q.  Were you ever aware of how much time they    06:03:46
 4   spent on the task?                    06:03:54
 5 A.  I'm aware of the full-time resources that it  06:03:57
 6   takes to accomplish our process of supporting  06:04:00
 7   our technical committees.               06:04:04
 8 Q.  But you're unaware of how much time they     06:04:08
 9   spend carrying out the policy that you       06:04:10
10   described?                         06:04:14
11        MR. REHN:  Objection.              06:04:14
12   Argumentative.                       06:04:14
13 A.  I believe I've answered your question.       06:04:17
14 Q.  What verification -- strike that.          06:04:19
15        What efforts did NFPA make to obtain     06:04:34
16   assignments from the companies that employed  06:04:38
17   individuals who submitted proposals or       06:04:48
18   comments for NFPA's codes and standards?     06:04:53
19        MR. REHN:  Object to the form.  It's    06:04:58
20   ambiguous.  It assumes facts.  There's some   06:05:00
21   embedded legal conclusions.              06:05:04
22 A.  NFPA verifies through our policy the        06:05:07
23   submission from the individual.  We do not go  06:05:11
24   to their companies to verify authority of     06:05:16
25   their signature.                     06:05:18
                                      Page 220
```

```
 1 Q.  And how does NFPA verify submissions from the 06:05:20
 2   individuals?                        06:05:30
 3        MR. REHN:  Objection.  I think this     06:05:36
 4   topic has been extensively asked and answered 06:05:38
 5   at this point.                      06:05:40
 6 A.  Several ways, one of which includes verifying 06:05:43
 7   that the submitter has signed the release    06:05:46
 8   form indicating it is their right or their    06:05:48
 9   authority to release it.                06:05:53
10 Q.  What else does NFPA do to verify the        06:05:54
11   submission from the individual?            06:06:06
12        MR. REHN:  Same objection.           06:06:08
13 A.  Another example is if we review the material  06:06:10
14   and there's an obvious copyright statement    06:06:14
15   that is not of that individual who submitted  06:06:18
16   it, we then contact them and if possible, we  06:06:21
17   contact the owner of the copyright of the    06:06:24
18   statement that's within that attached        06:06:27
19   material.                          06:06:28
20 Q.  What else does NFPA do to verify the        06:06:31
21   submission from the individual?            06:06:35
22        MR. REHN:  Same objection.           06:06:37
23 A.  That's -- to the best of my recollection,    06:06:44
24   that's the direct way we do it to the person  06:06:48
25   who submitted it.                     06:06:50
                                      Page 221
```

56 (Pages 218 - 221)

1   Q.  Yes.                                      06:51:42
2   A.  Top left-hand paragraph below the bold    06:51:52
3       discusses what we used to indicate changes 06:51:57
4       including shaded or bulleting, like a dot.  06:51:59
5   Q.  It says, "Changes other than editorial are  06:52:07
6       highlighted with gray shading."  Do you see  06:52:13
7       that?                                    06:52:15
8   A.  Yes.                                      06:52:15
9   Q.  What's an example of some editorial changes  06:52:16
10      that would have occurred between editions of  06:52:19
11      the NEC?                                  06:52:22
12  A.  Sample could be a spelling error.         06:52:23
13  Q.  Anything else?                            06:52:34
14  A.  The only thing I can think of is occasionally  06:52:36
15      documents, paragraphs roll into each other,  06:52:46
16      so spacing, things like that.            06:52:50
17  Q.  The document contains lists of persons     06:52:52
18      starting at Page 17547 up through Page 17558,  06:53:07
19      correct?                                  06:53:18
20          MR. FEE:  Could you repeat that.      06:53:25
21      What was the question?                    06:53:30
22  Q.  The document contains lists of persons     06:53:31
23      starting at Page 17547 up through Page 17558,  06:53:34
24      correct?                                  06:53:39
25  A.  Just to make sure I understand your question,  06:53:41
                                                Page 238

1       you just indicated there is a list of     06:53:49
2       persons?                                  06:53:50
3   Q.  Right.                                    06:53:51
4   A.  Those pages appear to contain lists of     06:53:54
5       technical committee members as well as NFPA  06:53:57
6       staff, where appropriate.                 06:54:00
7   Q.  And I think you testified earlier but just  06:54:02
8       for the sake of clarification, committees  06:54:04
9       that are called technical committees for  06:54:09
10      other codes and standards are called      06:54:11
11      code-making panels when it comes to the   06:54:13
12      National Electrical Code; is that correct?  06:54:15
13  A.  That is partially correct.  There are two  06:54:18
14      ways we address the National Electrical Code.  06:54:21
15      There are code-making panels and their work  06:54:24
16      is overseen by a technical correlating     06:54:26
17      committee.                                06:54:30
18  Q.  What is the work of the technical correlating  06:54:31
19      committee?                                06:54:35
20  A.  The technical correlating committee is     06:54:37
21      responsible for correlation across the entire  06:54:42
22      document to ensure that the code-making    06:54:45
23      panels are aware of potential conflicting  06:54:49
24      requirements between their portions of the  06:54:52
25      document and also consistency.  It's      06:54:53
                                                Page 239

1       correlation across the entire standard    06:54:56
2       itself.                                   06:54:59
3   Q.  And these pages identify various code-making  06:55:05
4       panels and then they indicate which portions  06:55:12
5       of the National Electrical Code they were  06:55:16
6       responsible for; is that correct?         06:55:18
7           MR. REHN:  Object to the form of the  06:55:25
8       question.                                 06:55:26
9   A.  That is my understanding.                  06:55:27
10  Q.  And it indicates the -- and this list      06:55:29
11      indicates both the names and the affiliations  06:55:34
12      of those persons who participated in the work  06:55:41
13      that's reflected in this edition; is that  06:55:45
14      correct?                                  06:55:50
15          MR. REHN:  Object to the form.        06:55:50
16  A.  Our committee lists indicate the name of the  06:55:51
17      individual who holds the seat, whether     06:55:56
18      they're a principal or alternate, what     06:55:59
19      company they work for and, if any,         06:56:01
20      representation if they do have a           06:56:03
21      representation.                           06:56:05
22  Q.  So let's say in the case of Page 17551 --  06:56:08
23  A.  551.                                      06:56:20
24  Q.  There's a reference to John Ray of Duke    06:56:22
25      Energy Corporation and it says, "Rep,      06:56:28
                                                Page 240

1       Electric Light and Power Group."  What does  06:56:29
2       that mean?                                06:56:33
3   A.  Before I answer the question, I'm just having  06:56:38
4       trouble finding John's name.  Is he on the  06:56:41
5       one on Code-Making Panel 7?               06:56:43
6   Q.  Panel 7, left column, four from the bottom.  06:56:46
7   A.  So in that case it appears Mr. Ray, the    06:56:55
8       company he works for is Duke Engineering   06:57:00
9       Corporation.  He represents a utility, and  06:57:02
10      his representation of the committee is     06:57:04
11      Electrical Light and Power Group, EEI.     06:57:06
12  Q.  And the letters in brackets after the names,  06:57:13
13      employers and states indicate the -- what do  06:57:23
14      you call it?  Not the interest group.  The  06:57:29
15      interest section?                         06:57:32
16  A.  It's the interest category.               06:57:34
17  Q.  The interest group.  So the letters within  06:57:37
18      brackets at the end of the line on which the  06:57:39
19      names of the individuals are found is a code  06:57:43
20      for the interest category; is that correct?  06:57:45
21  A.  That is correct.                          06:57:47
22  Q.  M is manufacturer; is that right?  M stands  06:57:48
23      for manufacturer?                         06:58:00
24  A.  Yes, M is for manufacturer.               06:58:00
25  Q.  E stands for enforcer; is that correct?    06:58:02
                                                Page 241

61 (Pages 238 - 241)

1  A. Correct. The Es could represent federal        06:58:05
2     government, state and local government as     06:58:14
3     well as state fire officials, local fire        06:58:17
4     officials.                                  06:58:20
5  Q. I notice on the front page of this there's a   06:58:21
6     section near the bottom right of the page      06:58:42
7     that says "Order redline PDF." Do you see     06:58:45
8     that?                                       06:58:48
9  A. Yes.                                        06:58:48
10 Q. That redline PDF is a different document.      06:58:49
11    This is not the redline, correct?            06:58:52
12 A. Based upon my review here, it appears to be   06:58:57
13    the, quote, unquote, normal version with the   06:59:01
14    shading to track changes and not a full track   06:59:04
15    changes redline version.                     06:59:07
16 Q. And if one orders the redline PDF, does that   06:59:08
17    show the text that was deleted which might     06:59:11
18    not appear in this version?                   06:59:14
19 A. That is my understanding, but I have not seen  06:59:17
20    the redline version of this document.         06:59:21
21 Q. Let me ask you to turn to Page 17538.         06:59:23
22 A. 17538.                                      06:59:53
23 Q. Does the language on that page appear         06:59:57
24    correct, to your knowledge?                  07:00:02
25        MR. REHN: You're referring to the         07:00:11

Page 242

1     whole language on the page?                 07:00:13
2         MR. BRIDGES: Right.                     07:00:15
3         MR. REHN: Objection as to form.          07:00:15
4  A. To the best of my knowledge, it appears like   07:00:21
5     our opening issuing statement, our history     07:00:23
6     and development of the National Electrical     07:00:27
7     Code as well as our copyright statements, to   07:00:29
8     the best of my knowledge.                    07:00:34
9  Q. So it's correct, to the best of your           07:00:34
10    knowledge?                                  07:00:37
11 A. It appears correct.                          07:00:37
12 Q. What about the language on Page 17536?        07:00:40
13 A. 536.                                        07:00:45
14        MR. REHN: Object to the form and        07:00:52
15    to the extent the question calls for the      07:00:53
16    witness to render a legal opinion.            07:00:55
17        MR. BRIDGES: I'm just asking if          07:01:01
18    it's correct to the best of his knowledge.     07:01:03
19 A. To the best of my knowledge, this appears     07:01:08
20    correct and typical of our front matter       07:01:11
21    within our standards.                        07:01:14
22 Q. A couple broad questions: Has the standards   07:01:20
23    development process changed in any material    07:01:23
24    way since you arrived at NFPA?               07:01:25
25        MR. REHN: Object to the form.            07:01:33

Page 243

1     Vague and ambiguous.                        07:01:33
2  A. Yes. We had a major rewrite of our          07:01:36
3     regulations in approximately 2007, 2008 time   07:01:40
4     frame we started that process.               07:01:48
5  Q. Has there been any significant change         07:01:50
6     since -- strike that.                        07:01:53
7         You said that's when the process          07:01:54
8     started. When did that process end?          07:01:56
9  A. The rewrite to our regulations ended, to the   07:01:57
10    best of my knowledge, in approximately 2009,   07:02:06
11    2010.                                       07:02:09
12 Q. Have there been any other, in your mind,      07:02:13
13    significant changes to the standards          07:02:16
14    development process since 2010?              07:02:18
15 A. No.                                         07:02:22
16 Q. Do you, in preparing and overseeing the       07:02:22
17    development of codes and standards, strive to   07:02:48
18    make them suitable for governments to adopt   07:02:53
19    for purposes of enforcement?                 07:02:59
20        MR. REHN: Object to the form. It's       07:03:05
21    vague. May call for a legal opinion.          07:03:07
22 A. Part of our committee officers guide is a      07:03:15
23    guidance document that is to address          07:03:19
24    usability, adoptability and enforceability.     07:03:22
25        It's guidance to our committees to        07:03:27

Page 244

1     ensure that they write clear and not vague     07:03:29
2     requirements that are understandable and      07:03:31
3     concise.                                    07:03:33
4  Q. You said usability, adoptability and           07:03:34
5     enforceability; is that right?               07:03:38
6  A. Yes.                                        07:03:40
7  Q. Does adoptability include within that concept  07:03:41
8     the ease of adoption by governments of codes   07:03:50
9     as enforceable law?                          07:04:01
10        MR. REHN: Object to the form. May       07:04:03
11    call for a legal opinion.                     07:04:07
12 A. I can't comment on the ease of the adoption.   07:04:11
13    What I can comment on is my view of that is   07:04:15
14    that our standards need to contain, for        07:04:19
15    example, mandatory language if they're going   07:04:22
16    to be a standard and enforceable and, I would  07:04:26
17    assume, adoptable.                           07:04:29
18 Q. That makes -- the mandatory language makes   07:04:31
19    them suitable for a government to adopt the    07:04:34
20    codes and standards as law?                  07:04:35
21        MR. REHN: Object to the form.            07:04:37
22    Assumes facts. May call for a legal opinion.   07:04:40
23 A. That's partly my understanding but also the    07:04:45
24    mandatory language ensures that private       07:04:50
25    entities, private organizations can also       07:04:52

Page 245

62 (Pages 242 - 245)

| | | |
|---|---|---|
| 1 | utilize them in their facilities and | 07:04:54 |
| 2 | applications. | 07:04:57 |
| 3 | VIDEOGRAPHER: We've reached the | 07:04:59 |
| 4 | seven hours. | 07:05:01 |
| 5 | MR. BRIDGES: Thank you very much. | 07:05:01 |
| 6 | CROSS EXAMINATION | 07:05:01 |
| 7 | BY MR. REHN: | 07:05:01 |
| 8 | Q. Mr. Dubay, I have a couple of questions for | 07:05:05 |
| 9 | you just to clear up some issues that arose | 07:05:07 |
| 10 | earlier I think in response to my own perhaps | 07:05:10 |
| 11 | confusing instruction. | 07:05:14 |
| 12 | Do you recall being asked whether | 07:05:17 |
| 13 | you reviewed any documents in preparation for | 07:05:18 |
| 14 | this deposition? | 07:05:20 |
| 15 | A. Yes. | 07:05:21 |
| 16 | Q. Do you recall that before you answered | 07:05:21 |
| 17 | that question, I instructed you to answer to | 07:05:24 |
| 18 | the extent you remembered any specific | 07:05:26 |
| 19 | documents? | 07:05:27 |
| 20 | A. Yes. | 07:05:29 |
| 21 | Q. And do you recall that your answer to that | 07:05:29 |
| 22 | question was "no" after I've given you that | 07:05:31 |
| 23 | instruction? | 07:05:35 |
| 24 | A. Yes. | 07:05:35 |
| 25 | Q. So I'd like to just ask that question again. | 07:05:35 |

Page 246

| | | |
|---|---|---|
| 1 | In preparation for this deposition, did | 07:05:38 |
| 2 | you review any documents, excluding | 07:05:40 |
| 3 | identifying any specific documents, but | 07:05:43 |
| 4 | did you review any documents in preparation | 07:05:45 |
| 5 | for today? | 07:05:45 |
| 6 | A. The only documents I reviewed were the | 07:05:47 |
| 7 | several that I reviewed with counsel. | 07:05:49 |
| 8 | Q. Thank you. | 07:05:53 |
| 9 | MR. REHN: No further questions. | 07:05:53 |
| 10 | MR. BRIDGES: I have a follow-up. | 07:05:55 |
| 11 | What were the documents -- | 07:05:55 |
| 12 | MR. FEE: Hold on. I have no | 07:05:55 |
| 13 | questions. | 07:05:59 |
| 14 | REDIRECT EXAMINATION | 07:05:59 |
| 15 | BY MR. BRIDGES: | 07:05:59 |
| 16 | Q. What were the documents that you reviewed | 07:05:59 |
| 17 | with counsel? | 07:06:00 |
| 18 | MR. REHN: I will instruct the | 07:06:01 |
| 19 | witness not to answer that question on the | 07:06:02 |
| 20 | ground of attorney-client privilege. | 07:06:04 |
| 21 | Q. And do you intend to follow your counsel's | 07:06:17 |
| 22 | instruction? | 07:06:24 |
| 23 | A. Yes. | 07:06:27 |
| 24 | Q. Okay. | 07:06:29 |
| 25 | VIDEOGRAPHER: The time is 7:06. | 07:06:31 |

Page 247

| | | |
|---|---|---|
| 1 | This is the end of Tape No. 4 as well as | 07:06:35 |
| 2 | the deposition, and we are now off the | 07:06:37 |
| 3 | record. | 07:06:39 |
| 4 | (Whereupon the deposition was | 07:06:39 |
| 5 | concluded at 7:06 p m.) | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 248

| | |
|---|---|
| 1 | I declare under penalty of perjury |
| 2 | under the laws that the foregoing is |
| 3 | true and correct. |
| 4 | |
| 5 | Executed on _____ , 20___, |
| 6 | at _____, _____. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | _____ |
| 12 | Christian Dubay |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 249

63 (Pages 246 - 249)

```
 1    COMMONWEALTH OF MASSACHUSETTS)
 2    SUFFOLK, SS  )
 3
 4
 5        I, Jeanette Maracas, Registered
      Professional Reporter and Notary Public in
 6    and for the Commonwealth of Massachusetts, do
      hereby certify that there came before me on
 7    the 1st day of April, 2015, at 10:00 a m ,
      the person hereinbefore named, who was by me
 8    duly sworn to testify to the truth and
      nothing but the truth of his knowledge
 9    touching and concerning the matters in
      controversy in this cause; that he was
10    thereupon examined upon his oath, and his
      examination reduced to typewriting under my
11    direction; and that the deposition is a true
      record of the testimony given by the witness
12
13        I further certify that I am neither
      attorney or counsel for, nor related to or
14    employed by, any attorney or counsel employed
      by the parties hereto or financially
15    interested in the action
16
          In witness whereof, I have hereunto
17    set my hand this 8th day of April, 2015
18
19
20
21        Notary Public
          My commission expires 8/14/20
22
23
24
25
                                    Page 250
```

# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3      ----------------------------------
        AMERICAN SOCIETY FOR TESTING AND   ) Case No.
 4      MATERIALS d/b/a ASTM INTERNATIONAL;) 1:13-cv-01215-EGS
                                           )
 5      NATIONAL FIRE PROTECTION           )
        ASSOCIATION, INC.; and             )
 6                                         )
        AMERICAN SOCIETY OF HEATING,       )
 7      REFRIGERATING, AND                 )
        AIR-CONDITIONING ENGINEERS, INC.,  )
 8                                         )
                 Plaintiffs,               )
 9          vs.                            )
                                           )
10      PUBLIC.RESOURCE.ORG, INC.,         )
                                           )
11               Defendant.                )
        ----------------------------------)
12      AND RELATED COUNTERCLAIMS.         )
        ----------------------------------)
13
14
15         RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
16       STANDARDS SOCIETY FOR TESTING AND MATERIALS, BY AND
17                   THROUGH ITS DESIGNEE,
18                       JEFFREY GROVE
19                      WASHINGTON, D.C.
20                 WEDNESDAY, MARCH 4, 2015
21
22      Reported by:
23      NANCY J. MARTIN, CSR No. 9504, RMR
24      Job No. 2010158
25      PAGES 1 - 284
```

                                                    Page 1

1 Nancy Martin, please swear in the witness, and we can   09:22:25
2 begin.                                        09:22:27
3        JEFFREY GROVE,                         09:22:36
4    having been first duly sworn,              09:22:40
5      and testified as follows:                09:22:40
6                                               09:22:40
7        EXAMINATION                            09:22:40
8 BY MR. BRIDGES:                               09:22:40
9    Q. Good morning, Mr. Grove.                09:22:40
10   A. Good morning.                           09:22:41
11   Q. Have you ever been deposed before?      09:22:45
12   A. I have not.                             09:22:46
13   Q. Have you had a chance to meet with ASTM  09:22:49
14 attorneys to prepare you for this deposition?  09:22:51
15   A. I did.                                  09:22:57
16   Q. When did you meet with them?            09:22:57
17   A. I met with our attorneys over a period of  09:22:58
18 three days. The last two days, and once in December.  09:23:01
19 A total of 15 hours.                         09:23:06
20   Q. With whom did you meet?                 09:23:12
21   A. I met with Kevin Fee and with Jordana Rubel,  09:23:13
22 and with our corporate attorney, Tom O'Brien.  09:23:19
23   Q. You understand that you are testifying today  09:23:32
24 as a representative of ASTM?                  09:23:34
25   A. Yes.                                    09:23:38

Page 14

1    Q. And you understand that you are testifying as  09:23:40
2 a representative of ASTM with respect to certain  09:23:46
3 subject matters?                              09:23:48
4    A. Yes.                                    09:23:49
5    Q. What did you do to educate yourself about  09:23:49
6 those subjects?                               09:23:52
7    A. In addition to the meetings, I reviewed a lot  09:23:53
8 of documents.                                 09:23:56
9    Q. And when did you review the documents?  09:24:01
10   A. Over the last few days and in my own personal  09:24:03
11 time before then.                            09:24:07
12   Q. How much time did you spend reviewing  09:24:11
13 documents outside of meetings with attorneys?  09:24:13
14   A. Probably 8 to 10 hours.                 09:24:16
15   Q. Did you select those documents, or did the  09:24:23
16 lawyers select the documents?                 09:24:25
17   A. Personal knowledge, I selected them.    09:24:26
18   Q. What determined which documents you selected  09:24:38
19 to review?                                   09:24:41
20      MR. FEE: Objection. To the extent that  09:24:42
21 legal counsel or their guidance provided any basis for  09:24:43
22 your determination, I'm going to instruct you not to  09:24:48
23 disclose that. If you have some independent review  09:24:50
24 criteria that you can share with the other side,  09:24:53
25 that's fine.                                 09:24:55

Page 15

1      THE WITNESS: I don't have any criteria.  09:24:56
2 Just I thought it would be a good idea to review  09:24:58
3 annual reports and that type of publicly available  09:25:02
4 information about ASTM.                       09:25:04
5 BY MR. BRIDGES:                               09:25:08
6    Q. What else did you review among the documents?  09:25:08
7      MR. FEE: Objection. Are you asking about  09:25:11
8 the ones he selected on his own or the ones --  09:25:12
9      MR. BRIDGES: No --                       09:25:14
10     MR. FEE: Well, I'm going to instruct you not  09:25:14
11 to disclose the documents that you reviewed at the  09:25:16
12 request or direction of counsel. You can disclose any  09:25:18
13 other documents you reviewed.                 09:25:21
14     MR. BRIDGES: I think I'm entitled to know  09:25:22
15 what documents he reviewed to prepare for the  09:25:23
16 deposition. It might reveal attorney work product if  09:25:27
17 he told us what documents were discussed with counsel,  09:25:31
18 but I'm entitled to know which documents he reviewed  09:25:36
19 in general.                                  09:25:39
20     MR. FEE: I disagree.                     09:25:41
21 You should follow your instruction.          09:25:43
22     THE WITNESS: I have no other documents that  09:25:44
23 I can recall to disclose.                     09:25:46
24 BY MR. BRIDGES:                               09:25:47
25   Q. So you're saying that all the documents -- of  09:25:47

Page 16

1 all the documents you reviewed, only annual reports  09:25:52
2 are those that you thought to review on your own?  09:25:55
3    A. Right. I think the exception to that would  09:25:56
4 be standardization news. I contributed some articles  09:26:01
5 that I thought I should refresh my memory with.  09:26:03
6    Q. What did those articles concern?        09:26:08
7    A. Discussed generally ASTM's mission and work  09:26:13
8 we do to promote ASTM's mission and its important role  09:26:20
9 in protecting everyday citizens due to the development  09:26:24
10 of standards that protect the environment, health, and  09:26:26
11 safety.                                      09:26:31
12     MR. BRIDGES: One thing occurred to me. We  09:26:35
13 may need a short break. I forgot, you know, I was  09:26:37
14 supposed to have real time. Can we get real time?  09:26:39
15     REPORTER MARTIN: Yes, sir. I'm working on  09:26:43
16 it right now.                                09:26:43
17     MR. BRIDGES: Thanks.                      09:26:43
18     MR. BECKER: We also have an email from Thane  09:26:48
19 stating he'd like to listen in. So perhaps we should  09:26:49
20 take a break and set up real-time.           09:26:51
21     MR. BRIDGES: I think we've got a separate  09:26:55
22 bridge. I think Carl dialed in directly. So we're  09:26:57
23 going to have to drop him and set up a bridge.  09:26:59
24     Sorry about this, but let's go off the record  09:27:01
25 for a few minutes.                           09:27:03

Page 17

5 (Pages 14 - 17)

| | |
|---|---|
| 1 THE VIDEOGRAPHER: We're now going off the 09:27:05 | 1 Q. Did you attach any significance to that 09:41:21 |
| 2 record at 9:26 09:27:05 | 2 figure? 09:41:23 |
| 3 (A recess was taken from 9:26 a m 09:34:30 | 3 MR. FEE: Objection. Vague. 09:41:25 |
| 4 to 9:37 a m ) 09:38:32 | 4 THE WITNESS: No. 09:41:28 |
| 5 THE VIDEOGRAPHER: And we're back on the 09:38:33 | 5 BY MR. BRIDGES: 09:41:30 |
| 6 record at 9:37 09:38:34 | 6 Q. Did it strike you as unusual or unexpected in 09:41:30 |
| 7 BY MR BRIDGES 09:38:48 | 7 any -- 09:41:33 |
| 8 Q Do you recall any other documents that you 09:38:48 | 8 MR. FEE: Objection. Vague and compound. 09:41:34 |
| 9 reviewed on your own initiative apart from annual 09:38:50 | 9 THE WITNESS: It did not. 09:41:40 |
| 10 reports and standardization news? 09:38:53 | 10 BY MR. BRIDGES: 09:41:43 |
| 11 A I do not 09:38:59 | 11 Q. Did those figures he gave you accord with 09:41:43 |
| 12 Q Apart from conversations specifically with 09:39:01 | 12 your expectations? 09:41:45 |
| 13 attorneys, did you discuss the topics of today's 09:39:06 | 13 A. Generally, yes. 09:41:51 |
| 14 conversation -- of today's deposition with anyone else 09:39:12 | 14 Q. Did that revenue trend -- strike that. 09:41:56 |
| 15 in preparation for your deposition today? 09:39:18 | 15 Was that revenue trend consistent with 09:42:03 |
| 16 A I made a phone call to our vice president of 09:39:21 | 16 revenue trends over previous years? 09:42:05 |
| 17 sales and publications 09:39:24 | 17 MR. FEE: Objection. Vague. 09:42:09 |
| 18 Q Who is that? 09:39:28 | 18 THE WITNESS: I don't know. 09:42:14 |
| 19 A John Pace 09:39:31 | 19 BY MR. BRIDGES: 09:42:15 |
| 20 Q What did you discuss with him? 09:39:31 | 20 Q. Do you know anything about revenue trends 09:42:15 |
| 21 A Wanted to review ASTM's financials and 09:39:38 | 21 before three years ago? 09:42:17 |
| 22 revenues so I was prepared 09:39:42 | 22 MR. FEE: Same objection. 09:42:19 |
| 23 Q What did you learn from him? 09:39:46 | 23 THE WITNESS: Not that I can produce or 09:42:26 |
| 24 A Not much To be honest, I think I have a 09:39:47 | 24 recall. 09:42:27 |
| 25 good understanding 09:39:52 | 25 BY MR. BRIDGES: 09:42:32 |
| Page 18 | Page 20 |

| | |
|---|---|
| 1 Q. What did you ask him about? 09:39:55 | 1 Q. What else did you discuss with Mr. Pace? 09:42:32 |
| 2 A. I wanted to review with him what I knew about 09:39:59 | 2 A. That's all I recall. 09:42:39 |
| 3 sources of ASTM's revenue from the sale publications. 09:40:07 | 3 Q. Did you have conversations with anyone else 09:42:40 |
| 4 Q. What else did you ask him about? 09:40:12 | 4 to prepare for your testimony today? 09:42:43 |
| 5 A. That's all I recall. 09:40:15 | 5 MR. FEE: I assume you're excluding 09:42:49 |
| 6 Q. Did you review -- did you discuss with him 09:40:20 | 6 conversations with counsel for purposes -- 09:42:50 |
| 7 any changes in revenue to ASTM from publications? 09:40:25 | 7 MR. BRIDGES: Yes. 09:42:52 |
| 8 MR. FEE: Objection. Form. 09:40:30 | 8 MR. FEE: -- of that question? 09:42:52 |
| 9 THE WITNESS: Not that I recall. 09:40:34 | 9 MR. BRIDGES: Yes. 09:42:54 |
| 10 BY MR. BRIDGES: 09:40:37 | 10 THE WITNESS: Not that I recall. 09:42:55 |
| 11 Q. And did you discuss with him any trends with 09:40:37 | 11 BY MR. BRIDGES: 09:43:04 |
| 12 respect to revenue that ASTM gains from publications? 09:40:42 | 12 Q. How long have you worked for ASTM? 09:43:04 |
| 13 MR. FEE: Objection to form. 09:40:45 | 13 A. Just over 10 years. 09:43:07 |
| 14 Go ahead. 09:40:47 | 14 Q. What have your job titles been? 09:43:11 |
| 15 THE WITNESS: I did ask -- I wanted to learn 09:40:48 | 15 A. My original job title was Washington 09:43:13 |
| 16 over the last couple of years, roughly, what increase 09:40:53 | 16 representative. My second title was director of 09:43:15 |
| 17 in sales we've been experiencing. 09:40:56 | 17 government and industry affairs, and my current title 09:43:21 |
| 18 BY MR. BRIDGES: 09:41:01 | 18 is vice president of global policy and industry 09:43:25 |
| 19 Q. What else? 09:41:01 | 19 affairs. 09:43:29 |
| 20 A. That's all I recall. 09:41:02 | 20 Q. In that job title, what does the word 09:43:39 |
| 21 Q. What did you learn about the increase in 09:41:05 | 21 "industry" refer to? 09:43:41 |
| 22 sales that ASTM has been experiencing? 09:41:07 | 22 MR. FEE: Objection. Vague. 09:43:43 |
| 23 A. That there has been a very slight 2 to 3 to 5 09:41:10 | 23 THE WITNESS: Well, the majority of ASTM 09:43:48 |
| 24 percent increase over the last two to three years. 09:41:15 | 24 members under our system of private sector led 09:43:51 |
| 25 Revenue from sales of publications. 09:41:18 | 25 public/private collaboration come from industry. So I 09:43:56 |
| Page 19 | Page 21 |

6 (Pages 18 - 21)

1 something that I would speak about.            12:06:06
2 BY MR. BRIDGES:                                12:06:08
3    Q. So what factors should government agencies   12:06:08
4 take into consideration when examining industry   12:06:08
5 standards for regulatory purposes?             12:06:10
6    A. Well, one of the most important factors that   12:06:13
7 we believe is important to maintain the robust, viable   12:06:15
8 system of standardization that we have in the U.S. is   12:06:24
9 looking to see if standards development organizations   12:06:26
10 meet the world trade organizations, technical barriers   12:06:28
11 to trade agreement principles for international   12:06:31
12 standardization. It's a message that we believe   12:06:34
13 strongly in at ASTM, we've invested heavily in, and we   12:06:37
14 promote it as widely as possible.              12:06:41
15    Q. What regulatory purposes do you anticipate   12:06:49
16 government agencies have that causes them to examine   12:06:54
17 industry standards?                            12:07:01
18    MR. FEE: Read that back, please.            12:07:03
19    (Record read.)                             12:07:13
20    MR. FEE: Objection. Calls for speculation.   12:07:14
21 It's beyond the scope of his designation.      12:07:15
22    THE WITNESS: I don't have an answer for     12:07:23
23 that. I think you could assume that government   12:07:24
24 participants in the standardization process bring   12:07:30
25 knowledge of regulatory agendas and regulatory needs   12:07:32
                                                Page 94

1 of agencies to the voluntary consensus standards   12:07:37
2 community of which ASTM is one member amongst 225   12:07:40
3 others                                         12:07:45
4 BY MR BRIDGES:                                 12:07:50
5    Q This agenda item referred to government    12:07:50
6 agencies examining industry standards for regulatory   12:07:52
7 purposes                                       12:07:56
8    MR FEE: Objection Vague What agenda --      12:07:57
9 I'm unclear as to what agenda you're referring   12:08:00
10 There's no agenda in front of him             12:08:04
11    MR BRIDGES: That's all right It's so        12:08:07
12 short, I can read it to him                    12:08:08
13    Q So my question is what regulatory purposes do   12:08:10
14 you understand government agencies to have when they   12:08:16
15 examine industry standards?                    12:08:20
16    MR FEE: Objection He's not been            12:08:22
17 designated as to speculation as to government   12:08:24
18 regulatory motivations, but to the extent you have an   12:08:26
19 understanding individually, you can try to answer   12:08:31
20 that                                           12:08:34
21    THE WITNESS: Sure And I'm not an attorney,   12:08:35
22 but my understanding is the National Technology   12:08:36
23 Transfer and Advancement Act of 1995 combined with the   12:08:38
24 OMB circular A119 lays out criteria or further   12:08:41
25 guidance for federal agencies for them to consider   12:08:50
                                                Page 95

1 when they're looking at participating in standards   12:08:53
2 development activities and utilizing voluntary   12:08:57
3 consensus standards in support of their agency's   12:09:01
4 mission.                                       12:09:03
5 BY MR. BRIDGES:                                12:09:11
6    Q. So my question is what are the regulatory   12:09:11
7 purposes that in your interactions with government on   12:09:16
8 behalf of ASTM, you believe government agencies have   12:09:20
9 when they examine industry standards? So I'm asking   12:09:25
10 what do you think the regulatory purposes are.   12:09:29
11    MR. FEE: Same objections, plus compound.   12:09:31
12    THE WITNESS: Yeah. And I don't believe     12:09:33
13 there's any one answer to that. Each agency that   12:09:34
14 we're aware of that we interact with or that   12:09:38
15 participate in our committees have different needs and   12:09:40
16 different expectations and different motivations for   12:09:42
17 participating in our process.                  12:09:46
18 BY MR. BRIDGES:                                12:09:48
19    Q. So beyond that, you can't give your testimony   12:09:48
20 as to what you think the government regulatory   12:09:51
21 purposes are on a general basis?               12:09:54
22    MR. FEE: Same objections.                   12:09:57
23 BY MR. BRIDGES:                                12:10:00
24    Q. In using or in examining ASTM's standards.   12:10:00
25    MR. FEE: Same objections.                   12:10:05
                                                Page 96

1    THE WITNESS: Yeah. I think we discussed     12:10:09
2 earlier federal agencies do incorporate, by reference,   12:10:11
3 standards from voluntary consensus standards bodies   12:10:16
4 like ASTM. So that could be one potential -- one   12:10:19
5 potential factor.                             12:10:24
6 BY MR. BRIDGES:                                12:10:28
7    Q. Do you understand what regulatory purposes   12:10:28
8 federal agencies may have in incorporating ASTM   12:10:33
9 standards by reference into CFR?               12:10:36
10    MR. FEE: Objection. Calls for speculation.   12:10:41
11 It's also beyond the scope of his designation.   12:10:42
12    You can answer if you know.                 12:10:44
13    THE WITNESS: Generally, I believe the EPA   12:10:46
14 would look to -- has a mission of helping to keep the   12:10:48
15 air we breathe, the water we drink and the ground that   12:10:53
16 we habitate on as safe and as clean and sustainable as   12:10:56
17 possible. So they might look to organizations like   12:11:02
18 ASTM and many others to see what work we're doing in   12:11:05
19 many of these areas and ensure that their employees   12:11:08
20 are participating in our standards development process   12:11:10
21 to reflect the agency's mission.               12:11:12
22 BY MR. BRIDGES:                                12:11:17
23    Q. How would the government employees affect --   12:11:17
24 strike that.                                   12:11:22
25    What effect does the presence of government   12:11:26
                                                Page 97

25 (Pages 94 - 97)

1 employees have in the standards development process at   12:11:30
2 ASTM?   12:11:36
3      MR. FEE:  Objection.  Vague.   12:11:37
4      THE WITNESS:  In my experience, federal   12:11:43
5 government participation in standards development   12:11:45
6 helps to make a more effective public/private   12:11:47
7 collaboration in our process.   12:11:50
8 BY MR. BRIDGES:   12:11:51
9      Q.  How does it help in the drafting of   12:11:52
10 standards?   12:11:53
11      MR. FEE:  Objection.  Lack of foundation.   12:11:54
12      THE WITNESS:  In the area of drafting   12:11:58
13 standards, I wouldn't have specific knowledge.   12:11:59
14 BY MR. BRIDGES:   12:12:03
15      Q.  Who would?   12:12:03
16      MR. FEE:  Objection.  Calls for speculation.   12:12:04
17      THE WITNESS:  Right.  We have 140 different   12:12:07
18 technical committees and over 1,000 individual   12:12:09
19 subcommittees.  So each agency's participation and   12:12:12
20 what role they play in the drafting of standards, I   12:12:15
21 believe was your term, that would vary significantly.   12:12:20
22 BY MR. BRIDGES:   12:12:23
23      Q.  Who are two or three people at ASTM you think   12:12:23
24 would be in a best position to answer the question of   12:12:25
25 what effect the presence of government employees has   12:12:32
Page 98

1 in the creation of standards?   12:12:38
2      MR. FEE:  Objection.  Calls for speculation.   12:12:43
3 Vague.   12:12:44
4      THE WITNESS:  Well, other than me, I would   12:12:49
5 say I'm one.  Beyond that, you know, ASTM, it's a   12:12:50
6 decentralized process.  So it would really vary again   12:13:01
7 by the individual committees and the actions by the   12:13:05
8 committee officers.  So if I had to give you another   12:13:08
9 name, I would say probably Katherine Morgan, who   12:13:14
10 formerly led our Technical Committee Operations.   12:13:17
11 BY MR. BRIDGES:   12:13:23
12      Q.  What is her current post?   12:13:23
13      A.  She's the executive vice president.   12:13:25
14      Q.  What are her duties?   12:13:27
15      MR. FEE:  Objection.  Calls for speculation.   12:13:28
16 Beyond the scope of his designation.   12:13:31
17      THE WITNESS:  Actually, I'm not certain what   12:13:35
18 her new duties are.  She just assumed them in   12:13:36
19 February.  But I would assume she's serving as our --   12:13:39
20 she'll be serving as our president within the next two   12:13:48
21 to three years.  So she's broad supervisory   12:13:51
22 responsibility.   12:13:54
23      (Deposition Exhibit 1038 was marked for   12:14:54
24      identification.)   12:14:54
25 BY MR. BRIDGES:   12:14:55
Page 99

1      Q.  Have you seen Exhibit 1038 before?   12:14:55
2      (The witness reviewed Exhibit 1038.)   12:15:20
3      THE WITNESS:  Yes, I have.   12:15:20
4 BY MR. BRIDGES:   12:15:22
5      Q.  Is this an organizational chart as of   12:15:22
6 July 21, 2014?   12:15:23
7      A.  I believe it is, yes.   12:15:25
8      Q.  Have you seen a more recent organizational   12:15:27
9 chart of ASTM?   12:15:29
10      A.  I have not, but I believe that this is just   12:15:31
11 slightly out of date.   12:15:35
12      Q.  What changes are necessary to make it   12:15:36
13 current?   12:15:40
14      A.  Under the direct line from Jim Thomas, that   12:15:46
15 would be a new box that would say, "Kathie Morgan,   12:15:51
16 Executive Vice President," and then a number of   12:15:57
17 departments would be reporting up through Kathie.   12:16:01
18 This is as of just a few weeks ago.   12:16:04
19      Q.  I see that she is almost directly under   12:16:10
20 Mr. Thomas in what looks like a direct report as vice   12:16:11
21 president of Technical Committee Operations.  Would   12:16:16
22 that be simply changing the title in that box?   12:16:18
23      A.  It would be expanding her responsibilities.   12:16:23
24 For instance, now I report to Kathie Morgan, as does   12:16:25
25 Phil Lively, as does Teresa Cendrowska, as does Tim   12:16:30
Page 100

1 Brooke, and a new box would need to be created -- or   12:16:38
2 in the old box that said Kathie Morgan, I would put   12:16:48
3 Daniel G. Smith.   12:16:51
4      Q.  That's on Page 5 of 11 of the document?   12:16:53
5      A.  Page 6 of 11.  So Kathie has been promoted,   12:16:56
6 and Dan has taken Kathie's old job, if that helps.   12:17:12
7      Q.  All right.  In the standards development but   12:17:17
8 not Technical Committee Operations?  Page 5 of 11 is   12:17:17
9 Technical Committee Operations.  Page 6 of 11 is   12:17:24
10 standards development?   12:17:29
11      A.  Yeah.  I actually wouldn't be able to explain   12:17:30
12 the difference between Technical Committee Operations   12:17:32
13 and standards development, and in fact -- I would be   12:17:34
14 able to tell you why we have it displayed that way.   12:17:48
15 We think of them together.   12:17:48
16      Q.  Where is Ms. Morgan's office?   12:17:57
17      A.  Kathie is based at our corporate headquarters   12:17:59
18 in Conshohocken, Pennsylvania.   12:18:02
19      Q.  What offices does ASTM have apart from the   12:18:11
20 Pennsylvania office you just referred to and   12:18:14
21 Washington, D.C.?   12:18:18
22      A.  Well, we have an office in Ottawa, Canada,   12:18:24
23 but I believe the person that works for us there is a   12:18:26
24 contractor.   12:18:32
25      Q.  Any other offices?   12:18:33
Page 101

26 (Pages 98 - 101)

BY MR BRIDGES:                                    12:48:17

1  Q  How many ASTM standards do you understand are  12:48:17
3  listed at that location?                          12:48:21
4     MR FEE:  Objection  Vague as to time        12:48:23
5     THE WITNESS:  So there's -- if I'm answering  12:48:34
6  your question exactly as you phrased it to me, how  12:48:35
7  many standards, I believe there's 885 or so ASTM   12:48:38
8  standards that are incorporated in the NIST database  12:48:41
9  BY MR  BRIDGES:                                   12:48:50
10     Q  How many of those standards are currently  12:48:50
11  available at ASTM's reading room?               12:48:52
12     A  Well, if it's in the NIST database, we built  12:48:55
13  the ASTM reading room using the NIST database as a  12:49:02
14  baseline, and we added in other versions of those same  12:49:06
15  885 ASTM standards that have been also incorporated by  12:49:10
16  reference, just an agency, for instance, might     12:49:17
17  reference the same ASTM standard but reference two  12:49:21
18  different versions of the standard              12:49:25
19     So we counted them in the reading room as    12:49:27
20  well, and I believe our reading room has a volume of  12:49:30
21  13- to 1,400 ASTM standards that are available to the  12:49:32
22  public at no cost on our website for their review  12:49:36
23     Q  Are every one of the 885 standards from the  12:49:41
24  NIST database available in the reading room?    12:49:45
25     A  I wouldn't be able to answer that          12:49:51

                                           Page 122

1  specifically.  Using the NIST database as a guideline,  12:49:53
2  we've incorporated, you know, as much of that as  12:50:02
3  possible in the reading room.  At times I believe we  12:50:04
4  also tried to add a little bit more intelligence to it  12:50:06
5  to determine if an agency was undertaking a subsequent  12:50:09
6  rule-making, and we became aware that the agency had  12:50:18
7  published a new final rule which either changed the  12:50:23
8  reference to an ASTM standard that we had placed in  12:50:27
9  the reading room or added a new ASTM standard to the  12:50:31
10  reading room.                                    12:50:38
11     Then we took steps to add that to the reading  12:50:39
12  room.  It's not an exact science.  We don't pay a  12:50:42
13  vendor to perform the service for us.  We rely either  12:50:48
14  exclusively on the NIST database or we -- it's based  12:50:55
15  on intelligence that we've gathered about new     12:50:58
16  rulemakings.                                     12:51:01
17     Q.  How do you gather intelligence about      12:51:03
18  incorporations of ASTM standards by reference?  12:51:08
19     A.  Well, as much as possible we read the federal  12:51:14
20  register.  I'd like to think we read it on a regular  12:51:17
21  basis, but sometimes it's more infrequent than that.  12:51:20
22  So we will search key terms in the federal register to  12:51:30
23  see if it's mentioning ASTM and if there's a rule that  12:51:30
24  has resulted in the publication of standards.  And  12:51:34
25  sometimes we're ahead of it because ASTM has a policy  12:51:38

                                           Page 123

1  of working with agencies during the notice of proposed  12:51:41
2  rule-making process                               12:51:45
3     Any agency that comes to us and asks us to    12:51:46
4  put a standard up for public review during the public  12:51:50
5  review period of a rule, we work with them to make  12:51:53
6  that possible  So at times we know that a certain  12:51:57
7  number of ASTM standards have been in a notice to  12:52:01
8  proposed rulemaking and that the new rule's expected  12:52:04
9  to come out, so we can look for it              12:52:08
10     Q  Does ASTM provide assistance to the       12:52:16
11  government in any way when the government is      12:52:18
12  considering whether to incorporate an ASTM standard by  12:52:20
13  reference?                                       12:52:23
14     MR FEE:  Objection  Vague                    12:52:24
15     THE WITNESS:  So we do -- I'm familiar with a  12:52:29
16  couple things that either I do or a member of my staff  12:52:31
17  does  We look to see -- when we're aware that an ASTM  12:52:34
18  standard is going to be used and incorporated by  12:52:39
19  reference in some type of an action, we look to see  12:52:43
20  what version of the standard and what designation of  12:52:46
21  the standard is being used, and I believe on occasion  12:52:50
22  if they're using -- proposing to use an outdated  12:52:54
23  version of a standard, or, quite frankly, we've seen  12:52:59
24  errors where they've attempted to use an ASTM biofuel  12:53:02
25  standard, and rather than referencing D6751 they've  12:53:06

                                           Page 124

1  referenced D56571, gotten the numbers wrong, we will  12:53:09
2  engage with an agency and either make them aware  12:53:14
3  there's a more recent version or make them aware that  12:53:16
4  what they are trying to reference doesn't make a lot  12:53:20
5  of sense                                         12:53:22
6  BY MR  BRIDGES:                                   12:53:23
7     Q  Does ASTM bring standards to the attention of  12:53:26
8  the federal government with some sort of         12:53:36
9  recommendation that the federal government incorporate  12:53:38
10  the standard by reference?                       12:53:41
11     MR FEE:  Objection  Vague                    12:53:43
12     THE WITNESS:  That's not part of what we call  12:53:45
13  engaging federal agencies in Congress  What we will  12:53:49
14  do is work with agencies and work with Congress to  12:53:55
15  make them aware of the voluntary consensus standards  12:53:56
16  that we're developing in any given area that they  12:53:59
17  might have an interest  But the ultimate decision of  12:54:02
18  whether or not to utilize and reference those   12:54:07
19  standards we rarely take positions on, and I can't  12:54:08
20  give you a specific example of a time that we have  12:54:14
21  taken an example on -- taken a position on       12:54:17
22  BY MR  BRIDGES:                                  12:54:23
23     Q  Do any state governments or municipal     12:54:23
24  governments incorporate ASTM standards by reference?  12:54:26
25     MR FEE:  Objection to form                    12:54:30

                                           Page 125

                              32 (Pages 122 - 125)

| | |
|---|---|
| 1 won't disclose privileged communications. 14:24:48 | 1 of Mr. Thomas' statement in that sentence? 14:28:32 |
| 2 THE WITNESS: I mean, once again, I'm not in 14:24:52 | 2 MR. FEE: Objection. Calls for speculation. 14:28:35 |
| 3 this communication chain between Jim and the executive 14:24:52 | 3 THE WITNESS: I understand that there's been 14:28:37 |
| 4 committee, and it's not a government relations issue 14:24:56 | 4 an impact and a drag on ASTM's revenues due to 14:28:39 |
| 5 I'm working on. 14:24:59 | 5 confusion in business execution issues due to the fact 14:28:44 |
| 6 BY MR. BRIDGES: 14:25:00 | 6 that some of our standards are now available outside 14:28:49 |
| 7 Q. So you did not interpret the ASTM strategy 14:25:00 | 7 of our licensed distributors and outside of being 14:28:53 |
| 8 that's mentioned in that E-mail to be a government 14:25:03 | 8 directly available from ASTM. 14:28:58 |
| 9 relations strategy? 14:25:06 | 9 Q. So Mr. Thomas was lying in that statement? 14:29:02 |
| 10 MR. FEE: Objection. Calls for speculation. 14:25:08 | 10 MR. FEE: Objection. Mischaracterizes his 14:29:07 |
| 11 THE WITNESS: I don't. 14:25:10 | 11 testimony. 14:29:07 |
| 12 (Deposition Exhibit 1046 was marked for 14:25:58 | 12 MR. BRIDGES: I'll withdraw it. 14:29:08 |
| 13 identification.) 14:25:58 | 13 Q. You didn't answer my question, Mr. Grove. 14:29:08 |
| 14 MR. BRIDGES: I'll show you Exhibit 1046. 14:25:59 | 14 A. Okay. 14:29:10 |
| 15 Q. Have you seen this document before? 14:26:03 | 15 Q. My question is what do you understand to have 14:29:11 |
| 16 (The witness reviewed Exhibit 1046.) 14:26:25 | 16 been the basis of Mr. Thomas' statement in that 14:29:14 |
| 17 THE WITNESS: So the world justice project, 14:26:25 | 17 sentence? 14:29:17 |
| 18 the origination of the E-mail, which I received, yes, 14:26:27 | 18 MR. FEE: Objection. Calls for speculation. 14:29:17 |
| 19 I believe I reviewed that document. But from beyond 14:26:30 | 19 THE WITNESS: I wouldn't be able to answer 14:29:20 |
| 20 that point in the E-mail chain, I do not have 14:26:35 | 20 that. I apologize. 14:29:20 |
| 21 recollection of being involved in this. 14:26:38 | 21 BY MR. BRIDGES: 14:29:24 |
| 22 BY MR. BRIDGES: 14:26:41 | 22 Q. When did ASTM first notice a measurable 14:29:24 |
| 23 Q. Did you review this document in preparation 14:26:41 | 23 impact on its finances from the activities of 14:29:27 |
| 24 to testify today? 14:26:44 | 24 Mr. Malamud and Public Resource? 14:29:30 |
| 25 A. I did not. 14:26:50 | 25 MR. FEE: Objection. Vague. 14:29:32 |
| Page 142 | Page 144 |

| | |
|---|---|
| 1 Q. Who at ASTM would have the most knowledge 14:26:53 | 1 THE WITNESS: Again, I don't have direct 14:29:39 |
| 2 about the content on the front page of Exhibit 1046? 14:26:56 | 2 knowledge of such impact 14:29:42 |
| 3 MR. FEE: Objection. Vague. Calls for 14:27:01 | 3 BY MR. BRIDGES: 14:29:48 |
| 4 speculation. 14:27:04 | 4 Q What other knowledge do you have other than 14:29:48 |
| 5 THE WITNESS: Well, my understanding is that 14:27:13 | 5 direct knowledge? 14:29:51 |
| 6 this mentions litigation and copyright. I would think 14:27:15 | 6 MR. FEE: Same objection 14:29:52 |
| 7 it would be legal counsel, Tom O'Brien. 14:27:19 | 7 THE WITNESS: So to date, I'm aware, based on 14:29:53 |
| 8 BY MR. BRIDGES: 14:27:26 | 8 conversations with our vice president for sales and 14:29:57 |
| 9 Q. Who is the Steele, S-t-e-e-l-e, that the 14:27:26 | 9 publications, that the act of putting our standards 14:29:59 |
| 10 first line refers to? 14:27:30 | 10 into the public domain has caused a drag on revenue 14:30:04 |
| 11 MR. FEE: Objection. Calls for speculation. 14:27:32 | 11 for ASTM, which has complicated business execution, 14:30:08 |
| 12 THE WITNESS: I would speculate that it would 14:27:35 | 12 which has produced some harm to ASTM 14:30:14 |
| 13 be Rob Steele, who's the secretary general of ISO at 14:27:37 | 13 BY MR BRIDGES: 14:30:25 |
| 14 this time. 14:27:42 | 14 Q The vice president of sales and publications 14:30:25 |
| 15 BY MR. BRIDGES: 14:27:50 | 15 is John Pace; is that correct? 14:30:26 |
| 16 Q. On the third line of Mr. Thomas' E-mail is 14:27:50 | 16 A That's correct 14:30:28 |
| 17 the sentence, "To date, all of Carl's posting have not 14:27:54 | 17 Q Tell me everything you remember about those 14:30:28 |
| 18 had a measurable impact on our finances." Do you see 14:27:58 | 18 conversations  When did you have those conversations? 14:30:31 |
| 19 that? 14:28:04 | 19 A Yesterday 14:30:37 |
| 20 A. I do see that. 14:28:04 | 20 Q Did you have any conversations before 14:30:43 |
| 21 Q. Was that your understanding at the time? 14:28:05 | 21 yesterday on that topic? 14:30:45 |
| 22 A. January 2013. I'm not aware that we did an 14:28:14 | 22 A Not that I recall 14:30:49 |
| 23 analysis that I would be able to comment on based at 14:28:20 | 23 Q When is the first time you learned of a drag 14:30:54 |
| 24 that point of time. 14:28:26 | 24 on revenue for ASTM caused by either Mr Malamud or a 14:30:58 |
| 25 Q. What do you understand to have been the basis 14:28:30 | 25 Public Resource?  Was it yesterday? 14:31:05 |
| Page 143 | Page 145 |

37 (Pages 142 - 145)

| | |
|---|---|
| 1    THE WITNESS: I don't have anything    14:36:33 | 1 failed to perform the way that they expected them to.    14:39:04 |
| 2 additional.    14:36:35 | 2 BY MR. BRIDGES:    14:39:12 |
| 3 BY MR. BRIDGES:    14:36:36 | 3    Q.  What other harms?    14:39:12 |
| 4    Q.  And you're here as a corporate representative    14:36:36 | 4    MR. FEE:  Same objections.    14:39:15 |
| 5 of ASTM to provide the information available to ASTM    14:36:37 | 5    THE WITNESS:  Well, I would be concerned -- I    14:39:19 |
| 6 on that topic; correct?    14:36:37 | 6 know the important role our standards play in health,    14:39:21 |
| 7    MR. FEE:  Objection.  He's here to provide    14:36:39 | 7 life, and safety.  I would certainly be concerned if    14:39:23 |
| 8 testimony regarding all the topics we identified    14:36:42 | 8 some of these documents that contain factual and other    14:39:25 |
| 9 earlier today.  Of course, we'll have expert testimony    14:36:42 | 9 errors contributed in any way to property damage,    14:39:30 |
| 10 on this subject as well.    14:36:45 | 10 injury or loss of life because of the sensitive,    14:39:33 |
| 11    You can answer.    14:36:47 | 11 important role that our standards play in protecting    14:39:37 |
| 12    THE WITNESS:  Yes.    14:36:50 | 12 people in society.    14:39:40 |
| 13 BY MR. BRIDGES:    14:36:55 | 13 BY MR. BRIDGES:    14:39:45 |
| 14    Q.  So I need to know every other fact you're    14:36:55 | 14    Q.  What other harms to ASTM?    14:39:45 |
| 15 aware of that pertains to harms that ASTM has suffered    14:36:57 | 15    MR. FEE:  Same objections.    14:39:47 |
| 16 from the defendants.  So, please, I'll take as much    14:37:06 | 16    THE WITNESS:  I can't think of additional    14:39:58 |
| 17 time as we need.  Tell me every other fact that you're    14:37:08 | 17 harms at this time.    14:40:00 |
| 18 aware of that pertains to the harm that ASTM has    14:37:11 | 18 BY MR. BRIDGES:    14:40:05 |
| 19 suffered as a consequence of the defendants.    14:37:15 | 19    Q.  Has ASTM heard from any customers that said,    14:40:05 |
| 20    MR. FEE:  Objection to form.  Objection.    14:37:18 | 20 "I didn't buy the standard I was planning to buy    14:40:08 |
| 21 Calls for expert testimony.  Objection to the extent    14:37:19 | 21 because I could find it for free on the Internet from    14:40:10 |
| 22 it calls for a narrative.  Objection as to vague.    14:37:21 | 22 Public Resource or the Internet archive"?    14:40:13 |
| 23 Now, we're talking about harms as opposed to financial    14:37:28 | 23    MR. FEE:  Objection to form.    14:40:16 |
| 24 harms?  That's how I understand the question.    14:37:30 | 24    THE WITNESS:  I don't have knowledge of that.    14:40:20 |
| 25    Can you read that back just to make sure I    14:37:34 | 25 BY MR. BRIDGES:    14:40:22 |
| Page 150 | Page 152 |
| 1 don't miss anything?    14:37:34 | 1    Q.  Does anybody at ASTM have knowledge of that    14:40:22 |
| 2    (Record read.)    14:37:34 | 2 type of communication?    14:40:24 |
| 3    MR. BRIDGES:  I'm sorry.  Why do we need    14:38:01 | 3    MR. FEE:  Objection.  Calls for speculation.    14:40:27 |
| 4 to -- just if you got objections, go ahead and state    14:38:02 | 4    MR. BRIDGES:  I'm asking him as a corporate    14:40:31 |
| 5 them.    14:38:02 | 5 representative.    14:40:32 |
| 6    MR. FEE:  Oh, I don't want to hear the    14:38:02 | 6    MR. FEE:  Same objection.    14:40:34 |
| 7 objections.    14:38:02 | 7    THE WITNESS:  So based on my conversations    14:40:35 |
| 8    (Record read.)    14:38:02 | 8 with John Pace, he -- it's my understanding that there    14:40:36 |
| 9    MR. FEE:  I think that's it.  Okay.    14:38:02 | 9 is this confusion with certain customers and certain    14:40:43 |
| 10    THE WITNESS:  Well, ASTM is known globally    14:38:03 | 10 members of the public that has caused this inability    14:40:47 |
| 11 for the quality and technical excellence of its    14:38:05 | 11 to execute sales on a timely basis.    14:40:51 |
| 12 documents because we have a very robust standards    14:38:08 | 12 BY MR. BRIDGES:    14:40:54 |
| 13 development and quality control process.  My    14:38:14 | 13    Q.  Well, what customers?    14:40:54 |
| 14 understanding, and based on my direct knowledge of    14:38:19 | 14    A.  I'm not able to answer that at this time.    14:40:59 |
| 15 viewing certain documents that have been put in the    14:38:21 | 15    Q.  What members of the public?    14:41:06 |
| 16 public domain, these documents contain errors.  I've    14:38:22 | 16    A.  I'm not able to answer that at this time.    14:41:09 |
| 17 seen standards where tables have been upside down.    14:38:29 | 17    Q.  Did Mr. Pace put a dollar amount on his    14:41:17 |
| 18 I've seen tables and columns and rows that don't align    14:38:34 | 18 estimate of lost revenues to ASTM as a consequence of    14:41:19 |
| 19 properly.    14:38:39 | 19 the defendants' actions?    14:41:23 |
| 20    So if there's a real risk to ASTM's    14:38:41 | 20    MR. FEE:  Objection to the extent that calls    14:41:25 |
| 21 reputation and to ASTM's standing in the global    14:38:44 | 21 for expert testimony.    14:41:26 |
| 22 economy, if customers or the public or other    14:38:48 | 22    THE WITNESS:  In my communications with him,    14:41:29 |
| 23 stakeholders utilize these documents with the    14:38:52 | 23 no.    14:41:31 |
| 24 expectation and understanding that these were the    14:38:58 | 24 BY MR. BRIDGES:    14:41:33 |
| 25 official ASTM documents, and products and materials    14:39:00 | 25    Q.  As a representative of ASTM at this    14:41:33 |
| Page 151 | Page 153 |

39 (Pages 150 - 153)

JA61223

1  deposition, does ASTM have any estimate of the dollar   14:41:37
2  amount of lost revenues to it as a consequence of the   14:41:42
3  defendants' actions?   14:41:45
4      MR. FEE: Objection. Calls for expert   14:41:46
5  testimony. Let me see if that's really a topic that   14:41:48
6  he's been designated on.   14:41:52
7      MR. BRIDGES: He may answer.   14:41:59
8      MR. FEE: Hold on. I'm waiting to see if   14:42:00
9  that's actually a topic he's been designated on.   14:42:01
10     MR. BRIDGES: Make the objections, and if   14:42:08
11  it's superfluous and he hasn't been designated on.   14:42:08
12  I'd like to go ahead and get an answer.   14:42:11
13     MR. FEE: No. If you want to take off the   14:42:12
14  prelude to your question there, then I'm happy to have   14:42:14
15  his answer without the prelude, but if you're going to   14:42:16
16  have --   14:42:16
17     MR. BRIDGES: Okay. Sure.   14:42:16
18     Q. Does ASTM have any estimate of the dollar   14:42:17
19  amount of lost revenues to it as a consequence of   14:42:20
20  defendants' actions?   14:42:23
21     MR. FEE: Objection. Calls for expert   14:42:25
22  testimony.   14:42:26
23     THE WITNESS: Not to my knowledge.   14:42:27
24  BY MR. BRIDGES:   14:42:30
25     Q. Does ASTM have any facts in its possession   14:42:30

Page 154

1  that suggest to ASTM that it has lost money as a   14:42:39
2  consequence of defendants' actions?   14:42:46
3      MR. FEE: Objection. Asked and answered.   14:42:50
4  Calls for expert testimony. Vague.   14:42:51
5      THE WITNESS: Not that I'm aware of.   14:42:57
6  BY MR. BRIDGES:   14:43:05
7      Q. Is ASTM aware of any property damage, injury,   14:43:05
8  or loss of life that has occurred because of the   14:43:10
9  defendants' actions?   14:43:15
10     MR. FEE: Objection. Calls for expert   14:43:17
11  testimony and speculation.   14:43:19
12     THE WITNESS: Fortunately, not at this time.   14:43:22
13  BY MR. BRIDGES:   14:43:26
14     Q. When did you first -- sorry.   14:43:26
15     When did ASTM first become aware of any   14:43:27
16  errors in connection with the posting of ASTM   14:43:31
17  standards by the defendant?   14:43:36
18     A. I'm just not able to give you a time line.   14:43:51
19  I'm not certain.   14:43:53
20     Q. How long ago was it, to your best estimate?   14:43:55
21     MR. FEE: Objection. Asked and answered.   14:43:57
22  Calls for speculation.   14:43:58
23     THE WITNESS: I'm not certain.   14:44:00
24  BY MR. BRIDGES:   14:44:02
25     Q. Was it more than a year ago?   14:44:02

Page 155

1      MR FEE: Same objections   14:44:04
2      THE WITNESS: I'm not sure   14:44:08
3      MR FEE: It's beyond the scope his   14:44:08
4  designation as well   14:44:10
5      Go ahead   14:44:11
6      THE WITNESS: I'm not sure, no   14:44:12
7  BY MR BRIDGES:   14:44:13
8      Q  Was it more than three years ago?   14:44:13
9      MR. FEE: Same objections   14:44:16
10     THE WITNESS: I'm not sure   14:44:17
11  BY MR BRIDGES:   14:44:18
12     Q  Was it more than two weeks ago?   14:44:18
13     MR. FEE: Same objection   14:44:21
14     THE WITNESS: I'm not sure   14:44:22
15  BY MR BRIDGES:   14:44:23
16     Q  Do you know whether ASTM had any knowledge of   14:44:23
17  errors in connection with defendants posting of ASTM   14:44:26
18  standards more than a week ago?   14:44:31
19     MR FEE: Same objection -- objections, I   14:44:35
20  should say   14:44:36
21     THE WITNESS: More than a week ago, I believe   14:44:38
22  so, yes   14:44:39
23  BY MR BRIDGES:   14:44:40
24     Q  When did you first learn of any errors in   14:44:40
25  defendants' posting of ASTM standards?   14:44:46

Page 156

1      A. I first learned of it by hearing of it in the   14:44:51
2  last year. I first viewed it yesterday.   14:44:53
3      Q. How many standards posted by defendants   14:44:56
4  contain errors?   14:45:00
5      MR. FEE: Objection. Beyond the scope of his   14:45:01
6  designation. Calls for speculation.   14:45:03
7      THE WITNESS: My understanding is that it   14:45:08
8  would be extremely difficult to do a complete   14:45:10
9  analysis, but based on quick analysis, we found   14:45:14
10  significant errors.   14:45:21
11  BY MR. BRIDGES:   14:45:28
12     Q. What are the significant ones?   14:45:28
13     A. To industries that rely on quality   14:45:30
14  information, yes, I would say so.   14:45:32
15     Q. Tell me some of the most significant ones.   14:45:34
16     A. Well, if a table and a chart don't align   14:45:38
17  correctly, the variables, it is displaying false   14:45:42
18  information. That seems like that could be an error.   14:45:44
19     Q. What other errors are really significant in   14:45:49
20  your mind?   14:45:52
21     A. I'm not certain.   14:45:53
22     Q. Can you think of any other significant errors   14:45:54
23  in defendants posting of standards?   14:45:56
24     MR. FEE: Objection. This is beyond the   14:45:58
25  scope of his designation.   14:45:59

Page 157

40 (Pages 154 - 157)

1 more than one error in the ASTM standards?      14:50:24
2      MR. FEE: Same objections.      14:50:28
3      THE WITNESS: I'd be speculating.      14:50:31
4 BY MR. BRIDGES:      14:50:34
5   Q. Well, you have testified as to what would      14:50:34
6 surprise you. I'd like to know what would surprise      14:50:34
7 you.      14:50:35
8      MR. FEE: Same objections.      14:50:37
9      THE WITNESS: I'm aware of ASTM's rigorous      14:50:37
10 quality control process and the value of bringing      14:50:40
11 people together under an open, transparent process and      14:50:42
12 the important role that ASTM staff plays in helping to      14:50:47
13 ensure the quality of our documents. And I would be      14:50:49
14 skeptical that that could be replicated if any steps      14:50:54
15 were bypassed. So --      14:50:59
16 BY MR. BRIDGES:      14:51:03
17   Q. Would it surprise you for an ASTM standard to      14:51:03
18 have three or more errors in it?      14:51:05
19      MR. FEE: Same objections.      14:51:08
20      THE WITNESS: Would it surprise me? Yes.      14:51:13
21 BY MR. BRIDGES:      14:51:16
22   Q. Are you aware of any ASTM standards with      14:51:16
23 three or more errors?      14:51:19
24      MR. FEE: Same objections. Just give me a      14:51:21
25 second to object.      14:51:23

Page 162

1      THE WITNESS: I'm not personally, no      14:51:25
2 BY MR BRIDGES:      14:51:27
3   Q  Are you aware of how ASTM standards are      14:51:27
4 proofread?      14:51:44
5      MR FEE: Objection Vague      14:51:47
6      THE WITNESS: Yes, generally      14:51:51
7 BY MR BRIDGES:      14:51:53
8   Q  How?      14:51:53
9   A  There's a rigorous process under which at      14:51:54
10 every point in the standards development process      14:51:58
11 there's peer review of the standard and of the      14:52:00
12 document, and as it goes through the process, as it      14:52:05
13 works through the ASTM process, which involves many      14:52:09
14 steps, at the end there's an editor, an ASTM staff      14:52:13
15 that reviews the standard and insures that the      14:52:21
16 document purports to be what the committee intended it      14:52:26
17 for -- for it to be      14:52:29
18   Q  And do ASTM editors catch every mistake?      14:52:32
19      MR FEE: Objection Calls for speculation      14:52:36
20      THE WITNESS: I'm not aware of errors, but it      14:52:44
21 wouldn't surprise me if there were some      14:52:47
22 BY MR BRIDGES:      14:52:49
23   Q  Does ASTM ever issue errata to its standards?      14:52:49
24      MR FEE: Objection Vague I think that's      14:52:55
25 also beyond the scope of his designation      14:52:59

Page 163

1      THE WITNESS: I'm not familiar with the term      14:53:06
2 "errata."      14:53:07
3 BY MR. BRIDGES:      14:53:08
4   Q. Does ASTM ever issue corrigenda to its      14:53:08
5 standards?      14:53:13
6      MR. FEE: Objection. Vague. Beyond the      14:53:14
7 scope of his designation.      14:53:15
8      THE WITNESS: I'm not certain.      14:53:20
9 BY MR. BRIDGES:      14:53:21
10   Q. Does ASTM ever issue a notice of errors in      14:53:21
11 any of its standards?      14:53:28
12      MR. FEE: Same objections.      14:53:31
13      THE WITNESS: I'm not certain.      14:53:32
14 BY MR. BRIDGES:      14:53:34
15   Q. What happens if ASTM publishes and      14:53:34
16 distributes a standard that's widely held by persons      14:53:37
17 and then discovers that there is a mistake in the      14:53:40
18 standard? How does ASTM notify the public?      14:53:43
19      MR. FEE: Objection. Calls for speculation      14:53:45
20 It's beyond the scope of his designation, and      14:53:47
21 compound.      14:53:50
22      THE WITNESS: I'm not able to explain that      14:53:52
23 process.      14:53:53
24 BY MR. BRIDGES:      14:53:55
25   Q. Would it harm ASTM's reputation to issue a      14:53:55

Page 164

1 standard with mistakes?      14:53:58
2      MR FEE: Objection Calls for expert      14:53:59
3 testimony  It's beyond the scope of his designation      14:54:01
4      THE WITNESS: I'm not certain      14:54:07
5 BY MR BRIDGES:      14:54:09
6   Q  How has ASTM's reputation suffered from the      14:54:09
7 activities of the defendants?      14:54:15
8      MR FEE: Objection Calls for expert      14:54:24
9 testimony      14:54:25
10      THE WITNESS: I'm not certain      14:54:28
11 BY MR BRIDGES:      14:54:29
12   Q  Have you noticed an effect on ASTM's      14:54:29
13 reputation as a consequence of the defendants'      14:54:32
14 activities?      14:54:35
15   A  I have not      14:54:37
16   Q  What instances is ASTM aware of, of people      14:54:44
17 being confused about the relationship between ASTM and      14:54:50
18 the defendant?      14:54:57
19      MR FEE: Objection Vague Asked and      14:54:59
20 answered      14:55:02
21      THE WITNESS: Based on communications with      14:55:04
22 our sales and publications vice president      14:55:06
23 BY MR BRIDGES:      14:55:09
24   Q  What did those communications convey to you?      14:55:09
25   A  That there was some level of confusion in the      14:55:14

Page 165

42 (Pages 162 - 165)

1 by reference?                          15:01:47
2      MR. FEE: Objection. Vague as to whether or   15:01:48
3 not that older version is authentic.   15:01:51
4      THE WITNESS: Yeah. I'm sorry. Could you   15:01:54
5 just repeat that?                       15:01:55
6 BY MR. BRIDGES:                         15:01:57
7      Q. Is it misleading, in your view, to have the   15:01:57
8 ASTM logo on an older version of an ASTM standard   15:02:01
9 where the older version has been incorporated by   15:02:07
10 reference?                             15:02:09
11     MR. FEE: Same objection as to the vagueness.   15:02:11
12     THE WITNESS: My concern would be that to get   15:02:16
13 the most recent version of any document, you more than   15:02:19
14 likely need to come to ASTM or one of our licensed   15:02:27
15 distributors.                          15:02:31
16 BY MR. BRIDGES:                        15:02:32
17     Q. But if somebody is interested in, let's say,   15:02:32
18 a 2008 standard because the 2008 standard has been   15:02:39
19 incorporated by reference but a more recent standard   15:02:42
20 has not been, what is the harm to ASTM from the   15:02:44
21 inclusion of the ASTM logo on that 2008 standard   15:02:52
22 posted by Public Resource?             15:02:55
23     MR. FEE: Objection. Calls for speculation.   15:02:58
24     THE WITNESS: Since I'm not an attorney and   15:03:01
25 I'm not familiar with the regulatory -- the connection   15:03:04

Page 170

1 between regulations and law, I will share my   15:03:09
2 observation --                         15:03:12
3 BY MR. BRIDGES:                        15:03:14
4      Q. Please do.                     15:03:14
5      A. -- that just because a version of a standard   15:03:15
6 that's in the law might be outdated, that doesn't seem   15:03:18
7 to stop industry from wanting to use the most recent   15:03:26
8 version of the standard.               15:03:30
9      Q. And is it ASTM's view that it's misleading to   15:03:35
10 have the ASTM logo on anything that's currently   15:03:39
11 available -- strike that.               15:03:43
12     Is it ASTM's view that it is misleading to   15:03:48
13 display the ASTM logo on standards currently available   15:03:54
14 on the Internet when the standards are not the most   15:04:03
15 recent versions?                       15:04:09
16     MR. FEE: Objection. To the extent you're   15:04:11
17 using "misleading" as a legal term, I object on that   15:04:13
18 ground. I also object to the vagueness of that   15:04:15
19 because it's not clear whether or not the standards   15:04:18
20 you're referencing are authentic or not.   15:04:21
21     MR. BRIDGES: That's coaching the witness,   15:04:23
22 Mr. Fee.                               15:04:24
23     THE WITNESS: Well, that's exactly the point   15:04:25
24 I thought I was making. I don't -- it's the   15:04:26
25 authenticity of the standard as much as the -- more   15:04:31

Page 171

1 than the dated issue.                   15:04:36
2 BY MR. BRIDGES:                        15:04:38
3      Q. The authenticity of the standard didn't come   15:04:38
4 into your answer until you heard counsel's objection.   15:04:41
5      MR. FEE: That's absolutely false. You   15:04:41
6 should read the transcript when you get done with   15:04:43
7 this.                                  15:04:47
8 BY MR. BRIDGES:                        15:04:49
9      Q. Would it harm ASTM less if defendant took the   15:04:49
10 ASTM logo off the standards that it -- sorry, that it   15:04:53
11 posts?                                 15:04:58
12     MR. FEE: Objection. Calls for speculation,   15:04:59
13 and a hypothetical.                     15:05:01
14     MR. BRIDGES: I'd like to know what ASTM --   15:05:05
15     MR. FEE: Calls for an expert opinion,   15:05:08
16 perhaps, as well.                       15:05:09
17     THE WITNESS: I'm not able to answer that   15:05:10
18 question.                              15:05:12
19 BY MR. BRIDGES:                        15:05:14
20     Q. Would ASTM -- well, would you find it   15:05:14
21 problematic -- I'm just curious. Which would you find   15:05:18
22 to be more of a problem to ASTM, for Public Resource   15:05:21
23 to public -- strike that.               15:05:27
24     What would ASTM, in your view, find to be   15:05:37
25 more of a problem, for Public Resource to post the   15:05:41

Page 172

1 ASTM standards it posts with the ASTM logo or for   15:05:49
2 Public Resource to publish them without the ASTM logo?   15:05:56
3      MR. FEE: Objection  To the extent that   15:06:02
4 you're asking for what would be more problematic from   15:06:03
5 a legal perspective --                  15:06:06
6      MR  BRIDGES: Just please state the basis for   15:06:08
7 your objection instead of --            15:06:10
8      MR. FEE: Andrew, do you forget how your   15:06:11
9 deposition objections went? Do you remember your   15:06:12
10 deposition objections the other day? They were much   15:06:14
11 more talkative than this                15:06:16
12     MR  BRIDGES: Not so                 15:06:18
13     MR. FEE: I'm going to make my objections   15:06:19
14     To the extent you're asking for a legal   15:06:21
15 conclusion with respect to "problematic," I object on   15:06:22
16 that basis  I object because it calls for   15:06:25
17 speculation, and it's a hypothetical question   15:06:28
18 BY MR  BRIDGES:                        15:06:35
19     Q  You may answer                   15:06:35
20     MR. FEE: Hold on  I'm not done objecting   15:06:36
21 yet  And objection to form              15:06:38
22     THE WITNESS: And I'm not able to answer that   15:06:49
23 question                               15:06:50
24 BY MR  BRIDGES:                        15:06:53
25     Q  In your position at ASTM, does it make a   15:06:53

Page 173

44 (Pages 170 - 173)

1     THE WITNESS: It's a little out of context.   16:32:42
2 BY MR. BRIDGES:   16:32:45
3     Q. What would be necessary to add to that   16:32:45
4 statement in order to supply the context?   16:32:50
5     MR. FEE: Same objections.   16:32:55
6     THE WITNESS: Looking at standards on an   16:33:12
7 individual basis devalues the real value that ASTM   16:33:14
8 standards have as a collection of a whole.   16:33:14
9 BY MR. BRIDGES:   16:33:17
10    Q. What is the real value that ASTM standards   16:33:17
11 have as a collection?   16:33:19
12    A. Customers in the public benefit from getting   16:33:25
13 a collection of standards at a very affordable price   16:33:27
14 point, which allows them to access numerous standards   16:33:32
15 rather than looking at them as individual standards   16:33:39
16 purchased separately.   16:33:42
17    Q. Is there anything else about the context --   16:33:48
18 sorry. Anything else necessary to supply an   16:33:52
19 appropriate context for that statement?   16:33:54
20    MR. FEE: Objection. Lack of foundation.   16:33:56
21 Calls for speculation. It's beyond the scope of his   16:33:59
22 designation.   16:34:01
23    THE WITNESS: No.   16:34:14
24    (Deposition Exhibit 1056 was marked for   16:34:40
25    identification.)   16:34:40
                              Page 210

1 BY MR. BRIDGES:   16:34:41
2     Q. Exhibit 1056 consists of a series of E-mails   16:34:41
3 in which you and John Pace were either authors or   16:34:54
4 recipients; correct?   16:35:04
5     (The witness reviewed Exhibit 1056.)   16:35:28
6     THE WITNESS: Yes, that's correct.   16:35:28
7 BY MR. BRIDGES:   16:35:29
8     Q. What did you understand Mr. Pace to mean in   16:35:29
9 the first sentence about "sticking to our guns and   16:35:34
10 doing the reading room exactly as how we have all   16:35:39
11 agreed to date"?   16:35:43
12    A. I'd be speculating.   16:35:48
13    Q. Well, you were a recipient -- the sole   16:35:52
14 recipient of that E-mail. So please tell me what your   16:35:56
15 understanding was.   16:35:58
16    MR. FEE: Objection. Lack of foundation.   16:35:59
17 Beyond the scope of his designation as well.   16:36:07
18    THE WITNESS: I'd infer from this that John   16:36:10
19 Pace was raising concerns that we had already   16:36:12
20 committed to building a reading room and committed   16:36:15
21 extensive resources of his employees' time to help in   16:36:21
22 compiling the reading room, and now I was suggesting   16:36:26
23 that, in addition to the reading room, we might want   16:36:28
24 to consider other things as well.   16:36:32
25 BY MR. BRIDGES:   16:36:38
                              Page 211

1     Q. What were you suggesting in addition to a   16:36:38
2 reading room?   16:36:40
3     A. I see that I was recommending that we   16:36:41
4 consider beefing up -- excuse me -- making our   16:36:42
5 summaries, which the abstracts which we provide to our   16:36:47
6 standards, considering whether those abstracts could   16:36:53
7 be converted to something that's more of a summary.   16:36:57
8     Q. Was that in addition to doing a reading room   16:37:08
9 or instead of doing a reading room?   16:37:10
10    A. Obviously, John was thinking I was suggesting   16:37:20
11 it as an addition, and I'm not sure if I was or not.   16:37:21
12 I was explaining I'm not the IT guy. So I didn't know   16:37:40
13 how difficult this task would be.   16:37:45
14    Q. Did you have in mind providing summaries as   16:37:48
15 opposed to the standards themselves in the reading   16:37:53
16 room?   16:37:55
17    MR. FEE: Objection. Are you asking him his   16:37:56
18 personal opinion in this question?   16:37:59
19    MR. BRIDGES: I'm asking him what his state   16:38:02
20 of mind was at the time.   16:38:03
21    MR. FEE: It's beyond the scope of his   16:38:04
22 designation.   16:38:06
23    But you can answer.   16:38:07
24    THE WITNESS: In our efforts to strike the   16:38:08
25 right balance between providing the public with public   16:38:10
                              Page 212

1 access to standards incorporated by reference and   16:38:12
2 maintaining our viability of our standards development   16:38:14
3 enterprise, I was recommending that we review a lot of   16:38:18
4 options. One of which was this summaries idea.   16:38:22
5 BY MR. BRIDGES:   16:38:26
6     Q. Was it the idea of providing summaries as   16:38:26
7 opposed to the text of the standards themselves?   16:38:29
8     MR. FEE: Same objection.   16:38:33
9     THE WITNESS: I don't recall.   16:38:36
10 BY MR. BRIDGES:   16:38:41
11    Q. Does someone -- are you familiar with the   16:38:41
12 operation of the reading room for ASTM today?   16:38:44
13    A. Yes.   16:38:47
14    Q. Does one have to register to gain access to   16:38:47
15 the reading room?   16:38:50
16    A. Yes.   16:38:51
17    Q. What does one have to do to register to get   16:38:52
18 access to the reading room?   16:38:55
19    A. Enter a name and E-mail address.   16:38:56
20    Q. What's the purpose of that?   16:39:00
21    A. Well, to ensure that it wasn't -- again, I'm   16:39:02
22 not an IT person, but I believe there's some concerns   16:39:08
23 that bots and other types of automatic -- that perhaps   16:39:10
24 machines could access our system and pull information   16:39:19
25 in ways that perhaps we weren't intending by providing   16:39:22
                              Page 213

54 (Pages 210 - 213)

1 that they must be -- they have to be referred to as   17:24:32
2 "musts," and this would have the voluntary consensus   17:24:35
3 standards process  This isn't the intention when   17:24:39
4 people come together to work in a voluntary consensus   17:24:43
5 standard environment  They want the words to mean   17:24:47
6 what they carefully craft them to mean in the process,   17:24:49
7 and when -- so I believe that's what I was referring   17:24:52
8 to in this   17:24:55
9 BY MR  BRIDGES:   17:25:00
10    Q  Well, Mr Miller was not saying that the   17:25:00
11 government was changing the standard  The government   17:25:02
12 was proposing to change the law; correct?   17:25:07
13        MR FEE: Objection  The document speaks for   17:25:11
14 itself  Calls for speculation   17:25:13
15        THE WITNESS: I guess I would be speculating,   17:25:22
16 but that was my interpretation of what this means   17:25:24
17 BY MR  BRIDGES:   17:25:29
18    Q  That the government would be changing the law   17:25:29
19 as the law interprets the standard?   17:25:31
20        MR FEE: Same objections  And vague   17:25:36
21        THE WITNESS: Yeah  That the government was   17:25:41
22 interpreting a standard in a way that the voluntary   17:25:43
23 consensus standard group didn't necessarily intend it   17:25:46
24 to without coming back to the organization and working   17:25:50
25 with them   17:25:57
                                            Page 234

1 BY MR  BRIDGES:   17:27:38
2    Q  Mr Grove, does ASTM encourage any   17:27:38
3 governments to incorporate its standards by reference?   17:27:46
4        MR FEE: Objection  Vague   17:27:49
5        THE WITNESS: As a matter of policy, we make   17:27:54
6 organizations -- sorry -- governments aware of our   17:27:58
7 standards and point out and connect with agency   17:28:04
8 missions  But in the end, we respect that agencies   17:28:07
9 should be the ones that determine whether or not our   17:28:09
10 standards are incorporated or not   17:28:12
11 BY MR  BRIDGES:   17:28:13
12    Q  Is ASTM generally pleased when governments   17:28:13
13 incorporate its standards by reference?   17:28:20
14        MR FEE: Objection  Vague   17:28:26
15        THE WITNESS: So I think it speaks to the   17:28:28
16 significance of ASTM and to the breadth of ASTM when   17:28:29
17 you see ASTM standards become incorporated by   17:28:34
18 reference because it does signify that they are widely   17:28:37
19 respected for their technical excellence  I believe   17:28:42
20 that it signifies that the government -- it couldn't   17:28:46
21 do what we've done with the same effectiveness  So   17:28:52
22 they're looking to a voluntary consensus standards   17:28:54
23 group in utilizing those standards   17:28:57
24        So in some ways I might take pride in the   17:29:00
25 fact that ASTM standards are relied upon by all of our   17:29:04
                                            Page 235

1 stakeholders because the government is a very   17:29:07
2 important member.   17:29:09
3 BY MR. BRIDGES:   17:29:11
4    Q. So is the answer to my question "yes"?   17:29:11
5        MR. FEE:  Objection.   17:29:13
6        You can answer it however you'd like.   17:29:14
7        MR. BRIDGES:  He already has.   17:29:17
8    Q. I'm now asking him is the answer to my   17:29:18
9 question "yes."   17:29:20
10        MR. FEE:  Same objection.  Asked and   17:29:21
11 answered.   17:29:22
12        THE WITNESS:  Speaking for Jeff Grove, yes.   17:29:23
13 BY MR. BRIDGES:   17:29:26
14    Q. What about speaking for ASTM?   17:29:26
15        MR. FEE:  Objection.  Asked and answered.   17:29:28
16        THE WITNESS:  I don't believe ASTM would have   17:29:29
17 an official position.   17:29:31
18 BY MR. BRIDGES:   17:29:35
19    Q. You don't think that ASTM has a view as to   17:29:35
20 whether it is pleased when governments incorporate its   17:29:39
21 standards by reference?   17:29:43
22        MR. FEE:  Objection.  Vague and asked and   17:29:44
23 answered.   17:29:46
24        THE WITNESS:  It's never been a performance   17:29:49
25 metric for me.  So no.   17:29:50
                                            Page 236

1 BY MR. BRIDGES:   17:29:58
2    Q. Does ASTM have views about things that are   17:29:58
3 not performance metrics?   17:30:01
4        MR. FEE:  Objection.  Beyond the scope of his   17:30:05
5 designation.  Vague.   17:30:06
6        THE WITNESS:  It could.   17:30:11
7 BY MR. BRIDGES:   17:30:14
8    Q. What performance metrics do you have?   17:30:14
9        MR. FEE:  Objection.  Beyond the scope of his   17:30:16
10 designation.   17:30:20
11        THE WITNESS:  Generally, my performance is   17:30:23
12 based on the job I've done in removing worldwide   17:30:24
13 barriers to the acceptance and use of ASTM standards.   17:30:27
14 BY MR. BRIDGES:   17:30:36
15    Q. Is your -- do your performance reviews ever   17:30:36
16 mention the degree of adoption of ASTM standards by   17:30:39
17 reference -- strike that.   17:30:44
18        Do your performance reviews ever mention the   17:30:46
19 degree of incorporation of ASTM standards by   17:30:48
20 reference?   17:30:50
21        MR. FEE:  Objection.  Beyond the scope of his   17:30:51
22 designation.   17:30:55
23        THE WITNESS:  I believe over the years I   17:30:56
24 might have pointed out to my superiors that a standard   17:30:57
25 has become incorporated as something significant.   17:31:00
                                            Page 237

60 (Pages 234 - 237)

1   A. Kathe Hooper is responsible for permissions   18:16:38
2 at ASTM.                          18:16:47
3   Q. Who is Joe Koury?              18:16:49
4   A. Joe Koury is a staff manager that works with   18:16:51
5 technical committees.              18:16:53
6   (Deposition Exhibit 1070 was marked for   18:17:06
7 identification.)                  18:17:06
8   MR. BRIDGES: I'm showing you Exhibit 1070.   18:17:06
9   Q. This is an E-mail from Ms. Hooper responding   18:17:12
10 to a permission request; is that correct?   18:17:17
11   (The witness reviewed Exhibit 1070.)   18:17:58
12   THE WITNESS: Yes.              18:17:59
13   (Deposition Exhibit 1071 was marked for   18:18:11
14 identification.)                  18:18:11
15 BY MR. BRIDGES:                  18:18:12
16   Q. Exhibit 1071 is an E-mail from Sarah Petre to   18:18:12
17 you and others; is that correct?      18:18:16
18   (The witness reviewed Exhibit 1071.)   18:18:26
19   MR. FEE: Objection. Lack of foundation --   18:18:26
20 strike that. No objection.          18:18:27
21   THE WITNESS: So it's an E-mail between ASTM   18:18:42
22 and Congressional staff and then ASTM staff, correct.   18:18:44
23 BY MR. BRIDGES:                  18:18:48
24   Q. And within the ASTM --          18:18:48
25   A. Correct.                    18:18:51
                                    Page 258

1   Q. And it's discussing Congressional   18:18:51
2 legislation; is that correct?          18:18:54
3   MR. FEE: Objection. The document speaks for   18:18:56
4 itself.                          18:18:57
5   THE WITNESS: Legislation passed the House   18:19:10
6 and now it's being referred to the Senate, and Sarah   18:19:11
7 Petre recognized that there's references to ASTM   18:19:16
8 standards which are out of date, and she wanted to   18:19:18
9 contact the staffer to make him aware of that fact.   18:19:22
10 BY MR. BRIDGES:                  18:19:26
11   Q. Was this a discussion about incorporation by   18:19:26
12 reference?                      18:19:28
13   MR. FEE: Same objection.          18:19:29
14   THE WITNESS: It's a discussion about   18:19:35
15 Congressional intent to use the most recent standard,   18:19:37
16 I believe.                      18:19:40
17 BY MR. BRIDGES:                  18:19:41
18   Q. Is that for Congress's use in making an   18:19:41
19 incorporation by reference into a federal law of an   18:19:48
20 ASTM standard?                  18:19:52
21   MR. FEE: Same objection.          18:19:54
22   THE WITNESS: It appears, yes.      18:19:55
23 BY MR. BRIDGES:                  18:20:01
24   Q. Does ASTM have a view as to which versions of   18:20:01
25 its standard Congress should include in its   18:20:07
                                    Page 259

1 legislation that causes an incorporation by reference?   18:20:11
2   MR. FEE: Can you read that back to me,   18:20:19
3 please.                          18:20:20
4   (Record read.)                  18:20:38
5   MR. FEE: Objection to form. Beyond the   18:20:39
6 scope of his designation. Calls for speculation.   18:20:40
7 BY MR. BRIDGES:                  18:20:48
8   Q. You may answer.              18:20:48
9   MR. FEE: Hold on.              18:20:49
10   Lack of foundation.              18:20:53
11   Go ahead.                    18:20:55
12   THE WITNESS: Yeah. So I think we think --   18:20:55
13 we want to make sure that Congress is aware of the   18:20:59
14 fact there may be a more recent version because   18:21:02
15 oftentimes it may be unintended that they're not using   18:21:05
16 the most recent version.          18:21:08
17 BY MR. BRIDGES:                  18:21:12
18   Q. Ms. Petre asked you whether ASTM should   18:21:12
19 request that Congress use the language. Does ASTM   18:21:17
20 ever request Congress to use particular language   18:21:21
21 regarding ASTM standards?          18:21:25
22   MR. FEE: Objection. Beyond the scope of his   18:21:32
23 designation.                    18:21:36
24   You can answer.                18:21:36
25   THE WITNESS: Okay. I can think of instances   18:21:38
                                    Page 260

1 like this where Congress -- what's happening here is   18:21:40
2 this is incorporation by reference by Congress and not   18:21:45
3 by an agency, and the concern that's expressed at   18:21:48
4 times by our committee members is if Congress acts to   18:21:52
5 designate a specific standard in legislation that   18:21:57
6 freezes that piece of -- that reference in statute for   18:22:02
7 years to come and agencies -- since it's something   18:22:06
8 that Congress said, agencies will simply say, "Hey,   18:22:12
9 talk to Congress, not to agencies about it."   18:22:16
10   So that's a concern that I'm familiar with,   18:22:19
11 and I can't tell if that -- I don't recall the   18:22:21
12 circumstances of this here, but that's the most   18:22:26
13 current version language. That's why we're interested   18:22:29
14 in making sure Congress is aware as a more current   18:22:32
15 version.                      18:22:36
16 BY MR. BRIDGES:                  18:22:38
17   Q. Mr. Grove, again, you didn't answer my   18:22:38
18 question. My question is does ASTM ever request   18:22:40
19 Congress to use particular language regarding ASTM   18:22:43
20 standards?                    18:22:46
21   MR. FEE: Same objections. Plus asked and   18:22:47
22 answered.                    18:22:50
23   THE WITNESS: Yes.              18:22:52
24 BY MR. BRIDGES:                  18:22:55
25   Q. To your knowledge, has ASTM ever asked   18:22:55
                                    Page 261

66 (Pages 258 - 261)

1 Congress or a federal agency not to incorporate any of   18:23:00

2 its standards by reference?   18:23:04

3     MR FEE: Objection  Beyond the scope of his   18:23:07

4 designation   18:23:09

5     THE WITNESS: To my knowledge, no  I believe   18:23:15

6 it's possible that there's been reasons why committees   18:23:21

7 haven't wanted to see standards incorporated by   18:23:24

8 reference, but I can't recall an instance   18:23:26

9 BY MR  BRIDGES:   18:23:31

10     Q  Has ASTM ever imposed conditions on whether   18:23:31

11 the federal government may incorporate its standards   18:23:37

12 by reference?   18:23:42

13     MR FEE: Same objection  Vague as well   18:23:44

14     THE WITNESS: I don't have direct knowledge   18:23:52

15 It was before my time at ASTM, but I understand at one   18:23:54

16 point in time there was a concern that Congress was   18:23:58

17 perhaps taking ASTM -- taking key content from an ASTM   18:24:03

18 standard and placing it in a piece of legislation and   18:24:09

19 that ASTM would be concerned about that   18:24:13

20 BY MR  BRIDGES:   18:24:16

21     Q  Why would ASTM be concerned about that?   18:24:16

22     MR FEE: Objection  Beyond the scope of his   18:24:20

23 designation  Calls for speculation  Lack of   18:24:22

24 foundation   18:24:24

25     THE WITNESS: It would be taking the standard   18:24:26

Page 262

---

1 out of context from what the voluntary consensus   18:24:27

2 process encompassed in ASTM standards development   18:24:31

3 enterprises wanted to see represented in the standard   18:24:35

4 BY MR  BRIDGES:   18:24:43

5     Q  Has ASTM ever asked an agency to use specific   18:24:43

6 language in a regulation?   18:24:47

7     MR FEE: Objection  Beyond the scope of his   18:24:50

8 designation   18:24:52

9     THE WITNESS: It's possible that we have   18:24:54

10 BY MR  BRIDGES:   18:24:55

11     Q  Do you recall a particular -- any instance?   18:24:55

12     MR FEE: Same objection   18:24:57

13     THE WITNESS: I don't recall a particular   18:24:59

14 time   18:24:59

15 BY MR  BRIDGES:   18:25:01

16     Q  Do you have an estimate as to the number of   18:25:01

17 times it's occurred?   18:25:06

18     MR FEE: Objection  Lack of foundation   18:25:08

19 Beyond the scope of his designation  Calls for   18:25:09

20 speculation   18:25:11

21     THE WITNESS: It's -- there's a process that   18:25:13

22 our committees would have to follow  They would have   18:25:17

23 to -- the executive committee of a committee would   18:25:19

24 have to reach a consensus that they want to see an   18:25:24

25 ASTM standard included in a regulation  And so I   18:25:28

Page 263

---

1 don't think it happens very often, but I believe it   18:25:33

2 has happened in the last 10 years since I've been at   18:25:35

3 ASTM   18:25:38

4 BY MR  BRIDGES:   18:25:40

5     Q  Are you saying that there has to be a   18:25:40

6 consensus process in order to cooperate with a federal   18:25:42

7 government in incorporating standards by reference?   18:25:46

8     MR FEE: Objection  Mischaracterizes his   18:25:52

9 testimony  Vague   18:25:54

10     You can answer   18:25:58

11     THE WITNESS: No, that's not what I'm saying   18:26:00

12 BY MR  BRIDGES:   18:26:14

13     Q  Do you know whether any federal official has   18:26:14

14 taken advantage of the reading room that ASTM provides   18:26:17

15 the public?   18:26:22

16     MR FEE: Objection  Vague   18:26:23

17     THE WITNESS: I don't know specifically   18:26:30

18 whether they have  I do know I've received accolades   18:26:31

19 from federal agencies, the fact that it exists  So I   18:26:34

20 would presume that they have   18:26:40

21 BY MR  BRIDGES:   18:26:44

22     Q  How much money has ASTM received from the   18:26:44

23 federal government in each of the last five years?   18:26:49

24     MR FEE: Objection  Vague   18:26:58

25     THE WITNESS: Well, I believe we've received   18:27:00

Page 264

---

1 anywhere from $650,000 to $900,000 per year over the   18:27:04

2 last five years from the federal government.   18:27:11

3 BY MR. BRIDGES:   18:27:17

4     Q.  Were some of that money provided by the   18:27:17

5 federal government in order to facilitate the   18:27:22

6 standards development process?   18:27:25

7     MR. FEE: Objection.  Calls for speculation.   18:27:27

8 Vague.   18:27:29

9     THE WITNESS: To my knowledge, none of it   18:27:31

10 was.   18:27:32

11 BY MR. BRIDGES:   18:27:37

12     Q.  What were the main categories of payments by   18:27:37

13 the federal government to ASTM over the last five   18:27:41

14 years?   18:27:46

15     MR. FEE: Objection.  Vague.   18:27:47

16 BY MR. BRIDGES:   18:27:48

17     Q.  In other words, what were the payments for   18:27:48

18 ASTM to do?   18:27:50

19     MR. FEE: Same objection, plus form.   18:27:52

20     THE WITNESS: I can think of -- that we would   18:27:53

21 sell standards to federal agencies.  That would be one   18:27:56

22 source of revenue.   18:28:00

23 BY MR. BRIDGES:   18:28:01

24     Q.  What other sources of revenue?   18:28:01

25     A.  I believe that we have a number of federal   18:28:03

Page 265

67 (Pages 262 - 265)

1 employees that participate in ASTM as full voting 18:28:06
2 members. So they would pay a $75-per-year fee to be a 18:28:09
3 member of ASTM. 18:28:14
4    Q. And you're counting that in the figures that 18:28:16
5 you gave me earlier? 18:28:18
6    A. Yes. 18:28:19
7    Q. What other sources of funds from the federal 18:28:20
8 government have there been for ASTM? 18:28:23
9    A. Right. That's all I'm aware of. That's all 18:28:27
10 I'm aware of. We also have certification and training 18:28:33
11 programs, which I don't believe the federal government 18:28:41
12 is too involved in, but we receive a small stipend 18:28:44
13 from the U.S. Department of Agriculture to assist them 18:28:49
14 in running a -- the U.S. bio preferred program. 18:28:53
15    Q. Anything else? 18:29:00
16    A. We run a proficiency testing program, which 18:29:06
17 the U.S. Department of Defense participates in. So 18:29:08
18 it's not related to standards, but it's another source 18:29:14
19 of revenue from the federal government. 18:29:18
20    Q. Does ASTM have any means of identifying who 18:29:22
21 the originator was of any particular language in its 18:29:26
22 standards? 18:29:33
23        MR. FEE: Objection. Vague. Compound. To 18:29:34
24 the extent it calls for a legal conclusion, I'd also 18:29:43
25 object on that basis. 18:29:46

Page 266

1        Go ahead. 18:29:47
2        THE WITNESS: To the extent those are legal 18:29:51
3 terms, I'm aware of an ASTM standards development 18:29:52
4 process. I'm not aware of a way to trace origins back 18:29:56
5 to a specific individual. 18:30:02
6 BY MR. BRIDGES: 18:30:06
7    Q. Is there any -- strike that. 18:30:06
8        How many individuals provide language or 18:30:11
9 edits to the ASTM standards that have been 18:30:19
10 incorporated by reference? 18:30:24
11        MR. FEE: Objection. Vague. Compound. 18:30:25
12        THE WITNESS: That would be very difficult to 18:30:37
13 calculate. I need to ask are you referring to 18:30:39
14 standards that have already been incorporated by 18:30:41
15 reference? 18:30:43
16 BY MR. BRIDGES: 18:30:44
17    Q. Yes. 18:30:44
18    A. Presumably, if those standards are being 18:30:47
19 revised by ASTM or re-approved for use, it will have 18:30:49
20 to go through a technical committee. It has to. 18:30:55
21 That's the process for re-approving or revising 18:30:58
22 standards at ASTM. So it would depend on how many 18:31:01
23 people are on that committee and what percentage 18:31:05
24 voted. 18:31:07
25    Q. How many individuals have provided language 18:31:11

Page 267

1 or edits to any version of ASTM standards where the 18:31:13
2 current ASTM standards have been incorporated by 18:31:25
3 reference? 18:31:33
4        MR. FEE: Objection. It's beyond the scope 18:31:34
5 of his designation. Compound. Vague 18:31:35
6        THE WITNESS: Because of the openness and 18:31:45
7 transparency and iterative innovative process that 18:31:49
8 ASTM encapsulates, I wouldn't know how to answer that 18:31:53
9 question, give you a number 18:31:56
10        MR. BRIDGES: There's one more exhibit I want 18:32:08
11 to find 18:32:10
12        (Deposition Exhibit 1072 was marked for 18:32:35
13        identification ) 18:32:35
14        MR. BRIDGES: Mr Grove, I've handed you 18:32:35
15 Exhibit 1072 18:32:37
16    Q What is this document? 18:32:39
17    A It appears as if this is the ASTM form and 18:32:53
18 style book for how ASTM standards are displayed 18:32:57
19    Q Does that create standards that persons must 18:33:07
20 follow in participating in the drafting and revision 18:33:15
21 process of ASTM standards? 18:33:18
22        MR FEE: Objection Vague Compound 18:33:22
23        THE WITNESS: No 18:33:31
24 BY MR BRIDGES: 18:33:34
25    Q Does that provide rules that persons must 18:33:34

Page 268

1 follow in participating in the drafting and revision 18:33:38
2 process of ASTM standards? 18:33:40
3        MR. FEE: Objection. Vague. 18:33:42
4        THE WITNESS: Generally, yes. 18:33:44
5        MR. BRIDGES: Where are we on time? 18:34:06
6        THE VIDEOGRAPHER: 18 minutes left. 18:34:10
7        MR. BRIDGES: 18 minutes left. 18:34:13
8        (Deposition Exhibit 1073 was marked for 18:35:00
9        identification.) 18:35:00
10 BY MR. BRIDGES: 18:35:00
11    Q. Mr. Grove, do you recognize Exhibit 1073? 18:35:00
12    A. I do. 18:35:13
13    Q. Does it represent the views of both ASTM and 18:35:16
14 ANSI? 18:35:20
15        MR. FEE: Objection. Compound. Calls for 18:35:23
16 speculation. Beyond the scope of his designation. 18:35:25
17        THE WITNESS: I believe this is an error. 18:35:30
18 No. I'm not familiar why this page would be stapled 18:35:32
19 to a presentation. This is a speaker that came before 18:35:36
20 me on a panel followed by -- who probably didn't 18:35:39
21 provide a written presentation, which happens to be 18:35:44
22 stapled to a presentation which begins with the title 18:35:47
23 page on a presentation that I gave. 18:35:51
24 BY MR. BRIDGES: 18:35:54
25    Q. Okay. So starting -- okay. So there's a 18:35:54

Page 269

68 (Pages 266 - 269)

1  general workshop  That's reflected on the first page    18:35:56
2  And then there's a listing of Scott Cooper   Then    18:36:00
3  there's your name, and then what follows in the    18:36:03
4  exhibit is a presentation solely by you and not by    18:36:03
5  Mr Cooper; is that correct?    18:36:11
6      A  That would be my recollection of events, yes    18:36:13
7      Q  And then does that remaining portion starting    18:36:17
8  after your name reflect the views of ASTM at the time    18:36:20
9  of your presentation?    18:36:22
10      MR FEE: Objection  Calls for speculation    18:36:24
11  Beyond the scope of his designation  Compound as    18:36:26
12  well    18:36:29
13      You should read the whole thing if he's    18:36:38
14  asking you to verify all the use of ASTM    18:36:39
15      (The witness reviewed Exhibit 1073 )    18:37:01
16      THE WITNESS: Yes  I believe this, to the    18:37:01
17  best of my recollection, was the general views that    18:37:05
18  ASTM would have on this issue at the time of this    18:37:07
19  presentation    18:37:09
20      (Deposition Exhibit 1074 was marked for    18:38:01
21      identification )    18:38:01
22  BY MR BRIDGES:    18:38:01
23      Q  Mr Grove, Exhibit 1074 is a series of    18:38:01
24  E-mails among you and Katherine Morgan, Len Morrissey    18:38:07
25  and John Pace; is that correct?    18:38:15

Page 270

1      A  Yes, it is.    18:38:26
2      MR FEE: While I'm thinking of it, I'm going    18:39:08
3  to reserve the right to read and sign.    18:39:12
4      (Deposition Exhibit 1075 was marked for    18:39:29
5      identification.)    18:39:29
6      MR. BRIDGES: I'm handing you an exhibit    18:39:29
7  marked 1075 that consists of pages ASTM003314 to    18:39:31
8  ASTM003315.    18:39:37
9      (The witness reviewed Exhibit 1075.)    18:40:02
10  BY MR. BRIDGES:    18:40:02
11      Q.  Do you recognize this document?    18:40:02
12      A.  I do, yes.    18:40:22
13      Q.  This is an E-mail from Maureen Houck to a    18:40:29
14  number of senior staff at ASTM; is that correct?    18:40:32
15      A.  It is correct.    18:40:37
16      Q.  What does ITC -- sorry.  "ITMC" mean?    18:40:39
17      A.  I believe it's short for the Information    18:40:45
18  Technology Management Committee.    18:40:50
19      Q.  And --    18:40:54
20      MR. FEE: I'm going to object.  This appears    18:40:56
21  to be just one of many attachments to Exhibit 1075.    18:40:58
22      MR. BRIDGES: You know, I'm glad you    18:41:01
23  mentioned that because I don't think we got the other    18:41:02
24  attachments, and I'd like to get them, please.    18:41:04
25      MR. FEE: I don't know if that's true or not.    18:41:06

Page 271

1      MR. BRIDGES: I will check, but if we don't    18:41:09
2  have them, we expect to get them.    18:41:10
3      Q.  Can you please explain to me what the purpose    18:41:16
4  was or what you understood to be the purpose of the    18:41:20
5  page with the Bates number ending in -3315?    18:41:23
6      MR. FEE: Objection.  It's beyond the scope    18:41:33
7  of the designation.  Calls for speculation.    18:41:34
8      THE WITNESS: This represents a project that    18:41:39
9  ASTM staff is undertaking throughout the course of    18:41:42
10  2015 and -- I'm sorry.  2014 and 2015.  These would be    18:41:47
11  the items that are contained in the project.    18:41:53
12  BY MR. BRIDGES:    18:41:58
13      Q.  Has the project been approved?    18:41:58
14      MR. FEE: Objection.  Vague.  Beyond the    18:41:59
15  scope of his designation.    18:42:03
16      THE WITNESS: Project been approved?    18:42:06
17      MR. BRIDGES: Strike that.    18:42:08
18      Q.  Is the project underway?    18:42:09
19      MR. FEE: Objection.  Beyond the scope of his    18:42:11
20  designation.    18:42:13
21      THE WITNESS: So some of these activities may    18:42:16
22  be underway, but we don't believe that we are actively    18:42:18
23  pursuing all of them.    18:42:21
24  BY MR. BRIDGES:    18:42:23
25      Q.  Which ones is ASTM not actively pursuing?    18:42:26

Page 272

1      MR. FEE: Same objection.    18:42:31
2      THE WITNESS: Well, we're taking an    18:42:38
3  inventory.  We don't have great information about the    18:42:45
4  full extent of government participation.  So we're    18:42:45
5  taking an inventory of how many government reps are    18:42:50
6  participating in ASTM technical committees and where.    18:42:52
7  We're trying to find out more about how federal    18:42:56
8  agencies use ASTM standards.    18:42:58
9      MR. FEE: Can you read the question back.    18:43:03
10      MR. BRIDGES: Not when he's in the middle of    18:43:09
11  his answer, please.  Afterwards, you can do that.    18:43:12
12      MR. FEE: He's answering the wrong question.    18:43:14
13      MR. BRIDGES: Well, let him finish.    18:43:16
14      MR. FEE: Read the question back.    18:43:19
15      MR. BRIDGES: No.  No.    18:43:21
16      MR. FEE: Yes.    18:43:21
17      MR. BRIDGES: You stopped your witness from    18:43:22
18  speaking.  That's ridiculous.  That's improper.    18:43:24
19      MR. FEE: Wait until she reads the question    18:43:28
20  back.    18:43:30
21      (Record read.)    18:43:48
22      THE WITNESS: It's really hard to say because    18:43:48
23  we're very early in the process of working on this,    18:43:49
24  but I can tell you it's been scaled back.  This is a    18:43:53
25  pretty ambitious activity.  I believe the last two    18:43:55

Page 273

69 (Pages 270 - 273)

1    THE VIDEOGRAPHER: This is the end of the    18:53:06
2 deposition of Mr. Jeffrey Grove. We are off the    18:53:08
3 record at 18:52.                      18:53:13
4    (Witness excused.)                18:53:16
5    (Deposition concluded at 6:52 p.m.)    18:53:16
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 282

1       ACKNOWLEDGMENT OF DEPONENT
2
3    I, JEFFREY GROVE, do hereby certify that I
4 have read the foregoing pages, _____ to _____,
5 and that the same is a correct transcription of the
6 answers given by me to the questions therein
7 propounded, except for the corrections or changes in
8 form or substance, if any, noted in the attached
9 Errata Sheet.
10 _____
11 _____
12 DATE            SIGNATURE
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 284

1       C E R T I F I C A T E
2    I do hereby certify that the aforesaid
3 testimony was taken before me, pursuant to
4 notice, at the time and place indicated; that
5 said deponent was by me duly sworn to tell
6 the truth, the whole truth, and nothing but
7 the truth; that the testimony of said
8 deponent was correctly recorded in machine
9 shorthand by me and thereafter transcribed
10 under my supervision with computer-aided
11 transcription; that the deposition is a true
12 and correct record of the testimony given by
13 the witness; and that I am neither of counsel
14 nor kin to any party in said action, nor
15 interested in the outcome thereof.
16
17
18
19    Nancy J. Martin, RMR, CSR
20
21
22 Dated: March 18, 2015
23
24
25

Page 283

72 (Pages 282 - 284)

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 374 of 460

# EXHIBIT 9

1              UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3

     AMERICAN SOCIETY FOR   : NO.

4    TESTING AND MATERIALS  : 1:13-cv-01215-TSC-

5    d/b/a ASTM             : DAR

6    INTERNATIONAL;         :

7    NATIONAL FIRE          :

     PROTECTION             :

8    ASSOCIATION, INC.;     :

9    and AMERICAN SOCIETY    :

10   OF HEATING,            :

11   REFRIGERATION, AND     :

12   AIR CONDITIONING       :

13   ENGINEERS,             :

     Plaintiffs             :

14        vs.               :

     PUBLIC.RESOURCE.ORG,   :

15   INC.,                  :

16   Defendant              :

17

           Videotaped deposition of JOHN C.

18   JAROSZ taken at the law offices of Veritext

19   Legal Solutions, 1250 I Street NW,

20   Washington, DC, commencing at 10:09 a.m.

21   THURSDAY, AUGUST 27, 2015, before Debbie

22   Leonard, Registered Diplomate Reporter,

23   Certified Realtime Reporter.

24

25   PAGES 1 - 260

                                        Page 1

1       consulting career.
2  BY MR. BRIDGES:
3       Q.   In what context?
4       A.   There have been several matters
5  I've had, litigations, that have involved
6  standard setting organizations and the
7  outputs from those organizations.
8       Q.   What organizations?
9       A.   Well, some that come to mind
10 are ETSI, IEEE, the Blu-ray Association,
11 MPEG, MPEG L.A., the Philips 6C and Philips
12 3C organizations.  Those are among the ones
13 that come to mind.
14      Q.   And what types of litigation
15 did your work relating to those standard
16 setting organizations involve?
17      MR. FEE:  Objection to form.
18      THE WITNESS:  It was almost all
19    intellectual property litigation, with
20    probably the bulk of the analyses
21    undertaken with regard to patent
22    rights.
23 BY MR. BRIDGES:
24      Q.   Do you recall --
25      A.   I guess I should -- there were
                                    Page 26

1  probably some breach of contract matters as
2  well.
3       Q.   Did you work on any matters
4  involving copyright law where you became
5  familiar with the work and outputs of
6  standards setting organizations before this
7  case?
8       A.   Probably, but I cannot say that
9  with absolute certainty.  I've been involved
10 in several matters over a course of many
11 years.
12      Q.   Can you name any copyright
13 matter involving a standards development
14 organization that you recall?
15      A.   Not now, without going back and
16 looking at my records.
17      Q.   Would they be listed in the
18 cases attached to Exhibit 1?
19      A.   That would summarize some of my
20 records.  The cases that are embodied in my
21 tab 1 are those that led to deposition or
22 trial testimony.  I've been involved in many
23 matters beyond those.
24      Q.   But sitting here, you cannot
25 recall any copyright case involving a
                                    Page 27

1  standards development organization that
2  you've worked on?
3       A.   Again, I'd have to go back and
4  look at my records.  I can't right now recite
5  any, but there very well could be one or
6  more.
7       Q.   Did you review any of your work
8  in -- from earlier copyright cases involving
9  standards development organizations in
10 connection with your work in this case?
11      A.   Not to the best of my memory,
12 no.
13      Q.   What background do you have in
14 the creation of standards by standard
15 development organizations?
16      MR. FEE:  Objection to form.
17      THE WITNESS:  In the context of
18    some of my consulting assignments, I
19    have examined processes undertaken by
20    SDOs.
21 BY MR. BRIDGES:
22      Q.   Anything else?
23      A.   Nothing else comes to mind.
24 I've certainly looked at the output
25 associated with those processes, but there's
                                    Page 28

1  nothing else that comes to mind.
2       Q.   What processes undertaken by
3  standards development organizations did you
4  examine?
5       MR. FEE:  Objection.  Are you
6    asking prior to the report still?
7       MR. BRIDGES:  Yes.
8       MR. FEE:  Okay.
9       THE WITNESS:  I'm not quite --
10      MR. BRIDGES:  Or other than in
11    this case.
12      MR. FEE:  Okay.
13      THE WITNESS:  I'm not quite
14    sure what you're asking.  I've seen
15    discussion of the some of the
16    processes of various organizations.
17    I'm not -- I'm not quite sure what
18    you're asking.  Perhaps you could ask
19    it somewhat differently.
20 BY MR. BRIDGES:
21      Q.   Well, no.  You said, quote, "I
22 have examined processes undertaken by SDOs."
23      So my question is, what
24 processes undertaken by standards development
25 organizations did you examine?
                                    Page 29

                              8 (Pages 26 - 29)

1     A.   It sounds like the same
2  question to me.
3     Q.   Specifically, what processes
4  did you examine?
5     A.   That still sounds like the same
6  question, but let me try to answer it by
7  saying I've looked, for instance, at the
8  mechanisms that ETSI undertook in developing
9  standards.  So I am familiar generally with
10 the processes that it follows.  Similarly
11 with regard to other standard setting
12 organizations.
13    Q.   What other standard setting
14 organizations?
15    A.   Well, I think I identified
16 those a few moments ago.  Do you want me to
17 repeat those?
18    Q.   Well, if -- are you saying
19 that, for all of those organizations, you
20 examined their processes?
21    A.   In some dimension, probably for
22 most of the organizations, I had at least
23 some knowledge of the process.  I can't say
24 that I investigated in depth all of the
25 processes for all of the organizations that

Page 30

1  have been involved in my consulting
2  assignments that are standards oriented.
3     Q.   What do you recall about your
4  investigation of the processes by which
5  standards development organizations create
6  their standards?
7     A.   I should say I -- SDO is
8  probably not the right term to use.  I should
9  probably say standards setting organizations.
10 There may be a distinction between an SSO and
11 an SDO.
12         But, generally, each SSO has a
13 process that's unique to its organization.
14 Some solicit input from a wide range of
15 constituents; some from a more narrow range.
16         The ones that I have examined
17 have all been fairly careful in the work that
18 they've done, seeking input at many steps
19 along the way.
20         Some organizations, like SDOs
21 at issue here, seek a broader array of inputs
22 than do others.
23         Some organizations, standards
24 setting organizations, include primarily or
25 only manufacturers and sometimes large

Page 31

1  manufacturers only.  Others include a wider
2  array of companies.
3         In all instances, though, the
4  companies are trying to -- the standards
5  setting organizations are trying to develop
6  at least some form of consensus -- sometimes
7  it's very broad consensus; sometimes it's
8  more narrow consensus -- about what would be
9  good for that standards setting organization.
10        Sometimes the SSOs are
11 interested in what's best for the
12 manufacturers and the ability for them to
13 supply in an interoperable environment.  In
14 some cases, the SSOs are very alert to the
15 needs of consumers and users of products and
16 services that comply with standards.
17    Q.   You've distinguished between
18 standards setting organizations and standard
19 development organizations.  What is the
20 distinction that you -- that you identify
21 between the two?
22    A.   I think I said I didn't know if
23 there is for sure a distinction, but I think
24 an SSO is perhaps a broader concept than an
25 SDO, but I might be wrong on that.

Page 32

1         I know the companies -- I --
2  the plaintiffs here are SDOs.  The
3  associations are, among other things, in the
4  business of creating and developing
5  standards.
6         There could be other SSOs that
7  have different constituents that are of
8  interest to them.  I don't know for sure that
9  an SSO is a broader concept than an SDO, but
10 it could be.
11    Q.   What do you understand to be
12 the constituents of the plaintiffs in this
13 case?
14        MR. FEE:  Objection to form.
15        THE WITNESS:  I laid that out
16     in my report.  In summary, I believe
17     they try to include in the process
18     both those -- both supply-side
19     entities and demand-side entities.
20 BY MR. BRIDGES:
21    Q.   Who else are plaintiffs'
22 constituents?
23        MR. FEE:  Same objection.
24        THE WITNESS:  I can't think of
25     anything that doesn't fall within

Page 33

9 (Pages 30 - 33)

1  any harms that the plaintiffs have actually
2  suffered to date as a consequence of the
3  defendant's activities?
4        MR. FEE:  Objection to form.
5        THE WITNESS:  To the extent I
6    have, it's embodied in my report.
7    You'll see there's a little bit of
8    evidence of actual tangible harm to
9    date, and there's certainly more
10   discussion of harm.  The tangible
11   evidence I have is reflected in my
12   report.
13 BY MR. BRIDGES:
14   Q.    And what do you understand that
15 evidence to be?
16   A.    I believe the number of
17 downloads from the Public Resource
18 dissemination have been fairly substantial.
19 I believe that the purchase of publications
20 has declined some at the plaintiffs -- at the
21 various plaintiffs.  It certainly has not
22 risen.  Those are among the things that come
23 to mind.
24        I think I discuss the topic in
25 more depth in paragraph, among other thing --

Page 62

1    report.
2        Q.    Have you been able to quantify
3  any financial losses to plaintiffs as a
4  consequence of defendant's activities?
5 among other places, in paragraph 133 of my
6    A.    No.
7    Q.    Why not?
8    A.    Not with any great certainty.
9    Q.    Why not?
10   A.    Well, I don't have the records
11 that would allow me to do that.  Moreover, I
12 am not sure that the impact from the past
13 will be close to the impact that will occur
14 in the future if the Court finds that there
15 has been no copyright or trademark
16 infringement.
17   Q.    Why do you make the statement
18 you just did?  What's your basis for it?
19       MR. FEE:  Objection to form.
20       THE WITNESS:  I think there
21   were a few things in my statement.
22   Which would you like me to expound on?
23 BY MR. BRIDGES:
24   Q.    Just that sentence.  I'd like
25 to know what the basis is for the sentence

Page 63

1  you just said, quote, "I am not sure that the
2  impact from the past would be close to the
3  impact that will occur in the future if the
4  Court finds that there has been no copyright
5  or trademark infringement."
6    A.    It's everything laid out in my
7  report.  I -- it's really the -- at the heart
8  of what I did.
9    Q.    And please summarize for me
10 what data you base that statement on.
11   A.    That's identified in my report.
12   Q.    Okay.  Show me, please, in the
13 report.
14   A.    It's all of what's in
15 Exhibit 1.
16   Q.    No, I want -- I want the basis
17 for your statement that the impact from
18 conduct to date -- strike that -- that you're
19 not sure that the impact from the conduct to
20 date would be close to the impact that will
21 occur in the future if the Court find --
22 makes a certain finding, right?
23   A.    Correct.
24   Q.    So please identify for me
25 something specific that forms the basis of

Page 64

1  that statement.
2        MR. FEE:  Objection.  Asked and
3    answered.
4        THE WITNESS:  Among other
5    things, paragraphs 112 through 155.
6 BY MR. BRIDGES:
7    Q.    So these are the "Costs of
8  Losing Copyright Protection"; is that
9  correct?
10   A.    That's the title of this
11 section, and then there's some discussion of
12 trademark protection as well.
13   Q.    And those would be the harms
14 that you identify that would flow from a
15 decision by the Court that the plaintiffs
16 cannot enforce their copyrights against the
17 defendant, correct?
18       MR. FEE:  Objection to form.
19       THE WITNESS:  What I can say --
20   I'm sorry.
21       MR. FEE:  I just objected to
22   form.
23       THE WITNESS:  What I can say
24   with a reasonable degree of certainty.
25 BY MR. BRIDGES:

Page 65

1	that I've cited, and some of those
2	talk about the standard development
3	process and why participants are
4	active in the process.  So in that
5	regard, I've considered incentives.
6	BY MR. BRIDGES:
7	    Q.    What do you understand the
8	incentives to be?
9	    A.    Well, for the supply side
10	constituents, they're interested in effective
11	manufacturing and selling of products that
12	will -- and services that will be well
13	received in the marketplace; and on the
14	demand side, the constituents are interested
15	in products and services that address certain
16	quality and compatibility issues or problems
17	and help resolve those.
18	    Q.    Do you know who actually
19	creates the text of the standards?
20	        MR. FEE:  Objection to form.
21	        THE WITNESS:  Are you talking
22	    about who actually types in the words?
23	BY MR. BRIDGES:
24	    Q.    No.
25	    A.    Because I don't know what you

Page 82

1	mean by "creates the text."
2	    Q.    Who actually suggests the
3	words?
4	    A.    I think a number of
5	constituents do, typically.
6	    Q.    What types of constituents
7	suggest the words of the standards?
8	        MR. FEE:  Objection to form.
9	        THE WITNESS:  I think it's
10	    sometimes SDO employees.  I think,
11	    more times than not, it's industry
12	    participants, often supply-side
13	    people, sometimes demand-side people.
14	    Frequently those people are working
15	    from preexisting standards or similar
16	    standards and revising those as
17	    appropriate.
18	        So I think a number of people
19	    have input to the words.
20	BY MR. BRIDGES:
21	    Q.    Do you actually know of
22	instances where SDO employees have proposed
23	text as opposed to editing text?
24	    A.    I can't --
25	        MR. FEE:  Objection --

Page 83

1	        THE WITNESS:  -- point to --
2	        MR. FEE:  -- form.
3	        THE WITNESS:  -- any particular
4	    instances as I sit here now.
5	BY MR. BRIDGES:
6	    Q.    Can you think of any other
7	motivations that the participants in the
8	standards writing process have?
9	    A.    I'm sorry.  Other than what?
10	    Q.    Other than the incentives you
11	referred to earlier of the supply-side
12	constituents and the demand-side
13	constituents.
14	    A.    Nothing else comes to mind,
15	although I'm certainly open to the fact that
16	I haven't thought of or expressed all the
17	incentives.
18	    Q.    Well, what other incentives can
19	you think of as you sit here?
20	    A.    As I just said, nothing else
21	comes to mind.
22	    Q.    What incentives do you
23	understand the plaintiffs to have in
24	developing standards?
25	        MR. FEE:  Objection to form.

Page 84

1	        THE WITNESS:  I think,
2	    generally, they want consensus among
3	    interested parties in how to address a
4	    particular issue or problem that those
5	    constituents face.
6	        They are each non-profit
7	    organizations, so they're not
8	    intending to profit off their
9	    activities, but they're certainly
10	    intending to fund their activities
11	    going forward.
12	BY MR. BRIDGES:
13	    Q.    What do you understand the
14	activities of the standards development
15	organizations to be in creating the standards
16	at issue in this case?
17	        MR. FEE:  Objection to form.
18	        THE WITNESS:  At the very
19	    least, they facilitate the process
20	    through arranging logistics.  They do
21	    other things, including participate in
22	    discussions, and -- as I understand
23	    it, and create versions of proposed
24	    standards.
25	        They also serve as a

Page 85

22 (Pages 82 - 85)

1  Web sites we gathered ourselves, and I think
2  the reports and articles, with the exception
3  of the Bremer articles, we gathered
4  ourselves.
5      Q.   Do you know why you got no
6  documents from NFPA, no Bates range documents
7  from NFPA?
8      MR. REHN:  Object to form --
9      THE WITNESS:  I don't know why
10  we did not receive Bates documents --
11     THE REPORTER:  Wait.
12     MR. REHN:  Sorry.  Object to
13  the form.  Lacks foundation.
14     THE WITNESS:  I don't know for
15  sure that we didn't receive
16  Bates-stamped documents, but I believe
17  some of the documents we received were
18  NFPA documents.
19  BY MR. BRIDGES:
20     Q.   Do you recall seeing any NFPA
21  documents that -- in which NFPA personnel
22  stated that they could not show any harm from
23  the defendant's activities?
24     A.   Received any documents that
25  said that?

Page 122

1      Q.   Uh-huh.
2      A.   Perhaps you would have
3  something that would refresh my memory.  I
4  don't recall, sitting here right now, but
5  it's possible.
6          Are you talking about
7  historical -- historically no harm, or are
8  you talking about prospectively?
9      Q.   Either one.  Did you -- do you
10  recall seeing any internal NFPA documents
11  that call into question where NF -- whether
12  NFPA has suffered any harm from the
13  defendant's activities?
14     A.   I don't recall documents on it.
15  There may have been some deposition testimony
16  about past activities, but I don't know if it
17  was activities prior to Public Resource
18  actions here or after.
19     Q.   Do you recall learning about
20  any litigation that NFPA had engaged in
21  pertaining to standards and copyright?
22     A.   I think I heard that there's
23  some overseas litigation involving Public
24  Resource.  Whether that involves NFPA, I
25  don't know.

Page 123

1      Q.   What did you hear about
2  overseas litigation involving Public
3  Resource?
4      A.   I think I heard that there was
5  a German -- or a suit in Germany, but I'm not
6  sure that I learned much more than that.  I
7  don't recall what status that suit -- what
8  the status of that suit is.
9      Q.   Do you recall anyone disclosing
10  to you litigation involving NFPA in the
11  United States that pertained to standards and
12  copyright?
13     A.   It's possible, but I don't
14  recall any, sitting here right now.
15     Q.   Do you recall inquiring about
16  public statements of fact that NFPA has made
17  regarding copyright and standards in
18  litigation other than this litigation in the
19  United States?
20     MR. FEE:  Objection to form.
21     THE WITNESS:  I do not.
22  BY MR. BRIDGES:
23     Q.   Are you familiar with a case
24  called Veeck, V-E-E-C-K?
25     A.   I'm familiar with an opinion in

Page 124

1  the Veeck case.
2      Q.   What do you know about that
3  opinion?
4      MR. FEE:  Objection.
5          I would instruct you not to
6  disclose anything you know about that
7  opinion that was a result of
8  communications with counsel and that
9  did not form the basis of any of the
10  opinions in your report or any of the
11  assumptions that you relied upon in
12  reaching your conclusions.
13     THE WITNESS:  I did talk with
14  counsel about that case, and that case
15  didn't form any basis for any of my
16  observations or conclusions here.
17  BY MR. BRIDGES:
18     Q.   Why did the Veeck case not form
19  any basis for any of your observations or
20  conclusions here?
21     A.   I don't know how to answer that
22  question.  I -- it didn't present any facts
23  that were specific to this case, as far as I
24  recall.
25     Q.   What do you recall of the facts

Page 125

32 (Pages 122 - 125)

1    answered.
2         THE WITNESS:  Again, I read the
3    case.  I didn't do any analysis beyond
4    that of that particular case.
5    BY MR. BRIDGES:
6         Q.    What steps did you take to
7    ascertain what public harms flowed from the
8    Court's decision in the Veeck case?
9         A.    Other than reading the case,
10   the opinion in the case, I didn't do anything
11   beyond that to understand the implications of
12   that holding.
13        Q.    You didn't do any investigation
14   as to the economic consequences to any
15   entity, industry, or person as a consequence
16   of the decision in the Veeck case, correct?
17        MR. FEE:  Objection to form.
18        THE WITNESS:  I think that's
19        correct, yes.
20   BY MR. BRIDGES:
21        Q.    How has the process of
22   standards development changed in the last 100
23   years, to your knowledge?
24        A.    I don't know the specifics, and
25   I don't know that there is one standards

Page 130

1    development process.  I think there are a
2    variety of processes pursued by a number of
3    SSOs or SDOs.  I'm sure that there have been
4    changes on the margin.  There may have been
5    larger changes.  I just don't know.  I have
6    not studied the trend in the standard
7    development process over time.
8         Q.    What changes are you aware of
9    in the standards development process of NFPA
10   over the past 100 years?
11        A.    I don't know.  I've not studied
12   that topic.
13        Q.    What changes are you aware of
14   in the standards development process of the
15   ASHRAE 90.1 standard?
16        A.    I don't know.  I've not studied
17   that.
18        Q.    How did ASHRAE come to develop
19   the 90.1 standard?
20        A.    I think, generally, a need was
21   identified and a group of constituents
22   convened to derive a standard, but I don't
23   know the specifics beyond that.
24        Q.    Do you know who identified the
25   need?

Page 131

1         A.    Not sitting here right now, I
2    don't.
3         Q.    Do you know whether ASHRAE took
4    over development of what became standard 90.1
5    from any other group or entity?
6         A.    No, I do not.
7         Q.    Have you ever quantified the
8    value of the contributions made by the
9    volunteers of the various organizations to
10   the standards at issue in this case?
11        MR. FEE:  Objection to form.
12        THE WITNESS:  Not other than
13        having some sense of hours or a
14        limited sense of dollars, but not
15        beyond that, no.
16   BY MR. BRIDGES:
17        Q.    Can you put a rough dollar
18   value on the time and expenses of the
19   volunteers with respect to any of the
20   standards in this case?
21        MR. FEE:  Objection to form.
22        THE WITNESS:  Not sitting here
23        right now.  That would entail a little
24        bit of a study.  I have not done that.
25   BY MR. BRIDGES:

Page 132

1         Q.    What -- what would be required?
2         A.    To understand basically the
3    out-of-pocket expenses incurred and the
4    opportunity costs incurred.  So among other
5    things, one would want to look at time
6    records, have an understanding of
7    compensation, have an understanding of the
8    activities of those individuals.  Those
9    are -- would be among the inputs.
10        Q.    What changes are you aware of
11   in the distribution of standards in the past
12   100 years by the plaintiffs?
13        MR. FEE:  Objection to form.
14        THE WITNESS:  I haven't
15        investigated that particular issue,
16        but I understand that some of the
17        standards today are distributed
18        through the Internet that certainly
19        didn't exist 100 years ago.
20        Some of the standards are
21        distributed for free with limitations.
22        I don't know if that was true 100
23        years ago, but it might have been.
24        I would expect some of the
25        copying and dissemination capabilities

Page 133

34 (Pages 130 - 133)

1    are much greater today than they were
2    in 1915, but I don't know that the
3    general methods of -- I don't know how
4    the general methods of distribution
5    have changed.
6    BY MR. BRIDGES:
7        Q.    What changes are you aware of
8    in sales trends over the past 20 years?
9        MR. FEE: Objection to form.
10       THE WITNESS:  I don't have data
11   going back as far as 20 years ago.  I
12   have some information on publication
13   sales, for instance, in tabs 3, 4, and
14   5.  They only -- that information only
15   goes back a few years, however.
16   BY MR. BRIDGES:
17       Q.    Did you review any information
18   earlier than the dates shown in the documents
19   at tabs 3, 4, and 5?
20       MR. FEE: Objection. Vague.
21       THE WITNESS:  It's possible
22   that some of the source documents had
23   earlier information, but I don't
24   recall that.  I would need to look at
25   those source documents.

Page 134

1    the right to reproduce, copy, or
2    disseminate those standards but can
3    look at them online.
4    BY MR. BRIDGES:
5        Q.    Have you used the reading rooms
6    of any of the plaintiffs?
7        A.    No, I have not.
8        Q.    Have you reviewed the interface
9    that the -- have you reviewed the interfaces
10   that the plaintiffs offer to persons wishing
11   to view materials for free online?
12       A.    No, I don't think so.
13       Q.    Do you know what effect, if
14   any, the presence of those free materials on
15   the plaintiffs' Web sites has had on the
16   plaintiffs' revenues?
17       MR. FEE:  Objection to form.
18       THE WITNESS:  No, I don't.
19   BY MR. BRIDGES:
20       Q.    Have you -- have you
21   investigated that?
22       MR. FEE:  Same objection.
23       THE WITNESS:  I've been
24   opening -- I've been open to learning
25   about that, but I haven't learned that

Page 136

1    BY MR. BRIDGES:
2        Q.    And those source documents
3    would be within the Bates ranges identified
4    in tab 2 of your report?
5        A.    Within the Bates ranges or
6    identified elsewhere in tab 2.  For instance,
7    the AS team -- ASTM audited -- audited
8    consolidated financial statements, I think,
9    may not all be Bates-stamped.  I could be
10   wrong on that.  But I would look in that set
11   of financial documents.
12       Q.    What do you know about what you
13   said -- strike that.
14       You said earlier that some
15   standards are distributed for free with some
16   limitations; is that correct?
17       A.    Yes, that's my understanding.
18       Q.    What do you know about that?
19       MR. FEE: Objection. Vague.
20       THE WITNESS:  I've written
21   about that in my report.  I believe
22   that each one of the plaintiffs has
23   provided what is sometimes called a
24   "reading room" so that people can look
25   at those standards but are not given

Page 135

1    there's a direct or indirect effect.
2    There might be, but I haven't seen
3    evidence of that.
4    BY MR. BRIDGES:
5        Q.    My question was, have you
6    investigated that?
7        MR. FEE:  Same objection.
8        THE WITNESS:  Perhaps you could
9    read back my answer.
10   BY MR. BRIDGES:
11       Q.    I've heard the answer.  It was
12   not responsive to my question.  The -- you
13   said you did not know what effect, if any,
14   the presence of those free materials on the
15   plaintiffs' Web sites has had on the
16   plaintiffs' revenues.
17       And my question is, have you
18   investigated that?
19       MR. FEE:  Same objection.
20       THE WITNESS:  No, I've not
21   undertaken a separate investigation.
22   I've been alert to that topic, but I
23   haven't assigned myself that
24   investigation.
25   BY MR. BRIDGES:

Page 137

35 (Pages 134 - 137)

1  counsel.  And then we finalized the report,
2  submitting it to counsel on June 5th, 2015.
3      Q.    Do you know how many standards
4  of each plaintiff are at issue in this case?
5      A.    How many -- I'm sorry --
6  standards are at issue?
7      Q.    Yes.
8      A.    I have that number written
9  down.  It's in the hundreds, and I forget, as
10 I sit here right now, precisely the number.
11 I will look it up.  And I was giving you an
12 answer that was a cumulation across the three
13 plaintiffs.
14         I am not seeing that number
15 right now.  I'll keep looking.
16     Q.    Do you know what --
17     A.    You may be able to point me
18 quicker than I recall where it was.
19     Q.    Do you -- do you know what
20 proportion of plaintiffs -- of each
21 plaintiffs' standards is at issue in this
22 case?
23     A.    Are you asking me the ratio of
24 the standards at issue versus the total
25 standards developed by the organizations?
Page 154

1      Q.    Have you analyzed any
2  differences in sales trends between those of
3  plaintiffs' standards that have been
4  incorporated into law and those of
5  plaintiffs' standards that have not been
6  incorporated into law?
7      A.    I don't think so.  I don't
8  think I have those data, and I'm not sure
9  that each plaintiff knows precisely how many
10 have been incorporated into law.
11     Q.    Did you ask for any data
12 regarding the distinction between standards
13 incorporated by reference and standards not
14 incorporated by reference in the law?
15     A.    I don't --
16         MR. FEE:  Objection to form.
17         THE WITNESS:  I'm sorry.  I
18 don't recall.
19 BY MR. BRIDGES:
20     Q.    You made observations about
21 sales trends earlier in your deposition.  I
22 think you said that there's been a reduction
23 in sales of certain of plaintiffs' standards;
24 is that correct?
25     A.    I'm not quite sure what the
Page 156

1      Q.    Yes.
2      A.    I think it's less than a
3  majority for each organization.  I'm fairly
4  certain of that with regard to ASTM.  I think
5  that's true with regard to NFPA.  I think
6  it's true with regard to ASHRAE.
7      Q.    Do you have any better
8  information than less than a majority --
9      A.    Well, I --
10     Q.    -- for each of them?
11     A.    The precise numbers are in the
12 report.  Let's see here.  One can figure that
13 out.  You may remember where I summarized the
14 number of standards.  I just don't remember.
15 It's easy to determine because the data are
16 all here.
17     Q.    Have you analyzed differences
18 in sales trends between standards that are at
19 issue in this case and plaintiffs' other
20 standards?
21     A.    No, I don't think I have those
22 data at my disposal.
23     Q.    Did you ever ask for those
24 data?
25     A.    I don't recall.
Page 155

1  earlier testimony was, but I think I was
2  pointing you to paragraph 133 with regard to
3  downloads of -- and other measures of
4  activity, as I had at my disposal.
5      Q.    Well, I'm trying to find out
6  what changes you have studied in plaintiffs'
7  economics that you attribute to defendant's
8  activities.
9      A.    I'm not quite sure what your
10 question is.
11     Q.    Well, I'm trying to find out
12 what information you have studied to
13 determine what changes in the finances of
14 each of the plaintiffs have occurred as a
15 consequence of the defendant's activities.
16         MR. FEE:  Objection to form.
17         THE WITNESS:  I'm still not
18 sure that I'm hearing a question.  But
19 to the extent that I had information
20 on changes in activity level, I
21 summarized that in paragraph 133.
22 BY MR. BRIDGES:
23     Q.    My question is, what
24 information did you study to determine any
25 changes in finances of each of the
Page 157

40 (Pages 154 - 157)

1 plaintiffs?
2        MR. FEE:  Same objection.
3        THE WITNESS:  It's reflected in
4    paragraph 133 and in the tabs,
5    particularly 3, 4, and 5.  But the
6    tabs are not at the granular level
7    that I think are of interest to you.
8 BY MR. BRIDGES:
9    Q.    What do you mean by the
10 "granular level" that would be of interest to
11 me?
12    A.    I don't think it breaks out
13 publications by standard, for instance.
14    Q.    Does it break out publications
15 by whether a standard has been incorporated
16 by reference or not?
17    A.    I don't think so.
18    Q.    Does it break out by whether a
19 standard has been publicly made available by
20 defendant or not?
21    A.    I don't think so.  Not in
22 tabs 3, 4, and 5.
23    Q.    How do you establish causation
24 between defendant's activities and any of the
25 data that you provide in section -- in
Page 158

1 of certain of the standards.  I've
2    presented that.
3        I don't have direct evidence of
4    the precise impact historically of
5    defendant's activities on plaintiffs'
6    financials.
7 BY MR. BRIDGES:
8    Q.    What evidence of any kind do
9 you have of any kind of impact historically
10 of the defendant's activities on plaintiffs'
11 financials?
12        MR. FEE:  Objection to form.
13        THE WITNESS:  That which is
14    reported in paragraph 133, that of
15    which is contained in deposition
16    testimony, and that of which I
17    summarized in other parts of the
18    report.
19 BY MR. BRIDGES:
20    Q.    So when you're referring to
21 deposition testimony, you're referring to the
22 citations to the footnotes in paragraph 133?
23    A.    No, I don't think it's just
24 limited to that.  I think there's some other
25 deposition transcripts that talk about the
Page 160

1 paragraph 133?
2        MR. FEE:  Objection.  Calls for
3    a legal conclusion.  Form.
4        THE WITNESS:  One can and
5    should look at all evidence available,
6    including circumstantial evidence.  I
7    don't have direct information about
8    the precise impact of defendant's
9    activities, but I have important
10    information that bears on that issue,
11    including information that's in
12    deposition transcripts.
13 BY MR. BRIDGES:
14    Q.    So my question is, how do
15 you -- do you -- strike that.
16        Are your conclusion -- are you
17 making conclusions in paragraph 133 about the
18 cause of changes in sales of the plaintiffs'
19 products?
20        MR. FEE:  Objection to form.
21        THE WITNESS:  Not definitively.
22    I have observations about the
23    magnitude and trend of the downloads
24    of -- through defendant's sites.  I
25    have some information on the downloads
Page 159

1 impact or potential impact of defendant's
2 activities on each one of the plaintiffs.
3    Q.    Did you make any independent
4 assessment of causation of any financial
5 effects on plaintiffs by the defendant's
6 activities?
7        MR. FEE:  Objection to form.
8    Calls for a legal conclusion.
9        THE WITNESS:  What do you mean
10    by the term of "independent assessment
11    of causation"?
12 BY MR. BRIDGES:
13    Q.    You, as an expert, not relying
14 just on what other people have said or
15 speculated or thought.
16        MR. FEE:  Same objections.
17    Plus compound.
18        THE WITNESS:  We experts rely
19    on other information to draw the
20    conclusions that we do, and then we
21    bring our training to it.  So our
22    observations shouldn't be in a vacuum.
23 BY MR. BRIDGES:
24    Q.    But they should be objective,
25 correct?
Page 161

41 (Pages 158 - 161)

1    A.    Yes.
2    Q.    And that means perhaps not
3  relying upon the views of the parties to the
4  lawsuit alone, but doing independent analysis
5  and research, correct?
6        MR. FEE:  Objection to form.
7        THE WITNESS:  I think one can
8    and should evaluate and consider the
9    views of the parties, but not limited
10   investigation to that.
11 BY MR. BRIDGES:
12   Q.    So what independent analysis
13 and research did you do other than reviewing
14 the views and statements of the parties in
15 this case?
16       MR. FEE:  Objection.  Vague.
17       THE WITNESS:  I reviewed and
18   summarized the data, as you see in
19   133, that I had at my disposal.  I
20   reviewed writings about the impacts.
21   And I took important
22   information from the fact that the
23   plaintiffs have brought this lawsuit.
24   The plaintiffs don't want this
25   activity to continue.  That is

Page 162

1    revealed preference information that's
2    quite important.
3  BY MR. BRIDGES:
4    Q.    Tell me about what you mean by
5  repealed -- sorry.  Strike that.
6        Tell me what you mean by
7  "revealed preference."
8    A.    What people do often provides
9  information on what their preferences are.
10   Q.    And so the fact that plaintiffs
11 brought this lawsuit has revealed to you that
12 they prefer to bring the lawsuit, correct?
13       MR. FEE:  Objection.  Vague.
14       THE WITNESS:  Given the cost,
15   they prefer to bring the lawsuit
16   rather than not bring it, yes.
17 BY MR. BRIDGES:
18   Q.    What else -- strike that.
19       What are the data you're
20 referring to in page -- strike that.
21       What are the data you're
22 referring to in paragraph 133 that you took
23 into account in discussing or analyzing
24 effects of defendant's activities on
25 plaintiffs?

Page 163

1    A.    I took all the data --
2        MR. FEE:  Objection.  Form.
3    Objection to form.
4        THE WITNESS:  I took all this
5    data into account.  That's why I
6    reported it here.
7  BY MR. BRIDGES:
8    Q.    And the data that you
9  identified in the footnotes in
10 paragraph 134 -- sorry -- 133?
11   A.    Yes, I considered that
12 information.
13   Q.    Do you know in what year the
14 defendant posted the 2008 version of the
15 National Electrical Code on its Web site?
16   A.    I don't know with absolute
17 certainty.  I do know a number of the alleged
18 activities occurred in late 2012.  I don't
19 know if it's specific to that code or not.
20   Q.    Does it matter to your analysis
21 exactly when the defendant posted the 2008
22 National Electrical Code on its Web site or
23 to Internet Archive?
24   A.    I would --
25       MR. FEE:  Objection to form.

Page 164

1        THE WITNESS:  I would consider
2    that information if I had it, but I
3    don't have any reason to think that it
4    would change any of the conclusions
5    that I drew.
6  BY MR. BRIDGES:
7    Q.    The timing of when the
8  defendant posted certain matters wouldn't
9  change your conclusions?
10   A.    Not based on what I know right
11 now.  My understanding is that much of the
12 activity occurred in 2012, the later half of
13 2012, and I still have the whole body of
14 evidence that I have considered.  So I'm not
15 sure if the precise timing would change, but
16 I certainly would consider that.
17   Q.    Do you know in what year
18 Public.Resource.Org posted the 2011 version
19 of the National Electrical Code?
20   A.    Same answer to the question
21 that you had with regard to the 2008 code.
22   Q.    Can you look at the data in
23 your -- the tables attached to your report
24 and see if that helps refresh your memory as
25 to when the defendant posted NEC 2008 and

Page 165

42 (Pages 162 - 165)

1    A.   I can't be any more specific
2  than that.
3    Q.   What aspect of your training
4  regarding aspects of industrial organization
5  have you brought to bear on this case?
6    A.   I can't be any more specific
7  than that.
8    Q.   But you did bring the theory of
9  reveal -- revealed preferences to bear on
10 this case, correct?
11   A.   Yes.
12   Q.   What other economic theories do
13 you recall bringing to bear on this case?
14       MR. FEE:  Objection.  Asked and
15 answered.
16       THE WITNESS:  Everything that
17 I've --
18       MR. FEE:  And vague.
19       Go ahead.
20       THE WITNESS:  -- I've learned
21 in my training, both educational
22 training and career training.
23 BY MR. BRIDGES:
24   Q.   Can you be more specific than
25 that?

Page 174

1  just on this information.
2    Q.   What else would you need?
3    A.   I don't know, because I think
4  it's probably a very easy factual question to
5  determine when the downloading first
6  occurred, so I don't know why one would need
7  to back into it.
8    Q.   Well, when -- would one be able
9  to use sales trends as a way of identifying
10 likely effects of a posting of each standard
11 by the defendant?
12       MR. FEE:  Objection.  Vague.
13 Compound.
14       THE WITNESS:  Maybe; maybe not.
15 BY MR. BRIDGES:
16   Q.   Why do you say "maybe; maybe
17 not"?
18   A.   I just wouldn't think to do it
19 that way, so I don't know what you exactly
20 have in mind.
21   Q.   Do you associate the posting of
22 standards by defendant with changes in sales
23 volume of the standards that the defendant
24 has posted?
25       MR. FEE:  Objection to form.

Page 176

1    A.   No.
2        * * *
3        (Jarosz Exhibit 4 marked for
4        identification.)
5        * * *
6  BY MR. BRIDGES:
7    Q.   Mr. Jarosz, do you recognize
8  Exhibit 4 as a document that you produced in
9  response to a subpoena in this case?
10   A.   Yes.
11   Q.   What is this document?
12   A.   It appears to be a summary over
13 the years 2009 through 2013 of dollars and
14 quantity of NFPA standards that were sold in
15 the marketplace.
16   Q.   Based upon the trends that you
17 see in this exhibit, can you estimate when
18 you believe it is most likely that the
19 defendant first published -- strike that.
20       Based upon the trends that you
21 see in this Exhibit 4, can you estimate when
22 you believe it is most likely that the
23 defendant first posted each of the standards
24 identified here?
25   A.   I don't think so, not based

Page 175

1        THE WITNESS:  I don't know what
2    you mean by that question.
3  BY MR. BRIDGES:
4    Q.   You don't understand the
5  question?
6    A.   I do not.
7    Q.   Can you correlate the posting
8  of standards by defendant with any changes in
9  sales volumes of the standards that the
10 defendant has posted?
11       MR. FEE:  Objection to form.
12       THE WITNESS:  I don't think
13 I've attempted to compute the
14 correlation coefficient here
15 associated with postings.
16 BY MR. BRIDGES:
17   Q.   I'm not asking for a specific
18 correlation coefficient.  I'm just asking,
19 generally, can you correlate the posting of
20 standards by defendant with any changes in
21 sales volumes of the standards that
22 defendants has -- that the defendant has
23 posted with reference to Exhibit 4?
24   A.   I don't know --
25       MR. FEE:  Objection.  Form.

Page 177

45 (Pages 174 - 177)

1       THE WITNESS:  I don't recall
2   attempting to do that.  And I wouldn't
3   necessarily think that the historical
4   impact would -- is the end of the
5   story as to the harm here.
6   BY MR. BRIDGES:
7       Q.   Is historical impact part of
8   the story as to the harm here?
9       A.   Yes.
10      Q.   What -- what can you say by
11  looking at Exhibit 4 about the historical
12  impact of the posting of the defendant -- of
13  the plaintiffs' standards by the defendant?
14      A.   I don't know that I can say
15  much, because I believe the postings largely
16  occurred in late 2012, and I only have one
17  period after that.
18      Q.   If it turns out that
19  defendant's postings were well before 2012,
20  would that affect your analysis of the trends
21  in sales data of the plaintiffs'
22  publications?
23      MR. FEE:  Objection to form.
24  Compound.  Vague.
25      THE WITNESS:  Maybe.  I would

Page 178

1   consider that information in
2   conjunction with these data if you
3   wanted me to.
4   BY MR. BRIDGES:
5       Q.   How -- what -- what would
6   change?
7       A.   I don't know.  I haven't done
8   that analysis.
9       Q.   Have you verified the dates on
10  which plaintiffs -- strike that.
11      Have you verified the dates at
12  which defendant posted the various standards
13  to its Web site or to Internet Archive?
14      A.   I don't --
15      MR. FEE:  Objection.  Vague.
16      THE WITNESS:  I don't recall
17  verifying it.
18      And are you asking did I
19  separately go out and determine what
20  that date is and see if that was the
21  same as what was represented in the
22  Complaint, for instance?
23  BY MR. BRIDGES:
24      Q.   Yes.
25      A.   No, I don't recall doing that.

Page 179

1       Q.   Have you determined in any way
2   the dates at which defendant posted various
3   standards to its Web site or to the Internet
4   Archive?
5       A.   I don't recall doing a separate
6   analysis of that, no.
7       Q.   How did you learn about the
8   dates at which defendant posted various
9   standards to its Web site or to Internet
10  Archive?
11      A.   I had conversations with
12  counsel on that topic, and I may have seen
13  that information contained in certain
14  documents like the Complaint, but I don't
15  recall.
16      Q.   Did you rely upon information
17  regarding those dates from conversations with
18  counsel?
19      MR. FEE:  In arriving at his
20  opinions, you're asking?
21      MR. BRIDGES:  Arriving at his
22  understanding of the facts.
23      THE WITNESS:  I don't know that
24  I did, because I don't recall
25  reporting those specific dates

Page 180

1   anywhere in my report.
2   BY MR. BRIDGES:
3       Q.   Do you recall taking specific
4   dates into account in analyzing the effect of
5   defendant's actions?
6       MR. FEE:  Objection to form.
7   Vague.
8       THE WITNESS:  I don't recall
9   one way or the other.
10  BY MR. BRIDGES:
11      Q.   Do you know how -- strike that.
12      Do you know how much revenue
13  each plaintiff derives from the standards at
14  issue in this case?
15      A.   I don't think I know that
16  precise number.
17      Q.   Did you -- did you ever know
18  that number?
19      A.   I don't think so.
20      Q.   Did you ever know how much
21  revenue each plaintiff derives from standards
22  that have been incorporated into law?
23      A.   As opposed to those that have
24  not been incorporated?  Is that --
25      Q.   Well, I'm -- I'm asking about

Page 181

46 (Pages 178 - 181)

1  those standards that have been incorporated
2  in the law. I'm asking if you know how much
3  revenue each plaintiffs derives -- each
4  plaintiff derives from those standards.
5      A.   I don't --
6          MR. FEE: Objection. Form.
7          THE WITNESS: -- think I know
8      that number, and I'm not sure the
9      plaintiffs know that number.
10  BY MR. BRIDGES:
11     Q.   Do you know the percentage of
12  revenue that each plaintiff derives from
13  standards that have been incorporated into
14  law?
15         MR. FEE: Objection to form.
16         THE WITNESS: I don't think I
17     do, and I don't believe the plaintiffs
18     do.
19  BY MR. BRIDGES:
20     Q.   Are you aware of any difference
21  in profitability to plaintiffs between those
22  standards that have been incorporated into
23  law and those standards that have not been
24  incorporated into law?
25         MR. FEE: Objection to form.

Page 182

1          THE WITNESS: I don't believe
2      so.
3  BY MR. BRIDGES:
4      Q.   Do you know -- strike that.
5          Are you aware of any difference
6  in profitability to plaintiffs between those
7  standards that defendant has posted to the
8  Internet and those standards that defendant
9  has not posted to the Internet?
10         MR. FEE: Objection to form.
11         THE WITNESS: I don't believe
12     so. And as with the previous
13     question, I don't think the plaintiffs
14     have that information at their
15     disposal.
16  BY MR. BRIDGES:
17     Q.   For each plaintiff, what do you
18  understand to be the percentage of gross
19  revenue from the sale of standards?
20         MR. FEE: Objection to form.
21         THE WITNESS: I -- I've
22     reported that in my report. My memory
23     is that it's something on the order of
24     66 percent for ASTM and for NFPA. And
25     if you add in memberships, it's

Page 183

1      something just north of 50 percent for
2      ASHRAE.
3  BY MR. BRIDGES:
4      Q.   What do you mean by "if you add
5  in memberships"?
6      A.   I'm not -- I'm not quite sure
7  what you're asking me to define.
8      Q.   I'm asking you to explain the
9  phrase that you just used, "if you add in
10  memberships." What did that mean?
11     A.   I talked about that in my
12  report. Membership fees are a fairly good
13  recollect -- a fairly good reflection of
14  amount that would have been paid for
15  publications. In other words, publication
16  fees -- it -- let me start this over again.
17         It makes about as much sense to
18  become a member of ASHRAE as it is to buy
19  some of the individual publications. As a
20  result, many people choose to become members
21  rather than just buying the publication, as I
22  understand it.
23     Q.   How did you learn that?
24     A.   Having knowledge of the -- of
25  the price difference and through discussions

Page 184

1  with people at ASHRAE.
2      Q.   How did you learn about the
3  price difference?
4      A.   I don't recall how I learned
5  it, but I report it in my report based on
6  certain documents I've seen. Perhaps I
7  learned it from their Web site.
8      Q.   Did you do any surveys of
9  ASHRAE members to validate that assumption?
10     A.   I'm sorry. Validate what
11  assumption?
12     Q.   About purchase of a membership
13  instead of buying the publication.
14     A.   I'm not sure that there's an
15  assumption in there. My understanding is
16  that ASHRAE people are of the belief that
17  many people buy membership rather than
18  individual publications.
19     Q.   And in your work, did you
20  assume that?
21     A.   I didn't assume that. I worked
22  on that -- under that understanding.
23     Q.   Oh, it's an understanding, but
24  not an assumption?
25     A.   Yes.

Page 185

47 (Pages 182 - 185)

1    A.   I don't think I know that
2  number.
3    Q.   What percentage of plaintiffs'
4  operating expenses do you associate with the
5  plaintiffs' development of standards
6  generally?
7    A.   I don't think I know that
8  number.
9    Q.   Do you have any estimates of
10  any of those numbers that you just said you
11  don't think you know?
12       MR. FEE:  Objection to form.
13       THE WITNESS:  Not sitting here
14    right now.
15  BY MR. BRIDGES:
16    Q.   Did you at one point ever
17  determine those numbers?
18    A.   Not that I recall.
19    Q.   Do you know what percentage of
20  the staff or employees of each plaintiff has
21  worked on the development of standards at
22  issue in this case?
23       MR. FEE:  Objection to form.
24       THE WITNESS:  I don't think I
25    know that number.

Page 190

1  BY MR. BRIDGES:
2    Q.   Do you know what percentage --
3  do you have an estimate?
4    A.   No.
5       MR. FEE:  Objection to form.
6       THE WITNESS:  Not as I sit
7    here, no.
8  BY MR. BRIDGES:
9    Q.   Do you know what percentage of
10  the staff or employees of each plaintiff has
11  worked on the development of standards
12  incorporated into law?
13       MR. FEE:  Objection to form.
14       THE WITNESS:  Not as I sit here
15    right now.
16  BY MR. BRIDGES:
17    Q.   Do you have an estimate?
18    A.   Not as I sit here right now.
19    Q.   Do you know what percentage of
20  the staff or employees of each plaintiff has
21  worked on the development of standards in
22  general?
23    A.   Not as I sit here right now.
24    Q.   Do you have an estimate?
25    A.   Not as I sit here right now.

Page 191

1    Q.   Have you ever had access to any
2  information that I've asked in the last
3  several questions?
4       MR. FEE:  Objection to form.
5       THE WITNESS:  I don't believe
6    so.
7  BY MR. BRIDGES:
8    Q.   Do you know whether plaintiffs
9  prepare standards through joint sponsorship
10  with any other organizations?
11       MR. FEE:  Objection.  Vague.
12       THE WITNESS:  I think I may
13    have seen a reference to that.  I
14    don't know the extent to which it
15    occurs, but I wouldn't be surprised to
16    be reminded that it does occur.
17  BY MR. BRIDGES:
18    Q.   Are you aware of any, as you
19  sit here?
20    A.   Not as I sit here right now,
21  but I think I'm aware that it has occurred.
22    Q.   Do you know whether plaintiffs
23  receive grants, revenue, or stipends from
24  governments that use, reference, or adopt
25  their standards?

Page 192

1       MR. FEE:  Objection to form.
2       THE WITNESS:  There are grant
3    monies that go to NFPA.  I don't know
4    the source of those grants.  I don't
5    see a line for grant revenues for the
6    other two organizations.
7  BY MR. BRIDGES:
8    Q.   Did you ask any of the
9  plaintiffs about the revenues or expenses
10  they have specifically attributable to the
11  standards that defendant has posted to the
12  Internet?
13       MR. FEE:  Objection to form.
14       THE WITNESS:  We generally
15    talked about that topic with each
16    plaintiff, and I don't think the
17    plaintiffs know that amount.  They
18    undertake activities that are
19    standards oriented.  They don't know
20    which of those standards will be
21    incorporated by reference.
22  BY MR. BRIDGES:
23    Q.   Did you --
24    A.   Or which have been.  I don't
25  think they systematically track those.

Page 193

49 (Pages 190 - 193)

1  foundation.
2       THE WITNESS:  I would like to
3  understand the facts that you're
4  positing right now.
5  BY MR. BRIDGES:
6       Q.   Well, we're not going to take
7  time to go look at a Web site right now, so
8  I'm asking you based on what you know.
9       Do you have an explanation as
10 to why the resource cited in footnote 95
11 actually shows that 44 state -- the 44 states
12 adopted the International Energy Conservation
13 Code?
14      MR. FEE:  Objection.  Lack of
15 foundation.
16      THE WITNESS:  I don't know if
17 your factual representation is
18 accurate or not, and I don't recall
19 investigating that particular issue.
20 BY MR. BRIDGES:
21      Q.   Have you made any effort to
22 determine what resources were expended,
23 incurred, or contributed by parties other
24 than ASHRAE in the development of standard
25 90.1?

Page 206

1  change in membership sales by ASHRAE over the
2  past ten years?
3       A.   I don't think I have data that
4  goes as far as ten years ago.  I do have
5  information on ASHRAE membership revenue back
6  to 2012.  That's summarized in tab 5.
7       Q.   And that membership figure has
8  risen each year since 2012, correct?
9       A.   Yes.  Slightly each year, it
10 has risen.
11      Q.   Do you draw any conclusions
12 with respect to this case from that trend?
13      A.   I don't think so.
14      Q.   Have you calculated the
15 effects -- the financial effect on the
16 plaintiffs of the incorporation into law of
17 their standards?
18      MR. FEE:  Objection to form.
19      THE WITNESS:  No, I don't think
20 I've independently -- I don't think
21 I've separately done that.
22 BY MR. BRIDGES:
23      Q.   Are you aware of any data
24 regarding the financial effect on the
25 plaintiffs of the incorporation into law of

Page 208

1       MR. FEE:  Objection to form.
2       THE WITNESS:  I generally
3  understand that there were many
4  members who participated in that.  I
5  think I reported earlier in the report
6  the number of hours and other
7  indications of activity undertaken by
8  members.
9  BY MR. BRIDGES:
10      Q.   My question is, have you made
11 any effort to determine what resources were
12 expended, incurred, or contributed by parties
13 other than ASHRAE and ASHRAE members in the
14 development of standard 90.1?
15      MR. FEE:  Same objection.
16      THE WITNESS:  I didn't realize
17 that you had in your original question
18 "and other than ASHRAE members."
19 BY MR. BRIDGES:
20      Q.   I didn't.  Now I -- now my
21 question does.
22      A.   Beyond that, I don't recall
23 undertaking that investigation, meaning
24 beyond ASHRAE and its members.
25      Q.   Have -- are you aware of any

Page 207

1  their standards?
2       MR. FEE:  Same objection.
3       THE WITNESS:  I'm aware that
4  the plaintiffs benefit greatly by
5  incorporation by reference, but I
6  don't know that I've seen a
7  quantitative study of that topic.
8  BY MR. BRIDGES:
9       Q.   What do you understand about
10 the benefits that accrue to plaintiffs by
11 incorporation by reference?
12      A.   Some of those are laid out in
13 my report on pages 19 through 26.  I have a
14 particular section called "Benefits of
15 Incorporation" that starts at page 20.
16      Q.   Well, I'm asking you, what
17 benefits accrue to the plaintiffs from
18 incorporation by reference?
19      A.   Generally, it allows each one
20 to satisfy its mandate of providing services
21 to the entirety of the industry that it
22 focuses its attention on.  And so it allows
23 for the collection and then dissemination of
24 standards that allow and achieve outcomes
25 that are good for the industry.

Page 209

53 (Pages 206 - 209)

1    Q.    What other benefits do
2  plaintiffs gain from incorporation by
3  reference of their standards?
4    A.    I think that generally covers
5  it. I may be forgetting things that are laid
6  out in my report, but that's what covers it,
7  to the best of my memory right now.
8        Are we at a good point for a
9  break?
10   Q.    If you want. Sure.
11   A.    Thanks.
12       THE VIDEOGRAPHER: Off the
13   record at 3:12. This is the end of
14   media unit number 2.
15           *  *  *
16       (Recess from 3:12 p.m. to
17   3:41 p.m.)
18           *  *  *
19       THE VIDEOGRAPHER: On the
20   record at 3:41. This is the beginning
21   of media unit number 3 in the
22   deposition of John Jarosz.
23           *  *  *
24       (Jarosz Exhibit 5 marked for
25   identification.)

Page 210

1  a particular period.
2    Q.    And then you do the same for
3  NFPA documents, correct?
4    A.    Yes.
5    Q.    What do you calculate as the
6  dollar value of harm to the -- to ASTM from
7  the accesses and downloads that you refer to
8  in paragraph 133?
9    A.    I haven't calculated that harm.
10   Q.    Why not?
11   A.    I'm not sure if I can at this
12  stage. One estimate would be those number of
13  downloads times the -- well, actually, no,
14  let me take that back. I just don't know how
15  to do it.
16   Q.    Can you be certain that these
17  accesses or down -- and downloads referred to
18  in paragraph 133, in fact, resulted in
19  economic loss to ASTM?
20       MR. FEE: Objection to form.
21       THE WITNESS: Not with absolute
22   certainty, but with reasonable
23   certainty I can say some -- in some
24   number of these instances, it's likely
25   the case that the -- that the

Page 212

1           *  *  *
2  BY MR. BRIDGES:
3    Q.    Mr. Jarosz, I've handed you
4  Exhibit 5. This is an article that you cited
5  in your report, correct?
6    A.    Yes, I believe so.
7    Q.    Do you recall how this article
8  came to your attention?
9    A.    I do not.
10   Q.    Is this an article that you
11  understand to have been published by
12  plaintiff ASHRAE in its journal?
13   A.    Yes, that's my understanding.
14   Q.    And this is an article you
15  relied upon with respect to the development
16  of standard 90, which became standard 90.1,
17  correct?
18   A.    Yes.
19   Q.    In paragraph 133 of your
20  report, you talk about a number of
21  downloads -- strike that -- you talk about a
22  number of documents accessed through Public
23  Resource's Web site. Do you see that?
24   A.    I talk about the number of ASTM
25  documents that are -- that were accessed over

Page 211

1        information would have been obtained
2        from ASHRAE in -- or ASTM, rather,
3        in -- through legal means.
4  BY MR. BRIDGES:
5    Q.    Would that -- in those
6  instances where you say that the information
7  would have been obtained from ASTM through
8  legal means, can you put a dollar value on --
9  or even an estimate of the increased revenue
10  that ASTM would have gotten from those
11  instances where people obtained the
12  information from ASHRAE -- sorry -- from
13  AST --
14       MR. FEE: Object --
15  BY MR. BRIDGES:
16   Q.    -- from ASTM?
17       MR. FEE: Objection to form.
18       THE WITNESS: No, not based on
19   the information I have. I don't think
20   I have any indication of who was doing
21   the downloading and why.
22  BY MR. BRIDGES:
23   Q.    And do you know what
24  alternatives persons who were doing the
25  downloading may have had for obtaining the

Page 213

54 (Pages 210 - 213)

1 information?
2    A.   Not with certainty, because I
3 don't know who those persons were, but I
4 would expect one alternative would be to
5 obtain it properly, directly from ASTM.
6    Q.   Would that have resulted in
7 more revenue to ASTM?
8    A.   It may have.  If they're
9 materials that were taken improperly that
10 would have been paid for, then that would
11 represent a loss of revenue to ASTM.
12    Q.   Do you know whether any of the
13 persons who obtained this information from
14 defendant would have paid for the information
15 from ASTM?
16    A.   No, not with certainty, because
17 I don't know the identity of the downloaders
18 or the reasons for their downloading.
19    Q.   Moreover, those persons might
20 have accessed the standards from ASTM's
21 reading room for free and with no revenue to
22 ASTM, correct?
23    A.   You mean in a but-for world?
24 Had they not done what they actually did,
25 alternatively they could have gone to the

Page 214

1 free reading room?
2    Q.   Right.
3    A.   That's a possibility, yes.
4    Q.   Do you have an understanding as
5 to why persons would want to download a file
6 of a standard instead of viewing it at one of
7 the plaintiffs' reading rooms?
8    A.   Not with absolute certainty,
9 but I would imagine downloading would allow
10 more flexibility in referring to the standard
11 and using it and sharing that information
12 with others, whereas reading it in -- through
13 an Internet site is somewhat less flexible,
14 provides less flexibility for the use of that
15 information.
16    Q.   What did -- what do you
17 understand to be the difference in
18 flexibility between possession of a download
19 and access to a standard through a reading
20 room?
21    A.   Well, I think that a download
22 typically has a document that's in hard-copy
23 form.  Copies can made -- be made of that and
24 distributed.  Reading things just online and
25 doesn't allow for the wide distribution and

Page 215

1 more extended use of that document.
2    Q.   Do you have any evidence about
3 wide distribution of plaintiffs' standards as
4 a consequence of defendant's actions?
5    A.   I do not.
6    Q.   Have you reviewed any studies
7 that would allow you to establish any
8 connection between the number of accesses or
9 downloads that Public Resource made possible
10 and any financial harms to the plaintiffs?
11       MR. FEE:  Objection to form.
12       THE WITNESS:  I don't think
13    I've seen any study on that, no.
14 BY MR. BRIDGES:
15    Q.   Have you conducted any studies
16 that would have allowed you to establish any
17 connection between the number of accesses or
18 downloads that Public Resource made possible
19 and any financial harms to the plaintiffs?
20       MR. FEE:  Objection to form.
21       THE WITNESS:  Not other than
22    what's contained in my report.
23 BY MR. BRIDGES:
24    Q.   Please turn to page 45,
25 paragraph 107, which spills into page 108.

Page 216

1       MR. FEE:  Page 108?
2       THE WITNESS:  I'm sorry.
3    Page 108 or paragraph?
4 BY MR. BRIDGES:
5    Q.   I'm sorry.  Paragraph -- strike
6 that.
7       Let me ask you to turn
8 paragraph 107 on pages 45 to 46.
9    A.   Okay.  I'm there.
10    Q.   I just want to make sure I
11 understand your language correctly at the
12 bottom of page 45 and the top of page 46.
13       Is it your opinion that the
14 copyright that the plaintiffs assert in their
15 standards drives sales of other publications
16 other than the standards themselves?
17       MR. FEE:  Objection.  Form.
18    Vague.
19       THE WITNESS:  I think they're
20    important for driving sales of
21    publications that embody those
22    standards.  I don't know that I've
23    drawn a conclusion that it drives the
24    sale of other products, but that makes
25    some sense.

Page 217

55 (Pages 214 - 217)

BY MR. BRIDGES:
1   BY MR. BRIDGES:
2       Q.   Well, doesn't that sentence at
3   the bottom of 45 and going on to 46 say that
4   copyright on plaintiffs' standards drive
5   sales of "handbooks that provide commentary
6   on the standards by referring to them"?
7       A.   You haven't read --
8           MR. FEE: Objection.
9   Mischaracterizes the document.
10          THE WITNESS: You haven't read
11      the whole sentence.  I see that
12      sentence to which you refer.
13  BY MR. BRIDGES:
14      Q.   Right.  I know I haven't read
15  the whole sentence, but didn't I fairly
16  capture one part of it, which is the sales
17  of -- strike that -- that copyright on
18  plaintiffs' standards drives sales of, among
19  other things, "handbooks that provide
20  commentary on standards by referring to
21  them"?
22          MR. FEE: Same objection.
23          THE WITNESS: I think you have
24      generally paraphrased it accurately,
25      yes.

Page 218

1   whether plaintiffs have copyright in --
2   rights in their value-added publications?
3           MR. FEE: Objection. Vague.
4           THE WITNESS: I would be
5       curious to know that, but I'm not sure
6       of the significance.  I don't think it
7       would change my conclusions, but I
8       would be curious to know that.
9   BY MR. BRIDGES:
10      Q.   Do you know whether
11  incorporation into law drives -- strike that.
12          Do you know whether
13  incorporation into law of plaintiffs'
14  standards drives sales of plaintiffs'
15  standards?
16          MR. FEE: Objection to form.
17      Vague.
18          THE WITNESS: I don't know with
19      absolute certainty, but it would make
20      some sense to me.
21  BY MR. BRIDGES:
22      Q.   Is it your understanding that
23  it does?
24          MR. FEE: Same objection.
25          THE WITNESS: It would make

Page 220

1   BY MR. BRIDGES:
2       Q.   And that plaintiffs' copyright
3   protection -- this is the top of -- strike
4   that.
5           And turning to the top of
6   page 46, plaintiffs' copyright protection on
7   their standards provides plaintiff with a
8   competitive advantage with respect to what
9   you call value-added publications, correct?
10      A.   You've read part of a sentence,
11  but I do see that sentence, yes.
12      Q.   And I've fairly paraphrased it
13  correctly, correct?
14          MR. FEE: Objection to form.
15          THE WITNESS: I think,
16      generally, yes.
17  BY MR. BRIDGES:
18      Q.   Do plaintiffs, to your
19  understanding, have separate copyrights in
20  those value-added publications, such as
21  commentaries and handbooks?
22      A.   I don't know.
23      Q.   You don't know?
24      A.   Correct.  I do not know.
25      Q.   Is it important to you to know

Page 219

1       some sense to me, yes.
2   BY MR. BRIDGES:
3       Q.   Are you aware that, in some
4   instances, at least one plaintiff uses the
5   legal status of its code to promote the sale
6   of handbooks?
7           MR. FEE: Objection to form.
8           THE WITNESS: I don't know one
9       way or the other.  I don't have reason
10      to dispute it, but there's not a
11      particular instance that comes to mind
12      right now.  Maybe you have something
13      to refresh my memory.
14  BY MR. BRIDGES:
15      Q.   Can you provide a dollar value
16  benefit that plaintiffs receive economically
17  from the incorporation of their standards by
18  reference?
19          MR. FEE: Objection. Vague.
20      Form.
21          THE WITNESS: I want to make
22      sure that I'm understanding.  Could
23      you read that back, please?
24  BY MR. BRIDGES:
25      Q.   I'll restate it.

Page 221

56 (Pages 218 - 221)

1    Can you provide a -- can you
2 put a dollar value, even an estimate, on the
3 economic benefit that plaintiffs receive from
4 incorporation of their standards into law?
5        MR. FEE:  Objection to form.
6        THE WITNESS:  I have not.  And
7    I'm not sure how one would do that,
8    subject to thinking more about it.
9 BY MR. BRIDGES:
10    Q.    At the top of page 46, you say,
11 "The Plaintiffs' copyright protection on
12 their privately-developed standards provides
13 a competitive advantage with regard to the
14 sale of these value-added publications as the
15 copyright protection limits the ability of
16 others to sell those publications unless they
17 are unwilling [sic] to compensate the
18 Plaintiffs for such use."
19        MR. FEE:  Objection.
20    Mischaracterizes the statement.
21 BY MR. BRIDGES:
22    Q.    Is there something unfair about
23 my characterization of that statement?
24    A.    I think you read it wrong.  You
25 read "willing" to read "unwilling" for some

Page 222

1 reason.
2    Q.    Oh, I'm sorry.  Thank you.
3 I'll restate the sentence.
4        "In particular, the Plaintiffs'
5 copyright protection on their
6 privately-developed standards provides a
7 competitive advantage with regard to the sale
8 of these value-added publications as the
9 copyright protection limits the ability of
10 others to sell those publications unless they
11 are willing to compensate the Plaintiffs for
12 such use."
13        Do you see that statement?
14    A.    I do, yes.
15    Q.    And the competitive advantage
16 you've identified there, whom do you
17 understand to be the competition?
18    A.    Other potential providers of
19 these so-called value-added publications.
20    Q.    And what -- when you say
21 "value-added publications," please give me
22 more examples of what types of things fall
23 into that category, as you use the term.
24    A.    Examples would be handbooks
25 that provide commentary on the standards.

Page 223

1    Q.    What else?
2    A.    That's what comes to mind.
3    Q.    Anything else?
4    A.    Not this moment, no.  I guess,
5 potentially, when I think some more about it,
6 training and seminars, for instance.
7    Q.    Providers of training and
8 seminars?
9    A.    Yes.  So that's broader than
10 value-added publications, but there are
11 potentially alternative providers of training
12 and seminars.
13    Q.    In paragraph 109, you say, "In
14 addition to direct sales of copyrighted
15 materials, the Plaintiffs' materials
16 associated with their privately-developed
17 standards provide a competitive advantage
18 with regard to the sale of downstream
19 ancillary/complementary services and
20 products."
21        Do you see that?
22    A.    Yes.  That's what I had in
23 mind.
24    Q.    And who are the competitors you
25 have in mind in paragraph 109?

Page 224

1    A.    I don't know particular names,
2 but -- at least I don't recall any sitting
3 right now -- sitting here right now, but I
4 think there are other providers of these
5 downstream services and products.
6    Q.    And please give me examples of
7 what you're calling "downstream services and
8 products."
9    A.    Again, seminars and training,
10 for instance.
11    Q.    Anything else?
12    A.    That's what comes to mind right
13 now.
14    Q.    Turning to paragraph 110, you
15 state, "I understand that the ability to
16 control these downstream products and
17 services is particularly important to the
18 Plaintiffs here because the barriers to entry
19 in the marketplace for downstream products,
20 such as training and user manuals, are
21 relatively low.  For example, according to
22 Mr. Comstock of ASHRAE, it is relatively easy
23 for unauthorized instructors to read a
24 standard and become (or think that they have
25 become) qualified to provide training or

Page 225

57 (Pages 222 - 225)

1    guidance on that standard."
2         Do you see that?
3    A.   I do, yes.
4    Q.   What do you understand -- what
5    did you mean by "unauthorized instructors"?
6    A.   People that have provided or
7    trying to provide services to the marketplace
8    that have not been explicitly approved by,
9    for instance, ASHRAE.
10   Q.   What do you understand the --
11   the nature of -- strike that.
12        You called them "instructors,"
13   correct?
14   A.   Yes.
15   Q.   Does that mean that you
16   envision that these persons are providing
17   some kind of instruction?
18   A.   Yes.
19   Q.   What instruction do you
20   understand -- what instruction did you have
21   in mind when you referred to "unauthorized
22   instructors"?
23   A.   Generally, how best to
24   implement standards or provisions of certain
25   standards.

Page 226

1    Q.   What else?
2    A.   Nothing else comes to mind
3    right now.
4    Q.   Would your understanding of
5    "unauthorized instructors" include persons
6    who were instructing the public as to what
7    the standards require?
8         MR. FEE:  Objection to form.
9    Vague.
10        THE WITNESS:  I didn't have
11        that in mind.  I guess that's a
12        possibility.
13   BY MR. BRIDGES:
14   Q.   And would it be relatively easy
15   for unauthorized persons like that to read a
16   standard and think that they have become
17   qualified to provide training or guidance on
18   that standard?
19        MR. FEE:  Objection.  Vague.
20   BY MR. BRIDGES:
21   Q.   Is that your understanding?
22   A.   According to Mr. Comstock, I
23   believe that's correct.
24   Q.   What do you believe?
25   A.   I have no reason to doubt him.

Page 227

1    Q.   You're just parroting what
2    Mr. Comstock said, or did you have an
3    independent view?
4    A.   No, I heard what he said, and
5    it made sense to me.
6    Q.   So you put it in your report?
7    A.   Yes.
8    Q.   What independent thought or
9    investigation did you do before you put that
10   in your report?
11        MR. FEE:  Objection.  Vague.
12        Compound.
13        THE WITNESS:  I can't point to
14        anything in particular.
15   BY MR. BRIDGES:
16   Q.   Would a law-school course on
17   the law and regulation of building
18   construction provide instruction to law
19   students?
20        MR. FEE:  Objection.  Vague.
21        Calls for speculation.
22        THE WITNESS:  I guess it could.
23        I have a hard time imagining there
24        would be much demand for such a
25        course, but I'm in general agreement

Page 228

1    that that, in concept, could occur.
2    BY MR. BRIDGES:
3    Q.   Would it be possible to
4    envision that, in the course of such
5    teaching, a teacher may wish to analyze some
6    of plaintiffs' standards that have been
7    incorporated into law as law and as
8    regulation?
9         MR. FEE:  Objection.  Calls for
10        speculation.  Vague.  Form.
11        THE WITNESS:  I guess that's
12        possible, but I would expect a law
13        professor would be talking about legal
14        implications, not the technical
15        aspects of a standard.  I think they
16        might talk about the implication in a
17        business that's different from a
18        vendor business.
19   BY MR. BRIDGES:
20   Q.   Well, what about the legal
21   implications of a code for contractors?
22        MR. FEE:  Objection.
23   BY MR. BRIDGES:
24   Q.   Is that -- is that fair ground
25   for a law professor to discuss with law

Page 229

58 (Pages 226 - 229)

1  likely?
2      A.   I haven't quantified that, but
3  I would expect that it's -- more than
4  5 percent would be a reasonable definition of
5  "expected."
6      Q.   More than 10 percent?
7      A.   I don't know. I've not
8  quantified that number.
9      Q.   And what amount of an effect on
10  plaintiffs' revenues have you identified as
11  "material"?
12      A.   I haven't --
13          MR. FEE: Objection to form.
14          THE WITNESS:  -- been able to
15      quantify the specific effects, so I
16      don't know the amount.
17  BY MR. BRIDGES:
18      Q.   Well, what -- I'm not asking
19  for your quantification of a specific effect,
20  but how large would an effect have to be for
21  to you consider it "a material adverse effect
22  on Plaintiffs' remedies"?
23          MR. FEE: Objection to form.
24          THE WITNESS:  I don't know that
25      I have a particular quantitative

Page 242

1      Q.   Do you consider $100,000 to be
2  material as an adverse effect on plaintiffs'
3  revenues?
4          MR. FEE: Objection to form.
5      Compound.
6          THE WITNESS:  I haven't
7      considered that question.  I don't
8      know the answer to it.
9  BY MR. BRIDGES:
10      Q.   Have you considered whether
11  50,000 is a material amount as an adverse
12  effect on plaintiffs' revenues?
13          MR. FEE: Same objections.
14          THE WITNESS:  Same answer.
15  BY MR. BRIDGES:
16      Q.   Starting at page -- sorry.
17  Strike that.
18          Starting at paragraph 139, you
19  make several references to Mr. Malamud's
20  theory.
21      A.   I'm sorry.  To -- I missed a
22  word that you said.  References to his what?
23      Q.   To Mr. Malamud's theory --
24      A.   Okay.
25      Q.   -- T-H-E-O-R-Y.  You refer to

Page 244

1      guideline in mind.
2  BY MR. BRIDGES:
3      Q.   Have you ever -- are you
4  familiar with audit inquiry letters regarding
5  litigation?
6      A.   Generally, yes.
7      Q.   And you're familiar with the
8  fact that auditors will often specify to
9  those they send the letters to what amounts
10  would be material for purposes of the audit
11  response?
12      A.   Yes.
13      Q.   So you understand the concept
14  of certain amounts being material to certain
15  companies or entities?
16      A.   Yes, for certain purposes.
17      Q.   So I'd like to know what amount
18  you have identified as being material as an
19  adverse effect on plaintiffs' revenues for
20  each of the three plaintiffs, please.
21          MR. FEE: Objection. Compound.
22      Asked and answered.
23          THE WITNESS:  I have not
24      considered a particular amount.
25  BY MR. BRIDGES:

Page 243

1  it in paragraph 139; 140; 144, with the word
2  "theorized"; 145, "theory"; 146, "theory."
3          What facts do you have that
4  have disproved the theory in paragraph 139?
5      A.   Perhaps most important is the
6  revealed preference information.  If the
7  plaintiffs believed they were better off by
8  lack of copyright protection, they would have
9  pursued such a model.
10          They don't believe they're
11  better off.  Moreover, they're expending
12  tremendous resources in bringing and pursuing
13  this litigation to halt the activity at
14  issue.
15      Q.   What other facts, if any, do
16  you have that have disproved Mr. Malamud's
17  theory in paragraph 139?
18      A.   That's what comes to mind right
19  now.
20      Q.   What facts do you have or are
21  you aware of that have disproved
22  Mr. Malamud's theory as you refer to it in
23  paragraph 140?
24      A.   That's the same theory that's
25  being referenced in 139, so there's nothing

Page 245

62 (Pages 242 - 245)

1 new in terms of a theory.
2 Q. Do you have the same answer
3 with respect to -- strike that.
4 What facts do you have --
5 strike that.
6 What facts are you aware of to
7 disprove -- to disprove Mr. Malamud's theory
8 that you refer to in paragraph 144?
9 A. Again, it's the same theory
10 that's being referenced, but there's
11 additional facts; and that is, the downstream
12 products and services aren't particularly
13 substantial to these plaintiffs and don't
14 appear to be enhanced by a lack of copyright
15 protection; that is, the plaintiffs have had
16 copyright protection and have said -- had
17 some downstream products and services. It's
18 hard to imagine that elimination of that
19 copyright protection will enhance that
20 business.
21 Q. It's hard to imagine, but are
22 you aware of any studies to disprove
23 Mr. Malamud's theory?
24 A. No.
25 MR. FEE: Objection. Vague.

Page 246

1 rest of that paragraph?
2 MR. FEE: Objection. Vague.
3 THE WITNESS: I looked at the
4 financial information, and I talked to
5 people at the various plaintiffs.
6 BY MR. BRIDGES:
7 Q. You talked to people at the
8 various plaintiffs?
9 A. Yes.
10 Q. What did you do to verify the
11 truth and accuracy of the things that various
12 plaintiffs said to you in their
13 conversations?
14 MR. FEE: Objection to form.
15 THE WITNESS: I looked at the
16 financial information, and I kept my
17 eyes and mind open to the information
18 in the rest of the record to determine
19 if it conflicted with what I learned
20 from the company personnel.
21 BY MR. BRIDGES:
22 Q. Whose financial information did
23 you look at?
24 A. All three of the plaintiffs.
25 It's summarized in tabs 3, 4, and 5.

Page 248

1 THE WITNESS: I'm sorry.
2 BY MR. BRIDGES:
3 Q. Have you conducted any studies
4 to disprove Mr. Malamud's theory?
5 MR. FEE: Same objection.
6 THE WITNESS: Not other than
7 what's reflected here in Exhibit 1.
8 BY MR. BRIDGES:
9 Q. What academic literature have
10 you relied upon to criticize Mr. Malamud's
11 theory in paragraph 144?
12 A. Nothing specific comes to mind.
13 Q. In paragraph 145, you state
14 that, "Mr. Malamud's suggestion that the sale
15 of downstream products and services
16 represents an untapped and undeveloped
17 opportunity for the Plaintiffs is incorrect."
18 Do you see that?
19 A. Yes, I do.
20 Q. And then you go on and make
21 some statements for the rest of the
22 paragraph, correct?
23 A. Yes.
24 Q. What studies did you engage in
25 to determine the facts that you stated in the

Page 247

1 Q. Did you look at the financial
2 information of any entities other than the
3 plaintiffs?
4 A. I looked at Public Resource
5 financial information.
6 Q. Apart from Public Resource and
7 the plaintiffs, did you look at the financial
8 information of any other entities in making
9 the assertions that you made in
10 paragraph 145?
11 A. Not in undertaking my
12 assignment here.
13 Q. Did you consider the business
14 models of any entities other than the
15 plaintiffs and the defendant in making the
16 statements criticizing Mr. Malamud's theory
17 in paragraph 145?
18 A. Nothing in particular comes to
19 mind. I understand that there are
20 front-loaded business models, but -- at DIN,
21 for instance, but I don't recall undertaking
22 an investigation of the downstream activities
23 that they have.
24 Q. Did you undertake any
25 investigation of downstream activities of

Page 249

63 (Pages 246 - 249)

1     A.   Yes. It's a different entity
2  than the SDOs here; but for its purposes, it
3  would appear that it's of the belief that
4  that's the optimal path to follow.
5          MR. BRIDGES: I think -- I
6      think we may pause things now and
7      reserve the remainder of our time.
8          Just a second. Oh, yes.
9  BY MR. BRIDGES:
10     Q.   Do you believe that the
11 plaintiffs are harmed when the defendant
12 posts a standard that has been incorporated
13 by reference -- let me strike that.
14         Do you believe that plaintiffs
15 suffer harm from defendant posting a standard
16 that is not the latest version of the
17 standard?
18         MR. FEE: Objection. Form.
19     Compound.
20         THE WITNESS: Potentially, it
21     could cause confusion in the
22     marketplace as to what's the latest
23     standard, and there may be some
24     entities out there that are interested
25     in obtaining an earlier standard that

Page 254

1          MR. FEE: Objection. Lack of
2      foundation. Vague.
3          THE WITNESS: I'm not -- I'm
4      not sure that I understand the concept
5      of a standard being out of print, so
6      maybe you could help me with that.
7  BY MR. BRIDGES:
8      Q.   Do you know the term "out of
9  print"?
10     A.   Generally, I do, yes.
11     Q.   What do you understand it to
12 mean?
13     A.   That it's no longer provided in
14 print form.
15     Q.   All right. So what harm do you
16 understand plaintiffs would suffer if
17 defendants posted a standard that is out of
18 print?
19         MR. FEE: Objection to form.
20         THE WITNESS: Potentially, it
21     could be the harm similar to outdated
22     standards.
23 BY MR. BRIDGES:
24     Q.   In other words, confusion in
25 the marketplace?

Page 256

1      would be obtaining it free rather than
2      through the legal routes established
3      by the plaintiffs.
4  BY MR. BRIDGES:
5      Q.   Have you done any studies to
6  determine what confusion may be likely in the
7  marketplace in that regard?
8          MR. FEE: Objection to form.
9          THE WITNESS: I have not done a
10     likelihood of confusion study, no.
11 BY MR. BRIDGES:
12     Q.   What research have you done as
13 to whether -- strike that.
14         What information do you have
15 about what market there is for earlier
16 versions of standards when there is a newer
17 version in the market?
18         MR. FEE: Objection to form.
19         THE WITNESS: I don't recall
20     undertaking specific research on that
21     topic.
22 BY MR. BRIDGES:
23     Q.   What harm do you understand
24 plaintiffs would suffer if defendants post a
25 standard that is out of print?

Page 255

1      A.   Potential confusion in the
2  marketplace and potentially providing -- yes,
3  that -- that would be one form of it.
4      Q.   What other harms do -- would
5  you identify from the defendants posting a
6  standard that is out of print?
7      A.   Nothing else comes to mind this
8  moment, but there could be other things
9  that -- that I'm not thinking of right now.
10     Q.   What harms do you understand
11 plaintiffs would suffer if a condition of a
12 standard being incorporated into law is that
13 plaintiffs could not forbid other entities
14 from making that law available widely and
15 freely to the public?
16         MR. FEE: Objection to form.
17     Incomplete hypothetical. Compound.
18     Calls for speculation.
19         THE WITNESS: I don't know.
20     I've not undertaken that assignment.
21     I've not given that particular
22     question any thought.
23         It seems economically to be
24     quite similar to the actions that have
25     occurred here, but I don't know. I've

Page 257

65 (Pages 254 - 257)

```
 1   not thought about that particular
 2   topic.
 3        MR. BRIDGES:  Okay.  I think
 4   we'll pause here and reserve the rest
 5   of the time for a later visit with
 6   you, Mr. Jarosz.
 7        Kevin, this is in reliance on
 8   an exchange of correspondence between
 9   Matt and you, I believe.  If, for some
10   reason -- well, no.  I think that's
11   all.
12        Anything else?
13        MR. FEE:  Well, I don't have
14   any questions.
15        Do you guys have any questions?
16        MR. REHN:  Not at this time.
17        MR. CUNNINGHAM:  No.
18        MR. BRIDGES:  Great.  Thank
19   you.
20        THE WITNESS:  Thank you.
21        THE VIDEOGRAPHER:  All right.
22   Off the record at 4:31.  This ends
23   media unit number 3 and ends testimony
24   for August 27th, 2015.
25             * * *
```
Page 258

```
 1                 CERTIFICATE
 2
          I do hereby certify that I am a Notary
 3   Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
 4   notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but
     the truth; that the testimony of said
 6   deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
 7   under my supervision with computer-aided
     transcription; that the deposition is a true
 8   and correct record of the testimony given by
     the witness; and that I am neither of counsel
 9   nor kin to any party in said action, nor
     interested in the outcome thereof
10
          WITNESS my hand and official seal this
11   11th day of September, 2015
12
13
14
              <%signature%>
15           Devote Leonard, RDR, CRR
              Notary Public
16
17
18
19
20
21
22
23
24
25
```
Page 260

```
 1        (Witness excused.)
 2             * * *
 3        (Off the record at 4:31 p.m.)
 4             * * *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
Page 259

66 (Pages 258 - 260)

# EXHIBIT 12

1            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2
    -----------------------------------
3   AMERICAN SOCIETY FOR TESTING AND   ) Case No.
    MATERIALS d/b/a ASTM INTERNATIONAL;) 1:13-cv-01215-EGS
4   NATIONAL FIRE PROTECTION           )
    ASSOCIATION, INC.; and             )
5   AMERICAN SOCIETY OF HEATING,       )
    REFRIGERATING, AND                 )
6   AIR-CONDITIONING ENGINEERS, INC.,  )
7            Plaintiffs,               )
8        vs.                           )
9
    PUBLIC.RESOURCE.ORG, INC.,         )
10
             Defendant.               )
11  -----------------------------------)
12  AND RELATED COUNTERCLAIMS.         )
    -----------------------------------)
13

        RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
14   SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING
                      ENGINEERS, INC.
15
                BY AND THROUGH ITS DESIGNEE,
16
                   STEPHANIE REINICHE
17
                 MONDAY, MARCH 30, 2015
18                     9:10 a.m.
19
20            VERITEXT LEGAL SOLUTIONS
               1075 PEACHTREE STREET
21                  SUITE 3625
                 ATLANTA, GEORGIA
22
23  Reported By:
24  SHARON A. GABRIELLI, CCR B-2002
25  Job No. 2035289

                                            Page 1

1    A   I moved from Michigan to Georgia.        09:21
2    Q   And what was your first job that you took    09:29
3  once you moved to Georgia?        09:23
4    A   ASHRAE.        09:25
5    Q   Okay.  Did you move to Georgia to work at    09:26
6  ASHRAE?        09:28
7    A   No.        09:29
8    Q   Okay.  And when was it that you started    09:29
9  working at ASHRAE?        09:21
10   A   November 2003.        09:23
11   Q   Okay.  How was it that you came to start    09:23
12  working at ASHRAE?        09:24
13   A   I applied online.  I -- I saw a job posting,    09:27
14  at that time it was for a procedures administrator, and    09:21
15  I submitted a résumé.        09:23
16   Q   Had you ever heard of ASHRAE before that    09:21
17  point?        09:23
18   A   No.        09:23
19   Q   Were you familiar with the air-conditioning,    09:24
20  heating and cooling industry prior to that point?    09:26
21   A   No.        09:21
22   Q   What was it that made you qualified for the    09:22
23  job at ASHRAE?        09:26
24   A   I suppose because it was -- at that time, it    09:20
25  was about procedures and process, and so just legal    09:23
Page 18

1    A   That title, till 2014.        09:21
2    Q   And so were you promoted once again in 2014?    09:27
3    A   Yes.        09:20
4    Q   And what is the title that you were promoted    09:21
5  to?        09:23
6    A   Senior manager of standards.        09:24
7    Q   And is that the title that you hold today?    09:21
8    A   Yes.        09:24
9    Q   Okay.  And do you have any other roles at    09:24
10  ASHRAE, other than senior manager of standards?    09:24
11   A   No.        09:29
12   Q   Have you served on any of the committees in    09:29
13  ASHRAE?        09:21
14   A   No.        09:23
15   Q   Have you -- what involvement in the design of    09:24
16  standards have you played?        09:21
17   A   I oversee the development of all the    09:23
18  standards at ASHRAE.        09:26
19   Q   And what does that involve?        09:26
20   A   It involves a lot of things.  It involves    09:27
21  reviewing all the documentation for membership,    09:22
22  overseeing the documentation for public reviews, could    09:27
23  be change proposals, could be minutes, the publication    09:24
24  drafts, editing and reviewing those, working with the    09:20
25  appeals.        09:27
Page 20

1  background and ability to -- to write and things like    09:27
2  that.        09:29
3    Q   And what -- how long were you a procedures    09:24
4  administrator at ASHRAE for?        09:20
5    A   I want to say until December 2004.        09:27
6    Q   And were you promoted at that time?        09:24
7    A   Yes.        09:25
8    Q   And what was -- what position were you    09:26
9  promoted to?        09:29
10   A   Standards administrator.        09:20
11   Q   And how long did you hold the title of    09:26
12  standards administrator for?        09:22
13   A   I think it was about three years.        09:24
14   Q   And were you promoted after three years?    09:21
15   A   Yes.        09:23
16   Q   And what title were you promoted to?        09:24
17   A   Assistant manager of standards    09:27
18  administration.        09:28
19   Q   And how long did you hold that position for?    09:27
20   A   A year or two.        09:20
21   Q   And were you promoted again after that point?    09:26
22   A   Yes.        09:29
23   Q   And what title were you promoted to?        09:20
24   A   Manager of standards.        09:22
25   Q   And how long did you hold that position for?    09:29
Page 19

1    Q   And when you say you oversee the        09:25
2  documentation for membership and for public reviews and    09:29
3  change proposals and publication drafts, what does that    09:23
4  entail?        09:26
5    A   It can entail -- well, making sure that the    09:28
6  document for membership, that the documentation is all    09:22
7  complete, meaning every -- all the, you know, parts are    09:25
8  filled out, everything is properly signed.  And it    09:29
9  could involve talking with the chairs of project    09:23
10  committees to help them make sure their committee is    09:29
11  balanced.        09:24
12   Q   What do you mean by making sure the project    09:27
13  committees are balanced?        09:20
14   A   Under our ANSI rules, our committees have to    09:22
15  be balanced, meaning for nonsafety standards, no more    09:25
16  than 50 percent of the people can be in any one    09:29
17  interest category; and for safety standards, no more    09:23
18  than one-third in each interest category.        09:26
19   Q   And what is an interest category?        09:22
20   A   It's -- it describes the -- the role a person    09:25
21  plays typically in their job or their duties that    09:22
22  they're doing, and that shows their bias for that    09:25
23  particular standard that's being developed.        09:20
24   Q   Could you list for me the interest    09:27
25  categories?        09:29
Page 21

6 (Pages 18 - 21)

Page 22

```
 1   A   For which standard?                09:21
 2   Q   So the interest categories are different for  09:23
 3 particular standards?                    09:25
 4   A   They can be, yes.                   09:26
 5   Q   Okay.  Do you know the -- off the top of your  09:27
 6 head the interest categories for the 90.1 standards?  09:20
 7   A   I can list some of them, but I would have to  09:26
 8 look at a roster to verify they're all correct.  09:28
 9   Q   Okay.                             09:22
10   A   There's compliance, industry, utility,  09:22
11 general, and I think user.                09:21
12   Q   And what does -- what are the -- those  09:27
13 categories?  Excuse me, let me rephrase.  09:25
14       What -- what kind of a person would a --  09:29
15 would fall into the compliance category?  09:22
16   A   I would need to look at the application that  09:26
17 shows the definition to give you an exact person, the  09:28
18 exact definition; but for example, somebody that's  09:22
19 involved in codes would be a compliance person.  09:26
20   Q   When you say someone who's involved in codes,  09:20
21 like what -- what kind of role do you mean by that?  09:24
22   A   A code official.                   09:27
23   Q   A code --                         09:29
24   A   A building code person; that type of person.  09:20
25   Q   Would that be something like a regulator?  09:23
```

Page 23

```
 1   A   Could be.                         09:26
 2   Q   Okay.  So that would -- that would encompass  09:27
 3 somebody in a government position, then, would be under  09:21
 4 compliance?                             09:27
 5       MR. CUNNINGHAM:  Object to form.    09:28
 6       THE WITNESS:  I would have to look at  09:29
 7 the roster to see how a government employee  09:22
 8 would be listed.  It depends on where they  09:22
 9 work, what they do.  Without looking at an  09:26
10 individual, I can't tell you for sure that  09:20
11 they would go under compliance.           09:21
12   Q   (BY MR. BECKER)  Okay.  What other categories  09:24
13 could a government official go under, other than  09:25
14 compliance?                             09:20
15   A   Depending on the -- it depends on what the  09:29
16 definition is.  I really probably should look at the  09:21
17 definitions to tell you for sure.         09:24
18   Q   And where would the definitions be found?  09:25
19   A   The definitions would be as part of the  09:28
20 application.                            09:20
21   Q   The membership application?         09:21
22   A   Yes, sir.                         09:22
23   Q   You also said that one of your jobs is to  09:21
24 make sure that documentation is complete.  What does  09:24
25 that involve?                           09:27
```

Page 24

```
 1   A   For which part of the process?  After  09:29
 2 membership?                             09:22
 3   Q   Let's talk about membership applications.  09:23
 4   A   So for membership applications, there is an  09:27
 5 application form that would list the -- you know, what  09:20
 6 project committee they're applying for, their name,  09:24
 7 what interest category they believe they should be  09:27
 8 categorized.  And then they would have -- then there is  09:33
 9 a signature at the bottom and their voting status, what  09:35
10 they would like to be on that committee.  09:39
11       There's a bias/conflict of interest form,  09:32
12 which gives background on where they've worked for the  09:36
13 last five years, other organizations that they've been  09:30
14 involved with, who pays their way to participate, and  09:34
15 any public statements they would have made in regards  09:38
16 to the particular standard they're applying for, and  09:31
17 that, too, is signed.                    09:34
18       And then there's a biographical record that  09:36
19 is done through the ASHRAE website which gives their  09:38
20 background, like where they -- you know, their degrees  09:33
21 and things like that, whether -- other committees  09:38
22 they've been involved in within ASHRAE, awards; things  09:31
23 like that.                              09:36
24   Q   Are you the person who makes sure that all of  09:36
25 these fields are filled out?             09:39
```

Page 25

```
 1   A   I have a staff person that does that, but  09:31
 2 then they are reviewed by another committee.  And when  09:32
 3 there's a question, then I'm the one that helps work  09:35
 4 with that.                              09:39
 5   Q   And what is the name of the staff person who  09:30
 6 checks these forms?                      09:32
 7   A   It's varied over the years.         09:35
 8   Q   What is the name of the person today?  09:37
 9   A   Katrina Shingles.                  09:30
10   Q   And is there -- does Katrina Shingles have a  09:36
11 specific position?                       09:31
12   A   She's a secretary.                 09:32
13   Q   Is there a specific position for the person  09:38
14 who has always checked the -- the forms?  09:32
15   A   It's been a secretary or an administrative  09:37
16 assistant.                              09:30
17   Q   And you said there's also a committee that  09:37
18 looks over that?                        09:39
19   A   Yes.  There's a staff liaison, and then there  09:30
20 is -- in addition to that, and then there is --  09:34
21 depending -- the process has changed slightly.  There  09:37
22 could be up to two oversight committees.  09:30
23   Q   And you said that the process has changed.  09:33
24 When did the process change?             09:37
25   A   This year.                        09:30
```

7 (Pages 22 - 25)

**Page 46**

1    A   Not exactly.  A -- a standard could become a   10:03
2   code, because 90.1 is a standard and it could be the   10:05
3   code.  It depends on whoever is wanting to make the   10:08
4   code -- or make the rule.   10:01
5    Q   And what does the policy, procedures and   10:04
6   interpretation subcommittee do?   10:08
7    A   They review proposals for new projects, new   10:09
8   standards or guideline projects to be developed by   10:04
9   ASHRAE.  They are the body that reviews any proposed   10:07
10   changes to any of the procedures related to standards   10:01
11   and interprets the -- any of our rules.   10:05
12       And then the other thing is they form   10:01
13   interpretation sub -- interpretation committees when an   10:04
14   interpretation request is submitted on a standard that   10:07
15   we don't have a standing standard project committee   10:09
16   for.   10:02
17    Q   I'm sorry, just to back up a moment.  Do you   10:09
18   know how it is that standards become codes?   10:03
19       MR. CUNNINGHAM:  Object to form.   10:00
20       THE WITNESS:  It -- either they're   10:02
21   proposed into a code and the code accepts   10:05
22   them, or a local jurisdiction decides to use   10:07
23   a standard and that's -- and use that as   10:02
24   their code.   10:04
25    Q   (BY MR. BECKER)  And when you say "they're   10:08

**Page 47**

1   proposed into a code and the code accepts them," do you   10:00
2   mean that a -- that something like NFPA might make a   10:02
3   code, and they're proposed into that code that NFPA has   10:08
4   made?   10:02
5    A   So NFPA references 90.1, and that becomes   10:03
6   part of whatever -- I can't remember the number of the   10:06
7   NFPA code that references 90.1, but that becomes part   10:09
8   of that code.  If they -- through their process, it   10:02
9   gets accepted.   10:08
10    Q   And what does the international liaison or   10:04
11   intersociety subcommittee do?   10:08
12    A   They're dealing with relationships between us   10:00
13   and sometimes other standards developers, but the   10:02
14   majority of their work is in the -- is in the oversight   10:06
15   of the development of international standards.   10:10
16    Q   What involvement does ASHRAE have in the   10:15
17   development of international standards?   10:17
18    A   We are the secretariat for several of the   10:19
19   international standards organization technical   10:15
20   committees.  We are also the secretariat for the U.S.   10:18
21   TAG, which is the technical advisory groups within the   10:11
22   U.S.   10:16
23    Q   And, finally, you mentioned the executive   10:11
24   committee.  What does the executive committee do?   10:13
25    A   That is the -- the chairs of each of the   10:15

**Page 48**

1   subcommittees, the chair and the vice chair standards   10:18
2   committee and the board -- the board ExO to standards.   10:12
3   And then I'm the staff liaison for that group, other   10:18
4   staff attend, but they -- they just talk about the   10:12
5   issues about the subcommittees and then, you know,   10:15
6   strategic planning; that type of thing.   10:18
7    Q   So the committee members that are part of the   10:14
8   standards committee, are these all ASHRAE employees?   10:18
9    A   No.   10:11
10    Q   Are any of them ASHRAE employees?   10:13
11    A   No, just me as a staff liaison, and then   10:15
12   another staff person that does the minutes.   10:18
13    Q   So these are -- are these members of   10:11
14   industry?   10:16
15    A   They're -- they're balanced as well.  The   10:19
16   board has slightly different interest categories that   10:12
17   they use.  There are -- they're members -- they're --   10:15
18   they are members of ASHRAE, but they're from all over.   10:19
19       MR. CUNNINGHAM:  Could I just ask, are   10:13
20   we talking about the project committee here?   10:14
21   Are we talking about the executive committee?   10:16
22   Are we talking about the previous questions?   10:18
23       MR. BECKER:  The standards committee as   10:19
24   a whole.   10:10
25       MR. CUNNINGHAM:  The standards   10:11

**Page 49**

1   committee   10:12
2       MR BECKER:  Yeah   10:13
3       MR CUNNINGHAM:  For a specific   10:13
4   standard?  I just wanted to make sure we're   10:14
5   clear here   10:15
6    Q   (BY MR BECKER)  How many standards   10:11
7   committees are there?   10:12
8    A   There's project committees, and those overdo   10:13
9   the standards, but the standards committee is one   10:17
10    Q   There's just one standards committee?   10:19
11    A   With the -- right, with the subcommittees   10:11
12    Q   And what's the difference between the   10:17
13   projects committees and the standards committees?   10:19
14    A   A project committee is the one that is -- is   10:11
15   the group that's responsible for writing the standard   10:13
16   Standards committee is an over -- oversight committee   10:18
17       THE COURT REPORTER:  "Is an oversight"?   10:15
18       THE WITNESS:  Yes   10:19
19    Q   (BY MR BECKER)  And are any ASHRAE employees   10:13
20   members of the project committees?   10:16
21    A   No   10:18
22    Q   Are the members of the project committees   10:13
23   people from various interest categories --   10:19
24    A   Yes   10:13
25    Q   -- as you had defined previously?   10:13

**13 (Pages 46 - 49)**

1    A   Yes.                             10:16
2    Q   And are the project committee membership --   10:16
3  memberships balanced based off of those interest   10:11
4  categories?                           10:14
5    A   Yes.  Whatever interest categories the   10:16
6  project committee has, then they're balanced based on   10:18
7  the number of project committees.  That doesn't mean,   10:12
8  you know, if there's 30 people and you have five   10:14
9  interest categories, there's six in each.  It means no   10:17
10  more than 50 percent in one interest -- interest   10:14
11  category.                            10:18
12    Q   So why is it that these people who are not   10:13
13  ASHRAE employees participate in the project committees?   10:10
14        MR. CUNNINGHAM:  Object to form.     10:14
15        THE WITNESS:  I would say because either   10:18
16  they really like that topic, it may affect --   10:10
17  you know, it may be because it affects   10:14
18  something that they do in their business.   10:18
19  They may be in the -- in the code arena and   10:18
20  they want to make sure it's written so that   10:13
21  you can adopt it in code.  It could be a   10:16
22  number of reasons why they choose to   10:18
23  participate.                         10:10
24    Q   (BY MR. BECKER)  And why is it that they'd   10:16
25  want to participate for a standard that would be   10:18

Page 50

1  adopted into code?                     10:12
2        MR. CUNNINGHAM:  Object to form.     10:14
3        THE WITNESS:  My -- my guess would be   10:17
4  that, you know, it's going to affect their --   10:18
5  their business somehow or the -- you know, or   10:12
6  the jurisdiction in which they work.   10:16
7    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   10:12
8  you what's been previously marked as Exhibit 1076.   10:13
9  This is Defendant Public.Resource.Org's Amended Notice   10:19
10  of Rule 30(b)(6) Deposition of American Society of   10:13
11  Heating, Refrigeration, and Air-Conditioning Engineers,   10:18
12  Inc.  And this document had been previously introduced   10:18
13  in Mr. Comstock's deposition.          10:13
14    A   Okay.                            10:16
15    Q   Have you seen this document before,   10:17
16  Ms. Reiniche -- excuse me, Ms. Reiniche?   10:19
17    A   Yes.                             10:16
18    Q   And when did you first see this document   10:16
19  before, to your recollection?          10:10
20        MR. CUNNINGHAM:  So I'm -- Matt, this   10:11
21  question is obviously fine, but I just want   10:13
22  to caution the witness to not go into the   10:15
23  substance of any communications that may have   10:18
24  occurred between you and counsel.   10:13
25        THE WITNESS:  I probably would have seen   10:15

Page 51

1  this when we first tried to -- started trying   10:15
2  to schedule my deposition.  I'm guessing   10:19
3  February.                            10:11
4    Q   (BY MR. BECKER)  And have you reviewed the   10:14
5  topics of examination that's starting on page 4?   10:16
6    A   Yes.                             10:13
7    Q   And you're aware that you are here as a   10:17
8  30(b)(6) designee for ASHRAE with regards to particular   10:19
9  topics of examination?                 10:16
10    A   Yes.                             10:17
11    Q   And that means that -- that you are expected   10:17
12  to prepare and be knowledgeable as to those particular   10:10
13  topics, correct?                      10:13
14    A   Yes.                             10:14
15    Q   And those topics are, topic number 1, "The   10:16
16  process and activities of developing the works at   10:11
17  issue, including participation of government and   10:14
18  private sector personnel in standards development."   10:17
19    A   Yes.                             10:10
20    Q   And did you prepare for that topic?   10:11
21    A   Yes.                             10:13
22    Q   And have you been using your knowledge of   10:17
23  that topic in the answers that you had given me earlier   10:19
24  today concerning the standards committee and project   10:13
25  committee?                           10:18

Page 52

1    A   Yes.                             10:19
2    Q   And have you been using your knowledge with   10:11
3  regards to that topic as it applies to the other   10:13
4  answers that you've provided me about the ASHRAE's   10:16
5  operations?                          10:19
6    A   Yes.                             10:10
7    Q   And the other topics that you have prepared   10:10
8  for today include topic number 2, correct?   10:12
9    A   For the copyright?                  10:11
10    Q   For topic number 2, "All elements of the   10:12
11  chain of title of copyright ownership, including   10:15
12  copyright authorship and ownership of component parts   10:19
13  of the works at issue in this case"?   10:13
14    A   Yes.                             10:14
15    Q   And you've also prepared for topic number 3,   10:17
16  "The authority of persons executing copyright   10:10
17  assignment forms in favor of you to convey the   10:13
18  copyright rights in their works or expression,   10:17
19  including but not limited to evidence of authority of   10:19
20  employees to assign copyrights they do not own   10:12
21  individually"?                       10:15
22    A   Yes.                             10:16
23    Q   On to page 5.  You've also prepared for topic   10:13
24  number 6; is that correct?            10:17
25    A   Yes.                             10:11

Page 53

14 (Pages 50 - 53)

1    A   Do you mean everyone on the roster, or do you   10:42
2  mean just project committee?                          10:45
3    Q   For everyone on the roster.                     10:40
4    A   For -- yes, for everyone on the roster.         10:44
5    Q   And so are there people outside of the          10:40
6  project committee that would be contributing text to  10:43
7  Standard 90.1 at that time?                           10:46
8    A   Yes.                                            10:48
9    Q   And would all of the people who were            10:40
10 contributing text to Standard 90.1 at that time be    10:43
11 listed on these pages of the roster?                  10:46
12   A   No.                                             10:48
13   Q   So what other people would have been            10:49
14 contributing text to Standard 90.1 at that time?      10:42
15   A   Commenters on -- draft goes out for comment     10:46
16 and those who submitted a continuous maintenance change 10:40
17 proposal.                                             10:43
18   Q   And where does -- excuse me.                    10:44
19       Does ASHRAE keep lists of commenters?          10:53
20   A   We have lists of commenters.  For this year,   10:58
21 I don't know, because our record retention policy     10:54
22 wouldn't require us to keep records this far back.     10:56
23   Q   What was the ASHRAE's record retention         10:59
24 policy?                                               10:52
25   A   We follow the ANSI policy of keeping records   10:53

Page 58

1  back to the last prior revisions.                     10:50
2    Q   And what is the last prior revision for         10:50
3  Standard 90.1?                                        10:50
4    A   2013.                                           10:50
5    Q   So does that mean that ASHRAE would not have   10:51
6  records for the 2010 addition of 90.1?                10:51
7    A   Not necessarily.  We -- if they're             10:51
8  electronic, we probably still have them.  There may be 10:51
9  some in paper format that are in Iron Mountain.  I    10:51
10 can't guarantee that all the prior stuff is still     10:51
11 there, especially if it's not in electronic format.   10:51
12   Q   And what is Iron Mountain?                      10:51
13   A   It's an off-site storage facility.             10:51
14   Q   And does the -- your same answer that you      10:51
15 don't necessarily have records as to the 2007 and 2004 10:51
16 edition of Standard 90.1 also apply?                  10:51
17   A   That would be correct.  Some -- if it's        10:51
18 electronic, then we probably still have it.  But if   10:51
19 it's paper, it may or may not still be at Iron        10:51
20 Mountain.                                             10:51
21   Q   At what point would ASHRAE have destroyed      10:52
22 these documents for Standard 20 -- 90.1 2010 edition,  10:52
23 if it had done so?                                    10:52
24   A   If we destroyed it, we could have destroyed    10:52
25 it at the time of 2013 publishing.                    10:52

Page 59

1    Q   And would that have meant that the -- the       10:58
2  records for the 2007 edition of 90.1 would have been   10:52
3  destroyed at the time of the 2010 publishing?         10:59
4    A   If they were destroyed, then yes.              10:52
5    Q   You had mentioned before the term "continuous  10:59
6  maintenance change."  What does that mean?             10:53
7    A   Standard 90.1 is on continuous maintenance,    10:56
8  so anyone at any time can propose a change to the     10:59
9  standard.  It could be a project committee member or  10:53
10 the public.  If it's the public, then there's a       10:56
11 continuous maintenance change proposal form that gets 10:51
12 submitted.                                            10:54
13   Q   And similarly, for the continuous maintenance  10:56
14 change proposal forms, would those also have been     10:51
15 destroyed?                                            10:54
16   A   They could have been destroyed.                10:56
17   Q   Who would know whether or not these documents  10:52
18 for the 2010 prior editions of ASHRAE Standard 90.1   10:55
19 were or were not destroyed?                           10:50
20       MR. CUNNINGHAM:  I'm going to object            10:54
21 that the line of questioning about document           10:56
22 retention policy is outside the scope of the          10:58
23 30(b)(6) topics.                                      10:52
24       You can answer.                                10:54
25       THE WITNESS:  Okay.  I would -- I --           10:57

Page 60

1  there is a log of files that we keep that are          10:53
2  at Iron Mountain.  I have access to those             10:54
3  logs, can find out what's there.  I would not         10:54
4  know what was or was not destroyed unless I           10:54
5  brought every single box back from Iron               10:54
6  Mountain, assuming they are all labeled               10:54
7  correctly.                                            10:54
8    Q   (BY MR. BECKER) Ms. Reiniche, looking at        10:54
9  Exhibit 1119 on page 2, where it says that ASHRAE was 10:55
10 ordered to produce lists of project committee members, 10:55
11 does Exhibit 1120 provide that list of project         10:55
12 committee members for Standard 90.1?                   10:55
13       MR. CUNNINGHAM:  Objection to form.             10:55
14       THE WITNESS:  This is only at one point         10:55
15 in time, so this isn't every single one.              10:55
16 This is at one point.                                 10:55
17   Q   (BY MR. BECKER) But would it provide that      10:55
18 for that one point in time?                            10:55
19   A   Yes.                                            10:55
20   Q   Ms. Reiniche, I'm handing you what has been    10:56
21 marked as Exhibit 1121 --                             10:56
22   A   Okay.                                           10:56
23   Q   -- which reads "ASHRAE Roster."  Could you     10:56
24 tell me what this is?                                  10:56
25   A   This is the roster that would have been --     10:56

Page 61

16 (Pages 58 - 61)

1    THE WITNESS:  To my knowledge, it is    11:01
2  probably something we keep it's a -- if it    11:04
3  was entered in the database.  At the time, we    11:06
4  had the database that tracks them.  And    11:09
5  provided there's not an issue with the    11:01
6  database, then it would be kept.    11:04
7    Q    (BY MR. BECKER)  And what database are you    11:05
8  referring to?    11:06
9    A    We have a continuous maintenance change    11:07
10  proposal access database.    11:09
11    Q    And do you know when ASHRAE first started    11:02
12  using that database?    11:05
13    A    Around 2003.    11:08
14    Q    What kind of information does that database    11:04
15  contain?    11:07
16    A    What you see in this report, which is the    11:07
17  proposer, the number, proposal date, when it was    11:00
18  received.  And then there -- there will be a date    11:03
19  isn't shown on here that tells when the committee would    11:07
20  have responded so that we can close out the proposal.    11:01
21    Q    And does the database also contain the    11:06
22  content of the proposal itself?    11:00
23    A    No.    11:02
24    Q    Where would someone find the content of the    11:04
25  proposal itself?    11:07
                                        Page 66

1    A    No.    11:07
2    Q    Why is that?    11:07
3    A    They just aren't using it -- there may have    11:07
4  been one way back when they did everything in paper,    11:07
5  but we don't use a Task Sheet 9 now.    11:07
6  (Exhibit 1133 marked for identification.)    11:08
7    Q    (BY MR. BECKER)  I'm handing you what's been    11:08
8  marked as Exhibit number 1133.  This is Bates number    11:08
9  ASHRAE0002469.  Could you tell me what this document    11:08
10  is?    11:08
11    A    These are proposals received for continuous    11:08
12  maintenance of ASHRAE Standard 90.1 2004 dated as of    11:08
13  January 4th, 2005.    11:08
14    Q    For both Exhibit 1132 and 1133, it appears    11:08
15  that the dates that the proposals were received --    11:08
16  excuse me, let me say that again.    11:08
17    For Exhibits 1132 and 1133, it appears that    11:08
18  the date of the document in the top right corner is    11:09
19  subsequent to the year of the standard itself; is that    11:09
20  correct?    11:09
21    A    You mean --    11:09
22    Q    Let me clarify.  For -- for Exhibit 1132,    11:09
23  that exhibit pertains to Standard 90.1 2001, but the    11:09
24  document itself is from January 5th, 2004; is that    11:09
25  correct?    11:09
                                        Page 68

1    A    If it was -- when we were saving    11:09
2  electronically, then there will be a -- what we call a    11:03
3  task sheet that we save on our network drive where    11:06
4  they're saved.  And then if not, it's in paper.  It    11:09
5  would have been sent to Iron Mountain.    11:03
6    Q    And what would be the title of the document    11:06
7  that would have this -- one of these proposals in it?    11:09
8    A    On the network drive?    11:05
9    Q    Yeah.    11:06
10    MR. CUNNINGHAM:  Object to form.    11:09
11    THE WITNESS:  It's probably Task Sheet 6    11:01
12  would be the title.    11:05
13    Q    (BY MR. BECKER)  And what does -- are there    11:06
14  other task sheets?    11:03
15    A    Yes.    11:04
16    Q    And what are the other task sheets?    11:05
17    A    There's a Task Sheet 1 for new projects; Task    11:08
18  Sheet 2 that was membership; Task Sheet 3 is title,    11:02
19  purpose and scope change.  I don't believe we have a 4;    11:07
20  a Task Sheet 5, which is public review; Task Sheet 7,    11:02
21  which is publication; and Task Sheet 8, which is    11:07
22  appeals.  And Task Sheet 10 might -- there might be a    11:03
23  Task Sheet 10 now.  We might have switched the    11:07
24  continuous maintenance to that.    11:01
25    Q    Is there a Task Sheet 9?    11:03
                                        Page 67

1    A    That's correct.    11:05
2    Q    And why is that?    11:05
3    A    That would have been at the one-year mark --    11:07
4  well, they have 13 months to -- to respond to    11:02
5  continuous maintenance change proposals within a year,    11:05
6  so this would have been printed prior to their January    11:07
7  2004 meeting, because we would want to know what the    11:01
8  status of the continuous maintenance change proposals    11:05
9  were at that time.    11:10
10    Q    The proposals that were reflected here, would    11:11
11  those be -- if made effective, would those be made    11:16
12  effective in Standard 90.1 2001 or in a later version?    11:15
13    A    A later version.    11:10
14    Q    So the proposals reflected in Exhibit 1132,    11:19
15  would those, if they had been enacted, be enacted into    11:13
16  Standard 90.1 2004?    11:18
17    A    Yes.    11:10
18  (Exhibit 1134 marked for identification.)    11:12
19    Q    (BY MR. BECKER)  I'm handing you what's been    11:10
20  marked as Exhibit 1134, Bates number ASHRAE0022821.    11:11
21  Could you tell me what this document is, please?    11:19
22    A    This is the form to comment on a public    11:12
23  review draft for an addendum to 90.1 2004.    11:17
24    Q    And do you see where it says "Number 2,    11:17
25  copyright release"?    11:10
                                        Page 69

                                18 (Pages 66 - 69)

Page 70

```
1    A   Yes.                              11:12
2    Q   What is the significance of the copyright   11:12
3  release?                               11:12
4        MR. CUNNINGHAM: Object to form.   11:12
5        THE WITNESS: It -- the significance of   11:12
6  it is when the commenter submits their   11:12
7  comments, they are giving ASHRAE the   11:12
8  nonexclusive rights to use whatever material   11:12
9  they submit in their comments to change or   11:12
10  modify the standard and then ASHRAE owns the   11:12
11  copyright, and they don't.             11:12
12       MR. BECKER: I'm sorry, Counsel, will   11:12
13  you mind elaborating on the reason for your   11:12
14  objection?                            11:12
15       MR. CUNNINGHAM: It calls for a legal   11:12
16  conclusion.                           11:12
17   Q   (BY MR. BECKER) Why does ASHRAE include the  11:12
18  copyright release in this document?    11:12
19       MR. CUNNINGHAM: Object to form.   11:12
20       THE WITNESS: We include it so that we   11:12
21  can include the material in -- in the   11:12
22  document that they're commenting on without   11:12
23  having to get copyright permission; because   11:13
24  they're giving it, we don't have to go back.   11:13
25  They're giving it when they sign it.   11:13
```

Page 71

```
1    Q   (BY MR. BECKER) Does ASHRAE believe that it  11:10
2  owns the copyright if somebody signs this form?   11:11
3    A   Yes.                             11:16
4    Q   Would ASHRAE accept a form like this if it   11:12
5  had not been signed and dated?        11:16
6    A   No.                              11:18
7    Q   Do you know of any instance in which ASHRAE  11:11
8  has accepted a form like this if it has not been signed  11:14
9  and dated?                            11:17
10   A   No.                              11:16
11   Q   Do you have any reason to believe that this   11:11
12  document produced by ASHRAE is not an authentic   11:13
13  document?                            11:16
14   A   No.                              11:16
15   Q   And are you familiar with this document   11:11
16  through your work at ASHRAE?          11:13
17   A   Yes.                             11:16
18   Q   Is this one of the documents that you review?  11:19
19   A   Yes.                             11:13
20  (Exhibit 1135 marked for identification.)   11:16
21   Q   (BY MR. BECKER) I'm handing you what has   11:19
22  been marked as Exhibit 1135, Bates number   11:12
23  ASHRAE0022819.  Do you recognize this document?   11:15
24   A   Yes.                             11:19
25   Q   And what is this document?        11:19
```

Page 72

```
1    A   This is a document to submit a continuous   11:11
2  maintenance change proposal.          11:16
3    Q   Does this document contain a copyright   11:10
4  release as well?                      11:14
5    A   Yes.                             11:15
6    Q   Could you please mark on the page where the   11:12
7  copyright release is?                 11:16
8  (Witness complied with the request of counsel.)   11:13
9    A   There's two spots.               11:13
10       MR. CUNNINGHAM: I'm going to go ahead   11:15
11  and object again to form here, Matt.   11:19
12   Q   (BY MR. BECKER) And those two spots you've   11:18
13  marked with a number 1 and number 2; is that correct?   11:19
14   A   That's correct.                  11:12
15   Q   Why does ASHRAE use two copyright releases on   11:12
16  this form?                            11:19
17       MR. CUNNINGHAM: Object to form.   11:10
18       THE WITNESS: Actually, I think we   11:11
19  allowed it so they could either sign it and   11:11
20  send it in or they could put an electronic   11:14
21  signature in.  I just think there's a   11:17
22  signature line that we missed when we made   11:18
23  the form.                             11:10
24   Q   (BY MR. BECKER) So this form should have   11:13
25  a -- a signature line below the first copyright   11:14
```

Page 73

```
1  release, but it does not?               11:10
2    A   Correct.                         11:11
3    Q   And if this form were printed out and sent to  11:13
4  ASHRAE, would ASHRAE reject it if someone had not   11:19
5  signed below the first copyright release?   11:13
6    A   On this one, we would have allowed either the  11:17
7  electronic signature if they printed it with the   11:10
8  electronic or if they had signed it, because the   11:11
9  language was the same.                11:14
10   Q   Would ASHRAE accept this document if someone   11:19
11  had not typed in their name where it says "I, insert   11:14
12  name"?                                11:10
13   A   If -- if they did not sign it and did not   11:10
14  insert their name, we would not accept it.   11:13
15   Q   Comparing documents Exhibits 1134 and 1135,   11:17
16  is the copyright release in 1134 the same as the   11:12
17  copyright release -- the first copyright release in   11:10
18  1135?                                 11:13
19   A   There is missing -- oh, no, I just can't read  11:10
20  right.  No, they're the same.          11:17
21   Q   And comparing the first and second copyright   11:12
22  release in 1135, can you say what the differences   11:16
23  between those two are?                11:10
24       MR. CUNNINGHAM: I'm just going to   11:11
25  object.  Matt, I think the document speaks   11:12
```

19 (Pages 70 - 73)

Page 74

1  for itself here                          11:14
2       THE WITNESS:  The -- the only difference   11:11
3  is one we allow electronic signature, and the   11:12
4  other is just a hand -- is a handwritten   11:15
5  signature                                11:10
6       Q   (BY MR BECKER) Thank you        11:11
7  (Exhibit 1136 marked for identification )   11:14
8       Q   (BY MR BECKER) I'm handing you what's been   11:12
9  marked as Exhibit 1136, Bates number ASHRAE0022823  Do   11:14
10 you recognize this document?             11:10
11     A   Yes                              11:12
12     Q   And what is this document?       11:13
13     A   This is the -- the form to comment on a   11:14
14 public review draft standard guideline or addendum   11:17
15     THE COURT REPORTER:  Can we go off the   11:10
16 record a second?                         11:14
17     THE VIDEOGRAPHER:  Going off the record   11:17
18 at 11:19                                 11:18
19 (Recess taken )                          11:27
20     THE VIDEOGRAPHER:  Going on the record   11:28
21 at 11:22                                 11:28
22     Q   (BY MR BECKER) Ms  Reiniche, looking again   11:26
23 on -- at Exhibit 1136, if you look at the second page   11:26
24 of the exhibit, could you tell me what the significance   11:22
25 of the date on the second page is?       11:27

Page 76

1      Q   1136.                           11:22
2      A   Yes.                            11:25
3      Q   And which is the same as the copyright   11:26
4  releases on Exhibit 1135; is that correct?   11:20
5      A   That's correct.                 11:25
6      Q   And Exhibit 1137 says that it was revised on   11:21
7  January 30th, 2006 on the back of the document; is that   11:26
8  correct?                                 11:20
9      A   That's correct.                 11:21
10 (Exhibit 1138 marked for identification.)   11:28
11     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   11:27
12 you what's been marked as Exhibit 1138, Bates number   11:27
13 ASHRAE0022820.  Do you recognize this document?   11:21
14     A   Yes.                            11:26
15     Q   And what is this document?       11:27
16     A   This is the form to submit a proposed change   11:28
17 to an ASHRAE standard under continuous maintenance.   11:21
18     Q   And does this document contain the same two   11:27
19 copyright releases that were featured in the previous   11:20
20 exhibit, 1137?                           11:24
21     A   Yes.                            11:29
22     Q   And at the bottom of the page, does this   11:22
23 document show that it was revised on March 9th, 2007?   11:24
24     A   Yes.                            11:25
25 (Exhibit 1139 marked for identification.)   11:21

Page 75

1      A   That was when we were -- we must have made a   11:23
2  revision.  So if we changed anything, even if it's one   11:23
3  word, we put a new revision date on a form.   11:23
4      Q   And returning to Exhibit 1135, is that also   11:23
5  what "revised 1/30/2006" means at the bottom of that   11:23
6  document?                                11:23
7      A   Yes.                            11:23
8      Q   And returning to Exhibit 1134 at the back of   11:23
9  that document where it says "REV 03-01-2004," is that   11:23
10 also what that date means?               11:23
11     A   Yes.                            11:24
12     Q   Thank you.                      11:24
13 (Exhibit 1137 marked for identification.)   11:24
14     Q   (BY MR. BECKER)  Handing you what's been   11:24
15 marked as Exhibit 1137.  This is ASHRAE Bates number   11:24
16 0022825.  Do you recognize this document?   11:24
17     A   Yes.                            11:24
18     Q   And what is this document?       11:24
19     A   This is a form for commenting on a public   11:24
20 review draft to an ASHRAE standard, guideline or   11:24
21 addendum.                                11:24
22     Q   And does this document also contain the same   11:24
23 copyright release -- excuse me, the same two copyright   11:24
24 releases that had appeared on the previous exhibit?   11:24
25     A   Which one?                      11:25

Page 77

1      Q   (BY MR. BECKER)  I'm handing you what's been   11:26
2  marked as Exhibit 1139.  This is Bates number   11:26
3  ASHRAE0022814.  Do you recognize this document?   11:20
4      A   Yes.                            11:24
5      Q   Could you tell me what this document is?   11:24
6      A   This is an Application for Project Committee   11:26
7  Organizational Representative Membership form.   11:24
8      Q   Does this document include a copyright   11:27
9  release under section 6?                 11:20
10     A   Yes.                            11:22
11     Q   Apart from referring to ASHRAE standard or   11:24
12 guideline project committee, does this copyright   11:20
13 release under section 6 of Exhibit 1139 appear the same   11:24
14 as the copyright -- the first copyright release in   11:22
15 Exhibit 1138?                            11:23
16     MR. CUNNINGHAM:  Object to form.     11:26
17     THE WITNESS:  Actually, it differs.   11:20
18     Q   (BY MR. BECKER)  How does it differ?   11:22
19     A   There's additional language included in   11:24
20 Exhibit 1139.                            11:29
21     Q   And could you tell me what that -- excuse me,   11:21
22 could you tell me what that additional language is?   11:24
23     A   In the third sentence down, it adds, "to any   11:29
24 contributions I make to documents prepared by or for   11:24
25 such committee for ASHRAE publication."  And -- and   11:28

20 (Pages 74 - 77)

1 then the rest is all the same.                    11:22

2    Q   Could you tell me on what date Exhibit 1139  11:21

3 was revised?                                      11:21

4    A   October 2009.                              11:23

5 (Exhibit 1140 marked for identification.)          11:31

6    Q   (BY MR. BECKER)  Handing you what's been    11:35

7 marked as Exhibit 1140.  Do you recognize this     11:35

8 document?                                          11:32

9    A   Yes.                                        11:32

10    Q   Could you tell me what this document is?    11:32

11    A   This is the ASHRAE Standard Guideline Project  11:34

12 Committee Application for Individual Membership.    11:38

13    Q   And does this Exhibit 1140 include a        11:31

14 copyright release under section 5?                 11:34

15    A   Yes.                                        11:36

16    Q   Could you tell me if this copyright release  11:30

17 differs in any way from the copyright release on    11:35

18 Exhibit 1139?                                      11:33

19        MR. CUNNINGHAM:  Object to form.           11:33

20        THE WITNESS:  The only difference is        11:31

21 that on form 1139, it says "elected as an          11:34

22 organizational member" versus 1140, which is       11:30

23 "as a member."                                    11:33

24    Q   (BY MR. BECKER)  Are Exhibits 1139 and      11:32

25 Exhibits 1140 documents that individuals are required  11:35

                                          Page 78

1 to fill out in order to obtain membership with ASHRAE?  11:30

2    A   For project committees, yes.                11:37

3 (Exhibit 1141 marked for identification.)          11:30

4    Q   (BY MR. BECKER)  I'm handing you what's been  11:30

5 marked as Exhibit 1141.  Do you recognize this     11:31

6 document?                                          11:36

7    A   Yes.                                        11:39

8    Q   Could you tell me what this document is?     11:30

9    A   This document is -- language includes our    11:33

10 copyright information for electronic or -- or the   11:37

11 signing.                                          11:31

12    Q   Does this document, Exhibit 1141, include the  11:36

13 same two copyright releases that were seen in Exhibit  11:33

14 1135?                                             11:39

15        MR. CUNNINGHAM:  Object to form.           11:38

16        THE WITNESS:  There's a few "and"s         11:36

17 missing in the -- in -- in 1141 that are in        11:38

18 1135.  And in 1141, the signature line is         11:30

19 included, which is not in 1135.  But other        11:35

20 than that, they're the same.                       11:38

21    Q   (BY MR. BECKER)  Thank you.                 11:32

22        Does this document appear to be redacted to  11:35

23 you?                                              11:38

24    A   Yes.                                        11:38

25    Q   Do you know why this document is redacted?  11:39

                                          Page 79

1    A   No.                                         11:32

2    Q   Does ASHRAE ordinarily keep a document that  11:38

3 would look like this in its redacted form?          11:36

4    A   Actually, I -- I would -- correct.  If it was  11:30

5 redacted, it was probably because it had contact -- or  11:32

6 contact information of the individual on here, and that  11:36

7 would have been why it would have been redacted.    11:38

8 (Exhibit 1142 marked for identification.)          11:35

9    Q   (BY MR. BECKER)  I'm handing you what's been  11:34

10 marked as Exhibit 1142.  This is ASHRAE Bates number  11:35

11 0001618.  With the exception of the different Bates  11:39

12 numbers, does this document appear to you to be    11:33

13 identical to the previous exhibit, Exhibit 1141?    11:36

14    A   Yes.                                        11:32

15 (Exhibit 1143 marked for identification.)          11:32

16    Q   (BY MR. BECKER)  I'm handing you what's been  11:38

17 marked as Exhibit 1143.  Could you tell me what this  11:30

18 document is?                                        11:35

19    A   This is the Form for Continuous Maintenance  11:36

20 Change Proposal.                                   11:39

21    Q   And do you recognize this document?         11:30

22    A   Yes.                                        11:32

23    Q   And could you tell me when this document was  11:37

24 last revised?                                      11:30

25    A   January 30th, 2006.                         11:31

                                          Page 80

1    Q   And does this document have the same two    11:37

2 copyright releases as in Exhibit 1135?              11:37

3    A   Yes.                                         11:37

4 (Exhibit 1144 marked for identification.)          11:37

5    Q   (BY MR. BECKER)  I'm handing you what's been  11:38

6 marked as Exhibit 1144.  Do you recognize this     11:38

7 document?                                           11:38

8    A   Yes.                                         11:38

9    Q   Could you tell me what it is?                11:38

10    A   This is the Form for Commenting in a Public  11:38

11 Review Draft ASHRAE Standard, Guideline or Addendum.  11:38

12    Q   And looking at the second page of this      11:38

13 document, could you tell me the date on which it was  11:38

14 revised?                                           11:38

15    A   March 1st, 2004.                            11:38

16    Q   And does this document have the same        11:38

17 copyright release as Exhibit 1134?                 11:38

18    A   Yes.                                        11:39

19 (Exhibit 1145 marked for identification.)          11:39

20    Q   (BY MR. BECKER)  Handing you what's been    11:39

21 marked as Exhibit 1145.  This is Bates number      11:39

22 ASHRAE0001606.  Could you -- do you recognize this  11:39

23 document?                                          11:39

24    A   Yes.                                        11:39

25    Q   Could you tell me what this document is?    11:39

                                          Page 81

21 (Pages 78 - 81)

1    A   This is the Form for Commenting on a Public   11:39
2  Review Draft ASHRAE Standard, Guideline or Addendum.   11:32
3    Q   And could you tell me the date on which this   11:37
4  was revised?                    11:39
5    A   March 1st, 2004                11:33
6    Q   And does this include the same copyright   11:34
7  release that was in the previous exhibit, 1144?   11:36
8    A   Yes                        11:46
9  (Exhibit 1146 marked for identification )       11:41
10    Q   (BY MR BECKER) I'm handing you what's been   11:49
11  marked as Exhibit 1146  Do you recognize this     11:40
12  document?                      11:44
13    A   Yes                        11:44
14      MR  BECKER:  And this -- just for the     11:47
15    record, this document is Bates number        11:49
16  ASHRAE0001600                   11:41
17    Q   (BY MR BECKER) Could you tell me what this   11:45
18  document is?                    11:47
19    A   This is the Form for Submittal of a Proposed   11:48
20  Change to ASHRAE Standard Under Continuous Maintenance   11:41
21    Q   Could you -- could you tell me the       11:47
22  significance of the date in the bottom left-hand     11:49
23  corner?                       11:43
24    A   That would have been the date it was revised   11:43
25    Q   Does this document include the same copyright   11:43

Page 82

1  release under section 1 as was in Exhibit 1134?   11:41
2    A   With the exception of splitting up a       11:41
3  sentence, it's exactly the same.  There's an "and" in   11:41
4  1134 between "proposals" and "I understand" -- and "I   11:41
5  understand" that is not in 1146.           11:42
6  (Exhibit 1147 marked for identification.)       11:42
7    Q   (BY MR. BECKER) I'm handing you what's been   11:42
8  marked as Exhibit 1147.  This is Bates number     11:42
9  ASHRAE0001604.  Do you recognize this document?   11:42
10    A   Yes.                      11:42
11    Q   Could you tell me what this document is?   11:42
12    A   This is a Continuous Maintenance Submittal   11:42
13  form.                       11:42
14    Q   And could you tell me when this document was   11:42
15  revised?                      11:42
16    A   January 30th, 2006.             11:42
17    Q   Does this document include the same       11:42
18  copyright -- copyright releases as in Exhibit 1135?   11:42
19    A   Yes.                      11:43
20  (Exhibit 1148 marked for identification.)       11:43
21    Q   (BY MR. BECKER) I'm handing you what's been   11:43
22  marked as Exhibit 1148.  Do you recognize this     11:43
23  document?                      11:43
24    A   Yes.                      11:43
25    Q   Could you tell me what this document is?   11:43

Page 83

1    A   This is the Form for Commenting on a Public   11:43
2  Review Draft ASHRAE Standard, Guideline or Addendum.   11:43
3    Q   Looking at the second page of this document,   11:43
4  could you tell me when this document was revised?   11:43
5    A   January 30th, 2006.             11:43
6    Q   Does this document under section 2,       11:43
7  "Copyright Release," have the same two copyright   11:43
8  releases that were in Exhibit 1135?           11:43
9    A   In the first paragraph, in -- in the third   11:44
10  line down, instead of saying "the standard," like we   11:44
11  see in Exhibit 1135, in Exhibit 1148, it says "this   11:44
12  standard."                      11:44
13  (Exhibit 1149 marked for identification.)       11:44
14    Q   (BY MR. BECKER) I'm handing you what's been   11:44
15  marked as Exhibit 1149.  Do you recognize this     11:44
16  document?                      11:44
17    A   Yes.                      11:44
18    Q   Could you tell me what this document is?   11:44
19    A   This is the Form for Commenting on a Public   11:45
20  Review Draft, ASHRAE Standard, Guideline or Addendum.   11:45
21      MR. BECKER:  For the record, I'll just     11:45
22    state that this is Bates number           11:45
23  ASHRAE0001610.                   11:45
24    Q   (BY MR. BECKER) Looking at the back of the   11:45
25  document, could you tell me the date on which this was   11:45

Page 84

1  revised?                       11:45
2    A   January 30th, 2006.             11:45
3    Q   Does this document, Exhibit 1149, have the   11:45
4  same copyright releases as in the previous exhibit,   11:45
5  1148?                       11:45
6    A   Yes.                      11:45
7  (Exhibit 1150 marked for identification.)       11:45
8    Q   (BY MR. BECKER) I'm handing you what's been   11:46
9  marked as Exhibit 1150.  This is Bates number     11:46
10  ASHRAE0001605.  Do you recognize this document?   11:46
11    A   Yes.                      11:46
12    Q   And could you tell me what this document is?   11:46
13    A   This is the Form for Submittal of a Proposed   11:46
14  Change to an ASHRAE Standard Under Continuous   11:46
15  Maintenance.                   11:46
16    Q   And could you tell me, looking at the bottom   11:46
17  right-hand corner, the date on which this was revised?   11:46
18    A   March 9th, 2007.               11:46
19    Q   And does Exhibit 1150 have the same two     11:46
20  copyright releases as Exhibit 1135?           11:46
21    A   With the exception of an "and" that's in   11:47
22  paragraph -- in the second paragraph of 1135, where   11:47
23  it's between "proposals" and "I understand," it's the   11:47
24  same.                       11:47
25  (Exhibit 1151 marked for identification.)       11:47

Page 85

22 (Pages 82 - 85)

1    Q   (BY MR. BECKER)  I'm handing you what has    11:48
2    been marked as Exhibit 1151.  Do you recognize this    11:40
3    document?    11:42
4    A   Yes.    11:42
5    Q   Could you tell me what this document is?    11:43
6    A   This is an Application for Project Committee    11:45
7    Organizational Representative Membership.    11:47
8    Q   And looking at the bottom left-hand corner,    11:41
9    could you tell me the date on which this was revised?    11:45
10   A   October 2009.    11:48
11   Q   Comparing the copyright release -- excuse me.    11:40
12       Is there a copyright release under Exhibit --    11:45
13   excuse me, section 6 of Exhibit 1151?    11:47
14   A   Yes.    11:41
15   Q   And comparing that copyright release on    11:43
16   Exhibit 1151 with the copyright release on    11:47
17   Exhibit 1139, can you tell me if they are identical?    11:42
18   A   They are identical.    11:41
19   Q   Thank you.    11:46
20   (Exhibit 1152 marked for identification.)    11:48
21   Q   (BY MR. BECKER)  Handing you Exhibit 1152,    11:41
22   Bates number ASHRAE0001616.  Do you recognize this    11:43
23   document?    11:49
24   A   Yes.    11:49
25   Q   Could you tell me what this document is?    11:43

Page 86

1    A   This is the ASHRAE Standard Guideline Project    11:44
2    Committee Application for Individual Membership.    11:47
3    Q   And could you tell me the date on which this    11:56
4    was revised?    11:57
5    A   October 2009.    11:58
6    Q   Comparing the -- excuse me.    11:52
7        Is there a copyright release at section 5 of    11:59
8    Exhibit 1152?    11:52
9    A   Yes.    11:54
10   Q   Comparing the copyright release on section 5    11:56
11   of Exhibit 1152 with the copyright release from    11:58
12   Exhibit 1151, could you tell me if there are any    11:52
13   differences between the two?    11:56
14   A   The difference is on 1151, it's for an    11:55
15   organizational member; and 1152, it's a member.    11:59
16   Q   Thank you.    11:56
17   (Exhibit 1153 marked for identification.)    11:56
18   Q   (BY MR. BECKER)  I'm handing you what's been    11:58
19   marked as Exhibit 1153.  Do you recognize this    11:54
20   document?    11:50
21   A   Yes.    11:51
22   Q   Could you tell me what this document is?    11:54
23   A   This is how you would enter a comment on the    11:55
24   online comment database with entering the -- your name    11:58
25   into that field and "I agree" in order to go forward.    11:52

Page 87

1        MR. BECKER:  For the record, I'll note    11:57
2    that this is Bates number ASHRAE0001612.    11:58
3    Q   (BY MR. BECKER)  Are users of the ASHRAE    11:56
4    website required to fill in their name into the box    11:58
5    that says "Name of whoever is logged in to comment    11:54
6    would be entered here"?    11:57
7        MR. CUNNINGHAM:  Objection to form.    11:59
8        THE WITNESS:  In order to comment, any    11:52
9    member of the public would have to enter    11:55
10   their name as it would appear above that line    11:58
11   and hit "I agree" in order to comment in the    11:50
12   online comment database.    11:54
13   Q   (BY MR. BECKER)  Could you tell me who checks    11:55
14   that box for names?    11:58
15   A   You can't go forward.  If you click "I do not    11:51
16   agree," you cannot submit a comment.    11:53
17   Q   If -- does somebody check whatever names are    11:56
18   put in there to make sure that they match with the    11:50
19   person who's submitting the comments?    11:53
20   A   Do you mean can I physically tell if you were    11:58
21   signed in as somebody else and put their name in there?    11:52
22   A   Yes.    11:56
23   A   I cannot physically tell that.    11:58
24   Q   And if -- if I went on to the ASHRAE website    11:51
25   and I put in my name as just the letter Z and clicked    11:56

Page 88

1    "I agree," would it allow me to proceed?    11:53
2    A   No.    11:56
3    Q   And how does it stop me from proceeding?    11:57
4    A   There is a name -- where you see "Name of    11:50
5    whoever is logged in to comment would be entered here,"    11:53
6    the system generates the letters -- for example, for    11:56
7    mine, it would say Mrs. Stephanie R-E-I-N, is where it    11:51
8    ends up stop -- it goes to a certain amount of    11:55
9    characters.  That's what I enter there and hit "I    11:58
10   agree."    11:51
11   Q   So it might not allow you to enter your full    11:53
12   name?    11:56
13   A   Correct.  You have to enter whatever it shows    11:56
14   above there, because it's -- you know, it's got so    11:58
15   many -- the coding is such to so many characters.    11:52
16   Q   And where would it show the person's name?    11:57
17   A   Where you see "Name of whoever is logged in    11:59
18   to comment would be entered here," their name would    11:52
19   appear there.    11:56
20   Q   Okay.  Does this Exhibit 1153 include a    11:56
21   copyright release?    11:56
22   A   Yes.    11:57
23   Q   And is that the second paragraph on    11:51
24   Exhibit 1153?    11:54
25   A   Yes.    11:56

Page 89

23 (Pages 86 - 89)

1   Q   And does this copyright release on          11:52
2   Exhibit 1153 appear identical to the second copyright   11:55
3   release on Exhibit 1135?                          11:50
4       A   Other than the fact you can't do the "I,   11:53
5   insert name," it starts with "I, hereby," it's the   11:56
6   same.                                              11:50
7   (Exhibit 1154 marked for identification.)          11:53
8       Q   (BY MR. BECKER)  I'm handing you what's been   11:50
9   marked as Exhibit 1154.  Do you recognize this     11:50
10  document?                                          11:54
11      A   Yes.                                       11:56
12          MR. BECKER:  For the record, this is       11:58
13  Bates number ASHRAE0022827.                        11:59
14      Q   (BY MR. BECKER)  Could you tell me what this   11:53
15  document is?                                       11:54
16      A   This is the -- where you would go to log in   11:54
17  at the online comment database, and it shows me as   11:50
18  being logged in, because my name appears,          11:53
19  Mrs. Stephanie C. R-E-I-N.                         11:57
20      Q   And does this document, Exhibit 1154, include   11:59
21  a copyright release?                               11:54
22      A   Yes.                                       11:55
23      Q   And is this copyright release identical to   11:56
24  the copyright release in Exhibit 1153?             11:58
25      A   Yes.                                       11:59
                                                    Page 90

1       A   No.                                        11:53
2           MR. CUNNINGHAM:  Object to the form on     11:55
3   that.                                              11:56
4       Q   (BY MR. BECKER)  Does ASHRAE see a difference   11:51
5   between copyright releases and copyright assignments?   11:54
6           MR. CUNNINGHAM:  Object to the form.       11:57
7           THE WITNESS:  No.                          11:58
8       Q   (BY MR. BECKER)  Do you see a difference   11:51
9   between copyright releases and copyright assignments?   11:52
10          MR. CUNNINGHAM:  Object insofar as it's    11:56
11  outside the scope.                                 11:59
12          THE WITNESS:  No.                          11:51
13      Q   (BY MR. BECKER)  Is there any way in which   11:56
14  someone who contributed text to Standards 90.1 or to   11:58
15  the 1993 ASHRAE handbook would have given copyright   12:05
16  rights to ASHRAE, other than through the copyright   12:04
17  releases that we have discussed today?             12:09
18          MR. CUNNINGHAM:  Object to form.           12:03
19          THE WITNESS:  Do you mean because their    12:08
20  company submitted -- they took language from       12:01
21  a different document and put it in there?          12:03
22      Q   (BY MR. BECKER)  I mean, does ASHRAE believe   12:06
23  that it owns the copyright in contributions to     12:08
24  Standard 90.1 or to the 1993 ASHRAE handbook by virtue   12:05
25  of any copyright assignments or releases, other than   12:00
                                                    Page 92

1   Q   Ms. Reiniche, do you know when this copyright   11:50
2   release was first added to the ASHRAE website?     11:57
3       A   It would have been when we started the online   11:54
4   comment database, which was around 2005 -- no, I'm   11:56
5   sorry, around 2008.                                11:57
6       Q   And for the online comment database, has it   11:54
7   always required individuals to enter their name and   11:58
8   click "I agree" --                                 11:53
9       A   Yes.                                       11:54
10      Q   -- in order to gain access?                11:55
11          Ms. Reiniche, I will represent to you that we   11:59
12  have now produced before you as exhibits all of the   11:51
13  blank copyright releases that ASHRAE has produced to   11:55
14  Public Resource through discovery.                 11:50
15          Are you aware of any other copyright releases   11:53
16  that ASHRAE uses in order to get copyright for      11:57
17  Standards 90.1 or for the 1993 ASHRAE handbook that   11:53
18  have not been produced to Public Resource?         11:50
19      A   I'm not aware of anything that has not been   11:53
20  produced.                                          11:55
21      Q   Is ASHRAE aware of any copyright releases   11:57
22  that have not been produced to Public Resource?    11:50
23      A   No.                                        11:54
24      Q   Is ASHRAE aware of any copyright assignments   11:57
25  that have not been produced to Public Resource?    11:51
                                                    Page 91

1   those that we have discussed today?                12:04
2       A   No.                                        12:08
3       Q   And does ASHRAE believe that it owns       12:09
4   copyright in contributions to Standards 90.1 or to the   12:02
5   1993 handbook by virtue of any other means, other than   12:06
6   those copyright releases that we have discussed today?   12:01
7       A   No.                                        12:08
8           MR. CUNNINGHAM:  I'm going to object       12:08
9   insofar as the last few questions called for       12:09
10  legal conclusions.                                 12:01
11          MR. BECKER:  I think that we can stop      12:01
12  for lunch here, if that works for the rest of      12:03
13  you.                                               12:05
14          THE VIDEOGRAPHER:  Going off the record    12:06
15  at 12:01.                                          12:07
16  (Lunch recess.)                                    13:04
17  (Exhibit 1155 marked for identification.)          13:05
18          THE VIDEOGRAPHER:  Going on the record     13:02
19  at 13:03.                                          13:03
20      Q   (BY MR. BECKER)  Ms. Reiniche, we're back on   13:03
21  the record now.                                    13:05
22          Did you have anything that you had remembered   13:06
23  or wanted to add to prior testimony today?         13:09
24      A   No.                                        13:03
25      Q   Thank you.                                 13:04
                                                    Page 93

24 (Pages 90 - 93)

1 Now, Ms. Reiniche, I'm handing you what's   13:05
2 been marked as Exhibit 1155. It's Bates number   13:09
3 ASHRAE0001598. So, Ms. Reiniche, my sincere apologies.   13:07
4 I had missed this one last document that pertains to   13:04
5 the subject that we were discussing prior to lunch.   13:08
6    Can you tell me if you recognize this   13:02
7 document?   13:04
8 A   Yes.   13:04
9 Q   And can you tell me what this document is?   13:05
10 A   This is an Application for Membership on   13:09
11 ASHRAE Standard or Guideline Project Committee.   13:01
12 Q   And can you tell me if this document contains   13:03
13 a copyright assignment?   13:06
14 A   Yes, under number 7.   13:08
15 Q   Okay. And could you tell me if after seeing   13:09
16 this document if that changes any of your answers   13:01
17 earlier today?   13:05
18 A   No, it does not.   13:05
19 Q   Thank you.   13:07
20    Ms. Reiniche, could you walk me through at a   13:07
21 high level how ASHRAE standard -- standards are   13:00
22 created?   13:03
23 A   Sure. So it starts with a title, purpose and   13:03
24 scope being submitted for consideration to be approved.   13:08
25 That would have been approved by the procedures, policy   13:03
Page 94

1 publication. If they need to make more changes, it   13:06
2 will go back to the public review process.   13:08
3 Q   So in this process that you were describing,   13:01
4 it's the standards committee that would begin drafting   13:05
5 the document; is that correct?   13:08
6 A   No. It's the project committee that drafts   13:09
7 the document.   13:01
8 Q   And the process that you just described, is   13:01
9 that the process that's used for ASHRAE Standard 90.1?   13:06
10 A   It would have when it was started. The   13:02
11 difference -- there's a little difference now because   13:04
12 it's on continuous maintenance.   13:06
13 Q   And what -- what does that difference mean?   13:08
14 A   The difference is the membership is on a   13:00
15 four-year rotating cycle, so one -- basically, roughly   13:04
16 one-third of the committee would roll off every four   13:08
17 years, so they're not -- everyone is not coming off at   13:01
18 the same time. And new members will be added, so   13:04
19 they're added continuously, typically once a year.   13:07
20    Then instead of the full draft going out,   13:02
21 their addenda are issued to go out for public review   13:07
22 and comment. They'd either come from stuff that has   13:00
23 been generated by the committee or through a continuous   13:03
24 maintenance change proposal. And then the rest of the   13:05
25 process would follow the same way.   13:07
Page 96

1 interpretation subcommittee, then forwarded to the   13:07
2 standards committee for approval. Depending on what   13:02
3 year, it would have had to go to tech council, but   13:06
4 always ends up at our board of directors to approve the   13:00
5 title, purpose and scope for a new standard project   13:03
6 committee or guideline.   13:07
7    Then after that, you would do a call for   13:09
8 members, people would submit the membership   13:02
9 applications, and then the committee chair would   13:05
10 recommend to the standards project liaison subcommittee   13:04
11 and standards committee their membership.   13:01
12    And then the committee would -- would begin   13:06
13 working on drafting the document. Then they would   13:00
14 approve it for public review. And then depending on   13:04
15 what type of committee, would dictate how much more   13:08
16 oversight. So standards project liaison subcommittee   13:03
17 or the SPLS liaison would -- would say it's okay to go   13:05
18 out for public review. It goes out for comment.   13:01
19    The committee reviews all the comments,   13:05
20 responds to all the commenters. And then the   13:07
21 commenters have to indicate their resolution status.   13:05
22 And then the committee needs to decide whether or not   13:03
23 changes need to be made to the standard -- to the   13:06
24 document based on the comments received, or if not --   13:09
25 if not, it goes for -- they'll approve it for   13:02
Page 95

1 Q   And the -- who drafts the title, purpose and   13:03
2 scope?   13:07
3 A   The title, purpose and scope can be -- a new   13:02
4 one can be submitted by anyone. I could submit one;   13:05
5 you could submit one. The technical committee within   13:07
6 ASHRAE is usually how it's submitted.   13:01
7 Q   And is the technical committee, are they   13:02
8 volunteers or are they employees of ASHRAE?   13:07
9 A   Volunteers.   13:00
10 Q   And the project committee as well is   13:01
11 volunteers, correct?   13:03
12 A   That's correct.   13:04
13 Q   How are ASHRAE employees involved in the   13:01
14 creation and maintenance of ASHRAE Standard 90.1?   13:05
15 A   In the -- are you talking from now or are you   13:01
16 talking about when it was first started?   13:04
17 Q   Let's -- let's go from when it first started   13:07
18 until now.   13:09
19 A   So when the title, purpose and scope would   13:01
20 have been proposed, a staff member would -- would   13:03
21 review that to make sure it's in the correct format   13:06
22 and, if there is some questions, would actually send it   13:09
23 back to whoever had proposed it to make -- to correct   13:01
24 it or say if they're okay, if we met their intent, and   13:05
25 then send it forward to -- it probably when -- 19 --   13:09
Page 97

25 (Pages 94 - 97)

Page 94

1    Now, Ms. Reiniche, I'm handing you what's    13:05
2  been marked as Exhibit 1155. It's Bates number    13:09
3  ASHRAE0001598. So, Ms. Reiniche, my sincere apologies.  13:07
4  I had missed this one last document that pertains to    13:04
5  the subject that we were discussing prior to lunch.    13:08
6    Can you tell me if you recognize this    13:02
7  document?    13:04
8    A  Yes.    13:04
9    Q  And can you tell me what this document is?    13:05
10    A  This is an Application for Membership on    13:09
11  ASHRAE Standard or Guideline Project Committee.    13:01
12    Q  And can you tell me if this document contains    13:03
13  a copyright assignment?    13:06
14    A  Yes, under number 7.    13:08
15    Q  Okay. And could you tell me if after seeing    13:09
16  this document if that changes any of your answers    13:01
17  earlier today?    13:05
18    A  No, it does not.    13:05
19    Q  Thank you.    13:07
20    Ms. Reiniche, could you walk me through at a    13:07
21  high level how ASHRAE standard -- standards are    13:00
22  created?    13:03
23    A  Sure. So it starts with a title, purpose and  13:03
24  scope being submitted for consideration to be approved.  13:08
25  That would have been approved by the procedures, policy  13:03

Page 95

1  interpretation subcommittee, then forwarded to the    13:07
2  standards committee for approval. Depending on what    13:02
3  year, it would have had to go to tech council, but    13:06
4  always ends up at our board of directors to approve the  13:00
5  title, purpose and scope for a new standard project    13:03
6  committee or guideline.    13:07
7    Then after that, you would do a call for    13:09
8  members, people would submit the membership    13:02
9  applications, and then the committee chair would    13:05
10  recommend to the standards project liaison subcommittee  13:06
11  and standards committee their membership.    13:01
12    And then the committee would -- would begin    13:06
13  working on drafting the document. Then they would    13:00
14  approve it for public review. And then depending on    13:04
15  what type of committee, would dictate how much more    13:08
16  oversight. So standards project liaison subcommittee    13:03
17  or the SPLS liaison would -- would say it's okay to go  13:05
18  out for public review. It goes out for comment.    13:01
19    The committee reviews all the comments,    13:05
20  responds to all the commenters. And then the    13:07
21  commenters have to indicate their resolution status.    13:05
22  And then the committee needs to decide whether or not    13:03
23  changes need to be made to the standard -- to the    13:06
24  document based on the comments received, or if not --    13:09
25  if not, it goes for -- they'll approve it for    13:02

Page 96

1  publication. If they need to make more changes, it    13:06
2  will go back to the public review process.    13:08
3    Q  So in this process that you were describing,  13:01
4  it's the standards committee that would begin drafting  13:05
5  the document; is that correct?    13:08
6    A  No. It's the project committee that drafts    13:09
7  the document.    13:01
8    Q  And the process that you just described, is    13:01
9  that the process that's used for ASHRAE Standard 90.1?  13:06
10    A  It would have when it was started. The    13:02
11  difference -- there's a little difference now because  13:04
12  it's on continuous maintenance.    13:06
13    Q  And what -- what does that difference mean?  13:08
14    A  The difference is the membership is on a    13:00
15  four-year rotating cycle, so one -- basically, roughly  13:04
16  one-third of the committee would roll off every four    13:08
17  years, so they're not -- everyone is not coming off at  13:01
18  the same time. And new members will be added, so    13:04
19  they're added continuously, typically once a year.    13:07
20    Then instead of the full draft going out,    13:02
21  their addenda are issued to go out for public review    13:07
22  and comment. They'd either come from stuff that has    13:00
23  been generated by the committee or through a continuous  13:03
24  maintenance change proposal. And then the rest of the  13:05
25  process would follow the same way.    13:07

Page 97

1    Q  And the -- who drafts the title, purpose and  13:03
2  scope?    13:07
3    A  The title, purpose and scope can be -- a new  13:02
4  one can be submitted by anyone. I could submit one;    13:05
5  you could submit one. The technical committee within    13:07
6  ASHRAE is usually how it's submitted.    13:01
7    Q  And is the technical committee, are they    13:02
8  volunteers or are they employees of ASHRAE?    13:07
9    A  Volunteers.    13:00
10    Q  And the project committee as well is    13:01
11  volunteers, correct?    13:03
12    A  That's correct.    13:04
13    Q  How are ASHRAE employees involved in the    13:01
14  creation and maintenance of ASHRAE Standard 90.1?    13:05
15    A  In the -- are you talking from now or are you  13:01
16  talking about when it was first started?    13:04
17    Q  Let's -- let's go from when it first started  13:07
18  until now.    13:09
19    A  So when the title, purpose and scope would    13:01
20  have been proposed, a staff member would -- would    13:03
21  review that to make sure it's in the correct format    13:01
22  and, if there is some questions, would actually send it  13:09
23  back to whoever had proposed it to make -- to correct  13:01
24  it or say if they're okay, if we met their intent, and  13:05
25  then send it forward to -- it probably when -- 19 --    13:09

25 (Pages 94 - 97)

Page 98

1 90.1 was developed in, I think, 1975. They probably 13:05
2 didn't have all the subcommittees that we have now, but 13:01
3 would have went through the approving bodies up through 13:04
4 the board that way.                                                              13:07
5      Q    And would there have been a project committee 13:07
6 as well for -- for the original 90.1?                              13:09
7      A    Yes.                                  13:01
8      Q    And during that process, did staff members    13:09
9 draft any of the text for 90.1?                              13:15
10     A    From the beginning?                       13:10
11     Q    Yeah.                                  13:12
12     A    Not unless they were making the edits to -- 13:13
13 because of conformity and -- or conflicts or things    13:16
14 like that.                                      13:19
15     Q    And would staff members have contributed any 13:12
16 text to subsequent versions of 90.1?                    13:18
17     A    In the same way, either in the discussions,   13:10
18 if there's a conflict or stuff doesn't -- or through    13:13
19 the editing and review of the material.                13:17
20     Q    And does ASHRAE have any record of that?       13:12
21     A    If it was done -- it would have been done via 13:17
22 email, at the time email started. 90.1 started before 13:10
23 the Internet, so if the -- if -- if the records still   13:15
24 existed, it would have been in paper format.          13:10
25     Q    What is ASHRAE's purpose in creating these   13:11

Page 99

1 standards?                                      13:14
2      A    It's to -- the purpose is to advance the      13:16
3 building sciences. We have a long mission statement,    13:12
4 but that's essentially what it is.                    13:16
5      Q    Does ASHRAE's mission statement reflect its   13:15
6 purposes in -- in developing these standards?          13:18
7      A    I would say yes.                         13:13
8      Q    And how does ASHRAE advance the building      13:16
9 sciences?                                       13:19
10     A    I would -- well, I would say through the     13:12
11 development of the -- the standards that affect, you    13:15
12 know, the energy efficiency of buildings, indoor air   13:18
13 quality, indoor environmental quality. I'm sure       13:12
14 there's other things that we create, courses and books 13:15
15 that are outside the standards development process that 13:18
16 we do as well.                                  13:11
17     Q    And why is it that individuals who are not    13:10
18 employees of ASHRAE participate in the standard design 13:16
19 process?                                        13:19
20          MR. CUNNINGHAM: Object to form.           13:13
21          THE WITNESS: I would say because for        13:14
22     various reasons it could affect their            13:18
23     company. Maybe they want to make the world a     13:10
24     better place, maybe it affects the codes. It     13:13
25     varies. It depends on the individuals.          13:16

Page 100

1      Q    (BY MR. BECKER) And by "the codes," are you   13:18
2 referring to the standards that have been enacted into 13:19
3 regulation?                                     13:14
4      A    That and -- and the international codes, the  13:14
5 codes spelled by NFPA, IAPMO.                      13:19
6      Q    Are there any other reasons why -- why        13:13
7 individuals who are not employees of ASHRAE participate 13:16
8 in the ASHRAE development -- standard development       13:19
9 process?                                        13:13
10          MR. CUNNINGHAM: Object to form.           13:14
11          THE WITNESS: I'm sure there are. I          13:15
12     just -- that's not a question I ask when         13:16
13     people apply for membership.                   13:19
14     Q    (BY MR. BECKER) Does ASHRAE draw -- draft    13:11
15 model laws or ordinances?                          13:14
16     A    Where we would start with the drafting for    13:16
17 the law, is that what you mean?                     13:11
18     Q    Does ASHRAE oversee the drafting of model     13:12
19 laws and ordinances?                              13:16
20     A    We submit comments on things that are coming 13:18
21 out through -- through -- through the -- through       13:10
22 Congress or that have been posted in the Federal       13:12
23 Register; things like that.                        13:15
24     Q    And what's the purpose of submitting comments 13:16
25 in -- for things that are coming out in legislation and 13:19

Page 101

1 regulation as you're describing?                    13:11
2      A    The purpose is to -- to -- typically, you    13:14
3 want stuff that's been done through consensus process  13:19
4 and has the expertise, so that may be a reason.       13:13
5 Another reason may be to make it consistent language   13:17
6 with what's already out there in our standards or     13:10
7 others; that type of thing.                        13:14
8      Q    When you say "you want stuff that's been done 13:15
9 through the consensus process," who is "you" in that   13:10
10 sentence?                                       13:14
11     A    ASHRAE.                                13:15
12     Q    ASHRAE. Okay.                          13:15
13          And why is it that ASHRAE wants things that   13:18
14 have been done through the consensus process?         13:11
15     A    Because the -- the proper experts are        13:14
16 participating in the development of those documents,   13:17
17 it's -- it's been vetted in the industry, people have  13:10
18 had a chance to comment. We've tried to reach         13:13
19 resolution so, you know, an equal amount of people are 13:17
20 unhappy.                                        13:10
21     Q    And you referred to an interest in expertise 13:14
22 in the process of drafting legislation and regulation. 13:18
23 Does that also reflect ASHRAE's interest in -- in      13:13
24 having expertise reflected in that process?          13:17
25          MR. CUNNINGHAM: Object to the form.        13:19

26 (Pages 98 - 101)

1    THE WITNESS: I'm not sure what you          13:11
2    mean.                                        13:12
3    Q   (BY MR. BECKER) Okay. Just a moment ago, 13:13
4    you said the purpose is to -- "typically, you want 13:16
5    stuff that's been done through consensus process and 13:10
6    has the expertise, so that may be a reason." So what 13:13
7    did you mean by "has expertise" there?        13:18
8    A   So if you're writing, for example, something 13:12
9    on how to create a widget, you want the people that 13:14
10   know how to create a widget, the information coming 13:18
11   from that versus someone who has -- in legislation may 13:11
12   have a marketing degree that doesn't understand how to 13:16
13   create that widget.                           13:18
14   Q   And so for air-conditioning or heating, you 13:19
15   would want somebody who has expertise in that area, 13:13
16   rather than necessarily a legislator or a regulator who 13:17
17   doesn't have expertise in that area; is that correct? 13:11
18   A   We would want the information to come through 13:15
19   stuff that had been done by the expert to be reflected, 13:17
20   that would be correct.                        13:11
21   Q   And why is that important to have it come 13:12
22   from an expert?                               13:14
23   A   Because they're the ones that understand how 13:15
24   to make that product or how to construct that building 13:17
25   or how to make something more energy efficient; that 13:10
                                                    Page 102

1    type of thing.                                13:13
2    Q   Is there technical expertise that's necessary 13:14
3    in order to understand that subject?          13:17
4    MR. CUNNINGHAM: Object to the form.          13:19
5    THE WITNESS: It depends on what you're       13:15
6    writing. But I don't think you can do it     13:16
7    just with -- just looking at something. You  13:19
8    have to have some knowledge.                 13:12
9    Q   (BY MR. BECKER) So for -- to make it      13:13
10   concrete for Standard 90.1, is that a standard that 13:15
11   would require technical expertise in order to know what 13:19
12   its contents were and what should be enacted into law? 13:16
13   MR. CUNNINGHAM: Object to the form.          13:19
14   THE WITNESS: You need to understand          13:12
15   how -- all of 90.1. It does help to have     13:15
16   technical expertise in engineering. Whether  13:18
17   or not something needs -- the technical      13:11
18   expertise is needed to go into the law, I    13:13
19   would still venture on the side of yes.      13:17
20   Q   (BY MR. BECKER) How does one identify a    13:10
21   particular ASHRAE standard? Is there -- is there a 13:14
22   particular naming convention that ASHRAE uses for its 13:19
23   standards?                                    13:11
24   A   Each has a number, and so it's just       13:13
25   sequential in number; whatever number we are last at is 13:16
                                                    Page 103

1    the next number for a standard. There are a couple 13:19
2    when they're tied together; for example, 90.1 has a 13:19
3    90.2 and a 90.4, because they cover -- it's energy 13:19
4    efficiency, but they cover a certain building type. 13:19
5    Q   And when referring to these standards, if   13:19
6    they were referred to in, say, regulation, would it 13:19
7    need to say ASHRAE 90.1 or could the regulation simply 13:19
8    say 90.1 and would people know what that was referring 13:19
9    to?                                           13:19
10   MR. CUNNINGHAM: Object to the form.          13:19
11   MR. FEE: Same objection.                     13:19
12   THE WITNESS: If you're within ASHRAE,        13:19
13   you will know ASHRAE 90.1. If you just said  13:19
14   90.1, I would probably want you to say        13:19
15   ANSI/ASHRAE Standard 90.1 and the year, so   13:19
16   you know which document they're talking       13:19
17   about.                                        13:19
18   Q   (BY MR. BECKER) Would that be the correct  13:19
19   way to cite the ASHRAE 90.1 standard?         13:19
20   MR. FEE: Objection, form.                    13:20
21   THE WITNESS: I would include the title.      13:20
22   The first reference you make as well still    13:20
23   makes it clear.                               13:20
24   Q   (BY MR. BECKER) Yeah. So people should say 13:20
25   ANSI/ASHRAE Standard 90.1?                    13:20
                                                    Page 104

1    MR. FEE: Same objection.                     13:20
2    THE WITNESS: They should say               13:20
3    ANSI/ASHRAE Standard 90.1, energy efficiency 13:20
4    for -- oh, I just lost the blank -- my -- for 13:20
5    buildings -- not -- except for residential   13:20
6    buildings or something.                      13:20
7    Q   (BY MR. BECKER) Thank you.               13:20
8    Referring back to Exhibit 1155, on the back  13:21
9    of that exhibit, Bates number ASHRAE0001599, it refers 13:21
10   to interest categories; is that correct?     13:21
11   A   That's correct.                          13:21
12   Q   And it has a -- an interest category that 13:22
13   includes user; is that correct?             13:22
14   A   That's correct.                          13:22
15   Q   And within the user interest category is a 13:22
16   subcategory for a user government; is that correct? 13:22
17   A   That's correct.                          13:22
18   Q   And that's for a representative of a      13:22
19   government agency; is that correct?          13:22
20   A   That would be correct.                    13:22
21   Q   And this document by the -- the date on the 13:22
22   bottom left-hand corner, does that mean that this 13:22
23   document was last revised on March 5th, 2001? 13:22
24   A   Yes.                                      13:22
25   Q   Thank you.                               13:22
                                                    Page 105

27 (Pages 102 - 105)

| | |
|---|---|
| 1  And if you refer to Exhibit 1151, please.   13:22 | 1 with the Department of Energy with senior leadership   13:24 |
| 2   A   Okay.                            13:23 | 2 within ASHRAE.                         13:29 |
| 3   Q   This also has, under section 5, a listing of   13:23 | 3       And document 1157 appears to be a draft,   13:22 |
| 4 check boxes for interest categories; is that correct?   13:23 | 4 because -- since it's not signed, I can't say it's the   13:21 |
| 5   A   That's correct.                   13:23 | 5 official one, but a Draft Memorandum of Understanding   13:24 |
| 6   Q   And for SSPC 90.1, those categories include   13:23 | 6 Between the Department of Energy and ASHRAE.       13:27 |
| 7 compliance, designer, general interest, industry, user   13:23 | 7   Q   And does it appear to you that this draft,   13:22 |
| 8 and utility; is that correct?               13:23 | 8 the Exhibit 1157, was the attachment to Exhibit 1156?   13:20 |
| 9   A   That's correct.                   13:23 | 9   A   Well, I would say it probably is the exhibit,   13:20 |
| 10   Q   And if you turn to the next page, Bates   13:23 | 10 but since the document doesn't have a -- a thing that   13:24 |
| 11 number ASHRAE0001614, that includes a -- the       13:23 | 11 says DOEMOU.doc on it, I would have to assume that it   13:29 |
| 12 definitions of these interest categories; is that   13:23 | 12 is the same one.                       13:25 |
| 13 correct?                            13:23 | 13   Q   I'll -- I'll represent that -- that it is   13:25 |
| 14   A   That's correct.                   13:23 | 14 the -- the attachment.                   13:27 |
| 15   Q   And for compliance, would that category   13:23 | 15       Could you tell me what -- what is the purpose   13:22 |
| 16 include regulators?                     13:23 | 16 of the Department of Energy Memorandum of Understanding   13:24 |
| 17   A   If you -- if you include them as federal   13:24 | 17 with ASHRAE?                         13:20 |
| 18 officials, then yes.                     13:24 | 18   A   Its -- its basic purpose is to talk about   13:21 |
| 19   Q   And who makes the determination for these   13:24 | 19 ways that we're going to work together or towards   13:24 |
| 20 particular interest categories?             13:24 | 20 goals.                              13:28 |
| 21   A   Do you mean who decides which interest   13:24 | 21   Q   And does ASHRAE have a history of working   13:25 |
| 22 category a person belongs in?               13:24 | 22 together with the Department of Energy?         13:27 |
| 23   Q   Yes.                          13:24 | 23   A   Yes.                          13:21 |
| 24   A   The applicant suggests which interest   13:24 | 24   Q   How long has ASHRAE been working with the   13:21 |
| 25 category they belong in, then the chair of the -- of   13:24 | 25 Department of Energy?                    13:27 |
| Page 106 | Page 108 |
| 1 the project committee will review that information,   13:23 | 1       MR. CUNNINGHAM:  Object to the form.       13:22 |
| 2 look at all their applicable paperwork, and then decide   13:26 | 2       THE WITNESS:  I would probably say since   13:22 |
| 3 if that's correct.                       13:29 | 3 at least 90.1 has been as part of -- adopted       13:24 |
| 4       They may say no and put them in a different   13:21 | 4 into EPAct as the minimum energy efficiency       13:26 |
| 5 interest category.  And then SPLS will look at that   13:24 | 5 for commercial buildings.                 13:21 |
| 6 recommendation, and they could look at the same       13:20 | 6   Q   (BY MR. BECKER)  Do you have any idea when --   13:23 |
| 7 paperwork and determine that they're still not in the   13:26 | 7 approximately when that would have been?         13:24 |
| 8 correct interest category and move them into a       13:26 | 8   A   I would -- I want to say '99, but I'm -- I   13:32 |
| 9 different one.                         13:28 | 9 need to check.                         13:36 |
| 10   Q   And so has it happened that people have been   13:28 | 10   Q   What's the -- the -- what -- what is the   13:38 |
| 11 moved from one interest category to a different one?   13:20 | 11 purpose of ASHRAE's work with the Department of Energy?   13:33 |
| 12   A   Yes.                          13:27 | 12       MR. CUNNINGHAM:  Object to the form.       13:32 |
| 13 (Exhibit 1156 and Exhibit 1157 marked for       13:28 | 13       THE WITNESS:  To -- to advance the       13:38 |
| 14 identification.)                       13:21 | 14 mission of ASHRAE, which is, you know,         13:30 |
| 15   Q   (BY MR. BECKER)  I'd like to hand you what's   13:21 | 15 advance the art of building sciences.         13:32 |
| 16 been marked as 1 -- Exhibits 1156 and Exhibits 1157.   13:23 | 16   Q   (BY MR. BECKER)  And for -- for Exhibit   13:37 |
| 17 Exhibit 1156 is Bates number ASHRAE0026227.  And then   13:27 | 17 ASHRAE -- excuse me, Exhibit 1156, you're listed among   13:39 |
| 18 Exhibit 1157 is Bates number ASHRAE0026229.       13:23 | 18 the recipients for this email; is that correct?   13:34 |
| 19       Do you recognize these documents,       13:24 | 19   A   That's correct.                   13:38 |
| 20 Ms. Reiniche?                         13:26 | 20   Q   And you're listed among the recipients for   13:39 |
| 21   A   Yes.                          13:27 | 21 the -- the email that's further down in the chain in --   13:32 |
| 22   Q   And could you tell me what these documents   13:21 | 22 on that exhibit; is that correct?             13:38 |
| 23 are?                               13:23 | 23   A   That's correct.                   13:39 |
| 24   A   Document 1156 is an email conversation   13:26 | 24   Q   On Exhibit 1157, section 2, it refers to   13:38 |
| 25 regarding a meeting that's -- that was going to occur   13:21 | 25 promoting and supporting implementation of ASHRAE   13:34 |
| Page 107 | Page 109 |

28 (Pages 106 - 109)

1 standards through training programs, including    13:37
2 self-directed learning, building code interaction and    13:30
3 ASHRAE chapter oriented training.    13:33
4        What is the Department of Energy's role in    13:36
5 that?    13:38
6    A    They -- Department of Energy provides    13:39
7 training not only ASHRAE, but other code bodies' codes,    13:33
8 so it would be supported through software development,    13:30
9 maybe at the DOE level, they give trainings on what's    13:35
10 in 90.1; things like that.    13:30
11    Q    Does the Department of Energy provide funding    13:33
12 to ASHRAE?    13:37
13    A    No.    13:37
14    Q    Does the Department of Energy provide any    13:30
15 funds to ASHRAE?    13:34
16    A    I suppose if someone is a -- a member and the    13:38
17 Department of Energy pays their membership fees to    13:32
18 ASHRAE to be a member of ASHRAE, then yes, but it goes    13:34
19 to membership.    13:37
20    Q    On the second page of Exhibit 1157,    13:36
21 subsection 5 says, "Cooperating in promoting of    13:32
22 ANSI/ASHRAE standards adoption in the International    13:36
23 Standards Organization (ISO) standards."    13:39
24        What is that referring to?    13:32
25    A    That must have been -- that would have been a    13:35

Page 110

1 the Department of Energy?    13:31
2    A    No.    13:32
3    Q    And section 10 refers to "Advancing and    13:34
4 supporting the professional development of DOE    13:36
5 personnel by facilitating membership, attendance, and    13:39
6 active participation at the local and society levels of    13:33
7 ASHRAE, especially as a member of technical committees    13:37
8 and standard project committees, and by providing a    13:30
9 venue for publication of research and practice."    13:33
10        What kind of publication is this referring    13:36
11 to?    13:37
12    A    They're talking about research publication.    13:31
13 If the DOE does research, they're publishing it    13:34
14 somewhere. It's not referring to standards.    13:37
15    Q    Does ASHRAE publish DOE research?    13:30
16    A    Not that I'm aware of.    13:36
17    Q    With regards to section 13, do you know what    13:32
18 they are referring to with regards to counter-terrorism    13:38
19 design features?    13:35
20    A    No.    13:30
21    Q    Do you know what -- under -- under section    13:34
22 14, the DOE Energy Efficient Building Systems Regional    13:38
23 Innovation Cluster Initiative is?    13:35
24    A    I don't think that exists anymore, but    13:30
25 there's been a collaborative where they've worked    13:32

Page 112

1 new thing added. The Department of Energy hasn't done    13:37
2 anything that I'm aware of to promote the adoption of    13:30
3 ASHRAE -- ANSI/ASHRAE standards in ISO.    13:32
4    Q    And for section 8, where it refers to    13:38
5 "Cooperating and promotion of ANSI/ASHRAE standards    13:30
6 adoption in building codes," what does that refer to?    13:36
7    A    That could be supporting proposals that would    13:33
8 have been submitted to adopt 90.1 in -- in the    13:39
9 international code, because that's the federal minimum,    13:33
10 and they would have provided supporting testimony,    13:37
11 probably.    13:30
12    Q    When you say "they would have provided    13:31
13 supporting testimony, probably," is that the Department    13:33
14 of Energy that would provide that?    13:36
15    A    A -- a staff member from the Department of    13:37
16 Energy.    13:30
17    Q    Okay. Are there any other ways that ASHRAE,    13:31
18 ANSI and the Department of Energy have cooperated in    13:39
19 promoting these standards adoption in building codes?    13:33
20    A    I'm not aware of ANSI promoting standards    13:30
21 adoption in building codes, other than -- it's an    13:34
22 ANSI/ASHRAE standard going through their process. They    13:39
23 don't go to building codes. I can't think of anything    13:31
24 else with the Department of Energy.    13:36
25    Q    Anything else with regards to just ASHRAE    13:38

Page 111

1 together, and they just -- they talk about research and    13:34
2 things like that.    13:37
3    Q    Was the Memorandum of Understanding Between    13:31
4 the DOE and ASHRAE, Exhibit 1157, eventually signed by    13:34
5 both ASHRAE and the Department of Energy?    13:34
6    A    I need to go back and check to see if it was    13:37
7 signed.    13:32
8    Q    How would you characterize the relationship    13:32
9 between the Department of Energy and ASHRAE?    13:34
10    A    I mean, they work -- we work together.    13:32
11 That's probably on -- not all -- not all of these    13:35
12 projects, but I mean some things.    13:30
13    Q    You mentioned that someone from the    13:30
14 Department of Energy would testify on behalf of ASHRAE    13:33
15 in terms of getting the Standard 90.1 adopted as a    13:38
16 building code. How does ASHRAE benefit from having    13:38
17 90.1 endorsed by the DOE?    13:32
18        MR. CUNNINGHAM: Object to the    13:35
19 characterization of prior testimony.    13:36
20        THE WITNESS: They don't testify on    13:30
21 behalf of ASHRAE. They testify on behalf of    13:31
22 the Department of Energy.    13:34
23    Q    (BY MR. BECKER) Excuse me.    13:35
24    A    So the benefit is then the IECC and 90.1 can    13:36
25 be the same. So it's a -- it's the benefit to having    13:35

Page 113

29 (Pages 110 - 113)

Page 114

1 a -- one code.                                    13:39
2    Q    And are the IECC and Standard 90.1 the same?  13:32
3    A    They are not exactly the same.            13:36
4    Q    And how do they differ?                   13:39
5    A    I would have to look at the versions and the  13:32
6 comparisons.  In some instances, 90.1 would be more  13:35
7 stringent; in other, IECC.                        13:30
8    Q    On balance, would you characterize the IECC  13:30
9 as being more stringent than ASHRAE 90.1 or vice versa?  13:34
10   A    They have a different process.  The IECC,   13:41
11 while it's a consensus process, is not an ANSI    13:41
12 consensus process, so it's comparing apples to oranges.  13:49
13   Q    What does ASHRAE do to educate governments  13:46
14 and government officials about its work?          13:49
15   A    It has a staff person and/or leadership talk  13:42
16 to the staff on the hill about what our process is,  13:49
17 what standards we have, certification programs, classes  13:44
18 and things like that.                             13:44
19   Q    And are there particular staff people who   13:45
20 talk to staff members on the hill?                13:47
21   A    Yes.                                        13:40
22   Q    And what individuals are these?            13:41
23   A    Mark Ames and Doug Read.  And Jeff Littleton  13:45
24 might talk to some, too.                          13:49
25   Q    And you say ASHRAE has leadership that talks  13:49

Page 115

1 to staff on the hill.  Is that Jeff Littleton?    13:42
2    A    The -- it -- it could be Jeff, it could be  13:45
3 whoever is the president for that given -- given   13:40
4 society year or vice president that society year.  It  13:43
5 depends on the year, it depends on who they're talking  13:47
6 to.                                                13:42
7    Q    And what are Mr. Ames' and Mr. Read's      13:42
8 positions at ASHRAE?                               13:47
9    A    Well, Mr. -- Mark's title is senior manager  13:49
10 of government affairs.  Doug's title was director.  He  13:46
11 has retired.                                       13:43
12   Q    And was -- was Doug's -- Doug Read's title  13:46
13 just director or director of government affairs?   13:49
14   A    Director of government affairs.            13:42
15   Q    Are there other employees of ASHRAE who work  13:48
16 with -- or who did work with Mr. Ames and Mr. Read on  13:43
17 government affairs?                                13:48
18   A    They have a secretary -- or an administrative  13:41
19 assistant that works there.  She doesn't talk to people  13:46
20 on the hill.  And they have a new person there, Jim  13:48
21 Scarborough.  He deals with local.                13:43
22   Q    Is that a local government that he works --  13:40
23 deals with?                                        13:43
24   A    Yeah, the grassroots chapters within ASHRAE.  13:44
25   Q    So is government affairs its own department  13:49

Page 116

1 within ASHRAE?                                     13:43
2    A    Yes.                                        13:43
3    Q    And is that located in Washington, D.C.?    13:43
4    A    Yes.                                        13:43
5    Q    And what is -- why is it that ASHRAE has a   13:43
6 separate department for government affairs that's   13:44
7 located in Washington, D.C.?                       13:44
8    A    So they can -- it's easier to talk to people  13:44
9 on the hill.  It's been there as long as I've been  13:44
10 there.                                             13:44
11      MR. BECKER:  All right.  Let's take a         13:44
12 break.                                             13:44
13      THE VIDEOGRAPHER:  Going off the record        13:44
14 at 13:44.                                          13:44
15 (Recess taken.)                                    13:53
16      THE VIDEOGRAPHER:  Going on the record         13:56
17 at 13:56.                                          13:56
18   Q    (BY MR. BECKER)  Ms. Reiniche, are you aware  13:56
19 if DOE employees are on the 90.1 policy committee?  13:56
20   A    90.1 policy committee?  You mean on the      13:56
21 project committee?                                 13:56
22   Q    Project committee, excuse me.              13:56
23   A    Yes.                                        13:56
24   Q    They are?                                   13:56
25   A    There is a staff person on there, yes.      13:56

Page 117

1    Q    And have DOE employees been on the 90.1      13:53
2 project committee -- committee in the past?        13:57
3    A    Yes.                                        13:59
4    Q    Okay.  And so DOE employees provide -- they  13:50
5 contribute to the development of 90.1; is that correct?  13:50
6      MR. FEE:  Objection to form.                   13:54
7      THE WITNESS:  They participate in the          13:55
8 process.  I'm not aware of any draft                13:57
9 language.                                           13:50
10 (Exhibit 1158 marked for identification.)         13:51
11   Q    (BY MR. BECKER)  Ms. Reiniche, I'm handing   13:52
12 you what's been marked as Exhibit 1158.  This is a  13:53
13 document with Bates number ASHRAE0005856.  It's labeled  13:50
14 "Marketing Task Force Report."                     13:58
15   A    Okay.                                        13:50
16   Q    Are you familiar with this document,         13:53
17 Ms. Reiniche?                                       13:55
18   A    Yes.                                         13:59
19   Q    Could you tell me what this document is?     13:50
20   A    This is a document that would have been      13:53
21 presented to the project committee on priorities -- on  13:54
22 trying to get things out in the marketplace.       13:56
23   Q    And could you tell me what -- do you know    13:53
24 what Chris Mathis's position is at ASHRAE?         13:56
25   A    He is not a staff member at ASHRAE.         13:50

30 (Pages 114 - 117)

1  what portion of 90.1 it was commented on or, you know,  14:11
2  how it was developed, that type of thing.          14:16
3      Q   And then two pages later on ASHRAE0003506, it  14:14
4  then has "Recommendations," and then parentheses     14:10
5  "repeated." And the first three recommendations are  14:14
6  "Make it free, make it beautiful, and make it        14:17
7  electronic."                                          14:10
8      Do you understand this as referring to ASHRAE  14:15
9  90.1?                                        14:17
10     A   Yes.                                  14:17
11     Q   Three pages later on ASHRAE0003509, it says,  14:17
12  "Paradigm Shift Issues." And then it says, "Decide if  14:15
13  we want to continue to live in this code minimum     14:19
14  world." And "code minimum" is underlined.           14:16
15     Do you know what this is referring to with     14:16
16  the term "code minimum world"?                    14:18
17     A   That means, you know, a minimum level for     14:15
18  your -- the development of -- in 90.1, energy        14:17
19  efficiency, or do you want to go beyond the code.    14:12
20     Q   I'm sorry, what do you mean by "go beyond the  14:14
21  code"?                                       14:17
22     A   Maybe towards the -- towards the development  14:18
23  of green standards or green codes.                14:10
24     Q   And how do green standards and green codes  14:14
25  differ from Standard 90.1?                        14:16

Page 126

1      A   Green codes and green standards typically are  14:14
2  not cost -- cost -- cost justified, where you can    14:16
3  propose doing some technology -- technological thing  14:12
4  that's expensive that, you know, a normal building   14:16
5  person wouldn't want to put -- you know, building owner  14:11
6  wouldn't want to put in their building versus a      14:14
7  minimum, which is not only is it energy efficient, but  14:18
8  it's cost -- cost effective.                        14:11
9      THE COURT REPORTER: A building owner      14:12
10  would want to put in their building?             14:13
11     THE WITNESS: Would not want to put in       14:17
12  their building.                               14:17
13     Q   (BY MR. BECKER) At the bottom of that page,  14:17
14  it says, "How long will we have our EPAct advantage?"  14:18
15     What is ASHRAE's EPAct advantage?         14:12
16     A   That were referenced in the EPAct over      14:17
17  another minimum energy efficient commercial building  14:12
18  code.                                        14:15
19  (Exhibit 1160 marked for identification.)            14:13
20     Q   (BY MR. BECKER) I'm handing you what's been  14:13
21  marked as Exhibit 1160. This is Bates number        14:14
22  ASHRAE0025561.                             14:10
23     A   Okay.                                14:15
24     Q   Do you recognize this document, Ms. Reiniche?  14:10
25     A   Yes.                                 14:16

Page 127

1      Q   And is that -- are you one of the recipients  14:12
2  of this email?                               14:17
3      A   Yes.                                 14:19
4      Q   And what is this email?                  14:14
5      A   This is an email on having a discussion about  14:16
6  DOE comparing the IECC and 90.1 as equivalent.      14:14
7      Q   At the bottom or -- near the bottom of the     14:10
8  page, Ryan Colker writes, "Folks, we are seeing some  14:13
9  indications from DOE that they are beginning to see the  14:18
10  IECC and 90.1 as equivalent (i.e., states can be in  14:11
11  compliance if they adopt the IECC without the reference  14:11
12  to 90.1.) As you can guess, this could have          14:14
13  significant impact on the future of 90.1."            14:10
14     What did Mr. Colker mean by that?           14:17
15     MR. CUNNINGHAM: Object to form.          14:10
16     THE WITNESS: That he's concerned that       14:13
17  if it's found to be equivalent, that it could        14:17
18  mean that the IECC would be referenced in          14:19
19  EPAct instead of 90.1.                          14:13
20     Q   (BY MR. BECKER) And who is Ryan Colker?  14:17
21     A   Well, at that time, he was the manager of     14:16
22  government affairs for ASHRAE.                  14:18
23     Q   Do you know if Mr. Colker is still at ASHRAE?  14:17
24     A   He is not.                            14:20
25     Q   Do you know when he left ASHRAE?         14:20

Page 128

1      A   I want to say sometime in 2010.            14:25
2      Q   And Doug Read responded to Ryan Colker by  14:25
3  saying, "I echo Ryan's concern. I suggest we take a  14:25
4  stance and clearly delineate the differences and      14:25
5  differentiate ourselves from the ICEC. Doug."       14:28
6      Did -- do you think that Mr. Read meant the     14:25
7  IECC?                                       14:28
8      A   Yes.                                 14:20
9      Q   And has ASHRAE taken a stance and clearly     14:22
10  delineated the differences between ASHRAE Standard 90.1  14:28
11  and the IECC?                              14:24
12     A   We have not done a comparison between the two  14:27
13  line for line, no.                            14:23
14     Q   Was that what ASHRAE was considering doing,  14:26
15  was doing a line-for-line comparison between the IECC  14:29
16  and ASHRAE Standard 90.1?                     14:25
17     A   They discussed it.                       14:27
18     Q   Has ASHRAE done anything else to           14:20
19  differentiate Standard 90.1 from the IECC in the minds  14:25
20  of the public?                               14:22
21     MR. CUNNINGHAM: Object to the form.         14:24
22     THE WITNESS: I am not aware we've done       14:28
23  anything in the eyes of the public. We've           14:21
24  probably had discussions where we pointed out        14:23
25  the difference between the processes that are         14:27

Page 129

33 (Pages 126 - 129)

1    used to develop the two documents, but it's          14:29
2    not been, like, you know, a press release or          14:21
3    something like that.          14:25
4    Q   (BY MR. BECKER)  Was ASHRAE concerned that if  14:28
5    the IECC and ASHRAE's Standard 90.1 were seen as          14:20
6    equivalent, it would mean that there would be less          14:25
7    incorporation of standard -- ASHRAE Standard 90.1 into  14:20
8    laws and regulations throughout the United States?          14:26
9    A   It would depend on if the EPAct changed.          14:23
10   If -- if the reference changed.  That's possible.          14:26
11   Q   Would that mean that if -- if the EPAct          14:20
12   changed --          14:23
13   A   If the reference in the EPAct was changed          14:23
14   from 90.1 to the IECC.          14:26
15   Q   Then that would mean there would be less          14:22
16   adoption of Standard 90.1 into the laws and regulations  14:25
17   of jurisdictions in the United States?          14:20
18   A   It's possible, yes.          14:24
19   Q   And was ASHRAE concerned about that?          14:26
20   A   If -- if that changed, they were.  They were  14:23
21   concerned if it changed, yes.          14:29
22   Q   Did it change?          14:21
23   A   No.          14:23
24   Q   Did the DOE ever publicly weigh the option of  14:22
25   changing the EPAct to IECC instead of ASHRAE 90.1?          14:22

Page 130

1    A   Not that I'm aware of, there hasn't been          14:22
2    anything published where they were going to do that          14:25
3    (Exhibit 1161 marked for identification )          14:21
4    Q   (BY MR BECKER)  Ms Reiniche, I'm handing          14:29
5    you what's been marked as Exhibit 1161  This is Bates  14:20
6    number ASHRAE0005677  Do you recognize this document?  14:25
7    A   Yes          14:29
8    Q   Could you tell me what this document is?          14:24
9    A   This is a presentation given by Stephen          14:27
10   Skalko, who is the chair of 90 1, at a conference on     14:21
11   energy codes 2010          14:27
12   THE COURT REPORTER:  Say that again          14:27
13   "Who is the chair of 90 1," and --          14:27
14   THE WITNESS:  It's at -- given at an          14:27
15   energy codes conference in 2010 at -- in          14:24
16   Charlotte, North Carolina          14:28
17   Q   (BY MR BECKER)  On page 3 of this document,  14:23
18   Bates number ASHRAE0005679, it says at the top,          14:29
19   "Standard 90 1 Timeline," and it delineates between the  14:25
20   growing period from 1970 to 1999, and then the maturity  14:22
21   period from 1999 to 2010  What does that mean?          14:20
22   MR CUNNINGHAM:  Object to the form          14:22
23   Matt, do we know if the Steven person, do we          14:23
24   know if he's an ASHRAE staff member?  Do          14:28
25   we -- was that asked at any point?          14:21

Page 131

1    MR. BECKER:  It has not been asked.          14:27
2    MR. CUNNINGHAM:  Okay.  I -- are you --          14:27
3    is your position here that someone who, by          14:27
4    virtue of being on one of the committees,          14:27
5    essentially speaks for ASHRAE, such that you          14:27
6    can ask Ms. Reiniche to interpret their --          14:27
7    their documents?          14:27
8    MR. BECKER:  Well, if Ms. Reiniche has          14:27
9    an understanding of what this might mean,          14:27
10   particularly because of her senior role with          14:27
11   regards to the development of these standards          14:27
12   and so forth, then I would hope that          14:28
13   Ms. Reiniche can provide that information.          14:28
14   I think that a document such as this          14:28
15   discussing ASHRAE 90.1 2010 falls well within          14:28
16   topic number 1 that she's been designated on.          14:28
17   Q   (BY MR. BECKER)  I'm sorry, Ms. Reiniche.          14:28
18   Let's see.  I asked why do you think there was a          14:29
19   distinction between this growing period and mature --  14:28
20   maturity period for Standard 90.1?          14:28
21   MR. CUNNINGHAM:  Same objection.          14:28
22   THE WITNESS:  I think because the          14:29
23   growing period, there's one time frame where          14:29
24   I think they pulled residential out.  I think          14:29
25   at one time it included residential.  It does          14:29

Page 132

1    not include low-rise residential.  1999 would          14:23
2    have been when we started continuous          14:28
3    maintenance.          14:21
4    Without seeing Mr. Skalko's notes on          14:23
5    this, but based on my knowledge, I think that          14:26
6    these periods are times that -- in the          14:29
7    maturity period shows greater energy savings,          14:23
8    and that's what he's trying to demonstrate in          14:27
9    that timeline.          14:20
10   Q   (BY MR. BECKER)  Do you know who Mr. Steven  14:21
11   V. Skalko is?          14:23
12   A   Yes.          14:25
13   Q   And who is he?          14:25
14   A   He is the past chair of 90.1.  I think he          14:26
15   started after the 2010 version published.          14:23
16   Q   And do you have any idea how long Mr. Skalko  14:32
17   has been a member of ASHRAE?          14:30
18   A   I would have to look in the ASHRAE records,  14:32
19   but he's been a member longer than I've been there, so  14:35
20   over 11 years.          14:38
21   Q   And for as long as you know, has Mr. Skalko  14:32
22   worked on ASHRAE 90.1?          14:36
23   A   Yes.          14:32
24   Q   And would you say that Mr. Skalko is -- is --  14:32
25   would you say that Mr. Skalko knows a good deal about  14:39

Page 133

34 (Pages 130 - 133)

1 ASHRAE Standard 90.1?                           14:36
2   A   Yes.                                      14:38
3       MR. FEE:  Objection to form.              14:38
4 (Exhibit 1162 marked for identification.)      14:34
5   Q   (BY MR. BECKER)  I'm handing you what's been  14:34
6 marked as Exhibit 1162.  This is Bates number  14:35
7 ASHRAE0026233.  Do you recognize this document?  14:34
8   A   Yes.                                      14:38
9   Q   And could you tell me what this document is?  14:39
10   A   This is a Memorandum of Understanding between  14:31
11 the Department of Energy and ASHRAE.  It's not dated,  14:34
12 but I would guess it's sometime in 2007 time frame,  14:35
13 because that's when Terry Townsend was president of  14:39
14 ASHRAE.                                         14:34
15   Q   And is this a signed copy of the Memorandum  14:35
16 of Understanding between the DOE and ASHRAE?    14:39
17   A   Yes.                                      14:34
18   Q   Has ASHRAE had multiple Memorandums of   14:35
19 Understanding with the Department of Energy?    14:30
20   A   Yes.                                      14:32
21   Q   When did ASHRAE first start having        14:34
22 Memorandums of Understanding with the Department of  14:39
23 Energy?                                         14:32
24   A   After EPAct was -- when 90.1 was made a   14:34
25 reference in EPAct.                             14:38
                                        Page 134

1 I don't know why they would choose to do that.  I mean,  14:38
2 my -- my guess is their goals are the same as ours,  14:31
3 energy efficient buildings in the United States.  So I  14:36
4 would assume they would enter MOUs with whatever  14:38
5 organizations would help them reach that goal.  14:32
6   Q   How is it that ASHRAE 90.1 came to be     14:35
7 incorporated into EPAct?                        14:30
8       MR. CUNNINGHAM:  Object to form.          14:36
9       THE WITNESS:  I am not positive on how    14:37
10 that came about.  I would have to check.        14:39
11   Q   (BY MR. BECKER)  Did ASHRAE staff meet with  14:39
12 the Department of Energy to help facilitate the  14:36
13 incorporation of ASHRAE Standard 90.1 into EPAct?  14:31
14   A   I have -- I'll have to go back and double  14:36
15 check in my records to see.                     14:39
16   Q   Would it be customary for ASHRAE staff to  14:30
17 meet with members of the Department of Energy prior to  14:37
18 the incorporation of ASHRAE Standard 90.1 into EPAct?  14:32
19   A   It would be customary for ASHRAE staff with  14:38
20 ASHRAE volunteer leadership to go to -- when they were  14:32
21 requesting that type of thing.                  14:36
22 (Exhibit 1163 marked for identification.)       14:39
23   Q   (BY MR. BECKER)  I'm handing you what's been  14:32
24 marked as Exhibit 1163.  This is Bates number  14:33
25 ASHRAE0024558.  Do you recognize this document?  14:38
                                        Page 136

1   Q   Could you remind me of when that was?     14:30
2   A   I think it was '99                        14:32
3   Q   Okay                                      14:34
4   A   Around that time frame                    14:34
5   Q   Was that soon after EPAct?                14:35
6   A   I would have to look                      14:31
7   Q   ASHRAE -- ASHRAE and the DOE continued to  14:36
8 enter into memorandums of understanding to the present  14:33
9 day?                                            14:36
10   A   Yes                                      14:37
11   Q   How regularly do they do so?            14:37
12   A   It -- it varies  It depended -- it depends  14:32
13 on who's at -- who's in charge at the Department of  14:35
14 Energy  We were just working on a new one  I'm not  14:38
15 positive if it's signed yet                    14:33
16   Q   Is this typically an annual event?       14:37
17   A   Not always annual  Sometimes it's every  14:34
18 couple of years                                14:36
19   Q   And is it sometimes an annual event, though?  14:37
20   A   Sometimes                                14:39
21   Q   And why would the -- why would the leadership  14:32
22 of the Department of Energy reflect or change whether  14:33
23 ASHRAE would enter into a memorandum -- memorandum of  14:38
24 understanding with the Department of Energy?    14:30
25   A   I can't speak for the Department of Energy  14:36
                                        Page 135

1   A   Yes.                                      14:36
2   Q   And what is this document?                14:39
3   A   This is a presentation that would have been  14:30
4 made by the D.C. office to tech council and the chapter  14:32
5 technology and transfer committee.  I think that's what  14:33
6 CTTC stands for.  And it would have been made in -- at  14:36
7 the ASHRAE meeting in Albuquerque, New Mexico, on  14:41
8 June 26, 2010.                                  14:47
9   Q   And what is the purpose of this document, to  14:42
10 your understanding?                            14:44
11   A   The purpose of this document is for the D.C.  14:45
12 office just to let the CTCC [sic] and tech council know  14:49
13 what they've been doing in D.C.                14:44
14   Q   On the third page of Bates number        14:45
15 ASHRAE0024560 titled "Participation Coalitions," it  14:48
16 says, "High-Performance Building Congressional Caucus  14:45
17 Coalition," in parentheses, "ask your representative to  14:49
18 join."                                         14:43
19       What is that referring to?              14:44
20   A   There is a high-performance building caucus  14:45
21 coalition that meets in D.C.  It deals with high  14:40
22 performance buildings.  Beyond -- that would be beyond  14:44
23 the minimum code.                              14:47
24   Q   Are these -- and who composes this coalition?  14:40
25   A   Oh, there's a lot of different standards  14:48
                                        Page 137

                                        35 (Pages 134 - 137)

1 developers that are in part of it. It might even be in 14:41
2 here, it tells you. There's a -- there's a long list. 14:46
3 I don't have that memorized. I don't know if it -- oh, 14:41
4 if you turn to page -- that says ASHRAE0024575, that 14:47
5 shows you who's on the high -- what groups are involved 14:45
6 in the high-performance building congressional caucus 14:40
7 at that time. It includes the representatives and then 14:45
8 the different standards developers that are involved. 14:47
9    Q    The code chairs and members that are listed 14:44
10 on that page you just referenced, are these all members 14:46
11 of Congress? 14:49
12    A    Yes. 14:40
13    Q    What's the purpose of participation in the 14:47
14 high-performance building congressional caucus? 14:47
15    A    It's really pro -- promoting doing things for 14:43
16 high-performance buildings, so stretch codes, green 14:47
17 standards, pushing the envelope to make things even 14:41
18 more energy efficient than the minimum code. 14:47
19    Q    And is this for the purpose of influencing 14:42
20 these members of Congress so as to have them 14:46
21 incorporate these standards into the law? 14:41
22        MR. CUNNINGHAM: Object to the form. 14:47
23        THE WITNESS: Not that I'm aware of. 14:48
24    Q    (BY MR. BECKER) What's the purpose of having 14:40
25 the members of Congress involved? 14:41

Page 138

1    A    Yeah, about -- I'm not sure they still meet 14:47
2 or how often they still meet. I think it was about 14:40
3 once a month. 14:42
4    Q    Do they meet individually with the members of 14:49
5 Congress or as a larger group? 14:41
6    A    If they're doing it as the high-performance 14:45
7 building congressional caucus, they're meeting as a 14:48
8 group. If they're advancing something within their 14:41
9 organization, then the supporting coalition would 14:44
10 probably be meeting individual with representatives. 14:47
11    Q    On page ASHRAE0024568, it says, 14:47
12 "Legislation," with an image of the capitol building, 14:43
13 and then it says, "ASHRAE Washington, D.C." 14:48
14    A    Um-hmm. 14:43
15    Q    Then on the following page it says, "American 14:43
16 Clean Energy and Security Act, HR 2454 a/k/a 14:46
17 Waxman-Markey, sets national building code energy 14:42
18 efficiency targets." 14:49
19        Then two bullet points down it says, "Uses 14:42
20 ASHRAE 90.1-2004 and" E -- "IECC 2006 as baselines." 14:45
21    Does ASHRAE advocate for the use of earlier 14:48
22 versions of 90.1 in Standard -- excuse me, in -- in 14:45
23 laws or regulations? 14:44
24    A    That's not what this refers to. 14:44
25    Q    What does that refer to? 14:46

Page 140

1    A    Education. 14:44
2    Q    And what is the benefit of educating the 14:45
3 members of Congress? 14:48
4    A    So they understand things when things do come 14:49
5 before them when they're making a decision of what to 14:42
6 incorporate into law. 14:44
7    Q    So it's to help them with their decisions 14:46
8 to -- as to what to incorporate into reference into the 14:49
9 law? 14:42
10    A    Correct. 14:43
11    Q    And how does the high-performance building 14:49
12 congressional caucus and the supporting coalition 14:44
13 educate these members of Congress on issues related to 14:40
14 incorporating these -- excuse me, incorporating 14:46
15 standards into the law? 14:40
16        MR. CUNNINGHAM: Object to the 14:43
17 characterization of the prior testimony. 14:45
18        THE WITNESS: They -- my recollection 14:47
19 from the presentations made by the D.C. 14:49
20 office was that they -- they have a lunch, 14:42
21 they sit there and they talk, sometimes they 14:45
22 have an educational session; things like 14:47
23 that. 14:40
24    Q    (BY MR. BECKER) So they meet with the 14:44
25 members of Congress? 14:46

Page 139

1    A    This refers to as part of EPAct the 14:48
2 Department of Energy is required to determine how much 14:41
3 more energy efficient 90.1 -- and when they're talking 14:45
4 about the IECC 2006, they're talking about the 14:49
5 residential code. That's where that falls in there. 14:44
6        And they want to do it -- set it at a 14:48
7 baseline, so each consecutive every three years. So 14:41
8 for example, 90.1-2007 has to be more energy efficient 14:44
9 than -- so much more energy efficient than 90.1-2004 14:49
10 They measure that. If it's not more energy efficient, 14:44
11 then they wouldn't adopt that. And then for 90.1-2010. 14:49
12 They are just taking a baseline target to measure the 14:40
13 amount of energy efficiency so that it's not in flux 14:43
14 and cause market confusion. 14:48
15        And the same with the IECC. That's -- but 14:40
16 the IECC refers only to the residential, not to 14:42
17 commercial in this instance. 14:44
18    Q    Does ASHRAE 90.1-2004 refer only to 14:44
19 residential and not commercial in this instance? 14:49
20    A    No, 90.1-2004 is commercial. There's two 14:41
21 codes in that reference, two different codes. 14:44
22    Q    So in this instance, if you had a -- a 14:47
23 commercial building, then ASHRAE 90.1-2004 would be the 14:41
24 baseline standard and not be IECC 2006? 14:48
25    A    No. 14:43

Page 141

36 (Pages 138 - 141)

Page 142

1   Q   How am I mistaken?                    14:45
2   A   What this proposed legislation was, was to   14:48
3   set the baseline for which the DOE uses to make the   14:43
4   determination on whether or not the next version of   14:47
5   90.1 is more energy efficient.  So this was proposing   14:40
6   to use 90.1-2004 as the benchmark for each subsequent   14:44
7   version of 90.1.                          14:45
8        And then -- and that's only commercial.  And   14:40
9   then the IECC is for residential.  They're referenced   14:43
10  as the residential.  What's being advocated here is   14:48
11  that you use the IECC 2006 as the baseline for each   14:41
12  subsequent version of the IECC for residential moving   14:46
13  forward as for energy efficiency.         14:49
14  Q   Okay.  Does the IECC itself refer to   14:42
15  commercial buildings or is it only for residential   14:49
16  buildings?                                14:42
17  A   There -- there's different I-codes within the   14:46
18  IECC.  So there's the IRC, which is residential, but   14:49
19  it's part of the whole body of codes.  So the IECC for   14:43
20  residential is just the energy efficiency stuff for   14:40
21  residential home -- residential stuff.    14:48
22  Q   On the following page, it says, "American   14:55
23  Clean Energy Leadership Act, S.1462."  It says,   14:58
24  "Introduced by Senator Jeff Bingaman, D-NM.  Updates   14:51
25  national building energy codes and standards at least   14:58

Page 143

1   every three years to achieve target energy savings of,"   14:51
2   and then it -- four bullet points down from that, it   14:55
3   says, "If DOE determines ASHRAE's future revised model   14:50
4   codes will not meet targets, DOE will propose or   14:55
5   establish a modified code or standard that meets the   14:58
6   above targets.  Uses 90.1-2004 as baseline for   14:50
7   commercial buildings IECC 2006 for residential."   14:56
8        When it references "Uses 90.1-2004 as   14:59
9   baseline for commercial buildings," is that in the same   14:53
10  capacity as the reference on the prior page that you   14:56
11  were just referring to?                   14:59
12  A   Yes.  One is a bill proposed in the House;   14:51
13  one is a bill proposed in the Senate.     14:54
14  Q   Did the Department of Energy propose or   14:53
15  establish a modified code or a standard that met the   14:56
16  above targets on page ASHRAE0024570?      14:50
17  A   This is -- this proposed language is not   14:54
18  in -- in law at this particular time.  This was -- this   14:51
19  was talking about what was being proposed at this point   14:55
20  in time in 2010.                          14:50
21  Q   What was the outcome?                 14:53
22  A   I don't -- I don't think they set -- I don't   14:56
23  believe that they set targets, because it's -- as part   14:59
24  of the -- these codes, it has to be cost effective.   14:56
25  And as ASHRAE explained -- and I'm not sure if it's   14:51

Page 144

1   the -- but we explained that once you -- as you get   14:50
2   above -- when you're going between the 30 and the 50   14:53
3   percent, it gets more and more difficult to have   14:55
4   cost-effective equipment and things like that and -- in   14:58
5   there.  So it -- it wasn't put in the law.   14:52
6   Q   On page ASHRAE0024581, it says, "Additional   14:58
7   Washington office activities."  And it says for the   14:56
8   third major bullet point, "Building code adoptions,"   14:56
9   and then under that, "Standard 90.1 and Standard   14:50
10  189.1/IGCC promotion."                    14:54
11       Does this mean that the Washington office has   14:50
12  engaged in promoting the adoption of Standard 90.1 into   14:54
13  building codes?                           14:50
14  A   I don't remember.  And without seeing it, if   14:55
15  he -- he didn't have notes with it, so I don't think it   14:59
16  was at a building code level.  I think that's something   14:52
17  they were talking about expanding in the grassroots.   14:57
18  That was not done at that time.            14:52
19  Q   So that's something -- is that something   14:53
20  that's done in -- at this time?           14:55
21  A   We have started a grassroots program to reach   14:51
22  out when we are made aware of references to -- to   14:53
23  different standards.  And we could ask volunteers in   14:58
24  those jurisdictions to go.                14:52
25  Q   And when you say "a grassroots program," who   14:53

Page 145

1   is involved in the grassroots program?    14:57
2   A   It's -- it's the individual ASHRAE chapters   14:50
3   within each state, and then each -- you know, there's   14:52
4   multiple chapters within a state.  So whoever is   14:55
5   closest to wherever the decision is being made.   14:58
6   Q   And so this is -- the grassroots program   14:52
7   works to advocate for building code adoptions --   14:59
8   adoptions of Standard 90.1 into building codes --   14:54
9        MR. CUNNINGHAM:  Objection.          14:58
10  Q   (BY MR. BECKER) -- in states and local   14:59
11  governments?                              14:51
12       MR. CUNNINGHAM:  Objection,           14:52
13  mischaracterization of prior testimony.   14:53
14       THE WITNESS:  It could include Standard   14:54
15       90.1.  It could include any other -- our   14:56
16       other standards as well.             14:59
17  Q   (BY MR. BECKER)  And at the bottom of this   14:54
18  page, it says, "Empowering chapters to engage state and   14:56
19  local policy-makers."  Do you know what that   14:59
20  references?                               14:52
21  A   That's referencing what I was talking about,   14:53
22  the grassroots, and encouraging local chapters to talk   14:55
23  to their state and local policy makers.   14:51
24  Q   And on the next page, it says, "Opportunities   14:55
25  for individual member participation.  Contact state and   14:59

37 (Pages 142 - 145)

1 marked as Exhibit 1174.  Could you please tell me what 15:42
2 this document is?                          15:42
3     A    This is a subset, I think, of another email  15:42
4 exchange related to Exhibit 1170 where Mark indicates  15:43
5 that this correction was made by Jim Calm.      15:43
6 (Exhibit 1175 marked for identification.)        15:44
7     Q    (BY MR. BECKER)  I'm handing you what's been  15:44
8 marked as Exhibit 1175.  Do you recognize this    15:44
9 document?                               15:45
10    A    Yes.                             15:45
11    Q    And could you tell me what this document is?  15:45
12    A    This is a Certificate of Registration with   15:45
13 the United States Copyright Office for the 1993 ASHRAE  15:45
14 Handbook: Fundamentals Inch-Pound Edition.        15:45
15    Q    What is the 1999 ASHRAE Handbook:       15:45
16 Fundamentals?                            15:45
17    A    It covers a variety of topics.  I would have  15:45
18 to look at the inside cover to tell you every topic   15:45
19 that it covers.                          15:45
20    Q    What's the purpose of the 1993 ASHRAE      15:45
21 Handbook: Fundamentals?                    15:45
22    A    It's a -- it's a tool for engineers to use   15:45
23 when they're working with the topics covered in that   15:45
24 book.                                 15:45
25    Q    Is the 1993 ASHRAE Handbook: Fundamentals   15:45
                                    Page 158

1     A    Yes                             15:44
2     Q    Can you tell me what this document is?      15:44
3     A    This document is the letter that gets sent to  15:46
4 the project committee that shows the public review   15:49
5 comments for BSR/ASHRAE/IESNA Addenda S, T, and X to   15:43
6 ANSI/ASHRAE/IESNA Standard 90.1-2007            15:45
7     Q    And if you look at the sixth, seventh,      15:40
8 eighth, ninth, and I believe tenth page of this   15:47
9 document, are those copyright releases on all of those  15:51
10 pages I mentioned?                         15:59
11    A    Yes                             15:57
12    Q    And who are those copyright releases from?   15:57
13    A    Larry Spielvogel                      15:50
14    Q    Do you know who Larry Spielvogel is?      15:54
15    A    Yes                             15:58
16    Q    Who is Mr  Spielvogel?                 15:58
17    A    He is an ASHRAE member                 15:50
18    Q    Has Mr  Spielvogel ever been an employee of   15:52
19 ASHRAE?                               15:57
20    A    No                              15:57
21    Q    Do Mr  Spielvogel's proposed contributions   15:50
22 appear in this document?                    15:54
23    A    Actually, yes                       15:56
24    Q    And where is that?                    15:59
25    A    Under -- on the page labeled ASHRAE0013966,  15:51
                                    Page 160

1 referenced in ASHRAE Standard 90.1?             15:46
2     A    I would have to look.                  15:46
3 (Exhibit 1176 marked for identification.)         15:46
4     Q    (BY MR. BECKER)  I'm handing you what's been  15:46
5 marked as Exhibit 1176.  This is Bates number     15:46
6 ASHRAE0001592.  Could you -- do you recognize this   15:46
7 document?                               15:46
8     A    Yes.                             15:46
9     Q    And could you please tell me what it is?    15:46
10    A    Well, the first page labeled ASHRAE001592 is  15:47
11 the certification -- Certificate of Registration with  15:47
12 the United States Copyright Office for ANSI/ASHRAE/IES  15:47
13 Standard 90.1-2010 IP Edition.               15:47
14         For the page labeled ASHRAE0001594, that is  15:47
15 the Certificate of Registration with the United States  15:47
16 Copyright Office for ANSI/ASHRAE/IESNA           15:47
17 Standard 90.1-2007 IP Edition.               15:47
18         For the page labeled ASHRAE001596, this is  15:47
19 the Certificate of Registration with the United States  15:47
20 Copyright Office for ANSI/ASHRAE/IESNA           15:48
21 Standard 90.1-2004 IP -- IP Edition.            15:48
22 (Exhibit 1177 marked for identification.)        15:48
23    Q    (BY MR. BECKER)  I'm handing you what's been  15:48
24 marked as Exhibit 1177.  It's the document beginning  15:48
25 with ASHRAE0013961.  Do you recognize this document?  15:48
                                    Page 159

1 under 4 "Comment (Proposed Text)," it says, "Do not   15:52
2 approve and do not publish this addendum."        15:52
3     Q    So these are his contributions, then, as to  15:52
4 say "Do not approve and do not publish this addendum"  15:52
5 that he's referring to?                     15:52
6     A    That is correct.                     15:52
7     Q    If you turn to the page ASHRAE0013973, is   15:52
8 that another signed copyright release on that page?   15:53
9     A    Yes.                             15:53
10    Q    And in that instance, has it been signed and  15:53
11 also had the -- the name of the individual inserted?   15:53
12    A    Yes.                             15:53
13    Q    And who is that individual?              15:53
14    A    James Calm.                        15:53
15    Q    And what is Mr. Calm's relationship to     15:53
16 ASHRAE, if any?                          15:53
17    A    He's a member of ASHRAE.               15:53
18    Q    And has Mr. Calm ever been an employee of   15:53
19 ASHRAE?                               15:53
20    A    No.                             15:53
21    Q    And Mr. Calm's contribution on the following  15:53
22 page, is that "Disapprove proposed revisions in     15:53
23 Addendum S"?                            15:54
24    A    That would be his comment, yes.           15:54
25    Q    And then if you turn to ASHRAE0013982, is   15:54
                                    Page 161

41 (Pages 158 - 161)

| | Page 190 | | Page 192 |
|---|---|---|---|

1  for time at the time.                    16:58
2  Q   (BY MR. BECKER)  How did you know that she   16:50
3  was -- that Ms. Ramspeck was referring to   16:52
4  Public.Resource.Org when she said "Did you know that   16:56
5  there has been a big increase in the number of   16:59
6  copyrighted docs beginning in January"?   16:51
7     A   Because I knew about the SMACNA things, and   16:57
8  so staff was watching to see what copyrighted documents   16:52
9  were out there, if they belonged to ASHRAE.   16:56
10    Q   And so there was sufficient discussion of   16:56
11  Public.Resource.Org in February of 2013 that without   16:59
12  even referencing Public.Resource.Org, you knew that   16:54
13  Ms. Ramspeck was referring to Public.Resource.Org?   16:58
14       MR. CUNNINGHAM:  Objection to the form.   16:51
15       THE WITNESS:  At that time, we would   16:55
16  have discussed Public.Resource.Org, and I   16:56
17  would have known that's what she was   16:59
18  referring to.   16:51
19    Q   (BY MR. BECKER)  What is the purpose of the   16:59
20  IPRPC?   16:52
21       MR. FEE:  Objection, lack of   16:54
22  foundation.   16:55
23       MR. CUNNINGHAM:  Objection.   16:56
24       THE WITNESS:  It's -- it's dealing with   16:59
25  intellectual property mostly, things -- or   16:52

Page 190

1  our Standard 188 posted on company websites   16:57
2  without seeking permission from me first to   16:51
3  post it after the public review period has   16:53
4  ended.  And I've sent letters to ask them to   16:56
5  remove it, and they are removed.   16:58
6    Q   (BY MR. BECKER)  Is ASHRAE aware of   16:56
7  infringement or potential infringement on file-sharing   16:59
8  websites of ASHRAE standards?   16:53
9       MR. CUNNINGHAM:  Same objection.   16:55
10       THE WITNESS:  I'm not aware of those.   16:57
11       MR. BECKER:  We can take a break here.   16:57
12       THE VIDEOGRAPHER:  Going off the record   16:50
13  at 16:58.   16:52
14  (Recess taken.)   17:19
15       THE VIDEOGRAPHER:  Going on the record   17:24
16  at 17:24.   17:26
17    Q   (BY MR. BECKER)  Ms. Reiniche, could you   17:25
18  please refer again to Exhibits 1175 and 1176.  Those   17:26
19  are the certificates of registration from the copyright   17:22
20  office.   17:27
21    A   Okay.   17:27
22    Q   Ms. Reiniche, does ASHRAE claim to be the   17:20
23  author of standard -- of the editions of Standard 90.1   17:24
24  that are listed in Exhibit 1176?   17:20
25       MR. CUNNINGHAM:  Objection to the   17:27

Page 192

1  things like patents and some, I guess, quasi   16:56
2  legal things.   16:56
3    Q   (BY MR. BECKER)  How much of the discussion   16:56
4  in IPRPC relates to Public.Resource.Org?   16:56
5       MR. FEE:  Objection to form.   16:56
6       THE WITNESS:  On the items I have either   16:56
7  seen in email or when I've been able to   16:56
8  participate remotely on their calls, minimal.   16:56
9    Q   (BY MR. BECKER)  Is ASHRAE concerned about   16:57
10  alleged copyright infringement by other entities other   16:57
11  than Public.Resource.Org?   16:57
12       MR. CUNNINGHAM:  Objection to scope and   16:57
13  to the form.   16:57
14       THE WITNESS:  Of course.  We don't -- we   16:57
15  don't allow other people to post copyrighted   16:57
16  material or anywhere else.  If -- when we're   16:57
17  made aware of it, we ask for it to be   16:57
18  removed.   16:57
19    Q   (BY MR. BECKER)  Where has ASHRAE seen   16:57
20  infringement of its standards?   16:57
21       MR. CUNNINGHAM:  Same objection.   16:57
22       THE WITNESS:  I'm -- I'm not privy to   16:57
23  every single time.  I don't -- it's not   16:57
24  related to 90.1, but I know that there have   16:57
25  been public review drafts of, for example,   16:57

Page 191

1  form.   17:27
2       THE WITNESS:  Yes.   17:28
3    Q   (BY MR. BECKER)  And does ASHRAE claim to be   17:20
4  the author of the 1993 ASHRAE Handbook: Fundamentals as   17:22
5  listed in Exhibit 1175?   17:28
6       MR. CUNNINGHAM:  Same objection.   17:21
7       THE WITNESS:  Yes.   17:27
8    Q   (BY MR. BECKER)  Is ASHRAE the sole author of   17:28
9  these works?   17:20
10       MR. CUNNINGHAM:  Same objection.   17:20
11       THE WITNESS:  It's the members of the   17:27
12  project committee as -- as part of their   17:29
13  membership that agreed to write the document   17:23
14  and -- and have it attributed to ASHRAE.   17:25
15    Q   (BY MR. BECKER)  And the members of the   17:29
16  project committee are not employees of ASHRAE, correct?   17:20
17    A   That's correct.   17:23
18    Q   And so what is the basis for ASHRAE's claim   17:28
19  that it's the author of these works?   17:21
20       MR. CUNNINGHAM:  Objection to the form,   17:25
21  calls for a legal conclusion.   17:26
22       THE WITNESS:  As a basis of the signed   17:20
23  copyright assignments that all the members   17:22
24  sign when they apply for membership, that the   17:25
25  commenters sign when they submit a comment   17:29

Page 193

49 (Pages 190 - 193)

Page 194

```
1  and that the members that submit change -- or      17:21
2  the public that submits change proposals sign      17:26
3  when they submit a change proposal                 17:29
4  Q  (BY MR BECKER) Has ASHRAE ever compensated  17:24
5  any of the members of the project committee for the 17:26
6  sale of any of the works at issue?                 17:23
7  A  No                                        17:26
8  Q  Ms Reiniche, is the project committee for  17:27
9  Standard 90 1 in charge of the selection and       17:23
10  arrangement of the content of Standard 90 1?      17:28
11  A  Yes                                       17:28
12  Q  Is anybody else responsible for the selection 17:23
13  and arrangement of standard -- of the content of   17:27
14  Standard 90 1?                                17:23
15  A  The selection of the content, no  The      17:24
16  arrangement, they're not going to change the order, but 17:20
17  the formatting in terms of, you know, the two-column 17:22
18  format, it could switch from one to two column after 17:26
19  public review is done by public -- our publications 17:20
20  department                                    17:23
21  Q  And who made the decision to switch it from 17:24
22  one column to two column?                     17:28
23  A  That would have been Steve Comstock would  17:21
24  have decided to -- I believe the standard was     17:24
25  originally one column  When they go out for public 17:27
```

Page 195

```
1  review, we put it in one column, because it's easier 17:20
2  for people to read one column, you know, and we don't 17:22
3  have to mess with the formatting              17:20
4      Then because of the length, I believe they 17:29
5  switched to a two-column format for publication 17:21
6  And -- and that's -- that's why they did it, so the -- 17:24
7  your printed copy isn't, you know, 3 inches thick 17:29
8  versus an inch and a half thick              17:24
9  Q  So when you say two-column format, you mean 17:27
10  the text appears in two columns on the page, as opposed 17:28
11  to just being a single column on the page?   17:23
12  A  That's correct                          17:25
13  Q  And is that the only change in arrangement 17:23
14  that's performed by ASHRAE staff?           17:25
15  A  By publications, they might correct the  17:20
16  numbering of a section if the committee changed 17:23
17  something and the numbering was off, but it's just to 17:25
18  make it format correctly for -- on the publication 17:28
19  side                                         17:23
20  (Exhibit 1193 marked for identification )    17:24
21  Q  (BY MR BECKER) Ms Reiniche, I'm handing   17:30
22  you what's been marked as Exhibit 1193  This is Bates 17:31
23  number ASHRAE0001628  Do you recognize this document? 17:37
24  A  Yes                                       17:33
25  Q  Can you tell me what this document is?    17:35
```

Page 196

```
1  A  These are the minutes from the 90.1 meeting 17:38
2  for sure from Saturday, January 24th, 2004.  Then 17:34
3  from -- and it also includes the minutes from the 17:31
4  meeting on Sunday, January -- January 25th, 2004.  Hang 17:35
5  on.  They usually have more than -- another meeting. 17:35
6  And from Monday, January 26, 2004.           17:30
7  Q  And could you please turn to page 8?      17:33
8  A  8?                                         17:39
9  Q  Yes.  Section 10 on page 8 includes the   17:39
10  marketing task force ad hoc subcommittee update.  And 17:30
11  it says in the second and third sentence, it says, "The 17:39
12  discussion included the question of who is the customer 17:33
13  for Standard 90.1.  Chris stated that the subcommittee 17:37
14  has one customer that it has failed to fulfill the 17:32
15  needs of, and that is the Department of Energy, DOE." 17:37
16      Does ASHRAE consider the Department of Energy 17:33
17  to be a customer?                            17:35
18  A  It would be one customer.                 17:38
19  (Exhibit 1194 marked for identification.)    17:31
20  Q  (BY MR. BECKER) Ms. Reiniche, I'm handing 17:38
21  you a document that has been marked as Exhibit 1194. 17:30
22  This is Bates number ASHRAE0006892.  Can you tell me 17:34
23  what this document is?                       17:33
24  A  This document is an ASHRAE 90.1 questionnaire 17:34
25  summary combined -- compiled by Valerie Block, the 17:38
```

Page 197

```
1  chair of the 90.1 marketing committee.       17:33
2  Q  And can you tell me what the purpose of this 17:32
3  questionnaire summary was?                   17:35
4  A  The purpose of -- of the questionnaire or the 17:36
5  summary -- summary?                          17:39
6  Q  Of the summary itself.                    17:31
7  A  It was to give information to the committee 17:32
8  on what -- the opinions of the users of the standard 17:37
9  were.                                        17:31
10  Q  And which committee was that?            17:32
11  A  90.1.                                    17:33
12  (Exhibit 1195 marked for identification.)    17:38
13  Q  (BY MR. BECKER) Ms. Reiniche, I'm handing 17:38
14  you what's been marked as Exhibit 1195.  Bates labeled 17:30
15  ASHRAE0024267.  Do you recognize this document? 17:35
16  A  This is -- yes.                          17:30
17  Q  And can you tell me what this document is? 17:32
18  A  This is a document where the president of 17:39
19  ASHRAE was asking for the committee on utilities and 17:38
20  energy to consider a building energy labeling program 17:33
21  that was being developed by ASHRAE.  This is the 17:38
22  building energy quotient, but it's not -- it's not a 17:36
23  90.1 tool.                                   17:31
24  (Exhibit 1196 marked for identification.)    17:34
25  Q  (BY MR. BECKER) Ms. Reiniche, I'm handing 17:34
```

50 (Pages 194 - 197)

1 you what's been marked as Exhibit 1196, ASHRAE Bates   17:35
2 number 0024287.  Do you recognize this document?   17:39
3    A   Yes.   17:30
4    Q   And could you tell me what this document is?   17:32
5    A   This is a letter from -- who would have been   17:34
6 the president of ASHRAE at the time in 2009, Gordon   17:38
7 Holness, to President Obama talking about as we're   17:33
8 working towards energy efficiency, where we have agreed   17:31
9 to try -- the project committee to be 30 percent   17:35
10 more energy efficient from 2004, version of   17:31
11 Standard 90.1 to the 2010 version.   17:34
12       And it also mentions our Building Energy   17:39
13 Quotient BEQ program that provides people with energy   17:32
14 use of buildings and to ask that the -- while they're   17:36
15 implementing the executive order, that they look at   17:35
16 considering using the building EQ program.   17:38
17 (Exhibit 1197 marked for identification.)   17:39
18    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   17:33
19 you what's been marked as Exhibit 1197.  Do you   17:34
20 recognize this document?   17:37
21    A   Yes.   17:33
22    Q   And can you tell me what this document is?   17:31
23    A   This is an ASHRAE Facts and Stats document   17:35
24 that D.C. folks would leave with congressional staff   17:39
25 members.   17:37

Page 198

1    Q   And what was the purpose of leaving this with   17:37
2 congressional staff members?   17:30
3    A   Just to give you a -- give them information   17:31
4 about what ASHRAE is, what our expertise is in, and   17:33
5 about our standards, our research program,   17:30
6 publications, continuing education; just ASHRAE as a   17:33
7 whole   17:37
8 (Exhibit 1198 marked for identification )   17:39
9    Q   (BY MR BECKER)  Ms Reiniche, I'm handing   17:34
10 you what's -- what's been marked as Exhibit 1198, Bates   17:35
11 number ASHRAE0024393  Do you recognize this document?   17:30
12    A   Yes   17:37
13    Q   And what is this document?   17:37
14    A   This is another sort of fact sheet type thing   17:39
15 that ASHRAE does to educate the staff members of the   17:32
16 legislature about ASHRAE's role in energy efficiency   17:36
17 and our views on how to get there   17:31
18 (Exhibit 1199 marked for identification )   17:33
19    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   17:42
20 you what's been marked as Exhibit 1199  This is Bates   17:45
21 labeled ASHRAE0024624  Do you recognize this document?   17:40
22    A   Yes   17:40
23    Q   And what is this document?   17:41
24    A   These are -- this is an email that shows the   17:42
25 notes from what would have been an ASHRAE leadership   17:45

Page 199

1 meeting with different organizations in Washington,   17:41
2 D.C.   17:41
3    Q   And when you say what would have been an   17:41
4 ASHRAE leadership meeting with different organizations   17:41
5 in Washington, D.C., do you mean it was a meeting that   17:41
6 did occur?   17:41
7    A   Yes.   17:41
8    Q   Is it clear to you who the participants of   17:42
9 this meeting would have been?   17:42
10       MR. FEE:  Can I see this document before   17:42
11    you get into this any further?   17:42
12       Okay.   17:42
13       THE WITNESS:  Well, I can tell from the   17:42
14    ASHRAE side, based on this email, that Lynn   17:42
15    Bellenger, Ron Jarnigan, Tom Watson, Jeff   17:43
16    Littleton, Doug Read, and Mark Ames would   17:43
17    have been at these meetings.  Some of them I   17:43
18    can -- it appears from this that OSTP had   17:43
19    Kevin Hurst there.   17:43
20    Q   (BY MR. BECKER)  That's fine if you --   17:43
21    A   I mean, I would have to -- I mean, some of   17:43
22 them I can tell that -- you know, who was there, I can   17:43
23 tell which organizations were there, but some I can   17:43
24 tell by the way the notes were written who was there,   17:43
25 and some I cannot.  I can -- if it would be easier, I   17:44

Page 200

1 can tell you what organizations appears.   17:44
2    Q   Yes, if you could say which organizations.   17:46
3    A   So -- and this -- my recollection of the   17:40
4 leadership meetings, typically it's more -- than than   17:46
5 one meeting, so they weren't all in one meeting   17:48
6 together, so these would have been notes from all of   17:40
7 their meetings.   17:42
8       So they would have talked with the EPA,   17:45
9 DOE -- sorry, the page is sticking -- FEMP, NEMA, ASE,   17:48
10 AHRI, NASEO, N-A-S-E-O, and that looks to be it.   17:42
11    Q   Okay.  So it's all of the organizations that   17:48
12 are -- that are listed as individual acronyms at the   17:40
13 top of each paragraph section?   17:40
14    A   Right.   17:41
15    Q   And would those have been separate meetings   17:44
16 with each individually?   17:46
17    A   Some of them could have been clumped   17:47
18 together, some of them could have been separate.  It's   17:41
19 hard to tell from this email string how those occurred.   17:43
20 But sometimes they have it where they're going to meet   17:49
21 with these three organizations and then these three   17:42
22 organizations; something like that.   17:44
23 (Exhibit 1200 marked for identification.)   17:49
24    Q   (BY MR. BECKER)  I'm handing you what's been   17:45
25 marked as Exhibit 1200.  This is Bates labeled   17:46

Page 201

51 (Pages 198 - 201)

1  standards at issue here.                    18:03
2      THE WITNESS:  This email relates to     18:06
3  Standard 161-2007.  That's indoor air quality  18:08
4  for commercial aircrafts.  And it's about a   18:04
5  congressional committee considering an FAA    18:09
6  reauthorization bill and wants to know if --  18:01
7  if the members of 161 are supportive of this  18:06
8  bill.                           18:01
9      Q   (BY MR. BECKER)  And in the top email,  18:05
10  Mr. Weber's communication, he says, "Ladies and  18:01
11  Gentlemen, below is an email from Ryan Colker, manager  18:06
12  of government affairs in the ASHRAE Washington office.  18:09
13  ASHRAE is encouraging legislators to adopt ASHRAE  18:03
14  Standard 161-2007 and intends on sending the attached  18:09
15  letter early next week.  Ryan would like to make the  18:03
16  SSPC aware of the intentions and would like to know if  18:07
17  their organizations are willing to support the  18:01
18  adoption."                         18:04
19      Is one of the roles of government -- ASHRAE's  18:09
20  government affairs office in Washington, D.C., to  18:02
21  encourage legislators to adopt ASHRAE standards?  18:06
22      A   If it's relevant to a bill that the  18:01
23  legislature is -- is drafting.          18:08
24      Q   Does that include encouraging legislators to  18:01
25  adopt ASHRAE Standard 90.1?             18:04

Page 210

1      A   If it's related to a legislation that they're  18:07
2  creating.                         18:00
3      Q   So if -- for clarity, if the -- if standard  18:01
4  ASHRAE 90.1 is related to the legislation that's being  18:09
5  created, then the Washington office of ASHRAE might  18:03
6  encourage the adoption of Standard 90.1 into that  18:08
7  legislation?                       18:03
8      A   Yes, in consultation with ASHRAE leadership  18:05
9  and those with relevant technical expertise.  18:09
10  (Exhibit 1207 marked for identification.)   18:02
11      Q   (BY MR. BECKER)  I'm handing you what's been  18:07
12  marked as Exhibit 1207.  Could you please take a moment  18:08
13  to read this document and tell me what it is?  18:02
14      MR. CUNNINGHAM:  Same objection as the  18:02
15  last document.  This is outside the scope and  18:03
16  irrelevant, as it doesn't relate to the    18:06
17  standards at issue.                  18:05
18      THE WITNESS:  So this is an email where  18:05
19  Mike Lubliner, who was involved in 62.2, said  18:09
20  he was talking with HUD and about having them  18:05
21  adopt 62.2 and asked -- and discussing with   18:00
22  Steve Emmerich, who I believe was the chair   18:06
23  at that time, about who could speak on that.  18:08
24      And then they asked Mark Weber if we   18:03
25  could -- who is the staff liaison for 62.2,  18:07

Page 211

1  if we could get comp copies to send to HUD to  18:01
2  consider it, and Mark indicated that's       18:04
3  probably very likely                     18:07
4      And then they ask for the -- where to   18:00
5  send it, to Rhonda from -- Rhonda Dickerson,  18:03
6  who I'm assuming is from HUD  And instead of  18:08
7  using the paper comment -- paper format, they  18:02
8  sent a PDF copy that -- indicating it wasn't  18:08
9  to be distributed outside of the HUD        18:12
10  manufacturing housing consensus committee and  18:15
11  not to reprint without ASHRAE permission    18:18
12      Q   (BY MR BECKER)  You are a recipient of this  18:13
13  email; is that correct?                 18:15
14      A   Yes                          18:17
15      Q   What does HUD stand for?           18:10
16      A   Housing Urban Development           18:14
17      Q   And is that a federal agency?         18:17
18      A   Yes                          18:11
19      Q   Is it common for ASHRAE to provide copies of  18:10
20  ASHRAE standards to members of government when they are  18:16
21  considering incorporating that standard into  18:10
22  legislation or regulation?               18:14
23      A   If it's been requested, we typically will  18:17
24  provide a copy for them to review, yes       18:10
25      Q   And that would be a complimentary copy,  18:13

Page 212

1  correct?                           18:11
2      A   That is correct.                 18:11
3  (Exhibit 1208 marked for identification.)   18:11
4      Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  18:11
5  you what's been marked as Exhibit 1208.  This has been  18:11
6  produced as ASHRAE0024209.  Do you recognize this  18:12
7  document?                           18:12
8      MR. CUNNINGHAM:  Object to this document  18:12
9  as it also appears to relate to standards    18:12
10  other than those that are at issue in this   18:12
11  case.                           18:12
12      THE WITNESS:  Yes, I recognize the       18:12
13  document.                          18:12
14      Q   (BY MR. BECKER)  And what is this document?  18:12
15      A   This is a document from Terry Townsend, who  18:12
16  would have been the president of ASHRAE in 2007, to  18:13
17  Andrew Fanara from EPA Energy Star Program.  And it's  18:13
18  about a draft report to Congress on server and  18:13
19  datacenter energy efficiency.            18:13
20      And he's talking about the -- how ASHRAE is  18:13
21  involved in that and the majority of this deals with  18:13
22  our technical committee 9.9, which is missing critical  18:13
23  facilities and the work they've done in the different  18:13
24  publications they have, thermal guidelines for data  18:13
25  processing equipment.  And -- and then they had  18:13

Page 213

54 (Pages 210 - 213)

1          C E R T I F I C A T E
2    STATE OF GEORGIA:
     COUNTY OF FULTON:
3
           I, SHARON A. GABRIELLI, HEREBY CERTIFY that
4    the foregoing deposition was taken down by me in
     stenotype, and the questions and answers thereto were
5    transcribed by means of computer-aided transcription,
     and that the foregoing represents a true and correct
6    transcript of the testimony given by said witness.
           I FURTHER CERTIFY that I am not kin or
7    counsel to the parties in the case; am not in the
     regular employ of counsel for any of said parties; nor
8    am I in any way financially interested in the result of
     said case.
9          IN WITNESS WHEREOF, I have hereunto set my
     hand this 10th day of April, 2015
10
11    _____

            SHARON A. GABRIELLI, RPR
12            CCR-B-2002
13
14
15
16
17
18
19
20        --oOo--
21
22
23
24
25
                                        Page 226

Veritext Legal Solutions
866-299-5127

# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2                    -  -  -
       AMERICAN SOCIETY FOR     :  Case No.
 3     TESTING AND MATERIALS d/b/a:  1:13-cv-01215-PSC-DAR
       ASTM INTERNATIONAL;       :
 4                               :
       NATIONAL FIRE PROTECTION  :
 5     ASSOCIATION, INC.; and    :
                                 :
 6     AMERICAN SOCIETY OF       :
       HEATING, REFRIGERATING,   :
 7     AND AIR-CONDITIONING      :
       ENGINEERS, INC.           :
 8          Plaintiffs,          :
                                 :
 9          vs.                  :
                                 :
10     PUBLIC.RESOURCE.ORG, INC., :
            Defendant.           :
11     _____:
       AND RELATED COUNTERCLAIMS. :
12     _____:
13
14             Videotaped 30(b)(6) deposition
15     of American Society for Testing & Materials,
16     through DANIEL SMITH, held in the offices of
17     Veritext Philadelphia, 1801 Market Street,
18     Ten Penn Center, Suite 1800, Philadelphia,
19     Pennsylvania 19103, commencing at 10:43 a.m.,
20     July 24, 2015, before Linda Rossi Rios, a
21     Federally Approved RPR, CCR and Notary
22     Public.
23
24
25     PAGES 1 - 292

                                        Page  1
```

1   giving your best testimony today?
2       A.   No.
3       Q.   Mr. Smith, what do you do for a
4   living?
5       A.   I work for ASTM International.
6       Q.   And when you say you work for
7   ASTM International, what do you mean?
8       A.   I'm the vice --
9           MR. FEE: Objection. Vague.
10   You can answer.
11          THE WITNESS: I'm the vice
12      president of technical committee
13      operations.
14   BY MR. BECKER:
15      Q.   And what is technical committee
16   operations?
17      A.   It's a division within ASTM.
18      Q.   What does technical committee
19   mean?
20      A.   Technical committees develop
21   standards.
22      Q.   When you say "standards," what
23   do you mean by that?
24      A.   Consensus standards.
25      Q.   By "consensus standards," what
                                              Page 14

1   technical committee?
2       A.   A group of experts that develop
3   standards.
4       Q.   And who are those experts?
5       A.   Volunteers.
6       Q.   And are they only volunteers?
7           MR. FEE: Objection. Vague.
8           THE WITNESS: For the most part
9       from my knowledge, they're all
10      volunteers.
11   BY MR. BECKER:
12      Q.   How does a technical committee
13   go about developing standards as you say?
14      A.   They use our consensus process.
15      Q.   What is the consensus process?
16      A.   It's two levels of voting
17   starting with the subcommittee and then the
18   main committee.
19      Q.   What's the difference between a
20   subcommittee and a main committee?
21      A.   A subcommittee is typically
22   smaller with a more narrow interest. A main
23   committee has broader interest.
24      Q.   So within a technical
25   committee, then, there is -- is there just
                                              Page 16

1   do you mean by that?
2       A.   Documents.
3       Q.   Any documents?
4       A.   Specifications, test methods,
5   practices, guides, classifications and
6   terminology.
7       Q.   Does the term "standards" have
8   any specific meaning to you?
9           MR. FEE: Objection. Vague.
10          THE WITNESS: I'm not sure what
11      you mean by that.
12   BY MR. BECKER:
13      Q.   Can you define what a standard
14   is?
15      A.   Just what I said previously,
16   it's a test method, a specification, a
17   practice, a guide, classification or
18   terminology.
19      Q.   And you say that the technical
20   committees develop standards. How do --
21   actually, let me back up.
22          What is a technical committee?
23      A.   I'm not sure how to answer
24   that. I'm not sure what you mean by that.
25      Q.   How would you define a
                                              Page 15

1   one main committee?
2       A.   A main committee is a technical
3   committee.
4       Q.   And are there numerous
5   subcommittees?
6       A.   Yes.
7       Q.   And how many subcommittees on
8   average?
9       A.   It varies.
10      Q.   Could you give me a range by
11   which it might vary?
12      A.   The best of my knowledge, maybe
13   from 3 to 40, 50.
14      Q.   When you say there is a
15   consensus process that involves voting in the
16   subcommittee and then voting at the main
17   committee level, can you elaborate on that
18   process?
19          MR. FEE: Objection. Vague.
20          THE WITNESS: They vote on
21      standards so the folks on that
22      committee will vote on whether or not
23      they agree or not agree with the
24      content of the standard.
25   BY MR. BECKER:
                                              Page 17

1     Q.    Is that agree or don't agree on
2   the content of a draft standard or the
3   finalized standard?
4     A.    A draft standard.
5     Q.    Could we just back up a little
6   bit and could you walk me through how a
7   standard is developed at ASTM?
8     A.    It varies, but it could be
9   by -- it starts typically with a task group.
10    Q.    And what does the task group
11  do?
12    A.    They'll develop the content of
13  the draft.
14    Q.    And who composes the task
15  group?
16        MR. FEE:  Objection.  Vague.
17        THE WITNESS:  The task group is
18    typically made up of volunteers who
19    wish to serve on the task group.
20  BY MR. BECKER:
21    Q.    Are -- is everyone in a task
22  group an ASTM member?
23    A.    No, not necessarily.
24    Q.    In what situations would
25  individuals who are not members of ASTM
                                    Page 18

1   average?
2     A.    It varies, but it could be
3   anywhere from 3 to 30 approximately.
4     Q.    And you said that the task
5   group develops the content or the original
6   draft of a standard.  Is that correct?
7        MR. FEE:  Objection.  Lack of
8     foundation.
9        THE WITNESS:  From my
10    experience, that's what a task group
11    does.
12  BY MR. BECKER:
13    Q.    How is a task group initially
14  formed?
15    A.    It's formed by a group of
16  volunteers who want to develop a standard or
17  a revision to a standard.
18    Q.    Do the members and -- excuse
19  me.
20        Do the ASTM members and
21  nonmembers of ASTM who compose task groups
22  generally have the same or similar interests?
23        MR. FEE:  Objection.  Calls for
24    speculation.
25        THE WITNESS:  I don't know.  I
                                    Page 20

1   compose members of the task group?
2        MR. FEE:  Objection to form.
3        THE WITNESS:  I'm not sure what
4     you mean by that.  Could you repeat
5     that or say that differently?
6   BY MR. BECKER:
7     Q.    Let's see.  Are -- let me back
8   up just a moment.
9        Are any members of the task
10  group also members of ASTM?
11    A.    Yes.
12    Q.    But some members of the task
13  groups are not members of ASTM?
14    A.    Could be.  It's mostly members.
15    Q.    And why would individuals who
16  are not members of ASTM be members of the
17  task group?
18        MR. FEE:  Objection.  Calls for
19    speculation.
20        THE WITNESS:  From my
21    experience, because they're interested
22    in the standard that's being
23    developed.
24  BY MR. BECKER:
25    Q.    How large are task groups on
                                    Page 19

1     would think they would have a variety
2     of different interests.
3   BY MR. BECKER:
4     Q.    Are there any characteristics
5   other than ASTM membership that would
6   distinguish ASTM members who are members of
7   task groups and those members of task groups
8   who are not ASTM members?
9        MR. FEE:  Objection to form.
10        THE WITNESS:  The members pay
11    the $75 membership fee.  Nonmembers
12    don't pay the membership.  That's the
13    only thing I can think of.
14  BY MR. BECKER:
15    Q.    How does a task group go about
16  developing the initial draft of a standard?
17    A.    They could do it in a variety
18  of ways.
19    Q.    Could you give me some examples?
20    A.    They could do it through the
21  use of our collaboration areas, an online
22  space that allows them to develop the draft.
23    Q.    And in what other ways?
24    A.    They could do it through course
25  of e-mail.
                                    Page 21

                                6 (Pages 18 - 21)

1   Q.   And in what other ways?
2   A.   Through a meeting.
3   Q.   And in what other ways?
4   A.   None other come to mind at this
5   point.
6   Q.   Are there any differences in
7   how a task group would develop a draft of a
8   standard today versus how they might have
9   developed a draft of a standard in the 1970s
10  or 1980s?
11       MR. FEE:  Objection.  Lack of
12       foundation.  Calls for speculation.
13       You can answer.
14       THE WITNESS:  Just from common
15       sense, we wouldn't have had our Web
16       tools, they wouldn't have been able to
17       use our Web tools or our virtual
18       meeting technology in the '70s.
19  BY MR. BECKER:
20  Q.   Do you know how task groups
21  developed drafts in the 1970s and 1980s?
22  A.   I don't know firsthand, but my
23  guess is they would have done it at meetings.
24  Q.   When did ASTM first provide the
25  online collaboration areas for the use by

Page 22

1   task groups?
2   A.   Guessing, it was sometime
3   probably in the early 2000s roughly.
4   Q.   How long have you been at ASTM
5   for?
6   A.   About 23 years.
7   Q.   So you were at ASTM for roughly
8   a decade, at least a decade prior to when the
9   online collaboration area was first rolled
10  out.  Is that correct?
11  A.   Approximately.
12  Q.   So prior to when the online
13  collaboration area was rolled out, how did
14  task groups develop draft standards at ASTM?
15  A.   To my knowledge, it would have
16  been at meetings.
17  Q.   Were these meetings organized
18  by ASTM?
19  A.   Some of them.
20  Q.   But other meetings might not
21  have been organized by ASTM, is that what
22  you're saying?
23       MR. FEE:  Objection.  Vague.
24       THE WITNESS:  They could.  They
25       could organize their own meetings

Page 23

1   outside of ASTM.
2   BY MR. BECKER:
3   Q.   Do you know how drafts of
4   the -- of ASTM standards were exchanged
5   between task group members prior to the
6   introduction of the online collaboration area
7   by ASTM?
8   A.   My guess would be through mail
9   and fax.
10  Q.   Do you know if that mail and
11  fax of drafts was facilitated by ASTM?
12       MR. FEE:  Objection.  Vague.
13       THE WITNESS:  I would imagine
14       that some of them would have been
15       facilitated by ASTM and others would
16       not have been.
17  BY MR. BECKER:
18  Q.   Prior to the introduction of
19  the online collaboration area, were there
20  specific forms that task group members were
21  made to fill out when drafting drafts of ASTM
22  standards?
23       MR. FEE:  Objection to form.
24       THE WITNESS:  I believe we had
25       forms starting in about 2003 on our

Page 24

1   membership applications that required
2   members to assign all rights to ASTM.
3   BY MR. BECKER:
4   Q.   So the membership, the forms on
5   the membership applications for ASTM that
6   asked individuals to assign all rights to
7   ASTM, as you said, started in 2003 and didn't
8   exist prior to that date?
9   A.   I believe that's correct.
10  Q.   And this just concerned the
11  membership applications.  Correct?
12       MR. FEE:  Objection.  Vague.
13       THE WITNESS:  We also had them
14       on our renewal forms, membership
15       renewal forms.  And then we also had
16       them on our work item registration,
17       and then our collaboration.
18  BY MR. BECKER:
19  Q.   What is a work item registration
20  form?
21  A.   It's for essentially opening up
22  a new work item.
23  Q.   What is a work item?
24  A.   Either a revision to a standard
25  or development of a new standard.

Page 25

1      Q.    And when was the language that
2  you say concerns assignments of rights
3  introduced to the work item form?
4      A.    I think it was in about 2003,
5  '04, '05, somewhere in there.
6      Q.    So somewhere in the 2003 to
7  2005 period, you're not certain precisely
8  when?
9      A.    I believe so.
10     Q.    But it didn't exist on those
11  forms prior to at earliest 2003?
12     A.    That's correct.
13     Q.    Who fills out a work item form?
14     A.    A member.
15     Q.    Is it only ASTM members who
16  fill out work item forms?
17     A.    If a member would ask a staff
18  person to help facilitate filling out a form,
19  they may do that.
20     Q.    What is a collaboration form?
21     A.    The collaboration, if a member
22  wants to initiate a collaboration area, they
23  have to go through an online process to
24  initiate it.
25     Q.    Just so I understand, is that

Page 26

1  work item registration forms for ASTM?
2      A.    No.
3      Q.    And those individuals I
4  described a moment ago, do they fill out
5  collaboration forms for ASTM?
6      A.    Yes.
7      Q.    They do.  Are they required to
8  fill out collaboration forms for ASTM in
9  order to participate in the development of a
10  draft of a standard?
11        MR. FEE:  Objection.  Vague.
12        THE WITNESS:  Yes.
13  BY MR. BECKER:
14     Q.    From approximately what year
15  forward have individuals who are members of
16  ASTM task groups but not themselves members
17  of ASTM been required to fill out
18  collaboration forms in order to participate
19  in the drafting of an ASTM standard?
20     A.    To my knowledge, since the
21  beginning.
22     Q.    When you say "since the
23  beginning," what do you mean?
24     A.    When we had -- when we created
25  the form.

Page 28

1  to create the online collaboration area that
2  you had described earlier as being a location
3  online provided by ASTM where members of a
4  task group could go to help develop the draft
5  for a standard?
6      A.    Yes.
7      Q.    And so the collaboration form
8  was only introduced after the collaboration
9  areas had been provided by ASTM to its
10  members?
11     A.    Yes.
12     Q.    And when, again, did you say
13  that that was?
14     A.    I think it was about 2003.
15     Q.    People who are members of task
16  groups for developing standards but are not
17  themselves ASTM members, do they fill out
18  membership applications for ASTM?
19     A.    No.
20     Q.    And those individuals who I
21  just described a moment ago, do they fill out
22  renewal forms for ASTM?
23     A.    No.
24     Q.    And those individuals who I
25  just described a moment ago, do they fill out

Page 27

1      Q.    So that would be approximately
2  2003, you're saying?
3      A.    Yes.
4      Q.    Were individuals who were
5  members of task groups but not themselves
6  members of ASTM required to fill out any
7  forms in order to participate in the drafting
8  of an ASTM standard prior to 2003?
9      A.    Not to my knowledge.
10     Q.    Is there any means by which
11  ASTM claims that individuals who are -- who
12  were members of task groups but not
13  themselves members of ASTM have assigned any
14  copyrights that they might have in the drafts
15  of the standards that were created and
16  eventually published through ASTM -- to ASTM?
17        MR. FEE:  Objection.  Calls for
18     a legal conclusion.  Instruct you not
19     to disclose any communications you
20     might have had with counsel regarding
21     that subject.  If you have an
22     independent knowledge that is
23     responsive, you can answer that.
24        THE WITNESS:  I don't know.  Not
25     to my knowledge.

Page 29

8 (Pages 26 - 29)

1    a legal conclusion. Vague.
2    Confusing. You can answer if you can.
3         THE WITNESS: I think I'll
4    answer it by just saying the purpose
5    of this form is for when an individual
6    wants to bring a document into ASTM to
7    make it into an ASTM standard.
8    BY MR. BECKER:
9         Q.    So this document is not
10   required of every member of a task group who
11   contributes original material to an ASTM
12   standard draft?
13        MR. FEE: Objection. Vague. To
14   the extent it calls for a legal
15   conclusion.
16        THE WITNESS: This form would
17   not be.
18   BY MR. BECKER:
19        Q.    When is the last time, to your
20   knowledge, that this form, Exhibit 1284, was
21   used by ASTM?
22        A.    I don't know.
23        Q.    Do you have any guess as to
24   what year this form was last used by ASTM?
25        MR. FEE: Objection. Lack of

Page 38

1    Participation and Acknowledgement Form has
2    ever been signed and returned to ASTM?
3         A.    I don't know for sure, but I
4    would guess it has been.
5         Q.    And what's your basis for
6    guessing that it has been?
7         A.    I vaguely remember instances
8    where we would have to use this.
9         Q.    And what instances were those?
10        A.    I can't remember.
11        Q.    What other information do you
12   recollect in conjunction with those instances
13   where you believe that you had to use this
14   form as you describe it?
15        MR. FEE: Objection. Vague.
16        THE WITNESS: The only thing I
17   can remember is members interested in
18   bringing forward documents that they
19   were interested in having become ASTM
20   standard.
21   BY MR. BECKER:
22        Q.    Prior to the introduction of
23   the Participation and Acknowledgement Form in
24   approximately 2002, was there any means by
25   which ASTM had members of task groups who

Page 40

1    foundation. Calls for speculation.
2         THE WITNESS: I don't know.
3    BY MR. BECKER:
4         Q.    Do you know any specific
5    standards that this form was used in
6    conjunction with?
7         A.    I don't know offhand, no. No
8    specifics.
9         Q.    Does ASTM retain the signed
10   copies that it receives of this Participation
11   and Acknowledgement Form?
12        A.    I'm not sure.
13        Q.    Do you know how many of these
14   Participation and Acknowledgement Forms have
15   been signed and returned to ASTM?
16        A.    No.
17        Q.    Do you have any approximate
18   guess as to how many of these Participation
19   and Acknowledgement Forms have been signed
20   and returned to ASTM?
21        MR. FEE: Objection. Calls for
22   speculation.
23        THE WITNESS: No.
24   BY MR. BECKER:
25        Q.    Do you know if this

Page 39

1    contributed original contents to the drafts
2    of ASTM standards but were not themselves
3    members of ASTM thereby transferred their
4    copyrights to ASTM?
5         MR. FEE: Objection. Calls for
6    a legal conclusion. To the extent --
7    you shouldn't disclose any
8    communications you had with counsel
9    regarding the subject matter. If you
10   have independent information that you
11   can share, go ahead and answer with
12   respect to that.
13        THE WITNESS: I'm not aware of
14   any formal forms that we used prior to
15   2003.
16   BY MR. BECKER:
17        Q.    Are you aware of any informal
18   means by which individuals such as those that
19   I just described in my previous question
20   might have transferred their copyright to
21   ASTM?
22        MR. FEE: Same objection and
23   instruction.
24        THE WITNESS: I'm not sure what
25   you mean by "informal."

Page 41

11 (Pages 38 - 41)

1   BY MR. BECKER:
2      Q.   I'm simply asking because you
3   say you're not aware any formal forms that
4   are used prior to 2003.  So I'm asking if
5   there were any informal means by which ASTM
6   believes that individuals transferred their
7   copyright to ASTM prior to 2003?
8           MR. FEE:  Objection.  Calls for
9       a legal conclusion.  You shouldn't
10      disclose your communications with
11      counsel on this subject, but if you
12      have other information, you can answer
13      about that.
14          THE WITNESS:  I don't believe --
15      we didn't feel like we needed any
16      formal, any formal assignment paper.
17  BY MR. BECKER:
18      Q.   Why didn't ASTM feel like it
19  needed any formal assignment paper?
20          MR. FEE:  Objection.  Calls for
21      a legal conclusion.  You shouldn't
22      disclose any communication you had
23      with counsel regarding the subject,
24      but if you have any other information
25      that's responsive, you can answer

Page 42

1   about that.
2           THE WITNESS:  Because we felt
3       that there was a basic understanding,
4       there is a basic understanding today
5       and there's been a basic understanding
6       for as long as ASTM has been around
7       that the reason they come to the table
8       is for the sole purpose of developing
9       an ASTM standard that will receive a
10      logo, and that will be copyrighted and
11      be distributed.  Our members buy the
12      resulting standards from ASTM.  We've
13      never, that I can recall, have had a
14      member or a nonmember take issue with
15      ASTM selling the resulting copyrighted
16      standard to them and to others.  I
17      believe that the reason they come to
18      the table is because they want --
19      they're there for the sole purpose of
20      having a standard that will have an
21      ASTM logo on it.
22  BY MR. BECKER:
23      Q.   Anything else?
24          MR. FEE:  Same objections and
25      instructions.

Page 43

1           THE WITNESS:  Not at this time.
2   BY MR. BECKER:
3      Q.   The basic understanding that
4   you just described, how is that basic
5   understanding documented?
6           MR. FEE:  Objection.  Again,
7       instruct you not to disclose
8       communications with counsel on that
9       subject, but if you have other
10      information, you can go ahead and
11      disclose that.
12          THE WITNESS:  I'm not sure what
13      you mean by "documented."
14  BY MR. BECKER:
15      Q.   Are there any documents that
16  reflect the basic understanding that you just
17  described concerning the reasons for
18  individuals contributing in the drafting of
19  ASTM standards?
20      A.   No, we didn't feel like
21  documentation was needed.
22      Q.   Does ASTM have any documents to
23  support its position that there was a basic
24  understanding between the members who --
25  excuse me, let me rephrase that.

Page 44

1           Does ASTM have any documents to
2   support its position that there was a basic
3   understanding between the individuals who
4   drafted ASTM standards and ASTM that the
5   copyright in those standards were to belong
6   to ASTM?
7           MR. FEE:  Objection.  Instruct
8       you not to disclose communications
9       with counsel on that subject.  If
10      you're aware of other documents, you
11      can go ahead and respond with respect
12      to them.
13          THE WITNESS:  I'm not aware of
14      any documents.
15  BY MR. BECKER:
16      Q.   Just a moment ago you were
17  describing the reasons why people participate
18  in the drafting of ASTM standards.  Could you
19  describe some of the incentives for
20  individuals to participate in the drafting of
21  ASTM standards?
22          MR. FEE:  Objection.  Lack of
23      foundation.  You can answer.
24          THE WITNESS:  In general, you
25      can say that an individual would -- or

Page 45

12 (Pages 42 - 45)

BY MR. BECKER:
1
2    Q.   I'm simply asking because you
3  say you're not aware any formal forms that
4  are used prior to 2003.  So I'm asking if
5  there were any informal means by which ASTM
6  believes that individuals transferred their
7  copyright to ASTM prior to 2003?
8         MR. FEE:  Objection.  Calls for
9     a legal conclusion.  You shouldn't
10    disclose your communications with
11    counsel on this subject, but if you
12    have other information, you can answer
13    about that.
14        THE WITNESS:  I don't believe --
15    we didn't feel like we needed any
16    formal, any formal assignment paper.
17  BY MR. BECKER:
18    Q.   Why didn't ASTM feel like it
19  needed any formal assignment paper?
20        MR. FEE:  Objection.  Calls for
21    a legal conclusion.  You shouldn't
22    disclose any communication you had
23    with counsel regarding the subject,
24    but if you have any other information
25    that's responsive, you can answer

Page 42

1         THE WITNESS:  Not at this time.
2  BY MR. BECKER:
3    Q.   The basic understanding that
4  you just described, how is that basic
5  understanding documented?
6         MR. FEE:  Objection.  Again,
7    instruct you not to disclose
8    communications with counsel on that
9    subject, but if you have other
10    information, you can go ahead and
11    disclose that.
12        THE WITNESS:  I'm not sure what
13    you mean by "documented."
14  BY MR. BECKER:
15    Q.   Are there any documents that
16  reflect the basic understanding that you just
17  described concerning the reasons for
18  individuals contributing in the drafting of
19  ASTM standards?
20    A.   No, we didn't feel like
21  documentation was needed.
22    Q.   Does ASTM have any documents to
23  support its position that there was a basic
24  understanding between the members who --
25  excuse me, let me rephrase that.

Page 44

1    about that.
2         THE WITNESS:  Because we felt
3    that there was a basic understanding,
4    there is a basic understanding today
5    and there's been a basic understanding
6    for as long as ASTM has been around
7    that the reason they come to the table
8    is for the sole purpose of developing
9    an ASTM standard that will receive a
10    logo, and that will be copyrighted and
11    be distributed.  Our members buy the
12    resulting standards from ASTM.  We've
13    never, that I can recall, have had a
14    member or a nonmember take issue with
15    ASTM selling the resulting copyrighted
16    standard to them and to others.  I
17    believe that the reason they come to
18    the table is because they want --
19    they're there for the sole purpose of
20    having a standard that will have an
21    ASTM logo on it.
22  BY MR. BECKER:
23    Q.   Anything else?
24        MR. FEE:  Same objections and
25    instructions.

Page 43

1         Does ASTM have any documents to
2  support its position that there was a basic
3  understanding between the individuals who
4  drafted ASTM standards and ASTM that the
5  copyright in those standards were to belong
6  to ASTM?
7         MR. FEE:  Objection.  Instruct
8    you not to disclose communications
9    with counsel on that subject.  If
10    you're aware of other documents, you
11    can go ahead and respond with respect
12    to them.
13        THE WITNESS:  I'm not aware of
14    any documents.
15  BY MR. BECKER:
16    Q.   Just a moment ago you were
17  describing the reasons why people participate
18  in the drafting of ASTM standards.  Could you
19  describe some of the incentives for
20  individuals to participate in the drafting of
21  ASTM standards?
22        MR. FEE:  Objection.  Lack of
23    foundation.  You can answer.
24        THE WITNESS:  In general, you
25    can say that an individual would -- or

Page 45

12 (Pages 42 - 45)

1    a company or an individual would be
2    interested in having an ASTM standard
3    that they could say their product or
4    service is in compliance with.
5    BY MR. BECKER:
6        Q.    Are there any other reasons?
7            MR. FEE:  Objection.
8            THE WITNESS:  I'm sure there are
9    other reasons, I just can't think of
10   any right now.
11   BY MR. BECKER:
12       Q.    Does ASTM have any forms by
13   which companies have assigned any copyrights
14   that they may have in the draft standards to
15   ASTM?
16           MR. FEE:  Objection.  To the
17   extent it calls for a legal
18   conclusion, I instruct you not to
19   disclose communications with counsel
20   on this subject, but if you have any
21   documents to identify, go ahead.
22           THE WITNESS:  I'm not aware of
23   any.
24   BY MR. BECKER:
25       Q.    Does ASTM distinguish between

Page 46

1    you might think are responsive to
2    that.  If you have other information,
3    you can go ahead and answer.
4            THE WITNESS:  My understanding
5    is that the members join as
6    individuals, and that when they come
7    to an ASTM meeting, they're
8    contributing their own knowledge to
9    the ASTM standard.
10   BY MR. BECKER:
11       Q.    When you say that's your
12   understanding, is that also ASTM's
13   understanding?
14       A.    Yes.
15           MR. FEE:  Same objections.
16           THE WITNESS:  Yes.
17           MR. FEE:  And instructions.
18   BY MR. BECKER:
19       Q.    When you say "members join as
20   individuals," does this also include
21   individuals who are government employees?
22       A.    Yes.
23       Q.    Does ASTM believe that
24   government employees who are acting within
25   the scope of their employment by the federal

Page 48

1    companies and individuals in the -- in its
2    understanding of the granting of copyright
3    rights to ASTM?
4            MR. FEE:  Objection.  Vague.  To
5    the extent I understand it, I think it
6    calls for a legal conclusion.  To the
7    extent you think that requires you to
8    disclose any communication from
9    counsel, you shouldn't do so.  If you
10   understand you have non-privileged
11   information that is responsive, go
12   ahead and provide it.
13           THE WITNESS:  I'm not sure what
14   you mean by that question.
15   BY MR. BECKER:
16       Q.    Let me rephrase.  If an
17   individual fills out a form that ASTM
18   believes assigns a copyright to ASTM but that
19   individual is employed by a company and is
20   acting in the scope of employment, does ASTM
21   believe that a copyright is granted to it?
22           MR. FEE:  Objection.  Calls for
23   a legal conclusion.  Calls for
24   speculation.  You shouldn't disclose
25   any communications with counsel that

Page 47

1    government join as individuals when they join
2    ASTM?
3            MR. FEE:  Objection.  Calls for
4    a legal conclusion.  Calls for
5    speculation.  Instruct you not to
6    disclose communications with counsel
7    on this subject, but you can answer if
8    you have other information.
9            THE WITNESS:  I'm not sure what
10   the individual members believe.  I
11   believe our committees believe that
12   the input they get on the standards
13   are from that individual, the
14   individual knowledge that they're
15   providing, not necessarily a company
16   or a government position.
17   BY MR. BECKER:
18       Q.    And what's your basis for
19   believing that that is what the members of
20   the committee believe?
21       A.    Just my experience.
22       Q.    What experience are you
23   referring to?
24       A.    My experience with working with
25   technical committees.

Page 49

13 (Pages 46 - 49)

1   experience in sitting in the meetings
2   and observing the individual members
3   contribute to the development of the
4   standards.
5   BY MR. BECKER:
6       Q.    What about those contributions
7   of those members gave you that impression?
8           MR. FEE: Objection. Calls for
9       a legal conclusion. Compound.
10          THE WITNESS: I'm not thinking
11      of any one example. I'm just thinking
12      over time in all of my different
13      committees and all the different
14      meetings that I've attended, to me it
15      appears that people are contributing
16      off the cuff spontaneously in the
17      development of the standard.
18  BY MR. BECKER:
19      Q.    When they participate, do
20  members of the federal government use their
21  federal government issued e-mail addresses?
22          MR. FEE: Objection. Compound.
23      Calls for speculation.
24          THE WITNESS: They may or they
25      may not.

Page 54

1       you mean by "differently."
2   BY MR. BECKER:
3       Q.    Is there a specific
4   classification that's given to government
5   employees who participate in the development
6   of standards under ASTM?
7       A.    They're given a classification
8   just as all other members are.
9       Q.    And what is that classification?
10      A.    It could either be a producer,
11  user, general interest, depending upon the
12  scope of the committee.
13      Q.    Would a federal government
14  employee count as a producer?
15      A.    I can't think of a situation
16  where they would be.
17      Q.    Would a federal government
18  employee count as a user?
19      A.    They may.
20      Q.    Would a federal government
21  employee count as a general interest member?
22      A.    They may.
23      Q.    In what circumstances might a
24  federal government employee count as a user
25  versus a general interest member?

Page 56

1   BY MR. BECKER:
2       Q.    What is it about off-the-cuff
3   or spontaneous contributions that you think
4   means that these individuals are
5   participating in their individual capacity
6   and not as federal government employees?
7           MR. FEE: Objection. Calls for
8       a legal conclusion.
9           THE WITNESS: Just my belief
10      based on what I'm observing that I
11      think it's a very spontaneous
12      conversation, people providing
13      contributions based on what they
14      believe, not necessarily what their
15      company believes.
16  BY MR. BECKER:
17      Q.    Are individuals who
18  participate -- excuse me.
19          Are federal government
20  employees who participate in ASTM committees
21  or task groups classified differently than
22  other individuals who participate in those
23  committees or task groups?
24          MR. FEE: Objection. Vague.
25          THE WITNESS: I'm not sure what

Page 55

1       A.    It depends on the scope of the
2   committee.
3       Q.    Could you give some examples?
4       A.    On my road and paving
5   committee, federal highway would be
6   considered a user.
7           MR. FEE: We've been going quite
8       some time. I asked to have a short
9       break. We're going to take a break
10      now, no question pending.
11          MR. BECKER: We can take a
12      break.
13          VIDEOGRAPHER: Time is now
14      11:48. We're going off the video
15      record.
16              - - -
17          (A recess was taken.)
18              - - -
19          VIDEOGRAPHER: The time is now
20      12:02. We're back on the video
21      record.
22  BY MR. BECKER:
23      Q.    Mr. Smith, do you have any
24  additional recollections or other information
25  that you would like to add in response to any

Page 57

15 (Pages 54 - 57)

Page 58

1  of the questions we've discussed so far
2  today?
3       A.   Relative to our members'
4  awareness that they're assigning copyrights
5  to ASTM, I believe you had asked that
6  question prior to 2003.
7       Q.   Yes.
8       A.   ASTM also has an Intellectual
9  Property Policy that makes our members aware
10  of that as well.
11       Q.   And when was ASTM's
12  Intellectual Property Policy first
13  instituted?
14       A.   I'm not sure, but I believe it
15  was in the '90s.
16       Q.   Is there anything else other
17  than ASTM's Intellectual Property Policy that
18  you believe contributes to ASTM's belief that
19  there was an understanding that the copyright
20  of individuals who participated in the
21  drafting of ASTM standards was owned by ASTM?
22            MR. FEE:  Objection.  Asked and
23       answered.  Are you asking him to
24       repeat all the other things he
25       mentioned before or are you excluding

Page 59

1       those?
2            MR. BECKER:  Were there other
3       things that he mentioned before?
4            MR. FEE:  Oh, yeah.  I'll be
5       honest.  Actually I shouldn't say
6       that.  But you're asking him to list
7       everything he can think of now again?
8            MR. BECKER:  In terms of
9       documents.
10            MR. FEE:  Oh, documents.
11            MR. BECKER:  I don't think there
12       was anything else, was there?
13            MR. FEE:  Your prior question
14       wasn't limited to documents, that's
15       why I said that.
16            THE WITNESS:  Is it before 2003?
17  BY MR. BECKER:
18       Q.   Yes.
19       A.   I'm not aware of any other
20  documents.
21       Q.   Is there anything else that you
22  have to add to your earlier testimony other
23  than your mention of the IP Policy?
24       A.   I can't think of anything at
25  this time.

Page 60

1            - - -
2            (Exhibit 1285, Intellectual
3       Property Policy of ASTM, Bates
4       ASTM103277 - ASTM103284, was marked
5       for identification.)
6            - - -
7  BY MR. BECKER:
8       Q.   I'm handing you what's been
9  marked as Exhibit 1285.  Is this the
10  Intellectual Property Policy of ASTM that you
11  had just mentioned?
12       A.   Yes, I believe this is a
13  version of it.
14       Q.   Are there multiple versions of
15  the ASTM intellectual property policy?
16       A.   I believe there were at least
17  two or three.
18       Q.   This says it was approved on
19  April 28, 1999.  Correct?
20       A.   It does say that.
21       Q.   It says that at the top of the
22  first page and at the bottom of the last
23  page.  Is that correct?
24       A.   That's correct.
25            MR. FEE:  Objection.  It says

Page 61

1       adopted on the last page, not
2       approved.
3  BY MR. BECKER:
4       Q.   And for the record, this is the
5  document Bates number ASTM 103277 to
6  ASTM 103284 titled:  "INTELLECTUAL PROPERTY
7  POLICY OF ASTM."  It says at the top of page
8  Bates number ASTM103277 "Approved 28
9  April 1999."  Is that correct?
10       A.   Yes.
11       Q.   Was this the first edition of
12  the Intellectual Property Policy of ASTM?
13       A.   I believe there was one prior
14  to this.
15       Q.   Do you know when the
16  Intellectual Property Policy of ASTM that
17  existed prior to this was created?
18       A.   No.
19       Q.   Do you have any idea?
20       A.   I think it was at some point in
21  the '90s.  Maybe mid '90s, but I'm not sure.
22       Q.   Does ASTM have any record of an
23  Intellectual Property Policy prior to this
24  one, Exhibit 1285?
25       A.   I'm not sure.

16 (Pages 58 - 61)

1    Q.    What did you discuss with Jim
2  Thomas when you met with him then?
3    A.    I asked Jim about any memory
4  that he has relative to assignments of
5  copyright.
6    Q.    And what did he say?
7    A.    Pretty much what I've explained
8  to you relative to formally getting
9  documentation from our members on assignment
10 from 2003 to the present relative to our
11 renewal forms, membership application forms,
12 collaboration area.  And then prior to that,
13 Jim's recollection and feelings were that
14 copyright assignment from our members was a
15 very basic understanding that our members had
16 and our staff have had, the sole purpose they
17 come to an ASTM meeting is to develop a
18 standard that's going to result in an ASTM
19 approved standard with a logo on it that's
20 copyrighted.
21   Q.    Did Mr. Thomas identify any
22 basis for his belief that copyright
23 assignment from ASTM members was a very basic
24 understanding, as you described it, that ASTM
25 members had with the purpose of developing an

Page 94

1  ASTM standard?
2    A.    Can you explain?
3    Q.    Let me rephrase that.  Did
4  Mr. Thomas identify any basis for his belief
5  that ASTM members had an understanding that
6  their drafts would be -- that the copyright
7  for their drafts would be held by ASTM?
8    A.    I think his basis was on the
9  fact that we've never had a member that has
10 really questioned, that we can recall, or
11 challenged ASTM copyrighting something.
12 Another basis being that we sell our
13 standards and our members are some of our
14 biggest customers, so they're buying the
15 standards from us.  Jim Thomas has provided
16 numerous presentations at different committee
17 meetings announcing about this lawsuit and
18 what the ramifications potentially could be.
19 How it could affect our business model and
20 how we want to maintain our low entry for
21 participation, $75 membership, no meeting
22 fees, and we sell our resulting standards so
23 that we can support our operations.  And the
24 members, based on the presentations that I've
25 seen, have embraced that concept.

Page 95

1    Q.    Did Jim Thomas say all of that
2  to you?  When I say "all of that," I'm
3  referring to your previous statement that you
4  attributed to Jim Thomas, were all of those
5  statements from Jim Thomas?
6         MR. FEE:  Objection.  Compound.
7         THE WITNESS:  Jim has told me
8    and I have seen Jim do these
9    presentations.
10 BY MR. BECKER:
11   Q.    When you spoke with Jim Thomas
12 on Tuesday, did he say that a member has
13 never challenged the copyright assertions by
14 ASTM?
15   A.    Yes.
16   Q.    And when you met with Jim
17 Thomas on Tuesday, did he say that the fact
18 that ASTM sells standards to its members is a
19 basis for why there may be an understanding
20 that by ASTM members, that their
21 contributions would be copyrighted by ASTM?
22   A.    He had indicated that the fact
23 that we sell the standards back to our
24 members is probably a real good indication
25 that there's a basic understanding from our

Page 96

1  members that we are copyrighting the material
2  that they contribute.
3    Q.    Did Jim Thomas say anything
4  else to you when you met with him on Tuesday?
5         MR. FEE:  Objection.  Vague.
6         THE WITNESS:  I can't think of
7    anything else specific that he said.
8  BY MR. BECKER:
9    Q.    Did you ask Jim Thomas any
10 questions when you met with him on Tuesday?
11   A.    No, I don't think I asked him
12 any questions.  I think the meeting was
13 basically to discuss copyright assignment.
14 And I don't know if -- it was more of a
15 discussion, I don't think we had -- I had
16 questions.  I mean, I didn't need to ask
17 questions.  It was a discussion.
18   Q.    A moment ago you referred to
19 the $75 fee.  Do ASTM members -- excuse me,
20 let me rephrase.
21        Do individuals have to pay ASTM
22 a fee to participate in the standard drafting
23 process?
24        MR. FEE:  Objection.  Asked and
25    answered.

Page 97

25 (Pages 94 - 97)

1    THE WITNESS: They have to pay
2  $75 to be a member, but they don't
3  have to pay $75 to participate. So an
4  individual can participate without
5  paying ASTM.
6  BY MR. BECKER:
7    Q.   What are the differences that
8  individuals who are members of ASTM enjoy in
9  their participation in the standard drafting
10 process versus individuals who are not
11 members?
12   MR. FEE: Objection. Vague.
13   THE WITNESS: They get to --
14   free volume of standards and they get
15   to vote. When it's on the ballots,
16   they get to cast votes. Nonmembers do
17   not.
18 BY MR. BECKER:
19   Q.   When you say "on the ballots,"
20 what ballots are you referring to?
21   A.   On the technical standards.
22   Q.   Are those ballots for voting up
23 or down on the revision or creation of
24 particular standards?
25   A.   Correct.
                                    Page 98

1    A.   No.
2    Q.   When was that meeting?
3    A.   That meeting was yesterday.
4    Q.   So Mr. Pace provided no
5  information to you on the subject of
6  copyright by individuals to ASTM?
7    A.   No.
8      MR. FEE: Objection. Vague.
9  BY MR. BECKER:
10   Q.   A moment ago you referred to
11 presentations by Jim Thomas. Can you give
12 any specific -- can you tell me about any
13 specific presentations by Jim Thomas that you
14 think address issues of copyright ownership
15 by ASTM?
16   A.   I can't recall any
17 presentations that he did specific on that
18 subject.
19   Q.   What presentations were you
20 referring to?
21   A.   At ASTM conferences where we
22 have breakfast meetings with all of the
23 individuals attending that meeting, are
24 invited to a breakfast meeting. And we hold
25 them in four different committee weeks; in
                                    Page 100

1    Q.   Have you had any other
2  communications with Jim Thomas about your
3  deposition today other than the meeting you
4  had with him on Tuesday?
5    A.   No.
6    Q.   And have you had any
7  communications with Marge Cassidy in
8  preparation for your deposition today other
9  than the meeting that you had with her?
10   A.   No.
11   Q.   You said you met with John
12 Pace, the vice president of publications, as
13 well in preparation for your deposition
14 today. Correct?
15   A.   Uh-huh.
16   Q.   What did you discuss with
17 Mr. Pace?
18   A.   Any knowledge that he would
19 have relative to the assignment of copyright
20 from our members.
21   Q.   What did Mr. Pace say?
22   A.   He didn't provide any input.
23 He didn't have any knowledge.
24   Q.   Did you discuss any other
25 issues with Mr. Pace at that meeting?
                                    Page 99

1  January, April, May and June of every year.
2  I've heard Jim Thomas talk about what I said
3  at those breakfast meetings.
4    Q.   Do you recall on what dates
5  Mr. Thomas spoke about those issues at
6  breakfast meetings?
7    A.   I can't provide specific dates.
8    Q.   Do you have general dates as in
9  this year, last year or the year prior?
10   A.   I believe it was this year was
11 mentioned. And it was probably last year as
12 well.
13   Q.   Do you recall Mr. Thomas
14 mentioning anything on this subject prior to
15 last year?
16   A.   I can't say for sure.
17   Q.   Are these breakfast meetings
18 recorded in any way?
19   A.   No.
20   Q.   Are there any minutes kept of
21 the breakfast meetings?
22   A.   No, but we have annual -- our
23 annual meeting -- we may have minutes from
24 our annual meeting, but I'm not sure. I
25 think we might have slides actually,
                                    Page 101

26 (Pages 98 - 101)

1   presentation slides that are available for
2   our annual meetings.
3       Q.   You said you also meet with
4   Phil Lively, the vice president of
5   technology.  Is that correct?
6       A.   Yes.
7       Q.   When did you meet with him?
8       A.   I met with Phil yesterday.
9       Q.   What did you speak with Phil
10  Lively about yesterday?
11      A.   About copyright assignments for
12  members to ASTM.
13      Q.   And what did Phil Lively tell
14  you?
15      A.   About his involvement and help
16  with having the language that we talked about
17  earlier on the membership application screens
18  and the membership renewal screens and the
19  collaboration area screen and the work item
20  registration screens.
21      Q.   When you say, "the language
22  that we talked about earlier," are you
23  referring to language that ASTM believes
24  assigns copyright from individuals to ASTM?
25          MR. FEE:  Objection.  Calls for
                                    Page 102

1   a legal conclusion.
2           THE WITNESS:  The language that
3       we talked about that is on the
4       membership applications, yes.  That
5       the members acknowledge when they're
6       either registering a work item or
7       joining as a new member or renewing
8       their membership or opening up a
9       collaboration area that assigns all of
10      their past, present and future
11      contributions to ASTM standards --
12      into ASTM standards to ASTM.
13  BY MR. BECKER:
14      Q.   What was Mr. Lively's
15  involvement in the language that you are
16  referring to?
17          MR. FEE:  Objection.  Vague.
18          THE WITNESS:  He helped us with,
19      from a technology standpoint, getting
20      that language up onto our Web site,
21      onto the screens.
22  BY MR. BECKER:
23      Q.   So you're saying that
24  Mr. Lively was involved in the -- Mr. Lively
25  did not draft the language, but Mr. Lively
                                    Page 103

1   helped create the electronic version of the
2   forms that appear on the ASTM Web site.  Is
3   that what you're saying?
4           MR. FEE:  Objection.  Compound.
5           THE WITNESS:  I'm not sure what
6       exactly you mean by that, but
7       essentially he was able to accomplish
8       getting the language up onto the
9       screens so that the members can
10      acknowledge the statement during the
11      process.
12  BY MR. BECKER:
13      Q.   Did Mr. Lively draft any of the
14  language on the membership application or
15  renewal forms or any of the other forms that
16  you're describing?
17          MR. FEE:  Objection.  Compound.
18          THE WITNESS:  I don't believe
19      so.
20  BY MR. BECKER:
21      Q.   What did Mr. Lively tell you
22  about the work that he did related to
23  copyright assignments?
24      A.   Just that he could remember
25  helping with putting the information up on
                                    Page 104

1   the Web screens, and he could remember when
2   he was a staff manager back in the very
3   beginning time, I think it was early '80s
4   when he was a staff manager, and kind of
5   reiterating what I had previously said about
6   there being an understanding that our members
7   understand that their contributions to ASTM,
8   is well understood that we're going to
9   copyright that material.
10      Q.   Did Mr. Lively provide any
11  basis for his statement that there was an
12  understanding in the early '80s that ASTM
13  would copyright the material provided by
14  individuals that was incorporated into the
15  standard drafts?
16      A.   Can you repeat that question?
17      Q.   Yes.  Did Mr. Lively provide
18  any basis for his statement that there was an
19  understanding in the early '80s that ASTM
20  would copyright the material provided by
21  individuals that was incorporated into the
22  standard drafts?
23      A.   No.  I think it was just his
24  belief just as it was my belief.
25      Q.   Did you discuss anything else
                                    Page 105

27 (Pages 102 - 105)

1  of any organizations typically sign up for
2  organizational memberships?
3       MR. FEE: Objection. Vague.
4  Beyond the scope of his designation.
5       THE WITNESS: I don't know.
6  BY MR. BECKER:
7       Q.   Can organizational members be
8  members of technical committees?
9       A.   Yes. As a matter --
10      MR. FEE: There's no question
11  pending.
12  BY MR. BECKER:
13      Q.   I'm sorry, what were you about
14  to say?
15      A.   I believe all organizational
16  members are members of technical committees
17      Q.   Have any organizational members
18  executed copyright assignments for ASTM?
19      A.   Not to my knowledge. I'm
20  sorry, can you repeat that question?
21      Q.   Yes. Have any organizational
22  members executed copyright assignments for
23  ASTM?
24      A.   Through the membership
25  applications that we talked about earlier,
Page 166

1  through the renewal applications that we
2  talked about earlier, if they're involved in
3  a collaboration area, they would make an
4  assignment, and if they registered a work
5  item, they would make an assignment.
6       Q.   So those are the same -- the
7  same assignment language that would relate to
8  individual members you're saying would also
9  relate to organizational members when
10  organizational members sign up for
11  membership?
12      A.   Correct.
13      Q.   How do organizational members
14  participate in technical committees?
15      A.   The same way as participating
16  members, individual members.
17      Q.   Can you elaborate on that?
18      MR. FEE: Objection. Vague.
19      THE WITNESS: I don't think I
20  can. There's no difference.
21  BY MR. BECKER:
22      Q.   Do organizational members
23  designate an individual to participate on
24  their behalf?
25      MR. FEE: Objection. Asked and
Page 167

1       answered.
2       THE WITNESS: No. Organizations
3  designate a member, an employee to
4  participate on technical committees.
5  BY MR. BECKER:
6       Q.   What's the difference between
7  what you just said and an organizational
8  member designating an individual to
9  participate on technical committees on its
10  behalf?
11      MR. FEE: Objection.
12  Mischaracterizes his testimony to the
13  extent it purports to summarize it.
14  You can answer.
15      THE WITNESS: An organizational
16  member is an individual, it's not the
17  organization. So the organization
18  designates a member, an employee to be
19  a member to represent it on a
20  technical committee.
21  BY MR. BECKER:
22      Q.   When you say the organization
23  designates an employee to be a member to be a
24  representative on a technical committee, when
25  you say representative, do you mean a
Page 168

1  representative of that organization?
2       A.   Maybe.
3       Q.   Does ASTM have any knowledge as
4  to whether organizational members, when they
5  designate an individual to participate in a
6  technical committee, whether those
7  organizations are designating that individual
8  on the organization's behalf?
9       MR. FEE: Objection. Vague.
10  May call for a legal conclusion.
11      THE WITNESS: I think it varies.
12  I think organizational -- again,
13  organizations that choose to support
14  ASTM through an organizational
15  membership designate an individual to
16  participate on a technical committee.
17  That individual would be contributing to
18  the content of ASTM standards as an
19  individual even as an organizational
20  member, not necessarily representing
21  the organization's -- the
22  organizational views.
23  BY MR. BECKER:
24      Q.   For organizational memberships,
25  does the organization itself typically pay
Page 169

43 (Pages 166 - 169)

1 the $400 fee?
2        MR. FEE:  Objection.  Calls for
3    speculation.
4        THE WITNESS:  I don't know for
5    sure.  Not necessarily.  But probably
6    in most cases, probably.
7 BY MR. BECKER:
8    Q.   Do you know of any instance
9 when a person indicated that he or she
10 disagreed with his or her organization's
11 position with respect to an action on a
12 technical committee?
13    A.   No.
14    Q.   Do you know of any instance
15 when an individual indicated that he or she
16 was specifically speaking on his or her own
17 behalf as apart from the organization that he
18 or she is part of?
19    A.   No.
20    Q.   Are any U.S. federal agencies
21 organizational members of ASTM?
22    A.   I don't know.
23    Q.   Who would know if any federal
24 agencies are organizational members of ASTM?
25        MR. FEE:  Objection.  Calls for
Page 170

1        MR. FEE:  Objection.  This is
2 beyond the scope of his designation.
3        THE WITNESS:  No.
4        MR. BECKER:  For the record, I
5 don't believe that this is beyond his
6 designation as this concerns an
7 organizational membership renewal.
8        MR. FEE:  I don't think he was
9 designated to authenticate checks from
10 2013, but we'll agree to disagree.
11 BY MR. BECKER:
12    Q.   Does this document indicate to
13 you that the Department of Consumer Affairs
14 from the State of California had paid for an
15 organizational membership renewal with ASTM?
16        MR. FEE:  Objection.  Calls for
17    speculation.  Beyond the scope of his
18    designation.
19        THE WITNESS:  I guess you could
20    assume that.  I don't know for sure.
21 BY MR. BECKER:
22    Q.   Do you have any reason for
23 thinking this -- that's not what this
24 document shows?
25        MR. FEE:  Same objections.
Page 172

1    speculation.  Also beyond the scope of
2    his designation.
3        THE WITNESS:  We have an
4    organizational member directory on the
5    Web site.
6 BY MR. BECKER:
7    Q.   And where on the Web site is
8 that organizational member directory located?
9    A.   I think it's on the membership
10 page.
11        - - -
12        (Exhibit 1292, Check, Bates
13    ASTM049368, was marked for
14    identification.)
15        - - -
16 BY MR. BECKER:
17    Q.   I'm handing you what's been
18 marked as 1292.  This is the document
19 produced by plaintiffs as Bates number
20 ASTM049368.
21        Do you recognize this document?
22    A.   No.
23    Q.   Do you have any reason to
24 believe that this document produced by ASTM
25 is not authentic?
Page 171

1        THE WITNESS:  No, no reason not
2    to believe.
3        - - -
4        (Exhibit 1293, 2011 Membership
5    renewal invoices, Bates ASTM086030 -
6    ASTM086031, was marked for
7    identification.)
8        - - -
9 BY MR. BECKER:
10    Q.   I'm handing you what's been
11 marked as Exhibit 1293.  This is the document
12 produced by plaintiffs as ASTM086030 to
13 086031.  Can you tell me what this document
14 is?
15    A.   It is a 2011 membership renewal
16 invoice.
17    Q.   It is a different 2011
18 membership renewal invoice on each side.
19 Correct?
20    A.   Yeah.  For different persons,
21 yeah.
22    Q.   And these persons are employees
23 of NIST.  Is that correct?
24        MR. FEE:  Objection.  Calls for
25    speculation.  Beyond the scope of his
Page 173

44 (Pages 170 - 173)

1    designation.
2         THE WITNESS: It says here
3    they're from NIST.
4    BY MR. BECKER:
5         Q.   NIST is a federal agency.
6    Correct?
7         MR. FEE: Same objections.
8         THE WITNESS: I believe. Sorry.
9    I believe so.
10   BY MR. BECKER:
11        Q.   And they both give their NIST
12   e-mail addresses. Is that correct?
13        MR. FEE: Objection. Calls for
14        speculation. Beyond the scope of his
15        designation. You can answer.
16        THE WITNESS: The e-mail
17        addresses are on this piece of paper.
18   BY MR. BECKER:
19        Q.   And the e-mail addresses say
20   @nist.gov. Correct?
21        A.   Yes.
22        Q.   And the addresses that they
23   provide are for NIST. Correct?
24        MR. FEE: Objection. Calls for
25        speculation. Beyond the scope of his

Page 174

1    where on these renewal invoices, if anywhere,
2    language exists that would assign any
3    copyright that Charles E. Gibson or Benjamin
4    K. Tsai, the individuals listed on these
5    membership renewal invoices, might have
6    granted to ASTM?
7         MR. FEE: Objection. Calls for
8         a legal conclusion. Compound. You
9         can answer if you know.
10        THE WITNESS: No, there's
11        language in the middle of both pages
12        beginning with "You agree...."
13   BY MR. BECKER:
14        Q.   Is that where it says, "You
15   agree, by your participation in ASTM and
16   enjoyment of the benefits of your annual
17   membership, to have transferred and assigned
18   any and all interest you possess or may
19   possess, including copyright, in the
20   development or creation of ASTM standards or
21   ASTM IP to ASTM. For additional information,
22   please see the ASTM IP Policy, available at
23   www.astm.org"?
24        A.   Yes.
25        Q.   For these membership renewal

Page 176

1    designation.
2         THE WITNESS: Yes, the NIST
3    address is on these pieces of paper.
4    BY MR. BECKER:
5         Q.   And did -- the credit card
6    information and payer is the same for both
7    renewal invoices. Correct?
8         MR. FEE: Objection. Beyond the
9         scope of his designation.
10        THE WITNESS: It appears that
11        the names are the same.
12   BY MR. BECKER:
13        Q.   And that name appears to be
14   Aruella Kuehl, K-U-E-H-L. Aruella is spelled
15   A-R-U-E-L-L-A -- excuse me, that's Arvella,
16   A-R-V-E-L-L-A.
17        MR. FEE: Objection. Beyond the
18        scope of his designation.
19   BY MR. BECKER:
20        Q.   Is that correct?
21        MR. FEE: Same objection.
22        THE WITNESS: If that's -- yeah,
23        that's the way you want to spell it.
24   BY MR. BECKER:
25        Q.   Could you, please, indicate

Page 175

1    invoices, are individuals required to check
2    any box showing that they have read and
3    understand the provision that I just read out
4    loud?
5         MR. FEE: Objection. Vague.
6         Compound.
7         THE WITNESS: I don't see here
8         where there's a box to check off.
9    BY MR. BECKER:
10        Q.   For the membership renewal
11   invoices, are the members required to sign
12   anywhere on the renewal invoice?
13        MR. FEE: Same objections.
14        THE WITNESS: I don't see
15        anywhere else other than the signature
16        for where the credit card information
17        is.
18   BY MR. BECKER:
19        Q.   And if an individual pays by
20   some other means that doesn't require a
21   credit card, would it not be necessary to
22   sign this membership renewal invoice at all
23   in order to get a membership renewal?
24        MR. FEE: Objection. Calls for
25        speculation. Form.

Page 177

45 (Pages 174 - 177)

1    THE WITNESS: I don't know. I
2    guess you could sign a check. The
3    only other way you could pay is
4    through a check, so you could sign a
5    check.
6  BY MR. BECKER:
7    Q.    It also lists electronic
8  payments. Correct?
9    A.    Yes.
10    Q.    So if somebody were to provide
11  an electronic payment, then they would not
12  need to sign anywhere on this form. Is that
13  correct?
14    MR. FEE: Objection. Calls for
15    speculation.
16    THE WITNESS: I suppose.
17  BY MR. BECKER:
18    Q.    Is there any means through the
19  membership renewal invoice that ASTM ensures
20  that it has the understanding and assent of
21  the individual renewing his or her membership
22  that any copyright he or she has in the
23  development or creation of ASTM standards is
24  to be assigned to ASTM?
25    MR. FEE: Objection. Vague and

Page 178

1    that we read.
2  BY MR. BECKER:
3    Q.    And my question is, is there
4  any means through the membership renewal
5  invoice that ASTM ensures that it has the
6  understanding and assent of the individual
7  who is renewing his or her membership that
8  any copyright he or she has in the
9  development or creation of ASTM standards is
10  to be assigned to ASTM?
11    MR. FEE: Same objections. Plus
12  asked and answered.
13    THE WITNESS: Plus what?
14    MR. FEE: Asked and answered.
15    THE WITNESS: Same answer.
16  BY MR. BECKER:
17    Q.    It's a yes or no answer.
18    MR. FEE: No. Answer it however
19  you want to answer it.
20    THE WITNESS: Within the 2011
21  membership renewal invoice, there is
22  this clause that we feel is -- informs
23  the members that they're assigning
24  their copyright to us within their
25  participation at ASTM.

Page 180

1  confusing. Calls for speculation.
2  Calls for a legal conclusion.
3    THE WITNESS: Through the
4  original membership application,
5  through the work item registration
6  process, and through the collaboration
7  registration process.
8  BY MR. BECKER:
9    Q.    My question was with regards to
10  the 2011 membership renewal invoice. I'll
11  read it again.
12    Is there any means through the
13  membership renewal invoice that ASTM ensures
14  that it has the understanding and assent of
15  the individual renewing his or her membership
16  that any copyright he or she has in the
17  development or creation of ASTM standards is
18  to be assigned to ASTM?
19    MR. FEE: Objection to form.
20  Vague and confusing. Compound. Calls
21  for speculation and calls for a legal
22  conclusion.
23    THE WITNESS: Within the 2011
24  membership renewal invoice, the only
25  thing that is there is this language

Page 179

1  BY MR. BECKER:
2    Q.    How does ASTM know that a
3  member has read that clause?
4    A.    We don't.
5    Q.    How does ASTM know that a
6  member agrees with that clause?
7    MR. FEE: Objection to the
8  extent it calls for a legal
9  conclusion. Also calls for
10  speculation. You can answer.
11    THE WITNESS: We don't know for
12  sure.
13    - - -
14    (Exhibit 1294, Organizational
15  Membership Directory, was marked for
16  identification.)
17    - - -
18  BY MR. BECKER:
19    Q.    I'm handing you what's been
20  marked as Exhibit 1294. It's a document
21  titled: "Organizational Membership
22  Directory." This is two separate printouts
23  combined. It is the A to K listing and the L
24  to Z listing. It's something -- it's over
25  100 pages long.

Page 181

46 (Pages 178 - 181)

1          THE WITNESS:  They make
2      contributions at the meetings.
3  BY MR. BECKER:
4      Q.    And do those contributions end
5  up in the final approved standards?
6          MR. FEE:  Objection.  Vague.
7          THE WITNESS:  I don't -- I can't
8      say specifically.
9  BY MR. BECKER:
10     Q.    What kind of contributions do
11 they provide at these meetings?
12         MR. FEE:  Objection.  Vague.
13         THE WITNESS:  Oral contributions.
14 BY MR. BECKER:
15     Q.    Do they provide any written
16 contributions?
17         MR. FEE:  Objection.  Vague.
18         THE WITNESS:  They may through
19     the balloting process.
20 BY MR. BECKER:
21     Q.    Do they vote on standard drafts
22 or revisions?
23         MR. FEE:  Objection.  Form.
24         THE WITNESS:  They may.  They
25     have the opportunity to.

Page 186

1      A.    Yes.
2      Q.    Did you ever receive this
3  e-mail that's Exhibit 1295?
4      A.    I may have.
5      Q.    Do you have any reason to think
6  that if you had -- that you did not receive
7  this e-mail produced by ASTM that has your
8  name listed under the cc line?
9      A.    No.
10     Q.    Do you have any reason to
11 believe that this document provided by ASTM
12 is not authentic?
13         MR. FEE:  Objection.  Calls for
14     a legal conclusion.
15         THE WITNESS:  I have no idea.
16 BY MR. BECKER:
17     Q.    Is that a yes or a no?
18     A.    I don't know.  I don't see any
19 reason why it wouldn't be.
20     Q.    If you turn to the second page,
21 it says -- this is an e-mail from Sarah
22 Petre, P-E-T-R-E, to Jeff Grove that says --
23 in which you are cc'd at dsmith@astm.org.  Is
24 that correct?
25     A.    Yes.

Page 188

1          - - -
2      (Exhibit 1295, E-mail chain with
3      attachment, Bates ASTM025633 -
4      ASTM025640, was marked for
5      identification.)
6          - - -
7  BY MR. BECKER:
8      Q.    I'm handing you what's been
9  marked as Exhibit 1295.
10 Could you, please, take a
11 moment to try to put the pages for the
12 previous exhibit back in the same order that
13 they were provided to you, if possible?
14         MR. BRIDGES:  I'll do that.
15     Hand them to me, I'll do that.
16         THE WITNESS:  I think that's the
17     order.
18 BY MR. BECKER:
19     Q.    Do you recognize this document
20 that has been provided to you as
21 Exhibit 1295?  It is Bates number ASTM025633
22 to 025640.
23     A.    No.
24     Q.    Are you copied on this e-mail
25 that's Exhibit 1295?

Page 187

1      Q.    And it says, "Jeff:  Attached
2  is a summary of all the potentially relevant
3  standards related to the UE's efforts to
4  focus on the environmental footprint of
5  products and services.  This list is more
6  over inclusive.  I also included a list of
7  the EPA members that participate in E50 or
8  E60."  Is that correct?
9      A.    That's what it says.
10     Q.    Then if you turn to Bates
11 number ASTM025637, the second paragraph from
12 the top says, "The following representatives
13 from EPA participate on the relevant ASTM
14 committees...," and then lists a number of
15 individuals.  Is that correct?
16     A.    Yes.
17     Q.    Do you know any of these
18 individuals that are listed?
19     A.    Yes.
20     Q.    Which individuals do you know?
21     A.    I know Deb Goldblum.  I know
22 Sven-Erik Kaiser.  And I know Patricia
23 Overmeyer.
24     Q.    Who is Deborah Goldblum?
25     A.    She works in the EPA.  It's --

Page 189

48 (Pages 186 - 189)

1    marked for identification.)
2              - - -
3    BY MR. BECKER:
4         Q.   I'm handing you what's been
5    marked as Exhibit 1300.  Could you, please,
6    identify this document?
7         A.   It says at the top "Laboratory
8    Inspection Program," but it would appear to
9    be a membership application.
10        Q.   I'll note that this document is
11   produced by ASTM as ASTM067024.  Is there any
12   mention of copyright assignment or ASTM's IP
13   Policy on this document?
14             MR. FEE:  Objection to form.
15             THE WITNESS:  I don't see that
16        language on here, no.
17             - - -
18             (Exhibit 1301, Membership
19        applications, Bates ASTM066871,
20        ASTM069213, ASTM069058, ASTM080176,
21        ASTM061450, ASTM063146, ASTM063147,
22        ASTM065682 & ASTM066345, was marked
23        for identification.)
24             - - -
25   BY MR. BECKER:

Page 210

1         Q.   I'm handing you what's been
2    marked as Exhibit 1301.  This is a
3    compilation of documents that were provided
4    by ASTM as single pages.  It is one example
5    from each year from which ASTM has provided a
6    membership application starting with the 2007
7    membership application and ending with the
8    2014 membership application.  And the Bates
9    numbers are ASTM066871, ASTM069213,
10   ASTM069058, ASTM080176, ASTM061450,
11   ASTM063146, ASTM063147, ASTM065682 and
12   ASTM066345.
13        Are these the ASTM membership
14   application forms for the years 2007 through
15   2014?
16             MR. FEE:  Objection to the
17        extent the witness has cherry picked
18        pages of membership applications that
19        were produced to you; to form as well,
20        and compound.
21             THE WITNESS:  These are versions
22        of the application from these years.
23   BY MR. BECKER:
24        Q.   Were there multiple versions of
25   the ASTM membership applications for these

Page 211

1    respective years, 2007 through 2014?
2             MR. FEE:  Objection to form.
3             THE WITNESS:  There probably
4        was, yes.
5    BY MR. BECKER:
6         Q.   How do you know that?
7         A.   Well, because I know our
8    applications, we have applications that have
9    the language that we spoke about earlier that
10   was on, was it 1293, Exhibit 1293?  We have
11   copies of membership applications that have
12   that language on there.
13        Q.   Exhibit 1293 is a membership
14   renewal invoice.  Correct?
15        A.   Yes.
16        Q.   And a membership renewal
17   invoice is different from a membership
18   application.  Correct?
19        A.   Yes.
20        Q.   So when you say that there are
21   different versions, do you mean that there is
22   different versions of the membership
23   applications for each year or that there is a
24   membership application and there also is a
25   membership renewal invoice --

Page 212

1             MR. FEE:  Objection.  Form.
2    BY MR. BECKER:
3         Q.   -- for each year?
4         A.   We have membership applications
5    for these years that have that language from
6    Exhibit 1293 on them.
7         Q.   How do you know that there are
8    membership applications for all of the years
9    2007 through 2014 that have the same language
10   that is from the 2011 membership renewal
11   invoice Exhibit 1293?
12             MR. FEE:  Objection to form.
13             THE WITNESS:  Because I believe
14        we put the language on the renewal
15        forms and the application forms at the
16        same time.
17   BY MR. BECKER:
18        Q.   Why would there be membership
19   applications that do not have the language
20   that you're referring to?  And to -- let
21   me -- hold on.  Let me clarify.
22        By the language that you're
23   referring to on Exhibit 1293, you're
24   referring to the purported copyright
25   assignment language that starts with "You

Page 213

54 (Pages 210 - 213)

1  agree. By your participation in ASTM...."
2  Correct?
3      A.   Yes.
4          MR. FEE: Hold on. Objection to
5  form.
6          THE WITNESS: Sorry.
7          MR. FEE: It's compound. Calls
8  for a legal conclusion.
9          THE WITNESS: The language that
10 I'm talking about is on Exhibit 1293
11 that begins with "You agree, by your
12 participation...."
13 BY MR. BECKER:
14     Q.   Why do you believe that ASTM
15 put the language that you're referring to on
16 the renewal forms and the application forms
17 at the same time?
18     A.   That's what I recall.
19     Q.   Recall from what?
20         MR. FEE: Objection. Vague.
21         THE WITNESS: Just what I
22 remember.
23 BY MR. BECKER:
24     Q.   Do you know when ASTM first
25 used the language that you're referring to

Page 214

1      Q.   How many different forms of
2  membership application existed in 2007?
3      A.   I don't know.
4      Q.   Do you know how many different
5  forms of membership application ASTM had for
6  the year 2008?
7      A.   No.
8      Q.   Do you know how many forms of
9  membership application ASTM had for the year
10 2009?
11     A.   No.
12     Q.   Do you know how many forms of
13 membership application ASTM had for 2010?
14     A.   No.
15     Q.   How about for 2011?
16     A.   No.
17     Q.   Or 2012?
18     A.   No.
19     Q.   Or 2013?
20     A.   No.
21     Q.   Or 2014?
22     A.   No.
23     Q.   Do you know why ASTM has
24 different membership application forms?
25         MR. FEE: Objection. To the

Page 216

1  from Exhibit 1293?
2      A.   Not exactly sure.
3      Q.   Do you have any idea as to what
4  year ASTM first started using that language
5  that appears on Exhibit 1293?
6      A.   I thought it was in about 2005.
7      Q.   Do you have any way to confirm
8  when ASTM began using that language that was
9  featured on Exhibit 1293?
10         MR. FEE: Objection. Vague.
11         THE WITNESS: Not right here,
12 now.
13 BY MR. BECKER:
14     Q.   How would you go about
15 confirming that?
16     A.   I would ask our general counsel.
17     Q.   Is there any other way that you
18 would confirm that?
19     A.   Not right now.
20     Q.   Is there anyone who would know
21 other than ASTM's general counsel when the
22 copyright assignment language that you're
23 referring to from 1293 was first used by ASTM
24 on membership forms?
25     A.   I'm not sure.

Page 215

1      extent that your answering that
2      question would disclose
3      attorney-client communications, you
4      shouldn't disclose that. You can
5      answer otherwise.
6          THE WITNESS: No. My experience
7      has been that if we go to a very
8      focused individual conference, there
9      may be a -- it could be the staff
10     manager prepares an application for
11     that particular committee and did not
12     use the most current application.
13 BY MR. BECKER:
14     Q.   Is there a difference between
15 ASTM membership application forms and ASTM
16 committee membership application forms?
17         MR. FEE: Objection. Vague.
18         THE WITNESS: We have a type of
19     membership that's called a
20     participating membership where you
21     join technical committees. And then
22     we also have informational members
23     that just joined ASTM but they do not
24     join a particular technical committee.
25     But I'm not aware of a difference

Page 217

55 (Pages 214 - 217)

BY MR. BECKER:

1 Q. On the next page, ASTM063147,
it has different language concerning the ASTM
Intellectual Property Policy than the 2012
membership application that we were just
discussing. Is that correct?

MR. FEE: Hold on one second.
You can answer.

THE WITNESS: Yes, that language
is different.

BY MR. BECKER:

Q. The language that's on
ASTM063147 is similar to the language that's
on Exhibit 1293, the 2011 membership renewal
invoice. Is that correct?

MR. FEE: Objection. Vague.

THE WITNESS: Yep, that looks
correct. Slightly different.

BY MR. BECKER:

Q. Why is this language different
for the 2012 committee membership application
than for the 2012 membership application?

MR. FEE: Objection. To the
extent that would require you to
disclose attorney-client

Page 222

---

MR. FEE: Objection to form. I
also object to the extent it calls for
attorney-client communications. You
shouldn't disclose any communications
between you and counsel, but you can
answer otherwise.

THE WITNESS: I believe the
language that is at the top of
ASTM063146 was language that we used
prior to the language that we used
that's contained on ASTM063147.

BY MR. BECKER:

Q. But if you then turn the page
to ASTM065682, that's a 2013 membership
application, and it has the same language
concerning the ASTM Intellectual Property
Policy as on ASTM063146. Correct?

A. That's what it looks like.

Q. If you turn the page to the
following page, the 2014 membership
application also has that same language.
Correct?

A. Yes.

Q. So ASTM has continued to use
this language into 2014?

Page 224

---

communications, you shouldn't do so.
If you can answer otherwise, go ahead.

THE WITNESS: My perspective is
that they're the same thing. They're
both intended for an individual to
join a particular committee.

BY MR. BECKER:

Q. Why is the copyright -- you say
they're the same thing, the copyright
assignment language?

MR. FEE: Same objection and
instruction.

THE WITNESS: No, I believe the
form is the same thing. It serves the
same purpose. It's an application so
an individual can join the technical
committee.

BY MR. BECKER:

Q. And my question was about the
actual language that ASTM believes concerns
copyright assignment. Why is there a
difference in the language concerning ASTM's
IP Policy on ASTM063146 as opposed to the
language concerning ASTM's IP Policy on
ASTM063147?

Page 223

---

MR. FEE: Objection. Vague.

THE WITNESS: That's what it
would appear to me.

BY MR. BECKER:

Q. Who knows how many different
versions exist for the membership
applications during each year from 2007 to
2014?

A. I don't know if anybody knows.

Q. Why is that?

MR. FEE: Objection. Calls for
speculation.

THE WITNESS: My experience as
being a staff manager is I don't think
people think about the version of an
application that's being used. I
think it's viewed as a tool that
enables an individual to join a
technical committee.

BY MR. BECKER:

Q. Who creates the membership
applications such as the 2014 membership
application ASTM066345?

A. I'm not sure who creates it.
Maybe our customer relations. Maybe it's our

Page 225

---

57 (Pages 222 - 225)

1    I just want to say that Mr. Smith has
2    been available to be deposed since
3    10:00 a.m. this morning. It's now
4    7:00. We have about 55 minutes left.
5    We're not staying past 8:00. So if
6    you're going to take any other breaks,
7    it better be short. That was a
8    20-minute break and I think a complete
9    waste of time. Go ahead.
10   BY MR. BECKER:
11       Q.    Mr. Smith, I've handed you
12   what's marked as Exhibit 1311. This is a
13   document produced by ASTM as 003501 to 3522.
14   Could you, please, identify it?
15       A.    It says, "RECORD RETENTION
16   POLICY."
17       Q.    Is this ASTM's record retention
18   policy?
19       A.    Yes, I believe it is.
20       Q.    Have you -- did you review
21   ASTM's record retention policy in preparation
22   for the deposition today?
23       A.    I reviewed it very briefly.
24       Q.    Do you know what category under
25   the record retention policy that membership

Page 258

1    application forms would qualify as?
2        MR. FEE: Objection. It's
3    beyond the scope of his designation.
4        THE WITNESS: Are you referring
5    to any particular pages?
6    BY MR. BECKER:
7        Q.    Yes. If you look at ASTM 3502
8    and 3503, it says, "Types of Records." That
9    includes "Temporary Records," "Final Records"
10   and "Permanent Records." And then it also
11   has B is -- section B, "Types of Records That
12   have Legal or Regulatory Periods of
13   Retention," "Accounting and Corporate Tax
14   Records," "Corporate Records," "Employment
15   and Employee Records," "Bank Records," and
16   "Legal Records."
17       A.    I don't know what category
18   membership application would fall under,
19   would just -- I'm not sure.
20       Q.    Do you know what category the
21   ASTM IP Policy would fall under?
22       MR. FEE: Objection. Beyond the
23   scope.
24       THE WITNESS: No, I don't know.
25   I'm not very familiar with the "Types

Page 259

1    of Records," section III.
2            - - -
3        (Exhibit 1312, 11/21/08 E-mail
4    with attachment, Bates ASTM088320 -
5    ASTM088325, was marked for
6    identification.)
7            - - -
8    BY MR. BECKER:
9        Q.    I'm handing you what's been
10   marked as Exhibit 1312. This is the document
11   produced by ASTM ASTM088320 to ASTM088325.
12   It is an e-mail with an attachment that says,
13   "ASTM International Author/Copyright Owner
14   Agreement." Is this attachment a correct
15   copy of the ASTM International
16   Author/Copyright Ownership Agreement?
17       MR. FEE: Objection. Vague as
18   to time. Beyond the scope of the
19   designation as well.
20       THE WITNESS: I'm not sure.
21   BY MR. BECKER:
22       Q.    Who would know whether this
23   attachment is a correct copy of the ASTM
24   International Author/Copyright Ownership
25   Agreement?

Page 260

1        MR. FEE: Objection. Beyond the
2    scope.
3        THE WITNESS: I would have to
4    read it first to possibly give you an
5    answer.
6        Our publications department
7    might be able to tell you whether or
8    not this is the correct
9    Author/Copyright Owner Agreement since
10   it's a journal paper, relevant to a
11   journal paper.
12           - - -
13       (Exhibit 1313, Web site
14   screenshots, Bates ASTM001792 -
15   ASTM001800, was marked for
16   identification.)
17           - - -
18   BY MR. BECKER:
19       Q.    I'm handing you what's been
20   marked as Exhibit 1313. This document was
21   produced by ASTM with Bates number ASTM001792
22   to 1800. What is this document?
23       A.    This looks like it is
24   screenshots from our Web site for how an
25   individual would renew their membership.

Page 261

66 (Pages 258 - 261)

1    that I've provided here as Exhibit 1315?
2          MR. FEE:  Same objections, plus
3    lack of formation -- or foundation.
4    Sorry.
5          THE WITNESS:  I'm not aware of
6    whether there was or there was not.
7          - - -
8          (Exhibit 1316, Regulations
9    Governing ASTM Technical Committees,
10    was marked for identification.)
11          - - -
12    BY MR. BECKER:
13    Q.   I'm handing you what's been
14    marked as Exhibit 1316. Could you, please,
15    tell me what this document is?
16    A.   The front page says the
17    "REGULATIONS GOVERNING ASTM TECHNICAL
18    COMMITTEES."
19    Q.   What are the Regulations
20    Governing ASTM Technical Committees?
21    A.   It's essentially this entire
22    document if it's all included here.
23    Q.   Does it appear to be all
24    included there?
25    A.   I'd have to go through it, but

Page 266

1    it could.  Looks like it.
2    Q.   What is the purpose of the
3    Regulations Governing ASTM Technical
4    Committees?
5          MR. FEE:  Objection.  Beyond the
6    scope.  Vague.
7          THE WITNESS:  Technical
8    committees follow the regulations and
9    develop member standards.
10    BY MR. BECKER:
11    Q.   Do you use the Regulations
12    Governing ASTM Technical Committees in the
13    course of your work with ASTM?
14    A.   Yes.
15    Q.   How do you use them?
16    A.   As staff people, we advise our
17    technical committees on the regulations so
18    that they -- the regulations can be followed
19    in the development of their standards.
20    Q.   Do staff members do other
21    things to assist the members of the technical
22    committees?
23          MR. FEE:  Objection.  Vague.
24          THE WITNESS:  Yes.
25    BY MR. BECKER:

Page 267

1    Q.   What do staff members do to
2    assist the members of technical committees?
3          MR. FEE:  Objection.  Vague.
4          THE WITNESS:  General
5    assistance.  Provide them with advice
6    on regulations, on our form and style
7    manual.  We have interlaboratory study
8    program that assists our members.  A
9    variety of things.  I don't know if
10    there's anything specific that you
11    want me to focus on.
12    BY MR. BECKER:
13    Q.   Does -- how does ASTM staff
14    members assist individual -- assist technical
15    committee members in the drafting or revision
16    of standards?
17          MR. FEE:  Objection.  Vague.
18          THE WITNESS:  We have -- we
19    provide them with editorial
20    assistance, so we'll provide editorial
21    help within the documents.  Our
22    interlaboratory study program is
23    responsible for organizing round-robin
24    studies for collecting the data and
25    doing the number crunching in order to

Page 268

1    produce precision statements.  Our ILS
2    team will produce the research reports
3    which are referenced in the standard.
4    We will help -- we have a graphics
5    department that will create graphics
6    for the standards, for committee
7    members.  We have an up-front editor
8    that provides a great deal of
9    assistance if we have a draft that
10    needs to be put into proper ASTM form
11    and style.  We provide them with
12    assistance on language for caveats
13    that are placed in the ASTM standards.
14    BY MR. BECKER:
15    Q.   Anything else?
16    A.   We provide an awful lot of
17    assistance, but nothing else that comes to
18    mind at this particular time.
19    Q.   When you say editorial
20    assistance, what do you mean by that?
21    A.   Grammatical things.  We'll
22    inform members if they have mandatory
23    language in a non-mandatory section, that
24    that's outside the form and style policy.  Or
25    vice versa, if they have non-mandatory

Page 269

68 (Pages 266 - 269)

1  language in a mandatory section, we'll
2  provide assistance in tweaking that language
3  so that it's within the form and style
4  guidelines.
5      Q.    Anything else in terms of
6  editorial assistance other than grammatical
7  assistance?
8      A.    We could take a document and
9  place it and organize it so that it has the
10 relevant sections as defined in the form and
11 style manual.
12     Q.    Do you mean to reorganize a
13 draft standard, is that what you're saying?
14     A.    Yes.
15     Q.    What are -- excuse me.
16          Anything else in terms of
17 editorial assistance?
18     A.    Our editors will also take a
19 document that's been approved through our
20 balloting process, if it's a new standard,
21 they'll put it into publication format and
22 work with the technical contacts to make sure
23 that everything looks good prior to
24 publication.
25     Q.    When you say they put it into

*Page 270*

1  publication format, does that involve any
2  changes to the content of the draft standard?
3          MR. FEE: Objection. Vague.
4          THE WITNESS: It involves taking
5      what was balloted in the Word format
6      and placing it into our XML format
7      that we use for producing PDFs.
8  BY MR. BECKER:
9      Q.    Is that a no?
10         MR. FEE: Objection. You can
11     answer the question however you like.
12     You don't have to answer it yes or no.
13         THE WITNESS: Did you ask me is
14     that a no?
15 BY MR. BECKER:
16     Q.    Yeah.
17     A.    What was -- can you repeat the
18 original question?
19     Q.    The question was, when you say
20 you put it into publication format, does that
21 involve any changes to the content of the
22 draft standards?
23         MR. FEE: Objection. Vague.
24         THE WITNESS: It could,
25     editorial changes, yes.

*Page 271*

1  BY MR. BECKER:
2      Q.    Is that the same grammatical
3  changes that you were referring to before?
4          MR. FEE: Objection.
5      Mischaracterizes his testimony.
6      Vague.
7  BY MR. BECKER:
8      Q.    I'm sorry, what did you say?
9      A.    The editors could work with the
10 technical contacts to incorporate editorial
11 changes, grammatical or reorganization of
12 content.
13     Q.    Who are the technical contacts?
14     A.    Who are they?
15     Q.    Yeah.
16     A.    They are individuals that take
17 the lead in developing a new standard or in
18 developing a revision to an existing
19 standard.
20     Q.    Are those volunteers or are
21 those employees of ASTM?
22         MR. FEE: Objection. Vague.
23     Calls for a legal conclusion.
24         THE WITNESS: They're
25     volunteers.

*Page 272*

1  BY MR. BECKER:
2      Q.    What did you mean when you said
3  precision statements?
4      A.    Precision statements are
5  included in test methods.
6      Q.    What are precision statements?
7      A.    Precision statements include
8  statements on repeatability and reproducibility.
9      Q.    What do you mean by that?
10     A.    For a test method, a statement
11 of repeatability would be a laboratory taking
12 the ASTM test method and running the test in
13 the laboratory several times. And they take
14 the results of that test and they see how
15 close each iteration is. And if the results
16 are very close, then that would indicate good
17 precision. If it's -- if the results are not
18 close, then that would indicate poor
19 precision. So that's what repeatability is.
20 Then reproducibility is at least six labs
21 doing the same thing as what I just described
22 as that one lab. And then the
23 reproducibility is a statement that analyzes
24 the results from all six or more labs.
25     Q.    Do the same precision

*Page 273*

69 (Pages 270 - 273)

1  statements appear in different standards?
2      A.   In test methods.
3      Q.   For test methods they do?
4      A.   Yes.
5      Q.   What is the work that the
6  graphics department does?
7          MR. FEE:  Objection.  Vague.
8          THE WITNESS:  Graphics, I don't
9      know exactly everything that they do,
10     but they will take figures that are
11     perhaps old from years ago and we will
12     use them in our technology, update
13     them to make them more user friendly.
14 BY MR. BECKER:
15     Q.   Are these figures that were
16 created by committee members or how are these
17 figures created that the graphics department
18 would update?
19         MR. FEE:  Objection to form.
20         THE WITNESS:  I would assume by
21     the committee members.
22 BY MR. BECKER:
23     Q.   Do members -- do committee
24 members vote on the changes that -- or
25 additions that you just described?

Page 274

1          significantly when it's transformed
2      into the published version.
3  BY MR. BECKER:
4      Q.   When you say it's not changed
5  significantly, what do you mean?
6      A.   There could be editorial
7  changes.  So that's a service that our
8  editors perform.  When they're putting it
9  into the published version, they will work
10 with the technical contact to incorporate any
11 editorial changes that may have been agreed
12 upon by the committee.
13     Q.   You mentioned caveats in ASTM
14 standards.  What are those?
15     A.   There are caveats that are in
16 our form and style manual.
17     Q.   Are those -- what exactly are
18 the caveats in the form and style manual?
19         MR. FEE:  Objection.  Vague.
20         THE WITNESS:  I wouldn't be able
21     to name all of them for you, but there
22     are caveats related to the use of
23     units, so the standard will -- the --
24     there will be a caveat that will
25     identify the use of units within a

Page 276

1          MR. FEE:  Objection.
2      Mischaracterizes his testimony.  Vague
3      and ambiguous.
4          THE WITNESS:  Yes.
5  BY MR. BECKER:
6      Q.   Do committee members vote on
7  the final versions of ASTM standards?
8      A.   I'm not sure what you mean by
9  "final versions."
10     Q.   Do committee members vote on
11 ASTM standards, on the final appearance of
12 ASTM standards?
13         MR. FEE:  Objection.  Vague.
14         THE WITNESS:  The final
15     appearance, the published format?
16 BY MR. BECKER:
17     Q.   Yes.
18     A.   No.
19     Q.   Do ASTM committee members vote
20 on the content that appears in the final form
21 of ASTM standards?
22         MR. FEE:  Objection.  Vague.
23         THE WITNESS:  The content that
24     is balloted and approved through our
25     consensus process is not changed

Page 275

1  particular standard.  We have certain
2  safety caveats and hazardous caveats.
3  I think we have a caveat that deals
4  with mercury being used in the
5  standard.  I'm sure there are some
6  others.
7              - - -
8      (Exhibit 1317, Participating
9  Membership Applications, Bates
10 ASTM064686 - ASTM064692, was marked
11 for identification.)
12             - - -
13 BY MR. BECKER:
14     Q.   I'm handing you what's been
15 marked as Exhibit 1317.  This document has
16 been produced by ASTM as ASTM064686 to 64692.
17 What is this document?
18     A.   This looks like a copy of an
19 old application that was downloaded and saved
20 from our Web site and that was filled out by
21 hand.  Best guess.
22             - - -
23     (Exhibit 1318, E-mail chain with
24 attachment, Bates ASTM087493 -
25 ASTM087497, was marked for

Page 277

70 (Pages 274 - 277)

1    identification.)
2        - - -
3    BY MR. BECKER:
4    Q.   I'm handing you what's been
5    marked as Exhibit 1318.  Does this exhibit
6    appear to show an individual who was
7    attempting to renew his application,
8    membership application with ASTM by phone --
9    A.   I'd have to read it.
10   Q.   -- and e-mail?
11   A.   [Reviewing document.]  Looks
12   like, based on what I'm reading here, they
13   were trying to renew the membership by phone,
14   but it doesn't say that it actually happened.
15   Q.   Can ASTM members renew their
16   membership by phone or e-mail?
17   A.   They could.  It's not -- I
18   don't think it's very common, but they could.
19       - - -
20       (Exhibit 1319, 2011 ASTM
21       International Committee Membership
22       Application, Bates ASTM061183, was
23       marked for identification.)
24       - - -
25   BY MR. BECKER:

Page 278

1    Standards Writing 101 How To [as read].  It
2    looks like something that was written in
3    Standardization News back in 2000.
4    Q.   Does this document accurately
5    reflect the way that standards were developed
6    at ASTM in approximately March of 2000?
7        MR. FEE:  You're going to have
8        to read the whole document to answer
9        that question.
10       THE WITNESS:  This was, I
11       believe, a way that an individual
12       could request the development of a new
13       standard.
14   BY MR. BECKER:
15   Q.   So there were other ways that
16   an individual could request the development
17   of a new standard as of March 2000?
18   A.   Yeah, they could make a request
19   from the subcommittee or by the subcommittee
20   chairman.
21       - - -
22       (Exhibit 1321, How Standards are
23       Developed article, was marked for
24       identification.)
25       - - -

Page 280

1    Q.   I'm handing you what's been
2    marked as Exhibit 1319, document produced by
3    ASTM as Bates number ASTM061183.  What is
4    this document?
5    A.   It says, "2011 ASTM...Committee
6    Membership Application."
7    Q.   Does this document appear to
8    have a line crossed through the language
9    concerning the ASTM IP Policy?
10       MR. FEE:  Objection.  The
11       document speaks for itself.
12       THE WITNESS:  I can't say that
13       that's a line or whether that's an
14       indicator towards the individual's
15       account number.
16       - - -
17       (Exhibit 1320, How To Standards
18       Writing 101 New Standards, was marked
19       for identification.)
20       - - -
21   BY MR. BECKER:
22   Q.   I'm handing you what's been
23   marked as Exhibit 1320.  What is this
24   document?
25   A.   I'm not sure.  It says

Page 279

1    BY MR. BECKER:
2    Q.   I'm handing you what's been
3    marked as Exhibit 1321.  This document was
4    printed from the ASTM Web site at
5    www.astm.org/MEMBERSHIP/standardsdevelop.HTML.
6    What is this document?
7    A.   It looks like maybe an article.
8        MR. FEE:  Objection.  Lack of
9        foundation.
10       THE WITNESS:  Maybe an article
11       we have on our Web site that helps
12       provide guidance for our members.
13   BY MR. BECKER:
14   Q.   Do you know what a US TAG ISO
15   list is?
16   A.   A US --
17   Q.   US TAG ISO list.
18   A.   United States Technical
19   Advisory Group ISO list, I don't know if that
20   refers to the list of members that are
21   serving on the technical advisory group.
22       - - -
23       (Exhibit 1322, 8/13/08 E-mail,
24       Bates ASTM073852, was marked for
25       identification.)

Page 281

71 (Pages 278 - 281)

| | | | |
|---|---|---|---|
| 1 | IP Policy or assignments? | 1 | I declare under penalty of perjury |
| 2 | MR. BECKER:  Object as to form. | 2 | under the laws that the foregoing is |
| 3 | THE WITNESS:  There is | 3 | true and correct. |
| 4 | additional language.  This document | 4 | |
| 5 | identifies membership renewal Web | 5 | Executed on _____ , 20___, |
| 6 | screenshots for different types of | 6 | at _____, _____. |
| 7 | members.  So I identified page 2, and | 7 | |
| 8 | then there's also additional language | 8 | |
| 9 | on page ASTM001796 as well as | 9 | |
| 10 | ASTM001798.  And I believe that's it. | 10 | |
| 11 | MR. FEE:  I have no other | 11 | _____ |
| 12 | questions. | 12 | DANIEL SMITH |
| 13 | Do you have any other questions | 13 | |
| 14 | or is he done? | 14 | |
| 15 | MR. BECKER:  No, no redirect. | 15 | |
| 16 | MR. FEE:  Great.  Thank you. | 16 | |
| 17 | THE WITNESS:  Thanks. | 17 | |
| 18 | VIDEOGRAPHER:  The time is now | 18 | |
| 19 | 7:57.  This concludes the videotape | 19 | |
| 20 | deposition of Dan Smith. | 20 | |
| 21 | - - - | 21 | |
| 22 | (Witness excused.) | 22 | |
| 23 | - - - | 23 | |
| 24 | (Deposition concluded at 7:57 | 24 | |
| 25 | p.m.) | 25 | |

Page 290                                              Page 292

1   C E R T I F I C A T E
2
3
    I do hereby certify that I am a Notary
4   Public in good standing, that the aforesaid
    testimony was taken before me, pursuant to
5   notice, at the time and place indicated; that
    said deponent was by me duly sworn to tell
6   the truth, the whole truth, and nothing but
    the truth; that the testimony of said
7   deponent was correctly recorded in machine
    shorthand by me and thereafter transcribed
8   under my supervision with computer-aided
    transcription; that the deposition is a true
9   and correct record of the testimony given by
    the witness; and that I am neither of counsel
10  nor kin to any party in said action, nor
    interested in the outcome thereof.
11
    WITNESS my hand and official seal this
12  7th day of August, 2015.
13
14
15  _____
        Notary Public
16
17
18
19
20
21
22
23
24
25

Page 291

74 (Pages 290 - 292)