**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**Appeal No. 17-7035**
**(Consolidated with Appeal No. 17-7039)**

---

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

American Society for Testing and Materials; National Fire Protection
Association, Inc.; and American Society of Heating, Refrigerating,
and Air Conditioning Engineers, Inc.,

*Appellees*,

v.

Public.Resource.Org, Inc.,

*Appellant*.

---

Appeal from the United States District Court for the District of Columbia
Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

---

**PUBLIC APPENDIX – MATERIAL UNDER SEAL**
**IN SEPARATE SUPPLEMENT**
**VOLUME 3 (JA1271-JA1779)**

---

Andrew P. Bridges
abridges@fenwick.com
Matthew B. Becker
mbecker@fenwick.com
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
Phone: (415) 875-2300

Corynne McSherry
corynne@eff.org
Mitchell L. Stoltz
mitch@eff.org
Electronic Frontier Fndn.
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333

David Halperin
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Phone: (202) 905-3434

Attorneys for Appellant Public.Resource.Org, Inc.
Additional Counsel Listed on Inside Cover

Michael J. Songer
John I. Stewart Jr.
Clifton S. Elgarten
Mark Thomson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Phone: (202) 624-2500
celgarten@crowell.com

Attorneys for Plaintiffs-Appellees
American Educational Research
Association, Inc.; American Psychological
Association, Inc.; and National Council
On Measurement In Education, Inc.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
1155 F. Street, N.W., 7th Floor
Washington, D.C. 20004
donald.verrilli@mto.com

Kelly M. Klaus
Rose Leda Ehler
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
kelly.klaus@mto.com
rose.ehler@mto.com

Attorneys for National Fire Protection
Association, Inc.

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: (214) 466-4180
allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-5353
kevin.fee@morganlewis.com
jordana.rubel@morganlewis.com

Attorneys for American Society for
Testing and Materials d/b/a/ ASTM
International

Anne Voigts
Joseph R. Wetzel
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1211
avoigts@kslaw.com
jwetzel@kslaw.com

J. Blake Cunningham
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Phone: (512) 457-2000
bcunningham@kslaw.com

Attorneys for American Society of
Heating, Refrigerating, and Air
Conditioning Engineers, Inc.

# TABLE OF CONTENTS

**Page**

## AMERICAN SOCIETY FOR TESTING AND MATERIALS ET AL. V. PUBLIC.RESOURCE.ORG, INC.

### VOLUME 1:

U.S. District Court for the District of Columbia Docket Sheet, AMERICAN SOCIETY FOR TESTING AND MATERIALS et al. v. PUBLIC.RESOURCE.ORG, INC.
        ASTM-DKT-000 DOCKET .................................................................. JA1

Complaint, AMERICAN SOCIETY FOR TESTING AND MATERIALS et al. v. PUBLIC.RESOURCE.ORG
        ASTM-DKT-001 ............................................................................ JA47

Exh A; ASTM COPYRIGHT REGISTRATIONS
        ASTM-DKT-001-1 ........................................................................ JA57

Exh B; NATIONAL FIRE PROTECTION ASSOCIATION, INC. COPYRIGHT REGISTRATIONS
        ASTM-DKT-001-2 ........................................................................ JA59

Exh C; AMERICAN SOCIETY OF HEATING, REFRIGERATION, REFRIGERATING AND AIR-CONDITIONING ENGINEERS, INC. COPYRIGHT REGISTRATIONS
        ASTM-DKT-001-3 ........................................................................ JA61

Exh G; Incorporation by Reference: ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods
        ASTM-DKT-001-7 ........................................................................ JA65

PLAINTIFF NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S OPPOSITION TO MOTION TO COMPEL DISCOVERY
        ASTM-DKT-046 .......................................................................... JA121

## TABLE OF CONTENTS
### (Continued)

Page

DECLARATION OF CHRISTIAN DUBAY IN SUPPORT OF PLAINTIFF
NATIONAL FIRE PROTECTION ASSOCIATION
       ASTM-DKT-046-1 ..................................................................... JA116

PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION
FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION
       ASTM-DKT-118-01 .................................................................... JA138

DECLARATION OF DENNIS J. BERRY IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
       ASTM-DKT-118-03 .................................................................... JA144

Exh A; Certificate of Registration - National Electrical Code, 2011 Edition
       ASTM-DKT-118-03, Ex. A.......................................................... JA148

Exh B; Certificate of Registration - National Electrical Code, 2014 Edition
       ASTM-DKT-118-03, Ex. B .......................................................... JA150

Exh J; Email from Vacay Promo Team to Dennis Berry re: Ebay Violation?, dated
01/22/15
       ASTM-DKT-118-03, Ex. J ........................................................... JA152

Exh K; Email from Scott Schwartz to Dennis Berry re: Use of Electronic NEC,
dated 10/13/15
       ASTM-DKT-118-03, Ex. K .......................................................... JA156

Declaration of Steven Cramer
       ASTM-DKT-118-04 .................................................................... JA158

Declaration of James Golinveaux
       ASTM-DKT-118-05 .................................................................... JA163

Declaration of Randy Jennings
       ASTM-DKT-118-06 .................................................................... JA167

Declaration of Thomas B. O'Brien, Jr.
       ASTM-DKT-118-07 .................................................................... JA172

ii

## TABLE OF CONTENTS
### (Continued)

**Page**

Exh 1; Certificate of Registration: ASTM D86-07 Standards Test Methods for Distillation of Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-07, Ex. 01 ................................................................. JA183

Exh 2; Certificate of Registration: ASTM D975-07 Standard Specification for Diesel Fuel Oils
ASTM-DKT-118-07, Ex. 02 ................................................................. JA186

Exh 3; Alphanumeric List: ASTM Standards
ASTM-DKT-118-07, Ex. 03 ................................................................. JA189

Exh 4; Certificate of Registration: 1999 Annual Book of ASTM Standards
ASTM-DKT-118-07, Ex. 04 ................................................................. JA193

Exh 5; Form and Style for ASTM Standards
ASTM-DKT-118-07, Ex. 05 ................................................................. JA196

Exh 6; Designation ASTM D 86-07; Standard Test Methods for Distillation of Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-07, Ex. 06 ................................................................. JA277

Exh 7; Designation ASTM D 975-07 Standard Specification for Diesel Fuel Oils
ASTM-DKT-118-07, Ex. 07 ................................................................. JA309

Exh 8; Designation ASTM D 396-98 Standard Specification for Fuel Oils
ASTM-DKT-118-07, Ex. 08 ................................................................. JA327

Exh 9; Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer
ASTM-DKT-118-07, Ex. 09 ................................................................. JA333

Exh 17; ASTM D8607 Viewer
ASTM-DKT-118-07, Ex. 17 ................................................................. JA339

Exh 18; Standard Consumer Safety Specification for Infant Walkers
ASTM-DKT-118-07, Ex. 18 ................................................................. JA344

# TABLE OF CONTENTS
## (Continued)

**Page**

Declaration of James T. Pauley in Support of Plaintiff's Motion for Summary
Judgment
ASTM-DKT-118-08 .................................................................... JA364

Declaration of Stephanie Reiniche
ASTM-DKT-118-10 .................................................................... JA379

Exh 3; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90 1-2004,
Energy Standard for Buildings Except Low-Rise Residential Buildings
ASTM-DKT-118-10, EXH 3 ................................................... JA387

Exh 4; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90 1-2007,
Energy Standard for Buildings Except Low-Rise Residential Buildings
ASTM-DKT-118-10, EXH 4 ................................................... JA390

Exh 5; Certificate of Registration - ANSI/ASHRAE/IESNA Standard 90.1-2010,
Energy Standard for Buildings Except Low-Rise Residential Buildings
ASTM-DKT-118-10, EXH 5 ................................................... JA393

Declaration of James Thomas
ASTM-DKT-118-11 .................................................................. JA396

Declaration of Jordana S. Rubel
ASTM-DKT-118-12 ................................................................... JA403

Exh 1; Expert Report of John C. Jarosz; dated 06/05/15
ASTM-DKT-118-12, Ex. 01 (Material Under Seal) .............................. JA409

Exh 2; Rule 30(b)(6) Deposition of Public.Resource.Org, dated 02/26/15
ASTM-DKT-118-12, Ex. 02 .................................................... JA524

Exh 3; Deposition of Carl Malamud, dated 02/27/15
ASTM-DKT-118-12, Ex. 03 (Material Under Seal) .............................. JA602

Exh 4; Rule 30(b)(6) Deposition of Rebecca Malamud, Public.Resource.Org, dated
11/13/14 (excerpts)
ASTM-DKT-118-12, Ex. 04 .................................................... JA706

iv

## TABLE OF CONTENTS
### (Continued)

**Page**

Exh 6; Rule 30(b)(6) Deposition of National Fire Protection Association, Inc., dated 04/01/15 (excerpts)
    ASTM-DKT-118-12, Ex. 06 ................................................................ JA715

Exh 7; Rule 30(b)(6) Deposition of ASTM Designee Stephanie Reiniche, dated 03/30/15 (excerpts)
    ASTM-DKT-118-12, Ex. 07 ................................................................ JA742

Exh 10; Correspondence from U.S. Dept. of the Interior to Carl Malamud, dated 09/08/15
    ASTM-DKT-118-12, Ex. 10 ................................................................ JA757

Exh 12; dharlanuctcom 73 uploads
    ASTM-DKT-118-12, Ex. 12 ................................................................ JA766

## VOLUME II:

Exh 16; Incorporation by Reference - ASTM Designation D 86-07 Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure
    ASTM-DKT-118-12, Ex. 16 ................................................................ JA771

Exh 19; Email from Carl Malamud to Rebecca Malamud re: SVG and MathML (India and NFPA / Q4); dated 01/04/14
    ASTM-DKT-118-12, Ex. 19 ................................................................ JA801

Exh 23; NFPA NEC (20110 National Electrical Code (January 1, 2011)
    ASTM-DKT-118-12, Ex. 23 ................................................................ JA805

Exh 25; ASHRAE Standard - Energy Standard for Buildings Except Low-Rise Residential Buildings
    ASTM-DKT-118-13, Ex. 25 ................................................................ JA810

Exh 26; Incorporation by Reference - NFPA 70, NEC 2011
    ASTM-DKT-118-13, Ex. 26 ................................................................ JA814

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 27; Public Safety Standards United States (Federal Government)
ASTM-DKT-118-13, Ex. 27 ................................................................. JA818

Exh 28; Public Safety Codes Incorporated by Law
ASTM-DKT-118-13, Ex. 28 ................................................................. JA895

Exh 29; ASTM Designation D 86-07 Standard Test Method for Distillation of
Petroleum Products at Atmospheric Pressure
ASTM-DKT-118-13, Ex. 29 ................................................................. JA906

Exh 30; Project Update #8: A Prayer for Our Democracy
ASTM-DKT-118-13, Ex. 30 ................................................................. JA930

Exh 31; Project Update #6: Meet the Code People
ASTM-DKT-118-13, Ex. 31 ................................................................. JA934

Exh 32: Twelve Tables of Codes
ASTM-DKT-118-13, Ex. 32 ................................................................. JA942

Exh 33: Email from Carl Malamud to Josh Greenberg re: Federal Register/Code of
Federal Regulations, dated 08/24/11
ASTM-DKT-118-13, Ex. 33 ................................................................. JA956

Exh 34: Email from Carl Malamud re: suit; dated 08/09/13
ASTM-DKT-118-13, Ex. 34 ................................................................. JA972

Exh 38; downloads identifier chart
ASTM-DKT-118-14, Ex. 38 ................................................................. JA974

Exh 39: Search Results - NFPA AND collection: additional collections
ASTM-DKT-118-14, Ex. 39 ................................................................. JA988

Exh 44; ASTM D975 Standard Specification for Diesel Fuel Oils (2007
ASTM-DKT-118-16, Ex. 44 ................................................................. JA996

Exh 4; Rule 30(b)(6) Deposition of Donald P. Bliss, dated 03/03/15 (excerpts)
ASTM-DKT-120-06 (Material Under Seal) .......................................... JA999

## TABLE OF CONTENTS
### (Continued)

**Page**

Exh 11; Rule 30(b)(6) Deposition of National Fire Protection Association, dated 03/31/15 (excerpts)
ASTM-DKT-120-07 (Material Under Seal)........................................JA1019

Exh 22: Comments of ASTM International, dated 04/15/12
ASTM-DKT-120-09 (Material Under Seal)........................................JA1032

Exh 74; Form for Comments on NFPA Report on Proposals
ASTM-DKT-120-11 (Material Under Seal)........................................JA1040

Exh 75; Form for Proposals on NFPA Technical Committee Documents
ASTM-DKT-120-12 (Material Under Seal)........................................JA1043

Exh 76; Form for Proposals on NFPA Technical Committee Documents
ASTM-DKT-120-13 (Material Under Seal)........................................JA1045

Exh 80; ASTM 2011 Membership Renewal Invoice
ASTM-DKT-120-14 (Material Under Seal)........................................JA1049

Exh 83; 2010 ASTM International Committee Membership Application
ASTM-DKT-120-16 (Material Under Seal)........................................JA1052

Exh 140; Correspondence from Jeff, to Jim; re: 2012 Accomplishments and 2013 Objectives
ASTM-DKT-120-30 (Material Under Seal)........................................JA1054

Exh 141; Email from John Pace to Jeff Groves re Standards Summaries, dated 07/09/12
ASTM-DKT-120-31 (Material Under Seal)........................................JA1058

Exh 142; Email from John Pace to Jeff Groves re Standards Summaries, dated 07/10/12
ASTM-DKT-120-32 (Material Under Seal)........................................JA1061

Exh 146; Email from James Thomas to Mary McKiel re: ANSI IPRPC: Malamud update 01/15
ASTM-DKT-120-33 (Material Under Seal)........................................JA1065

# TABLE OF CONTENTS
## (Continued)

**Page**

Memorandum of Points & Authorities in Support of Public.Resource.Org's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Permanent Injunction
 ASTM-DKT-121-1 ................................................................JA1068

Declaration of Carl Malamud in Support of Public.Resource.Org's Motion for Summary Judgment
 ASTM-DKT-121-5 ................................................................JA1070

Exh 2; Public Safety Standards, United States (Federal Government)
 ASTM-DKT-122-1, EXH 002................................................JA1081

Exh 5; Rule 30(b)(6) Deposition of Steven Comstock, dated 03/05/15 (excerpts)
 ASTM-DKT-122-1, EXH 005................................................JA1136

Exh 6; Rule 30(b)(6) Deposition of National Fire Protection Association, dated 04/01/15 (excerpts)
 ASTM-DKT-122-1, EXH 006................................................JA1149

Exh 8; Rule 30(b)(6) Deposition of American Standards Society for Testing and Materials, dated 03/04/15 (excerpts)
 ASTM-DKT-122-1, EXH 008................................................JA1165

Exh 9; Deposition of John C. Jarosz, dated 08/27/15 (excerpts)
 ASTM-DKT-122-1, EXH 009................................................JA1184

Exh 12; Rule 30(b)(6) Deposition of American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc., designee Stephanie Reiniche, dated 03/30/15 (excerpts)
 ASTM-DKT-122-2 , EXH 012...............................................JA1210

Exh 13; Rule 30(b)(6) Deposition of American Society for Testing and Materials, designee Daniel Smith, dated 07/24/15 (excerpts)
 ASTM-DKT-122-2 , EXH 013...............................................JA1242

## TABLE OF CONTENTS
### (Continued)

**Page**

### VOLUME III:

Exh 14; Certificate of Registration, 1983 Book of ASTM Standards Section 3
Volume 03.01 Metals - Mechanical Testing; Elevated and Low Temperature Tests
    ASTM-DKT-122-2, EXH 014.............................................................JA1271

Exh 15; Certificate of Registration, NFPA 1 Uniform Fire Code 2003 Edition
    ASTM-DKT-122-2, EXH 015.............................................................JA1440

Exh 16; Certificate of Registration; 1993 ASHRAE Handbook -- Fundamentals,
Inch-Pound Edition
    ASTM-DKT-122-2, EXH 016.............................................................JA1481

Exh 23; Presentation - ASTM Standards, Regulations and Trade
    ASTM-DKT-122-3, EXH 023.............................................................JA1490

Exh 24; Email from Sarah Petre to Jeff Grove, re: ASTM Follow Up on S1492,
dated 10/04/12
    ASTM-DKT-122-3, EXH 024.............................................................JA1513

Exh 26; Incorporation by Reference Public Workshop
    ASTM-DKT-122-3, EXH 026.............................................................JA1518

Exh 28; CM Submittal Form
    ASTM-DKT-122-3, EXH 028.............................................................JA1534

Exh 44; Application for Project Committee Organizational Representative
Membership
    ASTM-DKT-122-4, EXH 044.............................................................JA1536

Exh 48; Application for Membership on ASHRAE Standard or Guideline Project
Committee
    ASTM-DKT-122-4, EXH 048.............................................................JA1540

Exh 49; Memorandum of Understanding Between The United States Dept. of
Energy and The American Society of Heating, Refrigerating and Air-Conditioning
Engineers, Inc.
    ASTM-DKT-122-4, EXH 049.............................................................JA1543

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 50: Marketing Task Group, TG Meeting Report, 06/26/04
ASTM-DKT-122-4, EXH 050.............................................................JA1547

Exh 51; Email from Steve Ferguson to Doug Read et al., re: IECC and 90.1, dated 12/17/09
ASTM-DKT-122-4, EXH 051.............................................................JA1563

Exh 52; ASHRAE Government Affairs: Technical Expertise to Policymakers
ASTM-DKT-122-4, EXH 052.............................................................JA1566

Exh 73: Form for Comments on NFPA Report on Proposals 2000 November Association Technical Meeting
ASTM-DKT-122-5, EXH 073.............................................................JA1599

Exh 77: Intellectual Property Policy of ASTM, Introduction
ASTM-DKT-122-5, EXH 077.............................................................JA1602

Exh 78: Intellectual Property Policy of ASTM International ("Policy")
ASTM-DKT-122-5, EXH 078.............................................................JA1611

Exh 79: Intellectual Property Policy of ASTM International ("Policy")
ASTM-DKT-122-5, EXH 079.............................................................JA1616

Exh 95: How To: Standards Writing 101, New Standards
ASTM-DKT-122-6, EXH 095.............................................................JA1623

Exh 96: Expert Report of James R. Fruchterman
ASTM-DKT-122-6, EXH 096.............................................................JA1628

Exh 97; ASTM Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 097.............................................................JA1689

Exh 98; NFPA Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 098.............................................................JA1720

Exh 99; ASHRAE Editions Incorporated by Reference
ASTM-DKT-122-6, EXH 099.............................................................JA1723

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 104; Capitol Hill Event to Feature Policy and Business Leader Insights on Voluntary Standards and Conformance
ASTM-DKT-122-7, EXH 104............................................................JA1725

Exh 106: ASTM International, Public Policy & Corporate Outreach
ASTM-DKT-122-7, EXH 106............................................................JA1728

Exh 123; NFPA 70 National Electrical Code, 2011 Edition, Errata No. 70-11-1
ASTM-DKT-122-8, EXH 123............................................................JA1754

Exh 124; NFPA 70 National Electrical Code, 2011 Edition, Errata No. 70-11-2
ASTM-DKT-122-8, EXH 124............................................................JA1757

Exh 125; An Introduction to the NFPA Standards Development Process
ASTM-DKT-122-8, EXH 125............................................................JA1759

## VOLUME IV:

Exh 126: ASHRAE Standards Committee; Procedures for ASHRAE Standards Actions PASA
ASTM-DKT-122-8, EXH 126............................................................JA1780

Exh 127; Form for Proposals for 2011 National Electrical Code
ASTM-DKT-122-8, EXH 127............................................................JA1820

Exh 128; Form for Proposals for 2008 National Electrical Code
ASTM-DKT-122-8, EXH 128............................................................JA1822

Exh 129; Form for Proposals for 2011 National Electrical Code
ASTM-DKT-122-8, EXH 129 (Material Under Seal) ........................JA1824

Exh 130; Email from John Pace to Kathe Hooper re: Question related to copyright, dated 03/24/09
ASTM-DKT-122-8, EXH 130............................................................JA1833

# TABLE OF CONTENTS
## (Continued)

Page

Exh 131; Email from Kathe Hooper to Victor Palacios re: Request (nao), dated 07/09/09
  ASTM-DKT-122-8, EXH 131......................................................................JA1838

Exh 132; ASTM International, Register My Account
  ASTM-DKT-122-8, EXH 132......................................................................JA1843

Exh 133; ASTM International, Checkout - Your Address
  ASTM-DKT-122-8, EXH 133......................................................................JA1845

Exh 134; ASTM International, Reading Room
  ASTM-DKT-122-8, EXH 134......................................................................JA1847

Exh 135; "The purpose of this site…."
  ASTM-DKT-122-8, EXH 135......................................................................JA1849

Exh 136; ASTM International, ASTM License Agreement
  ASTM-DKT-122-8, EXH 136......................................................................JA1852

Exh 137: "Please indicate your acceptance…"
  ASTM-DKT-122-8, EXH 137......................................................................JA1854

Exh 138; NFPA.Org/Login National Fire Protection Association web page
  ASTM-DKT-122-8, EXH 138......................................................................JA1857

Exh 139; ASHRAE Shaping Tomorrow's Built Environment Today
  ASTM-DKT-122-8, EXH 139......................................................................JA1859

Exh 143: ASTM License Agreement (Reading Room)
  ASTM-DKT-122-9, EXH 143......................................................................JA1861

Exh 154; NFPA Standards Development Site; Public Comment Stage
  ASTM-DKT-122-9, EXH 154......................................................................JA1864

Exh 155; National Archives, Incorporation by Reference
  ASTM-DKT-122-9, EXH 155......................................................................JA1877

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 1; Deposition of John C. Jarosz, dated 08/27/15 (excerpts)
ASTM-DKT-124-3 ................................................................ JA1882

Exh 3; Be confident your electrical work complies with California law (Gmail)
ASTM-DKT-124-5 ................................................................ JA1930

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply
Memorandum of Law in Support of their Motion for Summary Judgment and for a
Permanent Injunction
ASTM-DKT-155 ................................................................... JA1933

Declaration of Steve Comstock
ASTM-DKT-155-5 ................................................................ JA1935

Declaration of Christian Dubay in Support of Plaintiffs' Motion for Summary
Judgment
ASTM-DKT-155-6 ................................................................ JA1940

Supplemental Declaration of Thomas B. O'Brien, Jr.
ASTM-DKT-155-7 ................................................................ JA1945

Exh 1; Deposition of James Fruchterman, dated 07/31/15 (excerpts)
ASTM-DKT-155-8, Ex. 01 ................................................... JA1950

Exh 4; Rule 30(b)(6) Deposition of American Standards Society for Testing and
Materials, by designee Jeffrey Grove, dated 03/04/15 (excerpts)
ASTM-DKT-155-8, Ex. 04 ................................................... JA1981

Exh 7; Rule 30(b)(6) Deposition of Steven Comstock, dated 03/05/15 (excerpts)
ASTM-DKT-155-8, Ex. 07 ................................................... JA1990

Supplemental Declaration of Carl Malamud in Further Support of Defendant's
Motion for Summary Judgment
ASTM-DKT-164-8 ................................................................ JA2005

Exh 1; Executive Office of the President, Office of Management and Budget,
OMB Circular A-119
ASTM-DKT-169-1  .............................................................. JA2007

# TABLE OF CONTENTS
## (Continued)

Page

Order re: Motion to Strike Expert Report of John C. Jarosz
  ASTM-DKT-172 ...................................................................JA2051

Transcript of Motions Hearing before the Honorable Tanya S. Chutkan, dated 09/12/16
  ASTM-DKT-173 ...................................................................JA2054

Memorandum Opinion, Dated 02/02/17
  ASTM-DKT-175 ...................................................................JA2059

Order
  ASTM-DKT-176 ...................................................................JA2114

Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org, Inc., dated 02/15/17
  ASTM-DKT-177 ...................................................................JA2115

Amended Order
  ASTM-DKT-182 ...................................................................JA2118

Amended Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org, Inc.
  ASTM-DKT-183 ...................................................................JA2120

## AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. ET AL. V. PUBLIC.RESOURCE.ORG, INC.

## (VOLUME IV – CONTINUED)

U.S. District Court for the District of Columbia Docket Sheet, AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. et al. v. PUBLIC.RESOURCE.ORG, INC.
  AERA-DKT-000 DOCKET ...................................................JA2123

## TABLE OF CONTENTS
## (Continued)

Page

Complaint, AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. et al. v. PUBLIC.RESOURCE.ORG, INC.
    AERA-DKT-001.....................................................................JA2158

Plaintiff's Reply and Affirmative Defenses
    AERA-DKT-014.....................................................................JA2186

MPA in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-01 ...............................................................JA2211

Plaintiff's Statement of Material Facts in Support of Motion for Summary Judgment
    AERA-DKT-060-02 ...............................................................JA2215

Exh T; Public.Resource.Org, Inc.'s Amended Responses to First Set of Interrogatories (Nos. 1-8)
    AERA-DKT-060-23 ...............................................................JA2217

Exh V-1; Standards for Educational and Psychological Testing
    AERA-DKT-060-25 ...............................................................JA2233


**VOLUME V:**

Exh V-2; 9. Testing Individuals of Diverse Linguistic Backgrounds
    AERA-DKT-060-26 ...............................................................JA2333

Exh Z; Deposition of James R. Fruchterman, 09/08/15, (excerpts)
    AERA-DKT-060-30 ...............................................................JA2436

Exh II; archive-ssh-80x24 screen capture image
    AERA-DKT-060-44 ...............................................................JA2458

Exh JJ; Email dated 12/16/13 from John S. Neikirk to Carl Malamud
    AERA-DKT-060-45 ...............................................................JA2460

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh KK; 12/19/13 Correspondence to John Neikirk from Carl Malamud
AERA-DKT-060-46 ........................................................................ JA2462

Exh MM: Memorandum dated 06/12/14
AERA-DKT-060-48 ........................................................................ JA2465

Declaration of Marianne Ernesto in Support of Plaintiff's Motion for Summary
Judgment
AERA-DKT-060-49 ........................................................................ JA2467

Exh VV; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/24/14
AERA-DKT-060-58 ........................................................................ JA2477

Exh WW; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 09/10/14
AERA-DKT-060-59 ........................................................................ JA2480

Exh XX; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 09/08/14
AERA-DKT-060-60 ........................................................................ JA2483

Exh YY; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
AERA-DKT-060-61 ........................................................................ JA2486

Exh ZZ; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
AERA-DKT-060-62 ........................................................................ JA2488

Exh AAA; Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/22/14
AERA-DKT-060-63 ........................................................................ JA2491

Exh BBB: Correspondence from AERA, Am. Psychological Assoc., NCME dated
04/21/14; executed 04/21/14
AERA-DKT-060-64 ........................................................................ JA2496

## TABLE OF CONTENTS
### (Continued)

**Page**

Exh CCC: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/16/14
    AERA-DKT-060-65 ............................................................JA2499

Exh DDD: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/28/14
    AERA-DKT-060-66 ............................................................JA2503

Exh EEE: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-060-67 ............................................................JA2506

Exh FFF: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/21/14
    AERA-DKT-060-68 ............................................................JA2509

Exh GGG: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/23/14
    AERA-DKT-060-69 ............................................................JA2512

Exh HHH: Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
    AERA-DKT-060-70 ............................................................JA2515

Declaration of Lauress L. Wise in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-73 ............................................................JA2518

Declaration of Wayne Camara in Support of Plaintiff's Motion for Summary Judgment
    AERA-DKT-060-76 ............................................................JA2544

Exh MMM; Email from John S. Neikirk to Wayne Camara re: Existing Standards, dated 02/14/14
    AERA-DKT-060-77 ............................................................JA2576

# TABLE OF CONTENTS
## (Continued)

**Page**

Declaration of Felice J. Levine in Support of Plaintiff's Motion for Summary
Judgment
     AERA-DKT-060-78 ..............................................................JA2579

Exh QQQ: Standards for Educational & Psychological Testing
     AERA-DKT-060-82 ..............................................................JA2588

Exh RRR; Copyright registration for "Standards for Educational and Psychological
Testing"
     AERA-DKT-060-83 ..............................................................JA2590

Exh SSS; Certificate of Registration for "Standards for Educational and
Psychological Testing"
     AERA-DKT-060-84 ..............................................................JA2593

Exh TTT-1; "Standards for Educational and Psychological Testing"
     AERA-DKT-060-85 ..............................................................JA2596

Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for Summary
Judgment
     AERA-DKT-060-88 ..............................................................JA2696

Public Resource's Motion to Strike Declaration of Kurt F. Geisenger in Support of
Plaintiff's Motion for Summary Judgment
     AERA-DKT-067................................................................JA2744

Memorandum of Points and Authorities in Support of Public Resource's Motion to
Strike Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for
Summary Judgment
     AERA-DKT-067-01(Material Under Seal)........................................JA2746

Declaration of Matthew Becker in Support of Public Resource's Motion to Strike
Declaration of Kurt F. Geisenger in Support of Plaintiff's Motion for Summary
Judgment
     AERA-DKT-067-02 (Material Under Seal).......................................JA2769

Exh 1; Deposition of Kurt P. Geisinger, dated 09/10/15 (excerpts)
     AERA-DKT-067-03 (Material Under Seal).......................................JA2774

# TABLE OF CONTENTS
## (Continued)

**Page**

Exh 2; Deposition of Felice J. Levine, dated 05/04/15 (excerpts)
AERA-DKT-067-04 (Material Under Seal).........................................JA2799

Exh 3; Expert's Declaration and Report of Kurt F. Geisinger, dated 06/10/15
AERA-DKT-067-05 ..............................................................................JA2804

Exh 4; Geisinger Expert Report - List of Materials Considered
AERA-DKT-067-06 ..............................................................................JA2828

Exh 5; "Standards for Educational and Psychological Testing" Sales Report, 1999
Edition
AERA-DKT-067-07 ..............................................................................JA2832

Exh 6; AERA Standards for Educational and Psychological Testing Statement of
Revenue and Expenses; (FY2000 - 12/31/14)
AERA-DKT-067-08 (Material Under Seal).........................................JA2834

Exh 7; Standards for Educational and Psychological Testing (Fund Balance
Report)
AERA-DKT-067-09 (Material Under Seal).........................................JA2836

Exh 8; American Psychological Association - APA Membership Statistics
AERA-DKT-067-10 ..............................................................................JA2838

Exh 9; Standards for Educational & Psychological Testing (2014 Edition)
AERA-DKT-067-11 ..............................................................................JA2848

"Exh 10; Briefing Room - Remarks by the President in State of the Union Address"
AERA-DKT-067-12 ..............................................................................JA2852

Exh 11; Everything You Need to Know: Waivers, Flexibility, and Reforming No
Child Left Behind
AERA-DKT-067-13 ..............................................................................JA2870

Exh 12; National resolution against high-stakes tests released
AERA-DKT-067-14 ..............................................................................JA2876

xix

# TABLE OF CONTENTS
## (Continued)

Page

## VOLUME VI:

Exh 13; FairTest - Resistance to High Stakes Testing Spreads
AERA-DKT-067-15 ............................................................................JA2882

Exh 14; California Intellectual Property Laws, 2015 Edition; Publisher: Matthew Bender
AERA-DKT-067-16 ............................................................................JA2886

Exh 15; Amazon - Code of Federal Regulations, Title 38, Pensions, Bonuses, and Veterans' Relief, Pt. 0-17, Revised as of July 1, 2015
AERA-DKT-067-17 ............................................................................JA2889

Exh 16; Barnes & Noble Classics - web search results
AERA-DKT-067-18 ............................................................................JA2893

Exh 2; Rule 30(b)(6) Deposition of Dianne L. Schneider, dated 04/23/15 (excerpts)
AERA-DKT-068-06 (Material Under Seal)......................................JA2897

Exh 3; Rule 30(b)(6) Deposition of AERA, APA, NCME, representative Marianne Ernesto, dated 04/29/15 (excerpts)
AERA-DKT-068-07 (Material Under Seal)......................................JA2903

Exh 5; Deposition of Felice J. Levine, dated 05/04/15 (excerpts)
AERA-DKT-068-09 (Material Under Seal)......................................JA2927

Exh 6; Deposition of Lauress L. Wise; dated 05/11/15 (excerpts)
AERA-DKT-068-10 (Material Under Seal)......................................JA2956

Exh 8; Deposition of Kurt F. Geisinger, dated 09/10/15 (excerpts)
AERA-DKT-068-11 (Material Under Seal)......................................JA2962

Exh 11; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
AERA-DKT-068-12 (Material Under Seal)......................................JA2990

## TABLE OF CONTENTS
### (Continued)

Page

Exh 13; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/10/14
    AERA-DKT-068-14 (Material Under Seal).........................................JA2993

Exh 14; Copyright Assignment, from Leonard S. Feldt, to AERA, APA, NCME, dated 12/12/14
    AERA-DKT-068-15 (Material Under Seal).........................................JA2996

Exh 15; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-068-16 (Material Under Seal).........................................JA3001

Exh 17; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/21/14
    AERA-DKT-068-17 (Material Under Seal).........................................JA3004

Exh 18; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/22/14
    AERA-DKT-068-18 (Material Under Seal).........................................JA3007

Exh 19; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/21/14
    AERA-DKT-068-19 (Material Under Seal).........................................JA3012

Exh 20; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/16/14
    AERA-DKT-068-20 (Material Under Seal).........................................JA3015

Exh 21; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/28/14
    AERA-DKT-068-21 (Material Under Seal).........................................JA3019

Exh 22; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 09/08/14
    AERA-DKT-068-22 (Material Under Seal).........................................JA3022

## TABLE OF CONTENTS
## (Continued)

**Page**

Exh 23; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 10/21/14
    AERA-DKT-068-23 (Material Under Seal)........................................JA3025

Exh 24; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/23/14
    AERA-DKT-068-24 (Material Under Seal)........................................JA3028

Exh 25; Correspondence from AERA, Am. Psychological Assoc., NCME dated 04/21/14; executed 04/24/14
    AERA-DKT-068-25 (Material Under Seal)........................................JA3031

Exh 26; Copyright Assignment, from Charlie Spielberger to AERA, APA, NCME dated 12/30/14
    AERA-DKT-068-26 (Material Under Seal)........................................JA3034

Exh 28; Copyright Certificate of Registration - Standards for Educational and Psychological Testing, dated 02/25/14
    AERA-DKT-068-28 (Material Under Seal)........................................JA3038

Exh 29; Standards for Educational and Psychological Testing
    AERA-DKT-068-29 (Material Under Seal)........................................JA3041

Exh 30; APA - Professional Standards to Ensure the Fair and Appropriate Use of Testing in High-Stakes Educational Decisions
    AERA-DKT-068-30 (Material Under Seal)........................................JA3050

Exh 32; Highlights of APA's Involvement in Educational Testing Provisions of the "No Child Left Behind Act"
    AERA-DKT-068-31 (Material Under Seal)........................................JA3054

Exh 33; Correspondence to Elliott Eisner and Ronald A. Berk from Frank Farley, APA, dated 01/05/93
    AERA-DKT-068-32 (Material Under Seal)........................................JA3058

"Exh 38; American Educational Research Association Standards of Educational and Psychological Testing Statement of Revenue and Expenses (FY2000 -

## TABLE OF CONTENTS
### (Continued)

**Page**

12/31/2013)"
    AERA-DKT-068-34 (Material Under Seal)........................................JA3063

"Exh 41; American Educational Research Association Standards of Educational and Psychological Testing Statement of Revenue and Expenses (FY2000 - 12/31/2014)"
    AERA-DKT-068-35 (Material Under Seal)........................................JA3065

Declaration of Carl Malamud in Support of Public.Resource.Org's Motion for Summary Judgment, dated 01/21/16
    AERA-DKT-069-05 ..........................................................................JA3067

Exh 10; Copyright Registration - Standards for Educational and Psychological Testing, dated 12/08/99
    AERA-DKT-070-10 ..........................................................................JA3078

Exh 39; Standards for Educational and Psychological Testing Sales Report, 1999 Edition
    AERA-DKT-070-38 ..........................................................................JA3081

Exh 40; Standards for Educational and Psychological Testing Sales Report
    AERA-DKT-070-39 ..........................................................................JA3083

Exh 44; Monitor on Psychology - advertisement for Standards for Educational and Psychological Testing
    AERA-DKT-070-43 ..........................................................................JA3085

Exh 45; Table of Contents - Standards for Educational and Psychological Testing
    AERA-DKT-070-44 ..........................................................................JA3087

Exh 46; New! Revised! Expanded! Standards for Educational and Psychological
    AERA-DKT-070-45 ..........................................................................JA3098

Exh 47; AERA web listing - Standards for Educational & Psychologic (2014 Edition)
    AERA-DKT-070-46 ..........................................................................JA3102

**TABLE OF CONTENTS**
**(Continued)**

**Page**

Exh 48; AERA web listing - Standards for Educational & Psychologic (2014 Edition)
    AERA-DKT-070-47 .................................................................. JA3110

Exh 51; Expert Report of James R. Fruchterman, dated 06/13/15
    AERA-DKT-070-50 .................................................................. JA3114

Exh 52; SIOP article - OCR Issues Draft Guide on Disparate Impact in Educational Testing, Wayne Camara, The College Board
    AERA-DKT-070-51 .................................................................. JA3241

Exh 65; National Archives - Incorporation by Reference
    AERA-DKT-070-64 .................................................................. JA3246

Plaintiff's Reply in Further Support of its Motion for Summary Judgement and in Opposition to Defendant's Motion for Summary Judgment, dated 02/18/16
    AERA-DKT-089 .................................................................. JA3251

Exh 83; Report of the Advisory Commission on Accessible Instructional Materials in Postsecondary Education for Students with Disabilities, 12/06/11
    AERA-DKT-099-13 .................................................................. JA3253

Order, re: Defendant's Motion to Strike the Geisinger Declaration
    AERA-DKT-115 .................................................................. JA3256

Transcript of Motions Hearing before the Honorable Tanya S. Chutkan, dated 09/12/16
    AERA-DKT-116 .................................................................. JA3259

Memorandum Opinion, Dated 02/02/17
    AERA-DKT-117 .................................................................. JA3401

Order, Dated 02/02/17
    AERA-DKT-118 .................................................................. JA3456

Plaintiff's Motion for Clarification of the Court's Order dated February 2, 2017, dated 02/10/17
    AERA-DKT-119 .................................................................. JA3457

## TABLE OF CONTENTS
### (Continued)

**Page**

Notice of Appeal by Defendant-Counterclaimant Public.Resource.Org, Inc., dated 02/17/17
AERA-DKT-120......................................................................................JA3461

## CERTIFICATE OF SERVICE

I, hereby certify that on January 31, 2018, I electronically filed the foregoing

**Appendix** with the Clerk of the United States Court of Appeals for the District of

Columbia Circuit by using the appellate CM/ECF system. I certify that all

participants in the case are registered CM/ECF users and that service will be

accomplished by the appellate CM/ECF system.


By: */s/ Andrew P. Bridges*
      Andrew P. Bridges (admitted)
      abridges@fenwick.com
      Matthew B. Becker (admitted)
      mbecker@fenwick.com
      FENWICK & WEST LLP
      555 California Street, 12th Floor
      San Francisco, CA 94104
      Telephone:   (415) 875-2300
      Facsimile:   (415) 281-1350

      *Attorneys for Appellant*
      *Public.Resource.Org, Inc.*

# EXHIBIT 14

**CERTIFICATE OF COPYRIGHT REGISTRATION**

FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

TX · 1-187-015

| TX | | TXU |

*Dina Ladd*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

SEP 14 1983

| Month | Day | Year |

OCT 17 198
ASTM PUBLICATION DIVISION

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼ 1983 Annual Book of ASTM Standards Section 3 Volume 03.01
Metals - Mechanical Testing; Elevated and Low Temperature Tests

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1983

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month August Day 10 Year 1983
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA  19103

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
14 SEP 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
14 SEP 1983
REMITTANCE NUMBER AND DATE
325661 SEP 14 83

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

EXHIBIT
1291
7-24-15
PENGAD 800-631-6989

ASTM000001

EXAMINED BY _____ **FORM TX**

CHECKED BY

~~*mrc*~~

| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED | |

TX-1 1-187-015

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
TX 900-070                           1982

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1982 Annual Book of ASTM Standards Part 10

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
**Names of Manufacturers** ▼                           **Places of Manufacture** ▼

Waverly Press, Inc.                              Easton, MD

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Be sure to give your daytime phone number

Area Code & Telephone Number ▶  215-299-5431

**10**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing & Materials

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                        date ▶  8/25/83

_____ **Handwritten signature (X)** ▼
~~Robert L. Meltzer~~

**11**

MAIL CERTIFI-CATE TO

**Name** ▼
American Society for Testing and Materials    (8401)
**Number/Street/Apartment Number** ▼
1916 Race Street
**City/State/ZIP** ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982: 361-278/52                           July 1982-200,000

ASTM000002

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dnie Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   1-210-036

EFFECTIVE DATE OF REGISTRATION

10   20   83
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**  1983 Annual Book of ASTM Standards Section 12, Volume 12.02 Nuclear (II), Solar, and Geothermal Energy

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**

**a**  American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NAME OF AUTHOR ▼**

**b**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

**c**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 25  Year ▶ 1983
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pa   19103

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
20 OCT 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
20 OCT 1983
REMITTANCE NUMBER AND DATE
17182 OCT 20 83

DO NOT WRITE HERE
OFFICE USE ONLY

ASTM000003

**FORM SE**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 1-210-036

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX 932-027 and TX1-020-736                    1982

**5**

---

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1982 Annual Book of ASTM Standards, Parts 41, 45

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Compilation of previously published text plus additional text

**6**

See instructions
before completing
this space.

---

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

**Names of Manufacturers** ▼                **Places of Manufacture** ▼

Waverly Press, Inc.                          Easton, MD

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

---

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                **Account Number** ▼

**9**

---

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA  19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    American Society for
                         Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                          date ▶ 10/10/83

Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

---

**MAIL CERTIFI-CATE TO**

**Name** ▼
American Society for Testing and Materials     (RLM)

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia,     PA     19103

**Certificate will be mailed in window envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000004

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**TX 1   1-228-879**

| TX | | TXU |
|----|----|----|

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

| 7 | 18 | 83 |
|---|----|----|
| Month | Day | Year |

OFFICIAL SEAL
JAN 1 8 1984

ASTM
PUBLICATION DIVISION

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**  1983 Annual Book of ASTM Standards Section 2 Volume 02.01 Nonferrous Metal Products Copper and Copper Alloys

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**  American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 25  Year ▶ 1983
United States ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)**  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA  19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
18 JUL 1983   NOV - 7 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
18 JUL 1983

REMITTANCE NUMBER AND DATE
270931 JUL 18 83

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

ASTM000005

EXAMINED BY **BD/∫mm²**   FORM TX

CHECKED BY

☑ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   **1-228-879**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
X☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
X☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ TX 932-025      **Year of Registration** ▼ 1982

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1982 Annual Book of ASTM Standards Part 6 Copper and Copper Alloys

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previously published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
**Names of Manufacturers**                    **Places of Manufacture**
Waverly Press, Inc.                          Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA  19103
Area Code & Telephone Number ▶ 215-299-5431

Be sure to
give your
daytime phone
◀ number.

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer                          date ▶ 6/29/83

Handwritten signature (X) ▼
*Robert L. Meltzer*

**10**

**MAIL CERTIFICATE TO**
**Name** ▼
American Society for Testing and Materials    (RLM)
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA  19103

Certificate will be mailed in window envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000006

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

REGISTRATION NUMBER

TX  1-374-250  U

EFFECTIVE DATE OF REGISTRATION

Month **6**  Day **25**  Year **84**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**  1984 Annual Book of ASTM Standards    Section 11    Volume 11.01
Water (I)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| Section 11 | Volume 11.01 | May | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**  American Society for Testing  and Materials

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1984** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 20  Year ▶ 1984
United States  ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA  19103

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**See instructions before completing this space.**

APPLICATION RECEIVED  25 JUN 1984
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED  25 JUN 1984
REMITTANCE NUMBER AND DATE  244862 JUN 25 84

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

ASTM000007

FORM SE

CHECKED BY

TX   1-374-250

| | |
|---|---|
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**  TX 1-280-946    **Year of Registration ▼**  1983

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1983 Annual Book of ASTM Standards Section 11 Volume 11.01 Water (I)

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional   text

**6**

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

**Names of Manufacturers ▼**                           **Places of Manufacture ▼**

Waverly Press, Inc.                                    Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                             **Account Number ▼**

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA  19103

Area Code & Telephone Number ▶  215-299-5431

Be sure to give your daytime phone number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼**   If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                      **date ▶**  6/15/84

✗ **Handwritten signature (X) ▼**

Robert L. Meltzer

**10**

**MAIL CERTIFICATE TO**

**Name ▼**

American Society for Testing and Materials   RLM

**Number/Street/Apartment Number ▼**

1916 Race Street

**City/State/ZIP ▼**

Philadelphia,   PA   19103

Certificate will be mailed in window envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982: 381-278/50

June 1982-168,000

ASTM000008

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM SE
UNITED STATES COPYRIGHT OFFICE



**UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 1 689 871
U

EFFECTIVE DATE OF REGISTRATION

OCT 2 1 1985

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼** 1985 Annual Book of ASTM Standards Section 2 Volume 02.02
Nonferrous Metals Products
Die-Cast Metals; Aluminum and Magnesium Alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 2.02 | 2 | July | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1985

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 26    Year ▶ 1985
United States   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA    19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 2 1 1985
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 2 1 1985
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ... 2 ... pages

ASTM000009

EXAMINED BY          ŚRŤ

CHECKED BY

FORM SE

| | |
|---|---|
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| ☐ DEPOSIT ACCOUNT<br>FUNDS USED | |

**TX 1 689 871**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

TX 1-453-716                                    1984

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1984 Annual Book of ASTM Standards  Section 2 Volume 02.02

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

**Names of Manufacturers** ▼                **Places of Manufacture** ▼

Waverly Press, Inc.                          Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                          **Account Number** ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM

1916 Race Street

Philadelphia, PA      19103

**Area Code & Telephone Number ▶**   215-299-5431

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                          date ▶  9/20/85

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

**Name** ▼

American Society for Testing and Materials   RLM

**Number/Street/Apartment Number** ▼

1916 Race Street

**City/State/ZIP** ▼

Philadelphia, PA      19103

Certificate
will be
mailed in
window
envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1984: 461-584/10,015                    December 1984 — 100,000

ASTM000010

**CERTIFICATE OF COPYRIGHT REGISTRATION**



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

# FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 1 798 078**

U

EFFECTIVE DATE OF REGISTRATION

| 3 | 17 | 86 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1986 Annual Book of ASTM Standards   Section 1, Volume 01.01
Iron and Steel Products; Steel-Piping, Tubing, Fittings

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.01 | 1 | January 1986 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**a** NAME OF AUTHOR ▼

American SOciety for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law,

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1986 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 24   Year ▶ 1986
United States   ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB. 27. 1986
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 27. 1986
REMITTANCE NUMBER AND DATE

* FUNDS RECEIVED 3/17/86

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of **2** pages

004533354

ASTM000011

EXAMINED BY    M H T    FORM SE

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 1 798 078

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼
         TX 1 687496                                    1985

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Compilation of previously published text plus additional text.

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers                  Places of Manufacture ▼

Waverly Press, Inc.                      Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ►        215-299-5431

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    American Society for
                         Testing and Materials

of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                       date ► 1/31/86

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
American Society for Testing and Materials

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1985—461—584—20,004                    July 1985—50,000

**JA1283**

ASTM000012

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TX 2 110 040
U

EFFECTIVE DATE OF REGISTRATION

JUL 14 1987
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼

1987 Annual Book of ASTM Standards, Nonferrous Metal Products; Copper and Copper Alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.01 | 02 | June 1987 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally...

a   NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1987 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 22    Year ▶ 1987
◀ U.S.A. ◀ Nation

## 4

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA    19103

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL 14 1987
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 14 1987
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000013

EXAMINED BY ✓                                    FORM SE
CHECKED BY ✓        mw

☐ CORRESPONDENCE
   Yes                                           FOR
                                                 COPYRIGHT
☐ DEPOSIT ACCOUNT                                OFFICE
   FUNDS USED                                    USE
                                                 ONLY

TX 2 110 040

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX 1-846-702                                      1986

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 02 Volume 02.01

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may
require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain
processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers                           Places of Manufacture ▼

Waverly Press, Inc.                              Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                           Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Area Code & Telephone Number ▶        215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **American Society for**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                date ▶ 6/25/87

Handwritten signature (X) ▼    Robert L. Meltzer

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560/40,004                                July 1986—120,000

ASTM000014

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

TX 2-210-197
U

EFFECTIVE DATE OF REGISTRATION

12   10   87
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼
1987 Annual Book of ASTM Standards, Thermal Insulation: Environmental Acoustics

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | October 1987 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

| YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases. | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published. |
|---|---|
| 1987 ◀ Year | Month ▶ October   Day ▶ 28   Year ▶ 1987 |
| | U. S. A. ◀ Nation |

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 10 1987
ONE DEPOSIT RECEIVED
DEC 10 1987
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 Pages

ASTM000015

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX  2-210-197

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX 1-957-611      1986

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 04 Volume 04.06

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**6**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

Waverly Press, Inc.                          Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA  19103

Area Code & Telephone Number ▶   215-299-5431

Be sure to give your daytime phone ◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

American Society for
Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                          date ▶   12/02/87

Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
Kathe Scholl, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

Certificate will be mailed in window envelope

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986 491-597/40024

ASTM000016

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TX   2-210-202

EFFECTIVE DATE OF REGISTRATION

12   10   87
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1987 Annual Book of ASTM Standards, Building Seals and Sealants; Fire Standards; Building Construction

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.07 | 04 | November 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**
a   American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1987 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ November Day ▶ 11 Year ▶ 1987
U. S. A. ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

APPLICATION RECEIVED
DEC 10 1987
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 10 1987

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   2-210-202

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX 1-957-610                                      1986

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 04 Volume 04.07

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                          Places of Manufacture ▼

Waverly Press, Inc.                              Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Area Code & Telephone Number ▶        215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

American Society for
Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                              date ▶ 12/02/87

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000018

CERTIFICATE OF COPYRIGHT REGISTRATION



FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 2 284 674**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 4 | 15 | 88 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1988 Annual Book of ASTM Standards, Plastic Pipe and Building Products

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 08.04 | 08 | January 1988 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** **a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country.
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 10   Year ▶ 1988
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
APR 15 1988
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 15 1988
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

ASTM000019

EXAMINED BY    M HT    FORM SE

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2 284 674

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

TX 2-058-606                                         1987

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1987 Annual Book of ASTM Standards Section 08 Volume 08.04

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                          Places of Manufacture ▼

Waverly Press, Inc.                              Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                           Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM

1916 Race Street

Philadelphia, PA    19103

Area Code & Telephone Number ▶        215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

American Society for
Testing and Materials

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                  date ▶  03/28/88

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Scholl, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA    19103

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986–491-560 40,004

July 1986—120,000

ASTM000020

CERTIFICATE OF COPYRIGHT REGISTRATION

Filed: 01/31/...   Page 50 of 537

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2 348 166

U



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

JUN 1 0 1988

| Month | Day | Year |

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS SERIAL ▼**

1988 Annual Book of ASTM Standards, Electrical Conductors

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.03 | 02 | May 1988 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**   NAME OF AUTHOR ▼

a   **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:   **Entire Text**

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**   YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 23   Year ▶ 1988
U.S.A. ◀ Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 10 1988
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 10 1988
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000021

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2 348 166

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX 2-110-041                    1987

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1987 Annual Book of ASTM Standards Section 02 Volume 02.03

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

Waverly Press, Inc.                         Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103

Area Code & Telephone Number ▶          215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for
                        Testing and Materials

Check one ▶

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                              date ▶ 05/23/88

Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA    19103

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✡U.S. GOVERNMENT PRINTING OFFICE: 1986-491-550/40,004                    July 1986-120,000

ASTM000022

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

TX 2-469-775

U

EFFECTIVE DATE OF REGISTRATION

DEC 1 3 1988
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼

1988 Annual Book of ASTM Standards,  Textiles -- Yarns, Fabrics, and General Test Methods

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 07.01 | 07 | October 1988 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

NAME OF AUTHOR ▼
a. American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:   Entire Text

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1988  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 17   Year ▶ 1988
U.S.A.   ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

APPLICATION RECEIVED
DEC 13 1988
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 13 1988
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000023

EXAMINED BY  113

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2-469-775

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼
  TX 2-209-876                                1987

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
1987 Annual Book of ASTM Standards Section 07 volume 07.01

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may
require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain
processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼                                Places of Manufacture ▼
Waverly Press, Inc.                                     Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a  ☐ Copies and Phonorecords                b ☐ Copies Only                c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶        215-299-5431

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                              Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

American Society for
Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer                                              date ▶  12/8/88

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Scholl, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986–491-560/40,004

July 1986—120,000

ASTM000024

# CERTIFICATE OF COPYRIGHT REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 2-794-050

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 7 | 5 | 1990 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1990 Annual Book of ASTM Standards: *GENERAL METHODS AND INSTRUMENTATION: GENERAL TEST METHODS, NON METAL; LABORATORY APPARATUS; STATISTICAL METHODS; APPEARANCE OF MATERIALS →*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 14.02 | 14 | JUNE 1990 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**NOTE**
Under the law, the "author" of a "work made for

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1990 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 12   Year ▶ 90
U.S.A   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103

APPLICATION RECEIVED
JUL 05 1990
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 05 1990

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000025

EXAMINED BY   *MHT*        FORM 5E

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2-794-050

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

TX 2 608 348          1989

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1988 Annual Book of ASTM Standards, Section 14 Volume 14.02

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting predominantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

Waverly Press, Inc.                    Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Area Code & Telephone Number ▶   (215) 299-5431

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society
                        for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                    date ▶ 6-27-90

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼

Kathleen M. Hooper

Number/Street/Apartment Number ▼

ASTM, 1916 Race Street

City/State/ZIP ▼

Philadelphia, PA   19103

Certificate
will be
mailed in
window
envelope

• Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560-40,004                    July 1986—120,000

ASTM000026



# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  3 043-643

U

EFFECTIVE DATE OF REGISTRATION

**APR 15 1991**

Month — Day — Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1991 Annual Book of ASTM Standards: *Iron and Steel Products: Steel - Piping, Tubing, Fittings*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.01 | 01 | JANUARY | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**NOTE**
Under the law,

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1991** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ ___ Day ▶ 25 Year ▶ 91
ONLY if this work has been published.   U.S.A.   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ___ pages

04161108Z

ASTM000027

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX  3 043-643

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TXF 3 864 /1 ᵃ   **Year of Registration** ▼  1990

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 01 , Volume 01-01

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

Area Code & Telephone Number ▶  215-299-5431

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                          date ▶  3/21/91

Handwritten signature (X) ▼  Robert F. Meltzer

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE · 1990: 262-170/20,005

ASTM000028

USCA Case #15-5124   Document #1600927   Filed: 01/31/2016   Page 58 of 537

# CERTIFICATE OF COPYRIGHT REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**

**FORM SE**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

TX 3 211 547

U

**EFFECTIVE DATE OF REGISTRATION**

DEC. 02. 1991

Month    Day    Year

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

1991 Annual Book of ASTM Standards: *ANALYTICAL ATOMIC SPECTROSCOPY; SURFACE ANALYSIS*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *03.06* | *03* | *OCTOBER 1991* | *ANNUAL* |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1991 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ *10*   Day ▶ *11*   Year ▶ *91*
Nation ▶ **U.S.A.** ◀ Nation

---

**4** COPYRIGHT CLAIMANTS) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
DEC 02 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 02 1991

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ____ pages

ASTM000029

EXAMINED BY *Dona*

CHECKED BY

**FORM SE**

TX 3 211 547

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   **TX# 2 903 827**         Year of Registration ▼ **1990**

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
**1990 Annual Book of ASTM Standards, Section 03 , Volume 03.06**

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Compilation of previous published text plus additional text.**

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA      19103-1187**
Area Code & Telephone Number ▶ **215-299-5431**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                                           date ▶ **10/14/91**

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA      19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20.005

ASTM000030

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM SE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

REGISTRATION NUMBER

**TX 3 278 409**
U

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1992**
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1991 Annual Book of ASTM Standards: CONSTRUCTION; THERMAL INSULATION: ENVIRONMENTAL ACOUSTICS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | OCTOBER | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**
**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ............
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ............
Domiciled in ▶ ............

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ............
Domiciled in ▶ ............

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given ONLY if this work has been published.
**1991** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Month ▶ 11  Day ▶ 7  Year ▶ 1991
Nation ▶ U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA    19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
MAR 30 1992
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 30 1992
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000031

USCA Case #17-7035   Document #1715850   Filed: 01/04/2018   Page 81 of 537

☀ Amended by authority of telephone call
on April 6, 1992 with Kathy Hooper of the
American Society for Testing and Materials.

EXAMINED BY ___

CHECKED BY ___

☐ CORRESPONDENCE
  Yes

**FORM SE**

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

JA  3 278 409

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 2 192 562   Year of Registration ▼ 1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1990 Annual Book of ASTM Standards, Section 04 , Volume 04.07.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187
Area Code & Telephone Number ▶ 215-299-5431

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶ 2/25/92

✗ Handwritten signature (X) ▼ Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000032

# CERTIFICATE OF COPYRIGHT REGISTRATION




**FORM SE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

IL 3 278 410

U

**EFFECTIVE DATE OF REGISTRATION**

MAR 30 1992

Month       Day       Year

*REGISTER OF COPYRIGHTS*
*United States of America*

**OFFICIAL SEAL**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS SERIAL ▼**
199_2_ Annual **Book of ASTM Standards:** *Iron and Steel Products:*
*ShipBuilding*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.07 | 01 | January 1992 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**
**NAME OF AUTHOR▼**
a  **American Society for Testing and Materials**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:   **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given ONLY if this work has been published.
**1992** ◀ Year in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Month ▶ 2   Day ▶ 26   Year ▶ 92   Nation ▶ **U.S.A.**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED** MAR 30 1992
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED** MAR 30 1992
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ____ pages

ASTM000033

FORM 5E

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

Ⅱ  3 278 410

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

TX# 3 038 186       1991

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1991 Annual Book of ASTM Standards, Section 01 , Volume 01.07

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187
                                        Area Code & Telephone Number ▶  215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **American Society for Testing and Materials**
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                           date ▶ 3/26/92

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM
Number Street Apartment Number ▼
1916 Race Street
City State ZIP ▼
Philadelphia, PA   19103-1187

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170.20,005

ASTM000034

ISO21 CFR 1715850   Filed: 01/31/2013   UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TX 3 460 670

**EFFECTIVE DATE OF REGISTRATION**

JAN 26 1993

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS SERIAL ▼

**1992 Annual Book of ASTM Standards:** General Test Methods, Nonmetal; Laboratory Apparatus; Statistical Methods; Appearance of Materials; Durability of Nonmetallic Materials

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 02 | June | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**   NAME OF AUTHOR ▼

**a**   American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally...

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**   **a**   YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1992** ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 19   Year ▶ 1992
Nation ▶ U.S.A.

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA    19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JAN 26 1993
ONE DEPOSIT RECEIVED
JAN 26 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE   Page 1 of pages

ASTM000035

EXAMINED BY _____ FORM SE

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 460 670

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
TX 3 135-933    1991

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
**1991 Annual Book of ASTM Standards, Section 14 , Volume 02 .**

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
Area Code & Telephone Number ▶ **215-299-5431**

Be sure to
give your
daytime phone
number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲    **for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                              date ▶ December 29, 1992

Handwritten signature (X) ▼ *Robert L. Meltzer*

MAIL
CERTIFI-
CATE TO

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**1**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                              ☆U.S. GOVERNMENT PRINTING OFFICE

ASTM000036

# CERTIFICATE OF REGISTRATION





**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   3 506-922

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

3    15    93
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

**1992** Annual Book of ASTM Standards:   Electrical Insulation (I): D69 — D 2484

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 10 | 01 | June | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
under the law,
the "author" of a

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1992** ◀ Year

**3b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 15   Year ▶ 1992
Nation ▶ U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JAN. 12 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN. 12 1993
REMITTANCE NUMBER AND DATE

FUNDS RECEIVED   MAR 1 5 1993

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11 on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of    2   pages

ASTM000037

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FORM 5E**

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX  3 506-922

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼
TX# 3 114-939                                   1991

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
**1991 Annual Book of ASTM Standards, Section 10 , Volume 01 .**

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**Compilation of previous published text plus additional text.**

─────space deleted─────

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords         b ☐ Copies Only         c ☐ Phonorecords Only

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                        Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name Address Apt City State Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
                Area Code & Telephone Number ▶ **215 299-5431**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
                                                Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
                         Name of author or other copyright claimant or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                              date ▶ **December 29, 1992**

        Handwritten signature (X) ▼  _Robert L. Meltzer_

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼
**Kathe Hooper, ASTM**

Number Street Apartment Number ▼
**1916 Race Street**

City State ZIP ▼
**Philadelphia, PA   19103-1187**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

ASTM000038

USCA Case #15-5190   Document #1715850   Filed: 01/31/2C Page 68 of 537

# CERTIFICATE OF REGISTRATION



**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**TX 3-614-178**

*TX0003614178*

EFFECTIVE DATE OF REGISTRATION

**Aug. 13, 1993**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS SERIAL ▼
1993 Annual Book of ASTM Standards: *Non Ferrous Metal Products: Copper and Copper Alloys*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.01 | 02 | June | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  NAME OF AUTHOR ▼
**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**a** 1993 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
**b** Complete this information ONLY if this work has been published.
Month ▶ 7   Day ▶ 7   Year ▶ 93
U.S.A. ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
AUG. 13 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 13 1993
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000039

EXAMINED BY  *Lcc/ v m V*    FORM SE

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
  TX# 3 460 573                                    1992

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
1992 Annual Book of ASTM Standards, Section *IV* , Volume *04.01*

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187
                Area Code & Telephone Number ▶ 215-299-5431

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
                                              ☐ author
                                              ☐ other copyright claimant
                    Check one ▶    ☐ owner of exclusive right(s)   American Society
                                              ☒ authorized agent of   for Testing and Materials
of the work identified in this application and that the statements made                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                              date ▶ 7-7-93

Handwritten signature (X) ▼  *Robert L Meltzer*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
  Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
  1916 Race Street
City/State/ZIP ▼
  Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

Complete all necessary spaces
Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1990—75,000                                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,002

ASTM000040

# CERTIFICATE OF REGISTRATION

## FORM SE
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TX 3 689 742

EFFECTIVE DATE OF REGISTRATION

OCT 0 6 1993
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
1993 Annual Book of ASTM Standards: *Pesticides; Resources Recovery; Hazardous Substances and Oil Spill Responses; Waste Management; Biological Effects*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 04 | August 1993 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**
NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3** a
YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1993** ◀ Year

b
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 28   Year ▶ 1993
Nation ▶ U.S.A.

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 0 6 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 0 6 1993

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

ASTM000041

TX 3 089 742

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX# 3 450-279       Year of Registration ▼ 1992

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**1992 Annual Book of ASTM Standards, Section 11, Volume 04.**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
**Compilation of previous published text plus additional text.**

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
Area Code & Telephone Number ▶ **215-299-5431**

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**Robert L. Meltzer**                          date ▶ 8/11/93

Handwritten signature (X) ▼ _Robert L. Meltzer_

**10**

MAIL
CERTIFI-
CATE TO

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JA1313

ASTM000042

CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 883-920

EFFECTIVE DATE OF REGISTRATION

AUG 29 1994

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
1994 Annual Book of ASTM Standards: *Nonferrous Metal Products*

*Copper + Copper alloys*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02 | 01 | June '94 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

NOTE
Under the law...

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 18   Year ▶ 1994   Nation ▶ U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 29 1994

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 29 1994

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2

ASTM000043

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 3 883-920

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX# 3-1614-178    1993

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1993 Annual Book of ASTM Standards, Section 03, Volume 03.01.

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103-1187

Area Code & Telephone Number ▶ 215-299-5431

**9**

Be sure to
give your
daytime phone
▲ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

American Society
for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                           date ▶ August 18, 1994

Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA    19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000044



# CERTIFICATE OF REGISTRATION



UNITED STATES OF AMERICA
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TX 3-936-504**

EFFECTIVE DATE OF REGISTRATION

NOV 1 0 1994

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1994 Annual Book of ASTM Standards: *atmospheric analysis*

*Occupational Health and Safety, Protective Clothing*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.03 | 03 | October | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a. NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer...

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**

a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1994** ◀ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *October* Day ▶ *31* Year ▶ *1994*
Nation ▶ **U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA 19103-1187**

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 10 1994
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 10 1994
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ pages

070055710

ASTM000045

EXAMINED BY NS/LMS

CHECKED BY

□ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

FORM 5E

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published version of an issue previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼
   TX# 5-104-58-7

Year of Registration ▼
   1993

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
1993 **Annual Book of ASTM Standards, Section** 11 **, Volume** 03 **.**

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Compilation of previous published text plus additional text.**

See instructions before completing this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. □ Copies Only    c. □ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
                    Area Code & Telephone Number ▶ **215-299-5431**

Be sure to give your daytime phone ◀ number

**9**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**Robert L. Meltzer**                        date ▶ October 21, 1994

✋ Handwritten signature (X) ▼
   _Robert L. Meltzer_

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000046

ISO Case: Document #1715850     Filed: 01/3   Page 76 of 537

**CERTIFICATE OF REGISTRATION**



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3-972-350**

U



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

**FEB 01 1995**

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS SERIAL ▼
1994 Annual Book of   TM Standards: *Thermal Insulation; Environmental Acoustics*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04 | 06 | October | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

NOTE
"made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1994** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *January*  Day ▶ 20  Year ▶ 1995
U.S.A.  ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 01 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 01 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000047

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX# 3-0816-308   1995

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 **Annual Book of ASTM Standards, Section** 04, **Volume** 06.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

Area Code & Telephone Number ▶ 215-299-5431

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)   **American Society**
☒ authorized agent of **for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer   date ▶ January 3, 1995

Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000   ✦U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,006

ASTM000048

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

 

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-083-251**

*TX0604083251*

EFFECTIVE DATE OF REGISTRATION

| 8 | 30 | 95 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼
1995 Annual Book of ASTM Standards: *Iron and Steel Products:*
*Steel—Piping, Tubing, Fittings*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01 | 01 | Jan. 1995 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a**  NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1995** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ **August** Day ▶ **24** Year ▶ **1995**
Nation ▶ **U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA   19103–1187**

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space*

APPLICATION RECEIVED
AUG 30 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 30 1995

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of _____ pages

ASTM000049

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
   Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   □ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published version of an issue previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX# 4-059-536          1994

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1994   **Annual Book of ASTM Standards, Section 01, Volume 01 .**

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

**6**

See Instructions
before completing
this space.

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b □ Copies Only        c □ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

*American Society for Testing and Materials*          **Account Number** ▼   DA078328

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

Area Code & Telephone Number ▶   **215-299-5431**

**9**

Be sure to
give your
daytime phone
number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of   **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**          date ▶ *August 24, 1995*

Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

City/State/ZIP ▼
**Philadelphia, PA    19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

\* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000050

# CERTIFICATE OF REGISTRATION



**FORM SE**
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE ★ SEAL
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

**TX 4-143-803**

EFFECTIVE DATE OF REGISTRATION

**AUG 01 1995**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1995 Annual Book of ASTM Standards: *General Methods and Instrumentation, General Test Methods, Nonmetal, Chromatography, Durability of Nonmetallic Materials, Forensic Sciences, Laboratory Apparatus, Statistical Methods*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 02 | June 1995 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**
a. American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other:  **Entire Text**

**NOTE**
Under the law...

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other:

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other:

## 3

a. **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

b. **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 23  Year ▶ 1995
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 01 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 01 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

0749 2645

ASTM000051

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX# 3-890-675          1994

5

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1994 **Annual Book of ASTM Standards, Section 14, Volume 02.**

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

6

See instructions before completing this space

—space deleted—

7

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

8

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ *American Society of Testing and Materials*          Account Number ▼ **#DA 078328**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

9

Be sure to give your daytime phone number

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**          date ▶ *July 26, 1995*

✎ Handwritten signature (X) ▼

*Robert L. Meltzer*

10

**MAIL CERTIFI-CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

11

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000052

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGIS...



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

TX 4-179-992

U

**EFFECTIVE DATE OF REGISTRATION**

| 3 | 19 | 96 |
|---|----|----|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS SERIAL ▼**

**1996 Annual Book of ASTM Standards:** *Iron and Steel Products — Steel — Piping, Tubing, Fittings*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 01 | 01 | *January '96* | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2** **NAME OF AUTHOR ▼**

**a** **American Society for Testing and Materials**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** **1996** ◀ Year
*This information must be given in all cases.*

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
*Complete this information ONLY if this work has been published.*
Month ▶ *January* Day ▶ **25** Year ▶ **1996**
Nation ▶ **U.S.A.**

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
MAR 19 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
May 19, 1996
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE

ASTM000053

EXAMINED BY **SJB**

CHECKED BY *AWD*

☐ CORRESPONDENCE
  Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

TX# 4-083-251                                          1995

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 **Annual Book of ASTM Standards, Section 01, Volume 01.**

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions before completing this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ *American Society for Testing and Materials*    Account Number ▼ DA078328

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                    date ▶ *March 13, 1996*

Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

**MAIL CERTIFICATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

City/State/ZIP ▼
**Philadelphia, PA    19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JA1325

ASTM000054

CERTIFICATE OF REGISTRATION   Document #1715850    Filed: 01   Page 84 of 537



# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-243-005**

EFFECTIVE DATE OF REGISTRATION

MAY 29 1996

| Month | Day | Year |

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼
1996 Annual Book of ASTM Standards: *Nonferrous Metal Products Copper and Copper Alloys*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
| 02 | 01 | May '96 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: ____

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: ____

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1996** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *May*  Day ▶ *8*  Year ▶ *1996*
Nation ▶ **U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

☐ ONE DEPOSIT RECEIVED

☐ TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions      • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ____ pages

ASTM000055

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX# 4-083-253   1995

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 **Annual Book of ASTM Standards, Section 02, Volume 01.**

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions
before completing
this space

**6**

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ *American Society for Testing and Materials*   Account Number ▼ **DA078338**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to
give your
daytime phone
number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**   date ▶ May 8, 1996

Handwritten signature (X) ▼   *Robert L. Meltzer*

**10**

**MAIL CERTIFICATE TO**

Name ▼   **Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼   **1916 Race Street**

City/State/ZIP ▼   **Philadelphia, PA   19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000056

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE





**UNITED STATES COPYRIGHT OFFICE** ★ **THE LIBRARY OF CONGRESS** ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**REGISTRATION NUMBER**

**TX 4-257-410**

*TX04425741U*

U

**EFFECTIVE DATE OF REGISTRATION**

5   7   96
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1996 Annual Book of ASTM Standards: *Water and Environmental Technology — Water (11)*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 02 | *May '96* | **Annual** |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **American Society for Testing and Materials** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
   { Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
   { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
   { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1996** ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ *April*   Day ▶ *26*   Year ▶ *1996*
**U.S.A.** ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

**APPLICATION RECEIVED**
MAY 07 1996
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 07 1996

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of **2** pages

ASTM000057

EXAMINED BY ☑ VL

CHECKED BY

FORM SE

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX# 4-088-249                 1995

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates.

1995 **Annual Book of ASTM Standards, Section** *11***, Volume** *03*.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

a. ☒ Copies and Phonorecords      b. ☐ Copies Only      c. ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

American Society for
Testing and Materials            DA078328

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name Address Apt City State Zip ▼

**Robert L. Meltzer, ASTM**

**1916 Race Street**

**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society
for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                        date ▶ *April 26, 1996*

✍ Handwritten signature (X) ▼

*Robert L. Meltzer*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number Street Apartment Number ▼
**1916 Race Street**

City State ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170.20,005

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-257-533**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

5 · 7 · 96
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼
**1996 Annual Book of ASTM Standards:** *Water and Environmental Technology - Water (1)*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 01 | *April '96* | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a. NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed.▼
☐ Collective Work   Other: **Entire Text**

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**

a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1996** ◀ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *April*   Day ▶ *26*   Year ▶ *1996*
Nation ▶ **U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAY 07 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAY 07 1996
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions  • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000059

EXAMINED BY ⍺

CHECKED BY

FORM SE

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   TXf 4-007-387   Year of Registration ▼  1995

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates.   1995 **Annual Book of ASTM Standards, Section** 11, **Volume** 01.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**Compilation of previous published text plus additional text.**

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name▼ *American Society for Testing and Materials*   Account Number▼ **DA0 78328**

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name Address Apt City State Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
   Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**   date▶ *April 26, 1996*

Handwritten signature (X) ▼

*Robert L. Meltzer*

**MAIL CERTIFICATE TO**

Name▼  **Kathe Hooper, ASTM**

Number Street Apartment Number ▼  **1916 Race Street**

City State ZIP ▼  **Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                    ✡U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000060

USCA Case #17-7039    Document #1715850    Filed: 0… Page 537

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

TX 4-320-184



*TX0004320184*

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 8 | 8 | 96 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

1996 Annual Book of ASTM Standards: *Rubber, General Test Methods; Rubber, Natural and Synthetic — Carbon Black*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 09 | 01 | July 1996 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**a**  **NAME OF AUTHOR ▼**

American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NOTE
Under the law, the "author" of a "work made for hire" is generally …

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ August  Day ▶ 1  Year ▶ 1996
U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA  19103-1187

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

| APPLICATION RECEIVED |
|---|
| AUG 02 1996 |
| ONE DEPOSIT RECEIVED |
| TWO DEPOSITS RECEIVED |
| AUG 08 1996 |
| REMITTANCE NUMBER AND DATE |

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 Pages

ASTM000061

FORM SE

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX# 4-145-800    1995

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 04, Volume 01.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text.

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this format space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for    Account Number ▼ DA078338
Testing and Materials

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

Area Code & Telephone Number ▶ 215-299-5431

**9**

Be sure to give your daytime phone number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                    date ▶ August 1, 1996

Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL CERTIFICATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number Street Apartment Number ▼
**1916 Race Street**

City State ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000062

**CERTIFICATE OF REGISTRATION**



**FORM TX**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-391-188**

*TX004391188*

EFFECTIVE DATE OF REGISTRATION

12 / 13 / 1996
Month  Day  Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
**1996 Annual Book of ASTM Standards:** *Construction: Thermal Insulation; Environmental Acoustics*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04 | 06 | *October 1996* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼
**a American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

and death blank

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**a 1996** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *December* Day ▶ *3* Year ▶ *1996*
**U.S.A.** ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA 19428-2959**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
DEC 13 1996

TWO DEPOSITS RECEIVED
DEC 13 1996

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of **2** pages

ASTM000063

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TX# 4-184-242   **Year of Registration** ▼ 1996

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**1996 Annual Book of ASTM Standards, Section** 04, **Volume** 06. _____

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text** plus additional text. _____

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ **American Society for Testing and Materials**          Account Number ▼  DA078328

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name Address Apt City State Zip ▼

**Robert L. Meltzer, ASTM**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

Area Code & Telephone Number ▶  **610-832-9632**

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                                    date ▶ December 3, 1996

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼  **Judy Helm, ASTM**

Number Street Apartment Number ▼  **100 Barr Harbor Drive**

Certificate
will be
mailed in
window
envelope

City State ZIP ▼  **West Conshohocken, PA  19428-2959**

•YOU MUST•
• Complete all necessary spaces
• Sign your application in space 10

•SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE•
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

Copyright fees are ad-
justed at 5-year inter-
vals, based on the
Consumer Price In-
dex. The next adjust-
ment is due in 1996.
Contact the Copyright
Office in January 1996
for the new fee sched-
ule.

* 17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                                                                                  ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000064

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

**TX 4-394-571**

*TX0004394571*

EFFECTIVE DATE OF REGISTRATION

| 12 | 13 | 96 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼

**1996 Annual Book of ASTM Standards:** Textiles

Textiles (II): D3333 - latest

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|---------------------------|
| 07 | 02 | November 1996 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

NAME OF AUTHOR ▼

a. **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NOTE**
Under the law...

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1996** ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ December Day ▶ 3 Year ▶ 1996
ONLY if this work has been published.   **U.S.A.** ◄ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA   19428-2959**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 13 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 13 1996

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000065

EXAMINED BY

CHECKED BY AWD

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX⁴ 4-833-733   1996

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1996 Annual Book of ASTM Standards, Section 07, Volume 02.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for
Testing and Materials

Account Number ▼ # DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society
for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer   date December 3, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**10**

**MAIL CERTIFICATE TO**

Name ▼ Judy Helm, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/Zip ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**11**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000066



# CERTIFICATE OF REGISTRATION



FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

**TX 4–475–108**

EFFECTIVE DATE OF REGISTRATION

09   11   1997
Month   Day   Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS SERIAL ▼
1997 Annual Book of ASTM Standards: *Non Ferrous Metal Products; Aluminum and Magnesium*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.02 | 02 | September | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**
**a** NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

---

**3**
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ *August*   Day ▶ *1*   Year ▶ *97*
U.S.A. ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA 19428-2959**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP. 11, 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP. 11, 1997

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000067

FORM SE

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

TX▨      1996

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 02, Volume 02, 02

**b.** Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   American Society for
Testing and Materials

Account Number ▼   # DA078328

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶   610-832-9632

Be sure to
give your
daytime phone
number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society
for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer      date ▶ 8/28/97

Handwritten signature (X) ▼

John J. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/Zip ▼
West Conshohocken, PA  19428-2959

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

ASTM000068

# CERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-497-885**

EFFECTIVE DATE OF REGISTRATION

**JUN 2 4 1997**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼  *Nonferrous Metal Products*

1997 Annual Book of ASTM Standards:  *Copper and Copper Alloys*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *02* | *01* | *May '97* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

NAME OF AUTHOR ▼
a. **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼
b.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼
c.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1997** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ *June*  Day ▶ *16*  Year ▶ *1997*
ONLY if this work has been published.                     Nation
**U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA   19428-2959**

APPLICATION RECEIVED
JUN 24 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 24 1997

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

ASTM000069

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
     Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TH≠ 4-743-005                                    1996

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 02, Volume 01.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both:

a. ☒ Copies and Phonorecords       b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  American Society for           Account Number ▼
           Testing and Materials                    # DA078328

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  610-832-9632

**9**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)  American Society
☒ authorized agent of  for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s)  ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶ June 19, 1997

☞  Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Judy Helm, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                                             ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

ASTM000070

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM TX**
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-571-119**

▶TX0004571119◀

EFFECTIVE DATE OF REGISTRATION

OCT   22   1997
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS SERIAL ▼**

1997 Annual Book of ASTM Standards: *CONSTRUCTION: BUILDING SEALS AND SEALANTS; FIRE STANDARDS; DIMENSION STONE*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *04 04* | *04* | *NOVEMBER 1997* | **Annual** |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2** **NAME OF AUTHOR ▼**

a. **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer not the employer...

**NAME OF AUTHOR ▼**

b.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other.

**NAME OF AUTHOR ▼**

c.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** a. **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1997** ◀ Year

b. **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ *OCT*   Day ▶ *10*   Year ▶ *1997*
**U.S.A.** ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA 19428-2959**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
OCT 22 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 22 1997
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of **2** pages

ASTM000071

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

TH͞               1996

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section _____ , Volume _____ .

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text. _____

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   American Society for
Testing and Materials

Account Number ▼   # DA078328

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society
for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                date ▶ 11/1/97

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM

Number Street Apartment Number ▼
100 Barr Harbor Drive

City State ZIP ▼
West Conshohocken, PA   19428-2959

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on the
Consumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

**11**

Certificate
will be
mailed in
window
envelope

* 17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000072

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM TX
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 4-584-449

*TX0004584449*

EFFECTIVE DATE OF REGISTRATION

Month 11  Day 12  Year 97



DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1997 Annual Book of ASTM Standards: *CONSTRUCTION : THERMAL INSULATION; ENVIRONMENTAL ACOUSTICS*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | NOVEMBER 1997 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other: **Entire Text**

NOTE
Under the law, the "author" of a "work made for hire" is

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1997 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ OCT  Day ▶ 15  Year ▶ 1997
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959**

APPLICATION RECEIVED
NOV 12 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 12 1997

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000073

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   TH##   **Year of Registration** ▼   1996

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 04 , Volume 04.06

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**       A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords         b ☐ Copies Only         c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼   American Society for
Testing and Materials

**Account Number** ▼   # DA078328

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address: Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to
give your
daytime phone
number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society
for Testing and Materials**
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                          date ▶ 10/23/97

☒ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**Name** ▼   Kathe Hooper, ASTM

**Number Street Apartment Number** ▼   100 Barr Harbor Drive

**City State ZIP** ▼   West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application shall be fined not more than $2,500.

June 1992—50,000                                                  ✪U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

USCA Case #17-7035   Document #1715850   Filed: 01/31/2018   Page 104 of 537

# CERTIFICATE OF REGISTRATION



**FORM SE**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-622-434**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**FEB 2 0 1998**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
1998 Annual Book of ASTM Standards PETROLEUM PRODUCTS, LUBRICANTS, AND
Fossil Fuels: PETROLEUM PRODUCTS and LUBRICANTS (II): D2597 - D4629

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.02 | 05 | MARCH 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ FEB   Day ▶ #2, 7th ▶ 1998   Nation
ONLY if this work has been published.   U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959

APPLICATION RECEIVED
FEB 2 0 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 2 0 1998

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000075

\* Amended by C.O. authority telephone call
of 3-16-98 with Ms. Hooper

EXAMINED

CHECKED

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
1997

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 Annual Book of ASTM Standards, Section #5, Volume 05.02

**6**

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ American Society for
Testing and Materials

**Account Number** ▼ # DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
◄ number

**Area Code & Telephone Number** ▶ 610-832-9632

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society
for Testing and Materials

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶ 4/13/98

Handwritten signature (X) ▼
Robert L. Meltzer

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Kathe Hooper, ASTM

**Certificate
will be
mailed in
window
envelope**

**Number/Street/Apartment Number** ▼
100 Barr Harbor Drive

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000076

# CERTIFICATE OF REGISTRATION



For a Serial
UNITED STATES COPYRIGHT OFFICE
RF

**TX 4-623-459**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**FEB 20 1998**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS SERIAL ▼
1998 Annual Book of ASTM Standards PETROLEUM PRODUCTS, LUBRICANTS, AND FOSSIL FUELS: PETROLEUM PRODUCTS AND LUBRICANTS (1): D56-D2596

Volume ▼ 05.01    Number ▼ 05    Date on Copies ▼ FEBRUARY 1998    Frequency of Publication ▼ Annual

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  NAME OF AUTHOR ▼
**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given ONLY if this work has been published.
**1998** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ FEBRUARY  Day ▶ 12  Year ▶ 1998
U.S.A. ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 20 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 20 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11 on the reverse side of this page)
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____     FORM SE

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼
                                                                        **1997**

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼
**1997 Annual Book of ASTM Standards, Section #5, Volume #5.01**

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Compilation of previous published text plus additional text.**

See instructions
before completing
this space

**6**

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   **American Society for**
          **Testing and Materials**
Account Number ▼   **# DA078328**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶   **610-832-9632**

**9**

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society**
                         **for Testing and Materials**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer.**                                       date ▶ **2/13/98**

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**100 Barr Harbor Drive**

City/State/ZIP ▼
**West Conshohocken, PA  19428-2959**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are sub-
ject to change. For cur-
rent fees, check the Copyright
Office website at www.loc.gov/copyright, write the Copyright
Office, or call (202) 707-3000.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000078

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**TX 4-654-921**

*TX*4*654*921*

EFFECTIVE DATE OF REGISTRATION

Month **3**   Day **20**   Year **98**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Iron and Steel Products:  Steel—Structural, Reinforcing, Pressure, Railway

| Volume | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.04 | 01 | January 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**
**a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:  Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1998 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 25   Year ▶ 1998   ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAR 20 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 20 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE USE ONLY

2

ASTM000079

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number**               **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
    1997 Annual Book of ASTM Standards, Section 01., Volume 01.04.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
    Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**7**                          ---space deleted---

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
    a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only          See instructions.

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name                                                    Account Number ▼
    American Society for Testing and Materials              DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
    Kathe Hooper, American Society for Testing and Materials
    100 Barr Harbor Drive
    West Conshohocken, PA  19428-2959
                                    Area Code & Telephone Number ▶  (610) 832-9634

Be sure to
give your
daytime phone
number.

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                        Check only one ▶  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of   American Society for Testing & Materials
by me in this application are correct to the best of my knowledge.              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
    Robert L. Meltzer                                          date ▶   3-5-98

Handwritten signature (X) ▼

**11** **MAIL CERTIFICATE TO**
Name ▼
    Kathe Hooper, ASTM
Number/Street/Apartment Number
    100 Barr Harbor Drive
City/State/ZIP ▼
    West Conshohocke, PA  19428-2959

Certificate
will be
mailed in
window
envelope

ASTM000080

Case: Case #1715850   Filed: 01/31/2018   Page 110 of 537

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



TX 4-737-834

EFFECTIVE DATE OF REGISTRATION

JUN 19 1998

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Copper and Copper Alloys

| Volume | Number ▼ | Date on Copies | Frequency of Publication ▼ |
|--------|----------|----------------|----------------------------|
| 02.01 | 02 | May 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**  **a**  NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**  **a**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1998  ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 14   Year ▶ 1998
United States  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

APPLICATION RECEIVED
JUN 19 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 19 1998

REMITTANCE NUMBER AND DATE

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give:  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
   1997 Annual Book of ASTM Standards, Section 02, Volume 02.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitute a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
   American Society for Testing and Materials          DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
   Kathe Hooper, American Society for Testing and Materials
   100 Barr Harbor Drive
   West Conshohocken, PA  19428-2959
                    Area Code & Telephone Number ▶   (610) 832-9634

**9**

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
                Robert L. Meltzer                                 date ▶   5-20-98

Handwritten signature (X) ▼
   [signature]

**10**

**MAIL
CERTIFICATE
TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000082

USCA Case #15-5535   Document #1715850   Filed: 04/18/18   Page 112 of 537

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

RE

TX 4-755-309


#TX0004755309#

**EFFECTIVE DATE OF REGISTRATION**

io    23    98
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

1998 Annual Book of ASTM Standards, General Test Methods, Monmetal;Chromatography, Durability of Monmetallic Materials; Forensic Sciences, Lab-
*Water; Apparatus; Statistical Methods*

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|--------|------------------|----------------------------|
| 14.02 | 14 | July | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶    United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3** **a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
1998 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 22    Year ▶ 1998
United States ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

**APPLICATION RECEIVED**
JUN 23 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 23 1998
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of  2  pages

ASTM000083

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____ **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section  14, Volume   14.02.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

American Society for Testing and Materials          DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶   (610) 832-9634

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                              date ▶   6-22-98

Handwritten signature (X)

**10**

**MAIL
CERTIFICATE
TO**

Name ▼   Kathe Hooper, ASTM

Number/Street/Apartment Number ▼   100 Barr Harbor Drive

City/State/ZIP   West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000084

USCA Case #15-5190   Document #1715850   Filed: 02/01/2018   Page 114 of 537

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 4-768-933**

*TX0004768933*

U

EFFECTIVE DATE OF REGISTRATION

SEP 1 0 1998

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Gaseous Fuels; Coal and Coke

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.05 | 05 | September 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES

## 2

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 1 Year ▶ 1998
United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space

APPLICATION RECEIVED
SEP 10 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
SEP 10 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000085

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 Annual Book of ASTM Standards, Section   05, Volume 05.05

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼
American Society for Testing and Materials   DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  (610) 832-9634

**9**

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer   date ▶  9-1-98

Handwritten signature (X)

**MAIL
CERTIFICATE
TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1996 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Document #1715850   Filed: 01/31/2018   Page 116 of 537

CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-780-430**



EFFECTIVE DATE OF REGISTRATION

| 10 | 14 | 98 |
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Biological Effects and Environmental Fate; Biotechnology; Pesticides

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.05 | 11 | August 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 4   Year ▶ 1998
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 14. 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT. 14. 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000087

EXAMINED BY _____   FORM SE

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. [ ] This is the first published version of an issue previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, , Section 11, Volume 11.05

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords   b. ☐ Copies Only   c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name   American Society for Testing and Materials   **Account Number** ▼   DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶   (610) 832-9634

Be sure to
give your
daytime phone
◀ number.

**9**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer   date ▶   10-1-98

Handwritten signature (X)   _Robert L. Meltzer_

**10**

**MAIL
CERTIFICATE
TO**

Name ▼   Kathe Hooper, ASTM

Number/Street/Apartment Number   100 Barr Harbor Drive

City/State/ZIP ▼   West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1998.  Please
contact the Copyright
Office after July 1998 to
determine the actual fee
schedule.

**11**

\*17 U S C  § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000088

Filed: 01/31/2018   Page 118 of 537   Document #1715850

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE

★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-787-636**

EFFECTIVE DATE OF REGISTRATION

10 / 14 / 98
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Cement; Lime; Gypsum

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication |
|---|---|---|---|
| 04.01 | 04 | September 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born   Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 16   Year ▶ 1998
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 14. 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT. 14. 1998

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

See instructions before completing this space

DO NOT WRITE HERE
Page 1 of 2 pages

JA1360

ASTM000089

EXAMINED BY ☐                                   FORM SE

CHECKED BY ☐

☐ CORRESPONDENCE                               FOR
  Yes                                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 04, Volume 04.01

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

American Society for Testing and Materials                    DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

**Area Code & Telephone Number** ▶ (610) 832-9634

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the          ☐ author

Check only one ▶          ☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   American Society for Testing & Materials

                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                              date ▶ 10-1-98

Handwritten signature (X) ▼

*Robert L. Meltzer*

**MAIL CERTIFICATE TO**

**Name** ▼
Kathe Hooper, ASTM

**Number/Street/Apartment Number** ▼
100 Barr Harbor Drive

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1995. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000090

# CERTIFICATE OF REGISTRATION







**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-811-646    U

EFFECTIVE DATE OF REGISTRATION

| 12 | 10 | 1998 |
|----|-----|------|
| Month | Day | Year |

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards:  Thermal Insulation; Environmental Acoustics

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|--------|------------------|----------------------------|
| 04.06 | 04 | November 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**
**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 10   Year ▶ 1998
United States ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
10.13.98
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
10.13.98
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

Page 1 of 2 pages

DO NOT WRITE HERE

ASTM000091

EXAMINED BY ▢                                      FORM 5E

CHECKED BY

☐ CORRESPONDENCE                                   FOR
   Yes                                             COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?     **5**
☒ Yes   ☐ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number**           **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.     **6**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
   1997 Annual Book of ASTM Standards,  Section 04, Volume 04.06

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     See instructions before completing this space.
   Compilation of previous published text plus additional text

### ---space deleted---     **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in     **8**
one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and
physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only     See Instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.     **9**
**Name**                                              **Account Number** ▼
   American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive                                                          Be sure to
West Conshohocken, PA  19428-2959                                              give your
                                                                               daytime phone
             Area Code & Telephone Number ▶  (610) 832-9634                    number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the     **10**
                                          ☐ author
                      Check only one ▶    ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made     ☒ authorized agent of  American Society for Testing & Materials
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
_Robert L. Meltzer_ ⟨Robert L. Meltzer⟩                                date ▶   11-25-98

✍ **Handwritten signature (X)** ▼
   _Robert L. Meltzer_

**MAIL**            Name ▼                                              • Complete all necessary spaces     **11**
**CERTIFICATE**        Kathe Hooper, ASTM                               • Sign your application in space 10
**TO**              Number/Street/Apartment Number                     1. Application form               The Copyright Office has
                       100 Barr Harbor Drive                           2. Nonrefundable $20 filing fee   the authority to adjust
**Certificate**     City/State/ZIP ▼                                      in check or money order        fees at 5-year intervals,
**will be**                                                               payable to Register of Copyrights  based on changes in the
**mailed in**          West Conshohocken, PA  19428-2959                3. Deposit material              Consumer Price Index.
**window**                                                                                               The next adjustment is
**envelope**                                                           Register of Copyrights            due in 1996. Please
                                                                       Library of Congress               contact the Copyright
                                                                       Washington, D.C. 20559            Office after July 1995 to
                                                                                                         determine the actual fee
                                                                                                         schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

CERTIFICATE OF REGISTRATION

Case #1715850 Document #1715850 Filed: 01/16/... Page 122 of 537




**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-862-629

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 3 | 17 | 99 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

**1999 Annual Book of ASTM Standards** - SHIPS AND MARINE TECHNOLOGY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.07 | 01. | JANUARY 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1999** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ JAN Day ▶ 26 Year ▶ 1999    Nation U.S.A.

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA 19428-2959**

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000093

EXAMINED BY ____ dcc

CHECKED BY ____

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

**1998 Annual Book of ASTM Standards, Section 01, Volume 01.07**

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ **American Society for Testing and Materials**          Account Number ▼ **DA078328**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

Area Code & Telephone Number ▶ **610-832-9632**

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION**   I, the undersigned, hereby certify that I am the
Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                                          date ▶ **2/24/99**

Handwritten signature (X) ▼

_Robert J. Meltzer_

**10**

MAIL
CERTIFI-
CATE TO

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**100 Barr Harbor Drive**

City/State/ZIP ▼
**West Conshohocken, PA  19428-2959**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on the In-
crease of decrease in
the Consumer Price In-
dex. The next adjust-
ment is due in 1996.
Contact the Copyright
Office in January 1996
for the new fee sched-
ule.

**11**

* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE  1992-312-432/60,002

ASTM000094

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-862-934**

EFFECTIVE DATE OF REGISTRATION

**MAR 10 1999**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

**1999 Annual Book of ASTM Standards** – *PETROLEUM PRODUCTS AND LUBRICANTS (I): D56 - D2596*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.01 | 05 | *FEBRUARY 1999* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

a **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1999** ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *Feb* Day ▶ *22* Year ▶ *1999*
Nation ▶ **U.S.A.**

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
**MAR 10 1999**
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
**MAR 10 1999**
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of __2__ pages

ASTM000095

EXAMINED BY ✓

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ I  Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 05, Volume 05.01.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  American Society for          Account Number ▼  # DA078328
Testing and Materials

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶ 610-832-9632

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society
for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶ 2/26/99

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM

Number Street/Apartment Number ▼
100 Barr Harbor Drive

City State Zip ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on in-
creases in the Con-
sumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE  1992—312-432/60,002

# CERTIFICATE OF REGISTRATION





**UNITED STATES COPYRIGHT OFFICE**
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-873-764**



EFFECTIVE DATE OF REGISTRATION

**MAR 1 2 1999**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

**1999 Annual Book of ASTM Standards** - *STEEL-STRUCTURAL, REINFORCING, PRESSURE VESSEL, RAILWAY*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *01.04* | *01* | *JANUARY* | **Annual** |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**NAME OF AUTHOR ▼**

a. **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

c.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**

a. **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1999** ◀ Year

b. **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ *JAN*   Day ▶ *27*   Year ▶ *1999*   Nation
**U.S.A.**

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
**MAR 12 1999**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**MAR 12 1999**
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000097

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 01 , Volume 01.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** ·· A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for          Account Number ▼
       Testing and Materials                    # DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶ 610-832-9632

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of          American Society
                                for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                              date ▶ 3/26/99

☐ Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

• SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

Copyright fees are ad-
justable at 5-year inter-
vals, based on in-
creases in decreases in
the Consumer Price In-
dex. The next adjust-
ment is due in 1996.
Copyright Office in
July 1995 to determine
the actual fee schedule.

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

ASTM000098

**CERTIFICATE OF REGISTRATION**



For a Serial
**FORM SE**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

TX 4-898-490



EFFECTIVE DATE OF REGISTRATION

4    26    99
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL▼

1999 Annual Book of ASTM Standards, Petroleum Products and Lubricants (II): D 2597 - D 4927

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.02 | 05 | March 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼
☐ Collective Work    Other: Entire Text

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼
☐ Collective Work    Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 24   Year▶ 1999
United States ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
APR. 20 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR. 20 1999

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

Page 1 of ___ pages

DO NOT WRITE HERE

ASTM000099

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards,   Section 05, Volume 05.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions before completing this space.

**---space deleted---**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

American Society for Testing and Materials          DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  (610) 832-9634

**9**

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing & Materials
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                    date ▶    3-29-99

**Handwritten signature (X)** ▼

**10**

**MAIL CERTIFICATE TO**

Name
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1996 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000100

# CERTIFICATE OF REGISTRATION



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

TX 4-898-491



EFFECTIVE DATE OF REGISTRATION

4    20    99
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Paint-Tests for Chemical , Physical, and Optical Properties, Appearance

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 06.01 | 06 | February 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 22    Year ▶ 1999
United States    ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space.

APPLICATION RECEIVED
APR 20 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 20 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

Page 1 of _____ pages

DO NOT WRITE HERE

ASTM000101

JA1372

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 06, Volume 06.01

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                         **Account Number**

**9**

American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶  (610) 832-9634

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   American Society for Testing & Materials

**10**

Check only one ▶

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                date ▶  3-29-99

Handwritten signature (X) ▼

**MAIL
CERTIFICATE
TO**

Name
    Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
    100 Barr Harbor Drive

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
    West Conshohocken, PA  19428-2959

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000102

# CERTIFICATE OF REGISTRATION





**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-951-524**

EFFECTIVE DATE OF REGISTRATION

**AUG - 9 1999**
Month        Day        Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards - Gaseous Fuels; Coal and Coke

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|--------|------------------|----------------------------|
| 05.05 | 05 | September 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was 'made for hire' check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**b** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1999 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 3   Year ▶ 1999
United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG. 0 9 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 0 9 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000103

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
  1998 Annual Book of ASTM Standards, Section 05, Volume 05.05

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number
  American Society for Testing and Materials               DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
  Kathe Hooper, American Society for Testing and Materials
  100 Barr Harbor Drive
  West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶  (610) 832-9634

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▷  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  American Society for Testing & Materials
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
  Robert L. Meltzer                                date ▶   8-3-99

Handwritten signature (X) ▼

**MAIL
CERTIFICATE
TO**

Name
  Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
  100 Barr Harbor Drive
City/State/ZIP ▼
  West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000104

USCA Case #17-7035     Document #1715850     Filed: 01/30/2018     Page 134 of 537

**CERTIFICATE OF REGISTRATION**



**FORM TX**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-952-491

EFFECTIVE DATE OF REGISTRATION

Month **8**  Day **9**  Year **99**



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Laboratory Apparatus, Degradation of Materials, Filtration, SI, Oxygen Fire Safety

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.04 | 14 | July 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1999** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ **July**  Day ▶ **9**  Year ▶ **1999**
**United States** ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space.

APPLICATION RECEIVED
AUG 09 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 09 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of **2** pages

ASTM000105

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
1998 Annual Book of ASTM Standards, Section 14, Volume 14.04

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

---

**---space deleted---**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here at space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☒ Copies and Phonorecords       **b** ☐ Copies Only       **c** ☐ Phonorecords Only

**8**

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
American Society for Testing and Materials                DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  (610) 832-9634

**9**

Be sure to
give your
daytime phone
number.

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                      date ▶  8-3-99

Handwritten signature (X) ▼

**10**

---

**MAIL
CERTIFICATE
TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**11**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000106

USCA Case #17-7035   Document #1721850   Filed: 01/31/2018   Page 136 of 537

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

*Register of Copyrights*
*United States of America*

REGISTRATION NUMBER

TX   **434-207**

TX   TXU

EFFECTIVE DATE OF REGISTRATION

3   17   80
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**①  Title**

TITLE OF THIS WORK: 1980 ANNUAL BOOK OF ASTM STANDARDS, Part 1:Steel-Piping, Tubing, Fittings

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol........ No........ Issue Date ..........

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................. Vol....... No...... Date ........... ..........Pages.........

**②  Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH: Born........ Died........ (Year)   (Year)

Was this author's contribution to the work a "work made for hire"?   Yes..X...   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. (Name of Country)  } or  Domiciled in ...U.S.A..... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**2**
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born........ Died........ (Year)   (Year)

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. (Name of Country)  } or  Domiciled in ................. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born........ Died........ (Year)   (Year)

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. (Name of Country)  } or  Domiciled in ................. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③  Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year...1980...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date...January...   15   1980
(Month)   (Day)   (Year)
Nation...United States...
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④  Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA.   19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ........ pages

ASTM000107

EXAMINED BY

CHECKED BY: ☐    25 FEB 1980    17 MAR 1980

CORRESPONDENCE:  ☐ Yes

DEPOSIT RECEIVED:

17 MAR 1980    17 MAR 1980

DEPOSIT ACCOUNT
FUNDS USED:  ☐

REMITTANCE NUMBER AND DATE

180750 MAR1780

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX    434-207

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes X .... No ......
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ...... TX .226-040 ...... Year of Registration ...1979 ......

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ .1979 .Annual .Book .of .ASTM .Standards, .Part .1 ......................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ .Compilation .of .previously .published .text .plus .additional .text ......

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| .Waverly .Press, .Inc. ......... | .Easton, .MD. ............ |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ......................................

Account Number: ..........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: .Robert .L. .Meltzer ....................
Address: .1916 .Race .Street ...................
.Philadelphia .......... PA. ...... 19103 ......
(City)                    (State)          (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)    .American .Society .for .Testing .and

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of .....Materials ...................
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name .Robert .L. .Meltzer ...............    Date .1/31/80 .....

**(10)** Certification (Application must be signed)

**MAIL
CERTIFICATE
TO**

.American .Society .for .Testing .and .Materials .........
(Name)

.....1916 .Race .Street .......................
(Number, Street and Apartment Number)

.....Philadelphia ...... PA. .... 19103 .......
(City)          (State)          (ZIP code)

☐ APR 1980

**(Certificate will
be mailed in
window envelope)**

**(11)** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE : 1979 O - 248-641

ASTM000108

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**REGISTER OF COPYRIGHTS**
*United States of America*



REGISTRATION NUMBER

TX **464-573** TXU
TX

EFFECTIVE DATE OF REGISTRATION
4 / 21 / 80
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 4, Steel-Structural, Reinforcing, Pressure Vessel, Railway; Fasteners

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. . . . . . . No. . . . . . . Issue Date . . . . . . . . . . . . . . . .

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Date . . . . . . . . . . . . . . Pages . . . . . . . . . . . . .

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH:** Born . . . . . . . . . Died . . . . . . . . (Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes X . . . No . . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of . . . . . . . . . . . . . . (Name of Country) or Domiciled in . . U.S.A. . . . . . . (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes . . . . . . No . . . . . .
Pseudonymous? Yes . . . . . No . . . . . .
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:** Born . . . . . . . . . Died . . . . . . . . (Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes . . . . . . No . . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of . . . . . . . . . . . . . . (Name of Country) or Domiciled in . . . . . . . . . . . . . . (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes . . . . . . No . . . . . .
Pseudonymous? Yes . . . . . No . . . . . .
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:** Born . . . . . . . . . Died . . . . . . . . (Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes . . . . . . No . . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of . . . . . . . . . . . . . . (Name of Country) or Domiciled in . . . . . . . . . . . . . . (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes . . . . . . No . . . . . .
Pseudonymous? Yes . . . . . No . . . . . .
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1980
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date February 29 1980
(Month) (Day) (Year)
Nation United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-11) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 10

DO NOT WRITE HERE
Page 1 of . . . . pages

ASTM000109

EXAMINED BY ..........

CHECKED BY: ..........

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED:

DEPOSIT RECEIVED:
APR 2 1 1980    APR 2 1 1980

REMITTANCE NUMBER AND DATE
217631 APR 21 80

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX    464-573

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes..X..  No.........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ...... TX 243-321 ...... Year of Registration ...... 1979

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ 1979 Annual Book of ASTM Standards, Part 4

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ Compilation of previously published text plus additional text

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..........

Account Number: ..........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ...... Robert L. Meltzer, ASTM ..........

Address: ...... 1916 Race Street ..........

Philadelphia,    PA    19103
(City)        (State)        (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)    American Society for Testing and

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: ...... Materials ..........
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Robert L. Meltzer_

Typed or printed name ...... Robert L. Meltzer ......    Date ... 3/25/80

**⑩** Certification (Application must be signed)

American Society for Testing and Materials ......
(Name)

1916 Race Street ..........
(Number, Street and Apartment Number)

Philadelphia,  PA ...... 19103 ......
(City)        (State)        (ZIP code)

**MAIL
CERTIFICATE
TO**

MAY 3 0 1980

(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 248-641

ASTM000110

CERTIFICATE OF COPYR   Document REGISTRATION   Filed: 01/31/2018   Page 137 FORM TX

CERTIFICATE OF COPYRIGHT REGISTRATION   FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TX **464-574** TXU

TX (circled)

**EFFECTIVE DATE OF REGISTRATION**

4   21   80
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**①  Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 3; Steel-Plates, Sheet, Strip, Wire; Metallic Coated Products; Fences

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol...... No...... Issue Date ........

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................... Vol...... No...... Date ........ Pages........

**②  Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"?   Yes. X...   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ..U.S.A...........
(Name of Country)   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③  Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year...1980..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date......March...15......1980..........
(Month)   (Day)   (Year)
Nation.......United States..................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④  Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA.  19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of 2 pages

ASTM000111

| | EXAMINED BY | APPLICATION RECEIVED |
|---|---|---|
| CHECKED BY: | | APR 21 1980 |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: APR 21 1980   APR 21 1980 | FOR COPYRIGHT OFFICE USE ONLY |
| **TX    464-574** | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE **217631 APR 21 80** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes X..... No........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ..TX 278-720......... Year of Registration ....1979.........

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ ..1979 Annual Book of ASTM Standards, Part 3...............

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ ..Compilation of previously published text plus additional text............

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| .....Waverly Press, Inc........... | .....Easton, MD........... |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...................................

Account Number: .......................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ..Robert L. Meltzer, ASTM...............

Address: .1916 Race Street.......................

..Philadelphia,  PA    19103  (Apt.)

(City)        (State)        (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION: *** I, the undersigned, hereby certify that I am the: (Check one) American Society for Testing and

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: ..Materials..............

(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..Robert L. Meltzer......

Typed or printed name: ...Robert L. Meltzer......  Date 3/25/80

**(10)** Certification (Application must be signed)

| MAIL CERTIFICATE TO | |
|---|---|
| ....American Society for Testing and Materials.......... (Name) | |
| ..1916 Race Street........... (Number, Street and Apartment Number) | MAY 30 1980 (Certificate will be mailed in window envelope) |
| ..Philadelphia,   PA,   19103..... (City)   (State)   (ZIP code) | |

**(11)** Address For Return of Certificate

***** 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☉ U. S. GOVERNMENT PRINTING OFFICE : 1977 O – 248-641

ASTM000112

USCA Case #17-7035   Document #1715850   Filed: 01/15/19   Page 142 of 537

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-008-019**





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

★ UNITED STATES COPYRIGHT OFFICE ★
★ THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Month 11   Day 15   Year 99

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Concrete and Aggregates

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.02 | 04 | October 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 15   Year ▶ 1999
United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space.

APPLICATION RECEIVED
NOV 15 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 15 1999

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5–11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

Page 1 of 2 pages

DO NOT WRITE HERE

JA1384

ASTM000113

EXAMINED BY    AWD/WAR

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give:  Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
  1998 Annual Book of ASTM Standards, Section 04, Volume 04.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
  Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

···space deleted···

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
American Society for Testing and Materials        DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶ (610) 832-9634

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▸
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                        date ▶  10-27-99

Handwritten signature (X) ▼
[signature]

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1999. Please
contact the Copyright
Office after July 1999 to
determine the actual fee
schedule.

**11**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000114

# CERTIFICATE OF REGISTRATION



FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-071-596**





OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

| 3 | 29 | 00 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

2000 Annual Book of ASTM Standards: Petroleum products and Lubricants(I): D 56- D 2596

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.01 | 05 | February 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

**c**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
2000 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ February Day ▶ 2 Year ▶ 2000
United States ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 29 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 29 2000

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
· See detailed instructions. · Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000115

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ **Yes** ☐ **No**   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1999 Annual Book of ASTM Standards, Section 05.01

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space

**6**

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☒ Copies and Phonorecords   **b** ☐ Copies Only   **c** ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼
American Society for Testing and Materials

**Account Number** ▼
DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address/Apt/City/State/ZIP**
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**Area Code & Telephone Number** ▶ (610) 832-9634

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer

date ▶ 3-3-00

Handwritten signature (X) ▼

**10**

MAIL
CERTIFICATE
TO

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP
West Conshohocken, PA  19428-2959

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

TX 5-135-299



**EFFECTIVE DATE OF REGISTRATION**

6    28    2000
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS SERIAL▼**
2000 ANNUAL BOOK OF ASTM STANDARDS, GENERAL TEST METHODS; CHROMATOGRAPHY; FORENSIC SCIENCES; TERMINOLOGY; CONFORMITY ASSESSMENT; STATISTICAL METHODS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.02 | 14 | July | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[x] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  [ ] Yes [ ] No   instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  [ ] Yes [ ] No   instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  [ ] Yes [ ] No   instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other:

---

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 19   Year ▶ 2000
United States   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 2 6 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 2 6 2003

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

ASTM000117

EXAMINED BY ☑                                    FORM SE

CHECKED BY ☑

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1999 Annual Book of ASTM Standards, Volume 14, Section 14

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text

See Instructions
before completing
this space.

## ---space deleted---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only          See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼
American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

**Area Code & Telephone Number ▶** (610) 832-9634

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                    **Check only one ▶**  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of   American Society for Testing & Materials
by me in this application are correct to the best of my knowledge.                    **Name of author or other copyright claimant, or owner of exclusive right(s)** ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                    **date ▶** 6/20/17

**Handwritten signature (X)** ▼

**MAIL
CERTIFICATE
TO**

**Name** ▼
Kathe Hooper, ASTM

**Number/Street/Apartment Number** ▼
100 Barr Harbor Drive

**Certificate
will be
mailed in
window
envelope**

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. § 505(e).  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

ASTM000118



**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 5 – 139 – 661

EFFECTIVE DATE OF REGISTRATION

| 6 | 12 | 00 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

TITLE OF THIS SERIAL ▼

2000 Annual Book of ASTM Standards, Electrical Insulating Liquids and Gases; Electrical Protective Equipment

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 10.03 | 10 | May 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶   United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000  ◀ Year   This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 4   Year ▶ 2000
United States   ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
JUN 1 2 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 1 2 2000
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

ASTM000119

EXAMINED BY ~~~~~ FORM SE

CHECKED BY _umD_

☐ CORRESPONDENCE
   Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give:  Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   1999 Annual Book of ASTM Standards, Volume 10.03, Section 10

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

---

### ---space deleted---

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

   American Society for Testing and Materials        DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  (610) 832-9634

**9**

Be sure to
give your
daytime phone
number. ◀

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Robert L. Meltzer                              date ▶

Handwritten signature (X) ▼

   _[signature]_

**10**

---

**MAIL
CERTIFICATE
TO**

Name ▼
   Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
   100 Barr Harbor Drive

City/State/ZIP ▼
   West Conshohocken, PA  19428-2959

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C.  20559

**11**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

ASTM000120

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM SE**
For a Serial

UNITED STATES COPYRIGHT OFFICE

**TX 5 – 202 – 197**

*T-005202215*T

**EFFECTIVE DATE OF REGISTRATION**

| 11 | 13 | 00 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
2000 ANNUAL BOOK OF ASTM STANDARDS, ANALYTICAL CHEMISTRY FOR METALS, ORES, AND RELATED MATERIALS (II): E356 latest; MOLECULAR SPECTROSCOPY; SURFACE ANALYSIS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 03.06 | 03 | OCTOBER 2000 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** **a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶
       Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶
       Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶
       Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000
◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month 10 Day 6 Year 2000
United States ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 13 2000
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000121

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume 12.02, Section 12

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**a**

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    Account Number ▼

American Society for Testing and Materials        DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634        Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**a**

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer        Date ▶ 10/24/00

Handwritten signature (X) ▼

X _Robert Meltzer_

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—80,000
WEB REV: June 1999        ☼ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/80

ASTM000122

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM TX**
UNITED STATES COPYRIGHT OFFICE

**TX 5-202-198**

*TX5202198*

EFFECTIVE DATE OF REGISTRATION

11 13 00
Month    Day    Year

TE CONTINUATION SHEET.

---

**1** TITLE OF THIS SERIAL ▼
*2000 Annual Book of ASTM Standards, Building Constructions*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.11 | 04 | November 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** a

NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
**2000** ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10    Day ▶ 23    Year ▶ 2000
**United States** ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 13 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

ASTM000123

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume ___, Section ___.

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

American Society for Testing and Materials          DA078328

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**b**

Area code and daytime telephone number ▶ 610-832-9634          Fax number ▶   610-832-9635

Email ▶   khooper@astm.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                      Date▶  10/07/00

Handwritten signature (X) ▼

X _Robert L. Meltzer_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

ASTM000124

Case: 14-1201   Document #1715850   Filed: 01/16/2015   Page 154 of 537

CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**TX 5-202-199**

*TX00052021994*

EFFECTIVE DATE OF REGISTRATION

11   13   00
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼ 2000 Annual Book of ASTM Standards, Atmospheric Analysis; Occupational Health and Safety; Protective Clothing

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.03 | 11 | October 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a**

NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   2000
◀ Year ▶ This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 6   Year ▶ 2000   United States   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

NOV 13 2000
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000125

| EXAMINED BY | | FORM SE |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume *11.0?*, Section *11*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text

**a**

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                Account Number ▼

American Society for Testing and Materials          DA078328

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶ 610-832-9634       Fax number ▶   610-832-9635

Email ▶

khooper@astm.org

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                                Date ▶ 10/27/00

Handwritten signature (X) ▼

X Robert L. Meltzer

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Kathe Hooper, ASTM | |
|---|---|---|
| | Number/Street/Apt ▼ 100 Barr Harbor Drive | |
| | City/State/ZIP ▼ West Conshohocken, PA  19428-2959 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999

☼ PRINTED ON RECYCLED PAPER

✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
~~United States of America~~

OFFICIAL SEAL

**FORM SE**

For a Serial
UP
RE

**TX 5-345-022**

*TX005145022*

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|---|---|---|
| 5 | 21 | 01 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF THIS SERIAL ▼

*2001 Annual Book of ASTM Standards: Water (I)*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.01 | 11 | April 2001 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
2001 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 12   Year ▶ 2001
United States ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAY 21 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 21 2001
FUNDS RECEIVED

DO NOT WRITE HERE   OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000127

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

2000 Annual Book of ASTM Standards, Section *11*    Volume *11.01*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     American Society for Testing and Materials     Account Number ▼    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶ 610-832-9634     Fax number ▶    610-832-9635

Email ▶   khooper@astm.org

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   American Society for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer           Date ▶ 5/10/01

Handwritten signature (X) ▼

x _Robert L Meltzer_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order   As of
    payable to *Register of Copyrights*   July 1,
3. Deposit material              1999,

Library of Congress           the
Copyright Office           filing
101 Independence Avenue, S.E.    fee for
Washington, D.C. 20559-6000     Form SE
                        is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999          ☼ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

ASTM000128

# CERTIFICATE OF REGISTRATION

**UNITED STATES COPYRIGHT OFFICE**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

**TX 5-369-425**

*TX0005369425*

**EFFECTIVE DATE OF REGISTRATION**

07    2    2001
Month    Day    Year

**SEE CONTINUATION SHEET.**

---

**1** TITLE OF THIS SERIAL ▼

2001 Annual Book of ASTM Standards: Road and Paving Materials; Vehicle-Pavement Systems

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.03 | 04 | June 2001 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a**
NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
2001 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 4   Year ▶ 2001
United States ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Barbor Drive
West Conshohocken, PA   19428-2959

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 02 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 02 2001

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000129

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

2000 Annual Book of ASTM Standards, Section  04   Volume  04.03

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                        Account Number ▼

American Society for Testing and Materials          DA078328

**b** CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959

Area code and daytime telephone number ▶  610-832-9634          Fax number ▶    610-832-9635

email ▶   khooper@astm.org

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                        Date ▶  6/24/01

Handwritten signature (X) ▼

X   Robert L. Meltzer

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA   19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order  As of
   payable to Register of Copyrights                July 1,
3. Deposit material                                 1999,
                                                    the
                                                    filing
Library of Congress                                 fee for
Copyright Office                                    Form SE
101 Independence Avenue, S.E.                       is $30.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—30,000
Form REV: June 1999                    ● PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

ASTM000130

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identi- fied below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

**FORM SE**
**UNIT**
**REGI** TX 5-369-432

#TX0005369432X

**EFFECTIVE DATE OF REGISTRATION**

07 02 2001
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼** 2001 ANNUAL BOOK OF ASTM STANDARDS : WATER (11)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 11.02 | 11 | MAY 2001 | ANNUAL |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 2001 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ May Day ▶ 18 Year ▶ 2001 United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** JUL 02 2001
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED** JUL 02 2001
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

ASTM000131

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

2000 Annual Book of ASTM Standards, Section 11     Volume 11.02

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**a**

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Account Number** ▼

American Society for Testing and Materials          DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶ 610-832-9634          Fax number ▶          610-832-9635

email ▶ khooper@astm.org

**a**

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    Date ▶ 6/20/01

Handwritten signature (X) ▼

X _John Meltzer_

**Certificate
will be
mailed in
window
envelope
to this
address:**

**Name** ▼
Kathe Hooper, ASTM

**Number/Street/Apt** ▼
100 Barr Harbor Drive

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000

WEB REV: June 1999                    ☻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/90

ASTM000132

# CERTIFICATE OF REGISTRATION

**FORM SE**

UNITED STATES COPYRIGHT OFFICE

RE _____

**TX 5-435-937**

EFFECTIVE DATE OF REGISTRATION

11 · 14 · 01

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS SERIAL ▼ *2001 Annual Book of ASTM Standards Textiles (1): D76 - D3218*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 07 | 01 | December 2001 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
☐ Collective Work  Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

---

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2001
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ Oct  Day ▶ 01e  Year ▶ 2001
United States ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
NOV 14 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 14 2001

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

ASTM000133

FORM SE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

2000 Annual Book of ASTM Standards, Section  09   Volume  01

a

See instructions
before completing
this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text

b

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

**7**

American Society for Testing and Materials          DA078328

a

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶  610-832-9634                    Fax number ▶        610-832-9635

Email ▶  khooper@astm.org

---

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials

**8**

                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                              Date▶   11/9/01

            Handwritten signature (X) ▼

☞  X_____

---

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Kathe Hooper, ASTM

**Number/Street/Apt** ▼
100 Barr Harbor Drive

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form
SE is $30.

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—60,000
WEB REV: June 1999                                        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/

ASTM000134

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**TX 5-570-786**

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**REGISTRATION**

**JUL 25 2002**
Month    Day    Year

OFFICIAL SEAL

ATE CONTINUATION SHEET.

---

**1**  TITLE OF THIS SERIAL ▼
2002 Annual Book of ASTM Standards — *Plastics IV: D2383–D4322*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08 | 02 | June 2002 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a**  NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
2002 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 6    Day ▶ 14    Year ▶ 2002
United States ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 25 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 25 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a.☐ This is the first published edition of a work previously registered in unpublished form.
b.☐ This is the first application submitted by this author as copyright claimant.
c.☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
200) Annual Book of ASTM Standards, Section _OX_, Volume _02_

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
American Society for Testing and Materials          DA078328

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959
Area code and daytime telephone number ▶ 610-832-9634          Fax number ▶  610-832-9635
Email ▶   khooper@astm.org

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _American Society for Testing and Materials_
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                      Date ▶  7-2a-0~

Handwritten signature (X) ▼
x _Robert L. Meltzer_

**8**

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Kathe Hooper, ASTM International

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA   19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—50,000                                    ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60
WEB REV: June 1999

ASTM000136

JA1407

USCA Case #17-7035  Document #1715850  Filed: 01/31/2018  Page 166 of 537

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

TX 5-641-808

EFFECTIVE DATE OF REGISTRATION

NOV - 7 2002
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
2002 Annual Book of ASTM Standards : Sports Equipment; Safety and Traction for Footwear; Amusement Rides ; Consumer Products

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 15.07 | 15 | November | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a**

NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**3**

**a**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2002
This information must be given in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ Oct  Day ▶ 19  Year ▶ 2002
United States    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 0 7 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 0 7 2002

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000137

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

2001 Annual Book of ASTM Standards, Section  15  , Volume  15  . 02 .

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                     **Account Number** ▼

American Society for Testing and Materials          DA078328

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/ZIP** ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**b**

Area code and daytime telephone number ▶ 610-832-9634          Fax number ▶     610-832-9635

Email ▶ khooper@astm.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    Date ▶  11/5/02

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Kathe Hooper, ASTM International

**Number/Street/Apt** ▼
100 Barr Harbor Drive

**City/State/ZIP** ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/80

ASTM000138

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM SE**
For a Serial

TX 5-641-809

**EFFECTIVE DATE OF REGISTRATION**

NOV - 7 2002
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**
2002 Annual Book of ASTM Standards : *BUILDING CONSTRUCTION (I): E72 - E1670*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *04.11* | *04* | *NOVEMBER* | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2002 ◄Year in all cases.
This information must be given ONLY if this work has been published.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information
Month ▶ *Nov.*  Day ▶ *7*  Year ▶ 2002
United States ◄Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

**APPLICATION RECEIVED**
NOV 0 7 2002
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
NOV 0 7 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000139

| EXAMINED BY | | FORM SE |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
2001 Annual Book of ASTM Standards, Section 04   Volume 04.11

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼
American Society for Testing and Materials            DA078328

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

**b**

Area code and daytime telephone number ▶ 610-832-9634       Fax number ▶ 610-832-9635
Email ▶ khooper@astm.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                     Date ▶ 11/5/02

Handwritten signature (X) ▼
X _Robert L. Meltzer_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Kathe Hooper, ASTM International | • Complete all necessary spaces • Sign your application in space 8 | **9** |
| | **Number/Street/Apt** ▼ 100 Barr Harbor Drive | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | As of July 1, 1999, the filing fee for Form SE is $30. |
| | **City/State/ZIP** ▼ West Conshohocken, PA 19428-2959 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—60,000
WEB REV: June 1999

☆ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/90

ASTM000140

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

RE **TX 5-785-473**

EFFECTIVE DATE OF REGISTRATION

Month **5**   Day **21**   Year **03**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS SERIAL ▼**
2003 Annual Book of ASTM Standards   *WATER (I)*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 01 | 11 | APRIL 2003 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other **Entire Text**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2003 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ **4**   Day ▶ **15**   Year ▶ **2003**
United States ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive   PO Box C 700
West Conshohocken, PA   19428-2959

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 21 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 21 2003
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

ASTM000141

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: Previous Registration Number ▼ TX5 531 951    Year of Registration ▼ 2002

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

2002 Annual Book of ASTM Standards, Section 11   Volume 11 01

**6**

a

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

American Society for Testing and Materials        DA078328

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive, PO Box C700
West Conshohocken, PA  19428-2959

b

Area code and daytime telephone number ▶ 610-832-9634        Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _American Society for Testing and Materials_

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.

John Pace                                                    Date ▶ 5-14-03

Handwritten signature (X) ▼

X   _John Pace_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Kathe Hooper  ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive, PO Box C700

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

**9**

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.
June 1999—30,000
WEB REV June 1999
☆U S GOVERNMENT PRINTING OFFICE: 1999-454-879/90

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

**TX 5-929-682**

▬▬▬▬▬▬▬▬▬

EFFECTIVE DATE OF REGISTRATION

| 03 | 30 | 04 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
2004 Annual Book of ASTM Standards: *Soil and Rock (I): D420 - D5611*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| *04.08* | *04* | *March 2004* | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
ASTM International

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of the work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2004 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month *March*   Day *26*   Year 2004
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ASTM International
100 Barr Harbor Drive, PO Box C 700
West Conshohocken, PA   19428-2959

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 30 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 30 2004

**FUNDS RECEIVED**

DO NOT WRITE HERE
Page 1 of 2 pages

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

ASTM000143

| EXAMINED BY | | FORM SE |
| CHECKED BY | | |
| ☐ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX 5 712 336    Year of Registration ▼  2003

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

2003 Annual Book of ASTM Standards, Section 04, Volume 04.08

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  American Society for Testing and Materials    Account Number ▼  DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, ASTM International
100 Barr Harbor Drive, PO Box C700
West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶ 610-832-9634    Fax number ▶  610-832-9635

Email ▶  khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☑ authorized agent of  ASTM International
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Pace    Date ▶  3-26-04

Handwritten signature (X) ▼

X _____ John Pace _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Kathe Hooper, ASTM International
Number/Street/Apt ▼
100 Barr Harbor Drive, PO Box C700
City/State/ZIP ▼
West Conshohocken, PA  19428-2959

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—80,000
WEB REV: June 1999
⊕ printed on recycled paper    ★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

ASTM000144

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE



TX 5 – 996 – 821

EFFECTIVE
6  29  04
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**  TITLE OF THIS SERIAL ▼
2004 Annual Book of ASTM Standards  *Plastics (III) D4329-19 test*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08 03 | 08 | July 2004 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  **a**  NAME OF AUTHOR ▼
ASTM International

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
☐ Collective Work   Other  Entire Text

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
☐ Collective Work   Other

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
☐ Collective Work   Other

---

**3**  **a**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
2004 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 25  Year ▶ 2004  Nation ▶ United States

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ASTM International
100 Barr Harbor Drive  PO Box C 700
West Conshohocken, PA  19428 2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUN 29 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 29 2004

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000145

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▼  TX 5 794 777    Year of Registration ▼  2003

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

2003 Annual Book of ASTM Standards  Section 08  Volume 08 03

**a**

**6**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                         Account Number ▼

American Society for Testing and Materials          DA078328

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper  ASTM International
100 Barr Harbor Drive  PO Box C700
West Conshohocken  PA  19428 2959

**b**

Area code and daytime telephone number ▶ 610 832 9634          Fax number ▶  610 832 9635

Email ▶   khooper@astm org

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
                                    ☐ author
          Check only one ▶        ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of  ASTM International
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

John Pace                                                    Date ▶  6 25 04

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Kathe Hooper  ASTM International

Number/Street/Apt ▼
100 Barr Harbor Drive  PO Box C700

City/State/ZIP ▼
West Conshohocken, PA   19428 2959

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
  payable to Register of Copyrights
3 Deposit material

As of
July 1
1999
the
filing
fee for
Form SE
is \$30

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than \$2 500

June 1999—50 000
WEB REV June 1999

☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/50

ASTM000146

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM TX

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

TX 1 -- 534-158

TX          TXU

EFFECTIVE DATE OF REGISTRATION

*Aug. 18, 1980*
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards, Part 31: Water

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ...... No. ...... Issue Date ......

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...... Vol. ...... No. ...... Date ...... Pages. ......

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR: American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes X.... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in U.S.A. ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution) Entire Text

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2** NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3** NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1980

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date June 15 1980
(Month) (Day) (Year)
Nation United States
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ...... pages

EXAMINED BY

CHECKED BY _____ 18. AUG. 1980

CORRESPONDENCE: ☐ Yes

DEPOSIT RECEIVED: 18. AUG 1980   18. AUG 1980

DEPOSIT ACCOUNT FUNDS USED: ☐

REMITTANCE NUMBER AND DATE: 346019 AUG 1980

FOR COPYRIGHT OFFICE USE ONLY

**TX 1 - - 534-158**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes. X .....   No.........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ... TX. 278-711 ......   Year of Registration ... 1979 ....

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ ...1979 Annual Book of ASTM Standards, Part 31...............................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ ...Compilation of previously published text plus additional text...............................

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc............... | Easton, MD............... |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ......................................

Account Number: ......................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ...Robert L. Meltzer, ASTM ..............

Address: ...1916 Race Street .......................... (Apt.)

...Philadelphia,...... PA .... 19103 ......
(City)          (State)       (Zip)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)   American Society for Testing and Materials
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of... *(Name of author or other copyright claimant, or owner of exclusive right(s))*

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name ...... Robert L. Meltzer ...........   Date 7/31/80

**⑩** Certification (Application must be signed)

---

American Society for Testing and Materials...............
(Name)

...1916 Race Street................................
(Number, Street and Apartment Number)

...Philadelphia ............... PA ..... 19103 .....
(City)          (State)      (ZIP code)

**MAIL CERTIFICATE TO**

17 OCT 1980

(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

---

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Jan 1980—500,000

✮ U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-429/3

ASTM000148

CERTIFICATE OF COPYRIGHT REGISTRATION

CERTIFICATE OF COPYRIG Documei REGISTRATION   Filed: 01/31/2018   Page 17

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Lada*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX | 534-160

TX | TXU

EFFECTIVE DATE OF REGISTRATION

*Aug. 18 1980*

Month | Day | Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards, Part 9: Electrodeposited Coatings; Metal Powders, Sintered P/M Structural Parts

If a periodical or serial give: Vol. ...... No. ...... Issue Date ..................................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................ Vol. ...... No. ...... Date ...... Pages ......

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"?   Yes X   No......

DATES OF BIRTH AND DEATH:
Born...... (Year)   Died...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in ... U.S.A. ... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) Entire Text

**2**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born...... (Year)   Died...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born...... (Year)   Died...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year... 1980 ...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date...... July ...... 30 ...... 1980 ......
(Month) (Day) (Year)
Nation... United States ...
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

DO NOT WRITE HERE

ASTM000149

TX 1 -- 534-160

EXAMINED BY ........

CHECKED BY ........   18 AUG 1980

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
18 AUG 1980    18 AUG 1980

DEPOSIT ACCOUNT
FUNDS USED:
☐

REMITTANCE NUMBER AND DATE:
346019    18 AUG 1980

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes .X. ... No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ... TX 323-382 ...... Year of Registration ... 1979 ....

(5) Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
1979 Annual Book of ASTM Standards, Part 9.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published text plus additional text

(6) Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

NAMES OF MANUFACTURERS
Waverly Press, Inc.

PLACES OF MANUFACTURE
Easton, MD

(7) Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

(8) License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........................

Account Number: ........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street
Philadelphia     PA     19103
(City)          (State)    (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)   American Society for Testing and Materials

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name . Robert L. Meltzer ........................  Date . 7/31/80 ........

(10) Certification (Application must be signed)

American Society for Testing and Materials
(Name)
1916 Race Street
(Number, Street and Apartment Number)
Philadelphia         PA        19103
(City)         (State)      (ZIP code)

MAIL
CERTIFICATE
TO

17 OCT 1980
(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Jan. 1980—400,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-247/1

ASTM000150

CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| TX | **565-130** | |
| TX | | TXU |

EFFECTIVE DATE OF REGISTRATION
**14 OCT 1980**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

TITLE OF THIS WORK:   1980 Annual Book of ASTM Standards, Part 30:  Soap, Collants; Polishes; Halogenated Organic Solvents

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol...... No....... Issue Date............

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................... Vol...... No...... Date ........... Pages .......

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:   American Society for Testing & Materials
Was this author's contribution to the work a "work made for hire"?   Yes..X..   No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)       (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. } or Domiciled in ..USA...........
(Name of Country)                       (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes....... No......
Pseudonymous?   Yes....... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Text

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)       (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. } or Domiciled in ...............
(Name of Country)                       (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes....... No......
Pseudonymous?   Yes....... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)       (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................. } or Domiciled in ...............
(Name of Country)                       (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes....... No......
Pseudonymous?   Yes....... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year...1980...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date........ August....... 25....... 1980.......
        (Month)        (Day)        (Year)
Nation .............. United States ..............
                (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pa.    19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached        • Sign the form at line 10

DO NOT WRITE HERE

ASTM000151

CHECKED BY:

| CORRESPONDENCE: | DEPOSIT RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- | --- |
| ☐ Yes | | |

| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: |
| --- | --- |
| ☐ | 1246 1 OCT 1480 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes   X   No.........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number...TX 339-440..........Year of Registration   1979

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{  1979 Annual Book of ASTM Standards, Part 30

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{  Compilation of previously published text plus additional text

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| Waverly Press, Inc. | Easton, Maryland |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or   (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................................

Account Number: ...........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ...Robert L. Meltzer.................

Address: ...1916 Race Street.................

.............Philadelphia, Pa.......19103.....
             (City)          (State)        (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) American Society for Testing and Materials

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: _____
                                                                    (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

👉 Handwritten signature: (X) _Robert L. Meltzer_

Typed or printed name......Robert L. Meltzer..........Date.9/22/80

**⑩** Certification (Application must be signed)

| | MAIL CERTIFICATE TO | **⑪** Address For Return of Certificate |
| --- | --- | --- |
| American Society for Testing and Materials (Name) | | |
| 1916 Race Street (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) | |
| Philadelphia, Pa. 19103 (City) (State) (ZIP code) | | |

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-237/3

ASTM000152

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| TX      626-132 |

| TX | | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

2 (Month)    11 (Day)    81 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards, Part 32: Textiles - Yarns, Fabrics, General Test Methods

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol...... No...... Issue Date......

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work...... Vol...... No...... Date...... Pages......

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH: Born...... (Year)   Died...... (Year)

Was this author's contribution to the work a "work made for hire"? Yes..X.... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of...... (Name of Country) or Domiciled in U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) Entire Text

2
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born...... (Year)   Died...... (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of...... (Name of Country) or Domiciled in...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born...... (Year)   Died...... (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of...... (Name of Country) or Domiciled in...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date November 10 1980
(Month) (Day) (Year)
Nation United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
American Soceity for Testing and Materials
1916 Race Street
Philadelphia,  PA  19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-11) on the reverse side of this page
- Follow detailed instructions attached  • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ..2.. pages

ASTM000153

TX 626-132

| EXAMINED BY: | APPLICATION RECEIVED: |
| --- | --- |
| CHECK ONE: | DEPOSIT RECEIVED: |
| CORRESPONDENCE: ☐ Yes | FEB. 11 1981    FEB. 11 1981 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 148731 FEB11 01 |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**
- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ..X..   No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ...TX 500-153..   Year of Registration ..1979..

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ ...1979 Annual Book of ASTM Standards,Part 32...

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ ...Compilation of previously published text plus additional text...

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| Waverly Press, Inc. | Easton, Maryland |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)
- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........................
Account Number: ........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: ...Robert L. Meltzer, ASTM...
Address: ...1916 Race Street...
...Philadelphia,...   ...PA...   ...19103...
(City)   (State)   (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)   American Society for Testing and
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of... Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name: ...Robert L. Meltzer...   Date: 1/12/81

**⑩** Certification (Application must be signed)

American Society for Testing and Materials
(Name)
1916 Race Street
(Number, Street and Apartment Number)
Philadelphia,   PA   19103
(City)   (State)   (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✦ U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/9

May 1980—100...

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

MAY 15 RECD

**ASTM PUBLICATION DIVISION**

REGISTRATION NUMBER

TX   **648-346**

TX   TXU

EFFECTIVE DATE OF REGISTRATION

Mar. 11 1981
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards Part 21: Cellulose; Leather; Flexible Barrier Materials

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ...... No. ...... Issue Date ....................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work .................... Vol. ...... No. ...... Date .......... Pages. ........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: American Society for Testing & Materials

DATES OF BIRTH AND DEATH:
Born ........ (Year)   Died ........ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes X ...   No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............ (Name of Country) } or { Domiciled in U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) Collective Work

**2**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ........ (Year)   Died ........ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............ (Name of Country) } or { Domiciled in ............ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ........ (Year)   Died ........ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............ (Name of Country) } or { Domiciled in ............ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date .......... June 25 1980
(Month) (Day) (Year)
Nation .......... United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE

ASTM000155

| EXAMINED BY | APPLIC...ON RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | MAR 11 1981 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: MAR 11 1981   MAR 11 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 172721 MAR 11 81 | |

TX 648-346

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ..X.. No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ... TX-278-710 ....... Year of Registration .1979..............

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{.1979.Annual.Book.of.ASTM.Standards.Part.21....................
MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{.Compilation.of.previously.published.text.plus.additional.text........

**6** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who manufactured certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| .....Waverly.Press,.Inc.............. | .....Easton,.MD................. |

**7** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See Instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........................................

Account Number: ........................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: .Robert.L..Meltzer,.ASTM.................

Address: .1916.Race.Street........................
                                                    (Apt.)
.Philadelphia,.....PA........19103.............
(City)                      (State)                (ZIP)

**9** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)   American Society for Testing & Materials

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of .........................................
                                                                              (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Robert L. Meltzer_

Typed or printed name .Robert.L..Meltzer................. Date .2/26/81..

**10** Certification (Applicant must be signed)

**MAIL CERTIFICATE TO**

...American.Society.for.Testing.and.Materials...
                        (Name)
....1916.Race.Street.................................
             (Number, Street and Apartment Number)
.Philadelphia..............PA......19103.............
          (City)                   (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**11** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

ASTM000156

USCA Case #17-7035    Document #1717050    Filed: 01/31/2018    Page 186 of 537

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

JUN 25 Rec'd
ASTM
PUBLICATION DIVISION

**REGISTRATION NUMBER**

TX    696-452

TX    TXU

**EFFECTIVE DATE OF REGISTRATION**

MAY 2 1 1981

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**  1981 Annual Book of ASTM Standards Part 16: Chemical-Resistant Materials; Vitrified Clay, Concrete, Asbestos-Cement Products; Mortars,.

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No........ Issue Date.............................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................... Vol....... No....... Date ........ Pages.......

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**  American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"?   Yes. X.. No.......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... or { Domiciled in U.S.A. ...............
(Name of Country)                          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire Text

If the answer to either of these questions is "Yes, see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No.......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in ...............
(Name of Country)                          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes, see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No.......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in ...............
(Name of Country)                          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes, see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. April       15       1981
        (Month)   (Day)   (Year)

Nation .......... United States ..........
                  (Name of Nation)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA  19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE

ASTM000157

| | EXAMINED BY: | APPLICANT RECEIVED: MAY 21 1981 | |
|---|---|---|---|
| TX 696-452 | CHECKED BY: | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: MAY 21 1981 MAY 21 1981 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 249511 MAY 21 81 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X.. No .......
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number... TX. 482–384 ............... Year of Registration ... 1980

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1980 Annual Book of ASTM Standards Part 16

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...................................................
Account Number: .........................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ...Robert L. Meltzer, ASTM............
Address:. 1916 Race Street........................ (Apt.)
Philadelphia, PA 19103
(City) (State) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION: \*** I, the undersigned, hereby certify that I am the: (Check one) American Society for Testing and

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: ... Materials ...........
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name ... Robert L. Meltzer ......................... Date 5/7/81

**(10)** Certification (Application must be signed)

| | |
|---|---|
| American Society for Testing and Materials........... (Name) | **MAIL CERTIFICATE TO** |
| 1916 Race Street........... (Number, Street and Apartment Number) | |
| Philadelphia, PA 19103 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**(11)** Address For Return of Certificate

**\* 17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

ASTM000158

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-685-915**

**Effective date of registration:**

March 5, 2013

---

## Title

**Title of Work:** ASTM D975-07 Standards Specificaiton for Diesel Fuel Oils

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 1, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

  **Author Created:** Entire Text

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-563-072     2007

TX 6-342-584     2006

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org          **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

Page 1 of 2

ASTM000159

**Name:**   Kathleen Hooper

**Date:**   March 1, 2013



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-685-927**

**Effective date of registration:**

March 5, 2013

---

## Title

**Title of Work:** ASTM C150-99a Standard Specification for Portland Cement

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** December 1, 1999        **Nation of 1st Publication:** United States

## Author

■        **Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:**                    1999

TX 4-787-636    1998

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org        **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

---

Page 1 of 2

ASTM000161

**Name:**   Kathleen Hooper

**Date:**   March 1, 2013



ASTM000162

**JA1433**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-685-938**

**Effective date of registration:**

March 5, 2013

## Title

**Title of Work:** ASTM A106/A106M-04b Standard Specification for Seamless Carbon Steel Pipe for High Temperature Service

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 1, 2004     **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

  **Author Created:** Entire Text

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 5-914-334     2004

TX 5-665-928     2003

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org     **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

Page 1 of 2

ASTM000163

**Name:**   Kathleen Hooper

**Date:**   March 1, 2013



ASTM000164

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-685-941

**Effective date of registration:**

March 5, 2013

## Title

**Title of Work:** ASTM D86-07 Standards Test Methods for Distillation of Petroleum Products at Atmospheric Pressure

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-563-072     2007

TX 6-342-584     2006

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org     **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

Page 1 of 2

ASTM000165

**Name:**  Kathleen Hooper

**Date:**  March 1, 2013



ASTM000166

**JA1437**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-763-690

**Effective date of
registration:**

April 10, 2013

## Title

**Title of Work:** F1193 - 06 Standard Practice for Quality, Manufacture, and Construction of Amusement
Rides and Devices

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** March 3, 2006　　　　**Nation of 1st Publication:** United States

## Author

**Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-270-668　　2005

TX 6-076-444　　2004

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org　　　　　　**Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

Page 1 of 2

ASTM000167

**Name:**   Kathleen Hooper

**Date:**   April 10, 2013



# EXHIBIT 15



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-970-602**

EFFECTIVE DATE OF REGISTRATION

| JAN | 30 | 2004 |
|-----|-----|------|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
NFPA 1 Uniform Fire Code 2003 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Fire Prevention Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2003   ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ 2   Day ▶ 6   Year ▶ 2003
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02269

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 26 2004
**ONE DEPOSIT RECEIVED**
JAN 30 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ 2 ___ pages

JA1441

NFPA-PR0020354

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |

| CORRESPONDENCE ☒ Yes | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶ **TX 5 515-497**      Year of Registration ▶ **2/11/2000**

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**a**

**6**

See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly
National Fire Protection Association
1 Batterymarch Park
Quincy  MA  02269

Area code and daytime telephone number ▶ **617 984-2737**          Fax number ▶ **617 984 7222**

Email ▶

**b**

**CERTIFICATION**   I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **National Fire Protection Association**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Nanci Kelly          Date ▶ **1/28/2004**

Handwritten signature (X) ▼

x _Nanci Kelly_

| Certificate will be mailed in window envelope to this address | Name ▼ Nanci Kelly   National Fire Protection Association | Complete all necessary spaces Sign your application in space 8 | **9** |
| --- | --- | --- | --- |
| | Number/Street/Apt ▼ 1 Batterymarch Park | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material | |
| | City/State/ZIP ▼ Quincy  MA  02269 | Library of Congress Copyright Office  TX 101 Independence Avenue  S.E Washington, D.C  20559-6222 | |

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev  July 2003—xxx   Web Rev  July 2003   ♻ Printed on recycled paper          U.S Government Printing Office  2000-461 113/20 021

**JA1442**

NFPA-PR0020355

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-261-668**

*TX0006261668*

EFFECTIVE DATE OF REGISTRATION

**NOV 04 2005**

Month　　Day　　Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
NFPA 1 Uniform Fire Code, 2006 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
Same as above

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared　　Title of Collective Work ▼

If published in a periodical or serial give　Volume ▼　　Number ▼　　Issue Date ▼　　On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes　☒ No
Pseudonymous?　☐ Yes　☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year In all cases.
2005

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 8 Day ▶ 18 Year ▶ 2005
ONLY if this work
has been published.
◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
One Batterymarch Park
Quincy, MA 02169

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 04 2005
ONE DEPOSIT RECEIVED
NOV 04 2005
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

JA1443

DO NOT WRITE HERE
Page 1 of _____ pages

NFPA-PR0020356

EXAMINED BY _____   FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. from phone call to Nancy Zagrodny on January 4, 2006.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▶ TX 5-970-602        Year of Registration ▶ 2003

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published codes and standards

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**a**
**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

**b**

Area code and daytime telephone number ▶ 617-984-7550        Fax number ▶ 617-984-7004
Email ▶
nzagrodny@nfpa.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny        Date ▶ 10/31/2005

Handwritten signature (X) ▼

x _Nancy Zagrodny_

Certificate will be mailed in window envelope to this address:

Name ▼
National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA  02169

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JA1444

NFPA-PR0020357

# CERTIFICATE OF REGISTRATION

USCA Case #17-7035   Document #1715850   Filed: 01/31/2018   Page 203 of 537



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TX 5 – 752 – 623



EFFECTIVE DATE OF REGISTRATION

12   30   02
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

National Fire Codes Vol. 1-12 and Master Index 2002 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Volume 1-12 and master index

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**

National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2002

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 10   Year ▶ 2002   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02269-9101

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 12 2003   12-30-02
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
12-30-02
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

NFPA-PR0020358



EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TXS 401-755 (611) TX 5430-865   Year of Registration ▶ 2001

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**

Changes maade to the new edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

Additions and changes made throughout

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼   **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼   **b**
Nanci Kelly - National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02269

Area code and daytime telephone number ▶ 617-984-7237        Fax number ▶ 617-984-7222
Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶   ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nanci Kelly                                              Date ▶ 2/28/03

Handwritten signature (X) ▼
X _Nanci Kelly_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Nanci Kelly-National Fire Protection Association
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy, MA  02269-9101

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper                          U.S. Government Printing Office: 2000-461-113/20,021

NFPA-PR0020359

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6—160—768**

EFFECTIVE DATE OF REGISTRATION

**APR 25 2005**

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
NFPA 11 Standard for Low, Medium, and High Expansion Foam 2005 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 11 Same as above 1995 edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**   **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶ **USA**
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entirety

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2005 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 2   Day ▶ 7   Year ▶ 2005   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APR 25 2005 RECEIVED

ONE DEPOSIT RECEIVED
APR 25 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

JA1447

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TX 4-068-536    Year of Registration ▶ 1995

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously Published

**a**

**6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

**b**

Area code and daytime telephone number ▶ 617-984-7550        Fax number ▶ 617 984 7004
Email ▶ nzagrodny@nfpa org

**CERTIFICATION** I the undersigned hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶ ☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nancy Zagrodny                                    Date ▶ 4/11/2005

Handwritten signature (X) ▼

x _Nancy Zagrodny_

| Certificate will be mailed in window envelope to this address | Name ▼ National Fire Protection Association |
|---|---|
| | Number/Street/Apt ▼ 1 Batterymarch Park |
| | City/State/ZIP ▼ Quincy MA 02169 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

**JA1448**

Certificate



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-232-876**

TX6232876

EFFECTIVE DATE OF REGISTRATION

Jun 20, 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
NFPA 12 Standard on Carbon Dioxide Extinguishing Systems 2005 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 12 Same as above 1998 Edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entirety

Under the law the 'author' of a 'work made for hire' is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 2    Day ▶ 7    Year ▶ 2005
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
JUN 2 0 2005
ONE DEPOSIT RECEIVED
JUN 2 0 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE    OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-11) on the reverse side of this page    **DO NOT WRITE HERE**

EXAMINED BY _____ KM

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶ TX 4 838 538   **Year of Registration** ▶ 1998

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02169

**b**

Area code and daytime telephone number ▶ 617-984-7550   Fax number ▶ 617-984-7004
Email ▶ nzagrodny@nfpa.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author
                                                              Check only one ▶  ☐ other copyright claimant
                                                                                ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made          ☑ authorized agent of  **National Fire Protection Association**
by me in this application are correct to the best of my knowledge.                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny                                                                Date ▶ 4/11/2005

Handwritten signature (X) ▼
X _Nancy Zagrodny_

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
National Fire Protection Association

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA  02169

Complete all necessary spaces
Sign your application in space 8

• Complete all necessary spaces
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

NFPA-PR0020363

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5 – 905 – 038**



EFFECTIVE DATE OF REGISTRATION

JAN 30 2004

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
NFPA 30 Flammable and Combustible Liquids Code 2003 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 30 Flammable and Combustible Liquids Code 2000 edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 ◄ Year   This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 3   Day ▶ 7   Year ▶ 2003   ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 3 0 2004
ONE DEPOSIT RECEIVED
JAN 3 0 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

NFPA-PR0020364

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 5 371-909    Year of Registration ▶ 4/13/2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**6**

a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly - NFPA
1 Batterymarch Park
Quincy, MA 02269

Area code and daytime telephone number ▶ 617-084-7237                    Fax number ▶ 617-984-7222
Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  National Fire Protection Association
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci kelly                                        Date ▶ 12/17/03

Handwritten signature (X) ▼

X _Nanci Kelly_

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Nanci Kelly-NFPA
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy, MA 02269

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000. Web Rev. June 2002. ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20 021

NFPA-PR0020365



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 6-261-666**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
|       | 4   | 05   |

ATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
NFPA 54 National Fuel Gas Code, 2006 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
Same as above

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared        Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2 a**  NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ USA
⎱ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given  ◀ Year in all cases.
2005

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ 8  Day▶ 18  Year▶ 2005        ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
One Batterymarch Park
Quincy, MA  02169

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 0 4 2005
ONE DEPOSIT RECEIVED
NOV 0 4 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

JAT453

NFPA-PR0020366

✶Amended by C.O. from phone call to Nancy
Zagrodny on January 4, 2006.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▶ TX 4-737-770        Year of Registration ▶  1998

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published codes and standards

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02169

**b**

Area code and daytime telephone number ▶ 617-984-7550                 Fax number ▶ 617-984-7004
Email ▶  nzagrodny@nfpa.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
Check only one ▶                    ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made      ☑ authorized agent of  National Fire Protection Association
by me in this application are correct to the best of my knowledge            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny                                              Date ▶ 10/31 2005

Handwritten signature (X) ▼
X _Nancy Zagrodny_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA  02169

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D C  20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

JA1454

NFPA-PR0020367

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-401-672**

EFFECTIVE DATE OF REGISTRATION

8    24    2001
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

National Fire Codes   Vol 3      2001 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Volume 3

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

# 2

**a**

**NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRETY

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2001

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ January   Day▶ 10   Year▶ 2001      ◀ Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
1 Batterymarch Park, PO Box 9101
Quincy, MA  02269-9101

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 24 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 24 2001

FUNDS RECEIVED

DO NOT WRITE HERE

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**JA1455**

NFPA-PR0020368

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶
2000

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Changes made to new edition

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additions and correction made throughout

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Nanci A. Kelly
National Fire Protection Association
1 Batterymarch Park, PO Box 9101
Quincy, MA 02269

**b**

Area code and daytime telephone number ▶        617-984-7237          Fax number ▶        617-984-7222

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of    National Fire Protection Assoc.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nanci A. Kelly                                                              Date ▶ 8/16/01

Handwritten signature (X) ▼
X _Nanci A. Kelly_

| Certificate will be mailed in window envelope to this address: | Name ▼  Nanci A. Kelly |
| | Number/Street/Apt ▼  National Fire Protection 1 Batterymarch Park |
| | City/State/ZIP ▼  Quincy, MA 02269 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000        ♻ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

NFPA-PR0020369



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5 — 956 — 112**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 26   Year 04

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**
NFPA 58 Liquefied Petroleum Gas Code 2004 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 58 Liquefied Petroleum Gas Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructional) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given   ◀ Year in all cases.
2004

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information Month ▶ 2 Day ▶ 12 Year ▶ 2004
ONLY if this work has been published   USA   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
**APR 2 6 2004**
ONE DEPOSIT RECEIVED
**APR 2 6 2004**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶ TX 4 06 1948          Year of Registration ▶  6/9/95

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly   National Fire Protection Association
1 Batterymarch Park
Quincy  MA  02169

**b**

**7**

Area code and daytime telephone number ▶ 617 984 7237          Fax number ▶ 617-984 7222

Email ▶    NKelly@nfpa org

**CERTIFICATION*** I  the undersigned  hereby certify that I am the          ☐ author

          Check only one ▶    ☐ other copyright claimant
                              ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made          ☑ authorized agent of  National Fire Protection Association
by me in this application are correct to the best of my knowledge          Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Nanci Kelly                                        Date ▶ 4/02/04

Handwritten signature (X) ▼

x _Nanci Kelly_

Certificate
will be
mailed in
window
envelope
to this
address

| | |
|---|---|
| Name ▼ | National Fire Protection Association |
| Number/Street/Apt ▼ | 1 Batterymarch Park |
| City/State/ZIP ▼ | Quincy  MA  02169 |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

NFPA-PR0020371

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
**UNITED STATES COPYRIGHT OFFICE**

**TX 5 – 953 – 205**

TX0005953205

**EFFECTIVE DATE OF REGISTRATION**

| 4 | 26 | 04 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** **TITLE OF THIS WORK ▼**
NFPA 59 Utility LP Gas Plant Code 2004 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 59 Utility LP Gas Plant Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼      Issue Date ▼      On Pages ▼

---

**2a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ 2   Day ▶ 12   Year ▶ 2004
USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
APR 26 2004
**ONE DEPOSIT RECEIVED**
APR 26 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

JAT459

NFPA-PR0020372

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give **Previous Registration Number ▶** TX 4 838544          **Year of Registration ▶**  8/14/98

**6**  a

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

See instructions before completing this space

**b**

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**7**  a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**Name ▼**                                             **Account Number ▼**

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Nanci Kelly   National Fire Protection Association
1 Batterymarch Park
Quincy  MA  02169

Area code and daytime telephone number ▶ 617 984-7237                    Fax number ▶ 617 984 7222
Email ▶ NKelly@nfpa org

**8**

**CERTIFICATION\*** I the undersigned hereby certify that I am the
                                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __National Fire Protection Association__
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Nanci Kelly                                                         Date ▶ 3/19/04

Handwritten signature (X) ▼
X _Nanci Kelly_

**9**

Certificate will be mailed in window envelope to this address

Name ▼
National Fire Protection Association
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy  MA  02169

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

JA1460

NFPA-PR0020373

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-092-419

TX000000424199

TXU

EFFECTIVE DATE OF REGISTRATION

NOV 04 1998
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

1999 National Electrical Code

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Same 1996 Edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** ____ **Number ▼** ____ **Issue Date ▼** ____ **On Pages ▼** ____

## 2

**NAME OF AUTHOR ▼**

a    NATIONAL FIRE PROTECTION ASSOCIATION

**DATES OF BIRTH AND DEATH**
Year Born ▼ ____ Year Died ▼ ____

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRETY

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼ ____ Year Died ▼ ____

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ ____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼ ____ Year Died ▼ ____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 15    Year ▶ 1998
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

National Fire Protection Association
One Batterymarch Park, P.O. Box 9101
Quincy, MA 02269-9101

APPLICATION RECEIVED
NOV 04 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 04 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

JAT461

DO NOT WRITE HERE

NFPA-PR0020374

EXAMINED BY                                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                          FOR
     Yes                                                 COPYRIGHT
                                                          OFFICE
☐ DEPOSIT ACCOUNT                                          USE
     FUNDS USED                                            ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**
TX 4 222-411                                              1996

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Changes made to prior edition

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Corrections and additions made throughout.

## —space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                             **Account Number ▼**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Denise McNamara-Tiller

National Fire Protection Association
One Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101
Area Code & Telephone Number ▶   617-984-7237

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **National Fire Protection Association**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication.
Denise McNamara-Tiller                          date ▶ 10/30/98

Handwritten signature (X) ▼
Denise McNamara-Tiller

**MAIL CERTIFICATE TO**
Name ▼
Denise McNamara-Tiller
National Fire Protection Association
Number/Street/Apartment Number ▼
One Batterymarch Park, P.O. Box 9101
City/State/ZIP ▼
Quincy, MA 02269-9101

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

S. GOVERNMENT PRINTING OFFICE: 1989—241-428/80,012

JA1462

NFPA-PR0020375

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RF

**TX 6 – 108 – 410**

EFFECTIVE DATE OF REGISTRATION

| 2 | 5 | 2005 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
National Electrical Code 2005

PREVIOUS OR ALTERNATIVE TITLES ▼
2002

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2004  ◀ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 8   Year ▶ 2004   Nation ◀

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB 03 2005

ONE DEPOSIT RECEIVED
FEB 05 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE   OFFICE USE ONLY*

See instructions before completing this space

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

NFPA-PR0020376

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes give Previous Registration Number ▶ TX 5 457 611        Year of Registration ▶ 2002

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**6**
a
b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼        Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

b

Area code and daytime telephone number ▶ 617-984 7550        Fax number ▶ 617-984 7004
Email ▶   nzagrodny@nfpa org

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   National Fire Protection Association

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nancy Zagrodny        Date ▶ 2/4/05

Handwritten signature (X) ▼
X *Nancy Zagrodny*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
National Fire Protection Association
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy MA 02169

**9**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

NFPA-PR0020377



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

TX 7-297-325

**Effective date of
registration:**

December 13, 2010

## Title

**Title of Work:** National Electrical Code, 2011 Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 25, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** NFPA

**Author Created:** text, photographs, compilation, editing, artwork

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

**Previous registration and year:** 6-966-113          2008

## Rights and Permissions

**Organization Name:** NFPA

**Address:** One Batterymarch Park

Quincy, MA 02169  United States

## Certification

**Name:** Nancy M. Zagrodny

**Date:** December 8, 2010

Page 1 of 1

NFPA-PR0020378



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG/    **TX 5-841-133**

EFFECTIVE DATE OF REGISTRATION

**OCT 10 2003**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
National Fire Alarm Code 2002 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
NFPA

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10    Day ▶ 6    Year ▶ 2002
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection association
1 Batterymarch Park
Quincy, Ma 02169

**APPLICATION RECEIVED**
OCT 10 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 10 2003
**FUNDS RECEIVED**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

NFPA-PR0020379

| | |
|---|---|
| EXAMINED BY | **FORM TX** |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

\*Amended by C.O. from phone call to
Nanci Kelly on Nov 13, 2003.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 5-121-992      Year of Registration ▶ 12/23/99

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼

~~\*Changes and additions to existing material~~      \*Previous edition; Errata issued 1-30-03

a

See instructions before completing this space.

Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

\*Changes and additions to existing material

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

b

Area code and daytime telephone number ▶ 617-984-7237            Fax number ▶ 617-984-7222
Email ▶

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci Kelly                                            Date ▶ 9/26/03

Handwritten signature (X) ▼
X _Nanci Kelly_

**9**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Nanci Kelly - National Fire Protection Association |
| | Number/Street/Apt ▼ 1 Batterymarch Park |
| | City/State/ZIP ▼ Quincy, MA 02169 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper            U.S. Government Printing Office: 2000-461-113/20,021

NFPA-PR0020380



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6 – 153 – 939**

#TX6006153939#

EFFECTIVE DATE OF REGISTRATION

3 / 28 / 2005
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
NFPA 99 Health Care Facilities Code 2005 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
2002

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**
**a**

**NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005    ◀Year    This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month▶ 3    Day▶ 11    Year▶ 2005    ◀Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 2 8 2005
ONE DEPOSIT RECEIVED
MAR 2 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

JA1468

DO NOT WRITE HERE
Page 1 of ____ pages

NFPA-PR0020381

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 5-584-948    Year of Registration ▶ 2002

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

**a**

**6**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

**b**

Area code and daytime telephone number ▶ 617-984-7550            Fax number ▶ 617-984-7004
Email ▶ nzagrodny@nfpa.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___National Fire Protection Association___

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny                                          Date ▶ 3/22/05

Handwritten signature (X) ▼

x _Nancy Zagrodny_

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ National Fire Protection Association |
| | Number/Street/Apt ▼ 1 Batterymarch Park |
| | City/State/ZIP ▼ Quincy, MA 02169 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**JA1469**

NFPA-PR0020382

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
R

**TX 5-371-918**

EFFECTIVE DATE OF REGISTRATION

1 3 APR 2001

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

NFPA 101 Life Safety Code

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRETY

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 3   Day ▶ 20   Year ▶ 2000
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
One Batterymarch Park
Quincy, MA  02269-9101

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 1 3 2001
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
APR 1 3 2001
FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

NFPA-PR0020383

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE □ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX4 737 773     **Year of Registration** ▶ 3/11/98

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Changes made to prior edition.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Corrections and additions made throughout

**6**  a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly
NFPA
One Batterymarch Park
Quincy, MA  02269-9101     617-984-7237

Area code and daytime telephone number ▶              Fax number ▶      617-984-7222

Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s) National Fire Protection Assoc.
☒ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci Kelly                                      Date ▶ 4/4/01

Handwritten signature (X) ▼

X _Nanci Kelly_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Nanci Kelly National Fire Protection Association |
| | **Number/Street/Apt** ▼ One Batterymarch Park |
| | **City/State/ZIP** ▼ Quincy, MA  02269-9101 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.loc.gov/copyright, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV. June 1999                    ☺ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

NFPA_RR0020384



# FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

REGIS **TX 5 – 841 – 134**

EFFECTIVE DATE OF REGISTRATION

**OCT 1 0 2003**

Month — Day — Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Life Safety Code 2003 Edition NFPA 101

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Nation Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRETY

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ 1 —   ＊2   Day▶ 2   ＊6   Year▶ 2003   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02169

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

APPLICATION RECEIVED
**OCT 1 0 2003**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 1 0 2003**
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ Pages

NFPA-PR0020385

| EXAMINED BY | N·JC | FORM TX |
|---|---|---|
| CHECKED BY | | |

*Amended by C.O. from phone call to Nanci Kelly on Nov 13, 2003.

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶ TXS-371-918**      **Year of Registration ▶** 2000

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
* ~~Changed and additions to existing material~~  *Previous edition

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Corrections and additions made throughout

**a**
**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Nanci Kelly ·National Fire Protection Association
1 Batterymarch Park
Quincy,MA  02169

Area code and daytime telephone number ▶ 617-984-7237          Fax number ▶ 617-984-72222
Email ▶ nkelly@nfpa.org

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Assoc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nanci Kelly                                              Date ▶ 9/24/03

Handwritten signature (X) ▼
X Nanci Kelly

| Certificate will be mailed in window envelope to this address: | Name ▼ Nanci Kelly | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1 Batterymarch Park | |
| | City/State/ZIP ▼ Quincy, MA  02169 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

NFPA-PR0020386

Certificate of Registration

Case 1:13-cv-01215-TSC   Document 122-2   Filed 12/22/15   Page 266 of 369
USCA Case #17-5059   Document #1715850   Filed: 01/31/2018   Page 232 of 537





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-294-334**

**NOV 04 2005**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

NFPA 101 Life Safety Code, 2006 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
Same as above

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2a**

NAME OF AUTHOR ▼

National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given    Year in all cases.
2005

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 8    Day ▶ 18    Year ▶ 2005    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
One Batterymarch Park
Quincy, MA 02169

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
NOV 04 2005
ONE DEPOSIT RECEIVED
NOV 04 2005    1, 20.06
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

JA1474

DO NOT WRITE HERE
Page 1 of ____ pages

NFPA-PR0020387

*Amended by C.O. from phone call to Nancy Zagrodny on January 4, 2006.

**EXAMINED BY**

**CHECKED BY**

**CORRESPONDENCE**
☑ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** TX 5-841-134      **Year of Registration ▶** 2003

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published codes and standards

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                              **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA  02169

**b**

Area code and daytime telephone number ▶ 617-984-7550         Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   National Fire Protection Association

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny                                              Date ▶ 10/312005

Handwritten signature (X) ▼

x _Nancy Zagrodny_

| Certificate will be mailed in window envelope to this address: | Name ▼ National Fire Protection Association - ATTN: NANCY ZAGRODNY |
| | Number/Street/Apt ▼ 1 Batterymarch Park |
| | City/State/ZIP ▼ Quincy, MA  02169 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JA1473

NFPA-PR0020388



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-445-855**

TXU

**EFFECTIVE DATE OF REGISTRATION**

| 10 | 18 | 06 |
|----|----|----|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
NFPA 704 Standard System for the Identification of the Hazards of Materials for Emergency Response, 2007 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Identification of the Fire Hazards of Materials

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entirety

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8   Day ▶ 17   Year ▶ 2006
◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Assn.
One Batterymarch Park
Quincy, MA  02169

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
OCT 18 2006
**ONE DEPOSIT RECEIVED**
OCT 18 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

JAT476
NFPA-PR0020389

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 2-889-7802     Year of Registration ▶ 1990

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously Published

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

a

b

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550              Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

b

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  National Fire Protection Association

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny                                                    Date ▶ 10/13/06

Handwritten signature (X) ▼

X _Nancy Zagrodny_

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | National Fire Protection Association - ATTN: NANCY ZAGRODNY |
| | Number/Street/Apt ▼ |
| | 1 Batterymarch Park |
| | City/State/ZIP ▼ |
| | Quincy, MA 02169 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

NFPA-PR0020390

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

TX 6-966-113

**Effective date of
registration:**

December 3, 2007

## Title

**Title of Work:** NFPA 70 National Electrical Code, 2008 Edition

**Previous or Alternative Title:** NFPA 70 National Electrical Code

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 15, 2007

## Author

■ **Author:** National Fire Protection Association

**Author Created:** Entirety

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** National Fire Protection Assn.

One Batterymarch Park, Quincy, MA, 02169

## Limitation of copyright claim

**Material excluded from this claim:** Previously Published

**Previously registered:** Yes

**Previous registration and year:** TX 6-108-410   2005

**New material included in claim:** Some new and revised text

## Certification

**Name:** Nancy Zagrodny

**Date:** November 29, 2007

NFPA-PR0020391

**Registration #:**   TX0006966113

**Service Request #:**   1-33580303

National Fire Protection Assn
Nancy Zagrodny
One Batterymarch Park
Quincy, MA 02169

NFPA-PR0020392

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-935-064**

**Effective date of
registration:**

July 25, 2014

## Title

**Title of Work:** National Electrical Code, 2014 Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 1, 2013      **Nation of 1st Publication:** United States

## Author

- **Author:** NFPA

   **Author Created:** text, photographs, compilation, editing, artwork

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

## Limitation of copyright claim

**Previous registration and year:** 7-297-325      2011

## Certification

**Name:** Nancy M. Zagrodny

**Date:** July 14, 2014

Page 1 of 1

NFPA-PR0038493

# EXHIBIT 16

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**EXHIBIT**
1175
PENGAD 800-631-6989
Sms 3.20.15

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

TX 3-832-628

EFFECTIVE DATE OF REGISTRATION

June 16 94
Month / Day / Year

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS · OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

1993 ASHRAE Handbook--Fundamentals Inch-Pound Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Collective work

**NOTE**
Under the law, the "author" of

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 15   Year ▶ 1993
USA   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
1791 Tullie Circle NE, Atlanta, GA 30329

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 10 1994
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 10 1994
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

06745278 9

ASHRAE0001590

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c.☒This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

TX 2 621 082                        1989

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Information added and updated to reflect current industry practice

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society of Heating, Refriger-    Account Number ▼

ating and Air-Conditioning Engineers, Inc.        DA019739

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Robert A. Parsons, ASHRAE  1791 Tullie Circle NE, Atlanta, GA 30329

Area Code and Telephone Number ▶        (404) 636-8400

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ ASHRAE, Inc. ___

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Parsons                        date ▶ 5/17/94

Handwritten signature (X) ▼    Robert A. Parsons

**10**

| MAIL CERTIFI-CATE TO | Name ▼ Robert A. Parsons, c/o ASHRAE |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 1791 Tullie Circle NE |
| | City/State/ZIP ▼ Atlanta, GA 30329 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—400,000    ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,020

ASHRAE0001591

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**EXHIBIT**

*1176*

*Ste. 330.15*

**Registration Number**

TX 7-299-602

**Effective date of registration:**

December 13, 2010

RECEIVED

MAR 0 7 2011

SPECIAL PUBS.

## Title

**Title of Work:** ANSI/ASHRAE/IES Standard 90.1-2010, Energy Standard for Buildings Except Low-Rise Residential Buildings  (IP)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 23, 2010    **Nation of 1st Publication:** United States

**International Standard Number:** ISSN         1041-2336

## Author

**Author:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc., dba ASHRAE

**Author Created:** text, editing, Illustrations

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc., dba ASHRAE
1791 Tullie Circle, NE, Atlanta, GA, 30329-2305

## Limitation of copyright claim

**Material excluded from this claim:** text, Illustrations

**Previous registration and year:** TX 6-842-936    2008

TX 6-091449    2004

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc.

**Name:** Steve Comstock

**Email:** scomstock@ashrae.org    **Telephone:** 678-539-1102

**Address:** 1791 Tullie Circle, NE

Atlanta, GA 30329-2305

Page 1 of 2

ASHRAE0001592

## Certification

| | |
|---:|:---|
| **Name:** | Michshell Phillips |
| **Date:** | December 9, 2010 |
| **Applicant's Tracking Number:** | 0201796533357958 |



**JA1485**

ASHRAE0001593

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**RECEIVED**

JUN 1 8 2008

SPECIAL PUBS

**Registration Number:**

TX 6-842-936

**Effective date of registration:**

February 29, 2008

## Title

**Title of Work:** ANSI/ASHRAE/IESNA Standard 90.1-2007, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

**Previous or Alternative Title:** ANSI/ASHRAE/IESNA Standard 90.1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 9, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** American Society of Heating, Refrigerating & Air-Conditioning Engrs

**Author Created:** Text and illustrations.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Society of Heating, Refrigerating & Air-Conditioning Engrs

1791 Tullie Circle, NE, Atlanta, GA, 30329-2305

## Limitation of copyright claim

**Material excluded from this claim:** Derivative work, previously published material.

**Previously registered:** Yes

**Previous registration and year:** TX 6-091-449    2004

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Editorial revisions and additional material.

## Certification

Page 1 of 2

ASHRAE0001594

**Name:** Christina Helms

**Date:** February 19, 2008

Page 2 of 2

ASHRAE0001595

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6‑091‑449**

‖‖‖‖‖‖‖‖‖‖
*TX00064014474*

EFFECTIVE DATE OF REGISTRATION

Dec. 30 2004

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
ANSI/ASHRAE/IESNA Standard 90 1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
ANSI/ASHRAE/IESNA Standard 90 1-2001, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P Edition)

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**

**NAME OF AUTHOR ▼**
American Society of Heating, Refrigerating & Air-Conditioning Engrs

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ U,S A
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Provide minimum requirements for energy-efficient design of bldgs except low-rise residential bldgs

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ─ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ‖1 Yes   ‖1 No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2004   ◄ Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 21   Year ▶ 2004
U.S.A.   ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Society of Heating, Refrigerating & Air-Conditioning Engrs
1791 Tullie Circle, NE
Atlanta, GA 30329-2305

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

*See instructions before completing this space*

APPLICATION RECEIVED
DEC 30 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 30 2004
FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

**RECEIVED**

FEB. 2 5 2005

SPECIAL PUBS

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ TX 5-662-106    Year of Registration ▶ 2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Derivative Work Previously published material

a

**6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Editorial revisions and additional material

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                         Account Number ▼

ASHRAE                                         DA 019739

a

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

ASHRAE, ATTN Mildred Geshwiler
1791 Tullie Circle, NE
Atlanta, GA 30329-2305

b

Area code and daytime telephone number ▶ (678) 539-1154            Fax number ▶ (678) 539-2191
Email ▶ mgeshwiler@ashrae org

**CERTIFICATION** * I, the undersigned, hereby certify that I am the
                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ASHRAE

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Mildred Geshwiler                                         Date ▶ December 28, 2004

Handwritten signature (X) ▼
X _Mildred Geshwiler_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
ASHRAE, ATTN MILDRED GESHWILER

Number/Street/Apt ▼
1791 TULLIE CIRCLE, NE

City/State/ZIP ▼
ATLANTA, GA 30329-2305

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application, shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev July 2003  ⊕ Printed on recycled paper .

U S Government Printing Office 2000-461-113/20 021

# EXHIBIT 23



# ASTM Standards, Regulations & Trade

Jeff Grove
VP – Global Policy & Industry Affairs
ASTM Washington Office

ASTM International / Russian Federal Agency on Technical Regulating and Metrology Coordinated Program, Orlando Florida



# Overview of ASTM International

- Organized in 1898, ASTM is the largest private sector standards development organization in world

- ASTM has a volume of 12,000 standards used worldwide by 90 industrial sectors ranging from fuels and materials to new areas such as nanotechnology

- Offices in U.S., Mexico, China and Brussels



ASTM International and Trade



**ASTM International & Trade**

- ASTM meets World Trade Organization rules and commitments relating to international standards.

- Thousands of ASTM standards are used as the basis for technical regulations in the US, China, and at least 80 other countries worldwide.

- ASTM serves manufacturers and purchasers of strategic importance to Russia including petroleum, timber, steel, aluminum, nickel, inorganic chemicals, tourism, and 90 other industrial sectors.

# ASTM Complies with WTO

- WTO Technical Barriers to Trade (TBT) Review: Global debate concerning what is an "International" standard for trade & technical regulation?

- 2002 WTO Committee rendered a Decision and published document G/TBT/1/REV/1/REV 8 Section IX identifying principles for the development of international standards and rejected the premise that there is a list of recognized international SDOs

- ASTM develops international consensus standards in compliance with the WTO principles:
  - Transparency, Openness, Impartiality/Consensus, Effectiveness/Relevance, and Development dimension





# Why is WTO TBT is important?

- Recognizing international standards based on the TBT Decision is an official US position in the current US/Russia Bilateral Negotiation on WTO Accession

- When Russia's WTO Accession is completed, it will be party to the WTO TBT Agreement

- Utilizing ASTM standards in regulations and trade is globally recognized and TBT defensible

- To date, there has never been a WTO TBT dispute challenging the use of an ASTM standard in a regulatory or trade matter





## U.S. Legal and Policy Framework

- National Technology Transfer and Advancement Act of 1994 and OMB A-119:

- "*...all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as a means to carry out policy objectives or activities determined by the agencies and departments....and shall, when such participation is in the public interest...participate with such bodies in the development of technical standards.*"



# U.S. Government and ASTM

- ASTM standards continue to meet Government needs

  - 2006 NTTAA 10 year review demonstrates our value

- U.S. Government is both an equal partner and key stakeholder

  - 1000 units of U.S. Government participation in ASTM

  - Active in 93% of ASTM's committees

  - Wide array of agencies represented

  - Relationships with Federal Standards Executives

- State government officials are also engaged (47 states are represented, including California)





## Standards Incorporated by Reference in U.S. Regulations

| | | |
|---|---|---|
| ASTM International | ASTM | 3348 |
| American National Standards Institute | ANSI | 805 |
| American Society of Mechanical Engineers | ASME | 666 |
| National Fire Protection Association | NFPA | 546 |
| Society of Automotive Engineers | SAE | 503 |
| American Petroleum Institute | API | 438 |
| Reprographic Technologies | | 348 |
| Underwriters Laboratories, Inc. | UL | 339 |
| State of Illinois, Administrative Code | I.A.C. | 338 |
| International Maritime Organization | IMO | 330 |

11





# U.S. Procurement Standards

| | | |
|---|---|---|
| Defense Supply Center | DSC | 1526 |
| General Services Administration | GSA | 736 |
| ASTM International | ASTM | 502 |
| Institute for Printed Circuits | IPC | 474 |
| Society of Automotive Engineers | SAE | 451 |
| U.S. Department of Energy | DOE | 157 |
| Compressed Gas Association | CGA | 105 |
| Naval Air System Command | NAVAIR | 90 |
| American Society of Mechanical Engineers | ASME | 70 |

13



# ASTM Standards in Global Regulations
## (or as the basis of a national standard)

| Asia (11) | Europe (32) | Latin America & Caribbean (18) | Middle East & North Africa (9) | Sub-Saharan Africa (12) |
|---|---|---|---|---|
| AFGHANISTAN | EU (28) | BOLIVIA | EGYPT | BOTSWANA |
| CHINA | Macedonia* | CHILE | GCC (Gulf States) | CONGO |
| INDONESIA | BOSNIA | COLOMBIA | IRAQ | ETHIOPIA |
| KOREA | CROATIA | COSTA RICA | ISRAEL | GHANA |
| MALAYSIA | KAZAKHSTAN | DOMINICA | JORDAN | KENYA |
| MONGOLIA | | ECUADOR | MOROCCO | MAURITIUS |
| PHILIPPINES | | EL SALVADOR | PALESTINE | MOZAMBIQUE |
| SINGAPORE | | GRENADA | TURKEY | NIGERIA |
| SRI LANKA | | GUATEMALA | QATAR | SOUTH AFRICA |
| TAIWAN | | HONDURAS | SAUDI ARABIA | UGANDA |
| VIETNAM | | JAMAICA | | ZAMBIA |
| | | PANAMA | | ZIMBABWE |
| | | PERU | | |
| | | NICARAGUA | | |
| | | ST. LUCIA | | |
| | | ST. VINCENT & GRENADINES | | |
| | | TRINIDAD & TOBAGO | | |
| | | URUGUAY | | |

14



# Global References to ASTM

- Access to U.S. and North American market often requires ASTM in regulations and procurement

- Industry buyers of steel, aluminum, nickel, petroleum and other materials often require ASTM specs in contracts and orders

- Growing references in ASTM outside of the U.S.
  - China, South Africa and 10 other countries require ASTM blendstock specification for fuel grade ethanol imports
  - ASTM specs facilitates petro trade between China and producers in Africa including Nigeria and Congo

15

**JA1505**



# References to ASTM in the EU

- Since 2001, there have been at least 311 references to ASTM standards in European legislation
  - Mostly in the areas of fuels, lubricants and chemicals
- One challenge to ASTM is the EU's New Approach to Regulation
  - Use of CEN standards triggers presumption of compliance to essential requirements of directives
- Bad policy: EU regulations under New Approach are rigid and don't recognize the flexibility to select standards based on quality and relevance

16



## ASTM in the EU

- While there are regulatory hurdles, industry use of ASTM standards in EU is strong
  - 1500 members from all EU countries

- New ASTM activities in emerging areas have heavy EU participation:
  - Nanotechnology, Pharmaceuticals, REACH/ROHS and DecaBDE Declarations

- Industry and consumers concerned about the pace and effectiveness of CEN and prefer certain ASTM standards (toys, fire safety, environment, etc).

17



JA1508



# Benefits to Russian Industry

- Access to regulators from the U.S.(Federal and State) and other countries

- Early and direct knowledge of emerging technical regulations in the US and abroad

- Ability to shape the instruments of global regulation

  - ASTM Committee F40 doing developing tools for REACH/ROHS and DecaBDE compliance (Europe, US, China and Korea)

19

JA1509



# Benefits to Russian Government

■ Eliminate/reduce costs of developing standards

■ Decrease costs of good purchased
  • Commercial off the shelf procurement

■ Promotes efficiency and economic competition

■ Relies on the private sector to meet needs
  • Access to industry experts and technology
  • Process is faster and more dynamic

20

# Summary Message

- ASTM meets World Trade Organization (WTO) criteria for "international" standards

- Knowledge of ASTM standards is important for complying with U.S. regulations and procurement requirements.

- Increasingly, ASTM standards are being used around the world (84 countries) in technical regulations and trade.

- We hope that industry and regulators are open to choose from a portfolio of international standards that includes ASTM International.

- ASTM Technical Committees would benefit from the knowledge and expertise that would come from more Russian participation.

21

**JA1511**



Thank you for your interest!

Jeff Grove

VP – Global Policy & Industry Affairs

ASTM International

1828 L Street, NW, Suite 906

Washington, DC 20036

phone: 202-223-8505

Email: jgrove@astm.org

# EXHIBIT 24

| | |
|---|---|
| **From:** | Petre, Sarah <spetre@astm.org> |
| **Sent:** | Thursday, October 4, 2012 4:43 PM |
| **To:** | Grove, Jeff <jgrove@astm.org>; Smith, Dan <dsmith@astm.org>; Quinn, Anthony <aquinn@astm.org> |
| **Cc:** | McClung, Kate <kmcclung@astm.org> |
| **Subject:** | RE: ASTM Follow Up on S1492 |
| **Attach:** | Three Kids Mine_S 1492_Text_Oct2012.docx |

Δ π EXHIBIT 1671
Deponent Grove
3 4 15 Rptr nm
WWW.DEPOBOOK.COM

Per Alex's email below, I would appreciate your feedback on the language.  I attached the legislation with my comments.

The primary issue that I would like to discuss with you is:

Should we request that Congress use the language "the most current version of XXX"?  (it currently does for two of the three standards in this draft legislation)
Or
Now that we have learned that this language is not technically right because the initial version of the standard that Congress intended to include might be substantively different from an updated version of the standard that would then be automatically incorporated----should we suggest that Congress use language like that which is used in CPSIA and the most recent draft of the gypsum bill?  I could supply this sample language to Alex and set his feedback on it.

Thank you!

Sarah

---

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Thursday, October 04, 2012 4:16 PM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: ASTM Follow Up on S1492

Hi Sara- I know it's been over a year since we met but we're now getting around to making the necessary revisions to this S.1492, the Three Kids Mine remediation bill.

I want to be absolutely sure that we properly cite the most up-to-date version of your environmental site assessment standards in the bill.   Would you be able to provide us a suggestion how to modify the attached legislative language?

I'm happy to discuss further if that would be helpful. My direct line is 202-224-1052.  Thanks!

Alex

Alex McDonough
Policy Advisor - Natural Resources
Senate Majority Leader Harry Reid
202-224-3542

  

*For more information, or to receive the Reid Report E-Newsletter, visit Senator Harry Reid's website at http://reid.senate.gov*

---

**JA1514**

ASTM019650

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Tuesday, August 30, 2011 2:21 PM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** ASTM Follow Up on S1492

Good afternoon Alex:

Thank you for meeting with ASTM International last week to discuss our work on standards for environmental site assessments as it relates to mine safety in S1492. After a seemingly long week of earthquakes and hurricanes, I am following up with you to provide you with a document that explains the major changes to standard E1903-97 (2002) reflected in the recently approved 2011 version. As mentioned in our meeting, as compared to the language in the statute for two other standards, ASTM E2137-06 and E1527-05, the language for E1903 does not reflect Congress' intent to use the most recent standard, which industry would be using. While the 2002 version of the standard still effectively provides the framework for good commercial and customary practices in conducting a Phase II environmental site assessment, a reference of the most recent standard is important to reflect Congress' intent.

Please let us know how ASTM can be a resource for your staff on this particular legislation and other related issues. ASTM's standards are effective tools to address the environmental, safety and health issues related to abandoned mine sites.

Best to you,

Sarah

*Sarah Petre*
**ASTM International**
**Manager, Industry and Federal Affairs**
Office: 202-223-8399
Cell: 484-358-2455
spetre@astm.org
www.astm.org

---

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Wednesday, August 10, 2011 11:23 AM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Sarah- Let's meet in Hart 522. Thanks,
Alex

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Wednesday, August 10, 2011 11:19 AM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Good morning, Alex:
Let's plan on meeting on August 23 at 10am. Where is the best location to meet you?
Best,
Sarah

ASTM019651

*Sarah Petre*
**ASTM International**
**Manager, Industry and Federal Affairs**
Office: 202-223-8399
Cell: 484-358-2455
spetre@astm.org
www.astm.org

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Tuesday, August 09, 2011 4:42 PM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Hi Sarah – I'm available to meet on the 23rd. My schedule is very flexible right now, so please send me a couple good times that work for you. Thanks,
Alex

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Thursday, August 04, 2011 3:16 PM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** Request for Meeting Re: S1492

Good afternoon Alex:

I am contacting you regarding Senator Reid's recently introduced bill, S1492, on the remediation and reclamation of the Three Kids Mine Project Site, which has a sister bill, HR2512, sponsored by Representative Heck.

ASTM is pleased to see that Senator Reid values the development of a public-private partnership, particularly with the utilization of ASTM International's standards, for the success of the Three Kids Mine project. To give you a brief background on ASTM International: we are a non-profit organization that serves as a forum for the development and publication of technical, voluntary consensus standards for materials, products, services, and systems. ASTM standards include product specifications, safety standards, and test methods that cover a range of products from environmental assessment and building materials to clinical tools and consumer products. We bring together technical experts representing regulators, producers, consumers, and academia to create voluntary consensus standards. Participation in ASTM International is open to all with a material interest, anywhere in the world. ASTM standards are used in business transactions, federal and state regulations, as well as international commerce. More than 100 industries rely on ASTM standards and over 2,500 ASTM Standards have also been adopted as the basis for national standards or are referenced in regulation outside the United States.

ASTM's standards are effective tools to address the environmental, safety and health issues related to abandoned mine sites. **As you know, with the passage of S1492 and HR2512, three ASTM Standards will be used for the project,** including: ASTM E2137-06: Standard Guide for Estimating Monetary Costs and Liabilities for Environmental Matters; E1527-05: Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process; and E1903-97 (2002): Standard Guide for Environmental Site Assessments: Phase II Environmental Site Assessment Process.

ASTM Committee E50 on Environmental Assessment, Risk Management and Corrective Action just approved the 2011 revision and update of E1903-97 (2002). For these reasons, ASTM has already met with the Majority and Minority Staff of the House Subcommittee on Energy and Mineral Resources. **We would also like to request a meeting with you to discuss the ASTM standard, its changes, and how it affects the project and legislation. Are you available for a meeting on August 16, 19, 22, or 23?**

I look forward to your response. Thank you,

Sarah Petre

ASTM019652

*Sarah Petre*
ASTM International
Manager, Industry and Federal Affairs
Washington Office
1828 L Street, NW, Suite 906
Washington, DC 20036
Office: 202-223-8399
spetre@astm.org
www.astm.org

ASTM019653

# EXHIBIT 26



Incorporation by Reference Public Workshop

Pipeline & Hazardous Materials Safety Administration

U.S. Department of Transportation

West Building, Media Center

Friday, July 13, 2012

# Scott Cooper

Vice President of Public Policy and Government Relations

American National Standards Institute

July 13, 2012

# Jeff Grove

Vice President of Global Policy and Industry Affairs

ASTM International

July 13, 2012

JA1522

# PHMSA Public Workshop: Implementing the Incorporation by Reference Requirements of the Pipeline Safety Act of 2011

**Jeff Grove**
**Vice President**
**Global Policy & Industry Affairs**
**ASTM International**

July 13, 2012



ASTM INTERNATIONAL

# ASTM International

Established in 1898

- Private sector, not for profit organization
- Venue for the development of voluntary, consensus standards
  - Enhance health, safety and quality of life
  - Ensure reliability of materials and products
  - Facilitate trade worldwide

July 13, 2012



USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 281 of 537

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 282 of 537

# PHMSA/ASTM Standards

- A106/A106M
- A333/A333M
- A372/A372M
- A381
- A53/A53M
- A671

- A672
- A691
- D2517
- D638
- F1055
- D2513



July 13, 2012

ASTM INTERNATIONAL

# Technical Knowledge

- The references are highly technical specifications, requirements, and methods of testing for things such as
  - Carbon and alloy steel pipe at various temperatures
  - Epoxy resins and plastics in pipes
- Limited value to the general public



July 13, 2012

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 283 of 537

# Access During Rulemakings

JA1526

○ ASTM provides public access to standards incorporated by reference during public review periods of PHMSA rulemakings

○ Consistent with Sec 24 as access is provided at no cost on a website

○ Currently providing access to ASTM D2517 as part of a PHMSA NPRM



July 13, 2012

ASTM INTERNATIONAL

# Sec 24 Impacts ASTM

- Sec 24 conflicts with goals of the NTTAA and OMB Circular A119 which have been effective in utilizing standards in support of regulations
- Threatens public-private collaboration that has worked for over 100 years
- Underestimates the costs and process of developing high quality standards



July 13, 2012

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 285 of 537

# Reasonable Access

- ○ ASTM strives to provide reasonable access to standards incorporated by reference by PHMSA
- ○ The list price for these 12 standards range from $40 to $57 each which is a fair price for the technical knowledge

    Many of the producers, users and inspectors of pipeline materials and products access these standards at no cost as a benefit of their ASTM membership.

    Many others access the documents far-below the list prices through commercial agreements and site-license agreements
- ○ Our approach is to be flexible, reasonable and fair, and to work with stakeholders to find an access model that works



July 13, 2012

JA1528

ASTM INTERNATIONAL

# Costs of Standards Development



- o Investment in technology
  - Electronic standards templates
  - Electronic balloting and editing
  - On-line collaborative platform
  - Virtual meeting technology
  - Web-based resources
- o Supporting programs/products
  - ILS, PTP, Symposia/Workshops, Certification, Training, Videos
- o ANSI Accreditation
- o Maintain offices worldwide and a professional staff to support standards development and distribution

Standards Worldwide

July 13, 2012

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 287 of 537

# Development Models

JA1530

o What model works best to pay for the production of standards?

o Under the ASTM model

Costs are spread amongst thousands of users

$75 annual membership gives access to many who need it

No projects fees or front-loaded costs



July 13, 2012

ASTM INTERNATIONAL

# ASTM Model Works

- Produces high-quality standards
- Provides value to ASTM members, the public and the government
  - Particularly benefits SME's and individuals who engage on a volunteer basis without corporate funding
- Difficult for the government to replicate
  - Costly to government to duplicate efforts
  - Public/Private collaboration may be chilled
  - Quality and Efficiency could be at risk

July 13, 2012





# Summary/Pathway Forward

- We are sensitive to the challenges Sec 24 places on PHMSA.
- We already provide public access during rulemakings and make standards available on a reasonable basis.
- To implement Sec 24, one pathway is to collaborate on an agreement that provides public access without fundamentally changing the core of our existing model.

July 13, 2012



JA1532

ASTM INTERNATIONAL

# Thank you

Contact Information:

ASTM International
100 Barr Harbor Drive
West Conshohocken, PA

Jim Thomas, President – jthomas@astm.org
John Pace, VP, Publications – jpace@astm.org
Jeff Grove, VP, Government and Industry Affairs –
jgrove@astm.org



www.astm.org

July 13, 2012

# EXHIBIT 28



## CM SUBMITTAL FORM

**NOTE:** Use separate form for each comment. Submittals (MS Word 2000 preferred) may be attached to e-mail (preferred), submitted on diskettes or CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *change.proposal@ashrae.org*. Fax +1-404/321-5478.

1.  **Submitter:**

    Affiliation:

    Address:                    City:                State:        Zip:
    Country:

    Telephone:                  Fax:                 E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this, or other analogous, form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: All electronic submittals must complete the following statement:
I (insert name) _____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

2.  **Number and year of standard:**

3.  **Clause (section), sub-clause or paragraph number; and page number:**

4.  **I propose to:**      [ ] Change to read as follows           [ ] Delete and substitute as follows
    *(check one)*         [ ] Add new text as follows              [ ] Delete without substitution

    Use underscores to show material to be added (added) and strike through material to be deleted (deleted). Use additional pages if needed.

5.  **Proposed change:**

6.  **Reason and substantiation:**

7.  **Will the proposed change increase the cost of engineering or construction? If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change. Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

Revised 1-30-2006

ASHRAE0022819

# EXHIBIT 44



Part 1 of 2

## APPLICATION FOR PROJECT COMMITTEE ORGANIZATIONAL
### REPRESENTATIVE MEMBERSHIP

**EXHIBIT**

1151

502  3-30-15

**1. ASHRAE Project Committee** (Please use a separate form for each committee)

☐  SSPC 34  Designation and Safety Classification of Refrigerants
☐  SSPC 62.1  Ventilation for Acceptable Indoor Air Quality
☐  SSPC 62.2  Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings
☐  SSPC 90.1  Energy Standard for Buildings Except Low-Rise Residential Buildings
☐  SSPC 90.2  Energy Efficient Design of Low-Rise Residential Buildings
☐  SSPC 161  Air Quality Within Commercial Aircraft

**2. Name of Applicant**

Print or Type Name (First, Middle Initial, Last)                                Today's Date

_____              _____

ASHRAE Member ID        Primary or Alternate Representative?          Organization Represented

_____   _____     _____

**3. Biographical information on ASHRAE's website: (check one):**

☐ Has been completed/updated and contains current information.

☐ Will be completed/updated on _____.

**4.** The Potential Sources of Bias/Conflict of Interest form, specifically applicable to the purpose and scope of this Project Committee, has been completed:     ☐ Yes    ☐ No

(Note: This form *must be completed* if applying for membership on a Project Committee.)

**5.** If elected as an Organizational Member of the Project Committee, I would qualify in the following Interest Category (check one):  *(See next page for description of interest categories)*

| SSPC 34 | SSPC 62.1 | SSPC 62.2 | SSPC 90.1 | SSPC 90.2 | SSPC 161 |
|---|---|---|---|---|---|
| ☐ Consulting Engineer/Contractor/ Architect | ☐ Design/Builders | ☐ Design/Builders | ☐ Compliance | ☐ Compliance | ☐ Flight Personnel |
| ☐ General Interest | ☐ General Interest | ☐ General Interest | ☐ Designer | ☐ General Interest | ☐ General Interest |
| ☐ Producer/Vendor | ☐ Manufacturer | ☐ Manufacturer | ☐ General Interest | ☐ Industry | ☐ Manufacturer |
| ☐ User | ☐ Own/Oper/Occ | ☐ Own/Oper/Occ | ☐ Industry | ☐ Producer | ☐ Owner/Operator |
|  | PLEASE DO NOT ADD INTEREST CATEGORIES | | ☐ User | ☐ User | ☐ Passenger |
|  |  | | ☐ Utility | ☐ Utility |  |

**6. By signing below, I certify that:**

If elected as an Organizational Member of any ASHRAE Standard or Guideline Project Committee or appointed as a consultant to such committee I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive, royalty-free rights, including nonexclusive, royalty rights in copyright, to any contributions I make to documents prepared by or for such committee for ASHRAE publication and I understand that I acquire no rights in publication of such documents in which my contributions or other similar analogous form are used.  I hereby attest that I have the authority and I am empowered to grant this copyright release.

I am authorized to commit that my organization agrees to the following:

a)  an intent to participate in a constructive way to achieve the Title, Purpose, and Scope (TPS) of the standard
b)  to provide an individual with appropriate technical or scientific qualifications to serve as their representative, and if
c)  to encourage the constituency of the organization to provide input and comments to the organization's representative,
d)  to provide feedback to the constituency of the organization on the disposition of input and comments submitted by the organization's representative,
e)  to not expect any financial support from ASHRAE for expenses related to participation in the activities of the SPC/SSPC

SIGNATURE_____
(Note: This form is not valid unless signed by Applicant.)

Submit Completed Form to:  (PCMembership@ashrae.net); Tel. (678) 539-1125; Fax (678) 539-2125

Rev. 10/09        Note: If applying for individual membership, please complete the individual Application for Project Committee Membership with your information.

**JA1537**                                                                ASHRAE0001613

## BACKGROUND

ASHRAE Standards 34, 62.1, 62.2, 90.1, 90.2 and 161 impact a diverse group of individuals and industries. The constituency for these standards transcends the typical interest categories suggested by ANSI. These interest categories are intended to address the multidisciplinary nature of the standards, and to provide a better balance of interest categories for the SPC/SSPC.

### DEFINITIONS

interest: the perspective of a member of a project committee, as judged by his or her present and past sources of income, fees, or reimbursements of related expenses, in the context of the purpose and scope of the project committee. The perspective may also be judged by the recorded views of the individual, or of any organization he/she is employed by or of which he/she is a member.

interest categories: the principal (top) tier of interest classifications. For some standards projects, it may be appropriate to designate subcategories of one or more interest category.

### INTEREST CATEGORIES

Compliance: Persons primarily interested in compliance with the standard. A person in this category would make their living from developing regulations, enforcing the requirements of the standard, developing programs tied to the standard, or advocating the standard. Example members of this category would be building code officials, building code organizations, state energy offices, and other local, state, and federal officials.

Designer: A designer of buildings, building systems or subsystems (including envelope, HVAC, lighting). A person in this category would make their living from designing buildings and systems that are impacted by the standard. Example members of this category would be architects, design firms, consulting engineers, lighting designers and employees of energy consulting firms.

Designers/Builders: Those who provide building design and construction services, including consulting engineers, HVAC and general contractors, design /build contractors, or representatives of associations of these types of professionals.

General: Building regulatory officials or their representatives, researchers, educators, IAQ specialists, and others with expertise in the fields of ventilation and indoor air quality. Also, medical doctors, public health experts, industrial hygienists or representatives of associations of these types of professionals.

In addition, this category is intended for those who have interests other than those described in the other categories. Example members of this category would be employees of research institutions, universities, nationally recognized testing laboratories, employees of energy advocacy groups, and others with a general interest in energy utilization in buildings.

Industry: Construction firms or manufacturers, producers, or distributors of products or systems that would be installed in buildings. A person in this category would make their living from constructing buildings or producing or distributing products impacted by this standard or representing groups of manufacturers impacted by this standard. Example members of this category would be contractors, manufacturing firms, assembly firms, distributors and wholesalers, and industry trade associations that represent these groups.

Manufacturers: Employees or representatives of manufacturers, distributors or trade associations of HVAC equipment, HVAC controls, and equipment designed to enhance indoor air quality (e.g. air cleaners). Also, individuals associated with products used in the construction of buildings (e.g., finishes, wall and floor coverings, wood products) and used within buildings by occupants (e.g., furniture and furnishings, tobacco products, appliances, office equipment).

Owners/Operators/Occupants: Employees or representatives of building owners/managers, building engineers, facility managers, and consultants who specialize in working in existing buildings (as opposed to those who design and construct new buildings). Also representatives of building occupants.

Producer: those directly concerned with the production or distribution of the product or service involved, including industry associations representing producers or distributors, or those receiving substantial support from a producer directly concerned.

User: Users of buildings and building systems and subsystems. A person in this category would make their living from owning or operating buildings. Example members of this category would be building owners and operators (private and governmental), tenants, and trade associations or organizations representing these groups.

Utility: Those who provide energy services to buildings impacted by this standard. A person in this category would make their living from providing energy services to a building impacted by this standard. Example members of this category would be electric, gas, steam, or other utility and trade associations or organizations representing these groups.

ASHRAE0001614



PART 2 of 2
# PROJECT COMMITTEE ORGANIZATIONAL MEMBERSHIP CONTACT INFORMATION

Committee No: _____

Committee Name _____

| Organization | | |
|---|---|---|
| Contact Name / Title | | |
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

| Primary Representative Name / Title | | |
|---|---|---|
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

| Alternate Representative Name / Title | | |
|---|---|---|
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

Please describe your organization's interest in this Project Committee:

Please submit this form with copies of the "Application for Project Committee Organizational Representative Membership" forms for each applicant listed above.
Submit completed forms to PCMembership@ashrae.net or fax to 678 539-2125

Rev. 10/09      Note: If applying for Individual membership, please complete the Individual Application for Project Committee Membership with your information.

ASHRAE0001615

# EXHIBIT 48

EXHIBIT
1155
590-,  3-30-15

## APPLICATION FOR MEMBERSHIP
## ON ASHRAE STANDARD OR GUIDELINE PROJECT COMMITTEE

1. ASHRAE Project Committee for which you are applying:

_____  _____

Committee Number     Committee Name

2.

_____  _____  _____

First Name or Initial     Middle Name or Initial     Last Name

3.

_____  _____

ASHRAE Member Number (if known)     Date

4. An updated edition of the ASHRAE Biographical Record is (check one):

☐ On file at ASHRAE Headquarters

☐ Attached to this application

5. A Potential Sources of Bias and Conflict of Interest form specifically applicable to the purpose and scope of this Project Committee is (check one):

☐ On file at ASHRAE Headquarters

☐ Attached to this application

6. If elected as a voting member of the Project Committee, I would qualify in the following Interest Category (Check one. See reverse side for definitions.):

☐ User Interest member

☐ Producer Interest member

☐ General Interest member

7. If elected as a member of any ASHRAE Standard or Guideline Project Committee or appointed as a consultant to such committee I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive, royalty-free rights, including nonexclusive, royalty rights in copyright, to any contributions I make to documents prepared by or for such committee for ASHRAE publication and I understand that I acquire no rights in publication of such documents in which my contributions or other similar analogous form are used. I hereby attest that I have the authority and I am empowered to grant this copyright release.

Signature     _____

(March 5, 2001)

**JA1541**

ASHRAE0001598

DEFINITIONS EXCERPTED FROM ANNEX A
MANUAL FOR PROCESSING ASHRAE STANDARDS COMMITTEE DOCUMENTS

**interest**: the perspective of a member of a project committee, as judged by his or her present and past sources of income, fees, or reimbursements of related expenses, in the context of the purpose and scope of the project committee. The perspective may also be judged by the recorded views of the individual, or of any organization he/she is employed by or of which he/she is a member.

**interest categories**: the principal (top) tier of interest classifications. For some standards projects, it may be appropriate to designate subcategories of one or more interest category. Following are examples of functions covered by each interest category:

**Producer:** those directly concerned with the production or distribution of the product or service involved, including industry associations representing producers or distributors, or those receiving substantial support from a producer directly concerned.

**User:** those who use the product or service involved, or those who receive substantial support from a user directly concerned, but are not involved with its production or distribution. This reference is not to users of the standard, but to users of the product or service covered by the standard.

**General:** those who have interests other than those described above and may include consulting engineers or employees of appropriate Government agencies, nationally recognized testing laboratories or educational institutions, and codes-oriented individuals.

Example subcategories of the User interest category follow:

**User-Consumer**: a person using goods and services rather than producing or selling them, when the standards activity deals with a consumer product such as a room air conditioner.

**User-Industrial**: the industrial user of a product, where the standards activity deals with an industrial product such as refrigerant chemicals.

**User-Government**: the representative of a government agency, where the standards activity is likely to be used as the basis for government agency procurement such as for the design or performance testing of building systems or equipment.

**User-Labor**: a representative of labor, where the standards activity deals with worker products used in the workplace or with the workplace environment.

Note: The subcategories shown are for example only. The SPLS Subcommittee of the Standards Committee may approve chairman-recommended use of a) subcategories for any interest category, b) no subcategories at all, or c) different interest categories.

(March 5, 2001)

**JA1542**

ASHRAE0001599

# EXHIBIT 49







## Memorandum of Understanding
### Between
### The United States Department of Energy
### And
### The American Society of Heating, Refrigerating
### and Air-Conditioning Engineers, Inc.

By this Memorandum of Understanding (MOU), the U.S. Department of Energy (DOE) and the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) agree to further their long-term relationship by working cooperatively to improve the efficient use of energy and the viable and widespread use of renewable energy sources, and to minimize the impact of energy use on the environment.

DOE and ASHRAE are committed to working together toward the following goals:

1) Promoting and supporting the continuing development and distribution of ASHRAE standards related to energy efficiency, in particular:

   - ANSI/ASHRAE/IES Standard 90.1, *Energy Efficient Design of New Buildings Except Low Rise Residential Buildings.*
   - ANSI/ASHRAE/IES Standard 90.2, *Energy Efficient Design of Low-Rise Residential Buildings*
   - ANSI/ASHRAE Standard 62.1, *Ventilation and Acceptable Indoor Air Quality In Commercial, Institutional, Industrial and High-rise Residential Buildings,*
   - ANSI/ASHRAE Standard 62.2, *Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings.*
   - ANSI/ASHRAE/IES Standard 100, *Energy Efficiency in Existing Buildings.*
   - ANSI/ASHRAE 135, *BACnet - A Data Communication Protocol for Building Automation and Control Networks,*
   - ANSI/ASHRAE/USGBC/IES Standard 189.1, *Standard for the Design of High-Performance Green Buildings Except Low-Rise Residential Buildings, and*
   - Proposed ASHRAE/NEMA Standard 201, *Facility Smart Grid Information Model*

2) Promoting and supporting implementation of ASHRAE standards through training programs, including self-directed learning, building code interaction, and ASHRAE Chapter-oriented training.

3) Promoting and supporting development of guidance for exceeding the minimum efficiencies set by Standard 90.1 and Standard 90.2, and new metrics for commercial building and residential energy efficiency and environmental impact.

4) Cooperating in, and supporting research into, clean and renewable sources of energy, energy efficiency in buildings and equipment, and environmental impact of energy and material use.

Page 1 of 3

ASHRAE0026229

5) Cooperating in promotion of ANSI/ASHRAE standards adoption in the International Standards Organization (ISO) standards.

6) Collaborating on the accelerated development and distribution of advanced energy design guidance publications, such as the 30%, 50% and net-zero Advanced Energy Design Guides that can support accelerated transformation to a more sustainable built environment.

7) Cooperating in the development and adoption of mechanisms that promote energy efficiency in buildings, such as the Building Energy Quotient (Building EQ) program and the professional certifications.

8) Cooperating in promotion of ANSI/ASHRAE standards adoption in building codes.

9) Working within the building community and related professions to encourage the interoperability of building related software and integrated solutions among design disciplines, manufacturers, contractors, building owners and operators, to increase energy efficiency, health, and productivity in new and existing buildings.

10) Advancing and supporting the professional development of DOE personnel by facilitating membership, attendance, and active participation at the local and Society levels of ASHRAE, especially as members of Technical Committees and Standard Project Committees, and by providing a venue for publication of research and practice.

11) Ensuring sufficient numbers of qualified professionals through the full spectrum of building design, equipment installation, building commissioning, building operations and maintenance, and facility management through comprehensive workforce development programs. This includes promoting and encouraging the study of mathematics and science to pre-college students, quality technician and contractor training, the study of building design within college curricula, and the pursuit of continuing education in all of these categories of building professionals. .

12) Providing and supporting communication of information regarding technology transfer to building owners and management about the interrelationships between mechanical systems and building operating costs, noting energy, indoor environmental quality workplace performance, client satisfaction, and public safety.

13) Monitoring the operational, energy and environmental impacts of new counter-terrorism design features, and promoting minimization of those impacts.

14) Collaborating to increase the impact of the all energy hubs created as part of the DOE Energy Efficient Building Systems Regional Innovation Cluster Initiative.

15) Driving the development and implementation of next-generation refrigerants that achieve low-GWP (Global Warming Potential) targets and concurrently improve equipment energy efficiency.

Collaboration under this MOU will be in accordance with applicable statutes and regulations.

ASHRAE0026230

This MOU in no way restricts either of the parties from participating in any activity with other public or private agencies, organizations or individuals.

This MOU is neither a fiscal nor a funds obligation document. Nothing in this MOU authorizes or is intended to obligate the parties to expend, exchange, or reimburse funds, services, or supplies, or transfer or receive anything of value.

This MOU is strictly for internal purposes for each of the parties. It is not legally enforceable and shall not be construed to create any legal obligation on the part of either party. This MOU shall not be construed to provide a private right or cause of action for or by any person or entity.

The MOU will become effective upon signature by the Assistance Secretary for the Office of Energy Efficiency and Renewable Energy in DOE and the President of ASHRAE. It may be modified or amended by written agreement between both parties, and such amendments shall become part of, and shall be attached to this MOU. This MOU shall terminate at the end of three (3) years unless revised or extended at that time by written agreement of the parties. It may be terminated at any time by either party upon 90 days written notice to the other. Its provisions will be reviewed periodically and amended/supplemented if mutually agreed upon in writing.

_____

Kathy Zoi    Lynn G. Bellenger
Assistant Secretary
Energy Efficiency and Renewable Energy
U.S. Department of Energy

_____

President, 2010-2011
ASHRAE

_____

Date

_____

Date

Page 3 of 3

ASHRAE0026231

# EXHIBIT 50



EXHIBIT

1159

SAG 3·30·15

# Marketing Task Group

## TG Meeting Report

## June 26, 2004

ASHRAE0003496

# Good News? Bad News? Both?

- Increased number of states using or referencing 90.1

- However, these "adoptions" and references are almost all due to adoption of the I-codes, not the direct adoption of 90.1

**ASHRAE0003497**



# Commercial Energy Codes Status
## As of May 2004

**Mandatory statewide code including state-owned buildings**
- (8) ☐ 2003 IECC / ASHRAE 90.1-2001
- (17) ☐ ASHRAE 90.1-1999 or equivalent state code adoption or in adoption process.
- (14) ☐ ASHRAE 90.1-1989
- (1) ☐ State developed code does not meet 90.1-1989
- (10) ☐ Weaker/None

\* Code implementation depends upon voluntary adoption by local jurisdictions.
˪ 90.1 Mandatory for state owned buildings

**NOTE: This map should be used in conjunction with BCAP's Status of the State newsletter. Go to** bcap-energy.org **to view current newsletter.**

**Building Codes Assistance Project**
**Commercial Map 5/20/04**

JA1550

ASHRAE0003498

Case 1:13-cv-01215-TSC Document 122-4 Filed 12/22/15 Page 33 of 97
USCA Case #17-7039 Document #1715850 Filed: 01/31/2018 Page 308 of 537

# Other Marketing Issues

- Cost of the standard remains an issue
  - Appreciate free "viewing" on the ASHRAE website
- Customers versus competitors?
  - ICC, IECC, NFPA, Advanced Building Guidelines, etc.
- What's a standard?
  - SP 102 process versus Standards process

ASHRAE0003499

# Challenges to Adoption

- Cost of the Standard
  - Revenue objectives are antithetical to widespread adoption

- Do we participate in the "battles" in the marketplace surrounding use of our product?
  - Fighting with our customers?
  - Allies or adversaries? Who decides?

ASHRAE0003500

# Additional Challenges

- "Trickle down" adoption approach takes a lot of time

  – If we build it, WILL they come?

  – Others are building code "products" on a much faster timeframe

  – Can we similarly respond?

**ASHRAE0003501**

# Some Recognized Risks

- Code proposals to adopt something other than 90.1
  - Others are not passive
- Code proposals that are more stringent than 90.1
  - Viewed as a significant risk to our "standing" in the marketplace
  - Others are not passive

ASHRAE0003502

# More Recognized Risks

- Perceived loss of "balance of interests" on the committee
  - "Perception is reality"?
  - Risk to marketplace "standing"?
  - Impediment to more robust development?
- ASHRAE has the right experts, do we have the right process to support a market need or desire?

ASHRAE0003503

# Additional Challenges

- Format and Utility
  - Envelope section is nearly un-useable in present format
  - Entire format is cumbersome and not customer focused
  - Software version needed to increase ease of use

**ASHRAE0003504**

# Challenges/Opportunities

- Training

  – Need a training and delivery plan to better get our "product" to the marketplace.

  – Numerous customers for training could aid in adoption

  - Engineers (and EITs)

  - Architects (and architecture students)

ASHRAE0003505

# Recommendations (Repeated)

- Make it free
- Make it beautiful
- Make it electronic
- Make it easy to demonstrate compliance
- Make it easy for code officials to use
- Spend $X on development and $2X on marketing

ASHRAE0003506

# Operational Recommendations

- Make sure it is developed in a balanced manner

- Set specific improvement targets for each round of the standard.
  - 10% by 2007? 25% by 2009?
  - What are we working toward?

- If we set targets, don't let it out the door until we meet them.
  - Authority coupled with Responsibility.

ASHRAE0003507

# New Marketplace Activities

- What makes 90.1 meaningful? Why should a state care?

- "No building left behind"
  - Build new compliance systems for states
  - Improved state enforcement under EPAct?
    - Penalties for non-compliance?
    - Teeth?

**ASHRAE0003508**

# Paradigm Shift Issues

- Decide if we want to continue to live in this code minimum world

  — Should we declare victory and go home?

  — Is this an appropriate job for ASHRAE?

  — Should we ride another horse?

  — How long will we have our EPAct advantage?

ASHRAE0003509

# Mountaintop Question

Do we want to change the world?

If so, are our <u>current actions</u> aligned with this goal?

Do we have a <u>business plan</u> aligned with this goal?

ASHRAE0003510

# EXHIBIT 51

EXHIBIT
1160
3. 32.15

| | |
|---|---|
| **From:** | Ferguson, Steve <SFerguson@ashrae.org> |
| **Sent:** | Thursday, December 17, 2009 7:27 PM |
| **To:** | Read, Doug; Colker, Ryan; gholness@comcast.net; Littleton, Jeff; ron.jarnagin@pnl.gov; Bellenger, Lynn |
| **Cc:** | Ramspeck, Claire; Reiniche, Stephanie; mschwedler@trane.com; Drake Erbe |
| **Subject:** | RE: IECC and 90.1 |
| **Attachments:** | FW: comparison document for 90.1 and IECC (1.62 MB) |

Is the document in the attached email the comparison document referred to below?
Thanks
Steve


From: Read, Doug
Sent: Thursday, December 17, 2009 1:45 PM
To: Colker, Ryan; gholness@comcast.net; Littleton, Jeff; ron.jarnagin@pnl.gov; Bellenger, Lynn
Cc: Ramspeck, Claire; Ferguson, Steve; Reiniche, Stephanie; mschwedler@trane.com; Drake Erbe
Subject: RE: IECC and 90.1

I echo Ryan's concerns. I suggest we take a stance and clearly delineate the differences, and differentiate ourselves from the ICEC..Doug


Doug Read, Program Director of Government Affairs American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
Extension:    Fax: 202-833-0118    eMail: DRead@ashrae.org    Web: www.ASHRAE.org<http://www.ashrae.org/>


From: Colker, Ryan
Sent: Thursday, December 17, 2009 1:42 PM
To: gholness@comcast.net; Littleton, Jeff; ron.jarnagin@pnl.gov; Bellenger, Lynn
Cc: Ramspeck, Claire; Ferguson, Steve; Reiniche, Stephanie; mschwedler@trane.com; Drake Erbe; Read, Doug
Subject: IECC and 90.1

Folks,

We are seeing some indications from DOE that they are beginning to see the IECC and 90.1 as equivalent (i.e., states can be in compliance if they adopt the IECC without the reference to 90.1). As you can guess, this could have significant impact on the future of 90.1. Of course, there are several considerations as why this is likely not the case (IECC has not undergone the rigorous determination and modeling process of 90.1, IECC is not developed under the ANSI consensus process, etc.). Below are some notes outlining a recent meeting aimed at code adoption organized by BCAP and which includes participation by DOE (I was just made aware of this group and will begin participating).

In my view, we have a couple of options, but their palatability depends on our relationship with ICC and how far we are willing to go:

1

**ASHRAE0025561**

1.   Send a strongly worded letter to DOE leadership expressing our view (including some of the points above)

2.   Come out with our own document on how the IECC is not equivalent to 90.1 and why states should continue to utilize 90.1

Please let me know if/how you would like to proceed.

Ryan

Air Support Committee Notes: 12-7-09
Key updates:
FROM DOE:
DOE will publish a side-by-side comparison of ASHRAE 90.1 and the 2009 IECC for commercial buildings. While the report will not specifically state a conclusion - the bottom line is that the two can viewed as EQUIVALENT.
DOE will make money available for training materials and other educational information Rescheck has been updated for '09- no rescheck for IRC.
DOE is trying to get final answer on what states will need to report to illustrate 90% compliance- definitive answer to come.
There will be a new program manager after 1-1-10.
Setting Priorities:  Where do we need troops on the ground? - Please continue to communicate your organization's focus to the group. We can HELP! Some organizations have available troops and other resources that have yet to be allocated

-    In SE the new year will bring a lot of focus on TN and AL. GA also has a lot of action

-    May need help from those with legislative connections in NY, MO, and definitely WV

-    There is a need to discuss compliance/enforcement- but this is best done in the new year in a forum outside this committee

Upcoming ACTIONS:

-    RECA code guides are on their way (and make excellent holiday gifts)

-    NAIMA will put together a map showing where NAIMA's members are located

-    Harry will meet with Paul and Eric to update the graph Harry shared earlier this year

-    Monica will take a crack at crafting a one-pager showing how the model code saves money
Monica will work with others to craft a one-page letter clarifying for states that 90.1 and ASHRAE are equivalent for Recovery Act purposes (I assume this is supposed to say 90.1 and IECC)

Ryan Colker, Manager, Government Affairs American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
Extension: 1116   Fax: 202-833-0118    eMail: RColker@ashrae.org    Web: www.ASHRAE.org<http://www.ashrae.org/>

ASHRAE0025562

# EXHIBIT 52



EXHIBIT

1163

Stees 3.30.15



American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

# ASHRAE
# Government Affairs:
## Technical Expertise to Policymakers

**Presentation to ASHRAE CTTC and TC**
Albuquerque, New Mexico
June 26, 2010



Doug Read,
Program Director,
Gov't Affairs



**ASHRAE Washington Office**
1828 L Street, NW
Suite 906
Washington, DC 20036
202-833-1830
www.ashrae.org/advocacy

Patricia Ryan,
Assistant to the
Director, Washington
Office



Mark Ames, Manager,
Gov't Affairs

ASHRAE0024558



# ASHRAE DC Office 2010

- ➤ **Participation in Coalitions**
- ➤ **Workshops/Symposia**
- ➤ **DOE Fellowship**
- ➤ **Internship**
- ➤ **Advocacy**
- ➤ **Government Relations Activities**



ASHRAE0024559



# Participation in Coalitions

> **High Performance Building Congressional Caucus**

>  **Coalition** (ask your representative to join)

> ➤ Secretariat
> ➤ Monthly briefings
> ➤ Federal Building Legislation

➤ **2030 Coalition signatory (AIA, ICC, USGBC, GBI)**

➤ **Zero-Energy Commercial Building Consortium**

  **(www.zeroenergycbc.org)**

> ➤ **Steering Committee Member**

>> ➤ ASHRAE Co-Chairs Codes and Standards Working Group

> ➤ **Response to EISA Sec. 421/422**

➤ **Science, Technology, Engineering, and Math (STEM)**

  **Education Coalition**

**JA1569**

ASHRAE0024560



# Participation in Coalitions

- ➤ **World Standards Day**

- ➤ **Building Community Ad Hocs (climate change, building codes, depreciation, tax credits, federal buildings, Rebuild Haiti, BuildingStar, etc)**

- ➤ **HVAC Alliance (ACCA, AHRI, HARDI, PHCC)**

- ➤ **Commercial Building Tax Deduction Coalition**

- ➤ **Code Adoption and Enforcement (NASEO, ICC, ASE, BCAP)**

ASHRAE0024561



# Workshops/Symposia/Meetings

## ➤ Capitol Hill Briefings

- **January 28**   Facilities Management for Sustainability (IFMA)
- **February 4**   After the Earthquake: The Role of Buildings and Infrastructure,
- **February 25**   SBIC Beyond Green Awards Reception & Briefing (SBIC)
- **March 23**   Insulation and the High-Performance Building (SPFA/PIMA/NAIMA)
- **April 24**   What's Your Quality of Light?  Sustainable Solutions for Human Needs
  - and Energy Efficiency  (IALD, IES, ALA)
- **May 24**   Building STAR Legislation:  Retrofitting Our Way to Energy Saving and Job
  - Creation (AHRI, ASHRAE, NEMA)
- **June 15**   Getting the Whole Picture of High-Performance Buildings (NIBS)
- **June 18**   The Zero Energy Commercial Buildings Consortium: A Public-Private
  - Consortium for Zero Energy High Performance Buildings (ASE)

- **Future:**   Rating Tools for Green Buildings (GBI)
  - Can Climate Friendly Buildings be High-Performance (EESI)
  - Technological Innovations and the Small Business (AHRI/ACCA)
  - Solar Reflective Roofing (RCMA)

## ➤ ASHRAE Presidential Meetings

➤ April 26-28, 2010, DOE, BOMA, USGBC, ASE, AGA, SMACNA

**JA1571**

ASHRAE0024562



# Workshops/Symposia/Meetings

- NIST/BFRL Workshop on International Engagement

- Rebuilding America – Building Star

- AGC Meeting on Construction and Climate Change

- NAE Symposium on K-12 Engineering Education

- NEMA Energy Tax Coalition

- Interagency Sustainability Working Group

- ACEEE Briefing on Behaviors for Energy Efficiency

- Interagency Council on Indoor Air Quality

- USGBC Building Performance Initiative Discussion

- GSA Workshop on Federal Building Commissioning

**JA1572**

ASHRAE0024563



# Advocacy



ACHIEVING
NATIONAL
GOALS FOR
BUILDINGS

CHALLENGES AND
OPPORTUNITIES FACING A
NEW PRESIDENT AND
CONGRESS

DECEMBER 2005

AMERICAN SOCIETY OF
HEATING, REFRIGERATING
AND AIR-CONDITIONING
ENGINEERS

➢Report to New Congress &
President on Buildings

---

Explanatory Statement on Section 410, Recovery Act (HR1) by National Building
Community Stakeholders (November 18, 2009)

Since the passage of the American Recovery and Reinvestment Act (ARRA) in
February, 2009, State Energy Program ("SEP") funding tied to building energy code
adoption and enforcement has been the subject of much discussion and debate. The
objective of this statement is to clarify the intention of the statute and to offer assistance
to state and local governments to advance building energy efficiency codes including
code adoption, training in the operation of the codes and efforts at compliance and
enforcement. We recognize that success in this area will not be easy but we have
joined together to help. In an effort to provide accurate, understandable, and actionable
information to states, local governments and the organizations and entities that support
greater energy efficiency in the built environment, the undersigned groups offer the
following information about Sec. 410, of ARRA.

The actual statutory provision is as follows

Section 410 (a) (2)
The State, or the applicable units of local government that have authority to adopt
   building codes, will implement the following:
(A) A building energy code (or codes) for residential buildings that meets or exceeds
   the most recently published International Energy Conservation Code, or
   achieves equivalent or greater energy savings.
(B) A building energy code (or codes) for commercial buildings throughout the State
   that meets or exceeds the ANSI/ASHRAE/IESNA Standard 90.1-2007, or
   achieves equivalent or greater energy savings.
(C) A plan for the jurisdiction achieving compliance with the building energy code or
   codes described in subparagraphs (A) and (B) within 8 years of the date of
   enactment of this Act in at least 90 percent of new and renovated residential
   and commercial building space. Such plan shall include active training and
   enforcement programs and measurement of the rate of compliance each year.

Some of the descriptions of this statutory language provided by third parties have
resulted in inaccurate information and confusion among those who are involved in
meeting the requirements of this Act.

The key points are as follows:

1- Conditions for Acceptance of ARRA funding. All 50 state governors have
   submitted letters to the Department of Energy, providing assurances that their
   states would comply with the terms of Section 410. All 50 states have accepted
   SEP funds that were conditioned on these assurances. Therefore, all 50 states
   have committed to do three things:

➢Explanatory Statement on
ARRA and Code Adoption

ASHRAE0024564



# Advocacy

HIGH-PERFORMANCE BUILDING CONGRESSIONAL CAUCUS COALITION

Producing High-Performance Federal Buildings

[DISCUSSION DRAFT]

111th CONGRESS 1st Session H.R. ___

To provide for the training of Federal building personnel, and for other purposes.

IN THE HOUSE OF REPRESENTATIVES

Mr. CARNAHAN introduced the following bill; which was referred to the Committee on

A BILL

To provide for the training of Federal building personnel, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. SHORT TITLE.

This Act may be cited as the "Federal Buildings Personnel Training Act of 2009".

SEC. 2. TRAINING OF FEDERAL BUILDING PERSONNEL.

(a) IDENTIFICATION OF CORE COMPETENCIES.—Not later than one year after the date of enactment of this Act and annually thereafter, the Administrator of General

➢HPBCCC Report on Federal Building Opportunities

➢Legislation to Implement Federal Building Recommendations



# Advocacy

- ➤ **Congress**
  - ➤ Building and Efficiency Issues in Stimulus Legislation
  - ➤ Depreciation of HVAC&R Equipment
  - ➤ Green Jobs Training
  - ➤ Building Code Enforcement
  - ➤ Climate Change
  - ➤ Recommendations on Federal Buildings
- ➤ **Agencies**
  - ➤ Participate in Interagency Sustainability Working group and IAQ working group
  - ➤ Regular meetings with DOE, EPA and GSA
  - ➤ GSA meetings on Federal Building Commissioning Guidelines

**JA1575**

ASHRAE0024566



# Advocacy

➢ **Hosted Monthly High Performance Building Roundtable Meetings**

➢ **Participated in Monthly ANSI Caucus Lunches at National Press Club**

➢ **Engineering R&D Symposium**



ASHRAE0024567

# Legislation



ASHRAE0024568

# American Clean Energy and Security Act (H.R. 2454), aka Waxman-Markey

- ➤ **Sets nat'l building code energy efficiency targets**
    - ➤ **30% on date of enactment; 50% by January 1, 2015 for commercial**
    - ➤ **Uses ASHRAE 90.1-2004 and IECC 2006 as baselines**
- ➤ **In developing nat'l energy efficiency building code for commercial and residential, USDOE Secretary is to consider ASHRAE standards, IECC, and others**
    - ➤ **DOE shall provide assistance to "recognized consensus-based code development organizations" to facilitate development**
- ➤ **EPA Administrator to establish building energy performance labeling program considering existing programs (Energy Star, HERS Index, DOE Programs)**
    - ➤ **Support development of model labels**
    - ➤ **Utilize incentives to spur use**
- ➤ **Status: Passed House on 6/26/2009 by vote of 219-212**

ASHRAE0024569

# American Clean Energy Leadership Act (S.1462)

- ➢ Introduced by Senator Jeff Bingaman (D-NM)
- ➢ Updates nat'l building energy codes & standards at least every 3 years to achieve target energy savings of:
  - ➢ 30% for ASHRAE Standards released during or after 2010 (commercial buildings)
  - ➢ 50% for ASHRAE standards released during or after 2016
    - ➢ A different target year may be set by DOE Secretary if determines target can't be met in 2016
  - ➢ If DOE determines ASHRAE's future revised model codes will not meet targets, DOE will propose or establish a modified code or standard that meets the above targets
  - ➢ Uses 90.1-2004 as baseline for commercial buildings; IECC 2006 for residential
- ➢ Authorizes incentive funds for states that have adopted and is implementing, on a statewide basis, a commercial building code that meets or exceeds ASHRAE 90.1-2007
- ➢ Authorizes $100 million to carry out the above
- ➢ Status: Passed by Senate Energy and Natural Resources Committee on 7/16/2009, currently awaiting consideration on Senate floor

ASHRAE0024570

# American Power Act

➢ **Introduced by Senators John Kerry (D-MA) and Joseph Lieberman (ID-CT)**

➢ **Authorizes federal funds to states for the implementation of:**

  ➢ **Building codes that improve energy efficiency**

  ➢ **Energy-efficient manufactured homes**

  ➢ **Building energy performance labeling**

  ➢ **Low-income community energy efficiency improvements**

  ➢ **Energy efficiency retrofits of existing buildings**

➢ **Status: Introduced in Senate in June, 2010**

ASHRAE0024571

# Practical Energy and Climate Plan (Draft legislation)

➢ **Proposed by Senator Richard Lugar (R-IN)**

➢ **Would establish mandatory targets for improved energy efficiency building performance measures for new residential and commercial construction**

  ➢ The program would work with ASHRAE and other organization in developing codes & standards every 3 years, with the following targets:

   ➢ Commercial energy savings: 30% by 2012, and 50% by 2017

   ➢ Residential energy savings: 30% by 2012, and 50% by 2015

➢ **DOE would partner with state & local gov'ts to achieve the energy saving codes and standards targets, including offering up to a total of $300 M per year over the next 5 years. If a state is unable to certify compliance w/these target codes & standards, they will be at a disadvantage for receiving further DOE grants**

➢ **Would require all new federal bldgs entering the design phase in 2012 or later to be designed to exceed nat'l blding performance standards**

➢ **DOE would establish new nat'l blding retrofit program**

ASHRAE0024572

# Federal Buildings Personnel Training Act (H.R.5112/S.3250

- ➤ Introduced by Representatives Carnahan (D-MO), Biggert (R-IL), and Norton (D-DC), and Senators Carper (D-DE) and Collins (R-ME)
- ➤ Requires the General Service Administration (GSA) to identify the core competencies necessary for federal personnel performing building operations and maintenance, energy management, sustainability, water efficiency, safety, and building performance measures
- ➤ Requires the GSA to work with relevant professional societies, industry associations, and others to develop a recommended curriculum relating to facility management and the operation of high-performance buildings
- ➤ Requires GSA to work with relevant professional societies, industry associations, and others to develop a course, certification, degree, license, or registration to demonstrate each core competency, and for ongoing training
- ➤ Requires relevant federal personnel to demonstrate competency in the core areas through certification, licensure, etc.
- ➤ Requirements of this bill would apply to non-federal personal performing building operations and maintenance, energy management, safety, and design functions under a contract with a federal department or agency

ASHRAE0024573



ASHRAE0024574



# High-Performance Building
# Congressional Caucus

**Co-Chairs**
Russ Carnahan (D-MO)
Judy Biggert (R-IL)
**Members**

Tammy Baldwin (D-WI)  Doris Matsui (D-CA)
Earl Blumenauer (D-OR) Betty McCollum (D-MN)
Robert Brady (D-PA)  Jim McDermott (D-WA)
Ben Chandler (D-KY)  Mike McIntyre (D-NC)
Mike Doyle (D-PA)  Jerry McNerney (D-CA)
David Dreier (R-CA)  Ed Perlmutter (D-CO)
Vernon Ehlers (R-MI)  Todd Platts (R-PA)
Bill Foster (D-IL)  Allyson Schwartz (D-PA)
Gabrielle Giffords (D-AZ) Joe Sestak (D-PA)
Debbie Halvorson (D-IL) Edolphus Towns (D-NY)
Paul Hodes (D-NH)  David Wu (D-OR)
Jay Inslee (D-WA)
Steve Kagen (D-WI)
Dennis Kucinich (D-OH)
Dan Lipinski (D-IL)
Dave Loebsack (D-IA)
Zoe Lofgren (D-CA)

## Supporting Coalition Includes
























# http://www.hpbccc.org

**JA1584**

ASHRAE0024575



# Advocacy

➢ **Development of letters, comments & testimony to Congress and Agencies on pending actions**

➢ ARRA and Code Adoptions

➢ STEM Education

➢ Commercial Building Tax Deduction

➢ EIA Funding

➢ Depreciation of HVAC&R Equipment

➢ Setting Commercial Equipment Efficiency Standards

➢ Building Codes

➢ Federal Building Efficiency Standards

➢ Smart Grid Interoperability Standards

➢ School Modernization

ASHRAE0024576



# Advocacy Tools

➢ **One-page non-technical policy briefs/leave-behinds**

   ➢ Based on existing ASHRAE Position Statements

   ➢ Developed through Advocacy Committee with technical review and approval by ExCom

      ➢ Energy Efficiency

      ➢ Climate Change

      ➢ STEM Education

      ➢ Federal R&D Funding

      ➢ Standards

      ➢ Building Energy Data

**JA1586**

ASHRAE0024577



# Advocacy Tools

➢ **Government Affairs Updates**

   ➢ Bi-weekly e-mails featuring government activities of interest

   ➢ Sign up at http://www.ashrae.org/advocacy

➢ Advocacy Packets

   ➢ Additional licensure requirements

   ➢ State TTAA

   ➢ Building Codes

   ➢ Stimulus Funds (www.ashrae.org/recovery)

   ➢ Building Energy Labeling

ASHRAE0024578



# Advocacy Tools



➢ Chapter Public Policy Materials

  ➢ CTTC/Washington Office Primer on Government Activities

    ➢ Accompanying PowerPoint Presentation

  ➢ Advocacy Toolkit

    ➢ http://www.ashrae.org/advocacy/page/1262

➢ Government Affairs Brochure

  ➢ Activities of the ASHRAE Washington Office

  ➢ Available as PDF for distribution to chapter members



ASHRAE0024579



# Opportunities for Individual Member Participation

- ➢ SET Working Group Congressional Visits Day

- ➢ Engineering R&D Symposium

- ➢ ASHRAE Congressional Briefings

- ➢ Forthcoming programs

  - ➢ Washington Visitation Program

  - ➢ CTTC Chair training programs

- ➢ HPBCCC Congressional Visits Days

- ➢ Washington Fellowship

- ➢ WISE Program

ASHRAE0024580



# Additional Washington Office Activities

➢ Building Energy Quotient Program

  ➢ www.buildingeq.com

➢ Building Code Adoptions



  ➢ Standard 90.1

  ➢ Standard 189.1/IGCC Promotion

➢ Empowering Chapters to Engage State and Local Policymakers

ASHRAE0024581



# Opportunities for Individual Member Participation

➢ Contact State and Local Policymakers on Important Issues

  ➢ Building Energy Codes

  ➢ NCEES Masters or Equivalent

  ➢ Stimulus Funds

  ➢ Building Energy Disclosure

  ➢ Use of Voluntary Consensus Standards

ASHRAE0024582



# ASHRAE/DOE Fellowship



- ➢ **2008-2010 Fellow Mike Erbesfeld began in Sen. Dianne Feinstein's Office, moved to DOE in May 2009**
- ➢ **Currently seeking fellows for placement at DOE on codes issues**
- ➢ **Funding provided by DOE**

**JA1592**

ASHRAE0024583



# Internship

- ➢ **Washington Internship for Students of Engineering (WISE)**
  - ➢ Summer Internship in Washington, DC for third year engineering students
  - ➢ Explore nexus of engineering and public policy
  - ➢ Lodging and stipend included
- ➢ **Summer 2010 intern, Ramsey Brown, CMA**



**JA1593**

ASHRAE0024584



# Government Activities and ASHRAE Chapters

This Can Be You!

ASHRAE0024585



# Government Relations Activities

➢ **Build relationships with government officials interested in the built environment**

   ➢ **Establish ASHRAE as a source for unbiased, technical expertise**

      ➢ White House Office of Science & Technology Policy (OSTP)

      ➢ Department of Energy (DOE)

      ➢ Environmental Protection Agency (EPA)

      ➢ General Services Administration (GSA)

      ➢ U.S. Congress

      ➢ NIST/FERC—Smart Grid/Demand Response

**JA1595**

ASHRAE0024586



# Advocacy Priorities

- ➤ Energy Efficiency

- ➤ Climate Change

- ➤ Indoor Environmental Quality

- ➤ Water Conservation

- ➤ STEM Education/Competitiveness

ASHRAE0024587



# Anticipated Issues

- Energy Efficiency
  - Incentives (tax deductions/credits, depreciation)
  - Continued focus on Building Codes language
  - R&D in needed technologies
  - RPS with efficiency component
  - Building energy disclosure
- Climate Change
  - More cap-and-trade legislation with a little more potential
- Economy
  - Opportunities for buildings

**JA1597**

ASHRAE0024588



# What's Planned for the Remainder of 2010?

➢ **Increase ASHRAE member participation and interest in public policy**

➢ **Continue enhancement of ASHRAE Government Affairs webpage** (http://www.ashrae.org/advocacy)

➢ **Recruit and place DOE Fellows**

➢ **Recruit 2011 WISE Intern**

➢ **Develop marketing materials for ASHRAE Government Relations Activities**

➢ **Continue participation in relevant coalitions and input to public policy**

➢ **Expand ASHRAE's role at the State and local levels**

**JA1598**

ASHRAE0024589

# EXHIBIT 73

EXHIBIT
1258
4-1-15

Mar 15 00 11:28a     Polk Co Fire Departmen                        p.1

## FORM FOR COMMENTS ON NFPA REPORT ON PROPOSALS
## 2000 NOVEMBER ASSOCIATION TECHNICAL MEETING
### FINAL DATE FOR RECEIPT OF COMMENTS: 5:00 pm EST, MARCH 31, 2000

For further information on the standards-making process, please contact the Codes
and Standards Administration at 617-984-7249

For technical assistance, please call NFPA at 617-770-3000

**FOR OFFICE USE ONLY**
Log #: 2
Date Rec'd: _____

Please indicate in which format you wish to receive your ROP/ROC ☐ electronic ☐ paper ☐ download
(Note: In choosing the download option you intend to view the ROP/ROC from our Website; no copy will be sent to you.)

Date 3-14-00  Name Wesley W. Hayes Jr.  Tel. No. 863 534-0383

Company Polk County Fire Services Division

Street Address Bld. 250 / suite 1  City Bartow  State FL. Zip 33831

Please Indicate Organization Represented (if any) Florida Fire Chiefs Association

1. a) NFPA Document Title _____  NFPA No. & Year 58-1998

   b) Section/Paragraph Sec. 3-2.5 / Paragraph 3-2.5.1

2. Comment on Proposal No. (from ROP): 58-107  Log #70

3. Comment recommends: (check one)   ☒ new text   ☐ revised text   ☐ deleted text

4. Comment (include proposed new or revised wording, or identification of wording to be deleted): (Note: Proposed text
should be in legislative format i.e., use underscore to denote wording to be inserted (inserted wording) and strike-through to denote
wording to be deleted (deleted wording).

_Cylinders shall NOT be permitted on roof tops._

5. Statement of Problem and Substantiation for Comment: (Note: State the problem that will be resolved by your
recommendation; give the specific reason for your comment including copies of tests, research papers, fire experience, etc. If more
than 200 words, it may be abstracted for publication.)

Please see Attached.

6. ☒ This Comment is original material. (Note: Original material is considered to be the submitter's own idea based on or as a
result of his/her own experience, thought, or research and, to the best of his/her knowledge, is not copied from another source.)
☐ This Comment is not original material. Its source (if known) is as follows: _____

I hereby grant the NFPA the nonexclusive, royalty-free rights, including nonexclusive, royalty-free rights in copyright, in this comment,
and I understand that I acquire no rights in any publication of NFPA in which this comment in this or another similar or analogous form
is used.

Signature (Required) Wesley W. Hayes

**PLEASE USE SEPARATE FORM FOR EACH COMMENT - NFPA Fax: (617) 770-3500**

Mail to: Secretary, Standards Council, National Fire Protection Association, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269

ADS020867

JA1600

Mar 15 00 11:28a      Polk Co Fire Departmen      941 534 0385      p.2

Attachment    58-107   Log #70

Installation of propane tanks on roofs, brings on a multifaceted problem for the fire service, starting with the fire ground tactics. Approaching a propane tank is an extremely complex problem, acerbated by the situation being on a roof top. The proper compliment of manpower, equipment and water capacity are not the only concerns facing this sort of issue. Rescue, interior attack, and time are of extreme importance. Locating permanent tanks on roofs will have a direct adverse effect on all the issues mentioned. The proper strategy of firefighters will be immensely changed.

The speed required to set up elevated platforms and ladders for an attack on a roof top installation promotes recklessness. Valuable time is wasted, while the fire service is setting up equipment. The fire service is dedicated to responding to all types of dangers. However, placing firefighters on a roof, with no escape route is against everything learned in Hazardous Materials Training.

Propane is heavier than air. The approach of the fire service will obviously be lower than what the tank is. Firefighters will be required to go through the hazard to get to the problem. Once again, this is against everything learned in Hazardous Materials Training. There is no viable approach to a leaking tank on a roof.

In researching the NFPA guidelines, I could not find one document that spoke to propane leaks or fires located on roofs. I take this to mean that no information is together that the fire service can use to attack a tank located on a roof. Tactics have been written, researched, and papers written on above ground tanks, underground tanks and even tanker trucks. Nothing addresses the issue of an attack on roof top installations. Having no measure to go by, gives the fire service nothing to turn to for information. The lack of information alone nullifies the use of LP storage tanks on roof tops.

A propane tank on fire on a roof top, is a situation that no fire department wishes to contend with. Firefighters have the commitment of rescue in buildings. That commitment will be shortened due to the grave danger of the firemen and equipment. An interior attack would be accessed on minute by minute situation. Having a BLEVE over the heads of emergency responders would be a nightmare.

The incident of having to rescue firefighters on a roof that have been hurt during a BLEVE would be to the point of being totally unmanageable to handle. The involvement would introduce risks beyond what any firefighter should face.

3-14-2000

Wesly W. Waggl

ADS020868

JA1601

# EXHIBIT 77



Approved 28 April 1999

## INTELLECTUAL PROPERTY POLICY OF ASTM

### I.   INTRODUCTION.

A.   Section 1 of the ASTM Charter states in part: "The corporation is formed for the development of standards on characteristics and performance of materials, products, systems and services; and the promotion of related knowledge."

B.   By-law 4.4 states: "The Board shall delegate to such committees and other groups those powers necessary for the fulfillment of their assigned function."

C.   By-law 7.1 states: "The Board of Directors is empowered to promulgate procedures for the development and adoption of voluntary consensus standards ...".

D.   The Standing Committee on Publications advises the Board of Directors on the formulation of publications policy.   The Committee is responsible for the publications program of the Society except the acceptance for publication of ASTM's standards.   "The Committee administers the Society's publications program ..."

E.   The Committee on Technical Committee Operations ("COTCO") is responsible for the Regulations Governing ASTM's Technical Committees 18.1, which state: "Documents [including standards and provisional standards], technical papers, reports, minutes, letters to the editor, and related materials should be released for publication only through ASTM's Headquarters."

ASTM103277

F.  The Committee on Standards is responsible for the manual, "Form and Style for ASTM Standards." Regulation 10.7 of the Regulations Governing ASTM Technical Committees requires the current edition of *Form and Style for ASTM Standards* shall be followed in the writing of standards. Section F of that manual covers policies and procedures governing reference to patents, trademarks, similar marks, and reference to standards of other organizations in ASTM Documents.

## II.    TYPES OF INTELLECTUAL PROPERTY.

Intellectual property includes patents, trademarks, copyrights and trade secrets, as defined in various federal and state statutes.

A.    Patent.  A patent is a property right granted by the government to individuals who invent new and useful inventions.  Patents may be granted on any new and useful process, machine, manufactured article, composition of matter, or any new and useful improvements thereof.  During a patent's limited term, its owner has the right to exclude others from making, using, selling, offering for sale or importing the patented invention into the United States.

B.    Copyright.  A copyright is a property right granted to the creators (i.e. authors) of original works which are fixed in a tangible medium of expression and which are independently created and possess some minimal degree of creativity.  The exclusive rights provided by a copyright include protection against unauthorized printing, publishing, copying, selling, distributing, and/or performing of the copyrighted work.  Copyrighted materials include not only traditional written works but also such things as computer software, electronic files and publications,

2

ASTM103278

internet/website files and publications, multimedia, CD-ROM's, videotapes, audiotapes, and training programs.

C.    <u>Trademark.</u>  A trademark is either a word, phrase, symbol or design, or combination of words, phrases, symbols or designs, which identifies and distinguishes the source of goods or services from one party from those of others. A service mark is the same as a trademark except it identifies and distinguishes the source of a service rather than a product. Trademark rights may be used to prevent others from using a confusingly similar mark but not to prevent others from making the same goods or from selling them under a non-confusing mark.

## III.   <u>PURPOSE OF THIS POLICY.</u>

The purpose of this policy is to specify and protect the interests of ASTM in its intellectual property rights, and to describe the means by which ASTM has addressed protection of its rights and recognition of the intellectual property rights of others. ASTM's intellectual property rights, and the revenue generated by utilization of those rights, enables ASTM to carry out its mission.

All ASTM staff , members, and others as given in IV.B below are expected to comply with this policy.

## IV.   <u>SCOPE.</u>

A.    This policy applies to any ASTM standard, draft standard, or related document defined in Regulation 2 of the Regulations Governing ASTM Technical Committees, as well as to all other ASTM publications and related property, in all forms (including CD-ROM, software, multimedia, ASTM Internet Web Site, videotapes, audiotapes, and written), such as Special Technical Publications, Manuals, Technical Journals, Proficiency Test Program materials, Professional and

3

ASTM103279

Technical Training materials, and Logos (collectively referred to here as "ASTM Intellectual Property"). (Many of these, as well as other examples of ASTM Intellectual Property, are listed in the ASTM Publications Catalog and related brochures. Logos are specifically covered by the ASTM Logo Policy as adopted by the ASTM Board on 15 October 1998.)

B.     This policy applies to all employees, members, officers, directors, participants, and others involved with the development, adoption, publication, and/or distribution of ASTM Intellectual Property.

## V.    <u>POLICY.</u>

A.     All of ASTM's Intellectual Property rights must be protected, regulated and maintained, no matter how wide the information is distributed in print, electronically, or otherwise.

B.     ASTM's owns and maintains the rights to its Intellectual Property.

C.     ASTM reserves the right to copyright any of its print, electronic products, databases, audio/visual products and any other subject matter covered by the Copyright Act. This is intended to protect ASTM and its members from unauthorized copying and distribution of ASTM Intellectual Property.

D.     By participating in any ASTM technical committee and/or participating in the creation and adoption of ASTM's Intellectual Property, participants and committee members acknowledge that the copyright to such Intellectual Property resides in ASTM. Such participants and committee members agree, if necessary,

4

ASTM103280

to execute any and all documents deemed necessary or appropriate by ASTM to transfer and effectuate ownership of all such rights, including but not limited to copyrights, they may have in ASTM Intellectual Property.

E.     All participants in the creation of ASTM Intellectual Property agree to abide by the ASTM Charter, By-laws, Regulations Governing ASTM Technical Committees, and Form and Style for ASTM Standards, as well as this Policy, as may be amended from time to time.

F.     Individuals who participate in ASTM technical committees and related activities may, from time to time, where appropriate, be required to sign an agreement acknowledging the transfer of any rights in ASTM Intellectual Property to ASTM. The rights granted to ASTM by this assignment shall belong to ASTM in perpetuity.

G.     It is ASTM policy that the copyrights and other intellectual property rights of third parties be respected and not infringed by ASTM or any of its committees, or any employee, member or other person acting on behalf of ASTM.

H.     Electronic Networks.
       1. The Copyright Act provides copyright protection for certain works fixed in any tangible medium expression, now or later developed, from which they can be perceived, reproduced or otherwise communicated, either directly or with the aid of technology.

5

ASTM103281

2.   As more and more sophisticated technology becomes available, it may become increasingly difficult to determine and enforce ownership of ASTM Intellectual Property rights.  Therefore, inputting, uploading, downloading, reproducing, or transmitting  ASTM Intellectual Property without ASTM's prior written permission is prohibited, with the exception that ASTM is not intending to limit the applicability of the "fair use" doctrine developed under the Copyright Act.

## VI.   PROCEDURE.

A.   Intellectual Property -- Standards.

1.   Standards and related documents developed by ASTM committees are copyrighted by ASTM as a "Work for Hire" as given in the U.S. Copyright Act.  When an individual accepts appointment to a committee, the individual may also be asked to acknowledge that copyrights and all rights to all materials produced by ASTM committees are owned by ASTM and that ASTM may register the copyright in its own name.

2.   If, in developing a standard or related document, a committee proposes to incorporate material from the copyrighted publication of another organization, the committee should request ASTM staff to obtain written permission from the publisher to reprint the material.  Reference to a patented item should be avoided, but the ASTM patent policy (F3 of  Form and Style for ASTM Standards) must be complied with.  Regulations Governing ASTM Technical Committees, Form and Style for ASTM Standards (including but not limited to F3, F4 and F5), and ASTM staff should be consulted for guidelines if patented items are to be referenced in a standard or document.

6

ASTM103282

USCA Case #17-7039     Document #1715850        Filed: 01/31/2018     Page 367 of 537

3.  ASTM standards may currently include copyrighted material reproduced under agreement with the copyright holder.  Similarly, ASTM may permit others to reprint its material based on appropriate license agreements.

4.  The provision stated in A.3 (above) apply to all forms, including, for example, both hard copy and electronic media.

5.  ASTM registers its trademarks and service marks in the United States and in countries around the world.  As a condition for membership, members agree that the marks are the property of ASTM at all times.

6.  Guidance to committees on protection of ASTM's Intellectual Property rights and avoidance of infringement of the rights of others is provided by the ASTM staff.

B.    Intellectual Property Other Than Standards

1.  ASTM recognizes different ways to assign intellectual property rights:

    a)  When individual authors submit manuscripts for technical papers for publication by ASTM in an ASTM Special Technical Publication or ASTM Technical Journal, the author must sign an agreement whereby ownership of the material is assigned to ASTM. However, if the technical paper was prepared in the course of the author's employment by the U.S., Canadian, or British Governments, ASTM acknowledges that copyright does not exist.

7

ASTM103283

b) When ASTM contracts, subsidizes, or agrees with writers, authors, editors, or others to prepare or otherwise help create ASTM Intellectual Property other than technical papers as given in 1a above, a "Work for Hire" agreement must be signed in which copyright is assigned to ASTM. Copyright shall be granted and assigned exclusively to ASTM, including any and all rights protected by the Copyright Laws of the United States and all other countries as set forth in the respective agreement.

2. When ASTM creates and distributes its Intellectual Property, ASTM may do so in whatever manner it decides. This will not, however, preclude the use of the Intellectual Property by authors and editors as set forth in the applicable agreements given in 1a and 1b above.

3. ASTM will take reasonable precautions to preserve the property rights of an author of a manuscript not accepted for publication by ASTM.

C.   Licensing  --  ASTM requires any individual or entity who desires to copy, reproduce, market, or distribute any of ASTM's Intellectual Property (e.g. Standards, Draft Standards, Technical Papers, Manuals, Software, Training Course Materials, Logos) to execute an appropriate ASTM License Agreement. Such agreements will normally require, among other things,  that licensees not modify the ASTM property and  to make appropriate copyright acknowledgments and royalty payments. ASTM has no obligation to execute such agreements.

Adopted by the ASTM Board of Directors, 28 April 1999

8

ASTM103284

# EXHIBIT 78



Originally Approved 28 April 1999

## INTELLECTUAL PROPERTY POLICY OF ASTM INTERNATIONAL ("POLICY")

**I. INTRODUCTION.** Ownership and use of ASTM's Intellectual Property is vital to the ability of ASTM to fulfill its mission. ASTM owns and maintains the rights to its Intellectual Property; it is the responsibility of ASTM's Board of Directors ("Board"), staff, members, participants and authorized resellers/distributors to protect these valuable assets and ensure that they are used in accordance with this Policy.

    **A. Section 1** of the **ASTM Charter** states in part: "The corporation is formed for the development of standards on characteristics and performance of materials, products, systems and services; and the promotion of related knowledge."

    **B. ASTM By-law 4.4** states: "The Board shall delegate to such committees and other groups those powers necessary for the fulfillment of their assigned function."

    **C. By-law 7.1** states: "The Board of Directors is empowered to promulgate procedures for the development and adoption of voluntary consensus standards ..."

    **D.** The Standing Committee on Publications ("COP") advises the Board on the formulation of publications policy. COP is responsible for the publications program of the Society except the acceptance for publication of ASTM's standards. "The Committee administers the Society's publications program ..."

    **E.** The Committee on Technical Committee Operations ("COTCO") is responsible for the *Regulations Governing ASTM's Technical Committees ("Regulations")*, of which *17.1*, states: "Documents [including standards and provisional standards], technical papers, reports, minutes, letters to the editor, and related materials should be released for publication only through ASTM's Headquarters." *Regulation 15* governs the use or reference to a patent in an ASTM standard.

    **F.** The Committee on Standards ("COS") is responsible for the manual, *Form and Style for ASTM Standards ("Form and Style"). Regulation 10.7* requires the current edition of *Form and Style* shall be followed in the writing of standards. *Section F* of that manual sets forth policies and procedures governing reference to patents, trademarks, similar marks, and reference to standards of other organizations in ASTM documents.

## II. TYPES OF INTELLECTUAL PROPERTY.

Intellectual property includes patents, trademarks, and copyrights and trade secrets, as defined in various federal and state statutes.

    **A. Patent.** A patent is a property right granted by the government to individuals who invent new and useful inventions. Patents may be granted on any new and useful process, machine, manufactured article, composition of matter, or any new and useful improvements thereof. During a patent's limited term, its owner has the right to exclude others from making, using, selling, offering for sale or importing the patented invention into the United States.

    **B. Copyright.** A copyright is a property right granted to the creators (i.e. authors) of original works which are fixed in a tangible medium of expression and which are independently created and possess some minimal degree of creativity. The exclusive rights provided by a copyright include protection against unauthorized printing, publishing, copying, selling, distributing, and/or performing of the copyrighted work. Copyrighted materials include not only traditional written works but also such things as computer

ASTM003445

software, electronic files and publications, internet/website files and publications, multimedia, CD-ROM's, videotapes, audiotapes, and training programs.

**C. Trademark.** A trademark is either a word, phrase, symbol or design, or combination of words, phrases, symbols or designs, which identifies and distinguishes the source of goods or services from one party from those of others. A service mark is the same as a trademark except it identifies and distinguishes the source of a service rather than a product. Trademark rights may be used to prevent others from using a confusingly similar mark but not to prevent others from making the same goods or from selling them under a non-confusing mark.

## III. PURPOSE OF THIS POLICY.

The purpose of this Policy is to specify and protect the interests of ASTM in its intellectual property rights, and to describe the means by which ASTM has addressed protection of its rights and recognition of the intellectual property rights of others. ASTM's intellectual property rights and revenue generated by utilization of those rights enables ASTM to carry out its mission. All ASTM staff, members and others as given in IV.B, below, are expected to comply with this Policy.

## IV. SCOPE.

**A.** This Policy applies to any ASTM standard, draft standard or related document defined in *Regulation* 2 (and any adjuncts to such standard or document), as well as to all other ASTM publications and related intellectual property, in all forms (including CD-ROM, software, multimedia, ASTM Internet Web Site, videotapes, audiotapes, and written), such as Special Technical Publications, Manuals, Technical Journals, Proficiency Test Program materials, Professional and Technical Training materials, as well as use of trademarks, service marks and Logos (collectively referred to here as "ASTM Intellectual Property"). (Many of these, as well as other examples of ASTM Intellectual Property, are listed in the ASTM Publications Catalog and related brochures. Logos are specifically covered by the *ASTM Logo Policy* as adopted by the ASTM Board on October 15, 1998.)

**B.** This Policy applies to all employees, members, officers, directors, participants, authorized resellers/distributors and others involved with the development, adoption, publication, use and/or distribution of ASTM Intellectual Property. For purposes of this Policy, "committee" or "technical committee" includes sub-committees and task groups.

**C.** Participants, members and authorized resellers/distributors acknowledge and agree that the adoption, enactment, reference, or incorporation of any of the ASTM Intellectual Property by any government or agency has not and will not effect, transfer, modify or alter the copyrights of the ASTM Intellectual Property in any way.

## V. POLICY.

**A.** All of ASTM's Intellectual Property rights must be protected, regulated and maintained, no matter how wide the information is distributed in print, electronically, or otherwise. Such protection is essential to ASTM's ability to fulfill its mission.

**B.** ASTM's owns and maintains the rights to its Intellectual Property.

**C.** ASTM reserves the right to copyright any of its print, electronic products, databases, audio/visual products and any other subject matter covered by the Copyright Act. This is intended to protect ASTM and its members from unauthorized copying and distribution of ASTM Intellectual Property.

ASTM003446

**D.** By participating in any ASTM technical committee and/or participating in the creation, development and/or adoption of ASTM's Intellectual Property, participants and committee members acknowledge that the copyright to such Intellectual Property resides in ASTM. Such participants and committee members agree if requested by ASTM, to execute any and all documents deemed necessary or appropriate by ASTM to transfer and effectuate ownership of all such rights, including but not limited to copyrights, they may possibly have in ASTM Intellectual Property. The rights granted to ASTM by this assignment or transfer shall belong to ASTM in perpetuity.

**E.** All participants, members and staff agree to abide by and follow the requirements of the ASTM Charter, By-laws, *Logo Policy, Regulations Governing ASTM Technical Committees*, and *Form and Style for ASTM Standards*, as well as this Policy, as each may be amended from time to time, when creating, developing or utilizing ASTM Intellectual Property.

**F.** It is ASTM policy that the copyrights and other intellectual property rights of third parties be respected and not infringed by ASTM or any of its committees, or any employee, member or other person acting on behalf of ASTM.

**G.** It is ASTM policy that, if at all possible, proprietary and/or patented equipment, apparatus, material or information not be included in a standard. If such inclusion is necessary, **By-law 15** must be complied with.

**H.** ASTM registers its trademarks and service marks in the United States and in countries around the world. As a condition for membership, members agree that the marks are the property of ASTM at all times. Use of the marks is subject to, among other things, ASTM's *Logo Policy*.

### I. Electronic Networks.

**1.** The Copyright Act provides copyright protection for certain works fixed in any tangible medium expression, now or later developed, from which they can be perceived, reproduced or otherwise communicated, either directly or with the aid of technology.

**2.** As more and more sophisticated technology becomes available, it may become increasingly difficult to determine and enforce ownership of ASTM Intellectual Property rights. Therefore, inputting, uploading, downloading, reproducing, or transmitting ASTM Intellectual Property without ASTM's prior written permission is prohibited.

## VI. PROCEDURE.

### A. Intellectual Property — Standards.

**1.** Standards and related documents developed by or for ASTM committees are copyrighted by ASTM as set forth in the U.S. Copyright Act. When an individual or entity joins, volunteers for or accepts appointment to the Society or a committee, the individual or entity, as a condition of membership and participation, expressly acknowledges and agrees that copyrights and all rights to all materials produced by or for ASTM committees are owned by ASTM and that ASTM will register the copyright in its own name.

**2.** If, in developing a standard, other document or adjuncts to such standards or documents, a committee proposes to incorporate material from the copyrighted publication of another organization, the committee should request ASTM staff to obtain written permission from the ~~publisher~~ copyright holder to reprint the material. Reference to a patented item should be avoided if at all possible, but in all cases the **ASTM Patent Policy (By-law 15)** and F3 of *Form and Style for ASTM Standards* must be complied with. *Regulations Governing ASTM Technical Committees, Form and Style for ASTM Standards* (including but not limited to F3, F4 and F5), and ASTM staff should be consulted for guidance if patented items or trade/service marks are to be referenced in a standard or document.

**3.** ASTM standards may currently include copyrighted material reproduced under

ASTM003447

agreement with the copyright holder. Similarly, ASTM may permit others to reprint its material based on appropriate license agreements. F3 of *Form and Style* must be followed when referencing standards of other organizations.

    **4.** The provision stated in A.3 (above) applies to all forms of media, including, for example, both hard copy and electronic formats.

    **5.** Guidance to committees and members on protection of ASTM's Intellectual Property rights and avoidance of infringement of the rights of others is provided by the ASTM staff.

    **6.** Only [an officer] of ASTM can grant permission for the use, copying or distribution of ASTM Intellectual Property by others. Any requests for such permission must be forwarded to ASTM staff for consideration and further action.

### B. Intellectual Property Other Than Standards

    **1.** ASTM recognizes different ways to assign intellectual property rights:

        **a)** When individual authors submit manuscripts for technical papers for publication by ASTM in an ASTM Special Technical Publication or ASTM Journal, the author must sign an agreement (**Author Agreement**) whereby ownership of the material is assigned to ASTM. However, if the technical paper was prepared in the course of the author's employment by the U.S., Canadian, or British Governments, ASTM acknowledges that copyright does not exist.

        **b)** When ASTM contracts, subsidizes, or agrees with writers, authors, editors, or others to prepare or otherwise help create ASTM Intellectual Property other than technical papers as given in 1a above, a **"Work for Hire"** Agreement must be signed in which copyright is acknowledged to reside in ASTM or will be assigned to ASTM. Copyright shall be granted and/or assigned exclusively to ASTM, including any and all rights protected by the Copyright laws of the United States and all other countries as set forth in the respective agreement.

    **2.** When ASTM creates and distributes its Intellectual Property, ASTM may do so in whatever manner it decides. This will not, however, preclude the use of the Intellectual Property by authors and editors as set forth in the applicable agreements described in 1a and 1b above.

    **3.** ASTM will take reasonable precautions to preserve the property rights of an author of a manuscript submitted but not accepted for publication by ASTM.

    **C. Licensing.** ASTM may, at its sole discretion, assign, license or permit the use by others of its Intellectual Property. ASTM requires any individual or entity who desires to copy, reproduce, market, create a derivative work utilizing or distribute any of ASTM's Intellectual Property (e.g. Standards, Draft Standards, Adjuncts, Technical Papers, Research Reports, Manuals, Software, Training Course Materials, Logos) to execute an appropriate **ASTM License Agreement**. Such agreements will normally require, among other things, that licensees not modify the ASTM Intellectual Property and to make appropriate copyright acknowledgments and royalty payments. ASTM has no obligation to execute such agreements.

**As amended by the ASTM Board of Directors, _____ 2003.**

ASTM003448

# EXHIBIT 79

1288
7-24-15

Originally Approved 28 April 1999

# INTELLECTUAL PROPERTY POLICY OF ASTM INTERNATIONAL ("POLICY")

**I. INTRODUCTION.** Ownership and use of ASTM International's Intellectual Property (e.g. Standards, Draft Standards, Adjuncts, Certification Programs and related materials, Technical Papers, Research Reports, Manuals, Software, Training Course Materials and Logos collectively referred to as "ASTM IP") are vital to the ability of ASTM International to fulfill its mission. ASTM International owns and maintains the rights to its Intellectual Property; it is the responsibility of ASTM International's Board of Directors ("Board"), staff, members, and others who participate in the creation of ASTM IP (collectively "Participants"), as well as authorized resellers/distributors of ASTM IP, to protect these valuable assets and ensure that they are used in accordance with this Policy.

**A. Section 1** of the **ASTM International Charter** states in part: "The corporation is formed for the development of standards on characteristics and performance of materials, products, systems and services; and the promotion of related knowledge." Section 9 of the Charter also states, in part: "...the Corporation shall not engage in any activity which is not educational, technical, scientific or charitable..."

**B. ASTM International By-law 4.4** states: "The Board shall delegate to such committees and other groups those powers necessary for the fulfillment of their assigned function."

**C. ASTM International By-law 7.1** states: "The Board of Directors is empowered to promulgate procedures for the development and adoption of voluntary consensus standards ..."

**D.** The Standing Committee on Publications ("**COP**") advises the Board on the formulation of publications policy. COP is responsible for all publications programs of the Society except the acceptance for publication of ASTM International's standards.

**E.** The Committee on Technical Committee Operations ("**COTCO**") is responsible for the *Regulations Governing ASTM's Technical Committees* ("**Regulations**"), of which **Regulation 17.1** states: "Documents [including standards and provisional standards], technical papers, reports, minutes, letters to the editor, and related materials should be released for publication only through ASTM's headquarters."

**F. Regulation 10.7** requires that the current edition of the manual, *Form and Style for ASTM Standards* ("**Form & Style**") will be followed in the writing of standards (the Committee on Standards ("**COS**") is responsible for Form & Style). **Section F** of Form & Style sets forth policies and procedures governing, among other matters, reference to patents, trademarks, similar marks, and reference to standards of other organizations, in ASTM International documents. **Regulation 15** governs the use or reference to a patent in an ASTM International standard.

## II. TYPES OF INTELLECTUAL PROPERTY.

Intellectual property includes patents, trademarks and copyrights, as defined in various federal and state statutes.

**A. Patent.** A patent is a property right granted by the government to inventors of new and useful inventions. Patents may be granted on any new and useful process, machine, manufactured article, composition of matter, or any new and useful improvements thereof. During a patent's limited term, its owner has the right to exclude others from making, using, selling, offering for sale or importing the patented invention into the United States.

ASTM003437

**B. Copyright.** A copyright is a property right granted to the creators (i.e. authors) of original works that are fixed in a tangible medium of expression and that are independently created and possess some minimal degree of creativity. The exclusive rights provided by a copyright include protection against unauthorized printing, publishing, copying, selling, distributing, and/or performing of the copyrighted work. Copyrighted materials include not only traditional written works but also such things as computer software, electronic files and publications, internet/website files and publications, multimedia, CD-ROMs, DVDs, videotapes, audiotapes, and training programs.

**C. Trademark.** A trademark is a word, phrase, symbol or design, or combination of words, phrases, symbols or designs, which identifies and distinguishes the source of goods or services from one party from those of others. A service mark is the same as a trademark except it identifies and distinguishes the source of a service rather than a product. Trademark rights may be used to prevent others from using a confusingly similar mark but not to prevent others from making the same goods or from selling them under a non-confusing mark.

## III. PURPOSE OF THIS POLICY.

The purpose of this Policy is to specify and protect the interests of ASTM International in its Intellectual Property rights, and to describe the means by which ASTM International has addressed protection of these rights and recognition of the intellectual property rights of others. ASTM International's Intellectual Property rights and revenue generated by utilization of those rights enable ASTM International to carry out its mission. All ASTM International staff, members, and others as stated in IV.B, below, are expected to comply with this Policy.

## IV. SCOPE.

**A.** This Policy applies to any ASTM International standard, draft standard or related document (hereinafter referred to as "ASTM Documents")defined in Regulation 2 of the Regulations Governing ASTM Technical Committees, and any adjuncts to such ASTM Documents, as well as to all other ASTM International publications and related property, in all forms (including CD-ROM, software, multimedia, ASTM Internet Web Site, videotapes, audiotapes) and written materials such as Certification Programs and materials, Special Technical Publications, Manuals, Technical Journals, Proficiency Test Program materials, Professional and Technical Training materials, as well as use of trademarks, service marks, certification marks and Logos (collectively part of ASTM IP). (Many of these, as well as other examples of ASTM IP, are listed in the ASTM International Publications Catalog and related brochures. Logos are specifically covered by the ASTM International Logo Policy as adopted and amended by the Board.)

**B.** This Policy applies to all ASTM International employees, members, officers, directors, Participants, resellers/distributors and others involved with the development, adoption, publication, use and/or distribution of ASTM IP. For purposes of this Policy, "committee" or "technical committee" includes subcommittees and task groups.

**C.** Participants, members, and authorized resellers/distributors acknowledge and agree that the adoption, enactment, reference, or incorporation of any of the ASTM IP by any government or agency has not and will not effect, transfer, modify or alter the copyrights of the ASTM IP in any way.

ASTM003438

# V. POLICY.

**A.** All of ASTM International's Intellectual Property rights must be protected, regulated and maintained, no matter how wide the information is distributed in print, electronically, or otherwise. Such protection is essential to ASTM International's ability to fulfill its mission and maintain its Intellectual Property. The Board of Directors has approved the <u>Principles for the Use of ASTM Intellectual Property by Other Standards Organizations</u>.

**B.** ASTM International owns and maintains the rights to its Intellectual Property.

**C.** ASTM International reserves the right to copyright any of its print, electronic products, databases, audio/visual products and any other subject matter covered by Copyright (pursuant to the US Copyright Act and International Copyright law). This is intended to protect ASTM International and its members from unauthorized copying and distribution of ASTM IP.

**D.** By participating in any ASTM International technical committee and/or participating in the creation, development and/or adoption of ASTM IP, Participants and committee members acknowledge that the copyright to such Intellectual Property resides in ASTM International. Each member agrees, by such participation and enjoyment of his/her annual membership benefits, to have transferred any and all ownership interest, including copyright, they possess or may posses in the ASTM IP to ASTM. If requested by ASTM International, such Participants and committee members agree to execute any and all documents deemed necessary or appropriate by ASTM International to transfer and effectuate ownership of all such rights, including but not limited to copyrights, they may possibly have in ASTM IP. The rights granted to ASTM International by this assignment or transfer shall belong to ASTM International in perpetuity.

**E.** All Participants, members and staff agree to abide by and follow the requirements of the ASTM International Charter, ASTM International By-laws, Regulations Governing ASTM Technical Committees, and Form and Style for ASTM Standards, ASTM International Logo Policy, as well as this Policy, as each may be amended from time to time, when creating, developing or utilizing ASTM IP.

**F.** It is ASTM International's policy, reflected in **Form & Style F5,** that the copyrights and other intellectual property rights of third parties be respected and not infringed by ASTM International or any of its committees, or any employee, member or other person acting on behalf of ASTM International.

**G.** It is ASTM International policy that, if at all possible, proprietary and/or patented equipment, apparatus, material or information not be included in a standard. If such inclusion is necessary, ASTM International's **Patent Policy (Regulation 15)** must be complied with.

**H.** ASTM International registers its trademarks and service marks in the United States and in countries around the world. As a condition of membership, members agree that the marks are the property of ASTM International at all times. Use of the marks is subject to, among other things, ASTM International's Logo Policy.

**I. Electronic Networks.**

    **1.** The US Copyright Act (as well as International Copyright law) provides copyright protection for certain works fixed in any tangible medium expression, now or later developed, from which they can be perceived, reproduced or otherwise communicated, either directly or with the aid of technology.

    **2.** As more and more sophisticated technology becomes available, it may become increasingly difficult to determine and enforce ownership of ASTM International's Intellectual Property rights; therefore, inputting, uploading, downloading, reproducing, or transmitting ASTM IP without ASTM International's prior permission (or in conformity with ASTM International's applicable License Agreements) is prohibited.

ASTM003439

## VI. PROCEDURE.

### A. Intellectual Property -- Standards.

**1.** Standards and related documents developed by or for ASTM International committees are copyrighted by ASTM International, as set forth in the U.S. Copyright Act. When an individual or entity joins, volunteers for or accepts appointment to the ASTM International or an ASTM International committee, the individual or entity, as a condition of membership and participation, expressly acknowledges and agrees that copyrights and all rights to all materials produced by or for ASTM International committees are owned by ASTM International and that ASTM International will register the copyright and hold all intellectual property rights in its own name.

**2.** Copyrights and Patents in ASTM Standards. If, in developing an ASTM Document or adjuncts to such ASTM Documents, a committee proposes to incorporate material from the copyrighted publication of another organization, the committee should request ASTM International staff to obtain written permission from the copyright holder to reprint the material. Reference to a patented item should be avoided, if at all possible, but in all cases section **F5 of Form & Style** must be complied with. **Regulation 15** of the *Regulations Governing ASTM Technical Committees*, and *Form and Style for ASTM Standards* (including but not limited to sections **F3** and **F4**), as well as ASTM International staff, should be consulted for guidance if patented items or trade/service marks are to be referenced in an ASTM Document.

**3.** ASTM International standards may currently include copyrighted material reproduced under agreement with the copyright holder. Similarly, ASTM International may permit others to reprint its material based on appropriate license agreements. Section **F5** of Form and Style must be followed when referencing standards of other organizations.

**4.** The provision stated in A.3 (above) applies to all forms of media, including, for example, both hard copy and electronic formats.

**5.** Guidance to committees and members on protection of ASTM IP and avoidance of infringement of the rights of others is provided by the ASTM International staff.

**6.** Permission to Use ASTM IP. Only the President of ASTM International or the Vice President of Publications of ASTM International (in commercial transactions) can grant permission for the use, copying or distribution of ASTM IP by others. Any requests for such permission must be forwarded to ASTM International staff for consideration and further action.

### B. Intellectual Property Other Than Standards

**1.** ASTM International recognizes different ways to assign intellectual property rights:

**a)** When individual authors submit manuscripts of technical papers for publication by ASTM International, the author must sign an agreement (Author Agreement) whereby ownership of the material is assigned to ASTM International; however, if the technical paper was prepared in the course of the author's employment by the U.S., Canadian, or British Governments, ASTM acknowledges that copyright does not exist.

**b)** When ASTM International contracts, subsidizes, or agrees with writers, authors, editors, or others to prepare or otherwise help create ASTM IP other than technical papers as given in 1a above, a "Work for Hire" Agreement must be signed in which copyright is acknowledged to reside in ASTM International or will be assigned to ASTM International. Copyright shall be granted and/or assigned exclusively to ASTM International, including any and all rights protected by the copyright laws of the United States and all other countries as set forth in the respective agreement.

**2.** When ASTM International creates and distributes ASTM IP, ASTM International may do so in whatever manner it decides. This will not, however, preclude the use of the Intellectual Property by authors and editors as set forth in the applicable agreements described in 1a and 1b above.

ASTM003440

**3.** ASTM International will take reasonable precautions to preserve the property rights of an author of a manuscript submitted, but not accepted, for publication by ASTM International. **C.** Licensing. ASTM International may, at its sole discretion, assign, license or permit the use by others of ASTM IP. ASTM International requires any individual or entity who desires to copy, reproduce, market, create a derivative work utilizing or distribute any of ASTM International's Intellectual Property (e.g. Standards, Draft Standards, Certification Programs and materials, Adjuncts, Technical Papers, Research Reports, Manuals, Software, Training Course Materials, Certification Marks and Logos) to execute an appropriate ASTM License Agreement. Such agreements will normally require, among other things, that licensees not modify the ASTM IP and that they make appropriate copyright acknowledgments and royalty payments. ASTM International has no obligation to execute such agreements.

As amended by the ASTM International Board of Directors, October 28, 2003 and April 13, 2010

**JA1621**

ASTM003441

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 380 of 537

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 381 of 537

# EXHIBIT 95

How To

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 128 of 231
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 382 of 537

# STANDARDS WRITING



EXHIBIT

1320

7-24-15

# 101

## NEW STANDARDS

/by Felicia Quinzi/

YOUR INDUSTRY OR SERVICE SECTOR
NEEDS A NEW STANDARD, BUT
WHERE DO YOU BEGIN TO
GET IT WRITTEN AND
APPROVED?



**READ
ON.**

**W**riting a new standard can seem a daunting task, especially if you have never before thought of yourself as an author. However, ASTM, a consensus organization that wholly promotes collaborative efforts, offers many tools to get you started and see you through until the end or, at least, until someone votes negative.

# ToolBox

**"Search for Individual Standards" Page:** To find out if a standard is already developed in the area you want, go to **www.astm.org** (click on the ASTM Store, then on Search for Individual Standards and do a keyword search).

**"Request for the Development of a New Standard" Form:** Go to **www.astm.org** (click on Technical Committees/Membership, then on Standards Development Tools) or contact your staff manager.

*Form and Style for ASTM Standards:* Go to **www.astm.org** (click on Technical Committees/Membership, then on Standards Development Tools) or contact your staff manager.

**Interactive Standards Development Forums:** To develop standards online, see the ASTM Forums Web page (**http://astmforums20.micronexx.com**).

**WHAT YOU WILL NEED:**
- New Standard Development request form (Figure 1, see page 22);
- *Form and Style for ASTM Standards,* a.k.a. the "Blue Book";
- Input from other experts;
- Access to the Internet (optional);
- Instructions for establishing an interactive forum on the ASTM Web site (optional);
- Your staff manager;
- A No. 2 pencil or a PC;
- A comfortable chair;
- Patience.

**HOW GOOD IS MY IDEA?**

The first step is to introduce the idea for a new standard to the appropriate subcommittee. The concept must fall under the subcommittee's scope, first and foremost. The subcommittee should agree that the proposed activity is worthwhile, feasible, and needed. More importantly, verify that the standard you hope to write does not already exist under the jurisdiction of another committee or organization. Avoid duplication of effort and jurisdictional disputes!

To do this, do a keyword search of all approved ASTM standards on the ASTM Web site (see "Search for Individual Standards" in the ToolBox). If a standard turns up that sounds similar

to the one you are about to write, contact your staff manager for further information. In addition, your staff manager can assist in finding out whether your or another committee has a work in progress on a similar or related subject by searching draft standards under development in ASTM.

**NEW STANDARD DEVELOPMENT FORM**

The best way to ensure that an activity is appropriate is to complete the "Request for the Development of a New Standard" form (see ToolBox).

The subcommittee having jurisdiction over the proposed project should approve the development of the activity and the subcommittee chairman should subsequently sign the form. If you are between meetings, the chairman may sign the form on the assumption that there will be approval of the activity at the next meeting.

Filling out the form will trigger the crucial steps to be taken, such as (1) establishing a well-defined scope or objective; (2) identifying those who have expertise in a given area; (3) identifying those who need to be

made aware of, or invited to participate in, a given activity; (4) identifying the end users; (5) creating a task group representing all interests; (6) enabling the subcommittee to track a task group's efforts; and (7) publicity.

Ideally, the task group would be formed under the subcommittee with

## The best way to ensure that an activity is appropriate is to complete the "Request for the Development of a New Standard" form.

a manageable number of members (approximately four to six) representing a balance of interests. Should this task group need to look outside of the ASTM subcommittee or committee for expertise, other members or individuals should be invited to participate.

*NOTE—Task group members are not required to be members of ASTM.*

**JOINT TASK GROUPS**

Coordination and cooperation are two of the most important ele-

(CONTINUED ON PAGE 23)

MARCH 2000 // ASTM STANDARDIZATION NEWS

21

 **REQUEST FOR THE DEVELOPMENT OF A NEW STANDARD**
(COMPLETION OF THIS FORM IS REQUIRED FOR THE FORMATION OF A TASK GROUP TO DEVELOP A NEW STANDARD. SOME OF THE INFORMATION MAY NOT BE NECESSARY OR APPROPRIATE AS DETERMINED BY YOUR SUBCOMMITTEE.)

**SUBCOMMITTEE DESIGNATION** (e.g. A01.22): _____    DATE: _____

TASK GROUP CHAIRMAN: _____

PHONE: ( _____ ) _____    EMAIL: _____

ADDRESS (✱ only if non-ASTM member): _____
_____

PROPOSED DRAFT DOCUMENT TITLE: _____
_____

PROPOSED SCOPE: _____
_____
_____
_____

IMPORTANT KEYWORDS that are not included above: _____

PROJECTED TARGET DATE for first subcommittee ballot: _____

EXPLAIN why the standard is needed and how it will be used (i.e. adopted by government agency, procurement, quality assurance): _____
_____
_____

List other ASTM Committees or key outside organizations that you feel should be informed of this activity: _____
_____

LIST TASK GROUP MEMBERS ALONG WITH THEIR AFFILIATIONS:

| NAME | AFFILIATION | NAME | AFFILIATION |
|------|-------------|------|-------------|
| 1 | | 6 | |
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

Are you interested in utilizing the **ASTM Web-Based Interactive Standards Development Forums?** (please check one)  ☐ Yes   ☐ No

   **APPROVED AT SUBCOMMITTEE MEETING ON:** _____ (date)
   **OR**
   **APPROVED BY SUBCOMMITTEE CHAIRMAN ON:** _____ (date)
   <u>**NOTE:**</u>  If approved by the chairman between meetings, the task group will be approved by the subcommittee at their next meeting.

**SIGNATURE** OF SUBCOMMITTEE CHAIRMAN: _____

*By completing this form, the task group chairman acknowledges that all copyrights to this document, as a draft and as an approved ASTM standard, are the sole and exclusive property of ASTM, in accordance with the Intellectual Property policies of the Society.*

**SIGNATURE** OF TASK GROUP CHAIRMAN: _____

➤    **FORWARD COMPLETED FORM TO YOUR COMMITTEE STAFF MANAGER**

10/99

ments of standards development and maintenance. By coordinating openly with other members, a task group can bring together key stakeholders and receive input at the start of a project, rather than later on when much time and energy has been expended.

Furthermore, when a subcommittee identifies other subcommittees that should be represented on the task group, the subcommittee chairman should inform his or her staff manager. The manager will initiate coordination between the two or more subcommittees. Then, additional members will join the task group to represent the interests of the committees to which they belong. We call this a "joint task group." This could also be the case for representatives from organizations other than ASTM. The joint task group is a vehicle for individuals to communicate their interests.



HOW TO

### PUBLICIZE!

If you are uncertain as to whether another committee or organization is interested in or may be impacted by your activity, publicize! Your staff manager can assist you with contacting the ASTM Corporate Communications Department.

### HOW WILL THE STANDARD BE USED?

Doing the research up front will save time and energy. Ask questions of your subcommittee, such as: "Is it possible that the standard will be cited in a building code?" "Will a government agency or regulatory body adopt the standard?"

### START WRITING

Start by writing "Draft #1" at the top of your first page. It is likely that there will be more than one or two drafts of the document and it is always interesting to keep track.

### WHAT KIND OF STANDARD AM I?

Now is the time to reach for your Blue Book (*Form and Style for ASTM Standards*) and dust it off, or download the latest version (October 1999) from the Web site (see ToolBox). Review the definitions of test method,

specification, practice, guide and classification. By determining which type of standard you are writing, you will know which mandatory sections must be included in your document.

Once you know which sections you need, you can start with an outline, such as (in the case of a test method):

▶ Title;
▶ Scope—purpose of the standard, general information;

## The draft will have become a consensus document created, refined, and agreed upon by the experts in the industry.

▶ Significance and Use—how the standard is to be applied, specific information;
▶ Apparatus;
▶ Materials;
▶ Procedure;
▶ Keywords for indexing purposes.

### USING THE INTERNET

ASTM encourages the use of the Interactive Standards Development Forums, a Web-based standards development tool to which you have access 24 hours a day, seven days a week (see ToolBox). Through the Forums, a task group chairman can designate who has the ability to review and

comment on a draft. Headquarters assigns each task group member a password when a Forum is created. The task group members view not only the draft, but also each other's comments.

### YOUR FIRST DRAFT GOES TO BALLOT

A first draft typically goes to a subcommittee ballot and receives its first round of comments and negatives. This is actually very positive and productive for the task group.

If, as mentioned above, a joint task group is working on the draft because another subcommittee needs to be involved, an "informational ballot" is an option. In addition to balloting within the subcommittee with jurisdiction, a different subcommittee may receive an informational ballot. Comments received on the informational ballot are handled in the same manner as a negative or comment on the official ballot.

### A STANDARD IS BORN

Maybe it seemed as though there were a few obstacles. Perhaps you thought there was too much paperwork. However, the draft is approved and published as an ASTM standard. The draft will have become a consensus document created, refined, and agreed upon by the experts in the industry. The standard can be used worldwide in the international marketplace and adopted by countries in places where you have never been. We think that it's worth it. //

**Felicia Quinzi** is a manager in the Technical Committee Operations Division.

MARCH 2000 // ASTM STANDARDIZATION NEWS

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 386 of 537

# EXHIBIT 96

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; | Case No. 1:13-cv-01215-TSC-DAR |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and | |
| AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC., | |
| Plaintiffs/Counter-defendants, | |
| v. | |
| PUBLIC.RESOURCE.ORG, INC., | |
| Defendant/Counterclaimant. | |

**EXPERT REPORT OF JAMES R. FRUCHTERMAN**

# Table of Contents

Introduction ................................................................................................................. 1

Background and Qualifications ....................................................................................... 2

What Does Accessibility Mean for a Blind Person? ...................................................... 3

Overview and Summary of Opinions ............................................................................. 5

Testing the National Fire Protection Association Website's Accessibility ................... 7

Testing the American Society of Heating, Refrigerating and Air-Conditioning Engineers Website's Accessibility ................................................................................. 10

Testing the American Society for Testing and Materials Website's Accessibility ....... 12

Testing the Public.Resource.Org Website's Accessibility ............................................ 14

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 389 of 537

## Introduction

As an expert in accessibility of written materials for people who have disabilities that affect using standard print (people who are print disabled), I have been retained by Public.Resource.Org to evaluate the accessibility of certain online content available on the websites of the plaintiffs and the defendant in this case.  As someone dedicated to improving accessibility for the benefit of people with disabilities and in the public interest, I agreed to evaluate the accessibility to people who are blind of specific commonly used standard documents located on different websites.

This expert report is a summary of certain opinions that I intend to give, if asked, at trial regarding the accessibility of documents on various websites to people who are blind.  This report also states the bases for my opinions, and it discloses the data or other information considered in forming those opinions.  I reserve the right to change or supplement this report if additional evidence comes to my attention, and to prepare demonstratives and/or exhibits to illustrate or explain my opinions, as appropriate.

A copy of my curriculum vitae, including a list of my publications and presentations, is **Exhibit A** to this report.  I provide my expertise in this case pro bono, and I am not receiving compensation for my time researching, writing this report, or testifying.  I previously served as an expert in *The Authors Guild, Inc. et al. v. HathiTrust, et al.*, Case No. 1:11-cv-06351-HB (S.D.N.Y.) (case filed September 12, 2011), although I did not testify in that case.  I have not given deposition or trial testimony in the past four years.

1

**JA1631**

## Background and Qualifications

I serve as Founder and Chief Executive Officer of Benetech, a nonprofit dedicated to creating new technology solutions that serve humanity and empower people to improve their lives.  In 1980 I earned a B.S. in Engineering and an M.S. in Applied Physics from California Institute of Technology.  I co-founded Calera Recognition Systems in 1982.  Calera developed optical character recognition (OCR) technology that allowed computers to read virtually all printed text.

In 1989, I founded Arkenstone, a nonprofit social enterprise, which produced reading machines for the print disabled community based on the Calera technology, and was at one time the largest maker of affordable reading systems for the blind.  The Arkenstone product line was sold in 2000 and the resulting capital funded the next phase of Arkenstone under its new name, Benetech.  I have been the CEO of Benetech/Arkenstone since 1989.

I have served on three U.S. federal government advisory committees for disability issues: the Section 255 Telecommunications Access Advisory Committee, the Section 508 Electronic Information and Technology Access Advisory Committee, and the Advisory Commission on Accessible Instructional Materials in Postsecondary Education for Students with Disabilities. I have received numerous other awards and recognition for my work making print materials accessible to people who are blind or otherwise print disabled.  In 2006 I received a MacArthur Fellowship.  I was named an Outstanding Social Entrepreneur in 2003 by the Schwab Foundation and have frequently participated in the World Economic Forum Annual Meetings in Davos, Switzerland.  Benetech received the Skoll Award for Social Entrepreneurship under my leadership.  I also received the Migel Medal from the American Foundation for the Blind, the Robert F. Bray Award from the American Council of the Blind, and the American Library

Association's Francis Joseph Campbell Award in recognition of my successful efforts to make literary works more accessible to people who are blind or visually impaired.

## What Does Accessibility Mean for a Blind Person?

Accessibility is usually defined in a functional way: can a person with a disability independently access the same information and perform the same tasks as a person without a disability?  When it comes to accessing materials traditionally available as print, such as standards, there are many groups of print disabilities.  The most severe is blindness, where a person cannot perceive the printed text at all.  The next is vision impairment, where a person generally cannot perceive the text directly or with corrective lens, but may be able to use magnifiers of different types to read the text.  Another group is learning disabilities that interfere with reading, such as dyslexia.  A closely related group of disabilities involve brain injuries that affect reading or the retention of material read.  Another group is physical disabilities that interfere with the holding or seeing of books or the turning of pages.

In this report, I focused on the accessibility challenges that would be experienced by blind people, because they are generally the most severe print disabilities.  The other groups of people with print disabilities use similar technologies to access print (such as having it read aloud), and experience similar challenges as blind people.  In the accessibility field, it is generally understood that if you make information accessible to a blind person, it will probably also meet the accessibility needs of the great majority of people with other print disabilities.

The most common technology used by a blind person for accessibility is called a screen reader.  As the name suggests, a screen reader is a program that runs on a personal computer or a smartphone that reads the information on the screen aloud (using a computer-synthesized voice)

3

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 392 of 537

to a blind person.  The screen reader runs "on top of" other programs, figuring out not only what text is on the screen, but also the controls that are displayed: items such as buttons, menus, text-entry boxes and the like.  Because of the amount of information on a complete screen, and its complexity, blind people need to be able to focus on the most important information so that they do not waste time listening to everything on the screen.

For the purpose of this report, measuring the accessibility of standards, I am assuming that the blind user is using a screen reader on top of a web browser on a personal computer. Based on the information the screen reader can glean from the web pages displayed on the screen, can a blind person locate the standard and read it?

The accessibility tasks I tested were designed to assess whether a blind user with basic assistive technology skills could perform the same kind of tasks one might expect a user without a disability to perform in accessing a given standard, without requiring the intervention of a third party.  This functional approach is the most common method of assessing accessibility. The specific tasks I investigated were:

- Could a blind user with basic assistive technology skills independently access a specific standard of interest?

- Could a blind user independently read the entire standard using assistive technology?

- Could a blind user independently navigate to a specific place in the standard and read the content in that place?

- Could a blind user independently do a full text search and find specific mentions of terms of interest?

I conducted these tests on a number of the same standards available on the Public.Resource.Org website and in the free reading sections of the websites of the National Fire Protection

**JA1634**

Association (NFPA), the American Society of Heating, Refrigerating and Air-Conditioning

Engineers (ASHRAE), and the American Society for Testing and Materials (ASTM).  I primarily

used the Window-Eyes screen reading software to perform my tests, but I also confirmed some

of my observations with the JAWS screen reading program (these are the two most commonly-

used screen reading programs by people who are print disabled).  In order to further confirm my

observations, I was assisted by an engineer who is blind and who is a skilled daily user of screen

reader software.  This engineer used the JAWS screen reader to confirm that as an individual

who is print disabled and a regular user of a screen reader program, he was unable to access the

website and several specific standards that I had found to be inaccessible to people who are print

disabled.

## Overview and Summary of Opinions

Having reviewed the accessibility of the same standards content rendered by

Public.Resource.Org and those of the free access options provided by the NFPA, ASHRAE and

ASTM, it is my opinion that Public.Resource.Org currently provides the only accessible option

for people/citizens with print disabilities to access these standards.

Based on my extensive experience with content accessibility, approaches for "free

access" that make it impossible to copy text generally make it impossible for the assistive

technology used by people with print disabilities, especially blind people, to read the text aloud,

present it visually in more accessible manners, or make the text available in braille.

Technological mechanisms that are designed to stop copying generally have the unfortunate side

effect of locking out people with print disabilities from the ability to read the material.

5

**JA1635**

The versions of the standards on the NFPA, ASHRAE, and ASTM free reading websites are not available in a way that is accessible to blind users.  First, the NFPA and ASTM websites require registration before a user can access free standards on their websites.  Although a blind user may be able to register on the ASTM website, a person who is blind would not be able to independently gain access to the NFPA standards because the NFPA website uses a registration process that employs buttons without proper markings for the blind to perceive them with accessibility software.  Second, the free reading websites for NFPA, ASHRAE, and ASTM each display their standards in separate windows that prevent assistive technology from perceiving the words in those windows, meaning that that blind people would not be able to tell the difference between the standards and a blank window.  These websites do not allow the text of the standard to be read aloud by a screen reader; the navigation controls do not work with a screen reader, so blind people are unable to navigate to a specific location in the standard; and the text search function does not work with a screen reader.

In contrast, the versions of the standards on the Public.Resource.Org website are available in a way that is accessible to blind users.  Firstly, the Public.Resource.Org website does not require a registration process before a user can access the files containing the standards; the files are directly available to users.  Secondly, many of the standards on the Public.Resource.Org website are available in well-structured HTML, a highly accessible format that allows blind users similar quality of access as that enjoyed by a person without a disability accessing a print version of the standard (or a locked digital version).  Although some standards are available only in PDF format on the Public.Resource.Org website, those documents are accessible through extra steps such as optical character recognition.  To summarize, it is my opinion that the standards on the Public.Resource.Org website are accessible to the blind through screen reader software, whereas

6

the standards on the free reading portions of the NFPA, ASHRAE, and ASTM websites are not accessible to the blind through screen reader software. Furthermore, it is my opinion that people with other print disabilities, such as vision impairment, dyslexia, brain injury and physical disabilities, would find the standards on the Public.Resource.Org accessible with screen readers and other assistive technology, whereas the standards on the free reading portions of the NFPA, ASHRAE, and ASTM websites would not be accessible to the great majority of people with these types of print disabilities.

### Testing the National Fire Protection Association Website's Accessibility

I performed my test of the NFPA, ASHRAE, and ASTM websites in two phases. The first phase was an investigation of whether a blind or visually impaired person can gain access to a standard on the NFPA website by going through a process of obtaining free access while using a screen reading program. On the NFPA website it appears that users must register and agree to terms of use before accessing any of the free standards on the website. The results of the test are that a blind user would not be able to independently sign up for a free account on the NFPA website because the registration process involves elements that cannot be perceived by screen reading software.

The accessibility standard in common use for websites is the Web Content Accessibility Guidelines (WCAG), published by the World Wide Web Consortium, the main standards body for technology related to the Web. A copy of the WCAG is **Exhibit C**. (As with other World Wide Web Consortium standards, the WCAG standard is freely available at no cost on the World Wide Web Consortium website, in HTML, as stated in the World Wide Web Consortium Document License, **Exhibit D**). The very first element in the WCAG standard specifies that

7

**JA1637**

"information and user interface components must be presentable to users in ways they can perceive."  The key recommendation for how to address this need is to "provide text alternatives for any non-text content so that it can be changed into other forms people need, such as large print, braille, speech, symbols or simpler language."  The two easiest ways to meet this requirement are to present textual content as text and to add text labels to non-text content.  For example, the text in a regular web page is highly accessible: the screen reader software can simply grab each word, sentence and paragraph and read it aloud (or make it larger, or provide it to a braille device).  Screen readers understand web page structure, so links and headers are identified as such when they are read aloud.  A visual button on a page can easily have a text label as part of the web page that identifies its function (for example, "I agree").  A screen reader encountering such a button on a web page would simply say aloud "Button, I agree," and the screen reader provides a blind person with a way to activate the button using the keyboard (because blind people avoid using mice for obvious reasons).

These fundamental requirements for accessibility are the ones that the NFPA website fails to meet.  Rather than cataloging the many parts of the WCAG accessibility standards the NFPA website fails to meet, I will focus on two key items.  The first is that a blind person trying to sign up for a free access account needs the assistance of a sighted person to sign up.  This is because, for instance, the NFPA website uses a visual button for the "I Agree" function on its registration page, and this visual button fails to have a text label, meaning that a blind person using a screen reader would not know what the button is for.  A blind person who arrived at the point where he or she needed to assent to the terms and conditions after some effort would not be able to tell what to do, or which button to push, because there is no text equivalent attached to the "I AGREE" button.  On the NFPA website, the screen reader knows that there are buttons but

can't tell what they do because there are no text labels on them, and the letters "I AGREE" are shown only as a picture of those words, which is not perceptible to a blind person.

The second phase of my test was to perform the functional tests on a specific standard, NPFA 101-2000.  In this second phase of the test is also where the NFPA free access website fails to make the text accessible, and fails to meet the WCAG accessibility standard mentioned above.  Rather than presenting the text in a standard webpage, which is the typical way to present information in a web browser, the NFPA site opens an image-only window.  Rather than presenting the text of the standard as HTML text, it presents it as a picture of the text.  See the screen shot below.



To a sighted person, both the text in a standard webpage and the text in an image-only window looks pretty similar: the words are visible.  But, "under the hood," so to speak, the use of an image prevents the browser from presenting the text on the screen as text.  A browser ordinarily transmits text to a screen reader in a way that facilitates access for the visually

9

impaired.  Instead, when NFPA's website presents text only within an image, the web browser

processes it as an image, as if someone took a picture of a page and sent it as a photo rather than

sending a text file.  The screen reader cannot perceive the text in an image; all the screen reader

can perceive is that there is a big picture on the screen.  A screen reader stops working at this

point: it does not know what is in the picture.  And so even if a blind person were able to open a

specific standard on the NFPA website, such as NFPA 101, he or she will not be able to perceive

any of the content in the standard because the page appears blank to him or her.  This means that

on the NFPA free reading website a blind person cannot independently read the standard, go to a

specific page within it, or search it for terms of interest.

## Testing the American Society of Heating, Refrigerating and Air-Conditioning Engineers Website's Accessibility

Counsel suggested I investigate the accessibility of ASHRAE Standard 90.1-2010,

Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P).  ASHRAE's

website does not require a visitor to sign up for a free account before viewing certain standards,

and so a blind user should be able to navigate to the place where online read-only versions of the

standards reside, and then identify specific standards by number and description.  Thus, the first

of the four tasks, navigating to a specific standard, is a task that a blind person can perform

independently on the ASHRAE website.  See the screen shot below of this portion of the

ASHRAE website with the listing of links to different standards.

10



However, once a specific standard is chosen, the standard is not perceptible to a blind person, for the same reason that I discussed earlier with respect to the NFPA website.  See the screen shot below of the ASHRAE 90.1-2010 standard as displayed on the website.  The text of the standard is inaccessible to a blind person, and therefore a blind person is unable to perform the functional accessibility tasks.  First, the ASHRAE website presents the standard in a window that prevents screen reader software from reading aloud the text of the standard.  Second, the navigation controls on the standards-display portion of the ASHRAE website do not work with a screen reader, so a blind person would be unable to navigate to a specific location in the standard.  Lastly, although there is a text search function that works for a sighted person, I was unable to get that functionality to work with a screen reader.  And, even if I could get the search function to work with a screen reader, a screen reader would still be unable to read aloud the actual content of the standard at that point, and so the exercise would be pointless for a blind person.

11



Because the ASHRAE website provides the content of the standard as an image, it is inaccessible to a blind person.  As I mentioned above, the WCAG accessibility standard requires the text to be provided for any information delivered as an image, and the ASHRAE website fails to do so for the standard I tested.  I also tested five other ASHRAE standards (ASHRAE 62.1-2013, 62.2-2013, 90.1-2013 (I-P), 90.2-2007, and 189.1-2014) on the ASHRAE website, and they all presented the same image-based interface to the standards, and are therefore inaccessible to blind people.

## Testing the American Society for Testing and Materials Website's Accessibility

Counsel suggested I investigate the accessibility of Standard B557-84 Wrought and Cast Aluminum- and Magnesium-Alloy Products.  The ASTM website requires visitors to sign up for a free account before viewing certain standards.  The process of setting up a free account is accessible, and therefore a blind person should be able to independently gain access to the

12

ASTM Reading Room, where the standards are located.  A blind user could navigate to the place

where online read-only versions of the standards reside, and could identify specific standards by

number and description.  Thus the first of the four tasks, navigating to a specific standard, was a

task that a blind person could perform independently.  See the screen shot below of this portion

of the ASTM website with the listing of links to different standards.



I was able to locate a version of the standard ASTM B557-84e1.  When one selects the standard,

a new window appears with an image-only viewer of the standard.  For the same reason as I

described earlier with respect to the NFPA and ASHRAE websites, this standard on the ASTM

website is not perceptible to a blind person.  First, the ASTM website presents the standard in a

window that prevents screen reader software from reading aloud the text of the standard.

Second, the navigation controls on the standards-displaying portion of the ASTM website do not

work with a screen reader, so a blind person would be unable to navigate to a specific location in

the standard.  I was not able to locate a text-searching function on the ASTM standard I

examined.



Because the content of the ASTM standard appears as an image in the ASTM Reading

Room, it is inaccessible to the blind person.  As I mentioned above, the WCAG accessibility

standard requires the text to be provided for any information delivered as an image, and the

ASTM website fails to do that for the standard I tested.  I also tested the first standard listed on

the website, ASTM A20/A20M-93a, and it presented the same image-based inaccessible

interface to the standard, meaning that a blind person would not be able to perceive it.


## Testing the Public.Resource.Org Website's Accessibility

After unsuccessfully trying to access the NFPA 101-2000, ASHRAE 90.1-2010 and

ASTM B557-84 standards on the websites of the three standards organization as a blind user

would, I went to the same standards on the Public.Resource.Org website and tried the same

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 403 of 537

tasks.  I was able to successfully complete all of the accessibility tasks on all three of the

standards on the Public.Resource.Org website.

The Public.Resource.Org website has no required sign-up procedure, so I did not need to

test the accessibility of that process.  It is possible to go directly to a specific standard either by

using a direct weblink or by navigating the text-oriented website.   For example, searching on the

terms "NFPA 101 resource.org" shows the standard available directly from Google's search

engine in the top few links, in both PDF and HTML form.  HTML is generally more accessible,

so I selected that link and it directly opened up in my browser.  The entire text of the standard

was available, and I was able to read the standard using screen reading software, navigate to a

specific place in the document using screen reading software, and search for key terms using

screen reading software.  My test therefore indicated that a blind person using a screen reader

would be able to perform all of the functional tasks: reading the entire standard, navigating to a

specific place in the standard, or searching on key terms.  Because the text is provided as

standard HTML, a blind person is able to listen to the text, or access it using a digital braille

device.  This kind of HTML content is also highly accessible to people with other print

disabilities and the assistive technology they use to access print.  For example, people with low

vision or with dyslexia often use a screen reader to read text aloud.

15

**JA1645**

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 404 of 537



I also found a version of the ASTM B557-84 standard on the Public.Resource.Org website as an HTML file.  It was well-structured and highly accessible.  Like the NPFA 101-2000 standard on the Public.Resource.Org website, this standard could be readily located and accessed by a blind person using a screen reader, and could then be perceived in its entirety using the screen reader.

I then examined the accessibility of more recent versions of the NFPA 101 standard located on the Public.Resource.Org website.  These were available only in PDF formats, not HTML.  I accessed the 2012 version of the NPFA 101 standard, and found that it was an image-based PDF.  I also searched for the ASHRAE 90.1-2010 standard and found it in PDF form on the Public.Resource.Org website without needing to login to access it.  It was also an image-based PDF.  Image-based PDFs are generally not accessible to blind people.  However, these files both came with the underlying text associated with the page images.  It was possible for me to open the PDFs in a browser or Adobe Reader, do a Select All command (Control A on a PC),

a Copy command (Control C on a PC) and then switch to a text-oriented word processing

program (Microsoft Word) and paste the text of the entire standard into a file there. The text

appeared to be an automatic optical character recognition version of the standard, which meant

there were some errors in the transcription. But, generally the accuracy was sufficient to perform

the functional tasks: reading the entire standard, navigating to a specific place in the standard, or

searching on key terms. It should be noted that this approach would not likely occur to a blind

person opening an image PDF file, because the Adobe software does not announce that the

underlying text was present. It is also possible for a blind person to independently perform

optical character recognition on image-based PDFs themselves and access the text that way, and

many advanced computer users that are blind would be aware that this is possible. Although

performing optical character recognition on a PDF is not as optimal as having HTML text

available to read immediately without conversion, this method by which PDFs can be made

perceptible to the blind is still better than having no access, which is effectively what the NFPA,

ASHRAE, and ASTM websites offer.

Dated: April 13, 2015

James R. Fruchterman

17

**JA1647**

# **Exhibit A**

# James R. Fruchterman

Founder and CEO

Benetech

## Education

- California Institute of Technology
  B.S. Engineering, 1976-80
  M.S. Applied Physics, 1978-80

- Stanford University, 1980-81
  Ph.D. Studies in Electrical Engineering

## Professional Experience

- CEO and Founder, 2015-present
  President, CEO, Chairman, Founder, 2000-2014
  Benetech (name changed from Arkenstone in 2000)
  Palo Alto, California

- President, CEO, Chairman, Founder, 1989-2000
  Arkenstone, Inc.
  Moffett Field, California

- Director, 1989-present
  Vice President Finance, CFO, 1989-2004
  President & CEO, Founder, 1989-95
  RAF Technology, Inc.
  Palo Alto, California and Redmond, Washington

- Vice President, Marketing, 1987-89
  Founder, Vice President, Finance, 1982-88
  Calera Recognition Systems, Inc.
  Santa Clara, California

- Prior engineering positions with:
  - Phoenix Engineering, Inc.
  - G.C.H., Inc.
  - IBM T.J. Watson Research Center
  - General Motors Company
  - NASA — Jet Propulsion Laboratory
  - Fermi National Accelerator Laboratory

**Publications**

- Technology Serving Humanity (chapter). In Schultz, R. (editor) *Creating Good Work*, Palgrave Macmillan, February 2013

- Guest Editor's Page, AFB Journal of Visual Impairment & Blindness, October-November 2012

- An Interview With Technology Guru George Kerscher, AFB Journal of Visual Impairment & Blindness, October-November 2012

- For Love or Lucre, Stanford Social Innovation Review, Spring 2011

- Developing Information Technology to Meet Social Needs. In *Innovations*, MIT Press, 2008

- Accessing Books and Documents, a chapter in the book, Assistive Technology for Vision-Impaired and Blind People, Springer Verlag 2008

- Everyone Deserves Access to Technology, OpEd in *The Sacramento Bee* by Jim Fruchterman and Gregg Vanderheiden, June 17, 2007

- Document Recognition Serving People With Disabilities, *Proc. SPIE 6500*, International Society for Optics and Photonics, 2007

- Pattern Recognition Technology Helps Disabled People Access Books, *SPIE Newsroom*, International Society for Optics and Photonics, May 14, 2007

- Nothing Ventured Nothing Gained, Addressing the Critical Gaps in Risk-Taking Capital for Social Enterprise, by Jed Emerson, Tim Freundlich and Jim Fruchterman, published by Oxford Said Business School, 2006

- Build Great Companies, Then Help Build a Great World, OpEd in *The San Jose Mercury News*, November 13, 2006

- Comments on Accessibility of Google Print and Google's Library Project, white paper, February 2005

- Technology Benefiting Humanity, published in the Association for Computing Machines *Ubiquity* magazine, March 2004

- The Power of Technology Social Enterprises, published in the N-TEN forecast series, February 2004

- In the Palm of Your Hand: A Vision of the Future of Technology for People with Visual Impairments, published in the American Foundation for the Blind's *Journal of Vision Impairment and Blindness*, October 2003

- The Chafee Amendment: Improving Access to Information, published in *Information Technology and Disabilities*, a journal published by Equal Access to Software and Information (EASI), co-authored with Bookshare Senior Product Manager Alison Lingane, October 2003

- The Soundproof Book: Exploration of Rights Conflict and Access to Commercial EBooks for People with Disabilities, published in *First Monday*, co-authored with George Kerscher, the International Project Manager of the DAISY Consortium, May 2002

- Bookshare, Books without Barriers, at the Closing the Gap conference, Minneapolis, MN, October 2001

- Two presentations given at the IT Accessibility 2001 Conference, May 2001 at the National Institute of Standards and Technology
  - I Dream of Software
  - The Business Case for Adaptive Technology

- Humanizing the Voice of the Machine, with Prof. Mari Ostendorf (University of Washington), Annual Meeting of the American Association for the Advancement of the Machine, Boston, MA, February 2000

- The Many Facets of Open Book: Ruby Edition, California State University, Northridge (CSUN), 15th Technology and Persons with Disabilities Conference, March 2000

- Corporate Responsibility for Adaptive Technology, California State University, Northridge (CSUN), 14th Technology and Persons with Disabilities Conference, March 1999

- Developing Partnerships for Assistive and Universally Designed Technology for Persons with Disabilities, Testimony before United States House of Representatives, Committee on Science, Subcommittee on Technology, August 4, 1998

- Access to Maps and Location Information through Virtual Reality Techniques and GPS Satellite Receivers, 3rd International Technical Aids Seminar, Tokyo, Japan, July 1994

**Invited Talks**

- "*Innovation in America: The Role of Technology*," August 1, 2013, Testimony before U.S. House of Representatives,  Judiciary Committee's Subcommittee on Courts, Intellectual Property, and the Internet.

- "Social Change at Scale – That's Innovation!" May 2012, TEDxSanJoseCA 2012, San Jose, CA.

- *"The Power of Failure, People and Karma Banking,"* May 20, 2012, Commencement speech, St. Mary's College, Moraga, CA.

- *"Raising the Floor," October, 2011, Keynote Speech,* Association for Education and Rehabilitation of the Blind and Visually Impaired Conference, Cleveland OH.

- *Keynote speech, IEEE Sections Congress, August 2011, San Francisco, CA.*

- "Making the Book Truly Accessible," Tools of Change Conference, New York, NY, 2011 Keynote Speech

- UBS-Ashoka Visionaris Award, Keynote Speech, Social Entrepreneur of the Year Award, Mexico City, Mexico, September, 2010

- A series of three invited speeches on Bookshare and accessible books, in Tokyo, Shizuoka and Osaka, Japan, February, 2009

- Keynote Speech, Social Enterprise World Forum, Edinburgh, Scotland, September, 2008

- "Raising the Floor: Providing Accessible Technology and Content to Every Person with a Disability on the Planet," International Conference on Computers Helping People with Special Needs, Linz, Austria, July, 2008 Keynote Speech

- "Raising the Floor," CSUN Conference on Technology and Persons with Disabilities, March, 2008 Keynote Speech

- Extensive speaking engagements to students about technology serving people with disabilities. Have done invited talks at:
    - Stanford University
    - University of California at Berkeley
    - Brigham Young University
    - University of the Pacific
    - Santa Clara University
    - California Institute of Technology
    - San Jose State
    - University of California at Santa Cruz
    - University of California at Davis
    - Loyola Marymount University
    - Pepperdine University
    - University of Washington
    - Columbia University
    - Harvard University
    - University of Geneva
    - Oxford University
- Inflection Point Opportunities in Social Investment, Closing Keynote for the UBS Philanthropy Forum, Lisbon, Portugal, July 2007
- It's Not Rocket Science: Building Social Enterprises, Keynote for the 7th Gathering of the Social Enterprise Alliance, Atlanta, Georgia, March 2006
- Opening Keynote for the Global Social Venture Competition, New York, April, 2006
- Keynote for the 7th IAPR Workshop on Document Analysis Systems, Nelson, New Zealand, February 2006
- Building a Global Library for People with Print Disabilities, a speech for the World Summit on the Information Society, Tunis, Tunisia, November 2005
- Innovating Information Technologies to Protect Human Rights, a speech for the World Affairs Council of Northern California, February 2004
- Setting the 2004 Agenda: Technology, speaker at the World Economic Forum, Davos, Switzerland, January 2004
- Seizing Market Failure as an Investment Opportunity, Keynote for the Business for Social Responsibility Annual Conference, Los Angeles, November 2003.
- In the Palm of Your Hand, Keynote for the World Blind Union Asia Pacific conference, Singapore, November, 2003
- Technology and Human Rights, University of Peradeniya, Sri Lanka, November, 2003
- When Markets Fail, Who Responds? Discussion Leader at the World Economic Forum, Davos, Switzerland, January 2003
- Technology for Nonprofits, with Michael Gilbert, National Gathering for Social Entrepreneurs, Minneapolis, MN, December, 2002
- Bookshare: Large Scale, Web-Based Accessible Books, TechShare conference organized by

the Royal National Institute of the Blind, Birmingham, UK, November 2002

- Putting Technology to Work for Development, speech at the United Nations to the joint meeting of the World Technology Network and UNOPS, July 2002

- Bookshare: The Project for Creating Accessible Books through Computers, at the General Session of the National Federation of the Blind 2002 Annual Convention, July 2002

- Stanford Social Entrepreneurship Conference, January 2002

- The Once and Future Web: Tenth Anniversary of the First U.S. Web Page at the Stanford Linear Accelerator Laboratory, December 2001

- NetImpact Annual Conference at Kenan-Flagler Business School, November 2001

- American Council of the Blind Annual Convention, July 2001

- Bringing Socially Beneficial Technology into the Service of Humanity, EE380 at Stanford University, April 2001

- Information Technology in the Service of Human Rights at the Computers, Freedom and Privacy Conference, March 2001

- Rank Prize Fund Symposium, Grasmere, England

- Guest Lecturer for CSUN program in disability leadership

**Professional Associations**

- Association for Computing Machinery

- Institute of Electrical and Electronics Engineers

- American Association for the Advancement of Science

- Social Enterprise Alliance

**Awards and Public Service**

- Head of Benetech Delegation, Diplomatic Conference to Conclude a Treaty to Facilitate Access to Published Works by Visually Impaired Persons and Persons with Print Disabilities, World Intellectual Property Organization, Marrakesh, Morocco (2013)

- Member, Global Agenda Council on Measuring Sustainability, World Economic Forum (2012-2014)

- Member of the Board of Directors, ZeroDivide, foundation investing in community enterprises that leverage technology to benefit people in low-income and other underserved communities (2007-2013)

- Commissioner, Federal Advisory Commission on Accessible Instructional Materials in Postsecondary Education for Students with Disabilities, 2010-2011

- Duke University, CASE Award for Enterprising Social Innovation, 2011

- Brigham Young University, Center for Economic Self-Reliance Social Innovator of the Year, 2009

- AT&T Technology Innovation Award from the Alliance for Technology Access, March

2008

- Strache Leadership Award from the California State University, Northridge, 2007

- John D. and Catherine T. MacArthur Foundation Fellowship, 2006

- Technical Advisory Committee Member, National Instructional Materials Accessibility Standard, U.S. Department of Education (2005-2008)

- Advisory Committee Member, National Instructional Materials Accessibility Center, U.S. Department of Education (2006-present)

- Skoll Award for Social Entrepreneurship, 2004 and 2006

- Fast Company Social Capitalist Award: Top 20 Groups Changing the World, 2004

- Laureate, The 2003 and 2001 Tech Museum Awards

- American Library Association Francis Joseph Campbell Award, 2003

- Schwab Foundation Outstanding Social Entrepreneur of 2003 Award

- Member, the Community Partnership Committee, which oversees a diversity and disability agreement with SBC, Inc.

- Runner-up, Yale-Goldman Sachs National Nonprofit Business Plan Competition, 2003

- American Foundation for the Blind Access Award, 2003

- Robert S. Bray Award, The American Council of the Blind

- Winner, Education Category, 2002 Stockholm Challenge

- Fast 50 Champion of Innovation 2002

- Judge, 2002 National Social Venture Competition

- Member, Board of Directors of the Social Enterprise Alliance (2000-2010, chair 2008-2010)

- Member of the Advisory Board, Telecommunications Access Rehabilitation Engineering Research Center, a joint effort of the Trace R&D Center of the University of Wisconsin-Madison and the Technology Access Program of Gallaudet University, 2001

- Panelist, National Science Foundation Small Business Innovation Research Program, 1998, 2000, 2003

- Participant, 1998 NSF Workshop for Discussing Research Priorities and Evaluation Strategies in Speech Synthesis, August, 1998

- Member, Electronic Information and Technology Access Advisory Committee, a federal advisory committee responsible for drafting federal acquisition standards for accessibility under Section 508, 1998-1999

- Member, Telecommunications Access Advisory Committee, a federal advisory committee responsible for making recommendations to the U.S. Access Board and Federal Communications Commission on implementing portions of the 1996 Telecommunications Act, 1996-1997

- U.S. Patent Number 5,470,223: System and Method for Tracking a Pedestrian

- Finalist, 1996 Discover Magazine Awards for Technological Innovation
- 1996 Access Award, American Foundation for the Blind

**Major Works and Areas of Expertise**

- Founder and CEO of Benetech, a highly innovative nonprofit company focused on using the power of technology to address social needs in areas such as disability, literacy, human rights and the environment.

- Founder of Arkenstone, Inc., a leading nonprofit organization providing adaptive technology for education and employment for people with disabilities and the largest maker of reading systems for people with blindness, vision impairment and learning disabilities. Developer of the Arkenstone Reader, the first affordable reading system for the blind. Designer of Open Book, the first talking Windows program for the blind. Co-inventor of Atlas Speaks, the first accessible map software for the blind, and of Strider, a talking GPS locator for the blind.

- Cofounder of RAF Technology, Inc., the nation's leading company in optical character recognition technology for processing forms in postal and medical applications. RAF's software is used to route the United States mail.

- Cofounder of Calera Recognition Systems, Inc., the first company to develop omnifont optical character recognition that works without user training.

# <u>Exhibit B</u>

Documents, Facts, or Data Considered in Forming My Opinions:

- The ASHRAE website, at www.ashrae.org
- The ASTM website, at www.astm.org
- The NFPA website, at www.nfpa.org
- The Public.Resource.Org website, at www.public.resource.org
- World Wide Web Consortium's Web Content Accessibility Guidelines (WCAG) 2.0, at http://www.w3.org/TR/WCAG20/
- Window-Eyes screen reader software
- JAWS screen reader software
- I also consulted with a blind engineer (and skilled daily user of screen reader technology) to confirm the specific accessibility challenges I found in my tests

# **Exhibit C**

http://www.w3.org/TR/WCAG20/                                                    1 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 162 of 231
USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 416 of 537

[contents]



# Web Content Accessibility Guidelines (WCAG) 2.0

## W3C Recommendation 11 December 2008

**This version:**
> http://www.w3.org/TR/2008/REC-WCAG20-20081211/

**Latest version:**
> http://www.w3.org/TR/WCAG20/

**Previous version:**
> http://www.w3.org/TR/2008/PR-WCAG20-20081103/

**Editors:**
> Ben Caldwell, Trace R&D Center, University of Wisconsin-Madison
> Michael Cooper, W3C
> Loretta Guarino Reid, Google, Inc.
> Gregg Vanderheiden, Trace R&D Center, University of Wisconsin-Madison

**Previous Editors:**
> Wendy Chisholm (until July 2006 while at W3C)
> John Slatin (until June 2006 while at Accessibility Institute, University of Texas at Austin)
> Jason White (until June 2005 while at University of Melbourne)

Please refer to the **errata** for this document, which may include normative corrections.

See also **translations**.

This document is also available in non-normative formats, available from Alternate Versions of Web Content Accessibility Guidelines 2.0.

Copyright © 2008 W3C® (MIT, ERCIM, Keio), All Rights Reserved. W3C liability, trademark and document use rules apply.

---

## Abstract

Web Content Accessibility Guidelines (WCAG) 2.0 covers a wide range of recommendations for making Web content more accessible. Following these guidelines will make content accessible to a wider range of people with disabilities, including blindness and low vision, deafness and hearing loss, learning disabilities, cognitive limitations, limited movement, speech disabilities, photosensitivity and combinations of these. Following these guidelines will also often make your Web content more usable to users in general.

WCAG 2.0 success criteria are written as testable statements that are not technology-specific. Guidance about satisfying the success criteria in specific technologies, as well as general information about interpreting the success criteria, is provided in separate documents. See Web Content Accessibility Guidelines (WCAG) Overview for an introduction and links to WCAG technical and educational material.

WCAG 2.0 succeeds Web Content Accessibility Guidelines 1.0 [WCAG10], which was published as a W3C Recommendation May 1999. Although it is possible to conform either to WCAG 1.0 or to WCAG 2.0 (or both), the W3C recommends that new and updated content use WCAG 2.0. The W3C also recommends that Web accessibility policies reference WCAG 2.0.

## Status of this Document

*This section describes the status of this document at the time of its publication. Other documents may supersede this*

USCX Case # *of auto W3C publication in a the latest revision of this technical report can be found in the W3C technical reports index at http://www.w3.org/TR/.

This is the Web Content Accessibility Guidelines (WCAG) 2.0 W3C Recommendation from the Web Content Accessibility Guidelines Working Group.

This document has been reviewed by W3C Members, by software developers, and by other W3C groups and interested parties, and is endorsed by the Director as a W3C Recommendation. It is a stable document and may be used as reference material or cited from another document. W3C's role in making the Recommendation is to draw attention to the specification and to promote its widespread deployment. This enhances the functionality and interoperability of the Web.

WCAG 2.0 is supported by the associated non-normative documents, Understanding WCAG 2.0 and Techniques for WCAG 2.0. Although those documents do not have the formal status that WCAG 2.0 itself has, they provide information important to understanding and implementing WCAG.

The Working Group requests that any comments be made using the provided online comment form. If this is not possible, comments can also be sent to public-comments-wcag20@w3.org. The archives for the public comments list are publicly available. Comments received on the WCAG 2.0 Recommendation cannot result in changes to this version of the guidelines, but may be addressed in errata or future versions of WCAG. The Working Group does not plan to make formal responses to comments. Archives of the WCAG WG mailing list discussions are publicly available, and future work undertaken by the Working Group may address comments received on this document.

This document has been produced as part of the W3C Web Accessibility Initiative (WAI). The goals of the WCAG Working Group are discussed in the WCAG Working Group charter. The WCAG Working Group is part of the WAI Technical Activity.

This document was produced by a group operating under the 5 February 2004 W3C Patent Policy. W3C maintains a public list of any patent disclosures made in connection with the deliverables of the group; that page also includes instructions for disclosing a patent. An individual who has actual knowledge of a patent which the individual believes contains Essential Claim(s) must disclose the information in accordance with section 6 of the W3C Patent Policy.

## Table of Contents

Introduction
WCAG 2.0 Layers of Guidance
WCAG 2.0 Supporting Documents
Important Terms in WCAG 2.0
WCAG 2.0 Guidelines
1 Perceivable
1.1 Provide text alternatives for any non-text content so that it can be changed into other forms people need, such as large print, braille, speech, symbols or simpler language.
1.2 Provide alternatives for time-based media.
1.3 Create content that can be presented in different ways (for example simpler layout) without losing information or structure.
1.4 Make it easier for users to see and hear content including separating foreground from background.
2 Operable
2.1 Make all functionality available from a keyboard.
2.2 Provide users enough time to read and use content.
2.3 Do not design content in a way that is known to cause seizures.
2.4 Provide ways to help users navigate, find content, and determine where they are.
3 Understandable
3.1 Make text content readable and understandable.
3.2 Make Web pages appear and operate in predictable ways.
3.3 Help users avoid and correct mistakes.
4 Robust
4.1 Maximize compatibility with current and future user agents, including assistive technologies.
Conformance
Conformance Requirements
Conformance Claims (Optional)

Statement of Partial Conformance - Third Party Content

Statement of Partial Conformance - Language

## Appendices

Appendix A: Glossary (Normative)

Appendix B: Acknowledgments

Appendix C: References

---

# Introduction

This section is informative.

Web Content Accessibility Guidelines (WCAG) 2.0 defines how to make Web content more accessible to people with disabilities. Accessibility involves a wide range of disabilities, including visual, auditory, physical, speech, cognitive, language, learning, and neurological disabilities. Although these guidelines cover a wide range of issues, they are not able to address the needs of people with all types, degrees, and combinations of disability. These guidelines also make Web content more usable by older individuals with changing abilities due to aging and often improve usability for users in general.

WCAG 2.0 is developed through the W3C process in cooperation with individuals and organizations around the world, with a goal of providing a shared standard for Web content accessibility that meets the needs of individuals, organizations, and governments internationally. WCAG 2.0 builds on WCAG 1.0 [WCAG10] and is designed to apply broadly to different Web technologies now and in the future, and to be testable with a combination of automated testing and human evaluation. For an introduction to WCAG, see the Web Content Accessibility Guidelines (WCAG) Overview.

Web accessibility depends not only on accessible content but also on accessible Web browsers and other user agents. Authoring tools also have an important role in Web accessibility. For an overview of how these components of Web development and interaction work together, see:

- **Essential Components of Web Accessibility**
- **User Agent Accessibility Guidelines (UAAG) Overview**
- **Authoring Tool Accessibility Guidelines (ATAG) Overview**

## WCAG 2.0 Layers of Guidance

The individuals and organizations that use WCAG vary widely and include Web designers and developers, policy makers, purchasing agents, teachers, and students. In order to meet the varying needs of this audience, several layers of guidance are provided including overall *principles*, general *guidelines*, testable *success criteria* and a rich collection of *sufficient techniques, advisory techniques*, and *documented common failures* with examples, resource links and code.

- **Principles** - At the top are four principles that provide the foundation for Web accessibility: *perceivable, operable, understandable, and robust.* See also Understanding the Four Principles of Accessibility.
- **Guidelines** - Under the principles are guidelines. The 12 guidelines provide the basic goals that authors should work toward in order to make content more accessible to users with different disabilities. The guidelines are not testable, but provide the framework and overall objectives to help authors understand the success criteria and better implement the techniques.
- **Success Criteria** - For each guideline, testable success criteria are provided to allow WCAG 2.0 to be used where requirements and conformance testing are necessary such as in design specification, purchasing, regulation, and contractual agreements. In order to meet the needs of different groups and different situations, three levels of conformance are defined: A (lowest), AA, and AAA (highest). Additional information on WCAG levels can be found in Understanding Levels of Conformance.
- **Sufficient and Advisory Techniques** - For each of the *guidelines* and *success criteria* in the WCAG 2.0 document itself, the working group has also documented a wide variety of *techniques*. The techniques are informative and fall into two categories: those that are *sufficient* for meeting the success criteria and those that are *advisory*. The advisory techniques go beyond what is required by the individual success criteria and allow authors to better address the guidelines. Some advisory techniques address accessibility barriers that are not covered by the testable success criteria. Where common failures are known, these are also documented. See also Sufficient and Advisory

JA1660

All of these layers of guidance (principles, guidelines, success criteria, and sufficient and advisory techniques) work together to provide guidance on how to make content more accessible. Authors are encouraged to view and apply all layers that they are able to, including the advisory techniques, in order to best address the needs of the widest possible range of users.

Note that even content that conforms at the highest level (AAA) will not be accessible to individuals with all types, degrees, or combinations of disability, particularly in the cognitive language and learning areas. Authors are encouraged to consider the full range of techniques, including the advisory techniques, as well as to seek relevant advice about current best practice to ensure that Web content is accessible, as far as possible, to this community. Metadata may assist users in finding content most suitable for their needs.

## WCAG 2.0 Supporting Documents

The WCAG 2.0 document is designed to meet the needs of those who need a stable, referenceable technical standard. Other documents, called supporting documents, are based on the WCAG 2.0 document and address other important purposes, including the ability to be updated to describe how WCAG would be applied with new technologies. Supporting documents include:

1. **How to Meet WCAG 2.0** - A customizable quick reference to WCAG 2.0 that includes all of the guidelines, success criteria, and techniques for authors to use as they are developing and evaluating Web content.
2. **Understanding WCAG 2.0** - A guide to understanding and implementing WCAG 2.0. There is a short "Understanding" document for each guideline and success criterion in WCAG 2.0 as well as key topics.
3. **Techniques for WCAG 2.0** - A collection of techniques and common failures, each in a separate document that includes a description, examples, code and tests.
4. **The WCAG 2.0 Documents** - A diagram and description of how the technical documents are related and linked.

See Web Content Accessibility Guidelines (WCAG) Overview for a description of the WCAG 2.0 supporting material, including education resources related to WCAG 2.0. Additional resources covering topics such as the business case for Web accessibility, planning implementation to improve the accessibility of Web sites, and accessibility policies are listed in WAI Resources.

## Important Terms in WCAG 2.0

WCAG 2.0 includes three important terms that are different from WCAG 1.0. Each of these is introduced briefly below and defined more fully in the glossary.

**Web Page**
It is important to note that, in this standard, the term "Web page" includes much more than static HTML pages. It also includes the increasingly dynamic Web pages that are emerging on the Web, including "pages" that can present entire virtual interactive communities. For example, the term "Web page" includes an immersive, interactive movie-like experience found at a single URI. For more information, see Understanding "Web Page".

**Programmatically Determined**
Several success criteria require that content (or certain aspects of content) can be "programmatically determined." This means that the content is delivered in such a way that user agents, including assistive technologies, can extract and present this information to users in different modalities. For more information, see Understanding Programmatically Determined.

**Accessibility Supported**
Using a technology in a way that is accessibility supported means that it works with assistive technologies (AT) and the accessibility features of operating systems, browsers, and other user agents. Technology features can only be relied upon to conform to WCAG 2.0 success criteria if they are used in a way that is "accessibility supported". Technology features can be used in ways that are not accessibility supported (do not work with assistive technologies, etc.) as long as they are not relied upon to conform to any success criterion (i.e., the same information or functionality is also available another way that is supported).
The definition of "accessibility supported" is provided in the Appendix A: Glossary section of these guidelines. For more information, see Understanding Accessibility Support.

## WCAG 2.0 Guidelines

This section is normative.

> **Principle 1: Perceivable - Information and user interface components must be presentable to users in ways they can perceive.**

> **Guideline 1.1 Text Alternatives:** Provide text alternatives for any non-text content so that it can be changed into other forms people need, such as large print, braille, speech, symbols or simpler language.
>
> *Understanding Guideline 1.1*

**1.1.1 Non-text Content:** All non-text content that is presented to the user has a text alternative that serves the equivalent purpose, except for the situations listed below. (Level A)

> *How to Meet 1.1.1*
> *Understanding 1.1.1*

- **Controls, Input:** If non-text content is a control or accepts user input, then it has a name that describes its purpose. (Refer to Guideline 4.1 for additional requirements for controls and content that accepts user input.)
- **Time-Based Media:** If non-text content is time-based media, then text alternatives at least provide descriptive identification of the non-text content. (Refer to Guideline 1.2 for additional requirements for media.)
- **Test:** If non-text content is a test or exercise that would be invalid if presented in text, then text alternatives at least provide descriptive identification of the non-text content.
- **Sensory:** If non-text content is primarily intended to create a specific sensory experience, then text alternatives at least provide descriptive identification of the non-text content.
- **CAPTCHA:** If the purpose of non-text content is to confirm that content is being accessed by a person rather than a computer, then text alternatives that identify and describe the purpose of the non-text content are provided, and alternative forms of CAPTCHA using output modes for different types of sensory perception are provided to accommodate different disabilities.
- **Decoration, Formatting, Invisible:** If non-text content is pure decoration, is used only for visual formatting, or is not presented to users, then it is implemented in a way that it can be ignored by assistive technology.

> **Guideline 1.2 Time-based Media:** Provide alternatives for time-based media.
>
> *Understanding Guideline 1.2*

**1.2.1 Audio-only and Video-only (Prerecorded):** For prerecorded audio-only and prerecorded video-only media, the following are true, except when the audio or video is a media alternative for text and is clearly labeled as such: (Level A)

| How to Meet 1.2.1 |
| Understanding 1.2.1 |

- **Prerecorded Audio-only:** An alternative for time-based media is provided that presents equivalent information for prerecorded audio-only content.
- **Prerecorded Video-only:** Either an alternative for time-based media or an audio track is provided that presents equivalent information for prerecorded video-only content.

**1.2.2 Captions (Prerecorded):** Captions are provided for all prerecorded audio content in synchronized media, except when the media is a media alternative for text and is clearly labeled as such. (Level A)

| How to Meet 1.2.2 |
| Understanding 1.2.2 |

**1.2.3 Audio Description or Media Alternative (Prerecorded):** An alternative for time-based media or audio description of the prerecorded video content is provided for synchronized media, except when the media is a media alternative for text and is clearly labeled as such. (Level A)

| How to Meet 1.2.3 |
| Understanding 1.2.3 |

**1.2.4 Captions (Live):** Captions are provided for all live audio content in synchronized media. (Level AA)

| How to Meet 1.2.4 |
| Understanding 1.2.4 |

**1.2.5 Audio Description (Prerecorded):** Audio description is provided for all prerecorded video content in synchronized media. (Level AA)

| How to Meet 1.2.5 |
| Understanding 1.2.5 |

**1.2.6 Sign Language (Prerecorded):** Sign language interpretation is provided for all prerecorded audio content in synchronized media. (Level AAA)

| How to Meet 1.2.6 |
| Understanding 1.2.6 |

**1.2.7 Extended Audio Description (Prerecorded):** Where pauses in foreground audio are insufficient to allow audio descriptions to convey the sense of the video, extended audio description is provided for all prerecorded video content in synchronized media. (Level AAA)

| How to Meet 1.2.7 |
| Understanding 1.2.7 |

**1.2.8 Media Alternative (Prerecorded):** An alternative for time-based media is provided for all prerecorded synchronized media and for all prerecorded video-only media. (Level AAA)

| How to Meet 1.2.8 |
| Understanding 1.2.8 |

**1.2.9 Audio-only (Live):** An alternative for time-based media that presents equivalent information for live audio-only content is provided. (Level AAA)

| How to Meet 1.2.9 |
| Understanding 1.2.9 |

Guideline 1.3 Adaptable: Create content that can be presented in different ways (for example simpler layout) without losing information or structure.

Understanding Guideline 1.3

**1.3.1 Info and Relationships:** Information, structure, and relationships conveyed through presentation can be programmatically determined or are available in text. (Level A)

| How to Meet 1.3.1 |
| Understanding 1.3.1 |

**1.3.2 Meaningful Sequence:** When the sequence in which content is presented affects its meaning, a correct reading sequence can be programmatically determined. (Level A)

| How to Meet 1.3.2 |
| Understanding 1.3.2 |

**1.3.3 Sensory Characteristics:** Instructions provided for understanding and operating content do not rely solely on sensory characteristics of components such as shape, size, visual location, orientation, or sound. (Level A)

| How to Meet 1.3.3 |
| Understanding 1.3.3 |

*Note:* For requirements related to color, refer to Guideline 1.4.

---

Guideline 1.4 Distinguishable: Make it easier for users to see and hear content including separating foreground from background.

Understanding Guideline 1.4

**1.4.1 Use of Color:** Color is not used as the only visual means of conveying information, indicating an action, prompting a response, or distinguishing a visual element. (Level A)

| How to Meet 1.4.1 |
| Understanding 1.4.1 |

*Note:* This success criterion addresses color perception specifically. Other forms of perception are covered in Guideline 1.3 including programmatic access to color and other visual presentation coding.

**1.4.2 Audio Control:** If any audio on a Web page plays automatically for more than 3 seconds, either a mechanism is available to pause or stop the audio, or a mechanism is available to control audio volume independently from the overall system volume level. (Level A)

| How to Meet 1.4.2 |
| Understanding 1.4.2 |

*Note:* Since any content that does not meet this success criterion can interfere with a user's ability to use the whole page, all content on the Web page (whether or not it is used to meet other success criteria) must meet this success criterion. See Conformance Requirement 5: Non-Interference.

**1.4.3 Contrast (Minimum):** The visual presentation of text and images of text has a contrast ratio of at least 4.5:1, except for the following: (Level AA)

| How to Meet 1.4.3 |
| Understanding 1.4.3 |

- **Large Text:** Large-scale text and images of large-scale text have a contrast ratio of at least 3:1;
- **Incidental:** Text or images of text that are part of an inactive user interface component, that are pure decoration, that are not visible to anyone, or that are part of a picture that contains significant other visual content, have no contrast requirement.
- **Logotypes:** Text that is part of a logo or brand name has no minimum contrast requirement.

**1.4.4 Resize text:** Except for captions and images of text, text can be resized without assistive technology up to 200 percent without loss of content or functionality. (Level AA)

| How to Meet 1.4.4 |
| Understanding 1.4.4 |

**1.4.5 Images of Text:** If the technologies being used can achieve the visual presentation, text is used to convey information rather than images of text except for the following: (Level AA)

| How to Meet 1.4.5 |
| Understanding 1.4.5 |

- **Customizable:** The image of text can be visually customized to the user's requirements;
- **Essential:** A particular presentation of text is essential to the information being conveyed.

*Note:* Logotypes (text that is part of a logo or brand name) are considered essential.

USCA Case #18-5004      Document #1726058         Filed 03/12/2018      Page 423 of 537

**1.4.6 Contrast (Enhanced):** The visual presentation of text and images of text has a contrast ratio of at least 7:1, except for the following: (Level AAA)

<div style="border:1px solid blue">How to Meet 1.4.6<br>Understanding 1.4.6</div>

- **Large Text:** Large-scale text and images of large-scale text have a contrast ratio of at least 4.5:1;
- **Incidental:** Text or images of text that are part of an inactive user interface component, that are pure decoration, that are not visible to anyone, or that are part of a picture that contains significant other visual content, have no contrast requirement.
- **Logotypes:** Text that is part of a logo or brand name has no minimum contrast requirement.

**1.4.7 Low or No Background Audio:** For prerecorded audio-only content that (1) contains primarily speech in the foreground, (2) is not an audio CAPTCHA or audio logo, and (3) is not vocalization intended to be primarily musical expression such as singing or rapping, at least one of the following is true: (Level AAA)

How to Meet 1.4.7
Understanding 1.4.7

- **No Background:** The audio does not contain background sounds.
- **Turn Off:** The background sounds can be turned off.
- **20 dB:** The background sounds are at least 20 decibels lower than the foreground speech content, with the exception of occasional sounds that last for only one or two seconds.

    *Note:* Per the definition of "decibel," background sound that meets this requirement will be approximately four times quieter than the foreground speech content.

**1.4.8 Visual Presentation:** For the visual presentation of blocks of text, a mechanism is available to achieve the following: (Level AAA)

How to Meet 1.4.8
Understanding 1.4.8

1. Foreground and background colors can be selected by the user.
2. Width is no more than 80 characters or glyphs (40 if CJK).
3. Text is not justified (aligned to both the left and the right margins).
4. Line spacing (leading) is at least space-and-a-half within paragraphs, and paragraph spacing is at least 1.5 times larger than the line spacing.
5. Text can be resized without assistive technology up to 200 percent in a way that does not require the user to scroll horizontally to read a line of text on a full-screen window.

**1.4.9 Images of Text (No Exception):** Images of text are only used for pure decoration or where a particular presentation of text is essential to the information being conveyed. (Level AAA)

How to Meet 1.4.9
Understanding 1.4.9

 *Note:* Logotypes (text that is part of a logo or brand name) are considered essential.

---

## Principle 2: Operable - User interface components and navigation must be operable.

## Guideline 2.1 Keyboard Accessible: Make all functionality available from a keyboard.

Understanding Guideline 2.1

**2.1.1 Keyboard:** All functionality of the content is operable through a keyboard interface without requiring specific timings for individual keystrokes, except where the underlying function requires input that depends on the path of the user's movement and not just the endpoints. (Level A)

How to Meet 2.1.1
Understanding 2.1.1

 *Note 1:* This exception relates to the underlying function, not the input technique. For example, if using handwriting to enter text, the input technique (handwriting) requires path-dependent input but the underlying function (text input) does not.

 *Note 2:* This does not forbid and should not discourage providing mouse input or other input methods in addition to keyboard operation.

USCA Case #20-5153   Document #1856361   Filed: 08/25/2020   Page 424 of 537

**2.1.2 No Keyboard Trap:** If keyboard focus can be moved to a component of the page using a keyboard interface, then focus can be moved away from that component using only a keyboard interface, and, if it requires more than unmodified arrow or tab keys or other standard exit methods, the user is advised of the method for moving focus away. (Level A)

How to Meet 2.1.2
Understanding 2.1.2

*Note:* Since any content that does not meet this success criterion can interfere with a user's ability to use the whole page, all content on the Web page (whether it is used to meet other success criteria or not) must meet this success criterion. See Conformance Requirement 5: Non-Interference.

---

**2.1.3 Keyboard (No Exception):** All functionality of the content is operable through a keyboard interface without requiring specific timings for individual keystrokes. (Level AAA)

How to Meet 2.1.3
Understanding 2.1.3

---

## Guideline 2.2 Enough Time: Provide users enough time to read and use content.

Understanding Guideline 2.2

**2.2.1 Timing Adjustable:** For each time limit that is set by the content, at least one of the following is true: (Level A)

How to Meet 2.2.1
Understanding 2.2.1

- **Turn off:** The user is allowed to turn off the time limit before encountering it; or
- **Adjust:** The user is allowed to adjust the time limit before encountering it over a wide range that is at least ten times the length of the default setting; or
- **Extend:** The user is warned before time expires and given at least 20 seconds to extend the time limit with a simple action (for example, "press the space bar"), and the user is allowed to extend the time limit at least ten times; or
- **Real-time Exception:** The time limit is a required part of a real-time event (for example, an auction), and no alternative to the time limit is possible; or
- **Essential Exception:** The time limit is essential and extending it would invalidate the activity; or
- **20 Hour Exception:** The time limit is longer than 20 hours.

*Note:* This success criterion helps ensure that users can complete tasks without unexpected changes in content or context that are a result of a time limit. This success criterion should be considered in conjunction with Success Criterion 3.2.1, which puts limits on changes of content or context as a result of user action.

**2.2.2 Pause, Stop, Hide:** For moving, blinking, scrolling, or auto-updating information, all of the following are true: (Level A)

How to Meet 2.2.2
Understanding 2.2.2

- **Moving, blinking, scrolling:** For any moving, blinking or scrolling information that (1) starts automatically, (2) lasts more than five seconds, and (3) is presented in parallel with other content, there is a mechanism for the user to pause, stop, or hide it unless the movement, blinking, or scrolling is part of an activity where it is essential; and
- **Auto-updating:** For any auto-updating information that (1) starts automatically and (2) is presented in parallel with other content, there is a mechanism for the user to pause, stop, or hide it or to control the frequency of the update unless the auto-updating is part of an activity where it is essential.

*Note 1:* For requirements related to flickering or flashing content, refer to Guideline 2.3.

*Note 2:* Since any content that does not meet this success criterion can interfere with a user's ability to use the whole page, all content on the Web page (whether it is used to meet other success criteria or not) must meet this success criterion. See Conformance Requirement 5: Non-Interference.

*Note 3:* Content that is updated periodically by software or that is streamed to the user agent is not required to preserve or present information that is generated or received between the initiation of the pause and resuming presentation, as this may not be technically possible, and in many situations could be misleading to do so.

http://www.w3.org/TR/WCAG20/                                                                    10 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 171 of 231
USCA Case #15-1014   Document #1574132   Filed: 09/22/2015   Page 425 of 537

Note: An animation that occurs as part of a preload phase or similar situation can be considered essential if interaction cannot occur during that phase for all users and if not indicating progress could confuse users or cause them to think that content was frozen or broken.

**2.2.3 No Timing:** Timing is not an essential part of the event or activity presented by the content, except for non-interactive synchronized media and real-time events. (Level AAA)

How to Meet 2.2.3
Understanding 2.2.3

**2.2.4 Interruptions:** Interruptions can be postponed or suppressed by the user, except interruptions involving an emergency. (Level AAA)

How to Meet 2.2.4
Understanding 2.2.4

**2.2.5 Re-authenticating:** When an authenticated session expires, the user can continue the activity without loss of data after re-authenticating. (Level AAA)

How to Meet 2.2.5
Understanding 2.2.5

---

**Guideline 2.3 Seizures: Do not design content in a way that is known to cause seizures.**

Understanding Guideline 2.3

**2.3.1 Three Flashes or Below Threshold:** Web pages do not contain anything that flashes more than three times in any one second period, or the flash is below the general flash and red flash thresholds. (Level A)

How to Meet 2.3.1
Understanding 2.3.1

*Note:* Since any content that does not meet this success criterion can interfere with a user's ability to use the whole page, all content on the Web page (whether it is used to meet other success criteria or not) must meet this success criterion. See Conformance Requirement 5: Non-Interference.

**2.3.2 Three Flashes:** Web pages do not contain anything that flashes more than three times in any one second period. (Level AAA)

How to Meet 2.3.2
Understanding 2.3.2

---

**Guideline 2.4 Navigable: Provide ways to help users navigate, find content, and determine where they are.**

Understanding Guideline 2.4

**2.4.1 Bypass Blocks:** A mechanism is available to bypass blocks of content that are repeated on multiple Web pages. (Level A)

How to Meet 2.4.1
Understanding 2.4.1

**2.4.2 Page Titled:** Web pages have titles that describe topic or purpose. (Level A)

How to Meet 2.4.2
Understanding 2.4.2

**2.4.3 Focus Order:** If a Web page can be navigated sequentially and the navigation sequences affect meaning or operation, focusable components receive focus in an order that preserves meaning and operability. (Level A)

How to Meet 2.4.3
Understanding 2.4.3

**2.4.4 Link Purpose (In Context):** The purpose of each link can be determined from the link text alone or from the link text together with its programmatically determined link context, except where the purpose of the link would be ambiguous to users in general. (Level A)

How to Meet 2.4.4
Understanding 2.4.4

**2.4.5 Multiple Ways:** More than one way is available to locate a Web page within a set of Web pages except where the Web Page is the result of, or a step in, a process. (Level AA)

How to Meet 2.4.5
Understanding 2.4.5

USCA Case #17-7035 Document #1715606 Filed 01/31/2018 Page 426 of 537

**2.4.6 Headings and Labels:** Headings and labels describe topic or purpose. (Level AA)

| |
|---|
| How to Meet 2.4.6 |
| Understanding 2.4.6 |

**2.4.7 Focus Visible:** Any keyboard operable user interface has a mode of operation where the keyboard focus indicator is visible. (Level AA)

| |
|---|
| How to Meet 2.4.7 |
| Understanding 2.4.7 |

**2.4.8 Location:** Information about the user's location within a set of Web pages is available. (Level AAA)

| |
|---|
| How to Meet 2.4.8 |
| Understanding 2.4.8 |

**2.4.9 Link Purpose (Link Only):** A mechanism is available to allow the purpose of each link to be identified from link text alone, except where the purpose of the link would be ambiguous to users in general. (Level AAA)

| |
|---|
| How to Meet 2.4.9 |
| Understanding 2.4.9 |

**2.4.10 Section Headings:** Section headings are used to organize the content. (Level AAA)

*Note 1:* "Heading" is used in its general sense and includes titles and other ways to add a heading to different types of content.

*Note 2:* This success criterion covers sections within writing, not user interface components. User Interface components are covered under Success Criterion 4.1.2.

| |
|---|
| How to Meet 2.4.10 |
| Understanding 2.4.10 |

---

**Principle 3: Understandable - Information and the operation of user interface must be understandable.**

---

Guideline 3.1 Readable: Make text content readable and understandable.

Understanding Guideline 3.1

**3.1.1 Language of Page:** The default human language of each Web page can be programmatically determined. (Level A)

| |
|---|
| How to Meet 3.1.1 |
| Understanding 3.1.1 |

**3.1.2 Language of Parts:** The human language of each passage or phrase in the content can be programmatically determined except for proper names, technical terms, words of indeterminate language, and words or phrases that have become part of the vernacular of the immediately surrounding text. (Level AA)

| |
|---|
| How to Meet 3.1.2 |
| Understanding 3.1.2 |

**3.1.3 Unusual Words:** A mechanism is available for identifying specific definitions of words or phrases used in an unusual or restricted way, including idioms and jargon. (Level AAA)

| |
|---|
| How to Meet 3.1.3 |
| Understanding 3.1.3 |

**3.1.4 Abbreviations:** A mechanism for identifying the expanded form or meaning of abbreviations is available. (Level AAA)

| |
|---|
| How to Meet 3.1.4 |
| Understanding 3.1.4 |

**3.1.5 Reading Level:** When text requires reading ability more advanced than the lower secondary education level after removal of proper names and titles, supplemental content, or a version that does not require reading ability more advanced than the lower secondary education level, is available. (Level AAA)

| |
|---|
| How to Meet 3.1.5 |
| Understanding 3.1.5 |

**3.1.6 Pronunciation:** A mechanism is available for identifying specific pronunciation of words where meaning of the words, in context, is ambiguous without knowing the pronunciation. (Level AAA)

| |
|---|
| How to Meet 3.1.6 |
| Understanding 3.1.6 |

USCA Case #17-7035   Document #1706096   Filed: 01/17/2018   Page 427 of 537

Guideline #17 Predictable: Make Web pages appear and operate in predictable ways.

**3.2.1 On Focus:** When any component receives focus, it does not initiate a change of context. (Level A)

How to Meet 3.2.1
Understanding 3.2.1

**3.2.2 On Input:** Changing the setting of any user interface component does not automatically cause a change of context unless the user has been advised of the behavior before using the component. (Level A)

How to Meet 3.2.2
Understanding 3.2.2

**3.2.3 Consistent Navigation:** Navigational mechanisms that are repeated on multiple Web pages within a set of Web pages occur in the same relative order each time they are repeated, unless a change is initiated by the user. (Level AA)

How to Meet 3.2.3
Understanding 3.2.3

**3.2.4 Consistent Identification:** Components that have the same functionality within a set of Web pages are identified consistently. (Level AA)

How to Meet 3.2.4
Understanding 3.2.4

**3.2.5 Change on Request:** Changes of context are initiated only by user request or a mechanism is available to turn off such changes. (Level AAA)

How to Meet 3.2.5
Understanding 3.2.5

Guideline 3.3 Input Assistance: Help users avoid and correct mistakes.

Understanding Guideline 3.3

**3.3.1 Error Identification:** If an input error is automatically detected, the item that is in error is identified and the error is described to the user in text. (Level A)

How to Meet 3.3.1
Understanding 3.3.1

**3.3.2 Labels or Instructions:** Labels or instructions are provided when content requires user input. (Level A)

How to Meet 3.3.2
Understanding 3.3.2

**3.3.3 Error Suggestion:** If an input error is automatically detected and suggestions for correction are known, then the suggestions are provided to the user, unless it would jeopardize the security or purpose of the content. (Level AA)

How to Meet 3.3.3
Understanding 3.3.3

**3.3.4 Error Prevention (Legal, Financial, Data):** For Web pages that cause legal commitments or financial transactions for the user to occur, that modify or delete user-controllable data in data storage systems, or that submit user test responses, at least one of the following is true: (Level AA)
   1. **Reversible:** Submissions are reversible.
   2. **Checked:** Data entered by the user is checked for input errors and the user is provided an opportunity to correct them.
   3. **Confirmed:** A mechanism is available for reviewing, confirming, and correcting information before finalizing the submission.

How to Meet 3.3.4
Understanding 3.3.4

**3.3.5 Help:** Context-sensitive help is available. (Level AAA)

How to Meet 3.3.5
Understanding 3.3.5

**3.3.6 Error Prevention (All):** For Web pages that require the user to submit information, at least one of the following is true: (Level AAA)
   1. **Reversible:** Submissions are reversible.

How to Meet 3.3.6
Understanding 3.3.6

http://www.w3.org/TR/WCAG20/                                                                13 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 174 of 231
USCA Case #17-7035   Document #1705896        Filed: 01/31/2018   Page 428 of 537

checked if entered by the user is checked for input errors and the user is provided
an opportunity to correct them.

3. **Confirmed:** A mechanism is available for reviewing, confirming, and correcting
   information before finalizing the submission.

---

> **Principle 4: Robust -** Content must be robust enough that it can be interpreted reliably
> by a wide variety of user agents, including assistive technologies.

> **Guideline 4.1 Compatible:** Maximize compatibility with current and       [Understanding Guideline 4.1](#)
> future user agents, including assistive technologies.

**4.1.1 Parsing:** In content implemented using markup languages, elements have complete        [How to Meet 4.1.1](#)
start and end tags, elements are nested according to their specifications, elements do not       [Understanding 4.1.1](#)
contain duplicate attributes, and any IDs are unique, except where the specifications allow
these features. (Level A)

 *Note:* Start and end tags that are missing a critical character in their formation, such as a
 closing angle bracket or a mismatched attribute value quotation mark are not complete.

**4.1.2 Name, Role, Value:** For all user interface components (including but not limited to: form     [How to Meet 4.1.2](#)
elements, links and components generated by scripts), the name and role can be                    [Understanding 4.1.2](#)
programmatically determined; states, properties, and values that can be set by the user can
be programmatically set; and notification of changes to these items is available to user
agents, including assistive technologies. (Level A)

 *Note:* This success criterion is primarily for Web authors who develop or script their own user
 interface components. For example, standard HTML controls already meet this success
 criterion when used according to specification.

---

## Conformance

This section is normative.

This section lists requirements for conformance to WCAG 2.0. It also gives information about how to make conformance
claims, which are optional. Finally, it describes what it means to be accessibility supported, since only accessibility-
supported ways of using technologies can be relied upon for conformance. Understanding Conformance includes further
explanation of the accessibility-supported concept.

## Conformance Requirements

In order for a Web page to conform to WCAG 2.0, all of the following conformance requirements must be satisfied:

**1. Conformance Level:** One of the following levels of conformance is met in full.

- **Level A:** For Level A conformance (the minimum level of conformance), the Web page satisfies all the Level A
  Success Criteria, or a conforming alternate version is provided.
- **Level AA:** For Level AA conformance, the Web page satisfies all the Level A and Level AA Success Criteria, or a
  Level AA conforming alternate version is provided.
- **Level AAA:** For Level AAA conformance, the Web page satisfies all the Level A, Level AA and Level AAA Success
  Criteria, or a Level AAA conforming alternate version is provided.

*Note 1:* Although conformance can only be achieved at the stated levels, authors are encouraged to report (in their claim)
any progress toward meeting success criteria from all levels beyond the achieved level of conformance.

*Note 2:* It is not recommended that Level AAA conformance be required as a general policy for entire sites because it is
not possible to satisfy all Level AAA Success Criteria for some content.

**2. Full pages:** Conformance (and conformance levels) is for full Web page(s) only, and cannot be achieved if part of a Web page is excluded.

*Note 1:* For the purpose of determining conformance, alternatives to part of a page's content are considered part of the page when the alternatives can be obtained directly from the page, e.g., a long description or an alternative presentation of a video.

*Note 2:* Authors of Web pages that cannot conform due to content outside of the author's control may consider a <u>Statement of Partial Conformance</u>.

**3. Complete processes:** When a <u>Web page</u> is one of a series of Web pages presenting a <u>process</u> (i.e., a sequence of steps that need to be completed in order to accomplish an activity), all Web pages in the process conform at the specified level or better. (Conformance is not possible at a particular level if any page in the process does not conform at that level or better.)

*Example:* An online store has a series of pages that are used to select and purchase products. All pages in the series from start to finish (checkout) conform in order for any page that is part of the process to conform.

**4. Only Accessibility-Supported Ways of Using Technologies:** Only <u>accessibility-supported</u> ways of using <u>technologies</u> are <u>relied upon</u> to satisfy the success criteria. Any information or functionality that is provided in a way that is not accessibility supported is also available in a way that is accessibility supported. (See <u>Understanding accessibility support</u>.)

**5. Non-Interference:** If <u>technologies</u> are used in a way that is not <u>accessibility supported</u>, or if they are used in a non-conforming way, then they do not block the ability of users to access the rest of the page. In addition, the <u>Web page</u> as a whole continues to meet the conformance requirements under each of the following conditions:

1. when any technology that is not <u>relied upon</u> is turned on in a user agent,
2. when any technology that is not relied upon is turned off in a user agent, and
3. when any technology that is not relied upon is not supported by a user agent

In addition, the following success criteria apply to all content on the page, including content that is not otherwise relied upon to meet conformance, because failure to meet them could interfere with any use of the page:

- **1.4.2 - Audio Control**,
- **2.1.2 - No Keyboard Trap**,
- **2.3.1 - Three Flashes or Below Threshold**, and
- **2.2.2 - Pause, Stop, Hide**.

*Note:* If a page cannot conform (for example, a conformance test page or an example page), it cannot be included in the scope of conformance or in a conformance claim.

For more information, including examples, see <u>Understanding Conformance Requirements</u>.

## Conformance Claims (Optional)

Conformance is defined only for <u>Web pages</u>. However, a conformance claim may be made to cover one page, a series of pages, or multiple related Web pages.

**Required Components of a Conformance Claim**

Conformance claims are **not required**. Authors can conform to WCAG 2.0 without making a claim. However, if a conformance claim is made, then the conformance claim **must** include the following information:

1. **Date** of the claim
2. **Guidelines title, version and URI** "Web Content Accessibility Guidelines 2.0 at <u>http://www.w3.org/TR/2008/REC-WCAG20-20081211/</u>"
3. **Conformance level** satisfied: (Level A, AA or AAA)
4. **A concise description of the Web pages**, such as a list of URIs for which the claim is made, including whether subdomains are included in the claim.
   *Note 1:* The Web pages may be described by list or by an expression that describes all of the URIs included in the claim.
   *Note 2:* Web-based products that do not have a URI prior to installation on the customer's Web site may have a statement that the product would conform when installed.
5. A list of the **Web content technologies** <u>relied upon</u>.

USOC Case conformance logo, does not, it would constitute a claim and must be accompanied by the required components of a
Document #17-13838      Filed: 07/30/2018      Page 430 of 537

Note: If a claim conformance logo is used, it would constitute a claim and must be accompanied by the required components of a
conformance claim listed above.

## Optional Components of a Conformance Claim

In addition to the required components of a conformance claim above, consider providing additional information to assist
users. Recommended additional information includes:

- A list of success criteria beyond the level of conformance claimed that have been met. This information should be
  provided in a form that users can use, preferably machine-readable metadata.
- A list of the specific technologies that are "*used but not relied upon.*"
- A list of user agents, including assistive technologies that were used to test the content.
- Information about any additional steps taken that go beyond the success criteria to enhance accessibility.
- A machine-readable metadata version of the list of specific technologies that are relied upon.
- A machine-readable metadata version of the conformance claim.

*Note 1:* Refer to Understanding Conformance Claims for more information and example conformance claims.

*Note 2:* Refer to Understanding Metadata for more information about the use of metadata in conformance claims.

## Statement of Partial Conformance - Third Party Content

Sometimes, Web pages are created that will later have additional content added to them. For example, an email program, a
blog, an article that allows users to add comments, or applications supporting user-contributed content. Another example
would be a page, such as a portal or news site, composed of content aggregated from multiple contributors, or sites that
automatically insert content from other sources over time, such as when advertisements are inserted dynamically.

In these cases, it is not possible to know at the time of original posting what the uncontrolled content of the pages will be. It
is important to note that the uncontrolled content can affect the accessibility of the controlled content as well. Two options
are available:

1. A determination of conformance can be made based on best knowledge. If a page of this type is monitored and
   repaired (non-conforming content is removed or brought into conformance) within two business days, then a
   determination or claim of conformance can be made since, except for errors in externally contributed content which
   are corrected or removed when encountered, the page conforms. No conformance claim can be made if it is not
   possible to monitor or correct non-conforming content;
   **OR**
2. A "statement of partial conformance" may be made that the page does not conform, but could conform if certain
   parts were removed. The form of that statement would be, "This page does not conform, but would conform to
   WCAG 2.0 at level X if the following parts from uncontrolled sources were removed." In addition, the following would
   also be true of uncontrolled content that is described in the statement of partial conformance:
   a. It is not content that is under the author's control.
   b. It is described in a way that users can identify (e.g., they cannot be described as "all parts that we do not
      control" unless they are clearly marked as such.)

## Statement of Partial Conformance - Language

A "statement of partial conformance due to language" may be made when the page does not conform, but would conform if
accessibility support existed for (all of) the language(s) used on the page. The form of that statement would be, "This page
does not conform, but would conform to WCAG 2.0 at level X if accessibility support existed for the following language(s):"

# Appendix A: Glossary

This section is normative.

**abbreviation**

shortened form of a word, phrase, or name where the abbreviation has not become part of the language

*Note 1:* This includes initialisms and acronyms where:

1. **initialisms** are shortened forms of a name or phrase made from the initial letters of words or syllables
   contained in that name or phrase

*Example 1:* SNCF is a French initialism that contains the initial letters of the Société Nationale des Chemins de Fer, the French national railroad.

*Example 2:* ESP is an initialism for extrasensory perception.

2. **acronyms** are abbreviated forms made from the initial letters or parts of other words (in a name or phrase) which may be pronounced as a word

*Example:* NOAA is an acronym made from the initial letters of the National Oceanic and Atmospheric Administration in the United States.

*Note 2:* Some companies have adopted what used to be an initialism as their company name. In these cases, the new name of the company is the letters (for example, Ecma) and the word is no longer considered an abbreviation.

**accessibility supported**

supported by users' assistive technologies as well as the accessibility features in browsers and other user agents

To qualify as an accessibility-supported use of a Web content technology (or feature of a technology), both 1 and 2 must be satisfied for a Web content technology (or feature):

1. **The way that the Web content technology is used must be supported by users' assistive technology (AT).** This means that the way that the technology is used has been tested for interoperability with users' assistive technology in the human language(s) of the content, **AND**

2. **The Web content technology must have accessibility-supported user agents that are available to users.** This means that at least one of the following four statements is true:

   a. The technology is supported natively in widely-distributed user agents that are also accessibility supported (such as HTML and CSS); **OR**

   b. The technology is supported in a widely-distributed plug-in that is also accessibility supported; **OR**

   c. The content is available in a closed environment, such as a university or corporate network, where the user agent required by the technology and used by the organization is also accessibility supported; **OR**

   d. The user agent(s) that support the technology are accessibility supported and are available for download or purchase in a way that:
      - does not cost a person with a disability any more than a person without a disability **and**
      - is as easy to find and obtain for a person with a disability as it is for a person without disabilities.

*Note 1:* The WCAG Working group and the W3C do not specify which or how much support by assistive technologies there must be for a particular use of a Web technology in order for it to be classified as accessibility supported. (See Level of Assistive Technology Support Needed for "Accessibility Support".)

*Note 2:* Web technologies can be used in ways that are not accessibility supported as long as they are not relied upon and the page as a whole meets the conformance requirements, including Conformance Requirement 4: Only Accessibility-Supported Ways of Using Technologies and Conformance Requirement 5: Non-Interference, are met.

*Note 3:* When a Web Technology is used in a way that is "accessibility supported," it does not imply that the entire technology or all uses of the technology are supported. Most technologies, including HTML, lack support for at least one feature or use. Pages conform to WCAG only if the uses of the technology that are accessibility supported can be relied upon to meet WCAG requirements.

*Note 4:* When citing Web content technologies that have multiple versions, the version(s) supported should be specified.

*Note 5:* One way for authors to locate uses of a technology that are accessibility supported would be to consult compilations of uses that are documented to be accessibility supported. (See Understanding Accessibility-Supported Web Technology Uses.) Authors, companies, technology vendors, or others may document accessibility-supported ways of using Web content technologies. However, all ways of using technologies in the documentation would need to meet the definition of accessibility-supported Web content technologies above.

**alternative for time-based media**

document including correctly sequenced text descriptions of time-based visual and auditory information and providing a means for achieving the outcomes of any time-based interaction

JA1673

*Note:* A screenplay used to create the synchronized media content would meet this definition only if it was corrected

to accurately represent the final synchronized media after editing.

**ambiguous to users in general**

the purpose cannot be determined from the link and all information of the Web page presented to the user simultaneously with the link (i.e., readers without disabilities would not know what a link would do until they activated it)

*Example:* The word guava in the following sentence "One of the notable exports is guava" is a link. The link could lead to a definition of guava, a chart listing the quantity of guava exported or a photograph of people harvesting guava. Until the link is activated, all readers are unsure and the person with a disability is not at any disadvantage.

**ASCII art**

picture created by a spatial arrangement of characters or glyphs (typically from the 95 printable characters defined by ASCII).

**assistive technology (as used in this document)**

hardware and/or software that acts as a user agent, or along with a mainstream user agent, to provide functionality to meet the requirements of users with disabilities that go beyond those offered by mainstream user agents

*Note 1:* functionality provided by assistive technology includes alternative presentations (e.g., as synthesized speech or magnified content), alternative input methods (e.g., voice), additional navigation or orientation mechanisms, and content transformations (e.g., to make tables more accessible).

*Note 2:* Assistive technologies often communicate data and messages with mainstream user agents by using and monitoring APIs.

*Note 3:* The distinction between mainstream user agents and assistive technologies is not absolute. Many mainstream user agents provide some features to assist individuals with disabilities. The basic difference is that mainstream user agents target broad and diverse audiences that usually include people with and without disabilities. Assistive technologies target narrowly defined populations of users with specific disabilities. The assistance provided by an assistive technology is more specific and appropriate to the needs of its target users. The mainstream user agent may provide important functionality to assistive technologies like retrieving Web content from program objects or parsing markup into identifiable bundles.

*Example:* Assistive technologies that are important in the context of this document include the following:

- screen magnifiers, and other visual reading assistants, which are used by people with visual, perceptual and physical print disabilities to change text font, size, spacing, color, synchronization with speech, etc. in order to improve the visual readability of rendered text and images;

- screen readers, which are used by people who are blind to read textual information through synthesized speech or braille;

- text-to-speech software, which is used by some people with cognitive, language, and learning disabilities to convert text into synthetic speech;

- speech recognition software, which may be used by people who have some physical disabilities;

- alternative keyboards, which are used by people with certain physical disabilities to simulate the keyboard (including alternate keyboards that use head pointers, single switches, sip/puff and other special input devices.);

- alternative pointing devices, which are used by people with certain physical disabilities to simulate mouse pointing and button activations.

**audio**

the technology of sound reproduction

*Note:* Audio can be created synthetically (including speech synthesis), recorded from real world sounds, or both.

**audio description**

narration added to the soundtrack to describe important visual details that cannot be understood from the main soundtrack alone

*Note 1:* Audio description of video provides information about actions, characters, scene changes, on-screen text, and other visual content.

*Note 2:* In standard audio description, narration is added during existing pauses in dialogue. (See also extended audio description.)

*Note 3:* Where all of the video information is already provided in existing audio, no additional audio description is necessary.

JA1674

http://www.w3.org/TR/WCAG20/                                                          18 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 179 of 231
USCA Case #17-7035   Document #1715890   Filed: 01/31/2018   Page 433 of 537

**audio-only**

a time-based presentation that contains only audio (no video and no interaction)

**blinking**

switch back and forth between two visual states in a way that is meant to draw attention

*Note:* See also flash. It is possible for something to be large enough and blink brightly enough at the right frequency to be also classified as a flash.

**blocks of text**

more than one sentence of text

**CAPTCHA**

initialism for "Completely Automated Public Turing test to tell Computers and Humans Apart"

*Note 1:* CAPTCHA tests often involve asking the user to type in text that is displayed in an obscured image or audio file.

*Note 2:* A Turing test is any system of tests designed to differentiate a human from a computer. It is named after famed computer scientist Alan Turing. The term was coined by researchers at Carnegie Mellon University. [CAPTCHA]

**captions**

synchronized visual and/or text alternative for both speech and non-speech audio information needed to understand the media content

*Note 1:* Captions are similar to dialogue-only subtitles except captions convey not only the content of spoken dialogue, but also equivalents for non-dialogue audio information needed to understand the program content, including sound effects, music, laughter, speaker identification and location.

*Note 2:* Closed Captions are equivalents that can be turned on and off with some players.

*Note 3:* Open Captions are any captions that cannot be turned off. For example, if the captions are visual equivalent images of text embedded in video.

*Note 4:* Captions should not obscure or obstruct relevant information in the video.

*Note 5:* In some countries, captions are called subtitles.

*Note 6:* Audio descriptions can be, but do not need to be, captioned since they are descriptions of information that is already presented visually.

**changes of context**

major changes in the content of the Web page that, if made without user awareness, can disorient users who are not able to view the entire page simultaneously

Changes in context include changes of:

1. user agent;
2. viewport;
3. focus;
4. content that changes the meaning of the Web page.

*Note:* A change of content is not always a change of context. Changes in content, such as an expanding outline, dynamic menu, or a tab control do not necessarily change the context, unless they also change one of the above (e.g., focus).

*Example:* Opening a new window, moving focus to a different component, going to a new page (including anything that would look to a user as if they had moved to a new page) or significantly re-arranging the content of a page are examples of changes of context.

**conformance**

satisfying all the requirements of a given standard, guideline or specification

**conforming alternate version**

version that

1. conforms at the designated level, and
2. provides all of the same information and functionality in the same human language, and
3. is as up to date as the non-conforming content, and

http://www.w3.org/TR/WCAG20/                                                                                                                19 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 180 of 231
USCA Case #17-7035   Document #1719350   Filed: 01/31/2018   Page 434 of 537

the *best* feasible under the following issue:

    a. the conforming version can be reached from the non-conforming page via an <u>accessibility-supported mechanism</u>, or

    b. the non-conforming version can only be reached from the conforming version, or

    c. the non-conforming version can only be reached from a conforming page that also provides a mechanism to reach the conforming version

*Note 1:* In this definition, "can only be reached" means that there is some mechanism, such as a conditional redirect, that prevents a user from "reaching" (loading) the non-conforming page unless the user had just come from the conforming version.

*Note 2:* The alternate version does not need to be matched page for page with the original (e.g., the conforming alternate version may consist of multiple pages).

*Note 3:* If multiple language versions are available, then conforming alternate versions are required for each language offered.

*Note 4:* Alternate versions may be provided to accommodate different technology environments or user groups. Each version should be as conformant as possible. One version would need to be fully conformant in order to meet <u>conformance requirement 1</u>.

*Note 5:* The conforming alternative version does not need to reside within the scope of conformance, or even on the same Web site, as long as it is as freely available as the non-conforming version.

*Note 6:* Alternate versions should not be confused with <u>supplementary content</u>, which support the original page and enhance comprehension.

*Note 7:* Setting user preferences within the content to produce a conforming version is an acceptable mechanism for reaching another version as long as the method used to set the preferences is accessibility supported.

See <u>Understanding Conforming Alternate Versions</u>

**content (Web content)**
    information and sensory experience to be communicated to the user by means of a <u>user agent</u>, including code or markup that defines the content's <u>structure</u>, <u>presentation</u>, and interactions

**context-sensitive help**
    help text that provides information related to the function currently being performed

    *Note:* Clear labels can act as context-sensitive help.

**contrast ratio**
    (L1 + 0.05) / (L2 + 0.05), where

- L1 is the <u>relative luminance</u> of the lighter of the colors, and
- L2 is the <u>relative luminance</u> of the darker of the colors.

*Note 1:* Contrast ratios can range from 1 to 21 (commonly written 1:1 to 21:1).

*Note 2:* Because authors do not have control over user settings as to how text is rendered (for example font smoothing or anti-aliasing), the contrast ratio for text can be evaluated with anti-aliasing turned off.

*Note 3:* For the purpose of Success Criteria 1.4.3 and 1.4.6, contrast is measured with respect to the specified background over which the text is rendered in normal usage. If no background color is specified, then white is assumed.

*Note 4:* Background color is the specified color of content over which the text is to be rendered in normal usage. It is a failure if no background color is specified when the text color is specified, because the user's default background color is unknown and cannot be evaluated for sufficient contrast. For the same reason, it is a failure if no text color is specified when a background color is specified.

*Note 5:* When there is a border around the letter, the border can add contrast and would be used in calculating the contrast between the letter and its background. A narrow border around the letter would be used as the letter. A wide border around the letter that fills in the inner details of the letters acts as a halo and would be considered background.

*Note 6:* WCAG conformance should be evaluated for color pairs specified in the content that an author would expect to appear adjacent in typical presentation. Authors need not consider unusual presentations, such as color changes made by the user agent, except where caused by authors' code.

**correct reading sequence**
    any sequence where words and paragraphs are presented in an order that does not change the meaning of the

**emergency**

> a sudden, unexpected situation or occurrence that requires immediate action to preserve health, safety, or property

**essential**

> if removed, would fundamentally change the information or functionality of the content, **and** information and functionality cannot be achieved in another way that would conform

**extended audio description**

> audio description that is added to an audiovisual presentation by pausing the video so that there is time to add additional description
>
> *Note:* This technique is only used when the sense of the video would be lost without the additional audio description and the pauses between dialogue/narration are too short.

**flash**

> a pair of opposing changes in relative luminance that can cause seizures in some people if it is large enough and in the right frequency range
>
> *Note 1:* See general flash and red flash thresholds for information about types of flash that are not allowed.
>
> *Note 2:* See also blinking.

**functionality**

> processes and outcomes achievable through user action

**general flash and red flash thresholds**

> a flash or rapidly changing image sequence is below the threshold (i.e., content **passes**) if any of the following are true:
>
> 1. there are no more than three **general flashes** and / or no more than three **red flashes** within any one-second period; or
>
> 2. the combined area of flashes occurring concurrently occupies no more than a total of .006 steradians within any 10 degree visual field on the screen (25% of any 10 degree visual field on the screen) at typical viewing distance
>
> where:
>
> - A **general flash** is defined as a pair of opposing changes in relative luminance of 10% or more of the maximum relative luminance where the relative luminance of the darker image is below 0.80; and where "a pair of opposing changes" is an increase followed by a decrease, or a decrease followed by an increase, and
>
> - A **red flash** is defined as any pair of opposing transitions involving a saturated red.
>
> *Exception:* Flashing that is a fine, balanced, pattern such as white noise or an alternating checkerboard pattern with "squares" smaller than 0.1 degree (of visual field at typical viewing distance) on a side does not violate the thresholds.
>
> *Note 1:* For general software or Web content, using a 341 x 256 pixel rectangle anywhere on the displayed screen area when the content is viewed at 1024 x 768 pixels will provide a good estimate of a 10 degree visual field for standard screen sizes and viewing distances (e.g., 15-17 inch screen at 22-26 inches). (Higher resolutions displays showing the same rendering of the content yield smaller and safer images so it is lower resolutions that are used to define the thresholds.)
>
> *Note 2:* A transition is the change in relative luminance (or relative luminance/color for red flashing) between adjacent peaks and valleys in a plot of relative luminance (or relative luminance/color for red flashing) measurement against time. A flash consists of two opposing transitions.
>
> *Note 3:* The current working definition in the field for **"pair of opposing transitions involving a saturated red"** is where, for either or both states involved in each transition, $R/(R+ G + B) >= 0.8$, and the change in the value of $(R-G-B)x320$ is $> 20$ (negative values of $(R-G-B)x320$ are set to zero) for both transitions. R, G, B values range from 0-1 as specified in "relative luminance" definition. [HARDING-BINNIE]
>
> *Note 4:* Tools are available that will carry out analysis from video screen capture. However, no tool is necessary to evaluate for this condition if flashing is less than or equal to 3 flashes in any one second. Content automatically passes (see #1 and #2 above).

**human language**

> language that is spoken, written or signed (through visual or tactile means) to communicate with humans
>
> *Note:* See also sign language.

**JA1677**

**idiom**

USCA Case #13-5068   Document #1615850        Filed: 07/31/2018      Page 486 of 537

phrase whose meaning cannot be deduced from the meaning of the individual words and the specific words cannot be changed without losing the meaning

*Note:* idioms cannot be translated directly, word for word, without losing their (cultural or language-dependent) meaning.

*Example 1:* In English, "spilling the beans" means "revealing a secret." However, "knocking over the beans" or "spilling the vegetables" does not mean the same thing.

*Example 2:* In Japanese, the phrase "さじを投げる" literally translates into "he throws a spoon," but it means that there is nothing he can do and finally he gives up.

*Example 3:* In Dutch, "Hij ging met de kippen op stok" literally translates into "He went to roost with the chickens," but it means that he went to bed early.

**image of text**

text that has been rendered in a non-text form (e.g., an image) in order to achieve a particular visual effect

*Note:* This does not include text that is part of a picture that contains significant other visual content.

*Example:* A person's name on a nametag in a photograph.

**informative**

for information purposes and not required for conformance

*Note:* Content required for conformance is referred to as "normative."

**input error**

information provided by the user that is not accepted

*Note:* This includes:

1. Information that is required by the Web page but omitted by the user
2. Information that is provided by the user but that falls outside the required data format or values

**jargon**

words used in a particular way by people in a particular field

*Example:* The word StickyKeys is jargon from the field of assistive technology/accessibility.

**keyboard interface**

interface used by software to obtain keystroke input

*Note 1:* A keyboard interface allows users to provide keystroke input to programs even if the native technology does not contain a keyboard.

*Example:* A touchscreen PDA has a keyboard interface built into its operating system as well as a connector for external keyboards. Applications on the PDA can use the interface to obtain keyboard input either from an external keyboard or from other applications that provide simulated keyboard output, such as handwriting interpreters or speech-to-text applications with "keyboard emulation" functionality.

*Note 2:* Operation of the application (or parts of the application) through a keyboard-operated mouse emulator, such as MouseKeys, does not qualify as operation through a keyboard interface because operation of the program is through its pointing device interface, not through its keyboard interface.

**label**

text or other component with a text alternative that is presented to a user to identify a component within Web content

*Note 1:* A label is presented to all users whereas the name may be hidden and only exposed by assistive technology. In many (but not all) cases the name and the label are the same.

*Note 2:* The term label is not limited to the label element in HTML.

**large scale (text)**

with at least 18 point or 14 point bold or font size that would yield equivalent size for Chinese, Japanese and Korean (CJK) fonts

*Note 1:* Fonts with extraordinarily thin strokes or unusual features and characteristics that reduce the familiarity of their letter forms are harder to read, especially at lower contrast levels.

*Note 2:* Font size is the size when the content is delivered. It does not include resizing that may be done by a user.

*Note 3:* The actual size of the character that a user sees is dependent both on the author-defined size and the user's display or user-agent settings. For many mainstream body text fonts, 14 and 18 point is roughly equivalent to 1.2 and

USCA Case #20-1281   Document #1869519   Filed: 08/17/2020   Page 497 of 537

senior of 200% or larger of the default size for body text (assuming that the body text is 100%), but authors would
need to check this for the particular fonts in use. When fonts are defined in relative units, the actual point size is
calculated by the user agent for display. The point size should be obtained from the user agent, or calculated based
on font metrics as the user agent does, when evaluating this success criterion. Users who have low vision would be
responsible for choosing appropriate settings.

*Note 4:* When using text without specifying the font size, the smallest font size used on major browsers for
unspecified text would be a reasonable size to assume for the font. If a level 1 heading is rendered in 14pt bold or
higher on major browsers, then it would be reasonable to assume it is large text. Relative scaling can be calculated
from the default sizes in a similar fashion.

*Note 5:* The 18 and 14 point sizes for roman texts are taken from the minimum size for large print (14pt) and the
larger standard font size (18pt). For other fonts such as CJK languages, the "equivalent" sizes would be the
minimum large print size used for those languages and the next larger standard large print size.

**legal commitments**
transactions where the person incurs a legally binding obligation or benefit

*Example:* A marriage license, a stock trade (financial and legal), a will, a loan, adoption, signing up for the army, a
contract of any type, etc.

**link purpose**
nature of the result obtained by activating a hyperlink

**live**
information captured from a real-world event and transmitted to the receiver with no more than a broadcast delay

*Note 1:* A broadcast delay is a short (usually automated) delay, for example used in order to give the broadcaster
time to queue or censor the audio (or video) feed, but not sufficient to allow significant editing.

*Note 2:* If information is completely computer generated, it is not live.

**lower secondary education level**
the two or three year period of education that begins after completion of six years of school and ends nine years after
the beginning of primary education

*Note:* This definition is based on the International Standard Classification of Education [UNESCO].

**mechanism**
process or technique for achieving a result

*Note 1:* The mechanism may be explicitly provided in the content, or may be relied upon to be provided by either the
platform or by user agents, including assistive technologies.

*Note 2:* The mechanism needs to meet all success criteria for the conformance level claimed.

**media alternative for text**
media that presents no more information than is already presented in text (directly or via text alternatives)

*Note:* A media alternative for text is provided for those who benefit from alternate representations of text. Media
alternatives for text may be audio-only, video-only (including sign-language video), or audio-video.

**name**
text by which software can identify a component within Web content to the user

*Note 1:* The name may be hidden and only exposed by assistive technology, whereas a label is presented to all
users. In many (but not all) cases, the label and the name are the same.

*Note 2:* This is unrelated to the name attribute in HTML.

**navigated sequentially**
navigated in the order defined for advancing focus (from one element to the next) using a keyboard interface

**non-text content**
any content that is not a sequence of characters that can be programmatically determined or where the sequence is
not expressing something in human language

*Note:* This includes ASCII Art (which is a pattern of characters), emoticons, leetspeak (which uses character
substitution), and images representing text

**normative**
required for conformance

http://www.w3.org/TR/WCAG20/                                    23 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 184 of 231
USCA Case #18-7066    Document #1760859    Filed 05/21/2018    Page 438 of 537

or may content in a variety of well-defined ways is document

*Note 2:* Content identified as "informative" or "non-normative" is never required for conformance.

**on a full-screen window**
on the most common sized desktop/laptop display with the viewport maximized

*Note:* Since people generally keep their computers for several years, it is best not to rely on the latest desktop/laptop display resolutions but to consider the common desktop/laptop display resolutions over the course of several years when making this evaluation.

**paused**
stopped by user request and not resumed until requested by user

**prerecorded**
information that is not live

**presentation**
rendering of the content in a form to be perceived by users

**primary education level**
six year time period that begins between the ages of five and seven, possibly without any previous education

*Note:* This definition is based on the International Standard Classification of Education [UNESCO].

**process**
series of user actions where each action is required in order to complete an activity

*Example 1:* Successful use of a series of Web pages on a shopping site requires users to view alternative products, prices and offers, select products, submit an order, provide shipping information and provide payment information.

*Example 2:* An account registration page requires successful completion of a Turing test before the registration form can be accessed.

**programmatically determined (programmatically determinable)**
determined by software from author-supplied data provided in a way that different user agents, including assistive technologies, can extract and present this information to users in different modalities

*Example 1:* Determined in a markup language from elements and attributes that are accessed directly by commonly available assistive technology.

*Example 2:* Determined from technology-specific data structures in a non-markup language and exposed to assistive technology via an accessibility API that is supported by commonly available assistive technology.

**programmatically determined link context**
additional information that can be programmatically determined from relationships with a link, combined with the link text, and presented to users in different modalities

*Example:* In HTML, information that is programmatically determinable from a link in English includes text that is in the same paragraph, list, or table cell as the link or in a table header cell that is associated with the table cell that contains the link.

*Note:* Since screen readers interpret punctuation, they can also provide the context from the current sentence, when the focus is on a link in that sentence.

**programmatically set**
set by software using methods that are supported by user agents, including assistive technologies

**pure decoration**
serving only an aesthetic purpose, providing no information, and having no functionality

*Note:* Text is only purely decorative if the words can be rearranged or substituted without changing their purpose.

*Example:* The cover page of a dictionary has random words in very light text in the background.

**real-time event**
event that a) occurs at the same time as the viewing and b) is not completely generated by the content

*Example 1:* A Webcast of a live performance (occurs at the same time as the viewing and is not prerecorded).

*Example 2:* An on-line auction with people bidding (occurs at the same time as the viewing).

*Example 3:* Live humans interacting in a virtual world using avatars (is not completely generated by the content and occurs at the same time as the viewing).

USCA Case #17-7039      Document #1715850           Filed: 01/31/2018      Page 439 of 537

**relationships**
meaningful associations between distinct pieces of content

**relative luminance**
the relative brightness of any point in a colorspace, normalized to 0 for darkest black and 1 for lightest white

*Note 1:* For the sRGB colorspace, the relative luminance of a color is defined as L = 0.2126 * **R** + 0.7152 * **G** + 0.0722 * **B** where **R**, **G** and **B** are defined as:

- if $R_{sRGB}$ <= 0.03928 then **R** = $R_{sRGB}$/12.92 else **R** = $((R_{sRGB}+0.055)/1.055)$ ^ 2.4
- if $G_{sRGB}$ <= 0.03928 then **G** = $G_{sRGB}$/12.92 else **G** = $((G_{sRGB}+0.055)/1.055)$ ^ 2.4
- if $B_{sRGB}$ <= 0.03928 then **B** = $B_{sRGB}$/12.92 else **B** = $((B_{sRGB}+0.055)/1.055)$ ^ 2.4

and $R_{sRGB}$, $G_{sRGB}$, and $B_{sRGB}$ are defined as:

- $R_{sRGB}$ = $R_{8bit}$/255
- $G_{sRGB}$ = $G_{8bit}$/255
- $B_{sRGB}$ = $B_{8bit}$/255

The "^" character is the exponentiation operator. (Formula taken from [sRGB] and [IEC-4WD]).

*Note 2:* Almost all systems used today to view Web content assume sRGB encoding. Unless it is known that another color space will be used to process and display the content, authors should evaluate using sRGB colorspace. If using other color spaces, see Understanding Success Criterion 1.4.3.

*Note 3:* If dithering occurs after delivery, then the source color value is used. For colors that are dithered at the source, the average values of the colors that are dithered should be used (average R, average G, and average B).

*Note 4:* Tools are available that automatically do the calculations when testing contrast and flash.

*Note 5:* A MathML version of the relative luminance definition is available.

**relied upon (technologies that are)**
the content would not conform if that technology is turned off or is not supported

**role**
text or number by which software can identify the function of a component within Web content

*Example:* A number that indicates whether an image functions as a hyperlink, command button, or check box.

**same functionality**
same result when used

*Example:* A submit "search" button on one Web page and a "find" button on another Web page may both have a field to enter a term and list topics in the Web site related to the term submitted. In this case, they would have the same functionality but would not be labeled consistently.

**same relative order**
same position relative to other items

*Note:* Items are considered to be in the same relative order even if other items are inserted or removed from the original order. For example, expanding navigation menus may insert an additional level of detail or a secondary navigation section may be inserted into the reading order.

**satisfies a success criterion**
the success criterion does not evaluate to 'false' when applied to the page

**section**
A self-contained portion of written content that deals with one or more related topics or thoughts

*Note:* A section may consist of one or more paragraphs and include graphics, tables, lists and sub-sections.

**set of Web pages**
collection of Web pages that share a common purpose and that are created by the same author, group or organization

*Note:* Different language versions would be considered different sets of Web pages.

**sign language**
a language using combinations of movements of the hands and arms, facial expressions, or body positions to convey meaning

**sign language interpretation**

http://www.w3.org/TR/WCAG20/

25 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 186 of 231
USCA Case #23-7030   Document #1869485   Filed: 01/05/2018   Page 440 of 537

*Note:* True sign languages are independent languages that are unrelated to the spoken language(s) of the same country or region.

**specific sensory experience**

a sensory experience that is not purely decorative and does not primarily convey important information or perform a function

*Example:* Examples include a performance of a flute solo, works of visual art etc.

**structure**

1. The way the parts of a Web page are organized in relation to each other; and
2. The way a collection of Web pages is organized

**supplemental content**

additional content that illustrates or clarifies the primary content

*Example 1:* An audio version of a Web page.

*Example 2:* An illustration of a complex process.

*Example 3:* A paragraph summarizing the major outcomes and recommendations made in a research study.

**synchronized media**

audio or video synchronized with another format for presenting information and/or with time-based interactive components, unless the media is a media alternative for text that is clearly labeled as such

**technology (Web content)**

mechanism for encoding instructions to be rendered, played or executed by user agents

*Note 1:* As used in these guidelines "Web Technology" and the word "technology" (when used alone) both refer to Web Content Technologies.

*Note 2:* Web content technologies may include markup languages, data formats, or programming languages that authors may use alone or in combination to create end-user experiences that range from static Web pages to synchronized media presentations to dynamic Web applications.

*Example:* Some common examples of Web content technologies include HTML, CSS, SVG, PNG, PDF, Flash, and JavaScript.

**text**

sequence of characters that can be programmatically determined, where the sequence is expressing something in human language

**text alternative**

Text that is programmatically associated with non-text content or referred to from text that is programmatically associated with non-text content. Programmatically associated text is text whose location can be programmatically determined from the non-text content.

*Example:* An image of a chart is described in text in the paragraph after the chart. The short text alternative for the chart indicates that a description follows.

*Note:* Refer to Understanding Text Alternatives for more information.

**used in an unusual or restricted way**

words used in such a way that requires users to know exactly which definition to apply in order to understand the content correctly

*Example:* The term "gig" means something different if it occurs in a discussion of music concerts than it does in article about computer hard drive space, but the appropriate definition can be determined from context. By contrast, the word "text" is used in a very specific way in WCAG 2.0, so a definition is supplied in the glossary.

**user agent**

any software that retrieves and presents Web content for users

*Example:* Web browsers, media players, plug-ins, and other programs — including assistive technologies — that help in retrieving, rendering, and interacting with Web content.

**user-controllable**

data that is intended to be accessed by users

http://www.w3.org/TR/WCAG20/ 26 of 28

Case 1:13-cv-01215-TSC Document 122-6 Filed 12/22/15 Page 187 of 231
USCA Case #15-7025 Document #1600765 Filed 01/31/2018 Page 441 of 537

does not refer to such things as Internet logs and search engine monitoring data.

*Example:* Name and address fields for a user's account.

**user interface component**

a part of the content that is perceived by users as a single control for a distinct function

*Note 1:* Multiple user interface components may be implemented as a single programmatic element. Components here is not tied to programming techniques, but rather to what the user perceives as separate controls.

*Note 2:* User interface components include form elements and links as well as components generated by scripts.

*Example:* An applet has a "control" that can be used to move through content by line or page or random access. Since each of these would need to have a name and be settable independently, they would each be a "user interface component."

**video**

the technology of moving or sequenced pictures or images

*Note:* Video can be made up of animated or photographic images, or both.

**video-only**

a time-based presentation that contains only video (no audio and no interaction)

**viewport**

object in which the user agent presents content

*Note 1:* The user agent presents content through one or more viewports. Viewports include windows, frames, loudspeakers, and virtual magnifying glasses. A viewport may contain another viewport (e.g., nested frames). Interface components created by the user agent such as prompts, menus, and alerts are not viewports.

*Note 2:* This definition is based on User Agent Accessibility Guidelines 1.0 Glossary.

**visually customized**

the font, size, color, and background can be set

**Web page**

a non-embedded resource obtained from a single URI using HTTP plus any other resources that are used in the rendering or intended to be rendered together with it by a user agent

*Note 1:* Although any "other resources" would be rendered together with the primary resource, they would not necessarily be rendered simultaneously with each other.

*Note 2:* For the purposes of conformance with these guidelines, a resource must be "non-embedded" within the scope of conformance to be considered a Web page.

*Example 1:* A Web resource including all embedded images and media.

*Example 2:* A Web mail program built using Asynchronous JavaScript and XML (AJAX). The program lives entirely at http://example.com/mail, but includes an inbox, a contacts area and a calendar. Links or buttons are provided that cause the inbox, contacts, or calendar to display, but do not change the URI of the page as a whole.

*Example 3:* A customizable portal site, where users can choose content to display from a set of different content modules.

*Example 4:* When you enter "http://shopping.example.com/" in your browser, you enter a movie-like interactive shopping environment where you visually move around in a store dragging products off of the shelves around you and into a visual shopping cart in front of you. Clicking on a product causes it to be demonstrated with a specification sheet floating alongside. This might be a single-page Web site or just one page within a Web site.

# Appendix B: Acknowledgments

This section is informative.

This publication has been funded in part with Federal funds from the U.S. Department of Education, National Institute on Disability and Rehabilitation Research (NIDRR) under contract number ED05CO0039. The content of this publication does not necessarily reflect the views or policies of the U.S. Department of Education, nor does mention of trade names, commercial products, or organizations imply endorsement by the U.S. Government.

Additional information about participation in the Web Content Accessibility Guidelines Working Group (WCAG WG) can be found on the Working Group home page.

JA 1683

http://www.w3.org/TR/WCAG20/                                                                27 of 28

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 188 of 231
Participants #1-17639 the Document #17-6850f2 of publication      Filed 01/31/2018      Page 442 of 537

- Bruce Bailey (U.S. Access Board)
- Frederick Boland (NIST)
- Ben Caldwell (Trace R&D Center, University of Wisconsin)
- Sofia Celic (W3C Invited Expert)
- Michael Cooper (W3C)
- Roberto Ellero (International Webmasters Association / HTML Writers Guild)
- Bengt Farre (Rigab)
- Loretta Guarino Reid (Google)
- Katie Haritos-Shea
- Andrew Kirkpatrick (Adobe)
- Drew LaHart (IBM)
- Alex Li (SAP AG)
- David MacDonald (E-Ramp Inc.)
- Roberto Scano (International Webmasters Association / HTML Writers Guild)
- Cynthia Shelly (Microsoft)
- Andi Snow-Weaver (IBM)
- Christophe Strobbe (DocArch, K.U.Leuven)
- Gregg Vanderheiden (Trace R&D Center, University of Wisconsin)

## Other previously active WCAG WG participants and other contributors to WCAG 2.0

Shadi Abou-Zahra, Jim Allan, Jenae Andershonis, Avi Arditti, Aries Arditi, Mike Barta, Sandy Bartell, Kynn Bartlett, Marco Bertoni, Harvey Bingham, Chris Blouch, Paul Bohman, Patrice Bourlon, Judy Brewer, Andy Brown, Dick Brown, Doyle Burnett, Raven Calais, Tomas Caspers, Roberto Castaldo, Sambhavi Chandrashekar, Mike Cherim, Jonathan Chetwynd, Wendy Chisholm, Alan Chuter, David M Clark, Joe Clark, James Coltham, James Craig, Tom Croucher, Nir Dagan, Daniel Dardailler, Geoff Deering, Pete DeVasto, Don Evans, Neal Ewers, Steve Faulkner, Lainey Feingold, Alan J. Flavell, Nikolaos Floratos, Kentarou Fukuda, Miguel Garcia, P.J. Gardner, Greg Gay, Becky Gibson, Al Gilman, Kerstin Goldsmith, Michael Grade, Jon Gunderson, Emmanuelle Gutiérrez y Restrepo, Brian Hardy, Eric Hansen, Sean Hayes, Shawn Henry, Hans Hillen, Donovan Hipke, Bjoern Hoehrmann, Chris Hofstader, Yvette Hoitink, Carlos Iglesias, Ian Jacobs, Phill Jenkins, Jyotsna Kaki, Leonard R. Kasday, Kazuhito Kidachi, Ken Kipness, Marja-Riitta Koivunen, Preety Kumar, Gez Lemon, Chuck Letourneau, Scott Luebking, Tim Lacy, Jim Ley, William Loughborough, Greg Lowney, Luca Mascaro, Liam McGee, Jens Meiert, Niqui Merret, Alessandro Miele, Mathew J Mirabella, Charles McCathieNevile , Matt May, Marti McCuller, Sorcha Moore, Charles F. Munat, Robert Neff, Bruno von Niman, Tim Noonan, Sebastiano Nutarelli, Graham Oliver, Sean B. Palmer, Sailesh Panchang, Nigel Peck, Anne Pemberton, David Poehlman, Adam Victor Reed, Chris Ridpath, Lee Roberts, Gregory J. Rosmaita, Matthew Ross, Sharron Rush, Gian Sampson-Wild, Joel Sanda, Gordon Schantz, Lisa Seeman, John Slatin, Becky Smith, Jared Smith, Neil Soiffer, Jeanne Spellman, Mike Squillace, Michael Stenitzer, Jim Thatcher, Terry Thompson, Justin Thorp, Makoto Ueki, Eric Velleman, Dena Wainwright, Paul Walsch, Takayuki Watanabe, Jason White.

## Appendix C: References

This section is informative.

**CAPTCHA**
> The CAPTCHA Project, Carnegie Mellon University. The project is online at http://www.captcha.net.

**HARDING-BINNIE**
> Harding G. F. A. and Binnie, C.D., Independent Analysis of the ITC Photosensitive Epilepsy Calibration Test Tape. 2002.

**IEC-4WD**
> IEC/4WD 61966-2-1: Colour Measurement and Management in Multimedia Systems and Equipment - Part 2.1: Default Colour Space - sRGB. May 5, 1998.

**sRGB**
**JA1684**
> "A Standard Default Color Space for the Internet - sRGB," M. Stokes, M. Anderson, S. Chandrasekar, R. Motta, eds., Version 1.10, November 5, 1996. A copy of this paper is available at http://www.w3.org/Graphics/Color/sRGB.html.

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 443 of 537

**UNESCO**

International Standard Classification of Education, 1997. A copy of the standard is available at http://www.unesco.org /education/information/nfsunesco/doc/isced_1997.htm.

**WCAG10**

Web Content Accessibility Guidelines 1.0, G. Vanderheiden, W. Chisholm, I. Jacobs, Editors, W3C Recommendation, 5 May 1999, http://www.w3.org/TR/1999/WAI-WEBCONTENT-19990505/. The latest version of WCAG 1.0 is available at http://www.w3.org/TR/WAI-WEBCONTENT/.

# **<u>Exhibit D</u>**

http://www.w3.org/Consortium/Legal/2015/doc-license                                  1 of 2

Case 1:13-cv-01215-TSC   Document 122-6   Filed 12/22/15   Page 191 of 231
USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 445 of 537

# W3C Document License

**Status:** This document takes effect 1 February 2015.

Public documents on the W3C site are provided by the copyright holders under the following license.

## License

By using and/or copying this document, or the W3C document from which this statement is linked, you (the licensee) agree that you have read, understood, and will comply with the following terms and conditions:

Permission to copy, and distribute the contents of this document, or the W3C document from which this statement is linked, in any medium for any purpose and without fee or royalty is hereby granted, provided that you include the following on *ALL* copies of the document, or portions thereof, that you use:

> A link or URL to the original W3C document.
> The pre-existing copyright notice of the original author, or if it doesn't exist, a notice (hypertext is preferred, but a textual representation is permitted) of the form: "Copyright © [$date-of-document] World Wide Web Consortium, (MIT, ERCIM, Keio, Beihang). http://www.w3.org/Consortium/Legal/2015/doc-license"
> *If it exists*, the STATUS of the W3C document.

When space permits, inclusion of the full text of this **NOTICE** should be provided. We request that authorship attribution be provided in any software, documents, or other items or products that you create pursuant to the implementation of the contents of this document, or any portion thereof.

No right to create modifications or derivatives of W3C documents is granted pursuant to this license, except as follows: To facilitate implementation of the technical specifications set forth in this document, anyone may prepare and distribute derivative works and portions of this document in software, in supporting materials accompanying software, and in documentation of software, PROVIDED that all such works include the notice below. HOWEVER, the publication of derivative works of this document for use as a technical specification is expressly prohibited.

In addition, "Code Components" —Web IDL in sections clearly marked as Web IDL; and W3C-defined markup (HTML, CSS, etc.) and computer programming language code clearly marked as code examples— are licensed under the W3C Software License.

The notice is:

"Copyright © 2015 W3C® (MIT, ERCIM, Keio, Beihang). This software or document includes material copied from or derived from [title and URI of the W3C document]."

## Disclaimers

THIS DOCUMENT IS PROVIDED "AS IS," AND COPYRIGHT HOLDERS MAKE NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, OR TITLE; THAT THE CONTENTS OF THE DOCUMENT ARE SUITABLE FOR ANY PURPOSE; NOR THAT THE IMPLEMENTATION OF SUCH CONTENTS WILL NOT INFRINGE ANY THIRD PARTY PATENTS, COPYRIGHTS, TRADEMARKS OR OTHER

http://www.w3.org/Consortium/Legal/2015/doc-license                    2 of 2

Case 1:13-cv-01215-TSC    Document 122-6    Filed 12/22/15    Page 192 of 231
RIGHTS USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 446 of 537

COPYRIGHT HOLDERS WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF ANY USE OF THE DOCUMENT OR THE PERFORMANCE OR IMPLEMENTATION OF THE CONTENTS THEREOF.

The name and trademarks of copyright holders may NOT be used in advertising or publicity pertaining to this document or its contents without specific, written prior permission. Title to copyright in this document will at all times remain with copyright holders.

## Notes

This version: https://www.w3.org/Consortium/Legal/2015/doc-license
Latest version: https://www.w3.org/Consortium/Legal/copyright-documents
Previous version: http://www.w3.org/Consortium/Legal/2002/copyright-documents-20021231

## Changes since the previous Document License

This version grants limited permission to create and distribute derivative works except for use as technical specifications.
This version licenses Code Components under the W3C Software License.

Copyright © 2015 W3C ® (MIT, ERCIM, Keio, Beihang) Usage policies apply.

# EXHIBIT 97

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|-----|---------|-------|----------------|
| ASTM A106 / A106 M | 2004b | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service | A106/A106M-15 |
| ASTM A184 | 1979 | Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement | A184/A184M - 06(2011) |
| ASTM A185 | 1979 | Standard Specification for Welded Steel Wire Fabric for Concrete Reinforcement | ASTM A185/A185M-07 |
| ASTM A203 / A203M | 1997 | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel | A203/A203M - 12 |
| ASTM A242 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Steel | A242/A242M - 13 |
| ASTM A285 | 1978 | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate- Tensile Strength | A285/A285M - 12 |
| ASTM A307 | 1978e | Standard Specification for Carbon Steel Externally Threaded Standard Fasteners | A307 - 14 |
| ASTM A325 | 1979 | Standard Specification for High-Strength Bolts for Structural Steel Joints | A325 - 14 |
| ASTM A333 / A333M | 1994 | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service | A333/A333M - 13 |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 448 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM A36 | 1977ae | Standard Specification for Structural Steel | A36/A36M - 14 |
| ASTM A36 / A36M | 1997ae1 | Standard Specification for Carbon Structural Steel | A36/A36M - 14 |
| ASTM A369 / A369M | 1992 | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High- Temperature  Service | A369/A369M - 11 |
| ASTM A370 | 1977e 2 | Standard Methods and Definitions for Mechanical Testing of Steel Products | A370 - 15 |
| ASTM A441 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Manganese Vanadium Steel | ASTM D441 - 07(2012) |
| ASTM A449 | 1978a | Standard Specification for Quenched and Tempered Steel Bolts and Studs | A449 - 14 |
| ASTM A475 | 1978 (1984) e 1 | Standard Specification for Zinc-Coated Steel Wire Strand | A475 - 03(2014) |
| ASTM A490 | 1979 | Standard Specification for Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints | A490 - 14a |
| ASTM A496 | 1978 | Standard Specification for Deformed Steel Wire for Concrete Reinforcement | ASTM A496/A496M-07 |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 449 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM A497 | 1979 | Standard Specification for Welded Deformed Steel Wire Fabric for Concrete Reinforcement | ASTM A497/A497M-07 |
| ASTM A500 | 1978 | Standard Specification for Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes | A500/A500M - 13 |
| ASTM A501 | 1976 | Standard Specification for Hot-Formed Welded and Seamless Carbon Steel Structural Tubing | A501/A501M - 14 |
| ASTM A502 | 1976 | Standard Specification for Steel Structural Rivets | A502 - 03(2015) |
| ASTM A514 | 1977 | Standard Specification for High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding | A514/A514M - 14 |
| ASTM A516 / A516M | 1990 (1996) e1 | Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower- Temperature  Service | A516/A516M - 10(2015) |
| ASTM A520 | 1972 (1985) | Standard Specification for Supplementary Requirements for Seamless and Electric-Resistance-Welded  Carbon  Steel Tubular Products for High-Temperature Service Conforming to ISO Recommendations For Boiler Construction | Withdrawn Standard:  ASTM A520-97 | Developed by Subcommittee: A01.09 WITHDRAWN, NO REPLACEMENT |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 450 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM A522 / A522M | 1995b | Standard Specification forForged or Rolled 8 and 9 % Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service | A522/A522M - 14 |
| ASTM A529 | 1975 | Standard Specification for Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in. (12.7 mm) Maximum Thickness | A529/A529M - 14 |
| ASTM A539 | 1990a | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines | Withdrawn Standard:  ASTM A539-99 \| Developed by Subcommittee: A01.09 D28WITHDRAWN, NO REPLACEMENT |
| ASTM A570 | 1979 | Standard Specification for Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality | Withdrawn Standard:  ASTM A570/A570M-98 \| Developed by Subcommittee: A01.19 WITHDRAWN, REPLACED BY A1011/A1011M |
| ASTM A572 | 1979 | Standard Specification for High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality | A572/A572M - 15 |
| ASTM A588 | 1979a | Standard Specification for High-Strength Low-Alloy Structural Steel with 50, 000 psi Minimum Yield Point to 4 in. Thick | A588/A588M - 15 |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 451 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM A611 | 1972 (1979) | Standard Specification for Steel, Cold-Rolled Sheet, Carbon, Structural | Withdrawn Standard:  ASTM A611-97 | Developed by Subcommittee: A01.19 WITHDRAWN, REPLACED BY A1008/A1008M |
| ASTM A615 | 1979 | Standard Specification for Deformed and Plain Billet-Steel Bars for Concrete Reinforcement | A615/A615M - 15ae1 |
| ASTM A616 | 1979 | Standard Specification for Rail-Steel Deformed and Plain Bars for Concrete Reinforcement | Withdrawn Standard:  ASTM A616/A616M-96a | Developed by Subcommittee: A01.05 WITHDRAWN, REPLACED BY A996/A996M |
| ASTM A617 | 1979 | Standard Specification for Axle-Steel Deformed and Plain Bars for Concrete Reinforcement | Withdrawn Standard:  ASTM A617/A617M-96a | Developed by Subcommittee: A01.05 WITHDRAWN, REPLACED BY A996/A996M |
| ASTM A618 | 1974 | Standard Specification for Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing | A618/A618M - 04(2015) |
| ASTM A633 | 1979a | Standard Specification for Normalized High-Strength Low Alloy Structural Steel | A633/A633M - 13 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 452 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM A82 | 1979 | Standard Specification for Cold-Drawn Steel Wire for Concrete Reinforcement | Withdrawn Standard:  ASTM A82/A82M-07 | Developed by Subcommittee: A01.05WITHDRAWN, REPLACED BY A1064/A1064M |
| ASTM B111 | 1995 | Standard Specification for Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock | B111/B111M - 11 |
| ASTM B122 / B 122M | 1995 | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip and Rolled Bar | B122/B122M - 11 |
| ASTM B124 | 1996 | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes | B124/B124M - 15 |
| ASTM B152 | 1997a | Standard Specification for Copper Sheet, Strip, Plate, and Rolled Bar | B152/B152M - 13 |
| ASTM B16 | 1992 | Standard Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines | ASTM B16 / B16M - 10(2015) |
| ASTM B193 | 1987 | Standard Test Method for Resistivity of Electrical Conductor Materials | B193 - 02(2014) |

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM B209 | 1996 | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate | B209 - 14 |
| ASTM B21 | 1996 | Standard Specification for Naval Brass Rod, Bar, and Shapes | ASTM B21 / B21M - 14 |
| ASTM B21 | 1983b | Standard Specification for Naval Brass Rod, Bar, and Shapes | ASTM B21 / B21M - 14 |
| ASTM B224 | 1980e 1 | Standard Classification of Coppers | B224 - 15 |
| ASTM B280 | 1997 | Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service | B280 - 13 |
| ASTM B283 | 1996 | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) | B283/B283M - 14a |
| ASTM B315 | 1993 | Standard Specification for Seamless Copper Alloy Pipe and Tube | B315 - 12 |
| ASTM B42 | 1996 | Standard Specification for Seamless Copper Pipe, Standard Sizes | B42 - 15a |
| ASTM B557 | 1984 | Standard Methods of Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products | B557 - 15 |
| ASTM B580 | 1979 | Standard Specification for Anodized Oxide Coatings on Aluminum | B580 - 79(2014) |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 454 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM B68 | 1995 | Standard Specification for Seamless Copper Tube, Bright Annealed | B68/B68M - 11 |
| ASTM B694 | 1986 | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding | B694 - 13 |
| ASTM B75 | 1997 | Standard Specification for Seamless Copper Tube | B75/B75M - 11 |
| ASTM B85 | 1984 | Standard Specification for Aluminum-Alloy Die Castings | B85/B85M - 14 |
| ASTM B858 | 1995 | Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Alloys Using an Ammonia Vapor Test | B858 - 06(2012) |
| ASTM B88 | 1996 | Standard Specification for Seamless Copper Water Tube | B88 - 14 |
| ASTM B96 | 1993 | Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure Vessels | B96/B96M - 11 |
| ASTM C150 | 1999a | Standard Specification for Portland Cement | C150/C150M - 15 |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 455 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM C177 | 1997 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | C177 - 13 |
| ASTM C236 | 1989 (1993) e 1 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box | Withdrawn Standard:  ASTM C236-89(1993)e1 \| Developed by Subcommittee: C16.30 WITHDRAWN, REPLACED BY C1363 |
| ASTM C330 | 1999 | Standard Specification for Lightweight Aggregates for Structural Concrete | C330/C330M - 14 |
| ASTM C5 | 1979 (1997) | Standard Specification for Quicklime for Structural Purposes | C5 - 10 |
| ASTM C509 | 1984 | Standard Specification for Cellular Elastomeric Preformed Gasket and Sealing Material | C509 - 06(2011) |
| ASTM C516 | 1980 (1996) e 1 | Standard Specification for Vermiculite Loose Fill Thermal Insulation | C516 - 08(2013)e1 |
| ASTM C518 | 1991 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | C518 - 15 |

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM C549 | 1981 (1995) e 1 | Standard Specification for Perlite Loose Fill Insulation | C549 - 06(2012) |
| ASTM C564 | 1970 (1982) | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings | C564 - 14 |
| ASTM C720 | 1989 (1994) e 1 | Standard Specification for Spray Applied Fibrous Insulation for Elevated Temperature | Withdrawn Standard:  ASTM C720-89(1994)e1 \| Developed by Subcommittee: C16.23 WITHDRAWN, NO REPLACEMENT |
| ASTM D1072 | 1990 (1994) e 1 | Standard Test Method for Total Sulfur in Fuel Gases | D1072 - 06(2012) |
| ASTM D1193 | 1977 (1983) | Standard Specification for Reagent Water | D1193 - 06(2011) |
| ASTM D1217 | 1993 (1998) | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer | D1217 - 12 |
| ASTM D1246 | 1995 (1999) | Standard Test Method for Bromide Ion in Water | D1246 - 10 |
| ASTM D1253 | 1986 (1996) | Standard Test Method for Residual Chlorine in Water | D1253 - 14 |
| ASTM D1266 | 1998 | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) | D1266 - 13 |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 457 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D129 | 1995 | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | D129 - 13 |
| ASTM D1298 | 1999 | Standard Test Method for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method | D1298 - 12b |
| ASTM D1335 | 1967 (1972) | Standard Method of Test for Tuft Bind of Pile Floor Coverings | D1335 - 12 |
| ASTM D1412 | 1993 (1997) | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius | D1412/D1412M - 15 |
| ASTM D1415 | 1988 (1994) | Standard Practice for Rubber Property-International Hardness | D1415 - 06(2012) |
| ASTM D1480 | 1993 (1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer | D1480 - 12 |
| ASTM D1481 | 1993 (1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer | D1481 - 12 |
| ASTM D1518 | 1985 (1998) e1 | Standard Test Method for Thermal Transmittance of Textile Materials | D1518 - 14 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 458 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D1535 | 1989 | Standard Test Method for Specifying Color by the Munsell System | D1535 - 14 |
| ASTM D1552 | 1995 | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) | D1552 - 15 |
| ASTM D1687 | 1992 (1996) | Standard Test Methods for Chromium in Water | D1687 - 12 |
| ASTM D1688 | 1995 | Standard Test Methods for Copper in Water | D1688 - 12 |
| ASTM D1785 | 1986 | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 | D1785 - 15 |
| ASTM D1835 | 1997 | Standard Specification for Liquefied Petroleum (LP) Gases | D1835 - 13 |
| ASTM D1890 | 1996 | Standard Test Method for Beta Particle Radioactivity of Water | D1890 - 15 |
| ASTM D1943 | 1996 | Standard Test Method for Alpha Particle Radioactivity of Water | D1943 - 05(2012) |
| ASTM D1945 | 1996 | Standard Test Method for Analysis of Natural Gas By Gas Chromatography | D1945 - 14 |
| ASTM D1946 | 1990 (1994) e1 | Standard Practice for Analysis of Reformed Gas by Gas Chromatography | D1946 - 90(2011) |

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 459 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D2013 | 1986 (1994) | Standard Method of Preparing Coal Samples for Analysis | D2013/D2013M - 12 |
| ASTM D2015 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Adiabatic Bomb Calorimeter | Withdrawn Standard: ASTM D2015-00 \| Developed by Subcommittee: D05.21 WITHDRAWN, NO REPLACEMENT |
| ASTM D2036 | 1998 | Standard Test Method for Cyanides in Water | D2036 - 09(2015) |
| ASTM D2163 | 1991 (1996) | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography | D2163 - 14e1 |
| ASTM D2216 | 1998 | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass | D2216 - 10 |
| ASTM D2234 | 1998 | Standard Practice for Collection of a Gross Sample of Coal | D2234/D2234M - 10 |
| ASTM D2247 | 1968 (1973) | Standard Method for Testing Coated Metal Specimans at 100 Percent Relative Humidity | D2247 - 11 |
| ASTM D2460 | 1997 | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water | D2460 - 07(2013) |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 460 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D2502 | 1992 (1996) | Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements | D2502 - 14 |
| ASTM D2503 | 1992 (1997) | Standard Test Method for Relative Molecular Mass (Molecular Weight) of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure | D2503 - 92(2012) |
| ASTM D2505 | 1988 (1998) | Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography | D2505 - 88(2015) |
| ASTM D257 | 1991 | Standard Test Method for DC Resistance of Conductance of Insulating Materials | D257 - 14 |
| ASTM D2597 | 1994 (1999) | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography | D2597 - 10 |
| ASTM D2622 | 1998 | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry | D2622 - 10 |
| ASTM D2724 | 1987 (1995) | Standard Test Methods for Bonded, Fused, and Laminated Apparel Fabrics | D2724 - 07(2015) |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 461 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D2777 | 1998 | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water | D2777 - 13 |
| ASTM D287 | 1992 (1995) | Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer  Method) | D287 - 12b |
| ASTM D2879 | 1997 | Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope | D2879 - 10 |
| ASTM D2908 | 1974 | Standard Recommended Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection  Gas Chromatography | D2908 - 91(2011) |
| ASTM D2986 | 1995a (1999) | Standard Practice for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test | Withdrawn Standard:  ASTM D2986-95a(1999) \| Developed by Subcommittee: D22.01 WITHDRAWN, NO REPLACEMENT |
| ASTM D3120 | 1996 | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry | D3120 - 08(2014) |

USCA Case #17-7039      Document #1715850          Filed: 01/31/2018      Page 462 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D3173 | 1987 (1996) | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke | D3173 - 11 |
| ASTM D3176 | 1989 (1997) | Standard Practice for Ultimate Analysis of Coal and Coke | D3176 - 15 |
| ASTM D3177 | 1989 (1997) | Standard Test Methods for Total Sulfur in the Analysis Sample of Coal and Coke | Withdrawn Standard:  ASTM D3177-02(2007) | Developed by Subcommittee: D05.21WITHDRAWN, REPLACED BY D4239 |
| ASTM D3178 | 1989 (1997) | Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke | Withdrawn Standard:  ASTM D3178-89(2002) | Developed by Subcommittee: D05.21 WITHDRAWN, REPLACED BY D5373 |
| ASTM D323 | 1958 (1968) | Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) | D323 - 15a |
| ASTM D3236 | 1988 (1999) | Standard Test Method for Apparent Viscosity of Hot Melt Adhesives and Coating Materials | D3236 - 15 |
| ASTM D3246 | 1996 | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry | D3246 - 15 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 463 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D3286 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter | Withdrawn Standard:  ASTM D3286-96 | Developed by Subcommittee: D05.21WITHDRAWN, REPLACED BY D5865 |
| ASTM D3371 | 1995 | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography | Withdrawn Standard:  ASTM D3371-95 | Developed by Subcommittee: D19.06 WITHDRAWN, NO REPLACEMENT |
| ASTM D3454 | 1997 | Standard Test Method for Radium-226 in Water | D3454 - 11 |
| ASTM D3588 | 1998 | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels | D3588 - 98(2011) |
| ASTM D3697 | 1992 (1996) | Standard Test Method for Antimony in Water | D3697 - 12 |
| ASTM D388 | 1998a | Standard Classification of Coals by Rank | D388 - 15 |
| ASTM D396 | 1998 | Standard Specification for Fuel Oils | D396 - 15c |
| ASTM D4057 | 1995e 1 | Standard Practice for Manual Sampling of Petroleum and Petroleum Products | D4057 - 12 |

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D4084 | 1994 | Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method) | D4084 - 07(2012) |
| ASTM D413 | 1982 (1993) e 1 | Standard Test Method for Rubber Property--Adhesion to Flexible Substrate | D413 - 98(2013) |
| ASTM D4177 | 1995 | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products | D4177 - 15a |
| ASTM D4239 | 1997e 1 | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods | D4239 - 14e2 |
| ASTM D4268 | 1993 | Standard Test Method for Testing Fiber Ropes | Withdrawn Standard:  ASTM D4268-93 | Developed by Subcommittee: D13.16 WITHDRAWN, NO REPLACEMENT |
| ASTM D4294 | 1998 | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry | D4294 - 10 |
| ASTM D4329 | 1999 | Standard Practice for Fluorescent UV Exposure of Plastics | D4329 - 13 |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 465 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM E283 | 1991 (1999) | Standard Test Method for Determining Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen | E283 - 04(2012) |
| ASTM E185 | 1982 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | E185 - 15e1 |
| ASTM D4891 | 1989 (1994) E 1 | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion | D4891 - 13 |
| ASTM D5489 | 1996a | Standard Guide for Care Symbols for Care Instructions Textile Products | D5489 - 14 |
| ASTM E408 | 1971 | Standard Methods of Test for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | E408 - 13 |
| ASTM D611 | 1982 (1998) | Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents | D611 - 12 |
| ASTM D5373 | 1993 (1997) | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke | D5373 - 14e1 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 466 of 537

**JA1708**

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM E606 | 1980 | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing | E606 / E606M - 12 |
| ASTM E695 | 1979 (1997) e 1 | Standard Method of Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading | E695 - 03(2015)e1 |
| ASTM D814 | 1995 | Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids | D814 - 95(2014) |
| ASTM F478 | 1992 (1999) | Standard Specification for In-Service Care of Insulating Line Hose and Covers | F478 - 14a |
| ASTM D6216 | 1998 | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications | D6216 - 12 |
| ASTM D6228 | 1998 | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection | D6228 - 10 |
| ASTM E72 | 1980 | Standard Methods of Conducting Strength Tests of Panels for Building Construction | E72 - 15 |
| ASTM D6503 | 1999 | Standard Test Method for Enterococci in Water Using Enterolert | D6503 - 14 |
| ASTM F1122 | 1987 (1998) | Standard Specification for Quick Disconnect Couplings | F1122 - 04(2015)e1 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 467 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|-----|---------|-------|----------------|
| ASTM F1155 | 1998 | Standard Practice for Selection and Application of Piping System Materials | F1155 - 10(2015) |
| ASTM F1273 | 1991 (1996) e 1 | Standard Specification for Tank Vent Flame Arresters | F1273 - 91(2013) |
| ASTM D975 | 1998b | Standard Specification for Diesel Fuel Oils | D975 - 15c |
| ASTM F631 | 1993 | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | F631 - 15 |
| ASTM F715 | 1995 | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | F715 - 07(2012) |
| ASTM F722 | 1982 (1988) | Standard Specification for Welded Joints for Shipboard Piping Systems | F722 - 82(2014) |
| ASTM D4986 | 1998 | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials | D4986 - 10 |
| ASTM D5673 | 1996 | Standard Test Method for Elements in Water by Inductively Coupled Plasma-Mass Spectrometry | D5673 - 15 |
| ASTM E154 | 1968 (1979) e 1 | Standard Methods of Testing Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces | E154/E154M - 08a(2013)e1 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 468 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM D5865 | 1998a | Standard Test Method for Gross Calorific Value of Coal and Coke | D5865 - 13 |
| ASTM D665 | 1998e 1 | Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water | D665 - 14e1 |
| ASTM D86 | 2007 | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | D86 - 15 |
| ASTM D5257 | 1997 | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography | D5257 - 11 |
| ASTM E1337 | 1990 (1996) | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using a Standard Reference Test Tire | E1337 - 90(2012) |
| ASTM E23 | 1982 | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials | E23 - 12c |
| ASTM D512 | 1989 (1999) | Standard Test Methods for Chloride Ion In Water | D512 - 12 |
| ASTM D975 | 2007 | Standard Specification for Diesel Fuel Oils | D975 - 15c |
| ASTM E29 | 1993a | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | E29 - 13 |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 469 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM E29 | 1990 | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | E29 - 13 |
| ASTM D976 | 1991 (1995) e 1 | Standard Test Methods for Calculated Cetane Index of Distillate Fuels | D976 - 06(2011) |
| ASTM E424 | 1971 | Standard Methods of Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials | E424 - 71(2015) |
| ASTM E11 | 1995 | Standard Specification for Wire Cloth and Sieves for Testing Purposes | E11 - 15 |
| ASTM E1625 | 1994 | Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi- Continuous Activated Sludge (SCAS) | Withdrawn Standard:  ASTM E1625-94(2008) \| Developed by Subcommittee: E47.04 WITHDRAWN, NO REPLACEMENT |
| ASTM E168 | 1988 | Standard Practices for General Techniques of Infrared Quantitative Analysis | Withdrawn Standard:  ASTM E168-06 \| Developed by Subcommittee: E13.03 WITHDRAWN, NO REPLACEMENT |

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|-----|---------|-------|----------------|
| ASTM D4420 | 1994 | Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography | Withdrawn Standard:  ASTM D4420-94(1999)e1 \| Developed by Subcommittee: D02.04.0L WITHDRAWN, REPLACED BY D5580 |
| ASTM D4809 | 1995 | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) | D4809 - 13 |
| ASTM E773 | 1997 | Standard Test Method for Accelerated Weathering of Sealed Insulating Glass Units | Withdrawn Standard:  ASTM E773-01 \| Developed by Subcommittee: E06.22WITHDRAWN, NO REPLACEMENT |
| ASTM E774 | 1997 | Standard Specifications for the Classification of the Durability of Sealed Insulating Glass Units | Withdrawn Standard:  ASTM E774-97 \| Developed by Subcommittee: E06.22 WITHDRAWN, NO REPLACEMENT |
| ASTM E169 | 1987 | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis | E169 - 04(2014) |
| ASTM D6420 | 1999 | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas  Chromatography-Mass Spectrometry | D6420 - 99(2010) |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 471 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM E145 | 1994e 1 | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | E145 - 94(2011) |
| ASTM E96 | 1995 | Standard Test Methods for Water Vapor Transmission of Materials | E96/E96M - 15 |
| ASTM E260 | 1996 | Standard Practice for Packed Column Gas Chromatography | E260 - 96(2011) |
| ASTM F1006 | 1986 (1997) | Standard Specification for Entrainment Separators for Use in Marine Piping Applications | F1006 - 86(2014)e1 |
| ASTM F1007 | 1986 (1996) e 1 | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application | F1007 - 86(2014) |
| ASTM E711 | 1987 (1992) | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter | Withdrawn Standard:  ASTM E711-87(2004) \| Developed by Subcommittee: D34.03 WITHDRAWN, NO REPLACEMENT |
| ASTM F1020 | 1986 (1996) e 1 | Standard Specification for Line-Blind Valves for Marine Applications | F1020 - 86(2011) |
| ASTM F1120 | 1987 (1998) | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications | F1120 - 87(2015) |

USCA Case #17-7039   Document #1715850   Filed: 01/31/2018   Page 472 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|-----|---------|-------|----------------|
| ASTM E776 | 1987 (1992) | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel | E776 - 87(2009) |
| ASTM E1719 | 1997 | Standard Test Method for Vapor Pressure of Liquids by Ebulliometry | E1719 - 12 |
| ASTM F1123 | 1987 (1998) | Standard Specification for Non-Metallic Expansion Joints | F1123 - 87(2015) |
| ASTM F1139 | 1988 (1998) | Standard Specification for Steam Traps and Drains | F1139 - 88(2015) |
| ASTM E681 | 1985 | Standard Test Method for Concentration Limits of Flammability of Chemicals | E681 - 09(2015) |
| ASTM F1172 | 1988 (1998) | Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type | F1172 - 88(2015)e1 |
| ASTM F1173 | 1995 | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine  Applications | F1173 - 01(2012) |
| ASTM E775 | 1987 (1992) | Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel | E775 - 15 |

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 473 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM E885 | 1988 | Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy | Withdrawn Standard:  ASTM E885-88(2004) \| Developed by Subcommittee: D34.03WITHDRAWN, NO REPLACEMENT |
| ASTM F1003 | 1986 (1992) | Standard Specification for Searchlights on Motor Lifeboats | F1003 - 02(2012)e1 |
| ASTM F1199 | 1988 (1998) | Standard Specification for Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) | F1199 - 88(2015) |
| ASTM F1200 | 1988 (1998) | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) | F1200 - 88(2010) |
| ASTM F1201 | 1988 (1998) | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F | F1201 - 88(2010) |
| ASTM F1014 | 1992 | Standard Specification for Flashlights on Vessels | F1014 - 02(2012)e1 |
| ASTM F1121 | 1987 (1998) | Standard Specification for International Shore Connections for Marine Fire Applications | F1121 - 87(2015) |

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 474 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM F1193 | 2006 | Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices | F1193 - 14 |
| ASTM F1196 | 1994 | Standard Specification for Sliding Watertight Door Assemblies | F1196 - 00(2013) |
| ASTM F1471 | 1993 | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System | F1471 - 09 |
| ASTM F1197 | 1989 (1994) e 1 | Standard Specificatiion for Sliding Watertight Door Control Systems | F1197 - 00(2012) |
| ASTM F1548 | 1994 | Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications | F1548 - 01(2012) |
| ASTM F1271 | 1990 (1995) e 1 | Standard Specification for Impact Attenuation of Surfacing Materials Within the Use Zone of Playground  Equipment | F1271 - 90(2012) |
| ASTM F1321 | 1992 | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel | F1321 - 14 |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 475 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM F1323 | 1998 | Standard Specification for Shipboard Incinerators | F1323 - 14 |
| ASTM F462 | 1979 (1999) | Standard Consumer Safety Specification for Slip-Resistant Bathing Facilities | F462 - 79(2007) |
| ASTM F1546 / F 1546M | 1996 | Standard Specification for Fire Hose Nozzles | F1546 - 96(2012)e1 |
| ASTM F1950 | 1999 | Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices | Withdrawn Standard: ASTM F1950-99 | Developed by Subcommittee: F24.20 WITHDRAWN, NO REPLACEMENT |
| ASTM F1951 | 1999 | Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment | F1951 - 14 |
| ASTM F682 | 1982a (1988) | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings | F682 - 82a(2014) |
| ASTM F1957 | 1999 | Standard Test Method for Composite Foam Hardness Durometer Hardness | F1957 - 99(2011) |
| ASTM F631 | 1980 (1985) | Standard Method for Testing Full Scale Advancing Spill Removal Devices | F631 - 15 |
| ASTM F715 | 1981 (1986) | Standard Methods of Testing Spill Control Barrier Membrane Materials | F715 - 07(2012) |

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 476 of 537

## ASTM Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ASTM F747 | 1997 | Standard Terminology Relating to Amusement Rides and Devices | F747 - 15 |
| ASTM F808 | 1983 (1988) e 1 | Standard Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | Withdrawn Standard:  ASTM F808-83(1988) | Developed by Subcommittee: F20.12 WITHDRAWN, NO REPLACEMENT |
| ASTM G151 | 1997 | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources | G151 - 10 |
| ASTM G154 | 2000a | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials | G154 - 12a |
| ASTM G21 | 1990 | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi | G21 - 15 |

# EXHIBIT 98

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| NFPA 1 | 2003 | Uniform Fire Code | 2015 |
| NFPA 1 | 2006 | Uniform Fire Code | 2015 |
| NFPA 11 | 2005 | Standard for Low Medium and High Expansion Foam | 2016 |
| NFPA 12 | 2005 | Standard on Carbon Dioxide Extinguishing Systems | 2015 |
| NFPA 10 | 2002 | Standard for Portable Fire Extinguishers (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") | 2013 |
| NFPA 13 | 2002 | Installation of Sprinkler Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") | 2016 |
| NFPA 25 | 2002 | Inspection, Testing and Maintenance of Water-Based Fire Protection Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master  Index") | 2014 |
| NFPA 30 | 2003 | Flammable and Combustible Liquids Code | 2015 |
| NFPA 54 | 2006 | National Fuel Gas Code | 2015 |

## NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| NFPA 58 | 2001 | Liquified Petroleum Gas Code (Title of work on certificate of registration is "National Fire Codes Vol 3") | 2014 |
| NFPA 58 | 2004 | Liquefied Petroleum Gas Code | 2014 |
| NFPA 59 | 2004 | Utility LP Gas Plant Code | 2015 |
| NFPA 70 | 1999 | National Electrical Code | 2014 |
| NFPA 70 | 2005 | National Electrical Code | 2014 |
| NFPA 70 | 2008 | National Electrical Code | 2014 |
| NFPA 70 | 2011 | National Electrical Code | 2014 |
| NFPA 70 | 2014 | National Electrical Code | NA |
| NFPA 72 | 2002 | National Fire Alarm Code | 2016 |
| NFPA 99 | 2005 | Health Care Facilities Code | 2015 |
| NFPA 101 | 2000 | Life Safety Code | 2015 |
| NFPA 101 | 2003 | Life Safety Code | 2015 |
| NFPA 101 | 2006 | Life Safety Code | 2015 |
| NFPA 704 | 2007 | Standard System for the Identification of the Hazards of Materials for Emergency Response | 2012 |

USCA Case #17-7039    Document #1715850    Filed: 01/31/2018    Page 480 of 537

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 481 of 537

# EXHIBIT 99

## ASHRAE Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: |
|---|---|---|---|
| ANSI/ASHRAE/IES 90.1 | 2010 | ANSI/ASHRAE/IESNA Standard 90 1-2010, Energy Standard for Buildings Except for Low-Rise Residential Buildings (I-P Edition) | 2013 |
| ANSI/ASHRAE/IESNA 90.1 | 2007 | ANSI/ASHRAE/IESNA Standard 90 1-2007, Energy Standard for Buildings Except for Low-Rise Residential Buildings (I-P Edition) | 2013 |
| ANSI/ASHRAE/IESNA 90.1 | 2004 | ANSI/ASHRAE/IESNA Standard 90 1-2004, Energy Standard for Buildings Except for Low-Rise Residential Buildings (I-P Edition) | 2013 |
| ASHRAE Handbook | 1993 | 1993 ASHRAE Handbook: Fundamentals (I-P Edition) | 2013 |

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 482 of 537

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 483 of 537

# EXHIBIT 104



NEWS AND PUBLICATIONS

| | SEARCH |

HOME     CONTACT US     HELP     FAQ

USCA Case #17-7039     Document #1715850     Filed: 01/31/2018     Page 484 of 537

Access Standards

About ANSI

Membership

Standards Activities

Accreditation Services

Consumer Affairs

Government Affairs

News and Publications

   Latest Headlines

   Media Center

   Editorial Guidelines

   Media Access to ANSI Events

   Publications

   Documents of Interest

   Published Articles

   Library of Speeches &
   Presentations

Meetings and Events

Education and Training

Other Services

Library

Internet Resources

Career Opportunities

Contact Us

Help

🖶 Print this article

❮ Previous   Next ❯

## Capitol Hill Event to Feature Policy and Business Leader Insights on Voluntary Standards and Conformance

*12/03/2015*

The American National Standards Institute (ANSI) has teamed with the National Association of Manufacturers (NAM) to co-host an exclusive Shopfloor Series event on Capitol Hill entitled "*What Do Airplanes, Robots, Toys, Flat Screen TVs Amusement Parks & 3D Printing Have in Common?*" The event —on **December 4, 2015, from 12:00-1:30 p.m. EST**—will feature discussions between policy and business leaders who will highlight the importance of government participation in and the reliance on voluntary standards and conformance.



The session will be held in the Rayburn House Office Building 2123 and will be co-sponsored by ASTM International and Underwriters Laboratories (UL) and the American Bar Association. Featured experts will include Jeff Weiss, senior advisor for standards and global regulatory policy at the U.S. Department of Commerce, as well as representatives from the Toy Industry Association (TIA), ANSI, ASTM International, the National Electrical Manufacturers Association (NEMA), and UL.

To view the event flyer click here. To learn more or to RSVP, contact Scott Cooper, ANSI vice president of government relations (scooper@ansi.org; 202.331.3610).





TAKE YOUR SEAT AT THE TABLE
MY ANSI

STANDARDS ARE OUR BUSINESS
ANSI

**JA1726**

| About ANSI | Domestic Programs | Government Affairs | Join ANSI |
|---|---|---|---|
| ANSI Structure and Management | Public Review: Standards Action | IBR Portal | Standards Store |
| Organization Chart | International and Regional Programs | IBR Resources | Site Licenses |
| Staff Directory | Standards Portal | Consumer Affairs | Contact Us |
| Standards Boost Business | USNC/IEC Programs | News | Help |
| Online Document Library | ISO Programs | Media Center | FAQ |
| Career | Accreditation Programs | Meetings and Events | Terms and conditions |
| Registration Services | Standards Panels and Collaboratives | Awards | Use of the ANSI Logo |
| | | Education and Training | Linking Policy |
| | | Key Documents of Interest | Copyright |

     

© 2015 American National Standards Institute (ANSI)

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 485 of 537

USCA Case #17-7039      Document #1715850          Filed: 01/31/2018      Page 486 of 537

# EXHIBIT 106



**ASTM INTERNATIONAL**
Helping our world work better

# Public Policy & Corporate Outreach

Virtual Officers' Training Week
September 2015

Presenter: Sarah Shoemaker

JA1729

# ASTM International

**About ASTM International**

– Non-governmental, not-for-profit organization

– Develops voluntary, consensus standards

– Provides certification programs

– Does not provide accreditation services

**ASTM's objectives**

– Promote public health and safety, and the overall quality of life

– Contribute to the reliability of materials, products, systems and services

– Facilitate national, regional, and international commerce



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1730



2

# Role of Standards

**Standards in the Public and Private Sector**

– Impact global trade, innovation and competition

– Guide product design, development, market access

– Used by companies, research labs, government agencies

**ASTM International Standards**

– Voluntary consensus standards

– Regularly reviewed

– Meet World Trade Organization (WTO) principles for international standards



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1731



3



ASTM INTERNATIONAL
Helping our world work better

# Public Policy



**JA1732**

4

# ASTM in Washington, DC

**Government Affairs**

– Congress

– Federal government agencies


**Stakeholder Outreach**

– Companies

– Embassy officials based in Washington

– Industry associations

– International Non Governmental Organizations (NGOs)



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1733



5

# U.S. Standards System

**Voluntary and led by the private sector**

**Requires cooperation among stakeholders**

– Standards organizations

– Industry, consumers, and users

– Government representatives

– Academia

**Meets stakeholders' needs**

– Protect safety, health, and environment

– Improve industry competitiveness

– Facilitate global trade and market access





ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1734



6

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 493 of 537

# Support and Mandate for Government Participation

**P.L. 104-113** National Technology Transfer and Advancement Act of 1995 (NTTAA)

– *"…all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, ….and shall, …participate with such bodies in the development of technical standards."*



**ASTM INTERNATIONAL**
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1735



7

# U.S. Legal and Policy Framework

## National Technology Transfer and Advancement Act of 1995 (NTTAA)

– Requires federal government agencies to use standards developed by voluntary consensus standards organization when possible

– Encourages federal government agencies to participate in standards development organizations

## OMB Circular No. A-119

– Reinforces goals of National Technology Transfer and Advancement Act

– Discourages federal agencies from using government-unique standards



**ASTM INTERNATIONAL**
Helping our world work better

8

**Virtual Officers' Training Week**
September 21-24, 2015

JA 736



# U.S. Government Use of Voluntary Consensus Standards

**Procurement and Contracts with the Federal Government**

– Standards are furnished to ensure that materials and services are obtained in an effective manner and in compliance with the provisions of applicable Federal statutes and executive orders

**Regulation that incorporates standard by reference**

– An agency may adopt a voluntary standard (without changes) by incorporating the standard in a regulation by listing (or referencing) the standard by title.

– This approach eliminates the cost to the agency of creating a new standard

**Regulation based on existing standard**

– An agency reviews an existing standard and makes changes to match its goal or need.

– Agency conducts rulemaking process to solicit public opinion and stakeholder input



ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1737



9

# Federal Agencies & ASTM Standards

## U.S. Code of Federal Regulations (CFR)

– 6,500 voluntary consensus standards
  incorporated by reference in federal law

– About 3,000 ASTM standards listed in CFR for
  regulations and procurement

## U.S. Federal Register

– Public notification of standards adoptions

– Instructions for public comments




**ASTM INTERNATIONAL**
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1738



10

# Top 10 Regulatory SDOs in US

| Standards Developing Organization | Acronym | Number |
|---|---|---|
| American Society for Testing and Materials | ASTM | 2566 |
| U.S. Environmental Protection Agency | EPA | 1471 |
| American Public Health Association | APHA | 816 |
| American Society of Mechanical Engineers | ASME | 768 |
| American National Standards Institute | ANSI | 677 |
| National Fire Protection Association | NFPA | 589 |
| International Maritime Organization | IMO | 579 |
| Society of Automotive Engineers | SAE | 437 |
| Reprographic Technologies | | 351 |
| National Highway Traffic Safety Administration, U.S. Department of Transportation | DOT/NHTSA | 344 |



ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1739



# Congress & ASTM Standards in Law

## One Hundred Tenth Congress
## of the
## United States of America

### AT THE SECOND SESSION

*Begun and held at the City of Washington on Thursday,*
*the third day of January, two thousand and eight*

## An Act

To establish consumer product safety standards and other safety requirements
for children's products and to reauthorize and modernize the Consumer Product
Safety Commission.

*Be it enacted by the Senate and House of Representatives of*
*the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

(a) SHORT TITLE.—This Act may be cited as the "Consumer
Product Safety Improvement Act of 2008".

(b) TABLE OF CONTENTS.—The table of contents for this Act
is as follows:



ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015
JA 1740

12

# Product Safety through Laws and Regulations

## Statutes and Law

– Consumer Product Safety Act (CPSA)

– Consumer Product Safety Improvement Act (CPSIA)

– Virginia Graeme Baker Pool and Spa Safety Act

## Regulations and Mandatory Standards

– 15 CFR 1150  Marking of Toys, Look-Alike and Imitation Firearms

– 16 CFR 1500  Hazardous Substances Act Regulations



CFR

Code of Federal Regulations



ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA-1741

13

# ASTM Assists in Transparency in Rulemaking



ASTM standards IBR are provided in a read only format to the general public in the reading room.



**ASTM INTERNATIONAL**
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1742

14

# U.S. Government Membership in ASTM

| Agency Name | Members |
|---|---|
| Department of Agriculture | 40 |
| Department of Commerce (incl. NIST) | 165 |
| Consumer Product Safety Commission | 44 |
| Department of Defense | 257 |
| Department of Energy | 178 |
| Environmental Protection Agency | 79 |
| Federal Aviation Administration | 55 |
| Department of Health and Human Services (incl. FDA) | 120 |
| Housing and Urban Development | 3 |

| Agency Name | Members |
|---|---|
| Department of Interior | 3 |
| Department of Justice | 11 |
| NASA | 37 |
| Nuclear Regulatory Commission | 7 |
| Occupational Safety & Health Administration | 5 |
| Department of Transportation | 34 |
| Department of Veterans Affairs | 1 |



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1743



15

# ASTM Initiatives with U.S. Government

**Ensure reference to current standards**

– Regular review of the *Code of Federal Regulations* and *Congressional Record*

– Coordinate technical committee communications to policymakers

**Understand procurement and regulatory standards needs**

– Review of Regulatory Plan and Agenda

– Encourage government liaison with and **participation in** committee activities





# Proven Partnership

[Chairman Kaye's Congressional Testimony](#)



– Sworn in as the 10th Chairman of the U.S. Consumer Product Safety Commission (CPSC) on July 30, 2014. President Barack Obama nominated Mr. Kaye on March 31, 2014, and he was confirmed by the U.S. Senate on July 28, 2014, to a term that expires in October 2020 Elliot F. Kaye



ASTM INTERNATIONAL
Helping our world work better

**Virtual Officers' Training Week**
September 21-24, 2015

JA 1745



17



**ASTM INTERNATIONAL**
Helping our world work better

# II.  Corporate Outreach



**JA1746**

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 505 of 537

# ASTM Engages Decision-Makers

**Raise awareness of standards and ASTM**
- Standards facilitate trade and boost GDP
- No WTO list of international bodies

**Identify opportunities for collaboration on issues of mutual interest**
- Reduce internal company specifications

**Seek industry feedback on activities and challenges**
- ASTM supports industry needs to choose the best standard, regardless of the source

**Ensure ASTM is meeting stakeholder needs**
-Satisfy regulations and laws
- Facilitate global trade





**Virtual Officers' Training Week**
September 21-24, 2015

JA 1747

19

# ASTM Standards Impact the Global Economy

**ASTM standards meet World Trade Organization (WTO) criteria for "international standards"**

– No WTO list of international bodies

– WTO recognizes multiple approaches to international standardization

**ASTM makes it easy to participate in international standards development**

– Technology drives efficiency




**Virtual Officers' Training Week**
September 21-24, 2015

JA 1748

# ASTM's Global Reach



Both ASTM Members and MOU Partners

ASTM MOU Partners Only

ASTM Members Only



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1749

21

# ASTM complies with WTO principles for international standards development

| WTO / TBT Principles | ASTM Principles |
| --- | --- |
| Transparency<br>Openness<br>Impartiality and consensus<br>Effectiveness and relevance<br>Coherence<br>Consideration of developing nations | Transparency<br>Openness<br>Impartiality and consensus<br>Effectiveness and relevance<br>Coherence<br>Consideration of developing nations |



**Virtual Officers' Training Week**
September 21-24, 2015

JA 1750



# Moving Forward

– ASTM seeks to enhance our level of cooperation and work with government and standards officials and industry to:

– Promote a global marketplace that is open, efficient, free of costly duplication, free of technical barriers, and free of national or regional limitations

– Produce high-quality and market relevant standards that advance R&D, product manufacturing, testing, quality assurance, marketing, and trade for both companies and SMEs

– Advance the ability of industries to choose the standards which best meet their needs

– Our global approach to standards development and use can help the world to work better through improved products, increased trade, and greater prosperity for the future.



**Virtual Officers' Training Week**
September 21-24, 2015

JA1751



23



ASTM INTERNATIONAL
Helping our world work better

# III. Questions and Discussion

# Contact Information

**Anthony R. Quinn,**
Director, International Trade and Public Policy
aquinn@astm.org, 202 223-8484

**Sarah Shoemaker**,
Manager, Government and Industry Affairs
sshoemaker@astm.org,  202-223-8399

1850 M Street, NW, Suite 1030
Washington, DC 20036  USA



**Virtual Officers' Training Week**
September 21-24, 2015
JA 153



25

USCA Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 512 of 537

# EXHIBIT 123



Errata

# NFPA 70®

## *National Electrical Code*®

## **2011 Edition**

**Reference:** Various
**Errata No.:** 70-11-1

The National Electrical Code Correlating Committee notes the following errors in the 2011 edition of NFPA 70, *National Electrical Code*.

*How to Use this Errata Sheet*

This is a list of errata to the first printing of the 2011 *NEC*®. A first printing is indicated by the numeral 1 as the last digit in the line of number appearing at the bottom of the first page.

1. Page 70-36    **110.14(C)(1):** Revise 310.15(B)(6) to 310.15(B)(7)

2. Page 70-78    **Figure 230.1:** Revise ''Source'' to ''Serving Utility''  and 230.49 to 230.32

3. Page 70-86    **230.90 Exception No. 5:** Revise 310.15(B)(6) to 310.15(B)(7)

4. Page 70-102   **Table 250.3:** Revise 300.50(B) to 300.50(C)

5. Page 70-116   **250.68(C)(2)(b):** Revise to read : ''By bonding the structural metal frame to one or more of the grounding electrodes, as specified in 250.52(A)(5) or (A)(7) that comply with 250.53(A)(2).''

6. Page 70-129   **250.180:** Revise 250.190 to 250.191

7. Page 70-139   **300.5(C) Exception No. 2:** Revise 330.10(11) to 330.10(A)(11)

8. Page 70-148   **310.10(E) Exception No. 2 (d):** Revise Table 310.13(D) to Table 310.104(D)

9. Page 70-148   **310.10(F):** Remove deletion bullet and add second paragraph to read : ''Cables rated above 2000 volts shall be shielded.''

10. Page 70-154   **Table 310.15(B)(16):** Add double asterisk to 18 AWG and 16 AWG copper

11. Page 70-178   **314.16(C)(1):** Revise 314.16(C)(2) to 314.16(C)(3)

12. Page 70-240   **392.18(E):** Revise 392.10(D) to 392.18(D)

13. Page 70-282       **410.36(A):** Revise 314.27(A)(A)(2) to 314.27(A)(2)

14. Page 70-287       **410.130(D):** Revise Part XIII to Part XII

15. Page 70-288       **410.140(D):** Revise Part XIV to Part XIII

16. Page 70-327       **430.75(A) Exception No. 1 (a):** Revise Part XI to Part XII

17. Page 70-397       **504.70 Exception:** Revise 501.15(F)(3) to 501.17

18. Page 70-435       **Figure 516.3(C)(1):** Revise 3050 m to 3050 mm

19. Page 70-435       **Figure 516.3(C)(2):** Revise 3050 m to 3050 mm in two locations

20. Page 70-562       **645.10(B)(5):** Revise 645.5(D)(2) or (D)(3) to 645.5(E)(2) or (E)(3)

21. Page 70-572       **670.3(B):** Revise 670.4(B) to 670.4(C)

22. Page 70-583       **680.25(B)(1):** Revise 250.30(A)(8) to 250.30(A)(3)

23. Page 70-708       **840.47:** Revise section number from 830.47 to 840.47

**Issue Date:** April 8, 2011

**(Note: Electronic products and pamphlet reprints may have this errata incorporated. For current information about the NFPA Codes and Standards, including this errata, please see www.nfpa.org/codelist)**

Copyright © 2011 All Rights Reserved
NATIONAL FIRE PROTECTION ASSOCIATION

USCA Case #17-7039      Document #1715850         Filed: 01/31/2018      Page 515 of 537

# EXHIBIT 124



Errata

# NFPA 70®

# *National Electrical Code*®

# 2011 Edition

**Reference:** Various
**Errata No.: 70-11-2**

The National Electrical Code Correlating Committee notes the following errors in the 2011 edition of NFPA 70, *National Electrical Code*.

*How to Use this Errata Sheet*

This is a list of errata to the first printing of the 2011 *NEC*®. A first printing is indicated by the numeral 1 as the last digit in the line of numbers appearing at the bottom of the first page.

1. Page 70-176:     **Table 312.6(B), Note 3:** Change reference from 310.14 to 310.106(B).
2. Page 70-190:     **324.42(B):** Change the reference in the last line from 800.133(A)(1)(c), Exception No. 2. to 800.133(A)(1)(d), Exception No. 2.
3. Page 70-233:     **382.10(A):** Revise last two references from 406.4(D)(3)(b) & 406.4(D)(3)(c).to 406.4(D)(2)(b) & 406.4(D)(2)(c).
4. Page 70-234:     **382.42(B):** Change cross reference from 800.133(A)(1)(c) Exception No. 2. to 800.133(A)(1)(d) Exception No. 2.
5. Page 70-282:     **410.36(A):** Correct the second cross reference from 314.27(A)(A)(2) to 314.27(A)(2).
6. Page 70-342:     **440.8:** Correct cross reference from 430.87 Exception to 430.87, Exception No. 1.
7. Page 70-348:     **450.3(B), Exception:** Change cross reference to 430.72(C)(1) through (C)(5).
8. Page 70-815:     Change running head to "Informative Annex E".

**Issue Date:** January 24, 2012

**(Note: Electronic products and pamphlet reprints may have this errata incorporated. For current information about the NFPA Codes and Standards, including this errata, please see www.nfpa.org/codelist)**

Copyright © 2012 All Rights Reserved
NATIONAL FIRE PROTECTION ASSOCIATION

# EXHIBIT 125

A Case #17-7039      Document #1715850      Filed: 01/31/2018      Page 518 of

# AN INTRODUCTION TO THE NFPA STANDARDS DEVELOPMENT PROCESS





## Safety Is Everybody's Business

*Disasters can occur anywhere, and they often occur when we least expect them. NFPA® codes and standards are there to provide us with ways to prevent their occurrence, manage their impact, and protect us. One of the most notable features about NFPA's Standards Development Process is that it is a full, open, consensus-based process. "Full consensus" means that anybody can participate and expect fair and equal treatment. This is because safety is everybody's business.*

NFPA® is a registered trademark of the National Fire Protection Association, Quincy, MA 02169

*NFPA's unique standards development
process incorporates a balance of interests,
ensuring that all affected parties have a voice.*

# *A Uniquely Open Process*

Today's NFPA® codes and standards trace their origins to the nineteenth century development of automatic sprinkler systems. From the beginning, sprinklers performed well as extinguishing devices; however, they originally installed in so many different ways that their reliability was uncertain.

In 1895, a small group of concerned citizens representing sprinkler and fire insurance interests gathered in Boston, Massachusetts, to discuss the different approaches. They knew that nine radically different standards for pipe sizing and sprinkler spacing could be found within 100 miles of the city. This installation nightmare had to be resolved. The group eventually created a standard for the uniform installation of sprinklers. This standard, which eventually became NFPA 13, *Standard for the Installation of Sprinkler Systems*, prompted the creation of NFPA as an organization and was NFPA's first safety document. Today NFPA develops some 300 safety codes and standards that deal with a range of subjects related to fire, electrical, chemical, building, and life safety.

NFPA codes and standards can be found in use throughout the world. Whether it's in a computer room in the Pentagon, a research station in Antarctica, a power plant in the Middle East, the space shuttle, the hometown drycleaner or perhaps a historical library in Scotland, NFPA codes and standards are used to provide safety to life and protection of property.

**JA1762**

# *What the Process can do for you*

## *Who Is NFPA?*

Founded in 1896, NFPA grew out of that first meeting on sprinkler standards. The *Bylaws* of the Association that were first established in 1896 embody the spirit of the codes and standards development process. Article 2 of these bylaws states in part:

*"The purposes of the Association shall be to promote the science and improve the methods of fire protection and prevention, electrical safety and other related safety goals; to obtain and circulate information and promote education and research on these subjects; and to secure the cooperation of its members and the public in establishing proper safeguards against loss of life and property."*

The NFPA mission today is accomplished by advocating consensus codes and standards, research, training, and education for safety related issues. NFPA's *National Fire Codes®* are administered by more than 250 Technical Committees comprised of approximately 8,000 volunteers and are adopted and used throughout the world. NFPA is a nonprofit membership organization with more than 70,000 members from over 100 nations, all working together to fulfill the Association's mission.

What type of people are NFPA members? NFPA membership is comprised of architects and engineers (22%); business and industry (5%); health care facilities (12%); fire service (20%); insurance (3%); federal, state, and local government (9%); safety equipment manufacturers and distributors (12%); trade and professional associations (6%); and other fields and disciplines (11%).

## *The Making of an NFPA Code or Standard*

The NFPA Board of Directors has general charge of all of the activities of the NFPA. The Board of Directors issues all of the rules and regulations that govern the development of NFPA codes and standards. The Board also appoints a 13-person Standards Council to oversee the Association's standards development activities, administer the rules and regulations, and serve as an appeals body.

Members of the Standards Council are thoroughly familiar with the standards development functions of the Association and are selected from a broad range of interests. Appointed by and reporting to the Standards Council are the more than 250 Technical Committees and Panels that serve as the primary consensus bodies responsible for developing and revising NFPA codes and standards. In addition to acting on their own proposed changes, these Technical Committees and Panels act on proposed changes to NFPA documents that can be submitted by any interested party.

To conduct their work, Committees and Panels are organized into projects with an assigned scope of activities. Depending on the scope, a project may develop one code or standard or a group of related codes and standards, and the project may consist of a single Technical Committee or multiple Committees and Panels coordinated by a Correlating Committee that oversees the project to resolve conflicts and ensure consistency.

## Rules and Participants

The primary rules governing the processing of NFPA codes and standards are the *NFPA Regulations Governing the Development of NFPA Standards*.

Other applicable NFPA rules include the *Bylaws*, the *Technical Meeting Convention Rules*, the *Guide for the Conduct of Participants in the NFPA Standards Development Process*, and the *Regulations Governing Petitions to the Board of Directors from Decisions of the Standards Council*. All rules and regulations are available on request from NFPA or can be downloaded from NFPA's website at www.nfpa.org/regs. This pamphlet is intended to give general information on NFPA's standards development process. All participants, however, should refer to the actual rules and regulations for a full understanding of this process and for the rules that govern participation.

Participants in NFPA's standards development process are as follows:

- *Interested parties including the general public*
- *Technical Committees, Panels, Correlating Committees*
- *NFPA Membership*
- *Standards Council*
- *NFPA Board of Directors*



*For more than one hundred years, NFPA has kept in step with the needs of the safety community, serving as an authoritative source for information, education, and timely research worldwide.*

**JA1764**

### *Starting a New Project*

Anyone can submit a request for a project to develop a new code or standard in accordance with NFPA Regulations, provided the necessary information is submitted on the New Project Initiation Form (www.nfpa.org/newprojectidea). The Standards Council reviews all requests and, if appropriate, directs that a notice be published in *NFPA News*, and on the NFPA website (www.nfpa.org). This notice asks for:

- *input or need on the proposed project;*
- *information on organizations that may be involved in the subject matter;*
- *a listing of available resource material; and*
- *an indication of who is willing to participate in the project if it is approved.*

The Standards Council reviews all input and information it receives about the proposed new project and, if the Standards Council determines the proposed project should proceed, it either assigns the project to an existing Technical Committee or Panel, or establishes a new one.

*The mission of the nonprofit NFPA is to reduce the worldwide burden of fire and other hazards on the quality of life by providing and advocating consensus codes and standards, research, training and education.*



**JA1765**

# *Establishing a Consensus Body*

In the NFPA standards development process, NFPA Technical Committees and Panels serve as the principal consensus bodies responsible for developing and updating all NFPA codes and standards. Committees and Panels are appointed by the Standards Council and typically consist of no more than thirty voting members representing a balance of interests. NFPA membership is not required in order to participate on an NFPA Technical Committee, and appointment is based on such factors as technical expertise, professional standing, commitment to public safety, and the ability to bring to the table the point of view of a category of interested people or groups. Each Technical Committee is constituted so as to contain a balance of affected interests, with no more than one-third of the Committee from the same interest category. The categories generally used by the Standards Council to classify Committee members are summarized below. The Committee must reach a consensus in order to take action on an item.

## *Classification of Committee Members*



**Insurance**



**Consumer**



**Enforcing Authority**



**Labor**



**Installer/ Maintainer**



**Manufacturer**



**Applied Research/ Testing Laboratory**



**User**



**Special Expert**

**JA1766**

# The Standards Development Process

The NFPA process encourages public participation in the development of its codes and standards. All NFPA codes and standards (also referred to here as NFPA "Standards") are revised and updated every three to five years in revision cycles that begin twice each year and that normally take approximately two years to complete. Each revision cycle proceeds according to a published schedule that includes final dates for all major events in the process. The process contains four basic steps as follows:

1. Input Stage;
2. Comment Stage;
3. Association Technical Meeting;
4. Council Appeals and Issuance of Standard.

*Standards Development Process Facts:*

- *Standards are updated every three to five years.*
- *Approximately 8,000 volunteers serve on NFPA Technical Committees.*
- *Technical Committees and Panels represent a variety of balanced interests.*
- *Approximately 250 different Technical Committees and Panels are responsible for document development.*



JA1767

# STEP 1 - Input Stage

**Public Input.** As soon as the current edition is published, the development of the revised edition begins. A new or revised NFPA Standard enters one of two revision cycles available each year (annual or fall cycle). The revision cycle begins with the acceptance of Public Input, the public notice asking for any interested party to submit input on an existing Standard or a committee-approved new draft Standard. The Call for Public Input is published in *NFPA News*, the *U.S. Federal Register*, the American National Standards Institute's *Standards Action*, on NFPA's website, and other publications. The electronic submission system is available on NFPA's website on the document's information page at www.nfpa.org/document# (example: www.nfpa.org/101). After the Public Input closing date, the Committee or Panel has a period after the closing date to hold their First Draft Meeting.

**First Draft Meeting.** After the Public Input closing date, the Technical Committee or Panel holds their First Draft Meeting where the Committee revises the Standard. The Committee considers and provides a response to all Public Input. The Committee will use the input in order to help develop First Revisions to the Standard which results in a complete and fully integrated draft known as the First Draft. The First Draft has initial agreement by the Committee based on a simple majority vote during the Meeting to establish a consensus. The final position of the Committee is established by a ballot.

**Committee Ballot on First Draft.** The First Revisions developed at the First Draft Meeting are balloted; this means that the text the Committee wants revised in the Standard is on the ballot for approval by the Committee. Committee-approved revisions are called First Revisions, and each must be approved by two-thirds of the Committee to appear in the First Draft. Any First Revisions that do not pass the ballot appear in the First Draft Report as Committee Inputs.

**First Draft Report Posted.** The First Draft Report is posted on the NFPA website. The First Draft Report serves as documentation of the Input Stage and is published for public review and comment. The First Draft Report consists of the First Draft, Public Input, Committee Input, Committee and Correlating Committee Statements, Correlating Input, Correlating Notes, and Ballot Statements. The Report also contains a list of Technical Committee and Correlating Committee Members. The public reviews the First Draft Report in order to submit Public Comments on the First Draft, leading to the next stage of the process.

## *STEP 2 - Comment Stage*

**Public Comment.** Once the First Draft Report becomes available, there is a public comment period during which anyone may submit a Public Comment on the First Draft. Any objections or further related changes to the content of the First Draft must be submitted at the Comment stage. After the Public Comment closing date, the Committee has a period of time to hold their Second Draft Meeting.

**No Public Comments Received-Consent Document.** Where no Public Comments are received and the Committee agrees that no Second Revisions are needed, the document does not continue through the Comment Stage and is sent directly to the Standards Council for issuance. Such documents are referred to as Consent Standards. When Public Comments are received and/or the Committee has additional revisions, a Second Draft Meeting is held and the Comment Stage continues.

**Second Draft Meeting.**  After the Public Comment closing date, the Technical Committee or Panel holds their Second Draft Meeting. The Committee starts with the First Draft and makes any additional revisions to the draft Standard. All the Public Comments are considered, and the Committee provides an action and response to each Public Comment. The Committee will use the Public Comments in order to help develop Second Revisions to the Standard which results in a complete and fully integrated draft known as the Second Draft. Like the First Draft, the Second Draft has initial agreement by the Committee based on a simple majority vote during the Meeting to establish a consensus. The final position of the Committee is established by a ballot.

**Committee Ballot on Second Draft.** The Second Revisions developed at the Second Draft Meeting are balloted; this means that the text the Committee wants revised in the Standard is on the ballot for approval by the Committee. Committee-approved revisions are called Second Revisions, and each must be approved by two-thirds of the Committee to appear in the Second Draft. Any Second Revisions that do not pass the ballot appear in the Second Draft Report as Committee Comments.

**Second Draft Report Posted.** The Second Draft Report is posted on the NFPA website. The Second Draft Report serves as documentation of the Comment Stage and is published for public review. It consists of the Second Draft, Public Comments with corresponding Committee Actions and Committee Statements, Correlating Notes and their respective Committee Statements, Committee Comments, Correlating Revisions, and Ballot Statements. The Report also contains a list of Technical Committee and Correlating Committee Members. The public reviews the Report in order to decide if they want to submit a NITMAM (see Step 3).

## *STEP 3 - Association Technical Meeting*

Following the completion of the Input and Comment stages, there is further opportunity for debate and discussion of issues through the Association Technical Meeting (Technical Meeting) that takes place at the NFPA Conference & Expo® each June.

**Notice of Intent to Make a Motion (NITMAM).** Where authorized, anyone who is not satisfied with the work of the Committee can submit a NITMAM. A NITMAM is an amending motion that will be heard by the NFPA Membership for consideration and debate at the Association Technical Meeting; these motions are attempts to change the resulting final Standard from what the Committee submitted for consideration as the Second Draft. Those Standards with no NITMAMs move directly to Standards Council for issuance (see Step 4). The Association Technical Meeting provides an opportunity for the NFPA membership to amend the Technical Committee Reports (i.e., the Committee's or Panel's work) on each proposed new or revised Standard.

Before making an authorized motion at an Association Technical Meeting, the intended maker of the motion must file, in advance of the session, and within the published deadline, a NITMAM. A Motions Committee appointed by the Standards Council then reviews all notices and certifies all proper amending motions. The Motions Committee can also, in consultation with the makers of the motions, clarify the intent of the motions and, in certain circumstances, combine motions that are dependent on each other so that they can be made in one single motion. A Motions Committee report is published in advance of the Association Technical Meeting listing all certified motions. Only Certified Amending Motions, together with certain allowable Follow-Up Motions (that is, motions that have become necessary as a result of previous successful amending motions) are permitted at the Association Technical Meeting.

The specific rules for the types of amending motions that can be made and who can make them are set forth in NFPA's rules, which should always be consulted by those wishing to bring an issue before the membership at an Association Technical Meeting.

**What Amending Motions are Allowed.** The motions allowed by NFPA rules provide the opportunity to propose amendments to the text of a proposed Standard based on published Second Revisions, Public Comments, and Committee Comments. Allowable Second motions include motions to accept Public and Committee Comments in whole or in part, to reject a Second Revision (change accepted by the Committee) in whole or part and can include the related portions of First Revisions. In addition, under certain specified instances, motions can be made to return an entire NFPA Standard to the Committee. This means the Standard will not be issued at this time and will be returned to the Committee to continue its work.

**Who Can Make Amending Motions.** Those authorized to make motions are also regulated by NFPA rules. In the case of a motion to Accept a Public Comment or an Identifiable Part of a Public Comment, the maker of the motion is limited by NFPA rules to the original submitter of the Comment or his or her duly authorized representative. In all other cases, anyone can make these motions. For a complete explanation, NFPA rules should be consulted.

**Action on Motions at the Association Technical Meeting.** In order to actually make a Certified Amending Motion at the Association Technical Meeting, the maker of the motion or his or her designated representative must sign in at least one hour before the Technical Meeting begins. In this way a final list of motions can be set in advance of the Technical Meeting. The presiding officer in charge of the Technical Meeting opens the floor to motions on the Standard from the final list of Certified Amending Motions as sequenced by the Motions Committee followed by any permissible Follow-Up Motions. Debate and voting on each motion proceeds in accordance with NFPA rules. NFPA membership is not required in order to make or speak to a motion, but voting is limited to NFPA members who have joined at least 180 days prior to the session and have registered for the Technical Meeting. At the close of debate on each motion, voting takes place, and the motion requires a majority vote to carry. In order to amend a Technical Committee Report, successful amending motions must be confirmed by the responsible Technical Committee or Panel, which conducts a written ballot on all successful amending motions following the meeting and prior to the Standard being forwarded to the Standards Council for issuance.

**JA1771**

## *STEP 4 - Council Appeals and Issuance of Standard*

One of the primary responsibilities of the NFPA Standards Council, as the over-seer of the NFPA standards development process, is to act as the official issuer of all NFPA codes and standards.

**Consent Standards.** Some Standards receive no controversial proposed chang-es, and therefore, no NITMAMs are filed. In some cases, NITMAMs are submitted on Standards up for revision, but none of the NITMAMs are certified as proper by the Motions Committee. In both these cases where no NITMAMs are submit-ted or no NITMAMs are certified as proper for a specific Standard, the Standard is not placed on the agenda for the Association Technical Meeting, but is instead sent directly to the Standards Council for issuance. Such Standards are referred to as Consent Standards.

**Issuance of Standards.** When the Standards Council convenes to issue an NFPA Standard it also hears any appeals related to the Standard. Appeals are an important part of assuring that all NFPA rules have been followed and that due process and fairness have been upheld throughout the standards develop-ment process. The Council considers appeals both in writing and through the conduct of hearings at which all interested parties can participate. It decides appeals based on the entire record of the process as well as all submissions on the appeal. After deciding all appeals related to a Standard before it, the Council, if appropriate, proceeds to issue the Standard as an official NFPA Standard. Subject only to limited review by the NFPA Board of Directors, the decision of the Standards Council is final, and the new NFPA Standard becomes effective twenty days after Standards Council issuance.

## *Sequence of Events for the Standards Development Process*

*As soon as the current edition is published, a Standard is open for Public Input.*

### *Step 1 – Input Stage*

- Input accepted from the public or other committees for consideration to develop the First Draft
- Committee holds First Draft Meeting to revise Standard (23 weeks)
  Committee(s) with Correlating Committee (10 weeks)
- Committee ballots on First Draft (12 weeks)
  Committee(s) with Correlating Committee (11 weeks)
- Correlating Committee First Draft Meeting (9 weeks)
- Correlating Committee ballots on First Draft (5 weeks)
- First Draft Report posted

### *Step 2 – Comment Stage*

- Public Comments accepted on First Draft (10 weeks)
- If Standard does not receive Public Comments and the Committee does not wish to further revise the Standard, the Standard becomes a Consent Standard and is sent directly to the Standards Council for issuance (see Step 4)
- Committee holds Second Draft Meeting (21 weeks)
  Committee(s) with Correlating Committee (7 weeks)
- Committee ballots on Second Draft (11 weeks)
  Committee(s) with Correlating Committee (10 weeks)
- Correlating Committee First Draft Meeting (9 weeks)
- Correlating Committee ballots on First Draft (8 weeks)
- Second Draft Report posted

### *Step 3 – Association Technical Meeting*

- Notice of Intent to Make a Motion (NITMAM) accepted (5 weeks)
- NITMAMs are reviewed and valid motions are certified for presentation at the Association Technical Meeting
- Consent Standard bypasses Association Technical Meeting and proceeds directly to the Standards Council for issuance
- NFPA membership meets each June at the Association Technical Meeting and acts on Standards with "Certified Amending Motions" (certified NITMAMs)
- Committee(s) and Panel(s) vote on any successful amendments to the Technical Committee Reports made by the NFPA membership at the Association Technical Meeting

### *Step 4 – Council Appeals and Issuance of Standard*

- Notification of intent to file an appeal to the Standards Council on Association action must be filed within 20 days of the Association Technical Meeting
- Standards Council decides, based on all evidence, whether or not to issue the Standard or to take other action

**JA1773**

# *The Standards Development Process*



**Notes on Sequence of Events for the Standards Development Process:**

- Time periods are approximate; refer to published schedules for actual dates.

- It takes approximately 101 weeks for Annual revision cycle documents receiving certified amending motions.

- It takes approximately 141 weeks for Fall revision cycle documents receiving certified amending motions.

# *Resources*

## *NFPA Offers Resources to Support its Standards Development Process and Improve Public Safety*

NFPA documents are constantly evolving based on extensive public input and the dedicated involvement of highly qualified committee and panel volunteers. NFPA Technical Committees and others work to keep their documents current with the latest knowledge and technologies. In addition to the time and resources contributed by the thousands of dedicated volunteers, the Association helps facilitate the work of the Technical Committees and otherwise promotes NFPA's public safety mission with these important resources:

*1. Statistical Data:* The Fire Analysis and Research Division's One-Stop-Data-Shop (OSDS) produces a large range of annual reports and special studies on the aspects of the nation's fire problems. The data from the OSDS may be requested by Technical Committee Chairs or Staff Liaisons regarding a specific fire hazard or safety issue. National estimates of specific fire problems are generally compiled from the NFPA survey with details from the United States Fire Administration's National Fire Incident Reporting System (NFIRS).  Various other data resources are also used as appropriate.

*2. Event Analysis:* In order to provide new information and learn lessons that can assist NFPA Technical Committees and others, the NFPA Fire Investigations Department conducts on-site investigations of disasters or near-disasters occurring all around the world. The department's reports analyze significant events (e.g., fires or explosions) focusing on how NFPA codes and standards were utilized and how NFPA codes and standards might have provided additional protection in cases where the documents were not followed.

*3. Research:* The Fire Protection Research Foundation (FPRF) is an important resource for the NFPA codes and standards making process. The FPRF conducts independent research on specific topics of relevance to NFPA's technical committee and code-making panel projects. Research reports are published and are utilized by Technical Committees as a resource for pertinent up-to-date information. From time to time, Committees will directly seek specific research to be done regarding the subject covered by their document. The FPRF will determine whether or not the specific study has been done before, and if it has not, they can facilitate obtaining the needed information from research, testing, consulting, or other sources.  Some of these projects are completed using the FPRF/NFPA Code Fund, which is supported each year by a financial contribution from NFPA.  Any representative from the Technical Committees can submit ideas to the Code Fund.  The submitted project ideas are reviewed on an annual basis.

*4. Empowerment Through Education:* The NFPA Public Education Division is the source of fire and other hazard information to reduce residential fire deaths, injury, and property loss. The division focuses on three objectives:

- Position the NFPA Public Education Division as the primary source for fire and life safety information.

- Continuously improve strategies to train the fire service how best to reach high-risk populations.

- Increase awareness of and involvement in Fire Prevention Week.

Activities within the division include reaching out to local fire departments and schools through fire safety campaign kits and an annual Scholastic project, networking with state/provincial fire safety educators, providing fire safety information on nfpa.org and fun activities on sparky.org, advancing various training opportunities at the NFPA Conference & Expo, producing the monthly Safety Source e-newsletter, and maintaining technically correct fire safety messaging through the Educational Messages Advisory Committee. High-risk outreach activities engaging the very old, very young, urban and rural poor, and people with disabilities are an integral part of NFPA's public education efforts. These activities include outreach to urban communities, older adults, people with disabilities and Latino populations. NFPA's public education programs include the Learn Not to Burn® Preschool Program and Remembering When™: A Fire and Falls Prevention Program.

NFPA is the official sponsor of Fire Prevention Week each year to increase public awareness of the importance of fire safety education. Fire Prevention week is held throughout the U.S. and Canada during the week of October 9, to commemorate the anniversary of the Great Chicago Fire. For more than 85 years, NFPA has established the theme and developed the proclamation signed by the President of the United States each year. NFPA also devotes resources to a campaign of theme-related products and materials to help communities promote local programs related to Fire Prevention Week.

*5. Literature Archives:* The Charles S. Morgan Technical Library is one of the main resources used by Technical Committees to obtain both current and archival information pertinent to NFPA codes or standards. Library staff can assist committee members in tracing changes to codes, providing previous substantiation and supporting documents, and researching the origins of an article or paragraph. The library contains a large fire science collection, with more than 28,000 books, technical reports, videos, journals, and non-NFPA codes. Unique to the collection are Proceedings from NFPA and NBFU annual meetings, papers presented at NFPA annual meetings, original NFPA and NBFU standards going back to 1896, older technical committee reports and comments, and copies of NFPA publications.

*6. Annual Conference:* NFPA's Conference & Expo takes place each June and is one of the premier events of its kind. The Conference & Expo entails both the NFPA Annual Meeting and the Association Technical Meeting where NFPA proposed codes and standards are brought to the NFPA membership for debate and voting. It also features guest speakers and hundreds of educational programs as well as the country's largest exposition on fire and life safety products and services.

*7. Worldwide Communications:* NFPA Public Affairs Department oversees the corporate communications activities of the Association and coordinates public awareness and media inquiries, especially following highly publicized fire incidents and other disasters when the news media and others look to NFPA for information.

*8. Technology Features:* One of today's most important communication tools is the NFPA website, which provides direct support for the standards development process including the electronic submission system of public input and comments.  To view document and committee specific information for a relevant NFPA code or standard, go to the document information pages on our website at: www.nfpa.org/document# (example: www.nfpa.org/101).

*9. Community Partnerships:* To better serve the safety community, other constituents, and its members, NFPA has established Regional Offices throughout North America and an International Operations Division which has offices in Asia, Europe, and Latin America. The primary objective of these offices is to assist constituents with the adoption and formal recognition for the use of NFPA codes and standards. NFPA endeavors to reach every audience with necessary safety information and publishes a wide range of handbooks, reference books, textbooks, videos, field guides, and training manuals.

*10. Technical Questions:* NFPA's 35+ person Technical and Engineering Staff serve as the staff liaisons to the NFPA Technical Committees that develop the codes and standards.  These staff members are available to NFPA members and public sector officials to answer questions about the codes and standards.  Each year, the staff handles tens of thousands of inquiries. For more information about submitting your questions, go to the "Technical Questions" tab on the document information pages.

*11. Higher Learning:* The Professional Development Department conducts specialized training seminars and workshops on NFPA codes and standards and other safety-related subjects. These popular sessions are offered to the general public but are often held for a particular audience. Training seminars and workshops occur regularly around the world and provide the latest information on the application of NFPA codes and standards as well as other state-of-the-art safety related technologies.

*12. Certification:* NFPA's Certification Department presently offers four recognized certification programs designed to document the minimum competency of and professional recognition to those individuals within the specified field of practice. Based on NFPA codes, standards, and technical publications, the programs are: Certified Fire Protection Specialist, Certified Fire Inspector I and II, and Certified Fire Plan Examiner. Information for each of the programs is available at www.nfpa.org/certification.

**JA1777**

*The Life Safety Code® and National Electrical Code® are in use in all 50 states in the U.S. and in numerous other countries.*

## How NFPA Codes and Standards are Used

*NFPA codes and standards are widely adopted and used as a basis for safety regulation by government agencies as well as for private use and guidance by insurance companies, industry, and professionals and others in the areas of fire, electrical, building, and life safety. For example, NFPA aviation documents are referenced by airports throughout the world. As a further example, in the United States scores of NFPA codes and standards have been referenced by the federal government's Occupational Safety and Health Administration, the Veterans Administration, the Department of Health and Human Services, the Department of Defense, and other federal agencies.*

*NFPA develops "full consensus" codes and standards — codes and standards built on a foundation of maximum participation and substantial agreement by a broad range of interests. This philosophy has led to the production of reasonable, usable codes and standards that promote public safety, yet do not stifle design or development. NFPA prides itself in supporting a flexible system that depends largely on volunteers and therefore produces timely, high quality, consensus based safety codes and standards at no cost to taxpayers. Safety is everybody's business. Everyone deserves to be heard when it comes to safety. That's why, after more than 100 years, the NFPA codes and standards process has evolved into one of the fairest and most effective technical document development systems the world has ever seen.*

## *Further Information*

For further information on the NFPA standards development process, please visit the NFPA homepage at www.nfpa.org or consult the current edition of the NFPA *Standards Directory*. The homepage and the *Standards Directory* contain the *Regulations Governing the Development of NFPA Standards*, updated schedules for processing documents for the Annual and Fall revision cycles, the *Guide for the Conduct of Participants in the NFPA Standards Development Process*, and other important standards development related information.

To obtain general information regarding the standards development process, contact:

**NFPA Codes & Standards Administration Department**
One Batterymarch Park
Quincy, MA 02169-7471 USA
Phone: 617-770-3000 (until 5:00 PM EST)
Fax: 617-770-3500
email: stds_admin@nfpa.org

Other general information on the NFPA can be obtained by contacting:

**NFPA Headquarters:**
One Batterymarch Park, Quincy, MA 02169-7471 USA
Phone: 617-770-3000 (until 5:00 PM EST)  Fax: 617-770-0700
http://www.nfpa.org

**NFPA Customer Contact Center for
Service/Sales/Membership/Technical Questions:**
custserv@nfpa.org

*U.S. & Canada*
Phone: 800-344-3555 (8:30-5:00 PM EST)
Fax: 800-593-6372

*Outside U.S. & Canada*
Phone: 508-895-8300
Fax: 508-895-8301

**NFPA International Department Departamento Internacional:**
In Spanish / en español
Phone: 617-984-7700  Fax: 617-984-7777
global@nfpa.org

An international nonprofit membership organization established in 1896 and dedicated to reducing the worldwide burden of fire and other hazards on the quality of life by providing and advocating consensus codes and standards, research, training, and education.

Publishers of the National Fire Codes®, including the National Electrical Code® and the Life Safety Code®.

C&SBOOK 05/2012   © 2012 NFPA